IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's April 4, 2007 order, defendant respectfully submits this status report, regarding the impact of the March 26, 2007 decision of the Board for Correction of Naval Records ("BCNR") upon the appeal pending in this case. This matter has been discussed with plaintiff's counsel who has indicated that Mr. Six intends to proceed with his appeal because Mr. Six is of the opinion that the BCNR failed to address the specific issue directed by the Court, ignored the evidence of record, made factual errors, and relied upon material outside of the administrative record without notice to Mr. Six. The Government, therefore, will move, if appropriate to supplement the administrative record, and move for judgment upon the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

April 17, 2007

Attorneys for Defendant