IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HAROLD E. SIX, SR., Plaintiff, v. THE UNITED STATES, DEFENDANT. | NO. 04-cv-1727 ECH (Judge Hewitt) |

PLAINTIFF'S RULE 52.2 NOTICE TO PROCEED

Pursuant to Rule 52.2 of the United States Court of Claims ("RCFC"), plaintiff, Harold Six, Sr. ( hereafter "Six"), through counsel, respectfully moves to lifet the stay pending action on remand, and proceed to trial of the complaint herein.

Plaintiff submits that the action of the Board For Correction of Naval Records on remand further perpetuates the travesty of justice which the Navy has inflicted on plaintiff. The Board's action on remand ignored the specific issues directed by the Court, relied on matters outside the record herein, without notice to plaintiff, or opportunity for comment, and otherwise acted arbitrarily and capriciously in again deny plaintiff's application for correction of his naval records.

Wherefore, plaintiff requests that the Court lift the sya entered herein, and esstablish a schedule for moving this matter to trial.

Respectfully submitted,

William J. Kenney,
D.C. Bar No. 99267
Attorney for the plaintiff Harold Six, Sr.

% H.A. R. T.
600 Pennsylvania Avenue, S.E., Suite 105
Washington, D.C. 20003
Tel: 202-547-5129

Fax: 202-547-8311

99915 Empire Woods Court
Charlotte. NC 28277
Tel/Fax:: 704 341 4781

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 24th day of April, 2007, I served copies of the foregoing notice on defendant's attorney of record, Leslie Cayer Otta, at her email address: leslie.ohta@usdoj.gov, via the electronic filing and service system established by this Court.

William J. Kenney