# In the United States Court of Federal Claims

No. 04-1727 C
E-Filed: April 24, 2007

| | |
|---|---|
| HAROLD E. SIX, SR., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Status Report (Def.'s SR), filed on April 17, 2007, announcing defendant's intention to "move, if appropriate to supplement the administrative record, and move for judgment upon the administrative record," based on plaintiff's communication to defendant that he "intends to proceed with his appeal." Def.'s SR. On April 24, 2007, plaintiff filed Plaintiff's Rule 52.2 Notice to Proceed (Pl.'s Not.), moving "to [lift] the stay pending action on remand, and proceed to trial of the complaint." Pl.'s Not. In the afternoon of April 24, 2007, plaintiff contacted the court and left a telephonic message seeking clarification about future filings in the case.

The court will hold a Telephonic Status Conference (TSC) to discuss the recent filings and further proceedings for this case. The parties are directed to confer and contact the court at 202-357-6566 to schedule the TSC. The court suggests that the parties propose a time or times on April 26 or 27, 2007, during business hours for the TSC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge