# In the United States Court of Federal Claims

No. 04-1727 C
E-Filed: April 25, 2007

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it Defendant's Status Report (Def.'s SR), filed on April 17, 2007, announcing defendant's intention to "move, if appropriate to supplement the administrative record, and move for judgment upon the administrative record," based on plaintiff's communication to defendant that he "intends to proceed with his appeal." Def.'s SR. On April 24, 2007, plaintiff filed Plaintiff's Rule 52.2 Notice to Proceed (Pl.'s Not.), moving "to [lift] the stay pending action on remand, and proceed to trial of the complaint." Pl.'s Not. In the afternoon of April 24, 2007, plaintiff contacted the court and left a telephonic message seeking clarification about future filings in the case. The court directed the parties to contact the court to schedule a Telephonic Status Conference (TSC) to discuss the recent filings and further proceedings for this case. Order of Apr. 24, 2006.

Further to a telephonic communication with defendant on April 25, 2007, the TSC is scheduled for April 26, 2007, at 3:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge