# In the United States Court of Federal Claims

No. 04-1727 C
E-Filed: April 26, 2007

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference on April 26, 2007, at 3:00 p.m. Eastern Daylight Time, defendant shall have up to and including May 10, 2007 to file a record of the decision of the Board for Correction of Naval Records (BCNR) on remand together with its motion to supplement the record. The parties will have up to and including June 21, 2007, within which to file motions for judgment based on the administrative record as supplemented. The parties' responses to these motions will be due on July 19, 2007, and their replies to the responses will be due on August 16, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge