# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: May 8, 2007)

| | |
|---|---|
| HAROLD E. SIX, SR., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Notice of Directly Related Cases (Notice), filed on May 1, 2007. Plaintiff informs the court of the case Lockwood v. United States, No. 06-543, pending in this court before Judge Horn, which plaintiff alleges "may be deemed to be directly related" to this case. Notice 1. Plaintiff urges the court "to consider establishing special procedures in these cases so that the common issues of both complaints will be jointly addressed." Id. at 2.

Defendant may respond to this Notice on or before May 22, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge