IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF
FILING OF ADMINISTRATIVE RECORD

Pursuant to the Court's order dated April 26, 2007, defendant, the United States, respectfully submits this notice of filing the administrative record of the proceedings before the Board for Correction of Naval Records (BCNR).

On May 3, 2005, defendant filed a motion for leave to file the administrative record. The record consisted of 78 pages. On May 11, 2005, the Court granted the defendant's motion. On October 4, 2005, defendant filed a motion to file a supplement to the administrative record. The supplement consisted of documents numbered AR 79 through AR 150. On October 4, 2005, the Court granted the defendant's motion. On June 30, 2006, 2007, this Court denied the Government's motion for judgment upon the administrative record and ordered the matter remanded to the BCNR. On July 12, 2006, following the issuance of the remand order, the Clerk of Court returned the initial and the supplemental administrative records to the Government. Pursuant to the Court's June 30, 2006 order, the proceedings upon remand have been completed. The notice of the decision from the BCNR was filed on April 3, 2007.

In accordance with the April 26, 2007 order, pages AR 1 through AR 150 of the administrative record, as well as pages AR 151 through AR , consisting of the records

considered by the BCNR upon remand, are being filed on a CD ROM and in hard copy.

For these reasons, defendant respectfully notifies the Court of the filing of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

May 9, 2007

Attorneys for Defendant