# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: May 11, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On May 9, 2007, defendant submitted to the court three hard copies and three CD-ROMs titled "Administrative Record." Defendant filed, on the same day, Defendant's Notice of Filing of Administrative Record (Notice).

By Order of the court, this case was converted into a Case Management/Electronic Case Files (CM/ECF) case, and the parties were informed that "all future filings in this case shall be in electronic form pursuant to General Order No. 42A." Order of Jan. 4, 2006. The court considers the submission of the documents with the Notice on the deadline to supplement the record as an effort in good faith to comply with the court's orders. See Order of Apr. 26, 2007. Thus, the filing of the administrative record will be accepted as timely. However, pursuant to the court's Order of January 4, 2006, defendant is directed to file electronically in the CM/ECF system a copy of the document titled "Administrative Record" as soon as reasonably practicable.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge