SICK CALL TREATMENT RECORD
NAVMED 10 (REV. 3-58) FRONT

(TYPE OR PRINT BELOW IDENTIFICATION DATA)

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | FILE-SERVICE NUMBER | DATE OF BIRTH | ☒ USN ☐ USMC |
|---|---|---|---|---|---|
| Six | Harold | Eugene | 777-58-53 | 27 April 56 | |

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND RANK RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 18 SEP 1967 | Medical Department U. S. N. A. B. Coronado, California — [handwritten, partly illegible] Minimal scar adhesion of clavicular tendon of 3rd finger. Mild pain on flexion. Gripping exercises [illegible] [signature] |
| 24 OCT 1967 | Medical Department U. S. N. A. B. Coronado, California — [handwritten, partly illegible] Recheck Rt finger [illegible] To [illegible] [signature] |

(Over)

Enclosure (1)

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |
| 3 JAN 1972 | 24 FEB 1972 | 56 |

(Sign and date at end of narrative)

This was the first USNH, Subic, RPI, admission for this 25-year-old Caucasian male, CTR-1/USN/ACT, who was admitted with a chief complaint of "my teeth don't come together".

HPI: At approximately age 9 years patient noticed that he could not "bite properly". In July, 1970, patient was examined by a dentist at NAVCOMSTA, San Miguel, R.P.I., where it was recommended that a surgical procedure be performed for the correction of his mandibular prognathism. In August, 1971, patient was referred to U. S. Naval Hospital, Subic, on consultation from Naval Communications, San Miguel, RPI, regarding possible surgical correction of his malocclusion secondary to mandibular prognathism. The patient was admitted on 3 January 1972, for said surgical correction.

Past history and review of systems were significant in that patient had rheumatic fever at age 7 years and a heart murmur developed at that time. There was no murmur found on physical examination in 1964 at the time of U. S. Navy enlistment. Otherwise, past history and review of systems were essentially noncontributory regarding this admission.

Physical examination revealed a well-developed, slightly underweight, 25-year-old Caucasian male who was alert, cooperative, and in no acute distress. Examination of head and neck revealed patient to have a clinically prognathic mandible and slightly hypoplastic maxillae. Patient had gross malocclusion due to prognathic mandible and multiple missing teeth. Patient used glasses for correction of myopia. Physical examination was otherwise unremarkable.

Radiographic examination was reported as "negative chest study". Facial bone films revealed prognathic mandible. Hematologic examinations and urinalysis were within limits. VDRL was reported as nonreactive.

HOSPITAL COURSE AND TREATMENT: On 3 January 1972, the patient was admitted for surgical correction of his malocclusion. Preoperative work up was completed on 5 January 1972. Surgery for 6 January 1972 was deferred due to family emergency which required patient's presence at his home. Surgery was rescheduled. On 12 January 1972, in the Oral Surgery Clinic using sedation and local anesthesia a mandibular dental arch bar and a maxillary acrylic appliance were inserted using circumdental and transosseous wiring. On 13 January 1972 in the main operating room using nasotracheal general anesthesia, bilateral vertical osteotomies ~~and~~ mandibular rami and bilateral coronoidotomies were performed via Risdon type submandibular incisions. Patient's mandible was placed in a predetermined position with mandibular teeth keyed into maxillary acrylic appliance. Intermaxillary fixation was then established. ~~On~~

(Use additional sheets of this form (Standard Form 502) if more space is required) (cont'd)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 120034 | B |

SIX, Harold E.
CTR1/USN USNAVCOMSTAPHIL
SS# 520 46 1848
USNH FPO SF 96651

NARRATIVE SUMMARY
Standard Form 502
502-108

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |

(Sign and date at end of narrative)

On 10 February 1972, intermaxillary fixation was released on a trial basis for the purpose of determining the stability at osteotomy sites. Since a tendency toward slight anterior apertognathia without clinical mobility ~~and~~ in mandibular rami was noted, light anterior elastic traction was instituted. Mandible has remained clinically firm and patient is capable of masticating a dental ~~soft~~ diet. However, since a tendency toward slight anterior apertognathia is still evident, light elastic traction will be continued. Patient is being discharged to full duty, to be followed on an outpatient basis in the Oral Surgery Clinic. It is anticipated that fixation appliances will be removed in approximately 3 weeks and that patient will be able to obtain ~~prostatic~~ prosthetic replacements for missing teeth soon thereafter.

Final Diagnosis:
Dg. 1. GROSS MALOCCLUSION SECONDARY TO MANDIBULAR PROGNATHISM

Surg: 1. Bilateral vertical osteotomies in mandibular rami and bilateral coronoidotomies for surgical correction of gross malocclusion secondary to mandibular prognathism.

J. E. Yeager
J. E. YEAGER
CDR/DC/USN
Chief of Dental Services

APPROVED:

C. C. WIKE
LCDR MC USNR
Chief of Surgery

2

/acq 2-23-72 T.
2-23-72 D.

(Use additional sheets of this form (Standard Form 502) if more space is required)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 120034 | B |

SIX, Harold E.
CTR1/USN USNAVCOMSTAPHIL
SS# 520 46 1848
USNH FPO SF 96651

NARRATIVE SUMMARY
Standard Form 502
502-108

THIS COPY TO HEALTH REC...

BEFORE THE
BOARD FOR CORRECTION OF NAVAL RECORDS

In Re:
HAROLD E. SIX, FMR CTR1 USN
SSN: 520 46 1848

AFFIDAVIT OF CINDY SIX VALLES IN SUPPORT OF APPLICATION

SS: City/Town of Parker
County if
State of Colorado

I, Cindy Six Valles, being duly sworn, depose and say as follows:

1. I am Cindy Six Valles, stepdaughter of the applicant Harold E. Six. I present this affidavit to submit facts in my personal knowledge concerning my stepfather, Harold Six, during the period of our family's life following, the family's transfer from the Philippines, Harold's discharge from the Navy and the 5 or so years immediately following that discharge.
2. I was born in 1967. I have little knowledge or memory of my real father. He abandoned my mother and my family shortly after my birth. Harold Six is the only father I have known.
3. My earliest memories of Harold are not happy ones. He always treated us as his own children. My memory is a life full of drinking, arguments, and turmoil.
4. That turmoil had a profound affect on our family and me. I remember them vividly.
5. I was about five years old when we were transferred from the Philippines and Harold was thrown out of the Navy. He had no job and we had no place to live.
6. We moved to Los Angeles. We were living in a dump. Mom and Dad drank, were drunk, and, fought, all the time. I realize now, that Harold hardly ever left the home for that first year, except to go out and get beer. I recognize now, that he was deeply depressed. He was a very sad person.
7. I was only 5 years old, just starting school. My sister Tammy had to take care of my brother and me after school. You could never tell what was going on in the house, or what would set Harold off on one of his frequent tantrums.
8. After about a year, Harold finally went out and got a job. I remember it was as a LA Policeman! I was in first grade. Having my Dad a LA Cop made me very proud.
9. Quickly, Harold got drinking again. In about 6 months, he was fired. We had to move again.
10. Later that year, Harold took a course in truck driving. I guess this was about 1975. He then got a job driving a truck. He was gone several days at a time. Again, We were all happy because Dad was working again. He was back to the happy proud parent. I remember him taking Harold Junior and my sister Tammy with him on a trip. I was terribly upset he would not take me with them. Harold insisted there just was not room for three kids and it was too much to handle. He promised to take me the next time he had a chance. He never did.
11. Within a few months, Harold began drinking again. He was fired. I never got to go on that promised trip. I am still angry about being treated differently.
12. Harold was back to hanging around the house, drinking. We, of course, had to move again. In addition, Mom and Dad's drinking and fighting got worse and worse. When he wasn't drinking, Harold lay around the home brooding and angry. Drunk or sober, he would argue and fight with Mom. He became increasingly abusive to all of us, even to Junior.
13. After several months, Harold got another job. It was as a security officer at a local store, The Treasury Store. Things were looking up again. They got a house, we moved, this time happily. We were happy again as a family. Harold seemed happy and proud to be working. He was a loving, caring father in those times. He was interested in our schoolwork, and school projects. He was happy to be around.
14. Sadly, Harold again started drinking. Thinking back, it always seemed he would first begin to withdraw from everybody. He would turn us away, accuse us each of all sorts of things. He then

became gruff and sarcastic. Next, the arguments and fights with Mom would begin. Then, he would start drinking. When he drank, he became increasingly angry and argumentative.

15. In short time, he lost the job at the store. They lost the house. We had to move again. My mother finally left Harold and all of us. In fifth grade, I became the full time mother and housekeeper for the family.

16. To Harold's credit, he kept us kids with him and together. However, it was a sad, poor, depressing, embarrassing life. Harold was drunk most of the time and in a deep, dark, angry depression.

17. I remember two things that specially stick in my mind. One time I was out playing and cut my foot badly. Harold was drunk on the couch. Bleeding badly, I came into the house and tried to get him up to take care of me. He was too drunk to get up. This was while my mother was still living with us, but she was not home. I remember sitting on the porch, bleeding badly, scared to death, waiting for somebody to come home who could help me. When Mom came home, she blew her top at Harold and took me to the hospital. The doctors had to put several stitches in my foot to close the wound.

18. I can remember another time when Harold scared me badly by his wild temper. When he got mad, he seemed to lose all control and go crazy. We all knew Junior was his favorite, and, Tammy had a way of getting Harold to do things for her the rest of us could not do. One afternoon, Harold did something to set Harold Sr. off. Harold began beating little Harold with a belt or brush. He was in a wild rage. I do not think I ever got over that. If he would treat little Harold that way, I made certain to keep as much distance from him as I could after that.

19. Recently, in the past year or so, Harold has begun to share with us his experience aboard the USS Liberty. He has told us of the nightmares and flashbacks he experiences. Looking back, I feel I can now recognize when those attacks were coming on him, forcing him to withdraw from us and from his real world.

20. It is painful to understand that the Navy let this go on without getting him help. What a difference that could have made in his life and in the lives of my brother, sister, my mother, and me.

Cindy Valles

Cindy SIX VALLES

Subscribed to and sworn to before me, a notary public in and for the State of COLORADO, this day of , 2002, at , COLORADO.

______________________

Notary Public

BEFORE THE
BOARD FOR CORRECTION OF NAVAL RECORDS

In Re:
HAROLD E. SIX, FMR CTR1 USN
SSN: 520 46 1848

AFFIDAVIT OF TAMMY SIX RIEVLEY IN SUPPORT OF APPLICATION

SS: City/Town of Fontana
County if
State of California

I, Tammy Six Rievley, being duly sworn, depose and say as follows:

1. I am Tammy Six Rievley, stepdaughter of the applicant Harold E. Six. I present this affidavit to submit facts in my personal knowledge concerning my stepfather, Harold Six, during the period of our family's life at Naval Communication's Station, Philippines, the family's transfer from the Philippines, Harold's discharge from the Navy and the 5 or so years immediately following that discharge.
2. I was born in 1965. I have little knowledge or memory of my real father. He abandoned my mother and my family shortly after the birth of my younger sister, Cindy, in 1967. Harold Six is the only father I have known.
3. My earliest memories of Harold are happy ones. I think he first appeared in m life sometime in 1968. We were living in San Diego. He was a proud sailor and showed great love to my sister and me. I'm not sure when Harold and my mother were married or if or when he ever formally adopted us. He always treated us as his own children. My memory is that initially we enjoyed a happy family life.
4. Gradually that began to change. These changes had a profound affect on our lives and our family. I remember them vividly.
5. When I was about five years old, we were living in Maryland. Harold was stationed at FT. Meade. He seemed happy and proud. My memories of that period are happy ones. My half brother, Harold Jr. was born. Dad was especially proud of "junior."
6. I have been the "Little Mother" of the family as long as I can remember. I guess the truth is that Harold and Lucy, my mother, were not perfect parents and a lot of the responsibility for caring for the children fell on me, even at 5 or 6 years old.
7. They both drank a lot. I don't remember their drinking becoming a problem, or disruptive, until we were transferred to the Philippines. I do remember, even in Maryland, developing a sense that there were times when it was best to keep my mother, my sister and brother, and me, out of Harold's way. Even in Maryland, there were times when, in retrospect, Harold used to go into a shell. He would become moody, angry, and loud if we tried to get his attention. We learned to stay clear when those dark periods came over him.
8. When we moved to the Philippines, things got progressively worse. Mom and Dad were drinking heavily. Harold's periods of withdrawal seemed more frequent and he began to be physically and verbally abusive of my mother and me. I recall his coming home one afternoon. He had obviously been drinking. I can't remember what set him off. However, he began screaming at me and then he hit me across the face.
9. I was shocked, not merely because he hurt me physically, which he had. I was shocked because he had changed into such an angry, violent person. I guess, deep down, I knew he was not my real father, and his anger scared me and raised fears of abandonment. Of course, when he calmed down, he became very apologetic and loving. Nevertheless, my fear remained. It still burns in my mind.

10. Late in our first year in the Philippines, Harold was sent to Vietnam. We continued to live at the Communications Station. By this time, Mom and Dad's drinking had gotten even worse. And, they were always arguing. Harold seemed withdrawn and angry all the time.

11. When he returned from Vietnam, it was great to have him back. I guess I was insecure while he was gone, fearful that he had abandoned us as my real father had.

12. Sadly, the drinking, the anger, the brooding, the fights between Mom and Dad all got worse. There were times I would have to shield my brother and sister from all the turmoil. There were times it got so bad the neighbors would call the SP's. That scared and embarrassed me. It meant all my friends and there parents knew what was going on in our home.

13. Then, one day in 1972, Harold came home angrier than ever. He announced "they" were sending us all back to the States - to San Francisco. The fights between Mom and Dad got even worse. Harold blamed Mom for "everything." I am not sure I understood what "everything" was.

14. Shortly after we arrived in San Francisco, I learned what "everything" was. Dad had been thrown out of the Navy. He had no job and we had no place to live.

15. We moved to Los Angeles. We were living in a dump. Mom and Dad drank, were drunk, and, fought, all the time. I realize now, that Harold hardly ever left the home for that first year, except to go out and get beer. I recognize now, that he was deeply depressed. He was a very sad person.

16. I was now 8 years old and in school. I had to take care of the kids after school and even get Cindy ready for school, and be sure Junior was fed in the morning, before going to school. I could never bring schoolmates home after school. You could never tell what was going on in the house, or what would set Harold off on one of his frequent tantrums.

17. After about a year, Harold finally went out and got a job. I remember it was as a LA Policeman! I was in third grade. Having my Dad a LA Cop made me very proud.

18. Quickly, Harold got drinking again. In about 6 months, he was fired. We had to move again.

19. Later that year, Harold took a course in truck driving. I guess this was about 1975. He then got a job driving a truck. He was gone several days at a time. Again, We were all happy because Dad was working again. He was back to the happy proud parent. I remember him taking Harold Junior and me with him on a trip. Cindy was terribly upset she could not come. Harold insisted there just was not room for three kids and it was too much to handle. He promised to take Cindy the next time he had a chance.

20. Within a few months, Harold began drinking again. He was fired. Poor Cindy never got to go on that promised trip. She is still angry about being treated differently, to this day.

21. Harold was back to hanging around the house, drinking. We, of course, had to move again. In addition, Mom and Dad's drinking and fighting got worse and worse. When he wasn't drinking, Harold lay around the home brooding and angry. Drunk or sober, he would argue and fight with Mom. He became increasingly abusive to all of us, even to Junior.

22. After several months, Harold got another job. It was as a security officer at a local store, The Treasury Store. Things were looking up again. They got a house, we moved, this time happily. We were happy again as a family. Harold seemed happy and proud to be working. He was a loving, caring father in those times. He was interested in our schoolwork, and school projects. He was happy to be around.

23. Sadly, Harold again started drinking. Thinking back, it always seemed he would first begin to withdraw from everybody. He would turn us away, accuse us each of all sorts of things. He then became gruff and sarcastic. Next, the arguments and fights with Mom would begin. Then, he would start drinking. When he drank, he became increasingly angry and argumentative.

24. In short time, he lost the job at the store. They lost the house. We had to move again. My mother finally left Harold and all of us. In fifth grade, I became the full time mother and housekeeper for the family.

25. To Harold's credit, he kept us kids with him and together. However, it was a sad, poor, depressing, embarrassing life. Harold was drunk most of the time and in a deep, dark, angry depression.

26. Recently, in the past year or so, Harold has begun to share with us his experience aboard the USS Liberty. He has told us of the nightmares and flashbacks he experiences. Looking back, I feel I

can now recognize when those attacks were coming on him, forcing him to withdraw from us and from his real world.

27. It is painful to understand that the Navy let this go on without getting him help. What a difference that could have made in his life and in the lives of my brother, sister, my mother, and me.

TAMMY SIX RIEVLEY

Subscribed to and sworn to before me, a notary public in and for the State of California, this day of , 2002, at , California

Notary Public

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| 26 MAY 72 | DISPENSARY, U. S. NAVCOMMSTA PHIL, FPO, SFRANCAL 96656 |
| | DIAGNOSIS: 1" laceration (L) thumb. ICDA NO.883.0) |
| | 1. Within Command - Liberty. |
| | 2. Patient was at home hutting onions when the knife slipped off his |
| | hand cutting his hand. |
| | TREATMENT: Examined, polysporin and tubex dressing, TT 0.5cc I.M. STAT. |
| | To duty. |
| | H. P. F. NORBERG, LT MC USNR |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| SIX, Harold Eugen | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT OR STATUS: NAVY | DEPARTMENT OR SERVICE: DOD |
| SPONSOR'S NAME | | | RANK/GRADE: CTR1 |
| SVC OR IDENTIFICATION NO.: SSN: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 | | ORGANIZATION: USNAVCOMMSTAPHIL | |

S/N 0109-201-6901

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 600
February 1969
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-105

DENTAL HEALTH QUESTIONNAIRE
NAVMED 6600/3 (12-70) S/N 0105-216-6630

| PATIENT'S LAST NAME - FIRST - MIDDLE | GRADE/RATE | PHONE |
|---|---|---|
| Six, HAROLD E. | CT-1 | 3255 |

| DUTY STATION/WARD/ADDRESS | AGE | SEX | SSN |
|---|---|---|---|
| NCSP | 25 | m | 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 |

| CHIEF COMPLAINT | DATE | CHIEF COMPLAINT | DATE |
|---|---|---|---|
| | | | |
| | | | |

CHECK AND SIGN

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| PRESENTLY UNDER CARE OF PHYSICIAN | | X | LIVER OR KIDNEY TROUBLE | | X |
| MEDICAL DIAGNOSIS: | | | MAJOR WEIGHT CHANGE | | X |
| ANY ALLERGIES OR SENSITIVITIES | | X | GROWTH OR TUMOR | | X |
| CONVULSIONS OR DIZZY SPELLS | | X | HIGH BLOOD PRESSURE | | X |
| RECENT ILLNESS | | X | TUBERCULOSIS | | X |
| ILL EFFECTS FROM INJECTIONS OF NOVOCAIN OR XYLOCAINE | | X | SINUS TROUBLE under treatment | X | |
| TOOTH EXTRACTION-DIFFICULTY | | X | HEART DISEASE/RHEUMATIC FEVER/MURMUR | | X |
| PROLONGED BLEEDING FROM CUTS, ETC. | | X | RECEIVING MEDICATION | | X |
| DIABETES OR JAUNDICE | | X | X-RAY TREATMENT | | X |

OTHER

| SIGNATURE (Patient's) | DATE | SIGNATURE (Dental Officer's) | DATE |
|---|---|---|---|
| X Harold E. Six | 18 Jun 71 | Wm L. [illegible] Lt DC | 18 Jun 71 |

| RADIOGRAPHS | WET | DRY | DATE | RADIOGRAPHS | WET | DRY | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ROUTING/TREATMENT PLAN

S-16492

**CLINICAL RECORD** | **ELECTROCARDIOGRAPHIC RECORD**

PREVIOUS ECG ☐ YES ☒ NO

CLINICAL IMPRESSION: Initial Flying Class III

MEDICATION:

☐ EMERGENCY ☒ ROUTINE ☐ BEDSIDE ☒ AMBULANT

| AGE | SEX | RACE | HEIGHT | WEIGHT | B. P. | SIGNATURE OF WARD PHYSICIAN | DATE |
|---|---|---|---|---|---|---|---|
| 25 | M | Cau | 73 | 145 | 130/70 | C. Emerson | 21 Oct 71 |

RHYTHM:

AXIS DEVIATION (QRS):

RATES: AURIC. 60 VENT. 60

INTERVALS: PR .16 QRS .08 QT .34

P WAVES:

QRS COMPLEXES:

RS—T SEGMENT:

T WAVES:

UNIPOLAR EXTREMITY LEADS *(Specify)*

WNL

PRECORDIAL LEADS *(Specify)*

WNL

SUMMARY, SERIAL CHANGES, AND IMPLICATIONS:

ECG WNL —

*(Continue on reverse)*

| NO. ECG | SIGNATURE OF PHYSICIAN | PATIENT'S IDENTIFICATION NO. | DATE |
|---|---|---|---|
| | Richard C. Emerson | | |
| | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

SIX, HAROLD E

E6, 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

**ELECTROCARDIOGRAPHIC RECORD**
(Attach Tracings to SF—507)

Standard Form 520
Revised April 1968

Standard Form 507
(Revised August 1954)
Bureau of the Budget
Circular A-32

* U.S. GOVERNMENT PRINTING OFFICE : 1961 O—587879

**CLINICAL RECORD**

Report on
or
Continuation of S. F. 88 #73
(Strike out one line) (Specify type of examination or data)

(Sign and date)

mumps, measles, rheumatic fever, T+A, in childhood. [illegible]
Sinusitis, mild, occasional, last episode, Aug 70. requires medication only rarely. [illegible]
Has worn glasses since 1956 for def VA. [illegible]
[illegible], Africa, 1966 & 1967, responded to medication, [illegible].
Patient received scrapnel wound to right leg & rt hand Mediterranean Area, combat injury. Flesh wound Aug. 1967. hospitalized USS America 8 days. ~~[illegible]~~ transferred to Naples, Italy & was hospitalized 14 days. Transferred again to Balboa Naval Hosp. San Diego Cali for approx 10 days. good recovery.
DAO.

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| SX | | |

REPORT ON ______ or CONTINUATION OF ______
Standard Form 507
507-104

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A—32
S/N 0109-201 2602

| CLINICAL RECORD | CONSULTATION SHEET |
|---|---|

REQUEST

| TO: | FROM: (Requesting ward, unit, or activity) | DATE OF REQUEST |
|---|---|---|
| Psychiatry | FIC | 2/1/72 |

REASON FOR REQUEST (Complaints and findings)

[illegible handwriting]

PROVISIONAL DIAGNOSIS

Chronic [illegible]

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| [signature] | | ☐ BEDSIDE ☐ ON CALL | ☐ EMERGENCY ☐ ROUTINE |

CONSULTATION REPORT

4 August 1972

Harold Six is a 26-year-old married Caucasian male, CTR-1, USN, with 8 years 2 months active duty, who is referred for evaluation of treatment of alleged alcohol abuse. His medical record was reviewed. Service record does not accompany patient. Patient was interviewed.

Patient was transferred under orders from the Philippines to Treasure Island. These orders requested medical opinion regarding alcohol abuse. The patient claims to have had only one incident of difficulty centering around alcohol usage. He got beaten up while he was intoxicated in November 1971. In May 1972 he was declared unfit for overseas duty and lost top secret clearance because of letters of indebtedness. These letters resulted from his wife's not paying bills during his absence from home on duty in 1970 and in 1971. He states that he has paid off these obligations. The patient admits that he would drink to intoxication on some evenings in port on sea tours prior to his marriage 4 years ago. Since then he has rarely drunk more than 3 beers in the evening one or two times a week and is rarely drunk more than 3 to 4 occasions per year.

Background: Patient was raised in a small western community by his mother after his parents divorced when he was 4 years old. He is the youngest of 3 children who were raised in that household. He feels that the home was supportive although finances were a problem. He denies any neuropathic traits of childhood except enuresis until age 15. He started school at age 7 and had to repeat the second grade because of rheumatic fever. He moved to a new school when he was 17 years old, and
(continued)

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| SIX, Harold Eugene<br>CTR-1/USN/AD<br>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 | | |

CONSULTATION SHEET
Standard Form 513
513—104—02

Discrepin



in the ninth grade he quit because "they weren't really interested in what I did." He tried to enlist in the Navy but was deferred for one year by the examining induction psychiatrist "because I was immature." At age 18 he did successfully enlist and has been on active duty until the present. Marked marital difficulties are related centering around his fear of his wife's infidelity while he was overseas. He is considering divorcing her even though "I love her and have no proof of what really happened." He states that he does not regret his 8 years in the Navy but does not desire to remain on active duty.

Mental Status: Patient reveals a neatly uniformed and groomed, alert and fully-oriented Caucasian male whose affect is pleasant. His thought content centers about the "unfairness" of his present life situation. Psychotic symptoms and suicidal concerns are denied. Intellect is within the median range and his sensorium is clear.

Summary: The history provided by the patient is highly suggestive of immaturity but does not enable diagnosis of alcoholism. Should further information that deals with his use of alcohol be available, it would assist with getting a clearer picture.

Impression: Immature personality, moderate EPTE.

Recommendation: This patient does not give a sufficient history of alcohol abuse to indicate that he requires further medical psychiatric management.

R. M. CAIN
LCDR, MC, USNR

SIX, Harold Eugene

---

MEDICAL RECORD Progress Notes

---

NOTE DATED: 09/05/2002 15:31 NEURO/CONSULT
VISIT: 09/05/2002 16:00 NEURO MILLER/NEW/3NE
Reason For Request:by dr cabansag 8/15/02.
56 y/o CM transferring care from Kaiser to VA. Pt has PTSD. Also seen
by neurology @ Kaiser for trigeminal neuralgia and "restless leg"
syndrome per patient's report he takes elavil prn for the former and
sinemet for the latter. Please evaluate and advise as patient's
insurance is running out sooner than he expected. Pt is currently
stable
on his meds but will require management of his neurological problems.
Thank you.

atypical face pain since 1967 after a head concussion.
persists.
sporadic.
located r nose tor suborbital r maxilla to r neck
like a "hot poker"
steady lasts 8 hours then dissipates
lasting several months at times
no ppt factors.
when pain occurs, elavil helps to decrease the intensity of the pain
afetr several days at 50-90mg with titration to see if pain is gone
after a while
will continue same rx as above.
has been evaluated at kaiser neurology with mri/ct scans in the past
for the atypical face pain.

restless leg syndrome
legs jerk
jerking is worse
sounds like periodic limb movements of sleep
rather than restless leg syndrome
maximal evening and night
will try klonopin .5mg at 6 and 10 pm.
may need to increase to 1mg at 6 and 10 pm later

depakote dc'd.

need fu at pmd's request

Signed by: /es/ DONALD R MILLER
CHIEF,NEUROLOGY. 09/05/2002 16:35

---

SIX,HAROLD E Loma Linda VAMC Printed:11/06/2002 12:57
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 DOB:04/27/1946 Pt Loc: OUTPATIENT Vice SF 509

---

---

MEDICAL RECORD Progress Notes

---

NOTE DATED: 10/11/2002 15:14 PT ED/MEDICATION [PDT]
VISIT: 10/11/2002 15:14 PSYCHIATRY PHARMACIST

Patient Education - Medications

[X ]Patient [ ]Family/caregiver was instructed on:
[ ]all medications
[X ]new medications
[ ]specific medication(s):

For each medication, the following information was covered:
[ ] 1. Name of medication
[ ] 2. Purpose
[ ] 3. Dosage and schedule
[ ] 4. Method of administration
[ ] 5. Possible side effects and their management, if applicable
[ ] 6. Appropriate storage
[ ] 7. Possible drug-drug interactions.
[ ] 8. Special dietary instructions when needed.
Drug/food interaction instruction sheet given.
[ ] Antibiotic (Tetracycline, Doxycycline, Ciprofloxacin, Levofloxacin, Ofloxacin)
[ ] Anticoagulant (Coumadin/Warfarin)
[ ] Monoamine Oxidase Inhibitors (Phenelzine, Tranylcypromine)
[ ] Lithium (Eskalith/Lithium Carbonate, Lithonate/Lithium Citrate)
[ ] 9. Who to contact if problems arise.
[X ] * Items 1-9 above covered as appropriate.

Patient instructed:
[X ]Verbally [ ]Instruction sheets given

Patient's ability to verbalize or demonstrate understanding was:
[ ]Good [X ]Fair [ ]Poor

Expected compliance:
[ ]Good [X ]Fair [ ]Poor

Other comments:

Signed by: /es/ RICHARD T CRANSTON
Behav. Med. Clinical Pharmacist
10/11/2002 15:14

---

SIX,HAROLD E Loma Linda VAMC Printed:11/06/2002 12:57
20-46-1848 DOB:04/27/1946 Pt Loc: OUTPATIENT Vice SF 509

---

MEDICAL RECORD Progress Notes

NOTE DATED: 10/11/2002 15:06 BHOST/CLINIC NOTE
VISIT: 10/11/2002 15:30 BHOST/MD/KOPILOFF
60 minute individual psychotherapy and medication mgmt.session.

Patient seen for the first time.

Mr Six and his wife were interviewed and patient's records were reviewed.

Veteran has a long history of Chronic PTSD which started after he barely saved his life when in June of 1967, in the middle of the "Six day war" while on board USS Liberty, they were attacked in the Mediterranean Sea a torpedo hit the room he was in, and he was the only survivor out of 26 men. He has vivid memories of the water rushing in and covering his head, but does report dissociation of other details (especially related to ohter sailors who were lost).Patient apparently lost consciousness and was rescued by another sailor.

Since then he has experienced significant PTSD symptomatology, including a tremendous survivor's guilt. He states that initially he copes drinking very heavily but he quit drinking in 1977, and since then has tried to cope by keeping busy--working hard.

However, he has had periods over the past 20 years when he literally did not function (e.g., reports a 2 year period in early 80s when he was unable to work "I just sat and did nothing"

Mr Six stated his depressive symptoms worsened over the past several years, particularly in recent months since he has been unable to work due to his severe low back pain.

Lately he has been taking:
Fluoxetine 20 mg 3 po in am
Trazodone 50 mg 3 po hs
Clonazepam 2 mg po hs for "restless leg syndrome"; apparently he has some jerks on both legs but which are started by a severe pain "as an electric shock" in the low back pain and he experiences it "during the day or night...each time that I try to relax..."

Patient was seen by Dr D Miller but a reconsult will be requested because the unusual features of his "restless leg syndrome" and the fact that he did not get any relief taking Clonazepam.

Veteran keeps having very intrusive nightmares related with the 1967 naval incident, which has been exacerbated lately. A trial with Alprazolam will be done; benefits, side effects, risks and expectable outcome were discussed.

Medication Compliance: good

** THIS NOTE CONTINUED ON NEXT PAGE **

MEDICAL RECORD Progress Notes

10/11/2002 15:06 ** CONTINUED FROM PREVIOUS PAGE **

Adverse Effects: none known

Mental Status Examination:

Appearance: casually dressed, wearing a T shirt and cap mentioning the USS Liberty incident, well groomed
Attitude: wnl
Speech: normal volume and content
Mood: moderately to markedly depressed
Affect: congruent with his mood
Suicidal Ideations: [ ] Y [x] N
Homicidal Ideations: [ ] Y [x] N
Sleep: see above
Appetite: wnl
Weight: wnl
Energy: wnl
Concentration: wnl
Memory: wnl
Orientation: wnl
Thought Content: 1967 USS Liberty incident intrusive memories

Alcohol use: Denied by the patient.
Tobacco use: "I'm smoking 6 cigarettes a day and I'm trying to quit..."
Illicit drug use: Denied by the patient.
Lab Data: None.

Impr: Axis I: Chronic PTSD with depressive features
Nicotine Dependence
" II: None
" III: Chronic bronchitis
Failed back surgery syndrome with severe pain
Left sided atypical face pain syndrome
GERD
" IV: Physical limitations 2nd to # III
" V: GAF: 45

Plan: 1) Keep on individual/conjoint psychotherapy with his wife
2) Patient to return in 4 weeks or sooner PRN
3) Keep on Fluoxetine 20 mg 3 po qd in am
4) " " Trazodone 50 mg 3 po hs prn insomnia
5) Alprazolam 0.25 mg 1/2-1 po hs prn nightmares (30x5)
6) d/c Clonazepam
7) Consult with D Miller, MD

Signed by: /es/ GEORGE KOPILOFF, M.D.
Staff Psychiatrist 10/11/2002 15:51

** THIS NOTE CONTINUED ON NEXT PAGE **

EDICAL RECORD Progress Notes

0/11/2002 15:06 ** CONTINUED FROM PREVIOUS PAGE **

0/13/2002 19:06 ADDENDUM
Plan: refer to BHOST,re: additional individual psychotherapy
Signed by: /es/ GEORGE KOPILOFF, M.D.
Staff Psychiatrist 10/13/2002 19:07

SIX,HAROLD E Loma Linda VAMC Printed:11/06/2002 12:57
0-46-1848 DOB:04/27/1946 Pt Loc: OUTPATIENT Vice SF 509

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
NOTE DATED: 10/16/2002 10:50  BHOST/MULTIDISCIPLINARY CONSULT [PDT]
VISIT: 10/15/2002 08:15 BHOST/TEAM CONFERENCE
SIX,HAROLD E, Phone: 909 685-4707
4080 PEDLEY RD 185
RIVERSIDE, CA  92509

Last GAF Score: 45 on OCT 11,2002@15:29 by KOPILOFF,GEORGE, Age: 56, Sex
MALE

Referral reviewed by Behavioral Health Outpatient Services Team.
Patient referred to: Espie Canez to assess tx needs of patient.

                  Signed by: /es/ BARBARA L. WETTSTEIN, PH.D.
                                  Staff Psychologist 10/16/2002 11:39
    Receipt Acknowledged By:
                             /es/ Clara M. Wise, OTR, P7392
                                  OTR 10/16/2002 14:57
                             /es/ DOLORES M FERNANDEZ
                                  BHOST CLINICAL STAFF 10/25/2002 09:29
                             /es/ SHARON RIDLEY
                                  LCSW 10/21/2002 12:16
                             /es/ JOSHUA M BULEY, MS
                                  PSYCHOLOGY INTERN 10/16/2002 11:52
```