LEGEND: Insert N/A to the items below which are not applicable

**PERSONAL DATA**

| | |
|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE NAME | SIX, HAROLD EUGENE |
| 2. SERVICE NUMBER | 777 58 53 |
| 3a. GRADE, RATE OR RANK | CT3 (E-4) |
| b. DATE OF RANK (Day, Month, Year) | 16 APR 66 |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | USN NAVY |
| 5. PLACE OF BIRTH (City and State or Country) | TORRINGTON, WYO. |
| 6. DATE OF BIRTH (DAY / MONTH / YEAR) | 27 / APR / 46 |
| 7 a. RACE | - - - - - - - - |
| b. SEX | MALE |
| c. COLOR HAIR | BROWN |
| d. COLOR EYES | BROWN |
| e. HEIGHT | 71 |
| f. WEIGHT | 145 |
| 8. U.S. CITIZEN | ☒ YES ☐ NO |
| 9. MARITAL STATUS | SINGLE |
| 10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | HIGH SCHOOL - 1 |
| b. MAJOR COURSE OR FIELD | GENERAL |

**TRANSFER OR DISCHARGE DATA**

| | |
|---|---|
| 11 a. TYPE OF TRANSFER OR DISCHARGE | DISCHARGE |
| b. STATION OR INSTALLATION AT WHICH EFFECTED | USS LIBERTY (AGTR-5) |
| c. REASON AND AUTHORITY | 313 - TO IMMEDIATELY REENLIST AUTH: BUPERS LTR PERS-B2211-jlg of 3 NOV 66 |
| d. EFFECTIVE DATE (DAY / MONTH / YEAR) | 09 / FEB / 67 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | USS LIBERTY (AGTR-5) |
| 13 a. CHARACTER OF SERVICE | HONORABLE |
| b. TYPE OF CERTIFICATE ISSUED | DD256N |

**SELECTIVE SERVICE DATA**

| | |
|---|---|
| 14. SELECTIVE SERVICE NUMBER | NA |
| 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | NOT REGISTERED |
| 16. DATE INDUCTED (DAY / MONTH / YEAR) | - - / - - - - / - - |
| 17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED | N/A |

**SERVICE DATA**

| | |
|---|---|
| 18. TERMINAL DATE OF RESERVE OBLIGATION (DAY / MONTH / YEAR) | - - / - - - - / - - |
| 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY | ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: |
| b. TERM OF SERVICE (Years) | FOUR |
| c. DATE OF ENTRY (DAY / MONTH / YEAR) | 06 / MAY / 64 |
| 20. PRIOR REGULAR ENLISTMENTS | NONE |
| 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | SR |
| 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) | LOS ANGELES, CALIF. |
| 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State) | COVINA, LOSANGELES, CALIF. |
| 25 a. SPECIALTY NUMBER AND TITLE | CT3 - - - - - - - |
| b. RELATED CIVILIAN OCCUPATION AND D. O. T. NUMBER | - - - - - - - - - - - - |

| 24. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 09 | 05 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) + line (2)) | 02 | 09 | 05 |
| b. TOTAL ACTIVE SERVICE | | 02 | 09 | 05 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 08 | 13 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

NATIONAL DEFENSE MEDAL

27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known)

NA

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| a. SCHOOL OR COURSE | b. DATES (From - To) | c. MAJOR COURSES |
|---|---|---|
| CT "A" SCOL | 07SEP64-05MAR65 | |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED

NTC FOR SN
BMR FOR SN
MR FOR PO3&2
NTC FOR CTTR13&

**VA DATA**

| | |
|---|---|
| 30 a. GOVERNMENT LIFE INSURANCE IN FORCE | ☐ YES ☒ NO |
| b. AMOUNT OF ALLOTMENT | NA |
| c. MONTH ALLOTMENT DISCONTINUED | NA |
| 31 a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) | NA |
| b. VA CLAIM NUMBER | C- NA |

**AUTHENTICATION**

32. REMARKS

IS RECOMMENDED FOR REENLISTMENT
NUMBER OF DAYS LEAVE PAID: NONE
NUMBER OF DAYS EXCESS LEAVE: NONE
NUMBER OF DAYS LOST TIME: NONE
SOCIAL SECURITY NUMBER: 520 46 1848

| | |
|---|---|
| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State) | 435 E. COLORADO ST. APRT. 2 GLENDORA CALIF. |
| 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED | Harold Eugene Six |
| 35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | P. M. ARMSTRONG, LCDR, USN, EXEC OFF |
| b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN | [signature] |

DD FORM 1 NOV 55 214 — REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE

2

AR 61

Form prescribed by Comptroller, U.S.
26 April 1950

RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH
NAVPERS 1070/614/NAVCOMPT 512(8-70) (FORMERLY NAVPERS 601-14) S/N 0106-018-6150

**IDENTIFICATION DATA**

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SERVICE NUMBER/SSN | 3. RATE | 4. BRANCH AND CLASS |
|---|---|---|---|
| SIX, HAROLD EUGENE | 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 | CTR1 | NAVY-USN |

| 5. NAME AND LOCATION OF ACTIVITY | 6. PAY ENTRY BASE DATE (day, mo., yr.) |
|---|---|
| NAVAL STATION, T.I., SFRAN, CA 94130 | 06 MAY 64 |

**DISPOSITION DATA**

7. TYPE OF SEPARATION

- [XX] DISCHARGED AND RELEASED FROM ACTIVE DUTY
- [ ] DISCHARGED AND REENLISTED ON BOARD
- [ ] OTHER (EXPLAIN IMMEDIATELY BELOW)
- [ ] USNR RELEASED FROM ACTIVE DUTY
- [ ] USN TRANSFERRED TO USNR AND RELEASED FROM ACTIVE DUTY
- [ ] TRANSFERRED TO FLEET RESERVE AND RELEASED FROM ACTIVE DUTY
- [ ] TRANSFERRED TO FLEET RESERVE AND RETAINED ON ACTIVE DUTY
- [ ] TEMPORARY DISABILITY RETIRED LIST
- [ ] RETIRED AND RELEASED FROM ACTIVE DUTY
- [ ] RETIRED AND RETAINED ON ACTIVE DUTY
- [ ] DECEASED

**SEPARATION DATA**

| 8. AUTHORITY | 9. CODE | 10. REASON | 11. CHARACTER |
|---|---|---|---|
| BUPERSMAN 3840240.2a | 206 | DISCHARGED WITHIN 03 MOS. OF EXPIRATION OF TERM OF ENLISTMENT | HONORABLE |

| 12. DATE OF SEPARATION/DEATH | 13. NORMAL DATE OF EXPIRATION OF ENLISTMENT; OR TERMINAL DATE OF MILITARY SELECTIVE SERVICE OBLIGATION | 14. REENLISTMENT CODE |
|---|---|---|
| 06 FEB 73 | 09 FEB 73 | RE-4 |

**LEAVE DATA**

15. NUMBER DAYS UNUSED LEAVE
Words: ~~FIFTY FIVE~~ TWENTY-NINE  Figures: ~~55~~ 29

- [XX] ELECTED CASH SETTLEMENT
- [ ] ELECTED TO CARRY OVER TO NEW ENLISTMENT
- [ ] NOT ENTITLED TO ELECTION

16. CHECKAGE FOR EXCESS LEAVE — Number of days: ____ Inclusive dates: From ____ To ____

**MILEAGE ELECTION**

| 17. SOURCE OF ENTRY ON CURRENT ACTIVE DUTY | 18. NAME OF PLACE (City and State / or Country) | 19. DATE |
|---|---|---|
| [X] ACCEPTED FOR ENLISTMENT AT; [ ] ORDERED TO ACTIVE DUTY FROM | LOS ANGELES, CALIFORNIA | 06 MAY 64 |

20. HOME OF RECORD AT TIME OF ENLISTMENT, INDUCTION, OR ORDERS TO ACTIVE DUTY (Street no., city, county, state / or country)
COVINA, LOS ANGELES, CALIFORNIA

21. I HEREBY ELECT MILEAGE TO THE FOLLOWING LOCATION: (City, state / or country)
COVINA, LOS ANGELES, CALIFORNIA

APPROPRIATION CHARGEABLE: POV

| 22. PLACE OF (See Joint Travel Regulations) | 23. SIGNATURE OF MEMBER |
|---|---|
| HOME OF RECORD | [signature] Harold E. Six |

**D.O. AUTHORIZATION**

*The disbursing officer is authorized and directed to make appropriate credit or checkages in member's pay account.*

# 3 PARADISE VALLEY, CARSON, CA 90745

24. PAYMENT OF DISCHARGE GRATUITY IS:
- [ ] DIRECTED
- [XX] NOT DIRECTED OR INAPPROPRIATE

| 25. SIGNATURE | 26. RANK AND TITLE | 27. |
|---|---|---|
| L. A. KIRKER [signature] | LT USN SEP OFF BY DIR OF CO | 53/13861/73 |

**MISCELLANEOUS DATA**

28. TEST SCORES: TEST GCT 55 ARI 46 MECH 50 CLER 55 SONAR 45 RADIO 58
NOT RECOMMENDED FOR REENLISTMENT

ORIGINAL - SERVICE RECORD

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION
USS LIBERTY (AGTR-5)

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 09JUN67 | | USS AMERICA (CVA-66) |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | TAD UNDER TREATMENT |

AUTH: CHAPTER "#, TRANSFER MANUAL

SIGNATURE AND RANK: M. P. O'MALLEY, ENS, USNR PERSONNEL OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
USS AMERICA (CVA-66)
Reported: 1100, 6/9/67
C. HARDIN, SHPCLK, USN
PERSONNEL OFFICER
BY DIRECTION OF THE C. O.
Departed: 6/17/67

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK |
|---|---|---|
| STATION HOSPITAL, NAVSUPPACT NAPLES, ITALY 09521 | 17 JUN 67 | CDR D.E. TAPSCOTT MSC USN MED ADMIN OFFICER |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 23 JUN 67 | 7 DAYS | USAG HOSPITAL FRANKFURT GERMANY FFT CONUS |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | TEMDU UNDER TREATMENT |

AUTH: TRANSMAN CHAPTER 21

SIGNATURE AND RANK*: CDR D.E. TAPSCOTT MSC USN
MED ADMIN OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK |
|---|---|---|
| Naval Hospital, San Diego, Calif. | 6-30-67 | N. R. PETERSEN, ENS MSC USN Asst Chief, Patient Affairs Offi |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 10 Jul 67 | 10 DAYS IN HOSPITAL | NAVAL COMMUNICATIONS/ STATION, SAN DIEGO, CALIFORNIA |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | FURAS BUPERS |

AUTH: TRANSMAN, Chapter 21

SIGNATURE AND RANK*: N. R. PETERSEN, ENS MSC USN
Asst Chief, Patient Affairs Officer
By direction of Commanding Officer

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| ...TED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK |
|---|---|---|
| COMMSTA SDIEGO | 10 JUL 67 | T. M. MARKS, LTJG, USNR PERSOFF BY DIR OF THE C.O. |

| ... first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| ...rold Eugene | 520 46 1848 777 58 53 | USN |

...RECEIPTS—NAVPERS 601-12 (New 12-61) 12

# ENLISTED PERFORMANCE RECORD

*See Art. B-2305, BuPers Manual

| 1. DATE | 2. REASON | 3. RATE | 4. TRAITS: PROFESSIONAL PERFORMANCE | MILITARY BEHAVIOR | LEADERSHIP AND SUPERVISORY ABILITY | MILITARY APPEARANCE | ADAPTABILITY | 5. SHIP OR ACTIVITY | 6. INITIALS* |
|---|---|---|---|---|---|---|---|---|---|
| 10FEB67 | M | CT3 | REENLISTED | ON BOARD | THIS DATE | | | USS LIBERTY (AGTR-5) | RMA |
| 24JUL67 | M | CTR3 | RECOMMENDED FOR | | CTR2 | | | NAVCOMMSTA SDIEGO | [illegible] |
| 16OCT67 | P | CT3 | 3.6 | 3.6 | 3.6 | 3.4 | 3.8 | NAVCOMMSTA SDIEGO | LJG |
| 16MAY68 | P | CT2 | 3.2 | 3.2 | 3.0 | 2.8 | 3.2 | NAVCOMMSTA SDIEGO | LJG |
| 16NOV68 | P | CT2 | 3.6 | 3.6 | 3.4 | 3.4 | 3.6 | NAVCOMMSTA SDIEGO | LJG |
| 26MAY69 | M | CT2 | RECOMMENDED FOR ADVANCEMENT TO CT1 | | | | | NAVCOMMSTA SDIEGO | LJG |
| 16MAY69 | P | CT2 | 3.4 | 3.6 | 3.2 | 3.4 | 3.2 | NAVCOMMSTA SDIEGO | LJG |
| 18JUN69 | M | CT2 | RECOMMENDATION FOR ADVANCEMENT TO CT1 WITHDRAWN. | | | | | NAVCOMMSTA SDIEGO | LJG |
| 15AUG69 | T | CT2 | 3.2 | 3.6 | 3.4 | 3.4 | 3.4 | NAVCOMMSTA SDIEGO | LJG |
| 16 NOV 69 | P | CT2 | LESS THAN NINETY DAYS. | | | | | NSGA, FT. MEADE, MD. | RFL |
| 27 JAN 70 | M | CT2 | Recommended for CT1 | | | | | NSGA FT MEADE MD | MHM |
| 03 APR 70 | T | CTR2 | N.O. | 3.6 | N.O. | 3.4 | 3.6 | NAVCOMMSTA PHIL FOR NSGA FT. MEADE MD. | WRS |
| 16 JUN 70 | P | CT1 | LESS THAN NINETY DAYS | | | | | NAVCOMMSTA PHIL | WRS |
| 01 DEC 70 | P | CTR1 | 3.6 | 3.6 | 3.4 | 3.6 | 3.6 | US NAVCOMMSTA PHIL | WRS |
| 1APR71 | T | CTR1 | 3.6 | 3.6 | 3.8 | 3.8 | 3.8 | NAVFAC DANANG DETACHMENT ALFA | HRD |
| 01JUN71 | P | CTR1 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | NAVCOMMSTA PHIL | VM |
| 6NOV71 | M | CTR1 | 3.6 | 3.4 | 3.4 | 3.8 | 3.6 | FLTSUPPDET, RVN NAVCOMMSTA PHIL | VM |
| 1JUN72 | P | CTR1 | 3.2 | 3.0 | 3.0 | 3.8 | 3.2 | NAVCOMMSTA PHIL | VM |
| 07JUL72 | M | CTR1 | 3.2 | 2.0 | 3.2 | 3.4 | 3.2 | NAVCOMMSTA PHIL | VM |
| 30JUL72 | T | CTR1 | LESS THAN NINETY DAYS | | | | | NAVCOMMSTA PHIL | VM |
| 06FEB73 | M | CTR1 | NOT RECOMMENDED FOR REENLISTMENT | | | | | NAVSTA TI SFRAN, CA | DAK |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|
| SIX | HAROLD | EUGENE | 520 46 1848 / 777 58 53 |

ENLISTED PERFORMANCE RECORD— NAVPERS 601-9 (Rev. 8-59) 9 1

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

**PERSONAL DATA**

1. LAST NAME-FIRST NAME-MIDDLE NAME: SIX, HAROLD EUGENE
2. SERVICE NUMBER: NA
3. SOCIAL SECURITY NUMBER: 520 46 1848
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: NAVY-USN
5a. GRADE, RATE OR RANK: CTR1
b. PAY GRADE: E-6
6. DATE OF RANK: DAY 01 MONTH JUN YEAR 70
7. U. S. CITIZEN: [X] YES [ ] NO
8. PLACE OF BIRTH (City and State or Country): TORRINGTON, WYOMING
9. DATE OF BIRTH: DAY 27 MONTH APR YEAR 46

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: NONE
b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: NA
c. DATE INDUCTED: DAY NA MONTH YEAR

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: DISCHARGED
b. STATION OR INSTALLATION AT WHICH EFFECTED: NAVAL STATION, T.I., SFRAN, CA 94130
c. REASON AND AUTHORITY: BUPERSMAN 3840240.2a 206- DISCHARGED WITHIN 03 MOS. OF EXPIRATION OF TERM OF ENLISTMENT
d. EFFECTIVE DATE: DAY 06 MONTH FEB YEAR 73
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: U.S. NAVCOMMSTA, PHILIPPINES
13a. CHARACTER OF SERVICE: HONORABLE
b. TYPE OF CERTIFICATE ISSUED: DD256N
14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: NA
15. REENLISTMENT CODE: RE-4

**SERVICE DATA**

16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION: DAY NA MONTH YEAR
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [X] REENLISTED [ ] OTHER
b. TERM OF SERVICE (Years): 06
c. DATE OF ENTRY: DAY 10 MONTH FEB YEAR 67
18. PRIOR REGULAR ENLISTMENTS: ONE
19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: CT3
20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): COVINA, LOS ANGELES, CA
21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code): COVINA, LOS ANGELES, CA
23a. SPECIALTY NUMBER & TITLE: CT-0000
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 828-ELECTRONIC MECH

22. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 05 | 11 | 27 |
| | (2) OTHER SERVICE | 02 | 09 | 04 |
| | (3) TOTAL (Line (1) plus Line (2)) | 08 | 09 | 01 |
| b. TOTAL ACTIVE SERVICE | | 08 | 09 | 01 |
| c. FOREIGN AND/OR SEA SERVICE | | 03 | 02 | 03 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NDSM, IST GCM FOR PERIOND ENDING 5 MAY 68, NUCR, MUCR, COMBAT ACTION RIBBON, PRESIDENTIAL UNIT CITATION, PURPLE HEART, VSM, (1), VCM (D)

25. EDUCATION AND TRAINING COMPLETED: ECC FOR MRPO 1 &C
X
X
X
X
X

**VA AND EMP. SERVICE DATA**

26a. NON-PAY PERIODS TIME LOST (Preceding Two Years): TL: NONE
b. DAYS ACCRUED LEAVE PAID: 29
27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES [X] NO
b. AMOUNT OF ALLOTMENT: NA
c. MONTH ALLOTMENT DISCONTINUED: NA
28. VA CLAIM NUMBER: C- NONE
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [XX] $15,000 [ ] $10,000 [ ] $5,000 [ ] NONE

**REMARKS**

30. REMARKS: HIGH SCHOOL: 04 (GED), SERVED IN VIETNAM
X
X
X
X
X

**AUTHENTICATION**

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code): #3 PARADISE VALLEY, CARSON, CALIFORNIA 90745
32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: [signature]
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: L. A. KIRKER, LT USN SEPARATIONS OFF BY DIR OF THE C.O.
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature]

DD FORM 1 JULY 70 214N PREVIOUS EDITION OF THIS FORM IS TO BE USED. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE 2

S/N 0102-002-0201

LEAVE RECORD
OFFICER - ENLISTED

S-4

I. PERSONNEL LEAVE RECORD — LEAVE ACCOUNT. — TO BE RETAINED IN SERVICE RECORD

| LEAVE TAKEN A FROM- DAY MO. YR. | LEAVE TAKEN B TO- DAY MO. YR. | LEAVE TAKEN C NO. DAYS | LEAVE CREDITED D DATE DAY MO. YR. | LEAVE CREDITED E NO. DAYS | BALANCE F NO. DAYS | SHIP OR STATION G | SIGNATURE H |
|---|---|---|---|---|---|---|---|
| | CREDIT ESTABLISHED OR BROUGHT FORWARD | | 31AUG68 | 20 | | NAVCOMMSTA SDIEGO | LOUIS J. GIEFER |
| 26OCT68 | 8NOV68 | 14 | | | | NAVCOMMSTA SDIEGO | LOUIS J. GIEFER |
| 28FEB69 | 13MAR69 | 14 | | | | NAVCOMMSTA SDIEGO | LOUIS J. GIEFER |
| | | | 30JUN69 | 25 | 16 (17) | NAVCOMMSTA SDIEGO | LOUIS J. GIEFER |
| 16AUG69 | 09SEP69 | 25 | | | | NSGA, FT. MEADE, MD. | R. V. ROPPE, LTJG, USNR |
| 23SEP69 | 26SEP69 | 04 | | | | NSGA FT MEADE, MD. | R. V. ROPPE, LTJG |
| LEAVE BALANCE VERIFIED WITH PAY RECORDS, SEPTEMBER 1969 | | | | | | | R. V. ROPPE, LTJG, USNR |
| 04APR70 | 05MAY70 | 32 | E-5 | NCZ | | NAVCOMMSTA PHIL | W.R. SMITH, LT, U |
| | | | 30 JUN 70 | 30 | -15 | NAVCOMMSTA PHIL | W.R.SMITH,LT,US |
| LEAVE BALANCE VERIFIED WITH PAY RECORD, SEP 70 | | | | | | NAVCOMMSTA PHIL | W.R.SMITH,LT,US |
| 07 NOV 70 | 09 NOV 70 | 03 | E-6 | NCZ | | NAVCOMMSTA PHIL | W.R.SMITH,LT,US |
| 14 NOV 70 | 18 NOV 70 | 05 | E-6 | NCZ | | NAVCOMMSTA PHIL | W.R.SMITH,LT,US |
| | | | 30JUN71 | 30 | 07 (08) | NAVCOMMSTA PHIL | V.MARSAGLIA,CWO2 |
| | | | 30JUN72 | 30 | 37 (58) | NAVCOMMSTA PHIL | V.MARSAGLIA,CWO2 |
| DISCH | | | 06FEB73 (6FEB) | 18 | 55 | NAVSTA TI SF CA | E.A.KIRKER, LT U |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

II. RECORD CLOSING DATA

| A. FINAL COMPUTATION | | B. DISPOSITION (Check appropriate item) | |
|---|---|---|---|
| 1. TOTAL DAYS LEAVE CREDITED (Total-Col. E) | | | 1. BALANCE CARRIED FORWARD TO NEW RECORD |
| 2. TOTAL DAYS LEAVE TAKEN (Total-Col. C) | | | 2. CASH SETTLEMENT REQUESTED |
| 3. BALANCE (1 minus 2) | | | 3. OTHER (Specify) |

NAME, GRADE AND TITLE OF CERTIFYING OFFICER

SIGNATURE OF CERTIFYING OFFICER

III. NAME (Last, first, middle): SIX, HAROLD EUGENE

FILE/SERVICE NO.: 777 58 53

NAVPERS 601-8 (Rev. 1-63)

8

ADMINISTRATIVE REMARKS — See Art. B-2305, BuPers Manual

SHIP OR STATION
U. S. NAVAL FACILITY, DA NANG, DETACHMENT ALFA, PHU BAI, REPUBLIC OF VIETN

29 DEC 70: Authorized to wear the Vietnam Service Medal with one bronze star for duty in Vietnam while serving in a temporary additior duty status with this command. Auth: SECNAVINST 1650.1D of 17 DEC 68. Medal was issued.

H. R. HUSTED, JR., CWO-2, USN
ADMIN OFF BY DIR OF THE CO

---

1 APR 71: Petty Officer SIX is not authorized to wear the Republic of Vietnam Campaign Medal; however, he served on board this command for which the Republic of Vietnam Campaign Medal is authorized, during the period indicated below for credit towards future eligibility:

29 DEC 70 - 1 APR 71

H.R. HUSTED, JR., CWO-2, USN
ADMIN OFF BY DIR OF THE CO

---

1 JUL 71: Awarded Shortage Specialty Pay (P-2-$75) effective this date, based on RATING of CTR in accordance with BUPERSINST 1430.12J. This award will continue in effect until terminated by loss of eligibility.

V. MARSEGLIA, CWO2, USN, Personnel Officer
By direction of the Commanding Officer

---

U.S. U.S. NAVAL COMMUNICATION STATION, PHILIPPINES

---

10 MAY 72: I HAVE READ THE CONTENTS OF BUPERSMAN 3420220 AND I UNDERSTAND THAT AN ESTABLISHED PATTERN SHOWING DISHONORABLE FAILURE TO PAY JUST DEBTS MAY LEAD TO SEPARATION BY REASON OF UNFITNESS WITH AN UNDESIRABLE DISCHARGE, OR A MORE CREDITABLE TYPE DISCHARGE WHEN IT IS WARRANTED BY THE PARTICULAR CIRCUMSTANCES IN A GIVEN CASE.

HAROLD EUGENE SIX

WITNESSED:
V. MARSEGLIA, CWO2, USN
PERSONNEL OFFICER

---

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) 0105-900-9010 520 46 1848 NAVY-OKINAWA 13 [6

0105-900-9010 ADMINISTRATIVE REMARKS *See Art. B-2305, BuPers Manual*

SHIP OR STATION U. S. NAVAL COMMUNICATION STATION PHILIPPINES

06 JUL 70: Authorized to wear the Combat Action Ribbon for service, while on board the USS LIBERTY (AGTR-5), during the period of 30 May 66 to 09 June 67. AUTH: Pers-G25-MB/cb of 23 June 1970.

W. R. SMITH, LT, USN
Personnel Officer
By direction of Commanding Officer

13 JUL 70: Authorized to wear the Meritorious Unit Citation Ribbon for service while attached to the Naval Communication Station, San Diego California. from 10 Jul 67 to 24 JUL 67. AUTH: BUPERSNOTE 1650 Pers-G25-IPB/ks of 15 DEC 69.

W. R. SMITH, LT, USN
Personnel Officer
By direction of Commanding Officer

17 JUL 1970 Assigned rating designator CT R for purposes of identifying SIX as being in the Communications Technician COLLECTION Branch. AUTH. BUPERSNOTE 1440 of 6 APR 1970.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
| --- | --- | --- |
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

520 46 1848

0105-900-9010 **ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

U. S. NAVAL COMMUNICATION STATION PHILIPPINES

12 JUN 70: Awarded Proficiency Pay (Specialty)(P-2-75) based on assignment of NEC 2405 as reflected in BUPERS Report 1080-14 for accounting period APR 70. Such award to commence 19 MAY 70 in accordance with BUPERSINST 1430.12I. This award shall continue in effect until terminated on 30 JUN 70.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the Commanding Officer

---

30 JUN 1970 Terminated Proficiency Pay (Specialty) (P-2-75) effective this date, by reason of END OF FISCAL YEAR. Appropriate personnel diary entries made.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

---

01 JUL 1970 Awarded Proficiency Pay (Specialty) (P-2-75) based on assignment of NEC 2405 as reflected in BUPERS Report 1080-14 for accounting period MAY70. Such award to commence 1JUL70 in accordance with BUPERSINST 1430.12I. This award shall continue in effect until terminated on 30 JUN 71.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 33 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) 520 46 1848 13

ADMINISTRATIVE REMARKS — See Art. B-2305, BuPers Manual

SHIP OR STATION
NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA 92132

16 Jan 68: Awarded Proficiency Pay (Specialty) P-2 effective 10 Jul 67 based on NEC of 2405 . AUTH: BUPERSINST 1430.12G. This award will continue in effect until terminated by loss of eligibility.

LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

---

16 MAY 68: Assigned a mark of 2.8 in Military Appearance due to SIX's soiled uniforms and general poor grooming. Petty Officer SIX's appearance is unbecoming a second class petty officer and is definitely not within prescribed Navy standards.

LOUIS J. GIEFER
PERS OFF BY DIR OF THE C.O.

---

1 JUL 68: I hereby acknowledge receipt of Navy Good Conduct Medal (First Award) for service ending 5 May 1968. AUTH: BUPERS ltr Pers-E34-VLH:mhb of 24 June 1968

Harold Eugene Six
HAROLD EUGENE SIX

WITNESSED: LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

---

01JUN70: Advance to CTR1 effective 01JUN70 for pay and precedence purpose. For the purpose of final multiple computation and determining eligibility for advancement to the higher pay grade, SIX'S service in pay grade E-6 is considered to date from 01MAY70. AUTH: CO, NEC ADV LTR NO 1-70 of 01APR70. The data listed for SIX in the Examination Status Verification Report has been verified in accordance with NEC VERIF. LTR NO. VL -69 of 14 MAR 69 CH-1.

W. R. SMITH, LT, USN, Personnel Officer
By direction of the Commanding Officer

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) 0105-401-2103 520 46 1848 13

**ADMINISTRATIVE REMARKS** * See Art. B-2305, BuPers Manual

SHIP OR STATION

USS LIBERTY (AGTR-5)

10 FEB 67: Reenlisted this date, entitled to normal reenlistment bonus and eligible for VRB based on CT rating and 4 VRB multiple. The VRB to be paid in 6 installments commencing this date.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

---

NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA 92132

---

14 Dec 67: Advanced to CTR2 effective 16 October 1967 for pay and precedence purposes. For the purpose of final multiple computation and determining eligibility for advancement to next higher pay grade SIX's service in pay grade (E-5) is considered to date from 16 November 1967. AUTH: NEC ADV LTR 2-67/2 of 1 October 1967.

LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

| NAME (Last, First, Middle) | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX, | HAROLD | EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)
11 A 0105 401 2103 * GPO : 1961 O—598881 520 46 1848 13

## ADMINISTRATIVE REMARKS

*See Art. B-2305, BuPers Manual

SHIP OR STATION

USS LIBERTY (AGTR-5)

10 FEB 67: Reenlisted on board this vessel this date, in the U.S. Navy to serve for a period of SIX (06) years. Retained on board for duty. AUTH: BuPers Manual, Article C-1403.A.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Following entries transcribed from service record of previous enlistment

16 APR 66: Advanced to CT3

28 MAY 66: Current tour of sea duty commenced.

28 MAY 66: Received on board this vessel.

05 MAY 66: Completed TWO years service for pay purposes this date.

Following marks transcribed to facilitate computation of eligibility for Good Conduct award and advancement in rating:

| DATE | PRO PERF | MIL BEH | LEAD & S.A. | MIL APP | ADAPT |
|---|---|---|---|---|---|
| 05 MAR 65 | 3.4 | 3.6 | N.O | 3.6 | 3.6 |
| 17 JUN 65 | 3.0 | 3.2 | N.O | 3.0 | 3.2 |
| 16 NOV 65 | 3.0 | 3.6 | 3.4 | 3.4 | 3.4 |
| 16 MAR 66 | 3.2 | 3.4 | N.O | 3.4 | 3.6 |
| 16 AUG 66 | 3.2 | 3.0 | N.O | 3.4 | 3.4 |
| 16 JAN 67 | 3.8 | 3.6 | 3.6 | 3.4 | 3.6 |

AUTHENTICATED:

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Reenlisted for a period of SIX years to attain career designated status in accordance with BUPERSINST 1133.13B and entitled to appropriate benefits listed therein.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Received instructions in the UCMJ, in accordance with article 137, Uniform Code of Military Justice. Completed course of instruction in the Code of Conduct for members of the United States in accordance with U.S. Navy Regulations Article 0740.1, and BuPers Manual Article D5101.

WITNESSED: P. M. ARMSTRONG, LCDR, USN, EXEC OFF
BY DIRECTION OF THE COMMANDING OFFICER

Harold Eugene Six
HAROLD EUGENE SIX

| NAME (Last, First, Middle) | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX, | HAROLD | EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)
1 1 A 0105 401 2103

* GPO : 1961 O—598881

520 46 1848

13

S/N 0106-006-2200

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: U. S. NAVAL COMMUNICATION STATION PHILIPPINES

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 29DEC70 | -- | CO, NAVFAC DANANG FOR ADMINISTRATIVE PURPOSES AND TO OIC, NAVAL FACILITY, DETACHMENT ALFA |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | TEMADD 90 DAYS & COMPRET |

AUTH: CHAP 23, TRANSMAN

SIGNATURE AND RANK: V. MORALES, LTJG, USN, NSGD PERS SERV OFF
BY DIRECTION OF THE COMMANDING OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
DETACHMENT ALFA, NAVFAC, DANANG, RVN
REPORTED: 0800, 29 DEC 70
DEPARTED: 0800, 1 APR 1971
H. R. HUSTED, JR., CWO-2, USN
ADMIN OFF BY DIR OF THE CO

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK |
|---|---|---|
| U. S. NAVCOMMSTA PHILIPPINES | 04 APR 1971 | V. MORALES, LTJG, USN NSGD PERS SERV OFF BY DIRECTION OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 17 SEP 71 | — | OIC, NAVCOMMSTAPHIL, FLT SUPPORT DET, DANANG, RVN |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | TEMADD 45 DAYS & COMPRET |

AUTH: CHAP 23, TRANSMAN

SIGNATURE AND RANK*: W. D. VINSON, LT, USN, NSGD PERS SERV OFF
BY DIRECTION OF THE COMMANDING OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK |
|---|---|---|
| U. S. NAVCOMMSTA PHILIPPINES | 07 NOV 1971 | W. D. VINSON, LT, USN NSGD PERS SERV OFF BY DIRECTION OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 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 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 30JUL72 | 26 MONTHS | COMMANDING OFFICER NAVSTA TREASURE ISLAND CALIF |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | FOR TEMDU FOR FURTHER DISPO BY CHNAVPERS |

AUTH: BU CHNAVPERS MSG 141515Z JUL72

SIGNATURE AND RANK: V. MARSEGLIA, CWO2, USN, PERSONNEL OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
NAVSTA TI SFRAN, REP 2 AUG 1972 DEP
H. T. VICK, YNCM, USN, BY DIR OF THE CO

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD E. | 520 46 1848 | USN |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61) 12

TRANSFERS AND RECEIPTS

*See Art. B–2305, BuPers Manual

SHIP OR STATION: NAVAL COMMUNICATION STATION SAN DIEGO, SAN ~~DIEGO~~, CALIF.

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 24 JUL 67 | --------- | NAVCOMMSTA SDIEGO w/NAVSECGRUDEPT |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | FOR DUTY IN BUPERS CONTROLLED CODE B BILLET (HR2046/2846) |

| AUTH: | SIGNATURE AND RANK*1 |
|---|---|
| BUPERS MSG 132033Z JUL 67 | I. M. MARKS, LTJG, USNR<br>PERSOFF BY DIR OF THE C.O. |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVCOMMSTA SDIEGO | 24 JUL 67 | I. M. MARKS, LTJG, USNR<br>PERSOFF BY DIR OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 15AUG69 | NONE | COMMANDING OFFICER NAVAL SECUR GROUP ACTIVITY FT GEORGE G MEADE MARYLAND |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT2 | FOR 24 WKS DUINS WITH NATIONAL CRYPTOLOGIC SCOL BUPERS SCOL CC |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| BUPERS TC B1129 | LOUIS J. GIEFER, PERS OFF<br>BY DIRECTION OF THE C. O. |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVAL SECURITY GROUP ACTIVITY,<br>FORT GEORGE G. MEADE, MD. 20755<br>NSA FOR SCHOOL | 1140,<br>22 SEP 69 | R. V. POPPE, LTJG, USNR<br>Assistant Personnel Officer<br>By direction of the Commanding Offi |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 03 APR 70 | | NAVCOMMSTA PHILIPPINES |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT2 | FORDU OVERSEAS SHORE WITH NAVSECGRUDEPT IN BILLET RR6911 |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| BUPERS TC B3459 ENL ASSIG DIR DATED 12/11/69 | R. F. LITZINGER, LCDR, USN, PERS OFF<br>BY DIRECTION OF THE COMMANDING OFFICER |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVCOMMSTA PHILIPPINES | 19 MAY 70 | W. R. SMITH, LT, USN<br>Personnel Officer<br>By direction of the CO |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 520 46 1848<br>777 58 53 | USN |

TRANSFERS AND RECEIPTS—NAVPERS 601–12 (New 12–61) 0105-401-2001 12

# NAVY OCCUPATION/TRAINING AND AWARDS HISTORY

*See Art B-2305, BuPers Manual

CONTINUOUS ACTIVE DUTY DATE:

1. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 31AUG67 | 2405 | 0000 | [signature] |
| 01NOV71 | 0000 | 0000 | [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | HIGH SCHOOL GRADUATION (In-Service Equivalent) | | NAME & LOCATION OF HIGH SCHOOL | |
|---|---|---|---|---|
| GED TESTS | DATE PASSED | OFF. INITIALS | | |
| CC TESTS / GEN EXAMS | ONE YEAR COLLEGE (In-Service Equivalent) | | | |
| | DATE PASSED | OFF. INITIALS | DATE OF DIPLOMA | OFF. INITIALS |

4. RECORD OF NAVY SERVICE SCHOOLS ATTENDED (CLASS A, B, C, P AND FUNCTIONAL SCHOOLS)

| COURSE TITLE AND SCHOOL LOCATION | | | COURSE TITLE AND SCHOOL LOCATION | | |
|---|---|---|---|---|---|
| EARNED NEC | COURSE LENGTH | DATE ENROLLED | EARNED NEC | COURSE LENGTH | DATE ENROLLED |
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ | DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ |
| MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | | MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | |
| SIGNATURE* | | | SIGNATURE* | | |

| COURSE TITLE AND SCHOOL LOCATION | | | COURSE TITLE AND SCHOOL LOCATION | | |
|---|---|---|---|---|---|
| EARNED NEC | COURSE LENGTH | DATE ENROLLED | EARNED NEC | COURSE LENGTH | DATE ENROLLED |
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ | DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ |
| MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | | MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | |
| SIGNATURE* | | | SIGNATURE* | | |

| COURSE TITLE AND SCHOOL LOCATION | | | COURSE TITLE AND SCHOOL LOCATION | | |
|---|---|---|---|---|---|
| EARNED NEC | COURSE LENGTH | DATE ENROLLED | EARNED NEC | COURSE LENGTH | DATE ENROLLED |
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ | DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ___ in a class of ___ |
| MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | | MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR | | |
| SIGNATURE* | | | SIGNATURE* | | |

| NAME (Last, First, Middle) | SERVICE NUMBER | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 777 58 53 | USN |

NAVY OCCUPATION/TRAINING AND AWARDS HISTORY NAVPERS 601-4 (REV. 6-66) S/N-0105-401-1103 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 3