Sec.
4.71 Mi
4.71a S
4.72 R
4.73 S
4.75 E
4.76 E
4.76a
4.77 E
4.78 (
4.79 I
4.80
4.81
4.83
4.83a
4.84
4.84a
4.84b
4.85
4.86
4.86
4.87
4.87
4.87

disability, dissatisfaction with work environment, difficulties in securing employment, etc., must not be accepted by the rating board as indicative of psychoneurosis. Moreover, mere failure of social or industrial adjustment or the presence of numerous complaints should not, in the absence of definite symptomatology typical of a psychoneurotic or psychophysiologic disorder, become the acceptable basis of a diagnosis in this field. It is the responsibility of rating boards to accept or reject diagnoses shown on reports of examination. If a diagnosis is not supported by the findings shown on the examination report, it is incumbent upon the board to return the report for clarification.

### § 4.127 Mental deficiency and personality disorders.

Mental deficiency and personality disorders will not be considered as disabilities under the terms of the schedule. Attention is directed to the outline of personality disorders in the APA manual. Formal psychometric tests are essential in the diagnosis of mental deficiency. Brief emotional outbursts or periods of confusion are not unusual in mental deficiency or personality disorders and are not acceptable as the basis for a diagnosis of psychotic reaction. However, properly diagnosed superimposed psychotic reactions developing after enlistment, i.e., mental deficiency with psychotic reaction or personality disorder with psychotic reaction, are to be considered as disabilities analogous to, and ratable as, schizophrenic reaction, unless otherwise diagnosed.

[41 FR 34258, Aug. 13, 1976]

### § 4.128 Change of diagnosis.

Rating boards encountering a change of diagnosis will exercise caution in the determination as to whether a change in diagnosis represents no more than a progression of an earlier diagnosis, an error in a prior diagnosis, or possibly a disease entity independent of the service-connected psychiatric disorder.

evidences of mental health and reflects the ability to establish (together with the desire to establish) healthy and effective interpersonal relationships. Poor contact with other human beings may be an index of emotional illness. However, in evaluating impairment resulting from the ratable psychiatric disorders, social inadaptability is to be evaluated only as it affects industrial adaptability. The principle of social and industrial inadaptability as the basic criterion for rating disability from the mental disorders contemplates those abnormalities of conduct, judgment, and emotional reaction which affect economic adjustment, i.e., which produce impairment of earning capacity.

### § 4.130 Evaluation of psychiatric disability.

The severity of disability is based upon actual symptomatology, as it affects social and industrial adaptability. Two of the most important determinants of disability are time lost from gainful work and decrease in work efficiency. The rating board must not underevaluate the emotionally sick veteran with a good work record, nor must it overevaluate his or her condition on the basis of a poor work record not supported by the psychiatric disability picture. It is for this reason that great emphasis is placed upon the full report of the examiner, descriptive of actual symptomatology. The record of the history and complaints is only preliminary to the examination. The objective findings and the examiner's analysis of the symptomatology are the essentials. The examiner's classification of the disease as "mild," "moderate," or "severe" is not determinative of the degree of disability, but the report and the analysis of the symptomatology and the full consideration of the whole history by the rating agency will be. In evaluating disability from psychotic reactions it is necessary to consider, in addition to present symptomatology or its absence, the frequency, severity, and duration of previous psychotic periods, and the veteran's capacity for adjustment

tions, may be expected to have a sustained effect upon employability until elapsed time in good remission and with good capacity for adjustment establishes the contrary. Ratings are to be assigned which represent the impairment of social and industrial adaptability based on all of the evidence of record. Evidence of material improvement in psychotic reactions disclosed by field examination or social survey should be utilized in determinations of competency, but the fact will be borne in mind that a person who has regained competency may still be unemployable, depending upon the level of his or her disability as shown by recent examinations and other evidence of record.

### § 4.131 Mental disorders incurred during war.

Certain mental disorders having their onset as an incident of battle or enemy action, or following bombing, shipwreck, imprisonment, exhaustion, or prolonged operational fatigue may at the outset be designated as gross stress reaction, "combat fatigue," "exhaustion," or any one of a number of special terms. These conditions may clear up entirely, permitting return to full or limited duty, or they may persist as one of the recognized mental disorders, particularly psychoneurotic reaction. If the mental disorder is sufficiently severe to warrant discharge from service, a minimum rating of 50 percent will be assigned with an examination to be scheduled within 6 months from discharge.

### § 4.132 Schedule of ratings—mental disorders.

PSYCHOTIC DISORDERS

| | Rating |
|---|---|
| ...00 Schizophrenia, simple type. | |
| ...01 Schizophrenia, hebephrenic type. | |
| ... Schizophrenia, catatonic type. | |
| ... Schizophrenia, paranoid type. | |
| ...04 Schizophrenia, chronic undifferentiated type. | |
| ...05 Schizophrenia, other and unspecified types. | |
| ...06 Manic depressive illness, specify type. | |
| ...07 Psychotic depressive reaction. | |
| ...08 Paranoid states (specify type). | |

9209 Involutional melancholia or inv noid state.
9210 Psychosis, unspecified:
General Rating Formula for Ps tions:
Active psychotic manifesta extent, severity, depth, per zarreness as to produce c and industrial inadaptability
With lesser symptomatolog produce severe impairmen industrial adaptability..........
Considerable impairment of dustrial adaptability ............
Definite impairment of social adaptability ..........................
Slight impairment of social adaptability ..........................
Psychosis in full remission.....
Convalescent rating: In psych Upon regular discharge or rele care from a hospital where a b been under care and treatment ous period in the hospital of n months, an open rating of 100 continued for 6 months. A Vet tration examination is mandato ration of the 6 months' period, condition will be rated in accor degree of disability shown. Wh ciary has been under hospital t ment for less than 6 month ratable at 100 percent under th ule, consideration should be g

ORGANIC BRAIN DIS

9300 Acute nonpsychotic brain disor tion, trauma, circulatory disturbance the cause).
Note: Acute organic brain diso without accompanying psychoti temporary and reversible. If psy ment attributable to such diagn beyond 6 months, the report of to be returned to the examiner ation of the diagnosis.
9301 Non-psychotic organic brain s central nervous system syphilis (all f
9302 Non-psychotic organic brain s intracranial infections other than sy infection).
9303 Non-psychotic organic brain s intoxication (specify cause such as d rioration).
9304 Non-phychotic organic brain s brain trauma.
9305 Non-psychotic organic brain s cerebral arteriosclerosis.
9306 Non-psychotic organic brain s circulatory disturbance other than c losclerosis (specify circulatory disturb
9307 Non-psychotic organic brain s convulsive disorder (idiopathic epilep





AR 131

concern in the presence of physical disability, dissatisfaction with work environment, difficulties in securing employment, etc., must not be accepted by the rating board as indicative of psychoneurosis. Moreover, mere failure of social or industrial adjustment or the presence of numerous complaints should not, in the absence of definite symptomatology typical of a psychoneurotic or psychophysiologic disorder, become the acceptable basis of a diagnosis in this field. It is the responsibility of rating boards to accept or reject diagnoses shown on reports of examination. If a diagnosis is not supported by the findings shown on the examination report, it is incumbent upon the board to return the report for clarification.

**§ 4.127 Mental deficiency and personality disorders.**

Mental deficiency and personality disorders will not be considered as disabilities under the terms of the schedule. Attention is directed to the outline of personality disorders in the APA manual. Formal psychometric tests are essential in the diagnosis of mental deficiency. Brief emotional outbursts or periods of confusion are not unusual in mental deficiency or personality disorders and are not acceptable as the basis for a diagnosis of psychotic reaction. However, properly diagnosed superimposed psychotic reactions developing after enlistment, i.e., mental deficiency with psychotic reaction or personality disorder with psychotic reaction, are to be considered as disabilities analogous to, and ratable as, schizophrenic reaction, unless otherwise diagnosed.

[41 FR 34258, Aug. 13, 1976]

**§ 4.128 Change of diagnosis.**

Rating boards encountering a change of diagnosis will exercise caution in the determination as to whether a change in diagnosis represents no more than a progression of an earlier diagnosis, an error in a prior diagnosis, or possibly a disease entity independent of the service-connected psychiatric disorder.

Social integration is one ... evidences of mental health and reflects the ability to establish (together with the desire to establish) healthy and effective interpersonal relationships. Poor contact with other human beings may be an index of emotional illness. However, in evaluating impairment resulting from the ratable psychiatric disorders, social inadaptability is to be evaluated only as it affects industrial adaptability. The principle of social and industrial inadaptability as the basic criterion for rating disability from the mental disorders contemplates those abnormalities of conduct, judgment, and emotional reactions which affect economic adjustment, i.e., which produce impairment of earning capacity.

**§ 4.130 Evaluation of psychiatric disability.**

The severity of disability is based upon actual symptomatology, as it affects social and industrial adaptability. Two of the most important determinants of disability are time lost from gainful work and decrease in work efficiency. The rating board must not underevaluate the emotionally sick veteran with a good work record, nor must it overevaluate his or her condition on the basis of a poor work record not supported by the psychiatric disability picture. It is for this reason that great emphasis is placed upon the full report of the examiner, descriptive of actual symptomatology. The record of the history and complaints is only preliminary to the examination. The objective findings and the examiner's analysis of the symptomatology are the essentials. The examiner's classification of the disease as "mild," "moderate," or "severe" is not determinative of the degree of disability, but the report and the analysis of the symptomatology and the full consideration of the whole history by the rating agency will be. In evaluating disability from psychotic reactions it is necessary to consider, in addition to present symptomatology or its absence, the frequency, severity, and duration of previous psychotic periods, and the veteran's capacity for adjustment

sions, may be expected to have a sustained effect upon employability until elapsed time in good remission and with good capacity for adjustment establishes the contrary. Ratings are to be assigned which represent the impairment of social and industrial adaptability based on all of the evidence of record. Evidence of material improvement in psychotic reactions disclosed by field examination or social survey should be utilized in determinations of competency, but the fact will be borne in mind that a person who has regained competency may still be unemployable, depending upon the level of his or her disability as shown by recent examinations and other evidence of record.

**§ 4.131 Mental disorders incurred during war.**

Certain mental disorders having their onset as an incident of battle or enemy action, or following bombing, shipwreck, imprisonment, exhaustion, or prolonged operational fatigue may at the outset be designated as gross stress reaction, "combat fatigue," "exhaustion," or any one of a number of special terms. These conditions may clear up entirely, permitting return to full or limited duty, or they may persist as one of the recognized mental disorders, particularly psychoneurotic reaction. If the mental disorder is sufficiently severe to warrant discharge from service, a minimum rating of 50 percent will be assigned with an examination to be scheduled within 6 months from discharge.

**§ 4.132 Schedule of ratings—mental disorders.**

PSYCHOTIC DISORDERS

| | Rating |
|---|---|
| Schizophrenia, simple type. | |
| Schizophrenia, hebephrenic type. | |
| Schizophrenia, catatonic type. | |
| Schizophrenia, paranoid type. | |
| Schizophrenia, chronic undifferentiated type. | |
| Schizophrenia, other and unspecified types. | |
| Manic depressive illness, specify type. | |
| Psychotic depressive reaction. | |
| Paranoid states (specify type). | |

9209 Involutional melancholia or involutional paranoid state.

9210 Psychosis, unspecified:

General Rating Formula for Psychotic Reactions:

Active psychotic manifestations of such extent, severity, depth, persistence or bizarreness as to produce complete socia[l] and industrial inadaptability ....

With lesser symptomatology such as t[o] produce severe impairment of social an[d] industrial adaptability ....

Considerable impairment of social and in[-] dustrial adaptability ....

Definite impairment of social and industri[al] adaptability ....

Slight impairment of social and industri[al] adaptability ....

Psychosis in full remission ....

*Convalescent rating in psychotic disorder[s]: Upon regular discharge or release to non-be[d] care from a hospital where a beneficiary ha[s] been under care and treatment for a continu[-] ous period in the hospital of not less than [6] months, an open rating of 100 percent will b[e] continued for 6 months. A Veterans Admini[s-] tration examination is mandatory at the exp[i-] ration of the 6 months' period, after which th[e] condition will be rated in accordance with th[e] degree of disability shown. Where the bene[fi-] ciary has been under hospital care and trea[t-] ment for less than 6 months and is n[ot] ratable at 100 percent under the rating sche[d-] ule, consideration should be given to § 4.2*

ORGANIC BRAIN DISORDERS

9300 Acute nonpsychotic brain disorder with inf[ec-] tion, trauma, circulatory disturbance, etc. (spec[ify] the cause).

*Note: Acute organic brain disorders with [or] without accompanying psychotic disorder [are] temporary and reversible. If psychiatric impa[ir-] ment attributable to such diagnosis continu[es] beyond 6 months, the report of examination [is] to be returned to the examiner for reconsid[er-] ation of the diagnosis.*

9301 Non-psychotic organic brain syndrome w[ith] central nervous system syphilis (all forms).

9302 Non-psychotic organic brain syndrome w[ith] intracranial infections other than syphilis (spe[cify] infection).

9303 Non-psychotic organic brain syndrome w[ith] intoxication (specify cause such as alcoholic de[te-] rioration).

9304 Non-phychotic organic brain syndrome [with] brain trauma.

9305 Non-psychotic organic brain syndrome [with] cerebral arteriosclerosis.

9306 Non-psychotic organic brain syndrome [with] circulatory disturbance other than cerebral ar[terio-] losclerosis (specify circulatory disturbance).

9307 Non-psychotic organic brain syndrome [with] convulsive disorder (idiopathic epilepsy).

| | Rating |
|---|---|
| 9308 Non-psychotic organic brain syndrome with disturbance of metabolism, growth or nutrition. | |
| 9309 Non-psychotic organic brain syndrome with intracranial neoplasm. | |
| 9310 Non-psychotic organic brain syndrome with unknown or uncertain cause. | |
| 9311 Non-psychotic organic brain syndrome of undiagnosed cause. | |
| 9312 Psychosis associated with organic brain syndrome due to senile dementia. | |
| 9313 Psychosis associated with organic brain syndrome due to chronic alcoholic poisoning. | |
| 9314 Psychosis associated with organic brain syndrome due to syphilis (all forms). | |
| 9315 Psychosis associated with organic brain syndrome due to epidemic encephalitis. | |
| 9316 Psychosis associated with organic brain syndrome due to other and unspecified intracranial infection. | |
| 9317 Psychosis associated with organic brain syndrome due to cerebral arteriosclerosis. | |
| 9318 Psychosis associated with organic brain syndrome due to cerebrovascular disturbance. | |
| 9319 Psychosis associated with organic brain syndrome due to epilepsy. | |
| 9320 Psychosis associated with organic brain syndrome due to intracranial neoplasm. | |
| 9321 Psychosis associated with organic brain syndrome due to brain trauma. | |
| 9322 Psychosis associated with organic brain syndrome due to endocrine disorder. | |
| 9323 Psychosis associated with organic brain syndrome due to metabolic or nutritional disorder. | |
| 9324 Psychosis associated with organic brain syndrome due to systemic infection. | |
| 9325 Psychosis associated with organic brain syndrome due to drug or poison intoxication (other than alcohol). | |
| 9326 Psychosis associated with organic brain syndrome due to other and undiagnosed physical condition. | |
| Before attempting to rate brain syndromes, rating specialists should become thoroughly acquainted with the relevant concepts presented by the current Diagnostic and Statistical Manual of the American Psychiatric Association and the following: | |
| (1) Under the codes 9300 through 9326 the basic syndrome of organic brain disorder may be the only mental disturbance present or it may appear with related "psychotic" manifestations. An organic brain syndrome with or without such qualifying phrase will be rated according to the general rating formula for organic brain syndromes, assigning a rating which reflects the entire psychiatric picture. | |
| (2) An organic brain syndrome, as defined in the American Psychiatric Association manual, is characterized solely by psychiatric manifestations. However, neurological or other manifestations of etiology common to the brain syndrome may be present, and if present, are to be rated seperately as distinct entities under the neurological or other appropriate system and combined with the rating for the brain syndrome. | |
| General Rating Formula for Organic Brain Syndromes: | |
| Impairment of intellectual functions, orientation, memory and judgment, and lability and shallowness of affect of such extent, severity, depth, and persistence as to produce complete social and industrial inadaptability | |
| Less than 100 percent, in symptom combinations productive of: | |
| Severe impairment of social and industrial adaptability | |
| Considerable impairment of social and industrial adaptability | |
| Definite impairment of social and industrial adaptability | |
| Slight impairment of social and industrial adaptability | |
| No impairment of social and industrial adaptability | |

PSYCHONEUROTIC DISORDERS

| | Rating |
|---|---|
| 9400 Anxiety neurosis. | |
| 9401 Hysterical neurosis, dissociative type. | |
| 9402 Hysterical neurosis, conversion type. | |
| 9403 Phobic neurosis. | |
| 9404 Obsessive compulsive neurosis. | |
| 9405 Depressive neurosis. | |
| 9406 [Revoked]. | |
| 9407 Neurasthenic neurosis (formerly psychophysiologic nervous system reaction). | |
| 9408 Depersonalization neurosis. | |
| 9409 Hypochondriacal neurosis. | |
| 9410 Other and unspecified neurosis. | |
| Read well notes (1) to (4) following general rating formula before applying the general rating formula. | |
| General Rating Formula for Psychoneurotic Disorders: | |
| The attitudes of all contacts except the most intimate are so adversely affected as to result in virtual isolation in the community. Totally incapacitating psychoneurotic symptoms bordering on gross repudiation of reality with disturbed thought or behavioral processes associated with almost all daily activities such as phantasy, confusion, panic and explosions of agressive energy resulting in profound retreat from mature behavior. Demonstrably unable to obtain or retain employment | |
| Ability to establish and maintain effective or favorable relationships with people is seriously impaired. The psychoneurotic symptoms are of such severity and persistence that there is pronounced impairment in the ability to obtain or retain employment | 70 |
| Ability to establish or maintain effective or favorable relationships with people is substantially impaired. By reason of psychoneurotic symptoms the reliability, flexibility and efficiency levels are so reduced as to result in severe industrial impairment | 50 |
| Definite impairment in the ability to establish or maintain effective and wholesome relationships with people. The psychoneurotic symptoms result in such reduction in initiative, flexibility, efficiency and reliability levels as to produce considerable industrial impairment | 30 |
| Less than criteria for the 30 percent, with emotional tension or other evidence of anxiety productive of moderate social and industrial impairment | 10 |
| There are neurotic symptoms which may somewhat adversely affect relationships with others but which do not cause impairment of working ability | 0 |

NOTE (1): Social impairment per se will not be used as the sole basis for any specific percentage evaluation, but is of value only in substantiating the degree of disability based on all of the findings.

NOTE (2): The requirements for a compensable rating are not met when the psychiatric findings are not more characteristic than minor alterations of mood beyond normal limits; fatigue or anxiety incident to actual situations; minor compulsive acts or phobias; occasional stuttering or stammering; minor habit spasms or tics; minor subjective sensory disturbances such as anosmia, deafness, loss of sense of taste, anesthesia, paresthesia, etc. When such findings actually interfere with employability to a moderate degree, a 10 percent rating under the general rating formula may be assigned.

NOTE (3): It is to be emphasized that vague complaints are not to be erected into a concept of conversion reaction. A diagnosis of conversion reaction must be established on the basis of specific distinctive findings characteristic of such disturbance and not merely by exclusion of organic disease. If a diagnosis of conversion reaction it found by the rating board to be inadequately supported by findings, the report of examination will be returned through channels to the examiner for reconsideration.

NOTE (4): When two diagnoses, one organic and the other psychophysiologic or psychoneurotic, are presented covering the organic and psychiatric aspects of a single disability entity, only one percentage evaluation will be assigned under the appropriate diagnostic code determined by the rating board to represent the major degree of disability. When the diagnosis of the same basic disability is changed from an organic one to one in the psychophysiologic or psychoneurotic categories, the condition will be rated under the new diagnosis.

9411 Post-traumatic stress neurosis (disorder).

PSYCHOPHYSIOLOGIC DISORDERS

9500 Psychophysiologic skin disorder.
9501 Psychophysiologic cardiovascular disorder.
9502 Psychophysiologic gastrointestinal disorder.
9503 [Revoked].
9504 [Revoked].
9505 Psychophysiologic musculoskeletal disorder.
9506 Psychophysiologic respiratory disorder.
9507 Psychophysiologic hemic and lymphatic disorder.
9508 Psychophysiologic genitourinary disorder.
9509 Psychophysiologic endocrine disorder.
9510 Psychophysiologic disorder of organ of special sense (specify sense organ).
9511 Psychophysiologic disorder of other type.

Evaluate psychophysiologic reaction by the general rating formula for psychoneurotic disorders.

NOTE (1): It is to be emphasized that vague complaints are not to be erected into a concept of psychophysiologic disorder. A diagnosis of a psychophysiologic reaction must be established on specific distinctive findings characteristic of such disturbance and not merely by exclusion of organic disease. If a diagnosis of a psychophysiologic reaction is found by the rating board to be inadequately supported by findings, the report of examination will be returned.

NOTE (2): When two diagnoses, one organic and the other psychophysiologic or psychoneurotic, are presented covering the organic and psychiatric aspects of a single disability entity, only one percentage evaluation will be assigned under the appropriate diagnostic code determined by the rating board to represent the major degree of disability. When the diagnosis of the same basic disability is changed from an organic one to one in the psychophysiologic or psychoneurotic categories, the condition will be rated under the new diagnosis.

[29 FR 6718, May 22, 1964, as amended FR 42541, Sept. 15, 1975; 41 FR 11302, 18, 1976; 45 FR 26327, Apr. 18, 1980]





58-118 O—85——18

AR 133

# Diagnostic and Statistical Manual of Mental Disorders

(Third Edition)

# DSM-III

American Psychiatric Association

AR 134

*Conjugal (marital and nonmarital):* e.g., engagement, marriage, discord, separation, death of spouse.

*Parenting:* e.g., becoming a parent, friction with child, illness of child.

*Other interpersonal:* problems with one's friends, neighbors, associates, or nonconjugal family members, e.g., illness of best friend, discordant relationship with boss.

*Occupational:* includes work, school, homemaker, e.g., unemployment, retirement, school problems.

*Living circumstances:* e.g., change in residence, threat to personal safety, immigration.

*Financial:* e.g., inadequate finances, change in financial status.

*Legal:* e.g., arrested, jailed, lawsuit or trial.

*Developmental:* phases of the life cycle, e.g., puberty, transition to adult status, menopause, "becoming 50."

*Physical illness or injury:* e.g., illness, accident, surgery, abortion. (*Note:* A physical disorder is listed on Axis III whenever it is related to the development or management of an Axis I or II disorder. A physical disorder can also be a psychosocial stressor if its impact is due to its meaning to the individual, in which case it would be listed on both Axis III and Axis IV.)

*Other psychosocial stressors:* e.g., natural or manmade disaster, persecution, unwanted pregnancy, out-of-wedlock birth, rape.

*Family factors (children and adolescents):* In addition to the above, for children and adolescents the following stressors may be considered: cold or distant relationship between parents; overtly hostile relationship between parents; physical or mental disturbance in family members; cold or distant parental behavior toward child; overtly hostile parental behavior toward child; parental intrusiveness; inconsistent parental control; insufficient parental control; insufficient social or cognitive stimulation; anomalous family situation, e.g., single parent, foster family; institutional rearing; loss of nuclear family members.

### Axis V. Highest Level of Adaptive Functioning Past Year

Axis V permits the clinician to indicate his or her judgment of an individual's highest level of adaptive functioning (for at least a few months) during the past year. This information frequently has prognostic significance, because usually an individual returns to his or her previous level of adaptive functioning after an episode of illness.

As conceptualized here, adaptive functioning is a composite of three major areas: social relations, occupational functioning, and use of leisure time. These three areas are to be considered together, although there is evidence that social relations should be given greater weight because of their particularly great prognostic significance. An assessment of the use of leisure time will affect the overall judgment only when there is no significant impairment in social relations and occupational functioning or when occupational opportunities are limited or absent (e.g., the individual is retired or handicapped).

*Social relations* include all relations with people, with particular emphasis on family and friends. The breadth and quality of interpersonal relationships should be considered.

*Occupational functioning* refers to functioning as a worker, student, or homemaker. The amount, complexity, and quality of the work accomplished