lengthy as Mr. Kenney asked Harold a great number of questions, which seemed to go back to the attack on the Liberty, and Harold's experiences since that time. Ultimately, Mr. Kenney agreed to represent Harold, as well. I know that he urged Harold to go the VA and apply for VA benefits, right away. Gene agreed to do so.

Unfortunately, despite my urging, despite Lockwood's urging, despite Mr. Kenney's urging, Gene kept putting that off. He has had previous efforts to get VA benefits from the VA. It seemed to him (and to me) that the VA was more interested in challenging his entitlement than they were in assisting him. I well recognize that Gene has an unfortunate problem of denial. When asked how things are going, he will invariably answer,"Great", or "Fine." He doesn't volunteer information, provides as little info in his answers as the interviewer is willing to accept, and tends to get surly or flippant if pushed for answers. Compounding the problems created by this personality quirk, are the difficulties he has in dealing with persons of Jewish heritage or Vietnamese heritage. Recently Harold came back from a session at the VA hospital, angered that the psychiatrist they assigned him was Vietnamese. Harold sarcastically asked the doctor if his mother was Jewish. Harold complained, "They keep telling me I have to open up to the doctors and tell them what really has been going on. How in hell can they expect me to open up to these Jews and Vietnamese. They have caused my problems." It is sad, but his experiences in Vietnam and his experiences in and after the attack on the Liberty have caused his problems, turned him into a bigot, started him on his drinking binges, created a man who is a seething person of rage at times, and created a person who, left to his own, makes life unbearable for his family.

Unfortunately, Gene has not been able as yet to bring himself to fully open up. I don't know if it a sense of false bravado. He has not found the any level of confidence in the VA care takers. And, as a result, remains an untreated, and, I fear, a walking time bomb, abandoned by the service he gave his energy to, and, a potential threat to himself, his family, and, his community. Let me give a few recent examples of his conduct that makes me say that. I could relate many others over the years of our marriage.

Last Spring ( or early summer,) Harold discussed with me an incident that occurred in his participation in the Sea Scouts program. Harold volunteers as a Lieutenant in their program in his community. He was one of the adult leaders of

the local Sea Scouts that took a group of Sea Scouts on a camping trip. One of the young Sea Scouts refused to comply with an order Harold gave him, and then began arguing with him. In the ensuing argument, Harold lost his temper and pushed the youngster to the ground. The youngster was not injured (other than his pride,) but what alarmed me was that Harold tried to defend his conduct and seemingly had no understanding that he was simply wrong to push the youngster, regardless of provocation. Harold was angry with his seniors in the Sea Scouts organization who investigated the incident and cautioned Harold that any repetition would result in his termination from the program. He felt they were making too big a deal of it; that the youngster was getting in Harold's face and he had to make him understand that wouldn't be tolerated. Harold admitted the youngster had made him angry, and he found himself rushing at the youngster before he could gain control of himself. He just couldn't control his rage. I know that situation all too well. It is the way he has dealt with his own son throughout the years.

There is another incident in the past few months that underscore's Harold's rage and deep seated problems. For several weeks, Harold had been in a deep and growing depression, with frequent outbursts at me and the grandchildren who were visiting. He had been drinking, was becoming increasingly verbally abusive, was seemingly in a constant rage, and had talked of suicide. I discussed this with Mr. Kenney and asked for advice as to how I should deal with it. Frankly, I was ready to leave Harold if this continued. Mr. Kenney talked to Harold and urged him to get to the VA immediately and get some help. Mr. Kenney told me that Harold acknowledged he was angry, had been having suicidal thoughts, that the kids living in his home were forcing him to edge of uncontrollable rage, and, he had started drinking again to handle the pressure. I told Mr. Kenney that I was truly frightened of Harold in his present state, and fearful for the safety of the grandchildren, myself, and, for Harold. Mr. Kenney said Harold had acknowledged all that was true and that he felt he had lost any ability to control his rage or his life. Mr. Kenney urged Harold to get to the nearest VA Medical Center with a Psych Ward, and, told him I should drive him, since he was not in any condition to be driving. Mr. Kenney told me that I should go in with for the admissions interview so the VA doctors would understand what really was going on. Mr. Kenney said Harold had agreed that was the smart thing to do. But, when we hung up from talking to Mr. Kenney, Harold was in a rage at me for discussing

this with Mr. Kenney, and rushed out, got in the car and drove off in great anger. I called Mr. Kenney and told him what had happened. Mr. Kenney told me to call the VA Medical Center myself and ask to speak to the Psych admissions personnel, or, if they had none, the psych crisis intervention unit, and to tell them everything that had been going on. I did just that.

Shortly after talking to the VA, Mr. Lockwood called, wanting to talk to Harold. He said he was calling at Mr. Kenney's request. I explained to Bryce all that had been going on. I was very upset. I was probably more specific about some of Harold's recent actions with Bryce. I asked him if I was over reacting. Bryce told her me that I was not. Then, Bryce's wife took the phone and shared stories and sympathy. She told me that whenever Gene starts acting like that, I should do what she does, make him go to the VA hospital. She suggested I call the VA hospital right then, inform them Gene is supposed to be on his way to seek admission to the psych ward, and, that I should lay out everything that had been going on in case Gene tries to gloss it over. I told her I had already called the VA hospital and tried to relate what was going on. I explained that the staff member put me off saying the doctor or some staff member would call me. They never did.

I did receive a call from Harold late that night. He was still very angry. He told me he was at the VA Hospital and that they were keeping him. He said they had him locked up on the ward. I was relieved. Then, in the early afternoon the next day, Harold returned home, very angry because he had been on the locked ward, and proclaiming that he was never going back there . He said he had signed himself out despite the warnings from the staff that he needed care and should stay. Harold said that when he was on that ward and recognized he was locked in, he felt as trapped as he had felt aboard the Liberty when he was trapped down in that compartment. And, it gave him a sever flashback or nightmare, and increased his rage, until the meds they gave him kicked in and knocked him out. He said he had to get out of there. He just couldn't stay there another night. He promised to stay sober and take the meds they gave him, but, he wasn't going back.

I just cannot understand how these government "care givers" could let my husband walk away without contacting me and warning me. I can't understand how they feel they can understand what is going on in his illness without contacting me and getting the truth as to what was going on. It is angering to me. I

live with and care for this man every day of his life. Who better to help them see and understand his problems than the one who has lived with him day by day for better than the past 25 years.

I make this statement of my free will, without promise of reward or threat of any nature, with the knowledge and intent that it be submitted to an agency of the U.S. Government, and with full knowledge and understanding of the potential criminal consequences of making a false statement to the government in these circumstances. Mr. Kenney, Harold's lawyer has helped me prepare this statement. The information set forth in this statement is true and correct to the best of my understanding and belief.

Mrs. Margaret Six

Mrs. Margaret Six

Dated: November , 2006

**Before The**
**Board For Correction of Naval Records**

| | | | |
|---|---|---|---|
| **In Re:** | **HAROLD E. Six, Sr.** | ) | **On Remand From** |
| | **Former CT-1, USN** | ) | **U.S. Court of Federal Claims** |

---

I am Bryce F. Lockwood, former Gunnery Sargent, U.S. Marine Corps, maintaining my residence at 8975 E. Evergreen, Stafford, MO 6757-8461. I make this affidavit in support of the Application For Correction of Naval Records submitted by my U.S.S. Liberty shipmate, Harold Eugene Six, Sr, former CT1, U.S.N.

I present this affidavit at the joint request of Mr. Six and his attorney, William J. Kenney, Esq. Mr. Kenney serves as Mr. Six's attorney in this proceeding, and represents me in proceedings now pending before the U.S. Court of Federal Claims, arising from the BCNR's denial of my Application for Correction of Marine Corps Records, and is representing me in matters before the Department of Veterans Affairs, arising from the VA's failure to establish the effective date of their determination that I am 80% disabled from disabilities incurred during my active Marine Corps service, as of the date of my separation from the Marine Corps in 1972.

Mr. Kenney informs me that he may have prepared an affidavit concerning the information discussed in this affidavit for my execution at some point in late 1999 or early 2000. I have searched my files and my memory, carefully. I find no copy of any statement, whether notarized or otherwise, that I reviewed and approved concerning Mr. Six in that time frame. I do well recall having urged Mr. Six to pursue his rightful entitlement to Navy physical disability retirement benefits on several occasions starting in or about 1998 or 1999, and requesting Mr. Kenney to assist Mr. Six in that undertaking; having several telephone conversations with Mr. Six, Mr. Kenney, and other Liberty survivors concerning the circumstances of my rescue of Six during the Israeli attack on the Liberty; and, concerning Mr. Six's efforts to correct his Naval Records, and, of course, concerning my efforts to correct my Marine Corps records. Accordingly, I here set forth my best current understanding and recollection of Mr. Six's status aboard the

Liberty, the injuries he suffered during that attack, his physical and mental condition when I rescued him from the flooded compartment, and, my understanding of his subsequent service in the Navy and his life after leaving the Navy.

In and prior to 1967, I was a member of the Naval Security Group, assigned duties as a Russian Language translator. On June 8,1967, I was serving as a member of the Naval Security analysts conducting operations in their assigned stations below deck in the Communication spaces aboard the U.S.S. Liberty off the Gaza strip; territory disputed by both Israel and the then United Arab Republic, which nations were then actively engaged in warfare in the Gaza Strip and elsewhere. I am prohibited from discussing the exact nature of his duties or the operations of the Naval Security Group unit aboard the Liberty.

The U. S. S. Liberty was operating in International waters at least 12 miles off the coast of the Gaza strip. It was clearly identified as a U.S. Navy ship, both by the characteristics of its superstructure, its hull markings, and, by the clearly displayed U.S. Flag. Units of the Israeli Air Force had monitored the ship for at least 24 hours as the ship proceeded through the Eastern Mediterranean, en route to its assigned station off the Gaza Strip. The U.S.S. Liberty was a so called “”Communications Spy Ship,” designed to “eaves drop“ on communications in its assigned area. The ongoing warfare between Israel and the United Arab Republic was a matter of grave concern to both the United States and the Soviet Union, each of whom had treaty obligations with the opposing combatants.

On information and belief, the true role of the Liberty was to monitor Israeli communications to insure Israel did not launch a nuclear attack in the event those hostilities broadened, to monitor United Arab force communications to insure that Soviet personnel were not actively engaged in the combat in support of United Arab activities, and, to determine if any other of the ‘Arab” nations in the region intervened and broadened the scope of the war.

On June 8, 1967, I was on duty in the ships communication spaces, with then CT3 Six in a compartment below the water line. Our duty stations were also our battle stations. Six, also a member of the Naval Security Group organization, was a regular member of the Liberty crew, and I did not know him prior to my TAD

orders transferring me to the Liberty in late May.

At one point in the morning of the 8th, acknowledging the fact the ship was operating in close proximity to a war zone, the C.O. ordered battle stations drills. Shortly after securing from the that drill, without warning, the Liberty came under attack by units of the Israeli Air Force and the Israeli Navy. It is to be noted that the Israeli Defense forces had been monitoring the Liberty for 3 days as it approached the waters off the Gaza strip, that the Liberty was clearly identified as a U.S. Naval vessel on the situation maps in the Israeli High Command Headquarters, that the Liberty was flying the U.S. Ensign, and, that the unique characteristics of superstructure and multiple antennae clearly identified the ship as a U.S. Naval vessel.

Over the next few hours the Israeli's planes repeatedly strafed the ship with armor piercing missiles, cannons and machine guns, targeting, in particular, the communication facilities,, top side personnel, and the ship's life rafts, while the Israeli's jammed the radio channels used by the ship. This fact is another factor establishing that the Israeli's clearly knew this was a U.S. Navy ship, since the channels jammed were those used by the U.S. Navy.

Ultimately, the ship was subjected to a coordinated attack by three Israeli torpedo boats. These boats first subjected the ship to a barrage of machine gun fire, aimed at the signaling capacity of the ship, and intent on killing all exposed crew members; then they launched 3 or more torpedoes. One of the torpedoes slammed into the starboard side of the ship, uniquely targeted to hit the ship's communication space; further evidence that the Israeli's well recognized the ship as a U.S. Navy Communications Spy Ship and had specific knowledge of its design and where the critical communications capacity of the ship was located.

While the fighter plane attacks were underway, both Six and I along with other members of the Naval Security Group unit aboard the ship, were at our assigned battle stations in the below deck communications spaces. The torpedo hit directly into the communications spaces killing some 25 members of our Naval Security Group unit.

The certificate accompanying the award of my Silver Star, describes, in part

my actions following the torpedo explosion: "Staff Sergeant Lockwood, ..., was in the Research Operations space at the time of the attack. After the torpedo attack Staff Sergeant LOCKWOOD, despite severe burns, the rapid rise of water, heavy smoke and complete darkness, was instrumental in the rescue of personnel from the flooded compartments, thus averting even further loss of life. Without regard for his personal safety or his injuries, he assisted in the rescue until ordered to leave. His calm, rational thinking and actions evidenced a high degree of professional competence and moral fibre. After the attack and again without regard for his own injuries and comfort, Staff Sergeant Lockwood spent long tedious hours in the care of the wounded and in whatever duties were required. Staff Sergeant Lockwood's initiative and courageous actions were in keeping with the highest traditions of the United States Naval Service."

What happened is that when the torpedo exploded in the space, I first assisted in establishing and maintaining order and discipline among the survivors. It is difficult to describe how shocked we all were; shocked in the medical sense of the term from the explosion, and, in its emotional sense from our seething anger at the fact we had been the subject of a sneak attack by a presumed ally, and shocked that as yet our Navy had not come to our defense. In the course of the aerial strafing attacks, one 20 MM cannon shell penetrated the decks and struck one of our team, CT1 Lintini, injuring his leg. The torpedo explosion knocked out all power to the compartment, shutting off all lights, flooded the compartment, and imploded the internal bulkheads in the compartment. Poor Lintini, the torpedo hit just as he was leaning against the ladderway trying to put a tourniquet on his leg wound, imploding a bulkhead, smashing his leg, and entangling him in the wreckage. The imploded bulkhead pinned him against the side of the ladder, mangling his leg. There was great confusion as survivors sought to locate emergency lighting and to access the escape ladder. Our officers were severely wounded, and the "walking wounded" were creating an obstruction in their efforts to reach the ladder and escape the rapidly flooding compartment. To fully understand that scene you must recognize that not only was the compartment rapidly flooding and full of the smoke and debris of the explosion; there was a cacophony of noise, with the exited shouts of the crew trying escape, mixed with the screams of our crew mates dying from their wounds. Finally, most of us were splattered with the blood and guts of those killed in the explosion. It was a horrific and terrorizing experience for all of us.

I cannot explain how I was able to react as I did. I am told I took command, establishing order so the wounded were given priority and all needing assistance were assisted in getting up the ladder and out of the compartment. I am told by my shipmates that I personally assisted at least 3 wounded up the ladder to safety. Although for years I could not remember the names of those individuals, I have a vivid, frightening memory of those moments. That event has haunted me constantly throughout the remainder of my life.

The last living individual I escorted from the compartment has since been identified to me as then CT3 Harold Eugene Six. We always called him "Gene." I found Gene lodged under debris from the explosion, the water then almost up to his mouth. He was either unconscious or at best semi conscious and unable to function. I freed him from the debris and turned to assist another shipmate who trying to free Lintini from the tangled bulkhead that trapped his leg. Freeing Lintini was essential since he was blocking access to the ladder. The other guy finally realized that the fellow's foot was still trapped by debris and dove under the water to pull his foot free. As we were struggling to free Lintini, I caught sight of a body floating towards the gaping hole from the torpedo. I reached out and grabbed this guy with my free arm. I was amazed, it was Six! He had apparently lost consciousness again, and, the water was sucking him out the hole. Holding Six and Lintini, the other guy finally freed his leg and helped Lintini up the ladder. I then took Six, and knelt next to him and held his head above the water to keep him from drowning. He was, at best, semi conscious and clearly in pain and in shock. It was evident Six had to be carried up the ladder and could not assist in climbing the ladder in any way. Thus, I waited until all other survivors had cleared the ladder before attempting to carry Six up to safety.

As I climbed the ladder, carrying Six in my arm, I stumbled on some ditching bags that had apparently been left on the ladder by one of the group. I dropped Six back into flooded compartment. Six just seemed to float in the watery mix and debris. I went back down and dragged him back to the ladder. As I started up the ladder again, I slipped again, and, dropped Six back into the flooded compartment a second time. I again got control of him and started up the ladder again. When I got close to the top of the ladder, I discovered that someone had dogged the hatch shut. In my efforts to get attention of anyone topside to open the hatch, I dropped Six again, and, he slipped all the way down into the flooded

compartment again. Of course, the water was constantly rising in the compartment throughout this episode. When I finally succeeded in getting attention of the crew on the other side of the hatch, and got the hatch opened, I exploded at the crew members for closing the hatch, (I called them "a bunch of G D Squids.") The Senior Petty Officer present top side by the hatch may have been Chief White. At any extent, He ordered me to get to sick bay and get the burns and shrapnel wounds on my face and chest treated. I told him I couldn't, that I had just dropped Six back into the Compartment; that I was certain he was still alive unless he had drowned in the meantime. I went back down the ladder, found Six at the bottom of the ladder, he was lapsing in and out of consciousness, and bleeding from shrapnel wounds to his face, and a severe cut to his leg. I got control of him and pulled him up the ladder to safety. Poor Gene, his troubles still were not over . As I attempted to pass him through the hatch to the crew waiting to help him, his foot became entangled in a safety chain. Fortunately, we untangled his leg, got a life jacket on him and the waiting crew carried him to sick bay for treatment of his wounds. Although the senior Petty Officer again ordered me to get to sick bay for treatment, I went back down into the compartment, swishing through the water and debris to be certain we had rescued all living survivors from the compartment. My closest friend and sole fellow Marine had been in the compartment with us, and no one had seen him exit. I found him, mangled by the explosion and debris, and returned to the ladder, exited, and, dogged and sealed the hatch.

Gene was transferred to the USS America for treatment of his wounds. When I went to the America for treatment of my wounds. I inquired as to Six's status, I was told he had already been transferred by plane to a Naval Hospital and would be returned to the US for further treatment and rehab. I never served with Gene again, and do not recall having had any contact with for the remainder of my active duty. Strangely, although we in the NavSecGru units were a close knit group and kept tabs on one another, while I knew Gene stayed in the service after the attack on the Liberty, I don't recall ever encountering anyone in the group who ever served with Gene after his service on the Liberty. That had to be extremely tough for Gene; at least when any of us who were Liberty survivors got together, whether by common duty assignments, or chance encounter, we could safely vent some our anger and frustrations, without fear of problems arising from the Silencing Orders issued to us. Six apparently had no such outlet.

It is difficult to make persons who are not members of Liberty Crew understand the deep anger, frustration and hurt we Liberty Survivors feel towards their government and the Israeli government for the manner in which the attack on the Liberty has been handled. Even today, some 39 years after the attack, Israel still denies the obvious that this was a deliberate, murderous sneak attack on a lightly armed vessel, undertaken with the intent to sink the ship and kill the crew. What makes this all the more angering, even today, is the fact that the leaders of my government issued a knowingly false report of the Court of Inquiry to support these blatant lies by the government of Israel. In doing so, they labeled the Liberty Survivors as liars when we sought to tell the truth of the attack, and, issued orders to each survivor that threatened the individual with courts martial if they discussed the attack on the Liberty with anyone. I want to stress, these orders were not in any way related to the standard prohibition we NAV SEC GRU members live under regarding the nature of our duties, the code books we handle, or, the equipment we use in our assignments. This was specifically related to the facts and circumstances of the attack and its affect on each of us, individually and collectively. Even today, my government continues to support the lies of the government of Israel concerning the attack on the Liberty.

We of the surviving crew were proud of ours; proud that despite the efforts of the Israeli's, we had kept the ship afloat. We were stupefied by and angered at Israel for the attack, and at our government and the Navy for failing to come to our rescue, and, mournful for our dead shipmates who remained entombed in the Comm Space. The attack created a unique bond among the survivors. As the Survivors able to remain with the ship brought the wounded ship, with its gruesome sealed compartment to Malta, we were joined by the vanguard of a Court of Inquiry appointed to investigate the attack on the Liberty. All of us of the Liberty crew felt the enormity of the attack would be published for the world to see the treachery of the Israeli attack. Anyone looking at the ship would well recognize that this was a murderous attack, intended to kill the crew and sink the ship. Unfortunately, we would soon learn that was not the intent of the Court of Inquiry.

In what must be an unprecedented dishonor to that heroic crew, especially those whose bodies were sealed in that gruesome compartment, the President of the Court issued a Silencing Order threatening the crew members with courts martial and punitive action if they discussed the events on the Liberty with anyone, "not

even your wives." As noted, this was not the standard code of secrecy reminder. The fact of this Silencing Order has been confirmed by statements of the Legal Officer to the Court of Inquiry, CAPT Boston, JAG, USN, Retired, and, in addition to my testimony, and that of Mr. Six, by the declarations of my fellow Liberty crew members, including CAPT Keipfer, MC, USN, Retired, LCDR Ennes, USN, Retired, MCPO White, USN, Retired, and CPO Jones, USN Retired, among others. I am confident every member of that crew will testify to those orders. It was when the Court declined to take the testimony of the majority of the crew, and, cut off witnesses when they attempted to discuss their efforts to communicate with the attacking Israeli force so as to insure they recognized the Liberty as a U.S. Navy ship, that we began to suspect the purpose of the Inquiry. . Likewise, testimony concerning the efforts of the attackers to destroy the ship's lifeboats and life rafts were cutoff and excised from the record, as was testimony concerning the flags displayed by the ship, the violence and brutality of the attack, the obvious planning and coordination with which the attack was executed, and, the strength and duration of the attack. Finally, when the ship arrived in Malta, the crew was again reminded of the Silencing Order, and ordered to refrain from discussing the events on the Liberty, under threat of courts martial, and , they were in effect quarantined by being assigned to a distant base, and denied the right to talk to the press.

As time progressed, we survivors began to recognize that our government did not want the true facts of this attack disclosed, and, that the Court of Inquiry was a sham, created to support the lies that the Israeli government was disseminating about the incident, describing it as a case of mistaken identity, short lived, and discontinued when the fact this was an American ship was discovered. The affect this betrayal by our government has had on we members of the Liberty crew, in general, and on individuals like me and Mr. Six, in particular, has been horrendous.

I know Gene suffered injury to his face, his hand and his leg, and I do not dismiss the seriousness of these injuries, but the real injury we have suffered is psychiatric. As his anger at the false report issued by the Navy concerning the attack mounted, every crew member I have ever encountered discusses how they have become confused and depressed. And, if you talk to their families, you uncover a shocking history of the survivor's bizarre behavior, his flashbacks and nightmares, and uncontrollable rage, their marriages destroyed by substance abuse,

family abuse, financial discord, all stemming from the deep seated, raging anger that we struggle with, daily. Our inability to discuss the horror of the attack and the sense of betrayal by our government with our wives, and our health care providers has taken a terrible toll on the crew and their families. I am one of the very fortunate. I have a wife who has stood by me through my twists and turns, helped heal or control the verbal and physical abuse of my children I tended towards at one point, has stood by me in my bouts of Alcohol abuse, and tried, at least, to control my inability to control my spending habits. She is one of the few wives of the Liberty Survivors who has stayed with their husbands at the time of the attack. Poor Gene was not as fortunate, and lacked that vital anchor to help him in his struggles.

Gene has told me that he served 2 tours in Vietnam after the attack on the Liberty. I have learned to recognize that Gene tries to laugh off things he has difficulty dealing with or acknowledging. I recall him telling me that his Commander at NAV COM Philippines Communication Station thought he was nuts when he volunteered for that duty. Gene related that the Skipper knew he was having trouble big time in his marriage and that he and his then wife were drinking and fighting all the time, so the Skipper was glad to get him off the base for the period of the assignment to Nam. Gene told me, that it wasn't so much that he was any crazier than usual, but, he wanted duty in Nam in the hope he would be killed. He told me how the thought of those guys dying in that compartment, screaming in pain for help, and everybody down there covered with the blood, guts and brains of the guys disintegrated by the explosion, and his laying their trapped and unable to help them while they screamed out, has haunted him constantly. Drinking didn't shut it off, he felt guilty that he lived while they died. He hoped he'd get killed in Nam, then maybe he'd find some peace. He told me he was really disappointed that during his first tour he was assigned duty in an Air Recon plane monitoring field communications of units fighting on the ground. There was no way he'd get killed in that duty, so, he volunteered for a second tour and asked to be assigned to a unit on the ground in true combat situations. Even that didn't get him his wish.
He survived that ground duty.

I am shocked and disappointed that the Navy continues to treat Liberty Survivors like Gene and me ( there are several others, of all ranks) with disdain and

contempt. Prior to consulting Dr. Ochberg, my consulting psychiatrist,[1] I had no understanding that my inability to make responsible decisions and seek essential care and treatment for my PTSD was characteristic of persons suffering from battle induced PTSD. Even then, I did not truly understand what he was saying until I received and reviewed CAPT Keipfer's declaration in my proceeding. Dr. Keipfer attached numerous medical journal articles that he relied on in expressing his opinions; they helped me have a fuller understanding of this aspect of my illness. It is my understanding that the Court in its remand order has directed the Board to receive a declaration submitted by Dr. Keipfer, including the same medical journal articles, in this proceeding.

In the years following my discharge in 1972, I learned from numerous fellow Liberty survivors that Gene was having a very difficult time. I understood that he had been kicked out of the Naval Security Group Unit because of family abuse and drinking problems. Years latter, Gene himself has discussed this period of his life with me. Anyone who has kept in touch with the Liberty survivors as individuals in that group, recognizes that Gene's history, while perhaps more aggravated than others, is one of the common denominators of the survivors. Almost to a man, each of us have had problems of Spousal and family abuse, alcohol or drug abuse (or both), difficulties finding and keeping jobs because of our inability to work with others, keep the work schedule, control our anger in the work place, or, keep our marital and family difficulties from disrupting and spilling over into our employment. Some have had serious criminal difficulties.

Behind closed doors, and when talking privately to each other, we all tell our stories of how frustrating and difficult it has been trying to make sense of our government's betrayal, and its repeated efforts to turn its back on us, sweep us under the rug, hope we will go away. Every one I have talked to explains how those feelings greatly complicate their feelings of anger, their flash backs and their nightmares. And, all describe how the Silencing Order has hung over their heads. Some had the courage, or desperation, to ignore that order. Many, like Gene and me, because we were still trying to make a career in our respective services, were,

---

[1] Dr. Ochberg's Report in my case was presented to and rejected by the Board in my case. The Board's improper actions in my case is now the subject of my appeal pending before the Court of Federal Claims.

perhaps, more intimidated by that order, and interpreted it to prohibit discussion of the symptoms of our evolving PTSD with anyone, including the medics, because to do so would necessarily require discussion of the true facts of the attack on the Liberty. Of course, in the 60's and 70's the attitude of the military was to describe this as "post combat jitters," and, it was to be expected. Even the doctors were telling the troops that the best solution was to ignore them and put the event out of our minds. What unvarnished baloney.

In recent years, perhaps from the early 1990's, Gene and I have more frequent contact; mostly by phone, but we have met personally at meetings of the Liberty Survivors, and, on one occasion when my wife and I traveled to the west coast. In turn, this has allowed me and my wife to meet Gene's present wife. She has done wonders for Gene, but, "wonders" is a relative term. Gene has an unfortunate problem of denial. When asked how things are going, he will invariably answer,"Great", or "Fine", or, "As best as can be expected." I well know that game. I played it for years. Gene and I are battle tested, wounded vets. It would destroy our public persona to ever concede that privately we are going nuts, can't sleep because of nightmares, have difficulties at work because of flashbacks, can't stand working too closely with others, walk around in a seething fit of anger over the slightest problem, throw tantrums in our house, go off on drinking binges, are making life unbearable for our wives and children; the list is endless and constant, you name it, we live it. But, you never acknowledge it. Not until you reach the end of your rope, and begin to harbor serious thoughts of suicide.

In my circumstance, what has helped me has been my attorney finally convinced me that the Silencing Order could not legally prohibit me from identifying the symptoms I was experiencing, and discussing the underlying causes of those symptoms with competent medical personnel, when such was essential to proper diagnosis and treatment; his locating Dr. Ochberg, and Dr. Ochberg's willingness to be involved, Dr. Ochberg's insistence that my wife participate in my interview with him, and her actively pushing me to get into treatment and to stay the course of the treatment, coupled with my good fortune of being assigned careful, thorough, considerate VA psychiatrists and therapists who have helped me overcome that veneer of false bravado. It has also helped me understand that my PTSD is not a circumstance of shame, not merely "post combat jitters," and, that the concept of just putting those nightmares and flashbacks out of your mind is a

grossly incompetent action by Navy officials to conceal the very real, very foreseeable and predictable psychiatric injuries we incurred in the attack on the Liberty. The gross incompetence of that advice was, of course, greatly exacerbated and compounded by the Silencing Order.

Unfortunately, Gene has not been able as yet to bring himself to fully open up and let go of the false bravado. He was financially unable to pay Dr. Ochberg's very reasonable fees for consultation. Thus, did not have the advantage of meeting and being evaluated by that uniquely qualified doctor. He has not found the same level of confidence in the VA care takers. And, as a result, remains an untreated, walking time bomb, abandoned by the service he gave his energy to, and, a potential threat to himself, his family, and, his community. If this seems unduly harsh, allow me to offer a couple of examples that have arisen in the past year that support that opinion.

Last Spring ( or early summer,) Gene discussed with me an incident that occurred in his participation in the Sea Scouts program. Gene volunteers as a Lieutenant in their program in his community. He was one of the adult leaders of the local Sea Scouts that took a group of Sea Scouts on a camping trip. One of the young Sea Scouts refused to comply with an order Gene gave him, and then began arguing with him. In the ensuing argument, Gene lost his temper and pushed the youngster to the ground. The youngster was not injured (other than his pride,) but what alarmed me was that Gene tried to defend his conduct and seemingly had no understanding that he was simply wrong to push the youngster, regardless of provocation. Gene was angry with his seniors in the Sea Scouts organization who investigated the incident and cautioned Gene that any repetition would result in his termination from the program. He felt they were making too big a deal of it; that the youngster was getting in Gene's face and he had to make him understand that wouldn't be tolerated. When pushed, Gene admitted the youngster had made him angry, and he found himself rushing at the youngster before he could gain control of himself. He just couldn't control his rage. I know that situation all too well. I have reacted in the same manner far too often with my own children.

Another example arises from a recent call from our attorney, Mr. Kenney. Mr. Kenney explained he had tried to contact Gene in connection with his case. Mr. Kenney related that Gene's wife had informed him that for the then past

several weeks Gene had been in a deep and growing depression, with frequent outbursts at her and the grandchildren who were visiting, that he had been drinking, and, was becoming increasingly verbally abusive, and seemingly in a constant rage, and had talked of suicide. Mr. Kenney ~~he~~ then talked to Gene and urged him to get to the VA immediately and get some help. Mr. Kenney said that Gene acknowledged he was angry, had been having suicidal thoughts, that the kids living in his home were forcing him to edge of uncontrollable rage, and, he had started drinking again to handle the pressure. His wife had told Mr. Kenney she was truly frightened of Gene in his present state, and fearful for the safety of both the grandchildren and for Gene. Mr. Kenney said Gene had acknowledged all that was true and that Gene felt he had lost any ability to control his rage or his life. Mr. Kenney said he had urged Gene to get to the nearest VA Medical Center with a Psych Ward, and, to have his wife drive him, since he was not in any condition to be driving. He said he urged that Gene's wife should go in for the admissions interview so they would understand what really was going on. Mr. Kenney said Gene had agreed that was the smart thing to do, but Mr. Kenney feared that he would not follow through. He asked me to call Gene immediately and talk him into checking himself in for treatment.

I called Gene promptly, but his wife told me he had left, saying he was going to the VA Hospital, but did not want her to come with him. She essentially told me the same thing she had told Mr. Kenney. She probably was more specific about some of Gene's recent actions. She asked, in effect, if she was over reacting. I told her she was not. Then, my wife, who had been listening to my end of the conversation took the phone and shared stories and sympathy. She told his wife that whenever he starts acting like that she should make him ~~go~~ to the VA hospital, and suggested she call the VA hospital right then, inform them Gene is supposed to be on his way to seek admission to the psych ward, and, that she should lay out everything that had ben going on in case Gene tries to gloss it over. When I next talked to her, she told me she had called the VA hospital and tried to relate what was going on. She said the staff member put her off saying the doctor or some staff member would call her. They never did.

Two or three days latter, I called to learn how Gene was doing. I was surprised when Gene answered the phone. He complained that the "G.D. VA Doctors" had locked him up, and, that he was never going near them again. As we

talked, he said he had signed himself out despite the warnings from the staff that he needed care and should stay. Gene said that when he was on that ward and recognized he was locked in, he felt as trapped as he had felt aboard the Liberty when we were trapped down in that compartment. And, it gave him a severe flashback or nightmare, and increased his rage, until the meds they gave him kicked in and knocked him out. He said he had to get out of there. He just couldn't stay there another night. He promised to lay off the booze, and take the meds they gave him, but he wasn't going back.

With all due respect, it is outrageous for the Navy to put either Gene, me, or any of our fellow survivors through the hell of these types of proceedings. We have been wrongfully abused by the Navy, wrongfully abused by our government, wrongfully abused by the Israeli government, and, wrongfully abused by the Israeli supporters. These supporters assert our efforts to demand that the truth of the attack be published, and acknowledged by the our government and the Israeli government, and that the enormous injuries caused thereby be acknowledge, is an effort to embarrass Israel and support the Arab groups seeking to destroy the State of Israel. We seek nothing but the truth and the benefits that are rightly due us. Do Justice. Lay out the truth. Stand up for all of my shipmates who were locked in death in that gruesome compartment. No More Lies; No More Silence. Correct these egregious errors and let us get on with our lives.

I make this statement of my free will, without promise of reward or threat of any nature, with the knowledge and intent that it be submitted to an agency of the U.S. Government, and with full knowledge and understanding of the potential criminal consequences of making a false statement to the government in these circumstances . The information set forth in this statement is true and correct to the best of my understanding and belief. I have been assisted in the preparation of this affidavit by Mr. Kenney, who represents me in a related proceeding, and, represents Gene in this proceeding.

B F Lockwood

Bryce F. Lockwood,
Former Gunnery Sergeant, USMC





STATE OF MISSOURI
COUNTY OF GREENE
Subscribed and sworn to before me this 20th day of October, 2006
Melinda Leonard Notary Public

**Before The**
**Board For Correction of Naval Records**

| | | | |
|---|---|---|---|
| **In Re:** | **HAROLD E. Six, Sr.** | ) | **On Remand From** |
| | **Former CT-1, USN** | ) | **U.S. Court of Federal Claims** |
| | | ) | **BCNR Docket 483-03** |

DECLARATION OF
WILLIAM J. KENNEY, ESQ.

I am William J. Kenney, a member in good standing of the Bar of the District of Columbia, DC Bar No. 99267, and admitted to practice before the U.S. Court of Federal Claims. I maintain my residence at 9915 Empire Woods Court, Charlotte, NC 28277. I present this declaration on my oath as a member of the Bar to explain the absence of an affidavit of one Bryce F. Lockwood, in the Application For Correction of Naval Records I presented to the Board on behalf of my client, Harold E. Six, Sr. on or about December 20, 2002.

I note that my copy of the Application, at paragraph 10, page 3 of the Supplement to Application For Correction specifically lists the evidence being tendered to the Board and references as attachment B an "Affidavit of Fmr. GSGT Bryce Lockwood." In my copy of the bound Application and its attachments there is a tab B, but nothing is contained in that tab, and I find no affidavit from Mr. Lockwood anywhere in the document. My files contain the original documents from which the bound application was prepared. It does not contain a copy of the Lockwood affidavit.

I have a recollection of drafting an affidavit for Mr. Lockwood, using information contained in the Application For Correction I prepared and filed in Mr. Lockwood's case on or about October 1, 1998. The purpose of Mr. Lockwood's affidavit was to establish eye witness testimonial proof that Mr. Six was severely injured during the attack on the Liberty, to testify to the fact that Six had been in the compartment where the torpedo struck, that he was rendered unconscious in the ensuing explosion, and, that Lockwood rescued him from the flooded compartment.

I have carefully searched all the files I maintain for both the Six case and the Lockwood case, as well as files I have assembled on the attack on the Liberty. I find a note in my handwriting listing the evidence being presented in support of Six's application. That note has an underlined entry "Lockwood Affidavit". Attachment B is blank on that note. I assume that meant that when assembling the document for printing and binding, I could not then find the Lockwood

affidavit, and elected to file the document without Lockwood's affidavit, intending to file it as a supplement when it was located or received. I have no recollection of ever filing any such document following submission of the Six application.

In further response to the Mr. Pfeiffer's letter of August 24, 2006, as it pertains to the Lockwood Affidavit, I have contacted both Mr. Six and Mr. Lockwood to determine if either had a copy of that document. Mr. Six relates that the document is missing from his copy of the bound application with its supporting evidence. I am filing a currently dated affidavit from Mr. Lockwood addressing this and other matters. In essence, Mr. Lockwood reports that while he recalls multiple telephone discussions concerning both his case and Mr. Six's situation, he has no recollection of having received or submitted an affidavit in Six's case. He further reports he has searched his files an can find no copy of any such document.

Based on the foregoing, I must conclude that the draft affidavit was misplaced, and in fact never tendered to the Board.

William J. Kenney

William J. Kenney, D.C. Bar No 99267