DEPARTMENT OF THE NAVY
NAVAL COUNCIL OF PERSONNEL BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD DC 20374-5023

IN REPLY REFER TO

5220
Ser: 04-06
26 Jul 04

From: Director, Naval Council of Personnel Boards
To: Executive Director, Board for Corrections of Naval Records

Subj: REQUEST FOR COMMENTS AND RECOMMENDATIONS IN THE CASE OF [redacted]

Ref: (a) Your ltr JR:jdh Docket No: 09330-02 of 14 May 04
(b) SECNAVINST 1850.4E

1. This letter responds to reference (a) which requested comments and a recommendation regarding Petitioner's request for correction of his naval records. On 30 June 1972, the Petitioner was separated with severance pay incident to the 14 April 1972 Central Physical Evaluation Board (CPEB) finding, regarding Arthralgias, underlying etiology not determined. He was rated under Veteran Affairs (VA) Code 5009-5002 at 20%. The VA awarded a combined rating of 40% for Post Traumatic Stress Disorder (30%), Tinnitus (10%), and Non-displaced Zygomatic Fracture (0%) on 13 January 2000.

2. The Petitioner's case history, contained in reference (a), was thoroughly reviewed in accordance with reference (b) and is returned. The following comments are provided:

a. The petitioner, a decorated combat veteran, is requesting a retrospective modification of his 1972 medical discharge adding the diagnosis of Post Traumatic Stress Disorder resulting from his experiences aboard the USS Liberty on 7 June 1967, and aggravated by service in Vietnam from 1968 to 1970 rendering him "permanently disabled" at a rating of 70% and Placement on the Permanent Disability Retirement List.

b. The available records including evaluations by psychiatrists, while not in total agreement, nonetheless present a compelling picture of inspiring service to country, inadequately recognized heroism, and longstanding lingering symptoms suggestive of Post Traumatic Stress Disorder likely having their onset while Petitioner was on active duty and significantly worsening subsequent to his medical discharge in 1972.

Subj: REQUEST FOR COMMENTS AND RECOMMENDATIONS IN THE CASE OF [redacted]

c. However, [redacted] Fitness Report record and subsequent record, also, suggest that the same fortitude & tenacity which allowed him to pursue his elsewhere documented considerable acts of heroism would appear to have enabled him to conceal his emotional pain sufficiently to permit him to complete circa thirteen years of active service with a recommendation for promotion as well as hold down a job for about two years subsequent to his discharge.

d. The determinations of the uniformed services Disability Evaluation System (thru its Physical Evaluation Boards) are performance based, requiring credible evidence that a given condition renders a member unfit for duty while on active duty in contrast to the Veterans Affairs' disability evaluation process, which is, largely, manifestation based, requiring only that a given condition has service connection.

e. Consequently, sadly, while the evidence for service connection (for VA purposes) is compelling, there is insufficient evidence that the Petitioner's Post Traumatic Stress Disorder rendered him unfit during the time that he served on active duty.

M. N. CULVER

# Chapter V

# Mental and behavioural disorders (F00-F99)

## Disorders of adult personality and behaviour (F60-F69)

This block includes a variety of conditions and behaviour patterns of clinical significance which tend to be persistent and appear to be the expression of the individual's characteristic lifestyle and mode of relating to himself or herself and others. Some of these conditions and patterns of behaviour emerge early in the course of individual development, as a result of both constitutional factors and social experience, while others are acquired later in life. Specific personality disorders (F60.-), mixed and other personality disorders (F61.-), and enduring personality changes (F62.-) are deeply ingrained and enduring behaviour patterns, manifesting as inflexible responses to a broad range of personal and social situations. They represent extreme or significant deviations from the way in which the average individual in a given culture perceives, thinks, feels and, particularly, relates to others. Such behaviour patterns tend to be stable and to encompass multiple domains of behaviour and psychological functioning. They are frequently, but not always, associated with various degrees of subjective distress and problems of social performance.

**F60** **Specific personality disorders**

These are severe disturbances in the personality and behavioural tendencies of the individual; not directly resulting from disease, damage, or other insult to the brain, or from another psychiatric disorder; usually involving several areas of the personality; nearly always associated with considerable personal distress and social disruption; and usually manifest since childhood or adolescence and continuing throughout adulthood.

**F60.0** **Paranoid personality disorder**

Personality disorder characterized by excessive sensitivity to setbacks, unforgiveness of insults; suspiciousness and a tendency to distort experience by misconstruing the neutral or friendly actions of others as hostile or contemptuous; recurrent suspicions, without justification, regarding the sexual fidelity of the spouse or sexual partner; and a combative and tenacious sense of personal rights. There may be excessive self-importance, and there is often excessive self-reference.

Personality (disorder):
- expansive paranoid
- fanatic
- querulant
- paranoid
- sensitive paranoid

***Excludes:*** paranoia ( F22.0 )
paranoia querulans ( F22.8 )
paranoid:
- psychosis ( F22.0 )
- schizophrenia ( F20.0 )
- state ( F22.0 )

**F60.1** **Schizoid personality disorder**

Personality disorder characterized by withdrawal from affectional, social and other contacts with preference for fantasy, solitary activities, and introspection. There is a

AR 308

limited capacity to express feelings and to experience pleasure.

***Excludes:*** Asperger's syndrome ( F84.5 )
delusional disorder ( F22.0 )
schizoid disorder of childhood ( F84.5 )
schizophrenia ( F20.- )
schizotypal disorder ( F21 )

**F60.2 Dissocial personality disorder**

Personality disorder characterized by disregard for social obligations, and callous unconcern for the feelings of others. There is gross disparity between behaviour and the prevailing social norms. Behaviour is not readily modifiable by adverse experience, including punishment. There is a low tolerance to frustration and a low threshold for discharge of aggression, including violence; there is a tendency to blame others, or to offer plausible rationalizations for the behaviour bringing the patient into conflict with society.

Personality (disorder):
· amoral
· antisocial
· asocial
· psychopathic
· sociopathic

***Excludes:*** conduct disorders ( F91.- )
emotionally unstable personality disorder ( F60.3 )

**F60.3 Emotionally unstable personality disorder**

Personality disorder characterized by a definite tendency to act impulsively and without consideration of the consequences; the mood is unpredictable and capricious. There is a liability to outbursts of emotion and an incapacity to control the behavioural explosions. There is a tendency to quarrelsome behaviour and to conflicts with others, especially when impulsive acts are thwarted or censored. Two types may be distinguished: the impulsive type, characterized predominantly by emotional instability and lack of impulse control, and the borderline type, characterized in addition by disturbances in self-image, aims, and internal preferences, by chronic feelings of emptiness, by intense and unstable interpersonal relationships, and by a tendency to self-destructive behaviour, including suicide gestures and attempts.

Personality (disorder):
· aggressive
· borderline
· explosive

***Excludes:*** dissocial personality disorder ( F60.2 )

**F60.4 Histrionic personality disorder**

Personality disorder characterized by shallow and labile affectivity, self-dramatization, theatricality, exaggerated expression of emotions, suggestibility, egocentricity, self-indulgence, lack of consideration for others, easily hurt feelings, and continuous seeking for appreciation, excitement and attention.

Personality (disorder):
· hysterical
· psychoinfantile

**F60.5 Anankastic personality disorder**

Personality disorder characterized by feelings of doubt, perfectionism, excessive conscientiousness, checking and preoccupation with details, stubbornness, caution, and rigidity. There may be insistent and unwelcome thoughts or impulses that do not attain the severity of an obsessive-compulsive disorder.

Personality (disorder):
· compulsive
· obsessional
· obsessive-compulsive

***Excludes:*** obsessive-compulsive disorder ( F42.- )

AR 309

**F60.6 Anxious [avoidant] personality disorder**

Personality disorder characterized by feelings of tension and apprehension, insecurity and inferiority. There is a continuous yearning to be liked and accepted, a hypersensitivity to rejection and criticism with restricted personal attachments, and a tendency to avoid certain activities by habitual exaggeration of the potential dangers or risks in everyday situations.

**F60.7 Dependent personality disorder**

Personality disorder characterized by pervasive passive reliance on other people to make one's major and minor life decisions, great fear of abandonment, feelings of helplessness and incompetence, passive compliance with the wishes of elders and others, and a weak response to the demands of daily life. Lack of vigour may show itself in the intellectual or emotional spheres; there is often a tendency to transfer responsibility to others.

Personality (disorder):
· asthenic
· inadequate
· passive
· self-defeating

**F60.8 Other specific personality disorders**

Personality (disorder):
· eccentric
· "haltlose" type
· immature
· narcissistic
· passive-aggressive
· psychoneurotic

**F60.9 Personality disorder, unspecified**

Character neurosis NOS
Pathological personality NOS

**F61 Mixed and other personality disorders**

This category is intended for personality disorders that are often troublesome but do not demonstrate the specific pattern of symptoms that characterize the disorders described in F60.-. As a result they are often more difficult to diagnose than the disorders in F60.-.

Examples include:

- mixed personality disorders with features of several of the disorders in F60.- but without a predominant set of symptoms that would allow a more specific diagnosis
- troublesome personality changes, not classifiable to F60.- or F62.-, and regarded as secondary to a main diagnosis of a coexisting affective or anxiety disorder.

***Excludes:*** accentuated personality traits ( Z73.1 )

**F62 Enduring personality changes, not attributable to brain damage and disease**

Disorders of adult personality and behaviour that have developed in persons with no previous personality disorder following exposure to catastrophic or excessive prolonged stress, or following a severe psychiatric illness. These diagnoses should be made only when there is evidence of a definite and enduring change in a person's pattern of perceiving, relating to, or thinking about the environment and himself or herself. The personality change should be significant and be associated with inflexible and maladaptive behaviour not present before the pathogenic experience. The change should not be a direct manifestation of another mental disorder or a residual symptom of any antecedent

AR 310

mental disorder.

***Excludes:*** personality and behavioural disorder due to brain disease, damage and dysfunction ( F07.- )

**F62.0 Enduring personality change after catastrophic experience**

Enduring personality change, present for at least two years, following exposure to catastrophic stress. The stress must be so extreme that it is not necessary to consider personal vulnerability in order to explain its profound effect on the personality. The disorder is characterized by a hostile or distrustful attitude toward the world, social withdrawal, feelings of emptiness or hopelessness, a chronic feeling of "being on edge" as if constantly threatened, and estrangement. Post-traumatic stress disorder (F43.1) may precede this type of personality change.

Personality change after:
- concentration camp experiences
- disasters
- prolonged:
  - captivity with an imminent possibility of being killed
  - exposure to life-threatening situations such as being a victim of terrorism
- torture

***Excludes:*** post-traumatic stress disorder ( F43.1 )

**F62.1 Enduring personality change after psychiatric illness**

Personality change, persisting for at least two years, attributable to the traumatic experience of suffering from a severe psychiatric illness. The change cannot be explained by a previous personality disorder and should be differentiated from residual schizophrenia and other states of incomplete recovery from an antecedent mental disorder. This disorder is characterized by an excessive dependence on and a demanding attitude towards others; conviction of being changed or stigmatized by the illness, leading to an inability to form and maintain close and confiding personal relationships and to social iso-lation; passivity, reduced interests, and diminished involvement in leisure activities; persistent complaints of being ill, which may be associated with hypochondriacal claims and illness behaviour; dysphoric or labile mood, not due to the presence of a current mental disorder or antecedent mental disorder with residual affective symptoms; and longstanding problems in social and occupational functioning.

**F62.8 Other enduring personality changes**

Chronic pain personality syndrome

**F62.9 Enduring personality change, unspecified**

**F63 Habit and impulse disorders**

This category includes certain disorders of behaviour that are not classifiable under other categories. They are characterized by repeated acts that have no clear rational motivation, cannot be controlled, and generally harm the patient's own interests and those of other people. The patient reports that the behaviour is associated with impulses to action. The cause of these disorders is not understood and they are grouped together because of broad descriptive similarities, not because they are known to share any other important features.

***Excludes:*** habitual excessive use of alcohol or psychoactive substances ( F10-F19 )
impulse and habit disorders involving sexual behaviour ( F65.- )

**F63.0 Pathological gambling**

The disorder consists of frequent, repeated episodes of gambling that dominate the patient's life to the detriment of social, occupational, material, and family values and commitments.

Compulsive gambling

***Excludes:*** excessive gambling by manic patients ( F30.- )
gambling and betting NOS ( Z72.6 )
gambling in dissocial personality disorder ( F60.2 )

AR 311

**F63.1 Pathological fire-setting [pyromania]**

Disorder characterized by multiple acts of, or attempts at, setting fire to property or other objects, without apparent motive, and by a persistent preoccupation with subjects related to fire and burning. This behaviour is often associated with feelings of increasing tension before the act, and intense excitement immediately afterwards.

***Excludes:*** fire-setting (by)(in):
- adult with dissocial personality disorder ( F60.2 )
- alcohol or psychoactive substance intoxication ( F10-F19 , with common fourth character .0)
- as the reason for observation for suspected mental disorder ( Z03.2 )
- conduct disorders ( F91.- )
- organic mental disorders ( F00-F09 )
- schizophrenia ( F20.- )

**F63.2 Pathological stealing [kleptomania]**

Disorder characterized by repeated failure to resist impulses to steal objects that are not acquired for personal use or monetary gain. The objects may instead be discarded, given away, or hoarded. This behaviour is usually accompanied by an increasing sense of tension before, and a sense of gratification during and immediately after, the act.

***Excludes:*** depressive disorder with stealing ( F31-F33 )
organic mental disorders ( F00-F09 )
shoplifting as the reason for observation for suspected mental disorder ( Z03.2 )

**F63.3 Trichotillomania**

A disorder characterized by noticeable hair-loss due to a recurrent failure to resist impulses to pull out hairs. The hair-pulling is usually preceded by mounting tension and is followed by a sense of relief or gratification. This diagnosis should not be made if there is a pre-existing inflammation of the skin, or if the hair-pulling is in response to a delusion or a hallucination.

***Excludes:*** stereotyped movement disorder with hair-plucking ( F98.4 )

**F63.8 Other habit and impulse disorders**

Other kinds of persistently repeated maladaptive behaviour that are not secondary to a recognized psychiatric syndrome, and in which it appears that the patient is repeatedly failing to resist impulses to carry out the behaviour. There is a prodromal period of tension with a feeling of release at the time of the act.

Intermittent explosive disorder

**F63.9 Habit and impulse disorder, unspecified**

**F64 Gender identity disorders**

**F64.0 Transsexualism**

A desire to live and be accepted as a member of the opposite sex, usually accompanied by a sense of discomfort with, or inappropriateness of, one's anatomic sex, and a wish to have surgery and hormonal treatment to make one's body as congruent as possible with one's preferred sex.

**F64.1 Dual-role transvestism**

The wearing of clothes of the opposite sex for part of the individual's existence in order to enjoy the temporary experience of membership of the opposite sex, but without any desire for a more permanent sex change or associated surgical reassignment, and without sexual excitement accompanying the cross-dressing.

Gender identity disorder of adolescence or adulthood, nontranssexual type

***Excludes:*** fetishistic transvestism ( F65.1 )

**F64.2 Gender identity disorder of childhood**

A disorder, usually first manifest during early childhood (and always well before puberty), characterized by a persistent and intense distress about assigned sex, together with a

desire to be (or insistence that one is) of the other sex. There is a persistent preoccupation with the dress and activities of the opposite sex and repudiation of the individual's own sex. The diagnosis requires a profound disturbance of the normal gender identity; mere tomboyishness in girls or girlish behaviour in boys is not sufficient. Gender identity disorders in individuals who have reached or are entering puberty should not be classified here but in F66.-.

***Excludes:*** egodystonic sexual orientation ( F66.1 )
sexual maturation disorder ( F66.0 )

**F64.8 Other gender identity disorders**

**F64.9 Gender identity disorder, unspecified**

Gender-role disorder NOS

**F65 Disorders of sexual preference**

***Includes:*** paraphilias

**F65.0 Fetishism**

Reliance on some non-living object as a stimulus for sexual arousal and sexual gratification. Many fetishes are extensions of the human body, such as articles of clothing or footwear. Other common examples are characterized by some particular texture such as rubber, plastic or leather. Fetish objects vary in their importance to the individual. In some cases they simply serve to enhance sexual excitement achieved in ordinary ways (e.g. having the partner wear a particular garment).

**F65.1 Fetishistic transvestism**

The wearing of clothes of the opposite sex principally to obtain sexual excitement and to create the appearance of a person of the opposite sex. Fetishistic transvestism is distinguished from transsexual transvestism by its clear association with sexual arousal and the strong desire to remove the clothing once orgasm occurs and sexual arousal declines. It can occur as an earlier phase in the development of transsexualism.

Transvestic fetishism

**F65.2 Exhibitionism**

A recurrent or persistent tendency to expose the genitalia to strangers (usually of the opposite sex) or to people in public places, without inviting or intending closer contact. There is usually, but not invariably, sexual excitement at the time of the exposure and the act is commonly followed by masturbation.

**F65.3 Voyeurism**

A recurrent or persistent tendency to look at people engaging in sexual or intimate behaviour such as undressing. This is carried out without the observed people being aware, and usually leads to sexual excitement and masturbation.

**F65.4 Paedophilia**

A sexual preference for children, boys or girls or both, usually of prepubertal or early pubertal age.

**F65.5 Sadomasochism**

A preference for sexual activity which involves the infliction of pain or humiliation, or bondage. If the subject prefers to be the recipient of such stimulation this is called masochism; if the provider, sadism. Often an individual obtains sexual excitement from both sadistic and masochistic activities.

Masochism
Sadism

**F65.6 Multiple disorders of sexual preference**

Sometimes more than one abnormal sexual preference occurs in one person and there is none of first rank. The most common combination is fetishism, transvestism and sadomasochism.

**F65.8 Other disorders of sexual preference**

A variety of other patterns of sexual preference and activity, including making obscene

AR 313

telephone calls, rubbing up against people for sexual stimulation in crowded public places, sexual activity with animals, and use of strangulation or anoxia for intensifying sexual excitement.

Frotteurism
Necrophilia

**F65.9 Disorder of sexual preference, unspecified**

Sexual deviation NOS

**F66 Psychological and behavioural disorders associated with sexual development and orientation**

***Note:*** Sexual orientation by itself is not to be regarded as a disorder.

**F66.0 Sexual maturation disorder**

The patient suffers from uncertainty about his or her gender identity or sexual orientation, which causes anxiety or depression. Most commonly this occurs in adolescents who are not certain whether they are homosexual, heterosexual or bisexual in orientation, or in individuals who, after a period of apparently stable sexual orientation (often within a longstanding relationship), find that their sexual orientation is changing.

**F66.1 Egodystonic sexual orientation**

The gender identity or sexual preference (heterosexual, homosexual, bisexual, or prepubertal) is not in doubt, but the individual wishes it were different because of associated psychological and behavioural disorders, and may seek treatment in order to change it.

**F66.2 Sexual relationship disorder**

The gender identity or sexual orientation (heterosexual, homosexual, or bisexual) is responsible for difficulties in forming or maintaining a relationship with a sexual partner.

**F66.8 Other psychosexual development disorders**

**F66.9 Psychosexual development disorder, unspecified**

**F68 Other disorders of adult personality and behaviour**

**F68.0 Elaboration of physical symptoms for psychological reasons**

Physical symptoms compatible with and originally due to a confirmed physical disorder, disease or disability become exaggerated or prolonged due to the psychological state of the patient. The patient is commonly distressed by this pain or disability, and is often preoccupied with worries, which may be justified, of the possibility of prolonged or progressive disability or pain.

Compensation neurosis

**F68.1 Intentional production or feigning of symptoms or disabilities, either physical or psychological [factitious disorder]**

The patient feigns symptoms repeatedly for no obvious reason and may even inflict self-harm in order to produce symptoms or signs. The motivation is obscure and presumably internal with the aim of adopting the sick role. The disorder is often combined with marked disorders of personality and relationships.

Hospital hopper syndrome
Münchhausen's syndrome
Peregrinating patient

***Excludes:*** factitial dermatitis ( L98.1 )
person feigning illness (with obvious motivation) ( Z76.5 )

**F68.8 Other specified disorders of adult personality and behaviour**

Character disorder NOS
Relationship disorder NOS

AR 314

**F69 Unspecified disorder of adult personality and behaviour**

---

Processed on 05.04.2006 M.S. Source: World Health Organization © Copyright WHO/DIMDI 1994/2006

RICHARD F. KIEPFER, M.D., P.A.
208 WOLLSCHLAEGER DRIVE
BOERNE, TEXAS 78006

(210) 698-2387

February 15, 1996

TO WHOM IT MAY CONCERN:

On June 8, 1967 I was Medical Officer of the United States of the USS Liberty (AGTR-5).

Harold Six was serving as a Naval Petty Officer on the USS Liberty on that date.

When the USS Liberty was torpedoed, Mr. Six was in a compartment below the water level, which was struck by the torpedo. He suffered a cerebral concussion, multiple mini-fragment facial injuries. When he regained consciousness, he found himself pinned under debris, and as the water level rose he again lost consciousness.

He was pulled from the debris by other members of the crew.

I understand that Mr. Six has suffered "Post Traumatic" neurologic syndrome. I also understand that he has been treated for excess ethanol consumption.

Mr. Six has described the pain syndrome from which he has suffered for many years. The description is, in my opinion, consistent with Trigeminal Neuralgia, which, in good medical probability is a late complication of facial injuries suffered as a result of the June 8, 1967 trauma.

His symptoms may be at least partially central, resulting from the cerebral concussion/contusion, and anoxic unconsciousness described above.

If I can provide further information, do not hesitate to call me.

Sincerely,

Richard F. Kiepfer, MD
CAPT.(MC) USNR
President of Alamo NeuroDiagnostic

Richard F. Kiepfer, M. D.
CAPT (MC), USNR
208 Wollschlaeger Drive
Boerne, TX 78006-5929

Tel: (830)-249-8390

August 20, 1997

Dear Mr. Six,

It appears that you are entrapped in a bureaucratic game, namely, "If we don't know what it is, it doesn't exist."

I am not sure what I can add to the record, except for clarification of my last. In simplest form:

1) Were you injured, while serving in the U.S. Navy, on June 8, 1967? Yes!
2) Were you treated for those injuries? Yes! By me!
3) Could those injuries be the cause of your present condition? Yes!
4) What is your present condition? Nerve pain.
5) What injury, suffered on June 8, 1967 could have led to your present condition? Flash and small fragment injuries, caused by a torpedo explosion.
6) How would I describe the liklihood that an oral, dental, or sinus condition is the cause of the pain? Fabricated, at best. You were treated for those described conditions, without relief of the pain.
7) Could "Post Traumatic Stress disorder" contribute to or cause your pain? Yes!
8) What is the most likely cause of such a stress disorder? Your Naval service, including but not limited to June 8, 1967.

I base these opinions on good medical probability, and my experience as a physician.

If any additional information is required, please contact me.

Richard F. Kiepfer, M.D.

THE AMERICAN JOURNAL OF PSYCHIATRY



Quick Search

ADVANCED SEARCH

OR SEARCH ACROSS ALL APPI JOURNALS

Am J Psychiatry 161:1321-1323, August 2004
© 2004 American Psychiatric Association

THIS ARTICLE
- Full Text (PDF)
- Alert me when this article is cited
- Alert me if a correction is posted

SERVICES
- Email this article to a Colleague
- Similar articles in this journal
- Similar articles in PubMed
- Alert me to new issues of the journal
- Add to My Articles & Searches
- Download to citation manager

GOOGLE SCHOLAR
- Articles by Andreasen, N. C.
- Articles citing this Article

PUBMED
- PubMed Citation
- Articles by Andreasen, N. C.

RELATED COLLECTIONS
- Posttraumatic Stress Disorder

Editorial

# Acute and Delayed Posttraumatic Stress Disorders: A History and Some Issues

Nancy C. Andreasen

This issue of the *Journal* features stress disorders as its theme. The study of the psychological and emotional consequences of stress has become a burgeoning and important field in psychiatric research and treatment. In fact, the diagnoses of posttraumatic stress disorder (PTSD) and acute stress disorder (ASD) are now so frequently made that one wonders how we once got by without them.

The stress syndromes that we refer to as PTSD and ASD have a very long descriptive history. In general, their early history was closely linked to the experiences that soldiers suffered in combat. Before a diagnosis existed, many features of the syndrome were well-described in literary form in *The Red Badge of Courage*. The terrible carnage of trench warfare during World War I led many young men to return home deeply traumatized, and this led in turn to systematic descriptions of the syndrome under names such as "shell shock" or "combat fatigue." World War II was, however, the catalytic event that led to the creation of a formal diagnostic category to refer to this syndrome: Gross Stress Reaction. World War II for the first time brought together soldiers,

psychiatrists, and other medical personnel from all over the country, giving them an opportunity to discover the many things that they had in common and also to recognize the ways that they differed. Socially, our great melting pot received yet another incentive to continue to melt—and to meld together all the diverse components of our society. (The World War II musical, *Oklahoma*, celebrated this fact—watch it again some time in the context of our current world situation.) On the medical and psychiatric scene people discovered that they did not always share a common vocabulary with which to discuss the syndromes and diagnoses observed in their patients.

After the war ended, the Veterans Administration (VA) developed a diagnostic manual, which provided the incentive for the APA to create its own first manual: DSM-I. The manual was very concise, but it included a diagnosis that covered victims of stress: Gross Stress Reaction. During that post-war era and after, psychiatrists also began systematic investigations of the consequences of exposure to death camps and the POW experience, as well as nonmilitary stressors, such as mass catastrophes—fires, earthquakes, or plane crashes (1). However, for reasons that remain obscure but that perhaps reflect the early links between military combat and the diagnosis of stress disorders, Gross Stress Reaction was somehow dropped from DSM-II. That manual was written when our country was not engaged in any major war. However, the scientific study of the consequences of stress continued. In fact, your editor began her early research career by studying the consequences of severe burn injuries in the pre-DSM-III era—identifying symptoms, risk factors for poor outcome, and the prevalence of severe psychiatric consequences (2–5).

DSM-III was crafted in the post-Vietnam era, a time when our country contained yet another wave of young men who had been exposed to the trauma of combat. VA and military psychiatrists had no official diagnosis to give them, as long as DSM-II was the official diagnostic manual. As a member of the DSM-III Task Force, I was assigned to this problem. An active group of advocates were lobbying for the inclusion of a diagnosis of "Post-Vietnam syndrome." The purpose and the concept were correct, but the name and the specificity were not. I pointed out the long history of the syndrome, as well as the fact that it frequently occurred in traumatized civilians as well. A stress syndrome characterized by reliving, indicators of autonomic overarousal, and other such features was simply a final common pathway with many different sites of entry. We worked together to agree on diagnostic criteria, which

were rooted in the extensive literature on stress disorders already available at that time, and christened our 100-year-old offspring Post-traumatic Stress Disorder. I wrote the entire text description of the syndrome, which was based on my experience caring for burn patients and the substantial literature available at the time. My burn patients had almost universally experienced this syndrome immediately after their injuries. So we designated an acute form of PTSD. However, many soldiers do not develop stress symptoms until they return home, since a stress reaction in the midst of combat is not adaptive, and so the impact of their traumatic experiences is delayed. Therefore, we also identified a delayed form.

The concept of PTSD took off like a rocket, and in ways that had not initially been anticipated. The DSM-III text struggled with many issues: how severe should the trauma be? What types of trauma could be considered causative? Does it make a difference if the trauma is inflicted by another human being, by an accident, or by a natural disaster? What impact does duration of the stressor have? What impact does premorbid psychiatric status have? And so on. PTSD is a complex concept. The DSM-III formulation emphasized that the stressor should be significant—outside the range of normal human experience. It assumed, but did not explicitly state, that there would be a temporally close juxtaposition between the stressor and the development of symptoms.

Many psychiatrists liked the DSM-III formulation and began to use the diagnosis widely. Its application broadened steadily. For example, it was used for victims of childhood sexual abuse who developed traumatic stress symptoms much later. Dissociation, a component of the original definition but not its core, received increasing emphasis. And the requirement that the stressor be outside the range of normal human experience was sometimes reinterpreted to include less severe stressors. In fact, that stringent requirement was dropped in DSM-III-R and DSM-IV, providing a much broader concept than was originally intended. (In my view, this broadening should be reconsidered. Giving the same diagnosis to death camp survivors and someone who has been in a motor vehicle accident diminishes the magnitude of the stressor and the significance of PTSD.) Acute PTSD, dropped from DSM-III-R, was fortunately added back in DSM-IV with a new name: Acute Stress Disorder.

This issue includes several articles on various forms of PTSD. The literature on this diagnosis is now vast. It goes far beyond the

AR 320

descriptive psychopathology upon which the original DSM-III definition was based. We now have a multitude of papers covering topics such as neural mechanisms as revealed in imaging studies, risk factors, prevalence, comorbidity, symptom patterns, and outcome. The study of PTSD has enriched our conceptualization of memory in both its conscious and unconscious forms. The task of summarizing all this literature—and producing a DSM-V description and definition—will be challenging. Not all the studies converge on the same conclusions.

Why?

A clue is provided by the articles in this issue. Although the final common pathway (in the psychological and physical/autonomic sense) is the same, there are many different kinds of stressors. As detailed by Verger et al., experiencing a terrorist bombing in a metro—a man-made and unanticipated disaster that produced concomitant physical injuries, facial deformities, and the psychological terror that was intended—is indeed something outside "the normal human range." A PTSD prevalence rate of 31% was observed approximately 2.6 years after the event. If anything, this seems surprisingly low, but the assessments were done via phone interview and could be an underestimate. A companion paper by Fullerton et al. examines both ASD and PTSD in disaster workers at the site of a plane crash. Their stressors are quite different. A plane crash is an accident, and therefore has a different impact than man-made malevolence. Disaster workers have chosen their occupation with foreknowledge of its risks. To say this is not to diminish the enormous value of their work. But the psychological impact is different. And, not surprisingly, the prevalence of PTSD at a 13-month assessment was lower than in the terrorism victims: 16.7%. The studies examine different predictors of outcome and produce different results. These articles are but two examples of the many difficulties in conceptualizing the essence of PTSD and its consequences. A third article by O'Donnell et al. examines the thorny issue of comorbid depression. (The original concept of Gross Stress Reaction specified that it must occur in an otherwise normal individual—which was probably wrong, since stressors do not preferentially occur in normal individuals, and those with other disorders may have fewer adaptive resources remaining.)

As the psychiatrist who was also midwife at the birth of PTSD, I have followed its growth and maturation with great interest. Others have parented it, and generally well. It is of particular interest in the 21st century, when the entire world is filled with the spectre of terrorism—a

AR 321

stressor of great magnitude that can strike any time and anywhere. This is also a time when we again will have many young soldiers returning from yet another war: the treacherous combat experience in Iraq and Afghanistan. Unfortunately, the present world situation is likely to give us many more opportunities to study ASD and PTSD. For this I have regrets, but I am pleased that I helped create a diagnostic category and conceptual framework for this important syndrome, so that its causes and consequences can be examined both clinically and scientifically.

## References


1. Adler A: Neuropsychiatric complications in victims of Boston"s Coconut Grove disaster. JAMA 1943; 123:1098–1101
2. Andreasen NJ, Noyes R Jr, Hartford CE, Brodland G, Proctor S: Management of emotional reactions in seriously burned adults. N Engl J Med 1972; 286:65–69[Medline]
3. Andreasen NJ: Neuropsychiatric complications in burn patients. Int J Psychiatry Med 1974; 5:161–171[Medline]
4. Andreasen NJ, Noyes R Jr, Hartford CE: Factors influencing adjustment of burn patients during hospitalization. Psychosom Med 1972; 34:517–525[Abstract/Free Full Text]
5. Andreasen NJ, Norris AS, Hartford CE: Incidence of long-term psychiatric complications in severely burned adults. Ann Surg 1971; 174:785–793[Medline]



| THIS ARTICLE |
| --- |
| ▸ Full Text (PDF)<br>▸ Alert me when this article is cited<br>▸ Alert me if a correction is posted |
| SERVICES |
| ▸ Email this article to a Colleague<br>▸ Similar articles in this journal<br>▸ Similar articles in PubMed<br>▸ Alert me to new issues of the journal<br>▸ Add to My Articles & Searches<br>▸ Download to citation manager |
| GOOGLE SCHOLAR |
| ▸ Articles by Andreasen, N. C.<br>▸ Articles citing this Article |
| PUBMED |
| ▸ PubMed Citation<br>▸ Articles by Andreasen, N. C. |


AR 322

THE AMERICAN JOURNAL OF PSYCHIATRY

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | SUBSCRIBE | ALL APPI JOURNALS | HELP | CC

Quick Search

ADVANCED SEARCH
OR SEARCH ACROSS ALL APPI JOURNALS

Am J Psychiatry 162:1926-1932, October 2005
doi: 10.1176/appi.ajp.162.10.1926
© 2005 American Psychiatric Association

# Adverse Outcomes Associated With Personality Disorder Not Otherwise Specified in a Community Sample

**Jeffrey G. Johnson, Ph.D., Michael B. First, M.D., Patricia Cohen, Ph.D., Andrew E. Skodol, M.D., Stephanie Kasen, Ph.D. and Judith S. Brook, Ed.D.**

THIS ARTICLE
- Abstract FREE
- Full Text (PDF)
- Alert me when this article is cited
- Alert me if a correction is posted
- Citation Map

SERVICES
- Email this article to a Colleague
- Similar articles in this journal
- Similar articles in PubMed
- Alert me to new issues of the journal
- Add to My Articles & Searches
- Download to citation manager

GOOGLE SCHOLAR
- Articles by Johnson, J. G.
- Articles by Brook, J. S.
- Articles citing this Article

PUBMED
- PubMed Citation
- Articles by Johnson, J. G.
- Articles by Brook, J. S.

RELATED COLLECTIONS
- Other Personality Disorders

## Abstract

- TOP
- Abstract
- Introduction
- Method
- Results
- Discussion
- References

**OBJECTIVE:** The authors investigated 1) whether adolescents and adults in the community diagnosed with personality disorder not otherwise specified are at elevated risk for adverse outcomes, and 2) whether this elevation in risk is comparable with that associated with the DSM-IV cluster A, B, and C personality disorders.
**METHOD:** A community-based sample of 693 mothers and their offspring were interviewed during the offspring's childhood, adolescence, and early adulthood. Offspring psychopathology,

aggressive behavior, educational and interpersonal difficulties, and suicidal behavior were assessed. **RESULTS:** Individuals who met DSM-IV criteria for personality disorder not otherwise specified were significantly more likely than those without personality disorders to have concurrent axis I disorders and behavioral, educational, or interpersonal problems during adolescence and early adulthood. In addition, adolescents with personality disorder not otherwise specified were at significantly elevated risk for subsequent educational failure, numerous interpersonal difficulties, psychiatric disorders, and serious acts of physical aggression by early adulthood. Adolescents with personality disorder not otherwise specified were as likely to have these adverse outcomes as those with cluster A, B, or C personality disorders or those with axis I disorders. **CONCLUSIONS:** Adolescents and young adults in the general population diagnosed with personality disorder not otherwise specified may be as likely as those with DSM-IV cluster A, B, or C personality disorders to have axis I psychopathology and to have behavioral, educational, or interpersonal problems that are not attributable to co-occurring psychiatric disorders. Individuals with personality disorder not otherwise specified and individuals with DSM-IV cluster A, B, or C personality disorders are likely to be at substantially elevated risk for a wide range of adverse outcomes.

## Introduction

▲ TOP
▲ Abstract
▪ Introduction
▼ Method
▼ Results
▼ Discussion
▼ References

Personality disorders are relatively common in the general population. Personality disorder prevalence estimates, based on DSM-III, DSM-III-R, and DSM-IV criteria for specific personality disorders, have ranged from approximately 7% to 15% of the adult population, depending on the diagnostic procedure and the range of personality disorders assessed (1–5). Among adolescents and adults, personality disorders have been found to be associated with 1) impairment and distress not attributable to co-occurring axis I disorders and 2) elevated risk for poor outcomes after accounting for co-occurring axis I disorders (6–12). Previous research (13) has indicated that most personality disorders can be treated effectively with psychotherapy, although there is considerable variability in the methodological rigor, sample size, and scope of the studies that have investigated the effectiveness of psychotherapy for personality disorders (e.g., many individuals require extensive treatment and some personality disorders, such as antisocial

personality disorder, may be particularly difficult to treat effectively due in part to the lack of insight and motivation to change that tends to be present among many individuals with antisocial personality disorder). In any event, increased recognition and treatment of personality disorders is likely to have beneficial consequences for many persons with these disorders.

Given such findings, it is of considerable interest that an important category of personality disorders, referred to in DSM-IV as personality disorder not otherwise specified, has thus far been investigated by few epidemiological studies. According to DSM-IV-TR, individuals are appropriately diagnosed with personality disorder not otherwise specified if there is a disorder of personality functioning that does not meet the criteria for a cluster A, B, or C personality disorder. Research has indicated that personality disorder not otherwise specified may be the most common personality disorder diagnosis in many clinical settings (14–18) and that it may be as prevalent as many common axis I disorders (19). However, the high prevalence of personality disorder not otherwise specified may be partially attributable to the fact that comprehensive diagnostic assessments are not conducted in some clinical settings. Most of the epidemiological studies that have assessed personality disorders have not provided findings regarding the prevalence of personality disorder not otherwise specified, and little is currently known about characteristics associated with personality disorder not otherwise specified in the general population. One reason for the lack of systematic population-based research is that there is not yet a clear scientific consensus regarding how to identify individuals with personality disorder not otherwise specified.

In order for large-scale studies to investigate personality disorder not otherwise specified in a systematic manner, and in order for the findings of these studies to be compared and evaluated, it is necessary to develop an operational definition that can be utilized with any validated personality disorder assessment instrument. One way to develop diagnostic criteria that can be implemented with data from any systematic assessment of personality disorder features is to define, in a precise and operational manner, the two examples of personality disorder not otherwise specified set forth in DSM-IV-TR. Accordingly, when the criteria for a cluster A, B, or C personality disorder are not met, personality disorder not otherwise specified may be diagnosed if 1) there are personality disorder features that come within one diagnostic criterion of meeting DSM-IV thresholds for two or more personality