disorders (e.g., four borderline personality disorder features and four schizotypal personality disorder features), or 2) diagnostic criteria are met for depressive or passive-aggressive personality disorder. Further research may determine that the definition should be expanded by diagnosing personality disorder not otherwise specified when the total number of personality disorder features exceeds a specified threshold. However, while this kind of threshold has been used in some studies (20), a clear consensus about the threshold that should be used will require further investigation. It is also important to investigate the characteristics of personality disorder not otherwise specified that are operationally defined based on the information and examples in DSM-IV-TR. Our review of the literature indicates that the present study is the first community-based longitudinal investigation to examine mental health outcomes associated with personality disorder not otherwise specified (1–5).

# Method


- TOP
- Abstract
- Introduction
- Method
- Results
- Discussion
- References


### Subjects and Procedure

Nine hundred seventy-six mothers of children between the ages of 1 and 10 (mean age=5.5 years, SD=2.8) were randomly sampled on the basis of residence in Albany and Saratoga Counties in the State of New York and interviewed in 1975 (21). These mothers and a randomly sampled child were interviewed in 1983 (N=778, mean offspring age=13.7 [SD=2.8]), 1985–1986 (N=776, mean offspring age=16.3 [SD=2.8]), and 1991–1993 (N=749, mean offspring age=22.1 [SD=2.7]). These families were demographically representative of families in the sampled region (22). The findings in the present report are based on data from 693 families that were interviewed during the offspring's adolescence and early adulthood. These families did not differ from the remainder of the baseline sample with regard to the prevalence of maternal or offspring behavioral or emotional problems; paternal substance abuse was less prevalent. The study procedures have been approved by the Columbia University and New York State Psychiatric Institute institutional review boards. Written informed consent or assent was obtained from all participants after the interview procedures were fully explained. The mothers and offspring were interviewed separately by extensively trained and supervised lay interviewers. Additional information regarding the methodology is

available from previous reports (21–23) and on the study web site (http://nyspi.org/childcom).

A stratified random sampling procedure was used in 1975 to obtain a representative sample of families living in Albany and Saratoga counties. Census data were used to create primary sampling units for these counties. The primary sampling units were stratified by urban/rural status, ethnicity, and median income. A systematic sample of primary sampling units in each county was then drawn with probability proportional to the number of households and probabilities equal for members of all strata. Households with at least one child between the ages of 1 and 10 years were qualified for the study. Address lists were compiled, and interviewers were sent to the selected addresses. A total of 1,141 families were invited to participate in the study, and 976 families (85.5%) were interviewed in 1975; 724 (74.2%) of these families were reinterviewed in 1983. A supplementary sample of 54 families were randomly sampled from urban poverty areas and interviewed in 1983 to improve the representativeness of the sample. This brought the total families interviewed in 1983 to 778. Seven hundred seventy-six families, comprising 690 (88.7%) of the families interviewed in 1983 and 86 families who had been interviewed in 1975 but not in 1983, were interviewed in 1985–1986. Seven hundred forty-nine families, comprising 657 (84.4%) of the families interviewed in 1983 and 92 families who had been interviewed in 1975 but not in 1983, were interviewed in 1991–1993.

### Assessment of Psychiatric Disorders

The parent and youth versions of the Diagnostic Interview Schedule for Children (24) were administered during the childhood and adolescence of the offspring to assess anxiety (agoraphobia, social phobia, generalized anxiety disorder, obsessive-compulsive disorder, panic disorder, and separation anxiety disorder), disruptive disorders (attention deficit, conduct, and oppositional defiant disorders), eating disorders (anorexia nervosa, bulimia nervosa), mood disorders (dysthymic and major depressive disorders), and substance use disorders (alcohol and drug abuse/dependence). An age-appropriate version of the Diagnostic Interview Schedule for Children was administered to the offspring during early adulthood. The reliability and validity of the Diagnostic Interview Schedule for Children as employed in this study are comparable to those of other structured interviews (25).

Interview items used to assess personality disorders were drawn from

the Personality Diagnostic Questionnaire (26), the Structured Clinical Interview for DSM-III-R Personality Disorders (27), the Diagnostic Interview Schedule for Children, and the Disorganizing Poverty Interview (21). Items were originally selected on the basis of correspondence with DSM-III-R criteria and combined using algorithms developed by consensus among one psychiatrist and two clinical psychologists (8). Following the publication of DSM-IV, items from the study protocol that had been administered were added to the algorithms to maximize correspondence with DSM-IV, most notably to assess depressive personality disorder.

Thirty-one maternal interview items and 116 offspring interview items assessed DSM-IV personality disorder criteria (i.e., "personality disorder symptoms"). Ratings of the behavior and appearance of the study offspring (five items) were completed by the interviewers. Personality disorder symptoms were considered present if reported by any informant. Cluster A, B, C, depressive, and passive-aggressive personality disorders were identified as present if DSM-IV criteria thresholds were met during early adulthood. However, because personality disorder symptoms must be persistent in order for an adolescent to be diagnosed with a personality disorder, cluster A, B, C, depressive, and passive-aggressive personality disorders were only diagnosed during adolescence if DSM-IV criteria were met during both adolescent assessments or if the criteria were met at one assessment and the personality disorder symptom level was within one criterion of the diagnosis at the other assessment. In accordance with DSM-IV criteria, antisocial personality disorder was assessed among individuals with a history of conduct disorder who were ≥18 years of age. Consistent with DSM-IV criteria, personality disorder not otherwise specified was identified as being present (among individuals who did not have cluster A, B, or C personality disorders) if the number of personality disorder criteria identified as being present came within one criterion of meeting the threshold for two or more specific personality disorders or if criteria were met for depressive personality disorder or passive-aggressive personality disorder.

Research has supported the reliability and validity of the items and algorithms used to assess personality disorders. Personality disorder symptoms, assessed by using these items and algorithms, were moderately stable during adolescence and early adulthood, and the stability of personality disorder symptoms was similar to the stability of personality disorder symptoms in adult studies that have used similar

AR 328

test-retest intervals (23). Personality disorder prevalence during adolescence (10.97%) and early adulthood (11.98%) was within the range of prevalence estimates that have been obtained in adult community samples (5). The validity of the items and algorithms was supported by findings indicating that adolescent personality disorders were associated with elevated risk for axis I psychiatric disorders, criminal or violent behavior, and suicidal behavior during early adulthood (6, 7).

### Assessment of Educational Achievement, Interpersonal Difficulties, and Aggression

One Diagnostic Interview Schedule for Children module assessed educational problems: attention difficulties, failure to complete homework, lack of interest in schoolwork, negative attitudes about school, and poor teacher evaluations. Poor educational achievement was considered present if the individual failed to complete secondary school by age 18 or if he or she was ≥1 year behind his or her peers in school. Another Diagnostic Interview Schedule for Children module assessed acts of physical aggression. The following interpersonal difficulties were assessed during the maternal and offspring interviews: cruelty toward peers, difficulty making friends, frequent arguments with adults or peers, loneliness and interpersonal isolation, lack of close friends, poor relationships with friends or peers, refusal to share with others, and fights with family members.

### Data Analysis

Analyses of contingency tables were conducted to investigate 1) whether individuals with personality disorder not otherwise specified were more likely than those without personality disorders to have concurrent and subsequent axis I psychopathology, interpersonal or educational problems, and suicide attempts during adolescence and early adulthood; and 2) whether individuals with personality disorder not otherwise specified were more or less likely than those with cluster A, B, or C personality disorders to have these outcomes. Logistic regression analyses were conducted to examine 1) whether the associations between personality disorder status and the dependent variables remained significant when axis I disorders were controlled; and 2) whether personality disorder not otherwise specified was associated with adverse outcomes during early adulthood when the corresponding problem during adolescence was controlled. Separate analyses were conducted with the data from adolescence and early adulthood because personality disorder symptom levels declined from

adolescence through early adulthood (23). There was sufficient statistical power to detect an association with a modest effect size, such as a correlation of 0.30.

# Results

## Adolescent Personality Disorders and Concurrent Problems


- TOP
- Abstract
- Introduction
- Method
- Results
- Discussion
- References


Forty-four individuals (6.3%) were diagnosed with personality disorder not otherwise specified during adolescence. One individual had depressive personality disorder, five had passive-aggressive personality disorder, and 41 were classified as "mixed" (i.e., within one criterion of meeting the threshold for two or more personality disorders). Three individuals had both passive-aggressive and "mixed" personality disorder. Adolescents with personality disorder not otherwise specified had fewer personality disorder symptoms than did those with cluster A, B, or C personality disorders ($t=-3.85$, $df=118$, $p<0.001$). However, relative to adolescents with no personality disorders, adolescents with personality disorder not otherwise specified were significantly more likely to have concurrent axis I psychopathology, numerous interpersonal difficulties, poor educational achievement, acts of physical aggression, suicide attempts, and any concurrent problem (Table 1). Most of these associations remained significant after axis I disorders were controlled statistically. Individuals with a cluster A, B, or C personality disorder were not significantly more likely than were those with personality disorder not otherwise specified to have any of these problems. Depressive personality disorder, passive-aggressive personality disorder, and mixed personality disorder not otherwise specified were all significantly associated with mental health problems during adolescence and early adulthood.

| | |
|---|---|
| **View this table:** [in this window] [in a new window] | TABLE 1 |

### Early Adulthood Personality Disorders and Concurrent Problems

Forty-one individuals (5.9%) were diagnosed with personality disorder not otherwise specified during early adulthood. Three individuals had depressive personality disorder, 10 had passive-aggressive personality disorder, and 30 had "mixed" personality disorder not otherwise specified (one of these 30 individuals had depressive personality disorder, and one had passive-aggressive personality disorder). The young adults with personality disorder not otherwise specified had fewer personality disorder symptoms than did those with cluster A, B, or C personality disorders ($t=-2.19$, $df=122$, $p=0.03$). However, relative to those with no personality disorders, young adults with personality disorder not otherwise specified were significantly more likely to have concurrent axis I psychopathology, numerous difficulties in interpersonal relationships, poor educational achievement, and any concurrent problem (Table 2). Several of these associations remained significant after we controlled statistically for corresponding problems during adolescence. The associations with interpersonal difficulties and any concurrent problem remained significant after we controlled statistically for co-occurring axis I disorders. Young adults with cluster A, B, or C personality disorders were significantly more likely than young adults with personality disorder not otherwise specified to report serious acts of physical aggression during early adulthood. This association remained significant after we controlled for acts of physical aggression during adolescence and co-occurring axis I disorders.

| | |
|---|---|
| **View this table:** [in this window] [in a new window] | TABLE 2 |

### Adolescent Personality Disorders and Subsequent Outcomes

Adolescents with personality disorder not otherwise specified were significantly more likely than those without personality disorders to have axis I disorders; cluster A, B, or C personality disorders; any psychiatric disorder; numerous interpersonal difficulties; poor educational achievement; serious acts of physical aggression toward others; suicide attempts; and any adverse outcome during early adulthood (Table 3). Several of these associations remained significant

AR 331

after we controlled statistically for corresponding problems during adolescence. The associations with personality disorders, any psychiatric disorder, interpersonal difficulties, poor educational achievement, physical aggression, and any adverse outcome during early adulthood remained significant after we controlled statistically for co-occurring axis I disorders. Early adulthood personality disorder symptoms mediated each of these associations. Adolescents with cluster A, B, or C personality disorders were not more likely than those with personality disorder not otherwise specified to have any of these outcomes during early adulthood. Depressive personality disorder, passive-aggressive personality disorder, and mixed personality disorder not otherwise specified during adolescence were all significantly associated with adverse outcomes.

| | |
|---|---|
| **View this table:**<br>[in this window]<br>[in a new window] | TABLE 3 |

As seen in Figure 1, there were significant differences in likelihood of experiencing adverse outcomes by early adulthood among adolescents with personality disorder not otherwise specified alone (i.e., no co-occurring axis I disorder [N=13]), adolescents with axis I psychopathology but no personality disorder (N=128), and those with no psychiatric disorder (N=445). The likelihood of experiencing any adverse outcome was significantly higher, relative to those with no psychiatric disorder, among those with personality disorder not otherwise specified (odds ratio=25.08, CI=3.23–194.77) and those with an axis I disorder (odds ratio=2.86, CI=1.91–4.29). The likelihood was also significantly higher for those with personality disorder not otherwise specified relative to those with an axis I disorder (odds ratio=8.76, CI=1.11–69.39). In addition, the likelihood of experiencing two or more adverse outcomes was significantly higher, relative to those with no psychiatric disorder, among those with personality disorder not otherwise specified (odds ratio=10.12, CI=3.26–31.40) and those with an axis I disorder (odds ratio=2.89, CI=1.75–4.78). The likelihood was also significantly higher for those with personality disorder not otherwise specified relative to those with an axis I disorder (odds ratio=3.50, CI=1.10–11.18).




**View larger version** (33K):
[in this window]
[in a new window]

Figure 1. Early Adulthood Adverse Outcomes in a Community Sample by Adolescent Psychiatric Disorder Diagnosis

## Discussion

TOP
Abstract
Introduction
Method
Results
Discussion
References

The present findings suggest that individuals in the general population who meet DSM-IV criteria for personality disorder not otherwise specified may be as likely as individuals with cluster A, B, or C personality disorders to experience adverse outcomes—including axis I disorders—and behavioral, educational, or interpersonal difficulties. Our findings suggest that elevated risk for adverse outcomes among adolescents with personality disorder not otherwise specified is not likely to be attributable to co-occurring axis I psychopathology or to preexisting behavioral, educational, or interpersonal difficulties. The present findings also suggest that individuals with personality disorder not otherwise specified may be more likely than individuals with anxiety, depressive, disruptive, or substance use disorders to experience adverse outcomes. Our review of the literature indicates that this is the first community-based longitudinal study to examine a wide range of correlates and outcomes of personality disorder not otherwise specified and to compare the risk for poor outcomes between individuals with personality disorder not otherwise specified and those with cluster A, B, or C personality disorders.

In addition, the present findings suggest that when personality disorder

symptoms are assessed in a systematic manner in a community-based sample, the prevalence of personality disorder not otherwise specified may be greater than that of any specific personality disorder. Our finding that the prevalence of personality disorder not otherwise specified was approximately 6% during both adolescence and early adulthood indicates that the diagnostic criteria used in the present study can be applied in a consistent and reliable manner. Thus, the present findings are consistent with research indicating that personality disorder not otherwise specified may be the most common personality disorder diagnosis in clinical samples (14–18) and may be as prevalent as many common axis I disorders (19). Our findings, taken together with previous findings, support the inference that personality disorder not otherwise specified is a common, clinically significant condition that is associated with considerable impairment and distress.

On the basis of the present findings, it may be advisable for future population-based studies of personality disorders to assess personality disorder not otherwise specified in a systematic and comprehensive manner. The operational definition of personality disorder not otherwise specified in the present study has the advantage of being based directly on DSM-IV criteria and being readily implemented with currently available personality disorder assessment instruments. It may also be useful to investigate the clinical utility, reliability, and validity of other assessment methods, such as identifying personality disorder not otherwise specified if the total number of personality disorder symptoms meets a specified diagnostic threshold (20). Previous research has shown that personality disorders are associated with adverse outcomes (6–8, 10–12) and that they can be treated effectively (13). Improved recognition and treatment of personality disorders, including personality disorder not otherwise specified, may help many individuals to avoid adverse long-term outcomes.

The limitations of the present study require consideration. Because the participants were adolescents and young adults, further research will be needed in order to determine whether personality disorder not otherwise specified is associated with elevated risk for adverse outcomes among older adults. Future studies will also need to investigate whether individuals with personality disorder not otherwise specified are at elevated risk for outcomes such as occupational and financial difficulties. Although some of the outcomes that were investigated, particularly interpersonal difficulties, are personality disorder characteristics, different interview items were used to assess personality

disorder traits and adverse outcomes. Thus, the associations of personality disorders with these problems are not attributable to item overlap. Further, individuals with personality disorder not otherwise specified were at elevated risk for adverse outcomes even when we controlled statistically for corresponding problems during adolescence (Table 3). Although personality disorder symptoms were assessed with items from several instruments, research has supported the reliability and validity of these assessment procedures (6, 7, 23). Stratified random sampling procedures were used to maximize the representativeness of the sample, sample retention was within expected parameters, and the prevalence of personality disorder not otherwise specified was approximately 6% during both adolescence and early adulthood, suggesting that sample attrition did not have a systematic effect on the present findings. It will be of interest for future studies to investigate the prevalence and sequelae of personality disorder not otherwise specified in samples that are representative of other regions and age groups.

## Footnotes

Received Aug. 5, 2003; revisions received June 20 and July 6, 2004; accepted Sept. 24, 2004. From the Columbia University Department of Psychiatry/New York State Psychiatric Institute; and the Department of Psychiatry, New York University, New York. Address correspondence and reprint requests to Dr. Johnson, Box 60, New York State Psychiatric Institute, 1051 Riverside Dr., New York, NY 10032; jjohnso@pi.cpmc.columbia.edu (e-mail). Supported by NIMH grants MH-36971, MH-38916, and MH-49191 to Dr. Cohen and a National Institute on Drug Abuse grant (DA-03188) to Dr. Brook.

## References


- ▲ TOP
- ▲ Abstract
- ▲ Introduction
- ▲ Method
- ▲ Results
- ▲ Discussion
- • References



1. Moldin SO, Rice JP, Erlenmeyer-Kimling L, Squires-Wheeler E: Latent structure of DSM-III-R axis II psychopathology in a normal sample. J Abnorm Psychol 1994; 103:259–266[CrossRef][Medline]
2. Klein DN, Riso LP, Donaldson SK, Schwartz JE, Anderson RL, Ouimette PC, Lizardi H, Aronson TA: Family study of early-onset dysthymia: mood and personality disorders in relatives of outpatients with dysthymia and episodic major depression and normal controls.

Arch Gen Psychiatry 1995; 52:487–496[Abstract]
3. Maier W, Lichtermann D, Klingler T, Heun R, Hallmayer J: Prevalences of personality disorders (DSM-III-R) in the community. J Pers Disord 1992; 6:187–196
4. Samuels J, Eaton WW, Bienvenu OJ, Brown CH, Costa PT, Nestadt G: Prevalence and correlates of personality disorders in a community sample. Br J Psychiatry 2002; 180:536–542 [Abstract/Free Full Text]
5. Torgersen S, Kringlen E, Cramer V: The prevalence of personality disorders in a community sample. Arch Gen Psychiatry 2001; 58:590–596[Abstract/Free Full Text]
6. Johnson JG, Cohen P, Skodol AE, Oldham JM, Kasen S, Brook J: Personality disorders in adolescence and risk of major mental disorders and suicidality during adulthood. Arch Gen Psychiatry 1999; 56:805–811[Abstract/Free Full Text]
7. Johnson JG, Cohen P, Smailes E, Kasen S, Oldham JM, Skodol AE, Brook JS: Adolescent personality disorders associated with violence and criminal behavior during adolescence and early adulthood. Am J Psychiatry 2000; 157:1406–1412 [Abstract/Free Full Text]
8. Perry JC: Longitudinal studies of personality disorders. J Personal Disord 1993; 7(suppl):63–85
9. Skodol AE, Gunderson JG, McGlashan TH, Dyck IR, Stout RL, Bender DS, Grilo CM, Shea MT, Zanarini MC, Morey LC, Sanislow CA, Oldham JM: Functional impairment in patients with schizotypal, borderline, avoidant, or obsessive-compulsive personality disorder. Am J Psychiatry 2002; 159:276–283 [Abstract/Free Full Text]
10. Brent DA, Johnson BA, Perper J, Connolly J, Bridge J, Bartle S, Rather C: Personality disorder, personality traits, impulsive violence, and completed suicide in adolescents. J Am Acad Child Adolesc Psychiatry 1994; 33:1080–1086[Medline]
11. Pilkonis PA, Frank E: Personality pathology in recurrent depression: nature, prevalence, and relationship to treatment response. Am J Psychiatry 1988; 145:435–441[Abstract]
12. Massion AO, Dyck IR, Shea MT, Phillips KA, Warshaw MG, Keller MB: Personality disorders and time to remission in generalized anxiety disorder, social phobia, and panic disorder. Arch Gen Psychiatry 2002; 59:434–440[Abstract/Free Full Text]
13. Perry JC, Banon E, Ianni F: Effectiveness of psychotherapy for personality disorders. Am J Psychiatry 1999; 156:1312–1321 [Abstract/Free Full Text]
14. Fabrega H, Ulrich R, Pilkonis P, Mezzich J: On the homogeneity of personality disorder clusters. Compr Psychiatry 1991; 32:373–386[CrossRef][Medline]
15. Koenigsberg HW, Kaplan RD, Gilmore MM, Cooper AM: The relationship between syndrome and personality disorder in DSM-III: experience with 2,462 patients. Am J Psychiatry 1985; 142:207–212[Abstract]
16. Loranger AW: The impact of DSM-III on diagnostic practice in a

university hospital. Arch Gen Psychiatry 1990; 47:672–675 [Abstract]
17. Morey LC: Personality disorders in DSM-III and DSM-III-R: convergence, coverage, and internal consistency. Am J Psychiatry 1988; 145:573–577[Abstract]
18. Westen D, Arkowitz-Westen L: Limitations of axis II in diagnosing personality pathology in clinical practice. Am J Psychiatry 1998; 155:1767–1771[Abstract/Free Full Text]
19. Clark LA, Watson D, Reynolds S: Diagnosis and classification of psychopathology: challenges to the current system and future directions. Annu Rev Psychol 1995; 46:121–153[CrossRef] [Medline]
20. Loranger AW, Janca A, Sartorius N (eds): Assessment and Diagnosis of Personality Disorders: The ICD-10 International Personality Disorder Examination (IPDE). New York, Cambridge University Press, 1997
21. Kogan LS, Smith J, Jenkins S: Ecological validity of indicator data as predictors of survey findings. J Soc Serv Res 1977; 1:117–132
22. Cohen P, Cohen J: Life Values and Adolescent Mental Health. Mahwah, NJ, Lawrence Erlbaum Associates, 1996
23. Johnson JG, Cohen P, Kasen S, Skodol AE, Brook J: Age-related change in personality disorder symptom levels between early adolescence and adulthood: a community-based longitudinal investigation. Acta Psychiatr Scand 2000; 102:265–275 [CrossRef][Medline]
24. Costello EJ, Edelbrock CS, Duncan MK, Kalas R: Testing of the NIMH Diagnostic Interview Schedule for Children (DISC) in a Clinical Population: Final Report to the Center for Epidemiological Studies, NIMH. Pittsburgh, University of Pittsburgh, 1984
25. Cohen P, O'Connor P, Lewis SA, Malachowski B: A comparison of the agreement between DISC and K-SADS-P interviews of an epidemiological sample of children. J Am Acad Child Adolesc Psychiatry 1987; 26:662–667[Medline]
26. Hyler SE, Rieder RO, Williams JBW, Spitzer RL, Hendler J, Lyons M: The Personality Diagnostic Questionnaire: development and preliminary results. J Personal Disord 1988; 2:229–237
27. First MB, Spitzer RL, Gibbon M, Williams JBW: The Structured Clinical Interview for DSM-III-R Personality Disorders (SCID-II), part I: description. J Personal Disord 1995; 9:83–91

THIS ARTICLE
- Abstract FREE
- Full Text (PDF)

- Alert me when this article is cited
- Alert me if a correction is posted
- Citation Map

SERVICES

- Email this article to a Colleague
- Similar articles in this journal
- Similar articles in PubMed
- Alert me to new issues of the journal
- Add to My Articles & Searches
- Download to citation manager

GOOGLE SCHOLAR

- Articles by Johnson, J. G.
- Articles by Brook, J. S.
- Articles citing this Article

PUBMED

- PubMed Citation
- Articles by Johnson, J. G.
- Articles by Brook, J. S.

RELATED COLLECTIONS

- Other Personality Disorders

Get information about faster international access.

Copyright © 2005 American Psychiatric Association. All rights reserved.

Home | Search | Current Issue | Past Issues | Subscribe | All APPI Journals | Help | Contact Us

American Psychiatric Publishing, Inc.
AMERICAN PSYCHIATRIC PUBLISHING, INC.
WWW.APPI.ORG
AMERICAN PSYCHIATRIC ASSOCIATION
WWW.PSYCH.ORG
1000 WILSON BOULEVARD, SUITE 1825, ARLINGTON, VA 22209-3901 • 800-368-5777 • APPI@

AR 338

lawyer who argued *Kelo* before the Supreme Court), notes: "Republicans who are limited government types are typically good on eminent domain, but those who are tied too deeply to big business are bad. With Democrats, those who are keyed into the rights of the oppressed and the effects of power structures are typically good, but Democrats who are into good government and civil planning are bad on the issue."

Another interesting aspect of the debate has been the lopsidedness of the votes in the legislatures. Where eminent domain reform has passed, it has passed overwhelmingly. This is probably because, as poll after poll demonstrates, there is no grassroots support for the expansive view of eminent domain. There are no citizen or corporate groups lined up to defend public seizures of private property. The only people arguing for them are developers and local politicians. Their strategy is to prevent reform from coming to a vote or, failing that, to dilute legislation in committee.

(A political aside: It may be worth noting that two Democratic presidential hopefuls—Vilsack and New Mexico governor Bill Richardson—vetoed eminent domain reform. Those vetoes may come back to haunt them.)

A lot has changed since the *Kelo* decision came down last year. But some things, sadly, have not changed. The town of New London still insists on taking Susette Kelo's land from her—though on June 30 the town agreed to allow Kelo to keep her little pink cottage and move it to another location in town. Ironically, it's a solution Kelo herself proposed years ago, when the government first came calling.

The irony is that, had the town taken her up on it then, there would have been no legal battle or Supreme Court ruling, and developers across America would still be quietly pushing homeowners around with the help of local governments and eminent domain. Those days are coming to an end. But not soon enough. ◆

# Stressed Out Vets

## Believing the worst about post-traumatic stress disorder. BY SALLY SATEL

"DEAR DR. SATEL: You are an ideologically constipated coward." So begins one of several dyspeptic communications I've received recently from Vietnam veterans and others.

What provoked their ire was a remark of mine quoted in the *Washington Post* on June 20. Under the headline "Iraq War May Add Stress for Past Vets; Trauma Disorder Claims at New High," the article suggested that the current war is responsible for a surge in disability compensation among veterans' ranks.

While I do agree that current news coverage may prompt anxiety, sleeplessness, and distressing memories among veterans who have led productive lives since leaving Vietnam, I told the *Post* I was "skeptical" that veterans who had functioned well for three decades would now be permanently incapacitated.

My sentiments are unpopular—you "right-wing, bloviating [expletive deleted] pseudo-psychiatrist," wrote another reader on his blog—but my point is actually an encouraging one. That is, even if veterans are undone by news and footage of fighting in Iraq, few are likely to endure a subsequent lifetime of chronic anguish or dysfunction of the kind that requires long-term disability entitlement.

The technical term for such newly triggered incapacitation is "reactivated post-traumatic stress disorder," or reactivated PTSD. The clinical literature describes veterans of World War I, World War II, and the Korean War who, after briefly showing signs of stress disorders in the immediate aftermath of service, led productive lives for decades before breaking down in their sixties or seventies.

Clinical experience with such patients suggests that they can improve with treatment. The same is true of Vietnam veterans. When a traumatic event in civilian life causes a reemergence of PTSD symptoms, their response to treatment has generally been good. "There is no question that reactivated PTSD has been successfully treated," Matthew Friedman, a physician and the executive director of the National Center for PTSD, told me. "We know this from the patients' trauma and treatment histories."

And then there was the reaction to September 11. Veterans Administration medical centers in the New York area and even across the country had braced themselves for an influx of Vietnam and Persian Gulf veterans with reactivated PTSD. Yet researchers from the Department of Veterans Affairs Connecticut Healthcare System at West Haven, writing in the *American Journal of Psychiatry* in 2003, found no increase in the use of inpatient or outpatient mental health services at VA centers among veterans with a diagnosis of PTSD or any other mental illness in New York City or elsewhere in the United States in the six months after September 11. Another research team at the Bronx VA Medical Center did detect a rise but could not establish that it was actually due to the attack on the World Trade Center.

In yet another analysis, the West Haven team reported in 2003 in *Psychiatric Services* that "VA patients with preexisting PTSD were, unexpectedly, less symptomatic at admis-

*Sally Satel is a psychiatrist and the coauthor, with Christina Hoff Sommers, of* One Nation Under Therapy.



AR 339

sion [to hospital] after September 11 than veterans admitted before September 11, and patients who had follow-up assessments after September 11 showed more improvement."

What about after the Persian Gulf war? No data have been published regarding the pattern of compensation awards to Vietnam veterans in the wake of that conflict. It would be interesting to see the data, but unless they showed quite a large bump in claims, they would be hard to interpret, for a couple of reasons.

For one thing, the VA was increasing its funding of services and outreach to Vietnam veterans from 1988 into the early '90s. In addition, evaluating claimants' motivation years after their original trauma is rarely straightforward.

The VA is facing this very conundrum today. According to a May 2005 report from its inspector general, the department is now paying compensation for post-traumatic stress disorder to nearly twice as many veterans as it did just six years ago, at an annual cost of $4.3 billion. The vast majority of the recipients are Vietnam veterans in their 50s and 60s.

But how to distinguish between applicants who can be helped with short-term psychiatric care, those who are seeking a free ride, and those who truly merit the diagnosis of chronic post-traumatic stress disorder (reactivated or not) and thus should receive long-term care and payments of up to $2,300 a month for life?

Among the latter are applicants who have "never been right," as their spouses often say, since their discharge from the military. They never regained their civilian footing and drifted further and further away from their families and communities. By the time they come to a veterans hospital for treatment, they are seen as having "malignant PTSD," that is, severe symptoms of post-traumatic stress disorder complicated by drug and alcohol abuse and other mental problems like depression. They are notoriously challenging to treat.

Other veterans have significant life problems such as alcohol abuse, erratic employment, and domestic violence. But was traumatic exposure in war the true cause? This is not always obvious, yet many VA mental health workers simply assume that whatever problem a veteran has is a product of his war experience.

Thus, to focus on the Iraq war as the primary reason for disability claims by Vietnam veterans is to miss a more complicated picture. More likely, other dynamics play a significant role in generating new claims of disability.

That picture comes into clearer focus when one asks, "Why now?" Today, the average Vietnam veteran is 60, which means any new compensation awards will coincide with the retirement years. Retirement itself, even for people with no latent store of wartime horrors, often leads to feelings of profound dislocation.

This is not surprising. After all, retirement can signify impending frailty and threats to one's identity, which in our culture is largely defined by occupation. It may also denote a loss of purpose, foreclose an important social outlet, or dissolve comforting daily routines. Physical illness and the loss of a spouse may also hit hard at this phase of life.

The good news, though, is that when individuals encountering these difficulties seek care, clinicians report that they tend to do well and are able to find relief through new kinds of activity and revised perspectives on aging and other existential dilemmas.

Will the same hold true for veterans who suffered psychological trauma in wartime? Clinical experience with World War II and Korea veterans with reactivated symptoms—often brought on by retirement—strongly suggests that those who functioned well for the years between their military service and retirement will improve.

For others—those who led rockier lives and long attributed their drinking or concentration and sleep problems to job-related stress—the clinical challenge is greater, though not necessarily insurmountable. "Now sitting at home with 'the wife,' there's not too much camouflage handy," says Grant Devilly, trauma expert at Swinburne University in Australia, who has worked extensively with Korea and Vietnam veterans in his country.

How do these patients fare with treatment? "Quite well," Devilly tells me. But, he emphasizes, there is a marked difference between his country's mental health care system for veterans and ours. "We provide information on a healthier lifestyle, enhance beliefs and attitudes that the veteran can be an agent of change in his own life, and promote skills in linking and relating to family and others," Devilly explains. "In the States," he says, eschewing political correctness, "therapists tend to see vets as PTSD on legs."

Devilly has a point. It is well established that the prognosis for PTSD patients is highly dependent on "post-event" factors, such as expectation of lasting impairment, marital discord, poor physical health, and financial stress. Clinicians in the United States have come to recognize the vast importance of ameliorating "post-event" factors, but change can be slow.

I have often wondered how many of our veterans are never given a full opportunity to recover. Unfortunately, some veterans' advocates and old-guard clinicians remain too ready to see psychological distress as tantamount to incurable PTSD—hence, the quick reach for the disability claims form.

Another veteran who wrote me was offended. "My hope is that if I need to seek professional help in 'coping' with my past, I will be met with compassion, respect, and an open mind instead of cynicism."

That is my hope, too. I am rarely cynical about patients' capacities for renewal, but I worry that my correspondent might fall into the hands of those too ready to cast him as a psychiatric invalid. ♦