lawyer who argued *Kelo* before the Supreme Court), notes: "Republicans who are limited government types are typically good on eminent domain, but those who are tied too deeply to big business are bad. With Democrats, those who are keyed into the rights of the oppressed and the effects of power structures are typically good, but Democrats who are into good government and civil planning are bad on the issue."

Another interesting aspect of the debate has been the lopsidedness of the votes in the legislatures. Where eminent domain reform has passed, it has passed overwhelmingly. This is probably because, as poll after poll demonstrates, there is no grassroots support for the expansive view of eminent domain. There are no citizen or corporate groups lined up to defend public seizures of private property. The only people arguing for them are developers and local politicians. Their strategy is to prevent reform from coming to a vote or, failing that, to dilute legislation in committee.

(A political aside: It may be worth noting that two Democratic presidential hopefuls—Vilsack and New Mexico governor Bill Richardson—vetoed eminent domain reform. Those vetoes may come back to haunt them.)

A lot has changed since the *Kelo* decision came down last year. But some things, sadly, have not changed. The town of New London still insists on taking Susette Kelo's land from her—though on June 30 the town agreed to allow Kelo to keep her little pink cottage and move it to another location in town. Ironically, it's a solution Kelo herself proposed years ago, when the government first came calling.

The irony is that, had the town taken her up on it then, there would have been no legal battle or Supreme Court ruling, and developers across America would still be quietly pushing homeowners around with the help of local governments and eminent domain. Those days are coming to an end. But not soon enough. ♦

# Stressed Out Vets

## Believing the worst about post-traumatic stress disorder. BY SALLY SATEL

"DEAR DR. SATEL: You are an ideologically constipated coward." So begins one of several dyspeptic communications I've received recently from Vietnam veterans and others.

What provoked their ire was a remark of mine quoted in the *Washington Post* on June 20. Under the headline "Iraq War May Add Stress for Past Vets; Trauma Disorder Claims at New High," the article suggested that the current war is responsible for a surge in disability compensation among veterans' ranks.

While I do agree that current news coverage may prompt anxiety, sleeplessness, and distressing memories among veterans who have led productive lives since leaving Vietnam, I told the *Post* I was "skeptical" that veterans who had functioned well for three decades would now be permanently incapacitated.

My sentiments are unpopular—you "right-wing, bloviating [expletive deleted] pseudo-psychiatrist," wrote another reader on his blog—but my point is actually an encouraging one. That is, even if veterans are undone by news and footage of fighting in Iraq, few are likely to endure a subsequent lifetime of chronic anguish or dysfunction of the kind that requires long-term disability entitlement.

The technical term for such newly triggered incapacitation is "reactivated post-traumatic stress disorder," or reactivated PTSD. The clinical literature describes veterans of World War I, World War II, and the Korean War who, after briefly showing signs of stress disorders in the immediate aftermath of service, led productive lives for decades before breaking down in their sixties or seventies.

Clinical experience with such patients suggests that they can improve with treatment. The same is true of Vietnam veterans. When a traumatic event in civilian life causes a reemergence of PTSD symptoms, their response to treatment has generally been good. "There is no question that reactivated PTSD has been successfully treated," Matthew Friedman, a physician and the executive director of the National Center for PTSD, told me. "We know this from the patients' trauma and treatment histories."

And then there was the reaction to September 11. Veterans Administration medical centers in the New York area and even across the country had braced themselves for an influx of Vietnam and Persian Gulf veterans with reactivated PTSD. Yet researchers from the Department of Veterans Affairs Connecticut Healthcare System at West Haven, writing in the *American Journal of Psychiatry* in 2003, found no increase in the use of inpatient or outpatient mental health services at VA centers among veterans with a diagnosis of PTSD or any other mental illness in New York City or elsewhere in the United States in the six months after September 11. Another research team at the Bronx VA Medical Center did detect a rise but could not establish that it was actually due to the attack on the World Trade Center.

In yet another analysis, the West Haven team reported in 2003 in *Psychiatric Services* that "VA patients with preexisting PTSD were, unexpectedly, less symptomatic at admis-

*Sally Satel is a psychiatrist and the coauthor, with Christina Hoff Sommers, of* One Nation Under Therapy.

AR 341

sion [to hospital] after September 11 than veterans admitted before September 11, and patients who had follow-up assessments after September 11 showed more improvement."

What about after the Persian Gulf war? No data have been published regarding the pattern of compensation awards to Vietnam veterans in the wake of that conflict. It would be interesting to see the data, but unless they showed quite a large bump in claims, they would be hard to interpret, for a couple of reasons.

For one thing, the VA was increasing its funding of services and outreach to Vietnam veterans from 1988 into the early '90s. In addition, evaluating claimants' motivation years after their original trauma is rarely straightforward.

The VA is facing this very conundrum today. According to a May 2005 report from its inspector general, the department is now paying compensation for post-traumatic stress disorder to nearly twice as many veterans as it did just six years ago, at an annual cost of $4.3 billion. The vast majority of the recipients are Vietnam veterans in their 50s and 60s.

But how to distinguish between applicants who can be helped with short-term psychiatric care, those who are seeking a free ride, and those who truly merit the diagnosis of chronic post-traumatic stress disorder (reactivated or not) and thus should receive long-term care and payments of up to $2,300 a month for life?

Among the latter are applicants who have "never been right," as their spouses often say, since their discharge from the military. They never regained their civilian footing and drifted further and further away from their families and communities. By the time they come to a veterans hospital for treatment, they are seen as having "malignant PTSD," that is, severe symptoms of post-traumatic stress disorder complicated by drug and alcohol abuse and other mental problems like depression. They are notoriously challenging to treat.

Other veterans have significant life problems such as alcohol abuse, erratic employment, and domestic violence. But was traumatic exposure in war the true cause? This is not always obvious, yet many VA mental health workers simply assume that whatever problem a veteran has is a product of his war experience.

Thus, to focus on the Iraq war as the primary reason for disability claims by Vietnam veterans is to miss a more complicated picture. More likely, other dynamics play a significant role in generating new claims of disability.

That picture comes into clearer focus when one asks, "Why now?" Today, the average Vietnam veteran is 60, which means any new compensation awards will coincide with the retirement years. Retirement itself, even for people with no latent store of wartime horrors, often leads to feelings of profound dislocation.

This is not surprising. After all, retirement can signify impending frailty and threats to one's identity, which in our culture is largely defined by occupation. It may also denote a loss of purpose, foreclose an important social outlet, or dissolve comforting daily routines. Physical illness and the loss of a spouse may also hit hard at this phase of life.

The good news, though, is that when individuals encountering these difficulties seek care, clinicians report that they tend to do well and are able to find relief through new kinds of activity and revised perspectives on aging and other existential dilemmas.

Will the same hold true for veterans who suffered psychological trauma in wartime? Clinical experience with World War II and Korea veterans with reactivated symptoms—often brought on by retirement—strongly suggests that those who functioned well for the years between their military service and retirement will improve.

For others—those who led rockier lives and long attributed their drinking or concentration and sleep problems to job-related stress—the clinical challenge is greater, though not necessarily insurmountable. "Now sitting at home with the wife, there's not too much camouflage handy," says Grant Devilly, trauma expert at Swinburne University in Australia, who has worked extensively with Korea and Vietnam veterans in his country.

How do these patients fare with treatment? "Quite well," Devilly tells me. But, he emphasizes, there is a marked difference between his country's mental health care system for veterans and ours. "We provide information on a healthier lifestyle, enhance beliefs and attitudes that the veteran can be an agent of change in his own life, and promote skills in linking and relating to family and others," Devilly explains. "In the States," he says, eschewing political correctness, "therapists tend to see vets as PTSD on legs."

Devilly has a point. It is well established that the prognosis for PTSD patients is highly dependent on "post-event" factors, such as expectation of lasting impairment, marital discord, poor physical health, and financial stress. Clinicians in the United States have come to recognize the vast importance of ameliorating "post-event" factors, but change can be slow.

I have often wondered how many of our veterans are never given a full opportunity to recover. Unfortunately, some veterans' advocates and old-guard clinicians remain too ready to see psychological distress as tantamount to incurable PTSD—hence, the quick reach for the disability claims form.

Another veteran who wrote me was offended. "My hope is that if I need to seek professional help in 'coping' with my past, I will be met with compassion, respect, and an open mind instead of cynicism."

That is my hope, too. I am rarely cynical about patients' capacities for renewal, but I worry that my correspondent might fall into the hands of those too ready to cast him as a psychiatric invalid. ♦

# The Liberty Incident

About... Documents The Book Interviews Author

## Gag Orders Debunked

There have been many stories about gag orders imposed upon the crew of the USS *Liberty*, ranging from an admonition to "pipe down" to the claim of Egyptian Ambassador Mahmoud Kassem that the U.S. government prohibited the bereaved families of the *Liberty* crew from conducting funeral services in memory of their lost ones. It is claimed by some conspiracy theory supporters that a total news blackout was imposed and crew members were threatened with court martial and jail time if they ever breathed a word of the episode to anyone--including family members and even fellow crew members. Crew member Larry Weaver was quoted, "If you ever repeat this to anyone else you will be put in prison and forgotten about."

Apparently *Liberty* crew member Seaman Kenneth Ecker didn't get the word. See below copy of the interview he gave on June 11, 1967 aboard the USS *America*, published unclassified on page 4 of the ship's newsletter, *American Spirit*. Neither did crew member Richard Wainwright of Vancouver, Washington, who gave an interview to the newspaper *The Oregonian*, published July 11, 1967 on page 6M.

In spite of claims that crew members were threatened with court martial, prison and disciplinary action if they ever spoke about the incident there is no reported case of anyone being court martialed, sent to prison, or disciplined for speaking publicly or giving press interviews about the incident.

On September 5, 1967 James Kilpatrick published an article in the *National Review*, page 958. The first sentence of the first paragraph is relative to the claim of a gag order:

> During the past month, **press service interviews with survivors of the attack** (emphasis added) have turned up a uniform conviction that the attack was deliberate. Sailors point to the morning-long aerial surveillance; the presence of the flag; the known configuration of the *Liberty*; her name in English on the stern (Egyptian naval ships carry their names in the cursive Arabic script); her slow progression in international waters. All of these factors support the crew's conclusion that the assault was no accident.
>
> Opposed to this argument is the line of reasoning which holds that the Israeli government was heavily dependent upon the goodwill of the United States; that it would have been utterly irrational for the Israeli navy knowingly to have launched an attack on a U.S. ship; and that the only reasonable explanation is

that the incident was a mistake arising from the natural tensions and fallible judgments of a hot war.

The documents below are a collection of messages and public statements issued or made on or after May 30, 1967. This includes the Naval Security Group File on U.S.S. Liberty Annex I which catalogued news media coverage of the *Liberty* incident. **This material further debunks the "total news blackout" myth.** The reader should decide if there was a "total news blackout" as alleged.

Download Gag Orders Debunked
(Adobe Acrobat Format, 1.2 M)

The free Acrobat Reader can be downloaded from the Adobe web site

30 May 67 Message 302008Z from Secretary of Defense emphasizing delicacy of Middle East crisis and directing all comments on U.S. military activity be with full coordination of DoD public affairs.

31 May 67 Message 311259Z from United States Commander in Chief Europe provided public affairs guidance on U.S. military activity in the Middle East.

8 Jun 67 Message 081517Z from Commander in Chief Naval Forces, Europe advising that Assistant Secretary of Defense Vance ordered all news releases about the "*Liberty* affair" to be made at the Washington level.

8 Jun 67 Message 082205Z Jun 67 from USS *America* sending news story about the attack for Detroit news.

8 Jun 67 Message 082207Z Jun 67 from Chief of Naval Information reporting "AP and UPI carried stories about attack on USS *Liberty*".

9 Jun 67 Message 090547Z from Commander Sixth Fleet authorizing interviews with "*Liberty* evacuees."

9 Jun 67 Message 090704Z from Commander Sixth Fleet - no limitation on external moving pictures and TV coverage of *Liberty*.

11 Jun 67 Message 111607Z from Chief of Naval Information advising *New*

*York Times* carried article giving survivors' accounts of attack.

11 Jun 67 Message 112005Z from USS *America* advising of interview of *Liberty* crew member (Kenneth Ecker).

11 Jun 67 USS *America* newsletter *American Spirit* on page 4 carried interview with *Liberty* crew member, Kenneth Ecker.

11 July 67 *The Oregonian* page 6M carried interview with *Liberty* crew member Richard Wainwright.

12 Jun 67 SECRET Message 120905Z from Commander in Chief Naval Forces Europe. The final portion of message was unclassified and answered press questions that commanding officer and crew would not be available for interview until after the Court of Inquiry completes its work.

29 Jun 67 Message 291156Z from Chief of Naval Operations authorized *Liberty* crew members to give interviews.

30 Jun 67 Message 301401Z from Commander in Chief Naval Forces Europe authorizing commanding officer and crew of *Liberty* to give press interviews.

30 Jun 67 Message 301853Z from Naval support facility Naples advised that Irving R. Levine of NBC News conducted a one hour interview of Rear Admiral Isaac C. Kidd, the president of the *Liberty* Court of Inquiry.

See also the "*Davis* Familygram 4-67" dated 29 Jun 67 sent from the destroyer *Davis* to the families of the *Davis* crew.

Contact information - Privacy statement - Disclaimer
©2002-7 A. Jay Cristol




AT SEA

June 29, 1967

DAVIS FAMILYGRAM 4-67

As you can easily guess from watching TV newscasts, listening to the radio and reading newspapers, the past few weeks have been extremely busy for those of us assigned to the U.S. Six Fleet.

Our Atlantic transit, beginning in Newport on 2 May and ending at Gibraltar 10 May, was busy but relatively routine. We had a full scheduled of exercises, refuelings and individual training drills. All of this training has stood us in good stead, as the tempo of operations picked up noticeably after our departure from Gibraltar. We had a sort but enjoyable stop in Gibraltar, not realizing at the time that it was to be our only port for over a month!

We operated as a unit of the Sixth Fleet, increasing our readiness as the Middle East crisis increased in intensity. We continued to enhance our overall capability by participating in exercises involving antisubmarine warfare, anti-air warfare, seamanship, navigation, engineering, damage control, communications and all the myraid of complex skills that it takes to form a smoothly operating, effective man-of-war.

Late on the afternoon of June 8, while steaming with our task force, word was received that USS LIBERTY (AGTR 5) had been strafed and torpedoes off the coast of Egypt. These accidental attacks had been conducted by Israeli forces, and had left LIBERTY with over 30 dead, approximately 75 wounded and listing heavily to starboard. Captain H.O. Leahy, Commander Destroyer Squadron TWELVE, embarked in DAVIS, was directed to proceed to the scene with DAVIS and USS MASSEY (DD 778) to render assistance.

DAVIS and MASSEY rendezvoused with LIBERTY at 6:00 A.M. June 9, following a run of twelve hours in excess of 30 knots. Both ships immediately put their motor whaleboats in the water with medical and damage control personnel. After

they had boarded LIBERTY, DAVIS went directly alongside. About 100 of our crew went aboard to render all assistance possible. We helped to remove the dead and wounded to helicopters, restored electrical power, started to shore-up bulkheads in the vicinity of the torpedo hole, gave the survivors hot food and coffee and assisted in many other ways. When we cleared her side three hours later, we left four officers and sixteen men aboard to help bring the stricken ship into port.

LCDR. Willliam PETTYJOHN, Chief Staff Officer for COMDESRON TWELVE, stayed aboard LIBERTY as acting Executive Officer. Lt. John UTZ, Squadron Medical Officer, also remained aboard. Lt Paul Tobin and ENS Dave BREUER remained to supervise emergency damage control and repair efforts. Also assisting to bring LIBERTY into port were: EMCS Robert P. DICKEY, BTCS William F. MASON, PN1 John P. CONROY, EMC Linton J. COATNEY, DC1 Raymond T. RICHARDS, HM1 Anker I. MATHISEN HM2 John W. LIBBY, SM3 David CARMICHAEL, SN Daniel O'NEIL, SN Alton GRIFFIN, SN William MURRAY, SN Robert FEIT, SA Thomas DUNN, EM1 Max BAKER, EM3 Stanley ZAMBER, EMFN Larry BROYLES and EM3 Raeburn POST.

During the five day transit to MALTA these men from DAVIS remained aboard LIBERTY, either filling in for her dead and injured or performing highly complex damage control and engineering repair functions to keep LIBERTY afloat and moving toward her destination. The fleet tug PAPAGO accompained us, available for towing assistance is required. In my own opinion, it was the magnificent efforts of the DAVIS crew that allowed LIBERTY to reach port without further damage. Also deeply involved in assisting LIBERTY were our radio gang, since she had lost almost all communications capability. We acted as LIBERTY's ears and voice until our departure from MALTA June 19. Much credit goes to Lt Glenn SMIT, LTJG John FARRELL, RM1 Guilford PERRY, RM2 Kenneth INGRAM, RM3 Richard TANGUAY, just to name a few.

I was very proud of the entire crew during this tragic period and have written letters of Commendations for the Officers and men who were most directly involved.

We escorted LIBERTY into MALTA at daylight June 14 and remained their until the 19th. We had an enjoyable five day visit, although it was necessary to spend a great deal of time and effort in shipboard maintenance after 30 days of grueling operations. As usual, conduct ashore by the entire crew was exemplary. The weather was excellent throughout the visit and we were all able to relax a bit ashore.

Hopefully, the Middle-East will stay cooled off, our future schedule will not be as intensive and we will get to visit some of the more interesting and colorful ports of the Mediterranean.

Of more immediate interest to many of you, the schedule ASW modernization of DAVIS has been delayed. We were scheduled to be decommissioned on November 1 for this modernization. At this stage, I have no information on the length of delay nor on future employment of the ship, after our scheduled return to Newport about 22 September. I imagine that the delay will be for several months, but we will inform everyone as soon as more is known.

Our mail has been coming through frequently, but don't stop now! Mail is the single, most important morale factor when we are deployed - so remember, WRITE to your loved one in DAVIS.

Sincerely,

ROBERT P. HILTON

IMMEDIATE

302008Z MAY 67

FROM: SECDEF

TO: USCINCEUR

INFO: CINCUSNAVEUR
CINCSTRIKE
COMSIXTHFLT
CTF SIX ZERO
COMFAIRMED
NAVSUPPACT NAPLES
ALUSNA ATHENS
BASE OPS ATHENS
ALUSNA ATHENS
CNO
STATE DEPT/ZEN
CINCAL
CINCLANT
CINCNORAD
CINCPAC
CINCSOUTH
CINCSAG

UNCLAS EFTO DEF 6610 from ASD(PA) sgd Goulding.

EUCOM for PAO.

REFERENCE: (a) DEF 6567 (U) dtg 292134Z May 67.

In view present delicate juncture Middle East crisis we wish to reemphasize importance of not repeat not commenting on any aspect of crisis without full coordination with DoD Public Affairs. This most definitely includes comment on US military activity, ships and shipments of any nature (destined for Arab nations and Israel) related to the crisis.

O 311259Z MAY 67
FM USCINCEUR
TO CINCUSNAVEUR
INFO SECDEF
JCS
COMSIXTHFLT
BT
UNCLAS E F T O ECAP 08617 FOR PAO:
SUBJ. PUBLIC AFFAIRS GUIDANCE ON US MILITARY ACTIVITY RELATED TO MIDDLE EAST CRISIS.
REFS: A. DEF 6567 DTG 292134Z MAY 67 FROM ASD(PA) SIGNED GOULDING.
B. DEF 6610 DTG 302008Z MAY 67 FROM ASD(PA) SIGNED GOULDING.
C. UNCLAS ECAP 08317 DTG 251020Z MAY 67.
ALL THOSE WHO ARE LIKELY TO BE IN CONTACT WITH OR BE CONTACTED BY NEWSMEN IN CONNECTION WITH EVENTS IN THE MIDDLE EAST.
2. ADDITIONALLY, THE FOLLOWING STANDING GUIDANCE SHOULD BE REEMPHASIZE TO ALL CONCERNED:
A. SECURITY WILL BE MAINTAINED AT THE SOURCE.
B. NO REPEAT, NO CORRESPONDENT WILL BE GIVEN ACCESS TO CLASSIFIED INFORMATION WHETHER OR NOT HE INTENDS TO SUBMIT HIS MATERIAL FOR SECURITY REVIEW.
C. DISCUSSIONS SHOULD BE LIMITED TO MILITARY CAPABILITIES AS DISTINGUISHED FROM MILITARY INTENTIONS. THERE WILL BE NO DISCUSSION OF OR SPECULATION ABOUT MILITARY INTENTIONS--OUR OWN INTENTIONS OR THE INTENTIONS OF OTHERS.
D. FOREIGN POLICY IS A RESPONSIBILITY OF THE PRESIDENT AND SECRETARY OF STATE. THE MILITARY IS AN INSTRUMENT OF FOREIGN POLICY AND NOT A MAKER OF FOREIGN POLICY. ALL MILITARY PERSONNEL WILL REFRAIN FROM COMMENTING ON OR SPECULATING ABOUT FOREIGN POLICY MATTERS, EXCEPT TO ACCURATELY REFLECT WHAT THE PRESIDENT OR SECRETARY OF STATE HAVE ENUNCIATED.
BT

Z 081517Z JUN 67
FM CINCUSNAVEUR
TO COMSIXTHFLT
INFO CINCEUR
USS AMERICA
USS SARATOGA
BT
CONFIDENTIAL
1. WE HAVE BEEN INFORMED BY TELEPHONE AT 081500Z THAT SECDEF VANCE STATES THAT ALL NEWS RELEASES ON LIBERTY AFFAIR WILL BE MADE REPEAT WILL BE MADE AT WASHINGTON LEVEL. NO RELEASES TO BE MADE ON SHIPS.
GP-4
BT

P R 082205Z JUN 67
FM USS AMERICA
TO OASD PA
INFO COMSIXTHFLT
BT
CONFIDENTIAL
FLEET PAO SENDS
1. FOLLOWING NEWS COPY FORWARDED FOR YOUR ACTION.
2. QUOTE DPR COLLECT TO DETROIT NEWS, DETROIT, MICH TELEX 023-3344
ABOARD THE CARRIER AMERICA. (JUNE 8) THE TORPEDOING AND MACH-
INE-GUNNING OF A NAVY RADIO MONITORING SHIP OFF THE SINAI PENINSULA
TODAY CAUSED AN ATTACK SORTEE TO BE LAUNCHED FROM THE CARRIER
AMER-
ICA, FLAGSHIP OF THE U.S. TASK FORCE SIXTY PARA
THE AIR STRIKING FORCE INCLUDING SUPERSONIC PHANTOM JETS, CARRYING
AIR-TO-AIR MISSILES AND A-4 SKYHAWKS ARMED WITH LARGE BOMBS. PARA
WORD OF THE ATTACK CAME BY RADIO FROM THE STRICKEN SHIP, THE
LIBERTY,
WHICH REPORTED IT WAS IN TROUBLE AND THAT THE GOING WAS HOT. PARA
THE AMERICA, WHICH HAD JUST RESUMED AIR TRAINING MANEUVERS AFTER
THREE-DAY HULL [lull], IMMEDIATELY CALLED BACK ITS UNARMED PLANES ALOFT
AND
SENT OUT THE ARMED SORTEE. PARA
THE STRIKE PLANES WERE GONE HARDLY MORE THAN A HALF HOUR WHEN
THEY
WERE CALLED BACK. IT WAS LATER LEARNED THAT THE LIBERTY HAD BEEN
BADLY HIT IN A MISTAKE BY ATTACKING ISRAELI AIRPLANES AND TORPEDO
BOATS. PARA
THE LIBERTY WAS REPORTED TO HAVE GONE ON STATION ONLY THIS MORNING
ABOUT 15 MILES OFF THE COAST OF THE SINAI PENINSULA TO MONITOR RADIO
REPORTS COMING OUT OF THE ISRAEL EGYPTIAN WAR AREA AND TO RELAY
INFORMATION PERTAINING TO THE EVACUATION OF AMERICAN CITIZENS.
PARA UNQUOTE
BT

P R 082207Z JUN 67
FM CHINFO
TO CINCUSNAVEUR
COMSIXTHFLT
COMMIDEASTFOR
CINCLANTFLT
CTG SIX ZERO PT ONE
CTF SIX ONE
CTF SIX THREE
CTG SIX ZERO PT TWO
CTF SIX TWO
INFO CINCPACFLT
COMSEVENTHFLT
BT
UNCLAS
SIXTH FLEET HEADLINE REPORT 8 JUNE 1967

1. AP AND UPI CARRIED STORIES ABOUT ATTACK ON USS LIBERTY (AGTR-5) BY ISRAELI FORCES. INCIDENT TOOK PLACE ABOUT 0900 THIS MORNING, APPROXIMATELY FIFTEEN MILES NORTH OF THE SINAI PENINSULA IN INTER-NATIONAL WATERS IN THE MEDITERRANEAN SEA. LIBERTY DEPARTED ROTA, SPAIN, 2 JUNE 1967, AND ARRIVED AT HER POSITION THIS MORNING TO ASSUME COMMUNICATIONS BETWEEN U.S. GOVERNMENT POSTS IN THE MIDDLE EAST AND TO ASSIST IN RELAYING INFORMATION CONCERNING THE EVACUATION OF AMERICAN DEPENDENTS AND OTHER AMERICAN CITIZENS FROM THE COUNTRIES IN THE MIDDLE EAST. U.S. GOVERNMENT HAS BEEN INFORMED BY THE ISRAELI GOVERNMENT THAT THE ATTACK WAS MADE IN ERROR
BY
ISRAELI FORCES AND AN APOLOGY HAS BEEN RECEIVED FROM TEL AVIV. INITIAL REPORTS OF CASUALTIES ARE FOUR DEAD AND 5? WOUNDED. LIBERTY IS STEAMING NORTH FROM THE AREA TO MEET U.S. FORCES MOVING TO HER AID. SHE IS REPORTED IN NO DANGER OF SINKING.
2. AP STORY DATELINED AMERICA IN BALTIMORE SUN TODAY SAYS THAT THE SOVIETS HAVE ADDED ANOTHER DESTROYER TO SHADOW SIXTH FLEET ...
3. ALL MEDIA CONTINUED GIVING HEAVY COVERAGE TO ISRAELI SUCCESS ...
BT

IMMEDIATE

DTG 090704Z JUN 67

FROM: COMSIXTHFLT

TO: CINCUSNAVEUR

INFO:

CONFIDENTIAL

MEDIA COVERAGE OF LIBERTY

A. WIRENOTE YOUR CAPT BERGNER TO
MY CAPT KASTEN
B. COMSIXTHFLT 090546Z JUN 67
C. USCINCEUR 081650Z JUN 67

1. NO LIMITATIONS PLACED ON AMERICA REGARDING EXTERNAL MOPIX AND TV COVERAGE LIBERTY FROM AMERICA. REFS B AND C REFER.

GP-4

IMMEDIATE

DTG 090546Z JUN 67

FROM: COMSIXTHFLT

TO: CTF 60

INFO: CINCUSNAVEUR, USCINCEUR, CHINFO, CTG 60.5

CONFIDENTIAL

MEDIA COVERAGE OF LIBERTY

A. CTF 60 082120Z

B. OPNAV INST 05727.1B OF 1 JUN 66

C. USCINCEUR 081650Z

1. UNODIR BY CINCUSNAVEUR OR HIGHER AUTHORITY INTERVIEWS WITH LIBERTY EVACUEES MAY BE PERMITTED UNDER FOLLOWING CONDITIONS:

A. EVACUEE AGREES TO INTERVIEW

B. MEDICAL AUTHORITY APPROVES

C. EVACUEE SIGNS STATEMENT THAT HE HAS READ, UNDERSTOOD AND WILL COMPLY WITH PROVISIONS OF REFS B & C.

D. USS LIBERTY MAY NOT BE BOARDED BY MEDIA REPS BUT EXTERNAL PHOTOGRAPHS OF SHIP MAY BE TAKEN WITHOUT RESTRICTIONS.

P R 111607Z JUN 67
FM CHINFO
TO CINCUSNAVEUR
COMSIXTHFLT
COMMIDEASTFOR
CINCLANTFLT
CTG SIX ZERO PT ONE
CTG SIX ZERO PT TWO
CTF SIX ONE
CTF SIX TWO
CTF SIX THREE
INFO CINCPACFLT
COMSEVENTHFLT
BT
UNCLAS
SIXTH FLEET HEADLINE REPORT 11 JUNE 1967
1. ALL MEDIA TODAY CARRY EXTENSIVE COVERAGE OF END...
2. ALL MEDIA CARRYING REPORT THAT ISRAEL SAYS...
3. ALL MEDIA ARE CONTINUING COVERAGE OF NASSAR'S...
4. AN AP ARTICLE DATELINED CAIRO...
5. NEW YORK TIMES CARRIED THE FOLLOWING ARTICLE, DATELINED USS AMERICA, GIVING SURVIVORS ACCOUNTS OF ATTACK ON USS LIBERTY. ONE SURVIVOR IS QUOTED AS SAYING, "WE DIDN'T EVEN HAVE A CHANCE TO LOAD THE GUNS BECAUSE THE ROCKETS HIT US SO FAST". THE ARTICLE ALSO GAVE COVERAGE OF VADM MARTIN'S NEWS CONFERENCE CONCERNING MISSION OF USS LIBERTY AND OTHER UNITS OF THE SIXTH FLEET.
6. AP AND UPI CARRY REPORTS THAT ISRAEL HAS OFFERED TO PAY COMPENSATION FOR LOSS OF AMERICAN LIVES AND FOR DAMAGE DONE TO USS LIBERTY.
7. ELECTRONIC MEDIA REPORTED LAST NIGHT AND THIS MORNING THAT U.N....
BT

P R 112005Z JUN 67
FM USS AMERICA
TO CHINFO
INFO CTF SIX ZERO
COMSIXTHFLT
BT
CONFIDENTIAL
PUBLIC AFFAIRS INTERVIEW OF LIBERTY CREWMAN
A. OPNAV INST. 05727.18
B. USCINCEUR 081650Z JUNE 1967
C. CHINFOINST 5720.25

1. ON 11 JUNE 1967 NEWS MEDIA REPRESENTATIVES EMBARKED ABOARD AMERICA WERE PERMITTED TO INTERVIEW CTSN KENNETH ECKER B513648/USN A CREW-MAN OF USS LIBERTY RECOVERING ABOARD AMERICA FROM WOUNDS RECEIVED IN THE RECENT ISRAELI ATTACK AND CDR. J.J. GORDON MC USN AMERICA MEDICAL OFFICER. THE INTERVIEW WAS REQUESTED BY NEWS MEDIA REPRESENTA-TIVES. PRESENT AT THE INTERVIEW WERE: ROBERT GORALSKI OF NBC, HARRY STATHOS OF UPI REPORTING UNDER THE PSEUDONYM OF JAMES STAFFORD FOR CBS RADIO, HELMUT SORGE OF DER SPIEGEL, GENE SHERMAN OF COPLEY NEWS SERVICE, D.C. TRENARY OF MILWAUKEE JOURNAL, BOB HORTON OF AP AND WILLIAM GILL OF ABC. THE INTERVIEW WAS NOT FILMED BY TV MEDIA REP-RESENTATIVES BUT WAS RECORDED IN PART BY CBS RADIO. PUBLIC AFFAIRS OFFICER AMERICA HAS A TAPED RECORDING OF THE INTERVIEW WHICH WILL BE FORWARDED UPON REQUEST.

2. SEAMAN ECKER WAS BRIEFED IAW REF A AND B. CLEARED BY THE MEDICAL OFFICER WHO SIGNED A STATEMENT AGREEING TO THE INTERVIEW. AMERICA PUBLIC AFFAIRS OFFICER MONITORED THE INTERVIEW. ECKER WAS INTRODUCED AS A RADIOMAN ABOARD LIBERTY.

3. WHILE NOT REQUIRED THIS REPORT SUBMITTED IAW REF (C) P3-73 OF THE SENSITIVE NATURE OF THE LIBERTY INCIDENT.

4. THE INTERVIEW DEALT WHICH [WITH] ECKER'S EXPERIENCES DURING THE ISRAEL ATTACK. HE WAS ASKED TO RECOUNT IN DETAIL HIS OWN ACTIONS DURING THE ATTACK. MUCH ATTENTION HAD BEEN FOCUSED ON HIM BECAUSE OF HIS BATTLE HELMET, WHICH HE RETAINS. THE HELMET HAS BEEN CREDITED WITH SAVING HIS LIFE. IT HAS SEVERAL SHRAPNELL HOLES AND A PART OF ONE ROUND REMAINING LODGED IN THE HELMET AT A POSITION NEAR THE TEMPLE

5. NO UNEXPECTED PROBLEM AREAS WERE ENCOUNTERED IN THE INTERVIEW. AT ONE POINT, WHEN ASKED OF THE GENERAL FEELING AMONG LIBERTY CREWMEN AS THEY SPENT THE NIGHT IN DISTRESS, ECKER ANSWERED RATHER PASSIONATELY QUOTE WE WANTED TO GET THEM SONS OF BITCHES WHOEVER ATTACKED US UNQUOTE. WHEN PRESSED FOR THE FEELING AFTER IT BECAME KNOWN THAT THE ATTACKERS WERE ISRAELIS, ECKER REPLIED AFTER QUOTE WE STILL WANTED TO GET THEM. WE DIDN'T CARE WHETHER THEY WERE FRIENDS OR ENEMIES. THEY HIT OUR SHIP AND WE WANTED TO MAKE THEM PAY UNQUOTE.

GP-4
BT

## *'I Am Just Glad To Be Alive'*

# Wounded LIBERTY Crewman Ecker Tells Of Attack

One of 75 wounded crewmen of the stricken U.S. Navy communications ship, USS LIBERTY (AGTR-5), Seaman Kenneth Ecker, 18, answered questions of newsmen of the national press during an interview aboard USS AMERICA (CVA-66) on June 11. The interview covered Seaman Ecker's actions and observations during the mistaken attack upon the LIBERTY by Israeli forces on June 8 which cost the lives of 34 men.

Seaman Ecker, fatigued but alert, responded with sullen reflection as he described the events of the attack he had experienced. Ecker, of Wateska, Ill., reported aboard the LIBERTY in March 1967. He is striking for radarman.

The LIBERTY sailor told newsmen he was on the s[illegible]'s fantail when the a[illegible]ck began. "I looked up and a plane was coming right over the bow with his guns blazing," he recalled.

"I headed for my general quarters station...I got my helment, my life jacket and put down a hatch and got ready to follow instructions from the damage control officer."

Ecker, assigned as stretcher bearer during general quarters, was soon called to the bridge, an area of the ship under heavy aircraft attack. Upon reaching the bridge, he found that a lieutenant was crippled by a leg wound and was unable to move.

"He was in the passageway and wanted to be moved to a stateroom so he could get out of the way of fire parties. Me and [illegible] her fellow picked him up and put him in a rack and just as I was going to leave the stateroom I got hit in the back of the head," Ecker said.



Photo By PH3 Gordon

*Seaman Ecker sits, life-saving helmet in lap, as he describes the attack upon his ship.*

Ecker was struck by shrapnel in the head and neck. During his interview aboard AMERICA, he sat cross-legged, exhibiting in his lap the helment he had worn during the attack. The helment was pierced and dented in several places, testifying to the force of the metal that pelleted Ecker. Abrasions and scratches trailed down his neck, but the fiercest blow was blunted by the steel helment and produced a large wound on the back of his head.

Asked by newsmen if the helment had been the factor that saved his life, Ecker emphatically said, "Yes."

After receiving his wounds, Ecker explained, he walked to the LIBERTY's sickbay for treatment. There were 10 men in the sickbay when he arrived and some were in "fairly serious condition."

"It was pretty calm," he reflected upon the sickbay's activities during the attack. "No one panicked on the whole ship from what I saw and from what I heard from the other men. Everyone did their job like they were supposed to. That is what saved the ship."

After a torpedo struck the ship, LIBERTY's crew prepared to abandon ship. Coming above decks to report to his abandon ship station, Ecker observed three torpedo boats steaming approximately 100 yards off the LIBERTY's stern. He could not recognize the nationality of the craft.

"They were too far off. They were real small and you couldn't make out any marks on them or anything," he said.

Ecker learned several hours later, after returning to sickbay, that the torpedo boats and aircraft were Israeli. The fact was received in the LIBERTY's radioroom over a British Broadcasting Company program.

"That night, before we were evacuated, many of the men who hadn't been wounded came around giving us shots," Ecker said. "We only had two corpsmen and one of them had been shot; but he was aiding the wounded and several of the unwounded were coming around making us more comfortable and giving us the shots. One of the best shots I've had so far was by one of the men back on the ship. He was not a corpsman."

On June 9, the charred and listing communications ship, with a twisted and shattered superstructure, was along side AMERICA. Ecker and his wounded shipmates were transferred aboard AMERICA to be treated. The radarman and his helment were brought aboard the carrier in one of AMERICA's helicopters.

At the interview, a newsman asked, "What are you going to do with your helment with the holes in it?"

"I am going to keep it," replied Ecker, fondly gripping the helment. "Nobody is getting that."

Aftereffects? Ecker admitted to the press that he still had a slight headache but "other than that I am just glad to be alive."



O 120950Z JUN 67
FM CINCUSNAVEUR
TO COMSERVLANT
COMSIXTHFLT
COMFAIRMED
COMSERVFORSIXTHFLT
DIRNAVSECGRUEUR
USS LIBERTY
AMEMB MALTA
COMNAVSTA ROTA
INFO USCINCEUR
CINCLANTFLT
CTG SIX ZERO PT FIVE
CTF SIX ZERO
CNO
DIRNAVSECGRU
DIRNSA
HQ NSAEUR
NAVCOMMSTA (CAMS) MOROCCO
JCS
SECDEF
BT
SECRET FINAL SECTION OF TWO
SECDEF FOR OSD (PA))
CO NAV STA ROTA NOT AN ADDEE. DELIVER TO RADM RENKIN AS HE PASSES THROUGH ROTA.O

ADDRESSEES WHO REQUIRE IT. COMSIXTHFLT 101345Z IS QUOTED IN PART AS FOLLOWS: QUOTE I WAS ASKED SPECIFICALLY BY THE PRESS, QUOTE IS THE LIBERTY A SPY SHIP? WAS SHE IN THOSE WATERS COLLECTING INTELLIGENCE? UNQUOTE. I REPLIED, QUOTE EMPHATICALLY NO. LIBERTY WAS UNDER MY OPERATIONAL CONTROL, OPERATING IN INTERNATIONAL WATERS OF THE EASTERN MED TO ENSURE RELIABLE COMMUNICATIONS RELAY FROM THREATENED U.S. POSTS IN THE MIDDLE EAST FROM WHICH MASS EVACUATION OF U.S. NATIONALS MIGHT BECOME URGENT. UNQUOTE. I EXPLAINED ALSO THAT LIBERTY WAS WERE SHE WAS BECAUSE THAT WAS JUST THE BEST POSSIBLE POSITION TO CARRY OUT THIS FUNCTION BECAUSE QUOTE AFTER AN EMBASSY OR CONSULATE IS ATTACKED THEIR ONLY MEANS OF REQUESTING EVACUATION WOULD BE VERY LOW POWERED RADIO SETS. MANY SUCH SMALL TRANSMITTERS HAVE ONLY LINE OF SIGHT CAPABILITY. UNQUOTE. I SAID LIBERTY POSSESSED EXCELLENT COMMUNICATIONS CAPABILITY AND PROVED IT BY BEING ABLE TO RIG A VOICE TRANSMITTER TO CALL FOR HELP AFTER THE ATTACK HAD WIPED OUT ALL HER ANTENNEAS. AS TO LIBERTY'S CAPABILITIES OUTSIDE OF BEING VERY CAPABLE RADIO GUARD FOR EVACUATION OPERATIONS, I TOLD THEM THE SHIP WORKS ON A NUMBER OF PROJECTS, SUCH AS MAGNETIC WAVE PROGATIONS WHICH ARE OF A RESEARCH AND DEVELOPMENT NATURE ABOUT WHICH I HAD NO INFORMATION IN GENERAL QUESTIONING, I ACKNOWLEDGE THAT I HAD ORDERED AIRCRAFT AIGEORINE [airborne] QUOTE TO PRO-
TECT AND ONLY TO PROTECT USS LIBERTY AS SOON AS I WAS CONVINCED THAT A U.S. SHIP WAS REALLY UNDER ATTACK, AND CALLED BACK THE AIRCRAFT WHEN I BECAME AWARE THAT THEY WERE NOT REQUIRED. UNQUOTE. THE PRESS WAS ALSO INFORMED THAT SENIOR COMMANDERS HAD BEEN KEPT FULLY INFORMED OF MY ACTIONS AND RECEIVED COPIES OF ALL MY MESSAGES. UNQUOTE.

3. (U) PRESS RELEASE OR ANSWER TO INQUIRIES ON COURT OF INQUIRY:
A. ADMIRAL JOHN S. MCCAIN, JR., COMMANDER IN CHIEF, U.S. NAVAL FORCES, EUROPE HAS CONVENED A COURT OF INQUIRY TO LOOK INTO CIRCUMSTANCES SURROUNDING THE ATTACK ON USS LIBERTY IN THE EASTERN MEDITERRANEAN JUNE 8. ...
B. ANSWERS TO ADDITIONAL INQUIRIES:
(1) WILL COURT SESSIONS BE OPEN TO PUBLIC? NO.
(2) WHY NOT? USS LIBERTY WAS OPERATING IN THE EASTERN MED-ITERRANEAN IN SUPPORT OF COMMUNICATION REQUIREMENTS. AS SUCH, SHE WAS PART OF THE OVERALL UNITED STATES COMMAND AND CONTROL SYSTEM, WHICH CANNOT BE DISCUSSED IN ANY DETAIL ON AN UNCLASS-IFIED BASIS. SO MUCH EVEN OF PURELY ROUTINE NATURE WHICH THE COURT WILL HAVE TO GO INTO WILL BE CLASSIFIED THAT IT WOULD BE IMPRACT-ICABLE TO ATTEMPT TO HOLD AN OPEN HEARING.
(3) WILL THE COURT'S FINDINGS BE MADE PUBLIC? AFTER NORMAL REVIEW BY THE CONVENING AUTHORITY AND HIS NAVAL SUPERIORS, IT IS LIKELY THAT ANY UNCLASSIFIED FINDINGS WILL BE RELEASED.
(4) WILL THE CONVENING ORDER BE MADE PUBLIC? IT IS RELEASABLE.
(5) IS THE COMMANDING OFFICER GOING TO BE AVAILABLE FOR INTERVIEW AT MALTA? ARE OTHER MEMBERS OF THE CREW? NOT AT THIS TIME.
(6) WHY NOT? ALL MEMBERS OF THE CREW ARE POTENTIAL WITNESSES BEFORE THE COURT. IT IS THE DESIRE OF THE CONVENING AUTHORITY AND THE PRESIDENT OF THE COURT THAT THEIR RECOLLECTIONS REMAIN AS FRESH AS POSSIBLE AND NOT BE INFLUENCED IN ANY WAY BY QUESTIONS PUT TO THEM OUTSIDE THE COURT OR BY ANSWERS OF OTHER MEN BEING INTERVIEWED.
(7) CAN THEY BE INTERVIEWED ON UNCLASSIFIED MATTERS, AFTER THE COURT HAS COMPLETED ITS WORK? YES, IF THEY WISH TO BE.
(8) WHAT ARE THE ASSIGNMENTS OF THE COURT MEMBERS? CAPTAIN ATKINSON IS THE SURFACE OPERATIONS OFFICER, AND LCDR FEINGERSCH IS A COMMUNICATIONS OFFICER ON THE STAFF OF CINCUSNAVEUR.
GP-1
BT

P 291156Z JUN 67
FM CNO
TO CINCUSNAVEUR
COMSIXTHFLT
NSA NAPLES
CINCLANTFLT
COMSERVLANT
USS LIBERTY
COMFIVE
BT
UNCLAS E F T O
PUBLIC AFFAIRS GUIDANCE OF USS LIBERTY

1. PRESS RELEASES CONSISTING OF A NARRATIVE ACCOUNT OF THE COURT OF INQUIRY AND STATEMENT BY C.O., USS LIBERTY, WAS RELEASED TO THE PRESS BY OASD(PA) 28 JUNE.

2. IF MEMBERS OF CREW NOW DESIRE TO GIVE INTERVIEWS AND RESPOND TO PRESS QUERIES ABOUT THE ATTACK ITSELF THEY ARE AUTHORIZED TO DO SO BY OASD(PA). OTHER SUBSTANTIVE QUERIES ABOUT ATTACK WILL BE HANDLED BY OASD(PA). NARRATIVE AND TESTIMONY REFERRED TO ABOVE ARE ONLY PORTIONS OF COURT OF INQUIRY THAT HAVE BEEN DECLASSIFIED.

NORMAL SECURITY PROCEDURES ARE OTHERWISE APPLICABLE.

3. FOR NSA NAPLES. REQUEST OAO ADVISE RADM KIDD AT CINCSOUTH.

BT

O 301401Z JUN 67
FM CINCUSNAVEUR
TO USS LIBERTY
INFO USCINCEUR
COMSIXTHFLT
NAVSUPPACT NAPLES
SECDEF
SECSTATE
AMEMB MALTA
CHINFO
CINCLANT
CINCLANTFLT
COMSERVLANT
COMSERVRON EIGHT
USDOCOSOUTH
COMFAIRMED
BT
UNCLAS E F T O
SECDEF FOR OASD(PA). USDOCOSOUTH FOR REAR ADMIRAL KIDD.
USS LIBERTY PRESS QUERIES/INTERVIEWS
A. USS LIBERTY 291005Z JUN 1967 PASEP
B. SECDEF 9078 DTG 282051Z JUN 1967 NOTAL

1. COMMANDING OFFICER AND ANY MEMBER OF LIBERTY CREW WHO SO DESIRES ARE AUTHORIZED TO RESPOND TO QUERIES AND GIVE INTERVIEWS AT MALTA AT TIME CONVENIENT TO COMMANDING OFFICER. NARRATIVE AND TESTIMONY REFERED TO IN REF B ARE ONLY PORTIONS OF COURT OF INQUIRY THAT HAVE BEEN DECLASSIFIED. NORMAL SECURITY PROCEDURES ARE OTHERWISE APPLICABLE. CREW MEMBERS ARE LIMITED TO RESPONSES SET FORTH IN PRESS RELEASE DISCUSSED REF B. ANY SUBSTANTIVE QUERIES CONCERNING ATTACK OR ANY OTHER PHASE OF LIBERTY INCIDENT MUST BE REFERRED TO OASD(PA) FOR RESOLUTION, AS DIRECTED PARA TWO REF B.

2. COPIES OF AFOREMENTIONED PRESS RELEASE ARE BEING HAND DELIVERED THIS DATE TO COMMANDING OFFICER, USS LIBERTY, AND TO AMEMB MALTA.

3. IRVING R. LEVINE, NBC ROME, HAS REQUESTED INTERVIEW WITH LIBERTY COMMANDING OFFICER AND REAR ADMIRAL KIDD. INTERVIEW WITH REAR ADMIRAL KIDD PLANNED PM 30 JUNE. A COPY OF PRESS RELEASE WILL BE GIVEN TO LEVINE TODAY IN ORDER TO DETERMINE IF HE WILL STILL BE INTERESTED IN INTERVIEW WITH LIBERTY COMMANDING OFFICER AFTER SEEING THE DETAILED ACCOUNT OF ATTACK ON LIBERTY WHICH HAS ALREADY BEEN MADE AVAILABLE TO THE PRESS. ALL CONCERNED WILL BE ADVISED OF RESULT OF THIS DISCUSSION.

4. IF PRESS INTERVIEW IS REQUIRED. COMMANDER COONEY. COMSIXTHFLT PUBLIC AFFAIRS OFFICER, WILL ASSIST AS NECESSARY.

BT