O 301853Z JUN 67
FM NAVSUPPACT NAPLES
TO CINCUSNAVEUR
INFO USS LIBERTY
COMSIXTHFLT
SECDEF
SECSTATE
AMEMB MALTA
CHINFO
CINCLANT
CINCLANTFLT
COMSERVLANT
COMSERVRON EIGHT
COMFAIRMED
USCINCEUR
USDOCOSOUTH
BT
UNCLAS E F T O
SECDEF FOR OASD(PA). USDOCOSOUTH FOR REAR ADMIRAL KIDD.
USS LIBERTY INTERVIEWS
A. CINCUSNAVEUR 301401Z JUN 67

1. INTERVIEW OF ABOUT ONE HOUR DURATION OF RADM KIDD CONDUCTED BY IRVIN R. LEVINE OF NBC IAW PARA 3 REF A. INTERVIEW REQUESTED BY NBC. QUESTIONS AND ANSWERS THE FRAMEWORK OF DOD LIBERTY NEWS RELEASE, OR STATEMENTS PREVIOUSLY APPROVED.
2. AT CONCLUSION OF INTERVIEW AND UPON READING DOD RELEASE MR. LEVINE STATED THAT HE CONSIDERED INTERVIEW MORE THAN SATISFACTORY AND THAT HE WOULD RECOMMEND TO HOME OFFICE THAT CREW NOT PROCEED TO MALTA FOR INTERVIEW OF LIBERTY C.O. NBC WAS TOLD C.O. AVAILABLE, BUT DID NOT SEEK PUBLICITY.
3. AT PRESENT NO OTHER REQUESTS FOR INTERVIEWS ARE PENDING.
4. UNEDITED TAPE RECORDING OF TOTAL INTERVIEW AND ALL CONVERSATION ASSOCIATED THERE WITH FORWARDED TO CINCUSNAVEUR AND CHINFO BY CERTIFIED AIR MAIL.
5. CDR COONEY SENDS.
BT




AT SEA

June 29, 1967

DAVIS FAMILYGRAM 4-67

As you can easily guess from watching TV newscasts, listening to the radio and reading newspapers, the past few weeks have been extremely busy for those of us assigned to the U.S. Six Fleet.

Our Atlantic transit, beginning in Newport on 2 May and ending at Gibraltar 10 May, was busy but relatively routine. We had a full scheduled of exercises, refuelings and individual training drills. All of this training has stood us in good stead, as the tempo of operations picked up noticeably after our departure from Gibraltar. We had a sort but enjoyable stop in Gibraltar, not realizing at the time that it was to be our only port for over a month!

We operated as a unit of the Sixth Fleet, increasing our readiness as the Middle East crisis increased in intensity. We continued to enhance our overall capability by participating in exercises involving antisubmarine warfare, anti-air warfare, seamanship, navigation, engineering, damage control, communications and all the myraid of complex skills that it takes to form a smoothly operating, effective man-of-war.

Late on the afternoon of June 8, while steaming with our task force, word was received that USS LIBERTY (AGTR 5) had been strafed and torpedoes off the coast of Egypt. These accidental attacks had been conducted by Israeli forces, and had left LIBERTY with over 30 dead, approximately 75 wounded and listing heavily to starboard. Captain H.O. Leahy, Commander Destroyer Squadron TWELVE, embarked in DAVIS, was directed to proceed to the scene with DAVIS and USS MASSEY (DD 778) to render assistance.

DAVIS and MASSEY rendezvoused with LIBERTY at 6:00 A.M. June 9, following a run of twelve hours in excess of 30 knots. Both ships immediately put their motor whaleboats in the water with medical and damage control personnel. After

they had boarded LIBERTY, DAVIS went directly alongside. About 100 of our crew went aboard to render all assistance possible. We helped to remove the dead and wounded to helicopters, restored electrical power, started to shore-up bulkheads in the vicinity of the torpedo hole, gave the survivors hot food and coffee and assisted in many other ways. When we cleared her side three hours later, we left four officers and sixteen men aboard to help bring the stricken ship into port.

LCDR. Willliam PETTYJOHN, Chief Staff Officer for COMDESRON TWELVE, stayed aboard LIBERTY as acting Executive Officer. Lt. John UTZ, Squadron Medical Officer, also remained aboard. Lt Paul Tobin and ENS Dave BREUER remained to supervise emergency damage control and repair efforts. Also assisting to bring LIBERTY into port were: EMCS Robert P. DICKEY, BTCS William F. MASON, PN1 John P. CONROY, EMC Linton J. COATNEY, DC1 Raymond T. RICHARDS, HM1 Anker I. MATHISEN HM2 John W. LIBBY, SM3 David CARMICHAEL, SN Daniel O'NEIL, SN Alton GRIFFIN, SN William MURRAY, SN Robert FEIT, SA Thomas DUNN, EM1 Max BAKER, EM3 Stanley ZAMBER, EMFN Larry BROYLES and EM3 Raeburn POST.

During the five day transit to MALTA these men from DAVIS remained aboard LIBERTY, either filling in for her dead and injured or performing highly complex damage control and engineering repair functions to keep LIBERTY afloat and moving toward her destination. The fleet tug PAPAGO accompained us, available for towing assistance is required. In my own opinion, it was the magnificent efforts of the DAVIS crew that allowed LIBERTY to reach port without further damage. Also deeply involved in assisting LIBERTY were our radio gang, since she had lost almost all communications capability. We acted as LIBERTY's ears and voice until our departure from MALTA June 19. Much credit goes to Lt Glenn SMIT, LTJG John FARRELL, RM1 Guilford PERRY, RM2 Kenneth INGRAM, RM3 Richard TANGUAY, just to name a few.

I was very proud of the entire crew during this tragic period and have written letters of Commendations for the Officers and men who were most directly involved.

We escorted LIBERTY into MALTA at daylight June 14 and remained their until the 19th. We had an enjoyable five day visit, although it was necessary to spend a great deal of time and effort in shipboard maintenance after 30 days of grueling operations. As usual, conduct ashore by the entire crew was exemplary. The weather was excellent throughout the visit and we were all able to relax a bit ashore.

Hopefully, the Middle-East will stay cooled off, our future schedule will not be as intensive and we will get to visit some of the more interesting and colorful ports of the Mediterranean.

Of more immediate interest to many of you, the schedule ASW modernization of DAVIS has been delayed. We were scheduled to be decommissioned on November 1 for this modernization. At this stage, I have no information on the length of delay nor on future employment of the ship, after our scheduled return to Newport about 22 September. I imagine that the delay will be for several months, but we will inform everyone as soon as more is known.

Our mail has been coming through frequently, but don't stop now! Mail is the single, most important morale factor when we are deployed - so remember, WRITE to your loved one in DAVIS.

Sincerely,

ROBERT P. HILTON

# NAVAL SECURITY GROUP

# FILE ON

# U.S.S. LIBERTY

SANITIZED VERSION

Reviewed for declassification as authorized by

Executive Order 12356 on 11 April 1985
(Date)

Present Classification and Special Handling Requirements:

| | |
|---|---|
| UNCLASSIFIED | FOR OFFICIAL USE ONLY |
| CONFIDENTIAL | SPECIAL INTELLIGENCE |
| SECRET | SI CODEWORD |
| TOP SECRET | SPECIAL ACCESS PROGRAM |
| | PA INFORMATION |
| | FOIA EXEMPTION |

Reason for extension of classification (if applicable):

____ Military plans, weapons, or operations

____ Vulnerabilities or capabilities relating to the national security

____ Foreign government information

____ Intelligence activities, sources or methods

____ Foreign relations/activities

____ Scientific, technological or economic matters

____ Nuclear materials or facilities

____ Cryptology

____ Cryptographic Security

Authority: COMNAVSECGRU (GHE/IGN)

Next Scheduled Review Date: Not Applicable

Item(s): Sanitized copy of NAVAL SECURITY GROUP FILE ON U. S. S. LIBERTY

NDW NAVSECGRU 5510/4 (REV 8-82)

"Reproduced at Government expense."

Table of Contents

Introduction

The LIBERTY Incident

Chronology of Events

Annex A Historical Sketch of USS LIBERTY (AGTR-5)

Appendix I Photograph of USS LIBERTY
Appendix II Research Operations Department Personnel Information

Annex B Chart of Operating Areas

Appendix I Time Zones

Annex C Command and Control Relationships

Appendix I Scheduling in CINCLANT's Area of Responsibility
Appendix II Scheduling in USCINCEUR's Area of Responsibility
Appendix III Pertinent Messages

Annex D

Annex E Communications Arrangements

Appendix I Explanation of Terms

Annex F RPS Matters

Annex G Damage ~~Survey~~ and Restoration

Annex H Casualties

Appendix I Research Operations Department Casualties

Annex I News Media Coverage

Appendix I Index of News Clippings

Tab A News Clippings

Annex J Lessons Learned

Annex K Photographs

Reproduced at Government expense

DE... ...IED

Annex I

News Media Coverage

When news of the LIBERTY attack reached the Pentagon, CINCUSNAVEUR was advised by telephone that Deputy Secretary of Defense VANCE had directed that all news releases would be made at the Washington level.

At midday on 8 June 1967, the Department of Defense announced that a U. S. Navy technical research ship, the USS LIBERTY, had been attacked at about 0900 EDT that day. The release reported LIBERTY's movements for the preceding two days and stated the ship's purpose for being positioned 15 miles north of the Sinai Peninsula was to assure communications between U. S. government posts in the Middle East and to assist in relaying information concerning the evacuation of U. S. dependents and other U. S. citizens from the Arab-Israeli war area. Ship's characteristics and personnel allowance were included in the announcement. The story was published that evening in the late-edition newspapers with little deviation from the DOD release.

Morning editions on 9 June carried essentially the same story reported the previous evening. The Washington Post carried an additional story concerning use of the hot line to inform Moscow that U. S. Sixth Fleet aircraft were being scrambled to protect a U. S. ship which was under attack. That evening, late editions began to hint that LIBERTY was used for electronic snooping. Such speculation was undoubtedly prompted by an Associated Press story of 9 June "Aboard the Carrier America" by Bob HORTON which stated that an officer had said, "to put it bluntly, she was in there to spy for us. Russia does the same thing. We moved in close to monitor the communications of both Egypt and Israel. We have to. We must be informed of what's going on in a matter of minutes." The USS AMERICA claimed that the alleged statement quoted by Mr. HORTON was not based on any contact with an official spokesman nor was it attributable to any of AMERICA's officers. AMERICA expressed the belief that the copy was not transmitted via naval communications and that it probably was sent ashore by COD flight which departed AMERICA for Athens at 091030Z.

Newspapers on 10 June seized upon the snooper story and thereafter speculation was rampant concerning the LIBERTY mission. An aggravating influence was an honest account in the Baltimore Sun concerning the death of Allen M. BLUE which identified him as an NSA employee.

Three official press interviews were conducted aboard AMERICA: four walking wounded LIBERTY crew members were interviewed on 9 June; SN Kenneth P. ECKER, another injured crewman, on the 11th; COMSIXTHFLT, VADM W. I. MARTIN, held a press conference on the 15th subsequent to his visit to the LIBERTY. The ECKER interview was widely publicized on 12 June, most newspapers giving it human-interest treatment, stressing that ECKER's life was saved because he was wearing a steel helmet.

NOTE ↑
INTERVIEWS



DECLASSIFIED

Reproduced at Government expense

Beginning 12 June, newspapers carried the story of LIBERTY's progress en route Malta and gave extensive coverage to the ship's arrival there on the 14th. Photographs of external damage appeared and reports attributed to crewmen were published, claiming that the attack was not accidental and that the ship had been reconnoitered by the Israelis prior to the attack.

On 16 June, syndicated columnist Drew PEARSON wrote that the LIBERTY was a CIA ship.

An article by George WILSON in the Washington Post on 18 June stated that "NSA was running things in the bowels of the ship." WILSON erroneously described the functions of most of LIBERTY's antennas.

The Washington Post, on the 20th quoted a story from an Arab newspaper which charged that LIBERTY took active part in the fighting on the side of the Israelis.

On 28 June, DOD released a summary of the proceedings of the U. S. Navy Court of Inquiry which investigated the circumstances surrounding the attack on LIBERTY. The same day the text of a letter from crew member SA Robert REILLY to his mother, giving a colorful account of the attack, was published in the Navy Times.

The 6 July issue of the Washington Post included a letter to the editor from Admiral George W. ANDERSON, USN (Ret.), former CNO, which took exception to the Post editorial of 30 June entitled "Not Good Enough." (See Appendix I.) The letter pointed out that the editorial failed to acknowledge that operating forces are assigned to unified commands and joint agencies which would not in this case be under command of the Navy. Also, that communications channels involved no longer are under control of the Navy but, often, and in this case did, pass through non-naval links; thus, LIBERTY paid part of the cost of excessive centralization. The admiral's final remarks were that the important point which should have been emphasized by the editorial was that LIBERTY definitely was operating in international waters and was attacked without provocation, in violation of any valid concept of international law, and, further, that the editorial itself was "not good enough."

From mid-July until her arrival in Norfolk, Virginia, on 29 July, LIBERTY passed from the news scene. Her return to the U. S. sparked renewed press interest as reflected by a long article in the Norfolk Virginian-Pilot on 30 July, the James J. KILPATRICK write-up in the Washington Star on 1 August and a short item in the August 9th issue of the Navy Times.

A seven-page article, "June 8, at 1400 hours", by James Jackson KILPATRICK, appeared in the 5 September issue of the National Review. The story is based largely on the summary of proceedings of the Navy Court of Inquiry released to the press. KILPATRICK has many unanswered questions which he states "nag for answers."

DECLASSIFIED

"Reproduced at Government expense"

A collection of articles clipped from the following newspapers and periodicals is appended:

- Alexandria _Gazette_
- Baltimore _News-American_
- Baltimore _Sun_
- Boston _Globe_
- Chicago _News_
- Chicago _Tribune_
- Cleveland _Plain Dealer_
- _Electronic News_
- Laurel _News Leader_
- _Life_
- Los Angeles _Times_
- Louisville _Courier-Journal & Times_
- Malta _News_
- Malta _Times_
- _The National Observer_
- _National Review_
- _Navy Times_
- New Rochelle _Standard Star_
- _Newsweek_
- New York _News_
- New York _Times_
- Norfolk _Virginian-Pilot_
- Philadelphia _Inquirer_
- Portland _Oregonian_
- Portland (Me.) _Times_
- Providence _Journal_
- San Diego _Union_
- San Francisco _Examiner_
- Seattle _Times_
- _Stars and Stripes_
- _Time_
- _U. S. News & World Report_
- Washington _News_
- Washington _Post_
- Washington _Star_

Appendix I: Index of News Clippings

"Reproduced at government expense."

DECLASSIFIED

## Appendix I to Annex I

## Index of News Clippings



| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 8 June | Washington Star | "Israel Attacks U.S. Ship 10 Killed" | 2 |
| 9 June | Los Angeles Times | "Israel Attacks U.S. Navy Ship in Error; 10 Die" | 3 |
| | New York Times | "Israelis, In Error, Attack U.S. Navy Ship" | 4 |
| | Philadelphia Inquirer | "10 Americans Killed as Israelis Attack U.S. Ship by Mistake" | 5-6 |
| | Washington Post | "U.S., Russia Turn to 'Hot Line' in Crisis" | 7-8 |
| | | "100 Injured in Torpedo, Jet Attack" | 9-10 |
| | Washington Star | "U.S. Ship's Toll May Reach 31" | 11 |
| 10 June | Baltimore Sun | "Fort Meade Man Among Missing" | 12 |
| | | "U.S. Defends Use of Snooper Ship" | 12 |
| | New York Times | "Death on the Liberty" | 13 |
| | San Francisco Examiner | "Deep Regret About Ship, Says Israel" | 14 |
| | Washington Post | "Death Toll on U.S. Ship May Reach 31" | 15 |
| | Washington Star | "Israel Offers Indemnity for U.S. Ship" | 16 |
| | | "Maryland Man Missing in Attack on USS Liberty" | 16 |



DECLASSIFIED



"Reproduced at government expense"

## Appendix I to Annex I

## Index of News Clippings



| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 11 June | Stars and Stripes | "Liberty Crew Had 'No Chance to Load Guns' " | 16a |
| | Washington Post | "Israel Vows Amends for Ship Attack" | 17 |
| | Washington Star | "Israel Promises Amends for Attack on U.S. Navy Ship" | 18 |
| 12 June | Electronic News | "U.S. 'Floating Ear' Lone Casualty in Mideast" | 19-20 |
| | New York Times | "Crippled Liberty on Way to Malta" | 21 |
| | Washington Star | "Liberty Remains Unable to Free Trapped Bodies" | 22 |
| 13 June | New York Times | "The Dragon Maker" | 23 |
| | Washington News | "The USS Liberty: No 'Mistake' " | 24 |
| | Washington Post | "Crewman Saved by Steel Helmet in Liberty Attack" | 25 |
| | Washington Star | "Attack on U.S. Ship Stirs Questions" | 26 |
| 14 June | Alexandria Gazette | "World News in Brief" | 27 |
| | Baltimore News-American | "Liberty's Orders to Pull Back" | 28 |
| | Boston Globe | "Israel Ship-Attack Stirs Washington Row" | 29 |
| | Malta Times | "Crippled 'Liberty' for Malta Drydocks" | 30 |
| | Washington Post | "Crushing Defeat for the Russians" | 31 |
| | | "Israeli Jets Eyed Ship Before Blow" | 32 |





DECLASSIFIED

Reproduced at Government expense

Appendix I to Annex I

Index of News Clippings


| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| | Washington Star | Photograph (USS Liberty Arrives in Valletta, Malta) | 33 |
| 15 June | Baltimore Sun | "Lothian Man Died on Ship" | 34 |
| | Laurel News Leader | "Laurel Man Injured on Attacked US Ship" | 35 |
| | Philadelphia Inquirer | "24 Dead Are Sought in Hold of Navy Ship Attacked by Israelis" | 36 |
| | Seattle Times | "U.S. Has No Explaining to Do" | 36a |
| | Washington Post | "Attacked Ship Is at Malta for Repairs" | 37 |
| | | "The 'Liberty' Attack" | 38 |
| 16 June | Beef 'n Bird News Report Hotel America, Washington | Last paragraph | 39 |
| | Life | "The Presidency" | 40 |
| | Malta News | "Attack on Liberty Was No Mistake" | 41 |
| | New York News | "Liberty Sailor Tells of the Horror" | 41a |
| | Washington Post | "Explanations Due on Ship Attack" | 42 |
| | | "Israel Says U.S. Ignored Query on Ships in Area" | 43 |
| | | "Ship Attack by Israel Described by Sailors" | 44 |
| | Washington Star | "Damage to Ship Described" | 45 |


"Reproduced at Government expense"



DECLASSIFIED

## Appendix I to Annex I

## Index of News Clippings



| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 17 June | Baltimore News-American | "Ship Gunned by Israelis" | 46 |
| | Washington Post | "The Liberty" | 47 |
| | Washington Star | "Cmdr. Armstrong on U.S. Vessel Hit by Israelis" | 46 |
| 18 June | Baltimore News-American | "U.S. Crew Says Attack Deliberate" | 48 |
| | Providence Journal | "Pentagon Stubs Its Toe" | 50 |
| | Stars and Stripes | "Attack No Error, Liberty's Crew Convinced" | 48a |
| | Washington Post | "Liberty Attack Punctured Pentagon Cover" | 49-50 |
| 19 June | Newsweek | "Sinking the Liberty: Accident or Design?" | 51 |
| | U.S. News & World Report | "An Error of War--and U.S. Seamen Die" | 52 |
| 20 June | Washington Post | "U.S. Jammed Radar, Arab Paper Charges" | 53 |
| 21 June | Baltimore Sun | "Probe on Liberty Closer to Trial" | 54 |
| | Navy Times | "9 Killed, 24 Missing in Attack on Liberty" | 55 |
| 23 June | Life | "Unexplained Casualty: USS Liberty" | 56-57 |
| 25 June | Portland Times | "New Spy Mix-Up?" | 58 |
| | Washington Star | "Report on Israel Ship Attack a Touchy Task for Pentagon" | 59 |



DECLASSIFIED





Reproduced at Government expense

Appendix I to Annex I

Index of News Clippings

| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 26 June | Newsweek | "USS Liberty: Caught in Political Currents?" | 60 |
| | San Diego Union | "La Mesa Sailor" | 61 |
| | U.S. News & World Report | "Mystery of Attack on USS 'Liberty' " | 62 |
| 28 June | Navy Times | " 'Just Sitting Ducks', Sailor Writes Mom" | 63 |
| | | "Liberty Yields 20 Bodies, Death Toll Reaches 34" | 64 |
| | New Rochelle Standard Star | "Liberty Case: A Quiet End" | 65 |
| 29 June | Baltimore Sun | "Israel Conducts Liberty Inquiry" | 66 |
| | Chicago News | "Pentagon Still Hides Mission of Spy Ship Hit by Israelis" | 67 |
| | New York Times | "Ship in War Area Didn't Get Order" | 68 |
| | Philadelphia Inquirer | "Mixup in Order Bared by U.S. in Ship Attack" | 69 |
| | San Francisco _ ? _ | "Navy Won't Say Why Israel Hit Ship" | 70 |
| | Washington News | "Warning Message 'Misrouted... Delayed' " | 71 |
| | Washington Post | "The Liberty Got Order Too Late" | 72 |
| | Washington Star | "Israelis Dispute Finding That Liberty Flew Flag" | 73 |

"Reproduced at Government expense."



DECLASSIFIED

## Appendix I to Annex I

## Index of News Clippings

| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 30 June | Baltimore Sun | "Ghost Gun Bared in Liberty Probe" | 74 |
| | Chicago Tribune | "Missed Signals Again" | 75 |
| | Cleveland Plain Dealer | "Navy Must Explain Order Delay" | 76 |
| | New York Times | "Israelis Say Signal by Liberty Caused Mistake in Identity" | 77 |
| | Philadelphia Inquirer | "U.S. Ship Fired on Israelis Before PT Boats Attacked" | 78 |
| | Washington News | "The USS Liberty Report" | 79 |
| | Washington Post | "Israel Says It Tried in Vain to Identify the Liberty" | 81 |
| | | "Not Good Enough" | 82 |
| | Washington Star | "Israeli Attack on Liberty Scored by 2 Congressmen" | 83 |
| 3 July | Baltimore Sun | "The USS Liberty" | 84 |
| | The National Observer | "The Navy's Official Findings" | 85-88 |
| | | "Observations" | 88a |
| | Newsweek | "Armed Forces: Finis" | 89 |
| 4 July | Baltimore Sun | "Liberty, 1 of 5 Spy Ships, Kept Tabs on Mideast War" | 90 |

Reproduced at Government expense



DECLASSIFIED

Appendix I to Annex I

Index of News Clippings

| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| | Louisville Courier-Journal & Times | "Israeli Navy Sought Glory" | 91 |
| 5 July | Navy Times | "Possible Court-Martial Faces Liberty Attackers" | 92 |
| 6 July | Washington Post | "The 'Liberty' Case" | 93 |
| | Washington Star | "An Israeli Eyewitness Story" | 94 |
| 7 July | Time | "Armed Forces" | 95 |
| | Washington Post | "Insists the Liberty Would Not Identify Itself" | 96 |
| 8 July | Washington Post | "Israel Used 'Liberty' Data, Egyptians Say" | 97 |
| 10 July | U.S. News & World Report | " 'Liberty' Signals: Misrouted, Misread" | 98 |
| | | "What's Next for Israel" | 99-101 |
| 11 July | Portland Oregonian | "Vancouver Sailor Recalls Israeli Attack on Ship" | 101a |
| 30 July | Norfolk Virginian-Pilot | " 'Liberty' Brings in Memories" | 102-104 |
| 1 August | Washington Star | "In the Spirit of the Liberty Off Sinai, 1967" | 105 |
| 9 August | Navy Times | "Liberty Back in U.S.; 42 Put Up for Medals" | 106 |
| 23 August | Newsweek | "The USS Liberty - Tragedy of Errors" | 107 |
| 4 September | Newsweek | "The Liberty Incident - An Israeli View" | 108 |

"Reproduced at Government expense"

DECLASSIFIED

## Appendix I to Annex I

### Index of News Clippings


| Date | Vehicle | Article | Tab A Page |
|---|---|---|---|
| 5 September | National Review | "June 8, at 1400 hours" | 109-115 |
| 13 September | Navy Times | "Israel Drops Court Martial" | 116 |


Tab A: News Clippings

"Reproduced at Government expense."

DECLASSIFIED

# U.S.S. Liberty Alliance

☆☆☆☆
Adm. Thomas H. Moorer, USN
Chairman, Joint Chiefs of Staff
*Founding Chairman*

☆☆☆☆
General Ray Davis, USMC
Medal of Honor
General of Marines
*Founding Vice Chairman*

☆☆
RADM Clarence A. Hill, Jr.
USN (Ret.)
*Chairman pro tem*

☆☆
RADM Merlin Staring
JAGC, USN (Ret.)
Former Judge Advocate General
*Treasurer*

Ambassador James Akins
*Director*

B.GEN Max G. Halliday
USMC (Ret.) Director
Former Asst. JAG, USN

Captain Richard Kiepfer, MD
USN (Ret.), Director
*U.S.S. Liberty Survivor*

Richard Larry Weaver, SN.
USN (Ret.), Director
*U.S.S. Liberty Survivor*

M. I. Hakki
*Director*

Jack Tillar
*Director*

Tito Howard
Director
*Executive Director*

The Honorable John Warner
Chairman, Committee on Armed Services
United States Senate
Washington, DC 20510-6050

July 22, 2006

<u>Subject</u>: United States Government investigation of the 8 June 1967 Israeli attack on the USS LIBERTY (AGTR-5)

Dear Senator Warner:

Our organization, the U. S. S. Liberty Alliance, Inc., was founded in 2002 by Admiral Thomas H. Moorer, retired Chairman of the Joint Chiefs of Staff, in support of the survivors of the sudden, savage, unjustified, and prolonged attack made on 8 June 1967, by air and naval forces of the state of Israel, upon the USS LIBERTY (AGTR-5), a U. S. Navy technical research ship then operating peacefully in international waters in the Eastern Mediterranean Sea. The LIBERTY was at that time the most sophisticated and best-equipped intelligence ship in the world. Of a crew of 294 officers and men, including three American civilian government employees, she suffered 34 Americans killed in action and 173 wounded in action. The ship itself was so badly damaged that it never again sailed on an operational mission.

We – Rear Admiral Clarence A. (Mark) Hill, Jr., USN (Ret.), and Rear Admiral Merlin H. Staring, JAGC, USN (Ret.), Chairman and Treasurer, respectively, of the Liberty Alliance – now write to you jointly in furtherance of those efforts that Admiral Moorer pursued for many years after his retirement, and right up to the time of his death in 2004.

In the 39 years since the LIBERTY attack, the survivors of that attack have been subjected to unjust treatment in many and



P.O. Box 663, Front Royal, VA 22630 ☆ Tel: (540) 631-9339 ☆ Fax: (540) 636-6912 ☆ E-mail: Lataiyo@gmail.com

diverse ways. Among many other more material things, they have been denied the honor, that should have been theirs, of recognition as prime exemplars of the Navy's historic tradition: "Don't give up the ship!" By the same token, the American public has during that time been fed a totally erroneous and dishonest version of the history of that attack.

This matter has been raised and has resurfaced once again through the filing with the Secretary of the Army, by the USS LIBERTY survivors, of a formal Report of War Crimes committed by the state of Israel on 8 June 1967 through its unprovoked, unjustified, and unlawful attack upon the USS LIBERTY and her complement of 294 American officers and crew. That Report of War Crimes was filed with the Secretary of the Army on 8 June 2005, exactly 38 years after the attack. Under applicable directives of the Department of Defense it is the responsibility of the Secretary of the Army, as the Executive Agent for the Department of Defense in such matters, to supervise the execution of the "thorough investigation" of such reported incidents expressly contemplated by the announced DoD policy – and it is the responsibility of the Secretary of the Navy to provide for the prompt reporting and investigation of reported incidents committed against members of his Department. Finally, it is DoD policy to ensure that all such incidents, where appropriate, be remedied by corrective action. With the filing of their Report of War Crimes, the survivors of the USS LIBERTY attack formally invoked those various responsibilities of the Department and the Secretary of Defense, the Secretary of the Army, and the Secretary of the Navy as summarized briefly above.

In the days immediately after the attack, Admiral John S. McCain, Jr., then the Commander-in-Chief of U. S. Naval Forces Europe, convened for the Navy a formal Court of Inquiry into the matter. That Court of Inquiry conducted and concluded its proceedings in one week, and since that time various United States officials, and others, have cited and relied upon that Navy investigation as dispositive of all questions or inquiries into the matter. By letter of March 16, 2005, the Department of the Navy officially assured the Congress that "that Court of Inquiry was the only United States Government investigation into the incident." We mention this at the outset because, over the years, there have been many allegations that the attack has been repeatedly investigated by various bodies or officials, of the United States Government and otherwise. None of those alleged prior "investigations," however, amounted to a genuine inquiry of any sort into the true facts of the event – much less a "thorough" investigation – and none

took any testimony from the over 240 LIBERTY survivors, many directly involved and seriously wounded, who were not among the mere 17 survivor witnesses who were permitted to give some testimony to the 1967 Navy Court of Inquiry. The survivors are grateful that the Department of the Navy – through its Judge Advocate General who is the official custodian of such records – has set the record straight on the myth of multiple United States Government investigations.

The official record of that 1967 Navy Court of Inquiry, as it is now maintained and supplied by the Department of the Navy, quite literally demonstrates on its very face that it fell far, far short of constituting the inquiry "into all the pertinent facts and circumstances leading to and connected with the armed attack; [the] damage resulting therefrom; and [the] deaths of and injuries to naval personnel" as had been directed by its convening authority. In addition, the 5-page approving endorsement that Admiral McCain hastily placed on that record on 18 June 1967 fails even to note that the Court had nowhere nearly fulfilled its directed mission – and he failed to send the record back to his Court for further work to fulfill that mission as it was well within his power to do. Finally, among a number of other respects in which he failed in or abdicated his command responsibilities, the convening authority relied at some points in his endorsement upon incomplete consideration of evidence in the record, and at others purported to reach erroneous, unsubstantiated, or misleading conclusions from the record which it was his duty to have read and to have considered.

With that background, and with the Navy's official assurance that its hasty Court of Inquiry proceedings in 1967 constituted the only United States Government investigation into the attack, we, the undersigned, acting for the Liberty Alliance, submitted to the Secretary of the Navy on 27 July 2005 a detailed exposition and analysis of salient aspects of the Government's official documentary record of the investigation. In doing so we pointed out in some detail the glaring deficiencies and inadequacies of the 1967 Court of Inquiry – though by no means all of them. We asked the Secretary to examine and appraise those records of his Department, and that he consent to and support the efforts of the LIBERTY survivors to attain, at long last, a full, fair, and objective United States Government investigation into the facts and the records of the 8 June 1967 attack by Israel upon the USS LIBERTY.

At that stage of the matter, Senator Warner, on 2 September 2005 Rear Admiral Staring delivered to your staff, for your attention, a fully documented copy of our presentation with a briefing memorandum requesting that, after consideration, you make your conclusions known to the Secretary of the Navy and the Secretary of the Army, both of whom thus then had the matter officially pending before them.

On 22 September 2005, soon after our presentation of the matter for your attention, a subordinate officer in the Office of the Judge Advocate General of the Navy responded to us on behalf of the Secretary of the Navy. His response contained no acknowledgment of or response to the blatant defects to which we had pointed in the Navy's hasty and superficial 1967 Court of Inquiry. He simply "[renewed] the conclusions of previous Navy correspondents, to wit: there is no purpose to further investigation."

While we did not at that time take any further action to bring the response by the Department of the Navy to your attention, Senator Warner, you did acknowledge Rear Admiral Staring's September memorandum on the subject by letter of 22 February 2006. You had forwarded our presentation to the Deputy Secretary of Defense (and former Secretary of the Navy) for review, and you had in response been similarly informed, by an Assistant Judge Advocate General of the Navy, that "further investigation is not warranted." You were so kind as to recognize in your letter the great importance of the matter and to express your respect for our concerns. Noting that the survivors of the attack had filed a formal Report of War Crimes with the Secretary of the Army, as the Executive Agent for the Department of Defense, you stated that you viewed that as an appropriate course of action.

We thank you, Senator Warner, for the objective consideration that you then gave to our presentation of the matter for your attention.

Faced thus with the refusal of the Secretary of the Navy to consider the investigative inadequacies that we had limned for him in our letter of 27 July 2005 – and in view of the fact that the Secretary of the Army had for over 10 months had the survivors' Report of War Crimes before him for consideration, but with no response or known action – we addressed and delivered to him, by letter of 20 April 2006, a similar presentation of the matter for his consideration in his capacity as Executive Agent for the Department of Defense. On 28 April Rear Admiral Staring once again

delivered a complete copy of that new presentation to your staff, with a covering memorandum, for your personal and official information and consideration.

By letter of 15 May 2006 a Special Assistant to the Judge Advocate General of the Army responded, on behalf of the Secretary of the Army, to our presentation of 20 April. Once again this subordinate official of the Department of Defense took no note whatsoever of our documented demonstration of the superficial nature and the total inadequacy of the Navy's hasty 1967 Court of Inquiry. He did acknowledge in passing, however, that the Convening Authority had given the Court "a wide mandate to investigate 'all pertinent facts and circumstances leading to and connected with the armed attack' on USS LIBERTY." That directive was not even close to fulfillment in the 650+ pages of the Court's record to which the Convening Authority gave his hasty and highly vulnerable approval after consideration over a recorded period of little if any more than 24 hours.

It is both significant – and in fact an inadvertent commentary on the climate within the Department of Defense on this subject – that the subordinate in the Office of the Judge Advocate General of the Army who was charged with responding to our presentation to the Secretary of the Army adopted in his letter, verbatim, the following sentence employed by the subordinate in the Office of the Judge Advocate General of the Navy in her March 2005 letter to the Congress:

> "The Court of Inquiry which heard testimony from several officers and enlisted men from LIBERTY, including the commanding officer, produced an exhaustive record of proceedings over 650 pages in length."

Neither of those respondents, both presumably extremely competent and experienced lawyers, took note of the fact that only 17 of the Liberty-attack survivors, of a total surviving complement of 260 officers and men – and very, very few of the 173 wounded who would most likely have been at or near the centers of the action – had an opportunity to testify to any extent before the Court. Neither of them, as well, shrank from characterizing the Court's record of its 3 days of evidentiary proceedings as "exhaustive" – which it obviously was not. The Navy's lawyer respondent, in fact, had taken express note of the fact that the Court's "investigation focused primarily on U. S. military communications problems prior to the attack and

the heroic efforts of LIBERTY's crew in damage control during the aftermath of the attack" – leaving unspoken and unaddressed the fact that the Court's "wide mandate" was to investigate "all pertinent facts and circumstances . . . connected with the armed attack."

A full copy of our presentation to the Secretary of the Army had been sent in April to Secretary of Defense Rumsfeld, as it was by the authority of his Department and office that the Secretary of the Army had been tasked as the Executive Agent for the Department of Defense in War Crimes matters. We know of no express action on the part of the Secretary of Defense in this matter. We can only conclude, however, that, having thus been apprised of the pendency of the LIBERTY survivors' War Crimes Report before his appointed Executive Agent, he has at least tacitly concurred in the summary disposition of the matter taken on behalf of the Secretary of the Army on 15 May 2006. There can thus be no question that the decision that "further investigation [in the LIBERTY matter] by the U. S. military is unwarranted" comes from the highest authority of the Department of Defense – and thus from the highest cognizant authority at the operating levels of the Executive Branch of the Government.

At this point, Senator Warner – in order that the documents and correspondence to which we have referred above may be readily available for your independent scrutiny – we attach as Exhibit I the complete presentation that we submitted to the Secretary of the Army on 20 April 2006. That packet contains, as its Enclosures 1 through 4, all of the prior documents to which we have referred. In addition, we now also append, as Exhibit II, a copy of the response that was made to us on 15 May 2006 on behalf of the Secretary of the Army

While the Congress, as the Legislative Branch of our Government, may on some occasions over the years have considered isolated aspects of the Israeli attack on the USS LIBERTY, none of those considerations in any way constituted an investigation of the facts of the event – much less a "thorough investigation" of the episode – as borne out by the Navy's assertion that the 1967 Navy Court of Inquiry was the only official U. S. Government investigation into the event. The LIBERTY affair indeed appears to be unique, as a major and tragic loss of life and limb and property, by a United States military unit, at the hands of a foreign power (or otherwise), which has not been the subject of concerted and serious investigation by the Congress of the United States.

We most earnestly and respectfully submit, Senator Warner, that – the Executive Branch of the Government having abdicated its clear duties in the premises – the Congress should now itself, at long last, conduct such an investigation while a substantial number of the heroic survivors of and witnesses to the event are still available and competent to testify -- and while the family survivors of those lost are still alive to realize and to receive the just treatment and the recognition that has so long been arbitrarily denied to them. That recognition has of course already been denied forever to those shipmates who have already passed on with their festering memories unallayed. Realizing that the institution of such a Congressional investigation would lie with your Committee on Armed Services as a corporate body, rather than with its Chairman personally, we are as a convenience sending a complete copy of this presentation to each Member of your Committee as now constituted.

There is one further and final aspect of the matter that casts a brooding shadow over the two of us as signatories to this letter, Senator Warner. We were on active Navy duty, in our respective specialties, at the time of the tragic attack upon the USS LIBERTY. The disturbing specter that haunts us springs from the realization that, during our own active naval service, our Navy – and our Government – committed the unprecedented sin of deliberately recalling available military forces that had been launched to assist a United States Navy vessel, and her complement of 294 American personnel, who were under vicious and unjustifiable attack by foreign forces – abandoning those virtually defenseless personnel to an hours-long attack ordeal and costing the loss of further lives that could and would most certainly have been saved. The reason for that unprecedented abandonment? As stated by the President of the United States at the time: political or diplomatic reasons – allegedly to avoid embarrassing a nation considered at the time to be an ally. And the ignoble sequelae? A hasty, insincere, apologetic, and totally inadequate "Court of Inquiry" – browbeating the affected sailors with threats that silenced them for years, leaving many haunted by indelible memories that affect them and their lives to this day – or did to the day of the passing of the many who no longer survive.

Senator Warner, as you know, both of us who submit this letter served on active duty during the period when you served first as the Under Secretary and then as the Secretary of the Navy. We both supported you loyally in ways that only both you and we know. You had as fine a

reputation, with both the officers and the men of the Fleet, as any Secretary of the Navy has had – because they knew of your loyalty and of your dedication to what the Navy and its great traditions stood for, and why it was so vital that those traditions be upheld from generation to generation.

We are also of course aware of the delicacy of this entire subject from a diplomatic standpoint – particularly now with the heavy involvement of our forces in the Middle East. A continued hiding of the true story from the record, just to protect the political decisions of former officials in the top echelons of the Executive Branch, however, leaves an historical record of a failure on the part of the United States Navy – a failure to live up to the very motto of the service that has been handed down to us by over two centuries of gallant sailors who never failed to support their own, be it against an enemy, or against the sea itself.

We turn to you now, in the Legislative Branch of our Government, since it is clear that no one in the Executive Branch is willing or is permitted to take the action that is needed to set the record straight. A full and proper review by the Congress, in the few remaining years of availability of testimony from competent and credible witnesses, could open the eyes of our nation to an incident that is as worthy an example of courage, for today's sailors, as it was for those who first heard the words "Don't Give Up The Ship" from the lips of the brave Captain James Lawrence himself.

Most sincerely, and very respectfully,

Merlin H. Staring
Rear Admiral, JAGC, USN (Ret.)

Clarence A. (Mark) Hill, Jr.
Rear Admiral, USN (Ret.)

Copies to:

Each Member of the Committee on Armed Services
of the
United States Senate