3.

| 5. TRAINING COURSES COMPLETED | | | 6. PRACTICAL FACTORS/ PERFORMANCE TESTS | | | 7. ADVANCEMENT, REDUCTION OR CHANGE IN RATING | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF. INIT. | DESCRIPTION | DATE COMPLETED | *OFF. INIT. | RATE ADVANCED, REDUCED OR CHANGED | | EFFECTIVE DATE | TIME IN RATE COMPUTED FROM | *OFF. INIT. |
| SPECIAL COMM51A 3.52 | 16JUL68 | LJG | PF/PT CTR1 | 30APR69 | LJG | CT3 | CTR2 | 16OCT67 | 16NOV67 | LJG |
| MRPO 1&C (3.78) NP 91207-E | 29APR69 | LJG | | | | CTR2 | CTR1 | 1 JUN 70 | 1 MAY 70 | VM |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

8. RECORD OF OFF-DUTY STUDY *(USAFI Courses, Etc.)*

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. | DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 9. GOOD CONDUCT AWARDS | | | 10. DECORATIONS; UNIT; AND MARKSMANSHIP AWARDS | | | |
|---|---|---|---|---|---|---|
| AWARD NUMBER | DATE EARNED | *OFF. INIT. | AWARD | ACTIVITY | DATE OF AWARD | *OFF. INIT. |
| FIRST AWARD | Service ending 5 May 1968 | LJG | PRESIDENTIAL UNIT CITATION | USS LIBERTY (AGTR-5) | 8 JUNE 1967 | LJG |
| | | | Navy Unit Commendation | NAVCOMMSTA PHIL | MAY70 to MAR71 | VM |
| | | | Meritorious Unit Commendation | NAVCOMMSTA SDIEGO | 10JUL67 to 24JUL67 | VM |
| | | | | | | |

11. CAMPAIGN/SERVICE AND OTHER AWARDS

| AWARD | ENGAGEMENT(S) | *OFF. INIT. | AWARD | ENGAGEMENT(S) | *OFF. INIT. |
|---|---|---|---|---|---|
| NATIONAL DEFENSE SERVICE MEDAL | SERVICE AFTER 30 DEC 60 | | Combat Action Ribbon | 30MAY66 to 9JUN67 | VM |
| PURPLE HEART | For Wounds received in Action 8 JUNE 1967 | LJG | | | |
| VIETNAM SERVICE MEDAL | 12/29/70-1APR71 | HRH | | | |
| Vietnam Campaign Medal | DEC70-APR71 SEP71-NOV71 | VM | | | |

12. RECORD OF MAINTENANCE AND/OR TECHNICAL QUALIFICATIONS *(Include significant Fleet or Shore Base short-term instruction)*

| DATE COMPLETED | TYPE OF EQUIPMENT AND/OR INSTRUCTION | DURATION | LOCATION | *OFF. INIT. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NAVPERS 601-4 (REV. 6-66)

AR 441

# NAVY OCCUPATION AND TRAINING HISTORY

*See Art. B-2305, BuPers Manual

## 1. ADVANCEMENT, REDUCTION OR CHANGE IN RATING

| RATE TO WHICH PERSON WILL BE ADVANCED, REDUCED OR CHANGED | PRACTICAL FACTORS | | TRAINING COURSES COMPLETED | | | DATE ADVANCED, REDUCED OR CHANGED RATING | *OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|
| | DATE COMPLETED FOR ADVANCEMENT | *OFFICER'S INITIALS | DESCRIPTION OF COURSE OR NAVPERS NUMBER* | DATE COMPLETED | *OFFICER'S INITIALS | | |
| | | | PASSED M/L (E-5) [signature] | 15 AUG 67 | | | |
| | | | NEC LTR SER 2 M/L of 10 JUL 67 | | | | |

## 2. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 10FEB67 | 0000 | 0000 | [signature] MA |

## 3. RECORD OF OTHER OFF-DUTY STUDY (USAFI Courses, Etc.)

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFFICER'S INITIALS |
|---|---|---|---|---|
| | | | | |

## 4. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |

## 5. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | PASSED: (In-service equivalent) | FAILED: (Void if passed on retest) |
|---|---|---|
| HIGH SCHOOL LEVEL | HIGH SCHOOL GRADUATION ☐ Date ____ *Off. Initials ____ | ☐ Date ____ *Off. Initials ____ |
| COLLEGE LEVEL | ONE YEAR COLLEGE ☐ Date ____ *Off. Initials ____ | ☐ Date ____ *Off. Initials ____ |

## 6. RECORD OF NAVY SERVICE SCHOOLS ATTENDED

| NAME AND LOCATION OF SCHOOL | | | NAME AND LOCATION OF SCHOOL | | |
|---|---|---|---|---|---|
| CLASS NO. | COURSE LENGTH | DATE ENROLLED | CLASS NO. | COURSE LENGTH | DATE ENROLLED |
| DATE COMPLETED | FINAL MARK (0–100) (62.5 passing) | CLASS STANDING ____ in a class of ____ | DATE COMPLETED | FINAL MARK (0–100) (62.5 passing) | CLASS STANDING ____ in a class of ____ |
| MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR ____ | | | MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR ____ | | |
| SIGNATURE* | | | SIGNATURE* | | |

| NAME (Last) | (First) | (Middle) | SERVICE NUMBER | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | USN |

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

Navy Occupation and Training History NAVPERS 601-4 (Rev. 5-58) 4 2

# NAVY OCCUPATION AND TRAINING HISTORY

*See Art. B-2305, BuPers Manual

## 1. ADVANCEMENT, REDUCTION OR CHANGE IN RATING

| RATE TO WHICH PERSON WILL BE ADVANCED, REDUCED OR CHANGED | PRACTICAL FACTORS: DATE COMPLETED FOR ADVANCEMENT | PRACTICAL FACTORS: *OFFICER'S INITIALS | TRAINING COURSES COMPLETED: DESCRIPTION OF COURSE OR NAVPERS NUMBER | TRAINING COURSES COMPLETED: DATE COMPLETED | TRAINING COURSES COMPLETED: *OFFICER'S INITIALS | DATE ADVANCED, REDUCED OR CHANGED RATING | *OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|
| SA | | | SN, NP, 91240-1B, 3.85 | 16DEC64 | NMB | 14 AUG 1964 | [signature] |
| | | | BMR, NP, 91202-1, 3.83 | 16DEC64 | NMB | | |
| SN | 22JAN65 | NMB | Military Requirements for PO 3&2 (91206-C) 3.44 | 21MAY65 | BAW | | |
| CTSA | | | NTC for CT T/R/I 3&2 NP91567-1 (3.91) | 28JUN66 | PMA | 5 MAR 65 | NMB |
| CTSN | 28APR65 | BCM | | | | 16MAY65 | BCM |
| CT3 | 25MAY65 | BAW | | | | 16APR66 | NMB |
| CT2 | 6JUN66 | NMB | | | | | |

## 2. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 14 AUG 1964 | CT-2400 | 0000 | [signature] |
| 05 MAR 65 | 0000 | 0000 | NMB |

## 3. RECORD OF OTHER OFF-DUTY STUDY (USAFI Courses, Etc.)

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFFICER'S INITIALS |
|---|---|---|---|---|
| | | | | |

## 4. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |

## 5. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | PASSED: (In-service equivalent) | FAILED: (Void if passed on retest) |
|---|---|---|
| HIGH SCHOOL LEVEL | HIGH SCHOOL GRADUATION [X] Date 11/65 *Off. Initials LWL | [ ] Date ____ *Off. Initials ____ |
| COLLEGE LEVEL | ONE YEAR COLLEGE [ ] Date ____ *Off. Initials ____ | [ ] Date ____ *Off. Initials ____ |

## 6. RECORD OF NAVY SERVICE SCHOOLS ATTENDED

NAME AND LOCATION OF SCHOOL: U.S. NAVCOMMTRACEN, PENSACOLA, FLORIDA

| CLASS NO. | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| 06A-R | 22 WKS | 07 SEPT 1964 |

| DATE COMPLETED | FINAL MARK (0-100) (62.5 passing) | CLASS STANDING |
|---|---|---|
| 05 MAR 65 | 92.70 | 14 in a class of 19 |

MANNER OF COMPLETION: [X] GRADUATED [ ] DROPPED FOR Class aver for prev. 4 qtrs 94.45

SIGNATURE* [signature] N.M. BRADLEY, LT, USN, PERS. OFF.

NAME AND LOCATION OF SCHOOL:

| CLASS NO. | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| | | |

| DATE COMPLETED | FINAL MARK (0-100) (62.5 passing) | CLASS STANDING |
|---|---|---|
| | | in a class of |

MANNER OF COMPLETION: [ ] GRADUATED [ ] DROPPED FOR

SIGNATURE*

| NAME (Last) (First) (Middle) | SERVICE NUMBER | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

Navy Occupation and Training History NAVPERS 601-4 (Rev. 3-58) 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 4

ENLISTMENT CONTRACT
NAVPERS 601-1 (Rev. 2-63)

EXEMPT REPORT

| | | | | | |
|---|---|---|---|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if Female.) 777 58 53 | 2. HIGHEST GRADE COMPLETED 9 | 3. RATE ABBREV. CT3 | 4. BRANCH & CLASS OF SERVICE USN | 5. NAME (last, first, middle) SIX, HAROLD EUGENE | |
| 6. DATE OF ENLISTMENT mo. 02 day 10 yr. 67 | 7. TERM OF ENLISTMENT 06 YEARS ☐ MINORITY | | 8. DEPENDENCY ABBREV. 0-0 | 9. NAME OF ACTIVITY EFFECTING ENLISTMENT USS LIBERTY (AGTR-5) | |
| 10. AFQT SCORE 074 / 11. | 12. ENLISTED/REENLISTED IN U. S. NAVY ☐ FIRST ENLISTMENT ☒ REEN-LISTMENT | | ☐ INDUCTION | 13. ENLISTED AT (City and State or Country) NORFOLK, VIRGINIA | |
| 14. TERM OF ACDU (USNR only) 00 MONTHS | 15. ACTIVE/INACTIVE STATUS (USNR only) ☐ RETAINED ON ACDU ☐ IMMEDIATE ACDU (Within 24 Hrs.) | | ☐ INACTIVE DUTY | 16. ACCEPTED AT (City and State or Country) NORFOLK, VIRGINIA | 17. NO. OF ENL 2 |
| 18. DATE MIL. OBL. INCURRED mo. 05 day 06 yr. 64 | 19. M.O.D. A | 20. GCT (Reen. only) 55 | 21. RELIGION PRESBY | 22. PLACE OF BIRTH (City) TORRINGTON | State or Country WYO |
| 23. DATE OF BIRTH mo. 04 day 27 yr. 46 | 24. PHYSICAL PRO-FILE A | 25. AREA/STATION/SUBSTA CODE | 26. SOCIAL SECURITY NO. 520 46 18 48 | 27. TRANSFERRED TO (Activity and Location) RET ON BOARD FOR DUT | 28. ACTIVITY CODE |
| 29. DATE OF TRANSFER mo. 00 day 00 yr. 00 | 30. CITIZENSHIP ☒ U. S. | ☐ NATURALIZED U. S. | ☐ OTHER* (Specify) | 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED USN | 32. |
| 33. DATE LAST DISCHARGED mo. 02 day 09 yr. 67 | 34. PRIOR NET SERVICE FOR PAY PURPOSES 02 YEARS | 09 MONTHS | 05 DAYS | 35. TYPE OF LAST DISCHARGE HONORABLE | 36. |
| 37. DATE OF LAST ENTRY mo. 05 day 06 yr. 64 | 38. ENTITLED TO REENLISTMENT BONUS ☒ YES | ☐ NO. | 39. SELECTIVE SERVICE NUMBER NA | 40. SELECTIVE SERVICE LOCAL BOARD (Board Number, City and State) NA | |
| 41. ACTIVE DUTY BASE DATE mo. 05 day 06 yr. 64 | 42. COMPLEXION FAIR | 43. COLOR OF HAIR BROWN | 44. COLOR OF EYES BROWN | 45. HOME ADDRESS AT TIME OF ENLISTMENT (City & County) COVINA, LOS ANGELES | State or Country CALIF |
| 46. PAY GRADE BASE DATE mo. NA day yr. | 47. HEIGHT 71 | 48. WEIGHT 140 | 49. RACE CAU | 50. QUOTA CONTROL CODE | 51. |
| 52. MARKS AND SCARS | | | | | Blood Type |

I certify that a physical examination has been conducted according to current regulations, and that the above named man has been found by an examining physician to be physically qualified for enlistment.

R. W. PRATT, LT MC, USN, Certifying Officer.

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the continuance of my service, I agree to and with W. L. MCGONAGLE, CDR (Name of Enlisting Officer) of the United States Navy, as follows:

**First:** To enter the service of the Navy of the United States and to report to such station or vessel of the Navy as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

**Second:** I oblige and subject myself to serve SIX Years from 10 FEBRUARY (Date) 1967 (Year) / during minority until ______ (Date) (Year) unless sooner discharged by proper authority, and on the conditions provided by Section 5540 of Title 10 of the U. S. Code, as printed on the reverse side of this contract.

In the event of a National emergency declared by the President or in the event of war during my term of service in the Regular Navy, or in the event of a National emergency declared by the Congress or in the event of war during my term of service in the Naval Reserve, I oblige and subject myself to serve until six months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U. S. Code is not applicable in time of war.

I also oblige myself, during such service, to comply with and be subject to such laws as have been, or may hereafter be enacted by the Congress of the United States, and to regulations issued pursuant thereto, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by naval authorities.

**Third:** I am of the legal age to enlist; I have never deserted from and I am not a member of the Armed Forces of the United States, the U. S. Coast Guard or any reserve component thereof; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment.

**Fourth:** I understand that upon enlistment in a Reserve component of the United States Navy, or upon transfer or assignment thereto, in time of war or national emergency declared by the Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter.

**Fifth:** I understand that if I become a candidate for the Naval Academy and fail to pass the entrance examination, I will be returned to general service.

**Sixth:** I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment. EXCEPT AS PROVIDED IN BUPERSINST 1133.13C

**Enlistment Oath:** I, HAROLD EUGENE SIX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

SIGNATURE IN OWN HANDWRITING, SURNAME TO RIGHT Harold E. Six

Subscribed and sworn to before me this 10TH day of FEBRUARY, A. D. 1967 and contract perfected.

*Citizenship, as shown above, substantiated.

SIGNATURE AND RANK W. L. MCGONAGLE, CDR, USN OFFICIAL TITLE COMMANDING OFFICER USS LIBERTY (AGTR-5)

(See Art. 1268, U. S. Navy Regulations)

RETAIN IN SERV

AR 444

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

**PERSONAL DATA**

1. LAST NAME-FIRST NAME-MIDDLE NAME: SIX, HAROLD EUGENE
2. SERVICE NUMBER: NA
3. SOCIAL SECURITY NUMBER: 520 46 1848
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: NAVY-USN
5a. GRADE, RATE OR RANK: CTRI
b. PAY GRADE: E6
6. DATE OF RANK: DAY 01 MONTH JUN YEAR 70
7. U. S. CITIZEN: [X] YES [ ] NO
8. PLACE OF BIRTH (City and State or Country): TORRINGTON, WYOMING
9. DATE OF BIRTH: DAY 27 MONTH APR YEAR 46

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: NONE
b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: NA
c. DATE INDUCTED: DAY NA MONTH YEAR

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: DISCHARGED
b. STATION OR INSTALLATION AT WHICH EFFECTED: NAVAL STATION, T.I., SFRAN, CA 94130
c. REASON AND AUTHORITY: BUPERSMAN 3840240.2a 206- DISCHARGED WITHIN 03 MOS. OF EXPIRATION OF TERM OF ENLISTMENT
d. EFFECTIVE DATE: DAY 06 MONTH FEB YEAR 73
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: U.S. NAVCOMMSTA, PHILIPPINES
13a. CHARACTER OF SERVICE: HONORABLE
b. TYPE OF CERTIFICATE ISSUED: DD256N
14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: NA
15. REENLISTMENT CODE: RE-4

**SERVICE DATA**

16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION: DAY NA MONTH YEAR
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [X] REENLISTED [ ] OTHER
b. TERM OF SERVICE (Years): 06
c. DATE OF ENTRY: DAY 10 MONTH FEB YEAR 67
18. PRIOR REGULAR ENLISTMENTS: ONE
19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: CT3
20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): COVINA, LOS ANGELES, CA
21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code): COVINA, LOS ANGELES, CA

22. STATEMENT OF SERVICE

| 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 05 | 11 | 27 |
| | (2) OTHER SERVICE | 02 | 09 | 04 |
| | (3) TOTAL (Line (1) plus Line (2)) | 08 | 09 | 01 |
| b. TOTAL ACTIVE SERVICE | | 08 | 09 | 01 |
| c. FOREIGN AND/OR SEA SERVICE | | 03 | 02 | 03 |

23a. SPECIALTY NUMBER & TITLE: CT-0000
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 828-ELECTRONIC MECH
24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NDSM, IST GCM FOR PERIOD ENDING 5 MAY 68, NUCR, MUCR, COMBAT ACTION RIBBON, PRESIDENTIAL UNIT CITATION, PURPLE HEART, VSM, (1), VCM (D)
25. EDUCATION AND TRAINING COMPLETED: ECC FOR MRPO 1 EC
X
X
X
X
X

**VA AND EMP. SERVICE DATA**

26a. NON-PAY PERIODS TIME LOST (Preceding Two Years): TL: NONE
b. DAYS ACCRUED LEAVE PAID: 29
27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES [X] NO
b. AMOUNT OF ALLOTMENT: NA
c. MONTH ALLOTMENT DISCONTINUED: NA
28. VA CLAIM NUMBER: C. NONE
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [XX] $15,000 [ ] $10,000 [ ] $5,000 [ ] NONE

**REMARKS**

30. REMARKS: HIGH SCHOOL: 04 (GED), SERVED IN VIETNAM
X
X
X
X
X

**AUTHENTICATION**

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code): #3 PARADISE VALLEY, CARSON, CALIFORNIA 90745
32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: Harold E. Six
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: L. A. KIRKER, LT USN SEPARATIONS OFF BY DIR OF THE C.O.
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature]

DD FORM 1 JULY 70 214N
S/N 0102-002-0201

PREVIOUS EDITION OF THIS FORM IS TO BE USED.

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

3

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
S/N 0106-007-0920

Period of report: 2 Jun 1972 to 7 Jul 1972

| NAME (Last, First, Middle) | SERVICE NO. | RATE AND. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 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 | CTR1 | U. S. NAVCOMMSTA PHIL |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance during this reporting period; evaluate him on what he did. Describe what he did in the "Comments" section. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**1. PROFESSIONAL PERFORMANCE:** His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | XX | | | | * | * |

**2. MILITARY BEHAVIOR:** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | | | | | * XX | * |

**3. LEADERSHIP AND SUPERVISORY ABILITY:** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | XX | | | | * | * |

**4. MILITARY APPEARANCE:** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

**5. ADAPTABILITY:** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | XX | | | | * | * |

**6. DESCRIPTION OF ASSIGNED TASKS**

Performs analytical and statistical functions for communications research studies in signal propagation; drafts messages and other correspondence as required; produces "working aids" and other technical reports in support of SEVENTH Fleet units.

**7. EVALUATION OF PERFORMANCE** (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX has not distinguished himself during the period of this evaluation. There has been no appreciable change in his attitude or professional performance. He works to accomplish assigned tasks but is lax in checking the accuracy of his work and often requires supervision in completing routine and recurring tasks. Petty Officer SIX has a good technical background, but does not always apply his knowledge and experience to the best of his ability. He has frequently demonstrated his immaturity in his judgments, actions and ability to create enthusiasm for professionalism among his subordinates. A history of indebtedness, excessive drinking, and domestic difficulties have combined to create massive distraction from his professional assignment. In this respect, on 4 July 1972, Station Security Forces were required at his assigned govern-

**8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE**

Petty Officer SIX's failure to respond to the inherent demands at an overseas activity and to accept the responsibilities of a senior petty officer have caused numerous incidents at this command, including incidents at the Enlisted Men's Club, harassment of the Marine sentries, excessive drinking, and domestic difficulties which appear to be

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL ☐ TRANSFER ☒ OTHER Special | 13 Jul 72 | CDR M. HOPKINS, USN Executive Officer |

ENCLOSURE ( 1 )

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED & PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
| --- | --- | --- | --- |
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT.

(BLK # 7 CONT)

ment quarters to restore a degree of normalcy. On 7 July 1972, Petty Officer SIX was rendered ineligible for access or employment within the Naval Security Group Department of this command and was transferred to other duties. As a result of his demonstrated absence of reliability and failure to conform to meet minimum standards of personal behavior, Petty Officer SIX is not recommended for assignment to an overseas area. Further, he is not recommended for a position of trust and responsibility involving access to classified information or for advancement to Chief Petty Officer. His command of the English language, both orally and in written form is average.

(BLK # 8 CONT)

without resolution. The incident on 4 July 1972 during which he caused a considerable disturbance at his quarters, serves as an excellent example of his apparent inability to properly control his own actions.

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

S/N 0106-006-2300

**ADMINISTRATIVE REMARKS**

*See Art. B-2305, BuPers Manual*

SHIP OR STATION

U. S. NAVAL COMMUNICATION STATION PHILIPPINES

7 JUL 72: Terminate Shortage Specialty Pay effective this date, by reason of not assigned to an authorized billet. Appropriate personnel diary entries made.

V. MARSEGLIA, CWO2, USN, Personnel Officer
By direction of the Commanding Officer

---

30 JUL 72: Assigned a mark of 2.0 in Military Behavior due being lax in checking the accuracy of his work and often requires supervision in completing routine and recurring tasks. Also indebtedness, excessive drinking, and domestic difficulties have combined to create massive distraction from his professional assignment.

V. MARSEGLIA, CWO2, USN, PERSONNEL OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

---

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 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 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

S/N 0106-006-2300 **ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

30 JUL 72: Assigned a mark of 2.0 in Military Behavior due being lax in checking the accuracy of his work and often requires supervision in completing routine and recurring tasks. Also indebtedness, excessive drinking, and domestic difficulties have combined to create massive distraction from his professional assignment.

V. MARSEGLIA, CWO2, USN, PERSONNEL OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 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 | USN |

Enclosure #3

ENLISTED PERFORMANCE RECORD

*See Art. B-2305, BuPers Manual

| 1. DATE | 2. REASON | 3. RATE | 4. TRAITS: PROFESSIONAL PERFORMANCE | MILITARY BEHAVIOR | LEADERSHIP AND SUPERVISORY ABILITY | MILITARY APPEARANCE | ADAPTABILITY | 5. SHIP OR ACTIVITY | 6. INITIALS* |
|---|---|---|---|---|---|---|---|---|---|
| 10FEB67 | M | CT3 | REENLISTED ON BOARD THIS DATE | | | | | USS LIBERTY (AGTR-5) | EMA |
| 24JUL67 | M | CTR3 | RECOMMENDED FOR CTR2 | | | | | NAVCOMMSTA SDIEGO | [illegible] |
| 16OCT67 | P | CT3 | 3.6 | 3.6 | 3.6 | 3.4 | 3.8 | NAVCOMMSTA SDIEGO | [illegible] |
| 16MAY68 | P | CT2 | 3.2 | 3.2 | 3.0 | 2.8 | 3.2 | NAVCOMMSTA SDIEGO | LJG |
| 16NOV68 | P | CT2 | 3.6 | 3.6 | 3.4 | 3.4 | 3.6 | NAVCOMMSTA SDIEGO | LJG |
| 26MAY69 | M | CT2 | RECOMMENDED FOR ADVANCEMENT TO CT1 | | | | | NAVCOMMSTA SDIEGO | LJG |
| 16MAY69 | P | CT2 | 3.4 | 3.6 | 3.2 | 3.4 | 3.2 | NAVCOMMSTA SDIEGO | LJG |
| 18JUN69 | M | CT2 | RECOMMENDATION FOR ADVANCEMENT TO CT1 WITHDRAWN. | | | | | NAVCOMMSTA SDIEGO | LJG |
| 15AUG69 | T | CT2 | 3.2 | 3.6 | 3.4 | 3.4 | 3.4 | NAVCOMMSTA SDIEGO | LJG |
| 16 NOV 69 | P | CT2 | LESS THAN NINETY DAYS. | | | | | NSGA, FT. MEADE, MD. | RFL |
| 27 JAN 70 | M | CT2 | Recommended for CT1 | | | | | NSGA, FT. MEADE, MD | MUM |
| [illegible] APR 70 | T | CTR2 | N.O. | 3.6 | N.O. | 3.4 | 3.6 | [illegible] NSGA FT. MEADE MD. | [illegible] |
| 6 JUN 70 | P | CT1 | LESS THAN NINETY DAYS | | | | | NAVCOMMSTA PHIL | [illegible] |
| 1 DEC 70 | P | CTR1 | 3.6 | 3.6 | 3.4 | 3.5 | 3.6 | US NAVCOMMSTA PHIL | [illegible] |
| 1APR71 | T | CTR1 | 3.6 | 3.6 | 3.8 | 3.8 | 3.8 | [illegible] DA NANG DETACHMENT ALFA | [illegible] |
| 01JUN71 | P | CTR1 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | NAVCOMMSTA PHIL | VM |
| 6NOV71 | M | CTR1 | 3.6 | 3.4 | 3.4 | 3.8 | 3.6 | FLTSUPPDET, RVN NAVCOMMSTA PHIL | VM |
| 1JUN72 | P | CTR1 | 3.2 | 3.0 | 3.0 | 3.8 | 3.2 | NAVCOMMSTA PHIL | VM |
| 07JUL72 | M | CTR1 | 3.2 | 2.0 | 3.2 | 3.4 | 3.2 | NAVCOMMSTA PHIL | VM |

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|
| STIX | HAROLD | EUGENE | 520 46 1646 / 777 58 53 |

ENLISTED PERFORMANCE RECORD— NAVPERS 601-9 (Rev. 8-59) 9 1

# NAVY OCCUPATION/TRAINING AND AWARDS HISTORY

*See Art B-2305, BuPers Manual

CONTINUOUS ACTIVE DUTY DATE:

## 1. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 31AUG67 | 2405 | 0000 | [signature] |
| 01NOV71 | 0000 | 0000 | [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 2. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## 3. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | HIGH SCHOOL GRADUATION (In-Service Equivalent) | | NAME & LOCATION OF HIGH SCHOOL | |
|---|---|---|---|---|
| GED TESTS | DATE PASSED | OFF. INITIALS | | |
| | ONE YEAR COLLEGE (In-Service Equivalent) | | | |
| CC TESTS GEN EXAMS | DATE PASSED | OFF. INITIALS | DATE OF DIPLOMA | OFF. INITIALS |

## 4. RECORD OF NAVY SERVICE SCHOOLS ATTENDED (CLASS A, B, C, P AND FUNCTIONAL SCHOOLS)

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (00-99) (63 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

| NAME (Last, First, Middle) | SERVICE NUMBER | BRANCH | CLASS |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53<br>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 | USN | |



AR 451

BUPERS USE ONLY

P601-2

BUPERS USE ONLY

# RECORD OF EMERGENCY DATA

| 1. STATUS INACTIVE | 2. MARRIED WOMAN | DEPENDENTS CLAIMED: | 3. WIFE | 4. DEPENDENT HUSBAND | 5. SPOUSE IN SERVICE | 6. CHILDREN (NO. OF) |
|---|---|---|---|---|---|---|
| | | | X | | | 3 |

| 7. PARENTS (NO. OF) | 8. OTHER (NO. OF) | 9. UNIT I.D. CODE | 10. SHIP OR STATION |
|---|---|---|---|
| | | 00927 | U. S. NAVCOMMSTA PHIL |

| 11. NAME OF SPOUSE | 12. PLACE OF MARRIAGE | 13. DATE MARRIED |
|---|---|---|
| LUCY GLADYS (SHEPPARD) SIX | CHULA VISTA, CALIF. | 68JUL05 |

| 14. ADDRESS OF SPOUSE incl. ZIP CODE | 15. CIT. OF SPOUSE |
|---|---|
| 7130-A, U.S. NAVCOMMSTA PHIL, SAN MIGUEL, R.P. | US |

| 16. NAMES OF CHILDREN | ADDRESS incl. ZIP CODE | SEX | DATE OF BIRTH | DEP. |
|---|---|---|---|---|
| TAMMY LYNN SHEPPARD | 7130-A U.S. NAVCOMMSTA PHIL | F | 64APR04 | YES |
| CYNTHIA ANN SHEPPARD | 7130-A U.S. NAVCOMMSTA PHIL | F | 67APR16 | YES |
| HAROLD EUGENE SIX JR. | 7130-A U.S. NAVCOMMSTA PHIL | M | 68OCT24 | YES |

| | NAME | ADDRESS incl. ZIP CODE | RELATIONSHIP | DEP. |
|---|---|---|---|---|
| 17. FATHER | HAROLD OTIS SIX | DECEASED | | |
| 18. MOTHER | CRYSTAL MAE (FOSTER) SIX | 4300 HOLT BLVD, MONTCLAIR, CALIF. 91763 | | NO |
| 19. OTHERS | | | | |
| 20. NEXT OF KIN OF SPOUSE (NOT HUSBAND/WIFE) | CLAYDES (LASHUA) MORSE | DECEASED | | |

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE. IS BENEFICIARY DESIGNATION OF S.G.L.I. ON FILE? YES XX NO.

21.-23. DESIGNATIONS (not applicable to inactive Fleet Reservists and retired members.)

| | NAME | ADDRESS incl. ZIP CODE | RELATIONSHIP | % |
|---|---|---|---|---|
| 21. BENEFICIARY(S) FOR UNPAID PAY AND ALLOW. | LUCY GLADYS SIX | 7130-A U.S. NAVCOMMSTA PHIL | WIFE | 100 |
| 22. PERSON TO RECEIVE ALLOTMENT IF MISSING | LUCY GLADYS SIX | 7130-A U.S. NAVCOMMSTA PHIL | | %@ MO. 100 |
| 23. BENEFICIARY(S) FOR GRATUITY PAY (No spouse or children surviving) | CRYSTAL MAE (FOSTER) SIX | 4300 HOLT BLVD, MONTCLAIR, CALIF. 91763 | MOTHER | 100 |

| 24. INSURANCE DATA: NAME OF COMPANY OR AGENCY | ADDRESS incl. ZIP CODE | POLICY NUMBER |
|---|---|---|
| SGLI | 212 WASH. ST., NEWARK, N.J. | UNKNOWN |

25. LOCATION OF WILL OR OTHER VALUABLE PAPERS:
7130-A U.S. NAVCOMMSTA PHIL, SAN MIGUEL, R.P.

| 26. SIGNATURE OF DESIGNATOR | 27. SIGNATURE AND TITLE OF WITNESS |
|---|---|
| Harold Eugene Six (signature) HAROLD E. SIX | (signature) M. L. FERATE, YN2, USN |

| 28. SERVICE NUMBER | 29. SSAN | 30. DATE SIGNED | 31. RELIGION | 32. BRANCH/CLASS |
|---|---|---|---|---|
| | 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 | 72JUL28 | ROM CATH | USN |

| 33. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE) | 34. GRADE/RATE |
|---|---|
| SIX, HAROLD EUGENE | CTR1 |

RECORD OF EMERGENCY DATA NAVPERS 1070/602 (11/69) (Formerly NAVI

SERVICE RECOI

S/N 0106-006-2200

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 30JUL72 | 26 MONTHS | COMMANDING OFFICER NAVSTA TREASURE ISLAND CALIF |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | FOR TEMDU FOR FURTHER DISPO BY CHNAVPERS |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| FN CHNAVPERS MSG 141515Z JUL72 | [signature] V. MARSEGLIA, CWO2, USN, PERSONNEL OFFICER BY DIRECTION OF THE COMMANDING OFFICER |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

NAVSTA TI SFRAN, REP 2 AUG 1972 DEP

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| [signature] H. T. Vick<br>H. T. VICK, YNCM, USN, BY DIR OF THE CO | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD E. | | USN |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61)

12

AR 453

S/N 0106-006-2300 **ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

U. S. NAVAL COMMUNICATION STATION PHILIPPINES

7 JUL 72: Terminate Shortage Specialty Pay effective this date, by reason of not assigned to an authorized billet. Appropriate personnel diary entries made.

V. MARSEGLIA, CWO2, USN, Personnel Officer
By direction of the Commanding Officer

| NAME *(Last, First, Middle)* | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 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 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

912220G10122 | P601-2 |

RECORD OF EMERGENCY DATA

X | 3

00927 | U. S. NAVCOMMSTA PHIL

| LUCY GLADYS (SHEPPARD) SIX | CHULA VISTA, CALIF. | 68JUL05 |
|---|---|---|
| 14. ADDRESS OF SPOUSE incl. ZIP CODE<br>7130-A, U.S. NAVCOMMSTA PHIL, SAN MIGUEL, R.P. | | 15. CIT. OF SPOUSE<br>US |

| 16. NAMES OF CHILDREN | ADDRESS incl. ZIP CODE | SEX | DATE OF BIRTH | DEP. |
|---|---|---|---|---|
| TAMMY LYNN SHEPPARD | 7130-A U.S. NAVCOMMSTA PHIL | F | 64APR04 | YES |
| CYNTHIA ANN SHEPPARD | 7130-A U.S. NAVCOMMSTA PHIL | F | 67APR16 | YES |
| HAROLD EUGENE SIX JR. | 7130-A U.S. NAVCOMMSTA PHIL | M | 68OCT24 | YES |

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | DEP. |
|---|---|---|---|
| 17. FATHER<br>HAROLD OTIS SIX | DECEASED | | |
| 18. MOTHER<br>CRYSTAL MAE (FOSTER) SIX | 4300 HOLT BLVD, MONTCLAIR, CALIF. 91763 | | NO |
| 19. OTHERS | | | |
| 20. NEXT OF KIN OF SPOUSE (NOT HUSBAND/WIFE)<br>CLAYDES (LASHUA) MORSE | DECEASED | | |

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE. IS BENEFICIARY DESIGNATION OF S.G.L.I. ON FILE? YES XX NO.

21.-23. DESIGNATIONS (not applicable to inactive Fleet Reservists and retired members.)

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | % |
|---|---|---|---|
| 21. BENEFICIARY(S) FOR UNPAID PAY AND ALLOW.<br>LUCY GLADYS SIX | 7130-A U.S. NAVCOMMSTA PHIL | WIFE | 100 |
| 22. PERSON TO RECEIVE ALLOTMENT IF MISSING<br>LUCY GLADYS SIX | 7130-A U.S. NAVCOMMSTA PHIL | | %@ MO.. 100 |
| 23. BENEFICIARY(S) FOR GRATUITY PAY (No spouse or children surviving)<br>CRYSTAL MAE (FOSTER) SIX | 4300 HOLT BLVD, MONTCLAIR, CALIF. 91763 | MOTHER | 100 |

| 24. INSURANCE DATA: NAME OF COMPANY OR AGENCY | ADDRESS incl. ZIP CODE | POLICY NUMBER |
|---|---|---|
| SGLI | 212 WASH. ST., NEWARK, N.J. | UNKNOWN |

25. LOCATION OF WILL OR OTHER VALUABLE PAPERS:
7130-A U.S. NAVCOMMSTA PHIL, SAN MIGUEL, R.P.

Harold Eugene Six
HAROLD E. SIX

M. L. Ferate
M. L. FERATE, YN2, USN

| 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 | 72JUL28 | ROM CATH | USN

SIX, HAROLD EUGENE | CTR1

RECORD OF EMERGENCY DATA NAVPERS 1070/602 (11/69) (Former

20