921330002101

P601-2

RECORD OF EMERGENCY DATA

X 3

00927 U. S. NAVCOMMSTA PHIL

LUCY GLADYS (SHEPPARD) SIX | CHULA VISTA, CALIF. | 68JUL05

14. ADDRESS OF SPOUSE incl. ZIP CODE
7130A, U.S.NAVCOMMSTA PHIL, SAN MIGUEL, R.P.

15. CIT. OF SPOUSE
US

| 16. NAMES OF CHILDREN | ADDRESS incl. ZIP CODE | SEX | DATE OF BIRTH | DEP. |
|---|---|---|---|---|
| TAMMY LYNN SHEPPARD | 7130A U.S.NAVCOMMSTA PHIL | F | 64APR04 | YES |
| CYNTHIA ANN SHEPPARD | 7130A U.S.NAVCOMMSTA PHIL | F | 67APR16 | YES |
| HAROLD EUGENE SIX JR. | 7130A U.S.NAVCOMMSTA PHIL | M | 68OCT24 | YES |

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | DEP. |
|---|---|---|---|
| 17. FATHER<br>HAROLD OTIS SIX | DECEASED | | |
| 18. MOTHER<br>CRYSTAL MAE (FOSTER) SIX | 400 HOLT BLVD, MONTCLAIR, CALIF. 91763 | | NO |
| 19. OTHERS | | | |
| 20. NEXT OF KIN OF SPOUSE (NOT HUSBAND/WIFE)<br>CLAYDES (LASHUA) MORSE | DECEASED | | |

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE. IS BENEFICIARY DESIGNATION OF S.G.L.I. ON FILE? YES X NO.

21.-23. DESIGNATIONS (not applicable to inactive Fleet Reservists and retired members.)

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | % |
|---|---|---|---|
| 21. BENEFICIARY(S) FOR UNPAID PAY AND ALLOW.<br>LUCY GLADYS SIX | 7130A U.S.NAVCOMMSTA PHIL | WIFE | 100 |
| 22. PERSON TO RECEIVE ALLOTMENT IF MISSING<br>LUCY GLADYS SIX | 7130A U.S.NAVCOMMSTA PHIL | | %@ MO. 100 |
| 23. BENEFICIARY(S) FOR GRATUITY PAY (No spouse or children surviving)<br>CRYSTAL MAE (FOSTER) SIX | 400 HOLT BLVD, MONTCLAIR, CALIF. 91763 | MOTHER | 100 |

| 24. INSURANCE DATA: NAME OF COMPANY OR AGENCY | ADDRESS incl. ZIP CODE | POLICY NUMBER |
|---|---|---|
| SGLI | 212 WASH.ST., NEWARK, N.J. | UNKNOWN |

25. LOCATION OF WILL OR OTHER VALUABLE PAPERS:
7130A U.S. NAVCOMMSTA PHIL, SAN MIGUEL, ZAMBALES, R.P.

Harold E. Six
HAROLD E. SIX

D S Marshall
D.S.MARSHALL, RECEIPT PN

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 | 72APR21 | ROM CATH | USN

SIX, HAROLD EUGENE | CTR1

AR 456

RECORD OF EMERGENCY DATA NAVPERS 1070/602 (11/69) (Formerly NAVPERS 601-2) S/N-0106-018-6020

**ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION
U.S. NAVAL COMMUNICATION STATION, PHILIPPINES

U.S. U.S. NAVAL COMMUNICATION STATION, PHILIPPINES

10 MAY 72: I HAVE READ THE CONTENTS OF BUPERSMAN 3420220 AND I UNDERSTAND THAT AN ESTABLISHED PATTERN SHOWING DISHONORABLE FAILURE TO PAY JUST DEBTS MAY LEAD TO SEPARATION BY REASON OF UNFITNESS WITH AN UNDESIRABLE DISCHARGE, OR A MORE CREDITABLE TYPE DISCHARGE WHEN IT IS WARRENTED BY THE PARTICULAR CIRCUMSTANCES IN A GIVEN CASE.

Harold Eugene Six
HAROLD EUGENE SIX

WITNESSED: [signature]
V. MARSEGLIA, CWO2, USN
PERSONNEL OFFICER

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
| --- | --- | --- |
| SIX, HAROLD EUGENE | 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 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

13

☆ U.S. GOVERNMENT PRINTING OFFICE: 1970-979-980-361

9101800012043 | P601-2 |

RECORD OF EMERGENCY DATA

X | #3

00927 | U. S. NAVCOMMSTA PHIL

LUCY GLADYS {SHEPPARD} SIX | CHULA VISTA, CALIF. | 05JUL68

| 14. ADDRESS OF SPOUSE incl. ZIP CODE | | | | 15. CIT. OF SPOUSE |
|---|---|---|---|---|
| 7130A, U. S. NAVCOMMSTA, SAN MIGUEL, R.P. | | | | US |

| 16. NAMES OF CHILDREN | ADDRESS incl. ZIP CODE | SEX | DATE OF BIRTH | DEP. |
|---|---|---|---|---|
| TAMMY LYNN SHEPPARD | SAME AS ITEM 14 | F | 04APR64 | YES |
| CYNTHIA ANN SHEPPARD | SAME AS ITEM 14 | F | 16APR67 | YES |
| HAROLD EUGENE SIX JR. | SAME AS ITEM 14 | M | 24OCT68 | YES |

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | DEP. |
|---|---|---|---|
| 17. FATHER<br>HAROLD OTIS SIX | DECEASED | | |
| 18. MOTHER<br>CRYSTAL MAE{FOSTER} SIX | 522 LAURA ST., APT C, LA PUENTA, CA.91744 | | NO |
| 19. OTHERS | | | |
| 20. NEXT OF KIN OF SPOUSE (NOT HUSBAND/WIFE)<br>CLAYDES{LASHUA} MORSE | 22432 S. GRACE AVE., WILMINGTON, CALIF. | MOTHER | NO |

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE. IS BENEFICIARY DESIGNATION OF S.G.L.I. ON FILE? YES X NO.

21.-23.DESIGNATIONS (not applicable to inactive Fleet Reservists and retired members.)

| | ADDRESS incl. ZIP CODE | RELATIONSHIP | % |
|---|---|---|---|
| 21. BENEFICIARY(S) FOR UNPAID PAY AND ALLOW.<br>LUCY GLADYS SIX | SAME AS ITEM 14 | WIFE | 100 |
| 22. PERSON TO RECEIVE ALLOTMENT IF MISSING<br>LUCY GLADYS SIX | SAME AS ITEM 14 | | %@ MO.: 100 |
| 23. BENEFICIARY(S) FOR GRATUITY PAY (No spouse or children surviving)<br>CRYSTAL MAE {FOSTER} SIX | SAME AS ITEM 18 | MOTHER | 100 |

| 24. INSURANCE DATA: NAME OF COMPANY OR AGENCY | ADDRESS incl. ZIP CODE | POLICY NUMBER |
|---|---|---|
| SGLI | 212 WASH. ST., NEWARK, N.J. | UNKNOWN |

25. LOCATION OF WILL OR OTHER VALUABLE PAPERS:
SAME AS ITEM 14

Harold Eugene Six — HAROLD EUGENE SIX

D S Marshall — D. S. MARSHALL, RECEIPT PN

777 58 53 | 520 46 1848 | 72JAN07 | ROM CATH | USN

SIX, HAROLD EUGENE | USN CTR1

AR 458

RECORD OF EMERGENCY DATA NAVPERS 1070/602 (11/69) (Formerly NAVPERS 601-2) S/N-0106-018-1 OCR COPY

ADMINISTRATIVE REMARKS

See Art. B-2305, BuPers Manual

SHIP OR STATION
U. S. NAVAL FACILITY, DA NANG, DETACHMENT ALFA, PHU BAI, REPUBLIC OF VIETNAM

29 DEC 70: Authorized to wear the Vietnam Service Medal with one bronze star for duty in Vietnam while serving in a temporary additional duty status with this command. Auth: SECNAVINST 1650.1D of 17 DEC 68. Medal was issued.

H. R. HUSTED, JR., CWO-2, USN
ADMIN OFF BY DIR OF THE CO

1 APR 71: Petty Officer SIX is not authorized to wear the Republic of Vietnam Campaign Medal; however, he served on board this command for which the Republic of Vietnam Campaign Medal is authorized, during the period indicated below for credit towards future eligibility:

29 DEC 70 - 1 APR 71

H.R. HUSTED, JR., CWO-2, USN
ADMIN OFF BY DIR OF THE CO

1 JUL 71: Awarded Shortage Specialty Pay (P-2-$75) effective this date, based on RATING of CTR in accordance with BUPERSINST 1430.12J. This award will continue in effect until terminated by loss of eligibility.

V. MARSEGLIA, CWO2, USN, Personnel Officer
By direction of the Commanding Officer

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) 0105-900-9010

520 46 1848 NAVY-OKINAWA 13 6

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 17 SEP 71 | -------------------- | OIC, NAVCOMMSTAPHIL, FLT SUPPORT DET, DANANG, RVN |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | TEMADD 45 DAYS & COMPRET |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| CHAP 23, TRANSMAN | W. D. VINSON, LT, USN, NSGD PERS SERV OFF BY DIRECTION OF THE COMMANDING OFFICER |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| U. S. NAVCOMMSTA PHILIPPINES | 07 NOV 1971 | W. D. VINSON, LT, USN NSGD PERS SERV OFF BY DIRECTION OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 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<br>777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61)

12

S/N 0106-006-2200

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 17 SEP 71 | ———————— | OIC, NAVCOMMSTAPHIL, FLT SUPPORT DET, DANANG, RVN |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTR1 | TEMADD 45 DAYS & COMPRET |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| CHAP 23, TRANSMAN | W. D. VINSON, LT, USN, NSGD PERS SERV OFF<br>BY DIRECTION OF THE COMMANDING OFFICER |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 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<br>777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61)

12

S/N 0106-006-2200

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: U. S. NAVAL COMMUNICATION STATION PHILIPPINES

DATE TRANSFERRED: 29DEC70
NO. MOS. S/FSD THIS COMMAND: --
ACTIVITY TO WHICH TRANSFERRED: CO, NAVFAC DANANG FOR ADMINISTRATIVE PURPOSES AND TO OIC, NAVAL FACILITY, DETACHMENT ALFA

RATE: CTR1
PURPOSE OF TRANSFER (Duty, Instruction, etc.): TEMADD 90 DAYS & COMPRET

AUTH: CHAP 23, TRANSMAN
SIGNATURE AND RANK*: V. MORALES, LTJG, USN, NSGD PERS SERV OFF BY DIRECTION OF THE COMMANDING OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
DETACHMENT ALFA, NAVFAC, DANANG, RVN
REPORTED: 0800, 29 DEC 70
DEPARTED: 0800, 1 APR 1971
H. R. HUSTED, JR., CWO-2, USN ADMIN OFF BY DIR OF THE CO

REPORTED AT (Ultimate destination): U. S. NAVCOMMSTA PHILIPPINES
DATE REPORTED: 04 APR 1971
SIGNATURE AND RANK*: V. MORALES, LTJG, USN NSGD PERS SERV OFF BY DIRECTION OF THE C.O.

NAME (Last, first, middle): SIX, HAROLD EUGENE
SERVICE NO: 777 58 53
BRANCH AND CLASS: USN

DATE TRANSFERRED
NO. MOS. S/FSD THIS COMMAND
ACTIVITY TO WHICH TRANSFERRED
RATE
PURPOSE OF TRANSFER (Duty, Instruction, etc.)
AUTH:
SIGNATURE AND RANK*
FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
REPORTED AT (Ultimate destination)
DATE REPORTED
SIGNATURE AND RANK*
NAME (Last, first, middle)
SERVICE NO.
BRANCH AND CLASS

DATE TRANSFERRED
NO. MOS. S/FSD THIS COMMAND
ACTIVITY TO WHICH TRANSFERRED
RATE
PURPOSE OF TRANSFER (Duty, Instruction, etc.)
AUTH:
SIGNATURE AND RANK*
FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)
REPORTED AT (Ultimate destination)
DATE REPORTED
SIGNATURE AND RANK*
NAME (Last, first, middle)
SERVICE NO.
BRANCH AND CLASS

0105-900-9010 **ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

U. S. NAVAL COMMUNICATION STATION PHILIPPINES

12 JUN 70: Awarded Proficiency Pay (Specialty)(P-2-75) based on assignment of NEC 2405 as reflected in BUPERS Report 1080-14 for accounting period APR 70. Such award to commence 19 MAY 70 in accordance with BUPERSINST 1430.12I. This award shall continue in effect until terminated on 30 JUN 70.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the Commanding Officer

---

30 JUN 1970 Terminated Proficiency Pay (Specialty) (P-2-75) effective this date, by reason of END OF FISCAL YEAR. Appropriate personnel diary entries made.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

---

01 JUL 1970 Awarded Proficiency Pay (Specialty) (P-2-75) based on assignment of NEC 2405 as reflected in BUPERS Report 1080-14 for accounting period MAY 70. Such award to commence 1 JUL 70 in accordance with BUPERSINST 1430.12I. This award shall continue in effect until terminated on 30 JUN 71.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 33 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

ADMINISTRATIVE REMARKS — See Art. B-2305, BuPers Manual

SHIP OR STATION

U. S. NAVAL COMMUNICATION STATION PHILIPPINES

06 JUL 70: Authorized to wear the Combat Action Ribbon for service, while on board the USS LIBERTY (AGTR-5), during the period of 30 May 66 to 09 June 67. AUTH: Pers-G25-MB/cb of 23 June 1970.

W. R. SMITH, LT, USN
Personnel Officer
By direction of Commanding Officer

13 JUL 70: Authorized to wear the Meritorious Unit Citation Ribbon for service while attached to the Naval Communication Station, San Diego California. from 10 Jul 67 to 24 JUL 67. AUTH: BUPERSNOTE 1650 Pers-G25-IPB/ks of 15 DEC 69.

W. R. SMITH, LT, USN
Personnel Officer
By direction of Commanding Officer

17 JUL 1970 Assigned rating designator CT R for purposes of identifying SIX as being in the Communications Technician COLLECTION Branch. AUTH. BUPERSNOTE 1440 of 6 APR 1970.

W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS NAVPERS 601-13 (Rev. 12-61) 13

18

# RECORD OF EMERGENCY DATA

| 1. SHIP OR STATION | | | | |
|---|---|---|---|---|
| U. S. NAVAL COMMUNICATION STATION PHILIPPINES | | | | |

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| LUCY GLADYS (SHEPPARD) SIX | CHULA VISTA, CALIF | 05 JUL 68 |
| ADDRESS | | CITIZENSHIP |
| APT. #1, MILLAN'S COMPOUND, SAN ANTONIO, ZAMBALES | | U. S. |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| TAMMY LYNN SHEPPARD | SAME AS # TWO | F | 04 APR 64 | YES |
| CYNTHIA ANN SHEPPARD | SAME AS # TWO | F | 16 APR 67 | YES |
| HAROLD EUGENE SIX JR. | SAME AS # TWO | M | 24 OCT 68 | YES |

| | ADDRESS | RELATIONSHIP | DEP. |
|---|---|---|---|
| 4. FATHER: HAROLD OTIS SIX | (DECEASED) | | |
| 5. MOTHER: CRYSTAL MAE(FOSTER) SIX | 552 LARRA ST. , APT C LA PUENTA, CALIF. 91744 | | NO |
| 6. OTHER: Name: NONE | Address: | Relationship: | Dep. |
| 7. NEXT OF KIN OF SPOUSE: CLAYDES(LASHUA) MORSE | 22432 S. GRACE AVE., WILMINGTON, CALIFORNIA | MOTHER | NO |

## 8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| LUCY GLADYS (SHEPARD) SIX | SAME AS # TWO | WIFE | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| LUCY GLADYS (SHEPPARD) SIX | SAME AS # TWO | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| CRYSTAL MAE (FOSTER) SIX | SAME AS # FIVE | MOTHER | 100 |

## 9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI | OFFICE OF SERVICEMAN'S GROUP LIFE INSQ 212 WASHINGTONS ST., NEWARK, N. J. | UNKNOWN |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | CATH | 520 46 1848 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| [signature] | [signature] ROBERT R. HITT, PNSA, USN | 18 AUG 70 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | CTR2 | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (REV 11-65) 0105-900-8860 2

AR 465

ADMINISTRATIVE REMARKS

See Art. B-2305, BuPers Manual

SHIP OR STATION
NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA 92132

16 Jan 68: Awarded Proficiency Pay (Specialty) P-2 effective 10 JUL 67 based on NEC of 2405 . AUTH: BUPERSINST 1430.12C. This will continue in effect until terminated by loss of eligibility.

LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

---

16 MAY 68: Assigned a mark of 2.8 in Military Appearance due to SIX's soiled uniforms and general poor grooming. Petty Officer SIX's appearance is unbecoming a second class petty officer and is definitely not within prescribed Navy standards.

LOUIS J. GIEFER
PERS OFF BY DIR OF THE C.O.

---

1 JUL 68: I hereby acknowledge receipt of Navy Good Conduct Medal (First Award) for service ending 5 May 1968. AUTH: BUPERS ltr Pers-E34-VLH:mhb of 24 June 1968.

HAROLD EUGENE SIX

WITNESSED: LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

---

01 JUN 70: Advance to CTR 1 effective 01 JUN 70 for pay and precedence purpose. For the purpose of final multiple computation and determining eligibility for advancement to the higher pay grade, SIX'S service in pay grade E-6 is considered to date from 01 MAY 70. AUTH: CO. NEC ADV LTR NO 1-70 of 01 APR 70. The data listed for SIX in the Examination Status Verification Report has been verified in accordance with NEC VERIF. LTR NO. VL -69 of 14 MAR 69 CH-1

W. R. SMITH, LT, USN, Personnel Officer
By direction of the Commanding Officer

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) 0105-401-2103

13

# RECORD OF EMERGENCY DATA

1. SHIP OR STATION: U. S. NAVAL COMMUNICATION STATION PHILIPPINES

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| Lucy Gladys(SHEPPARD)SIX | CHULA VISTA, CALIF. | 05 JUL 68 |

| ADDRESS | CITIZENSHIP |
|---|---|
| 22432 S. GRACE WILMINGTON, CALIF. 90074 | U. S. |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| Tammy Lynn SHEPPARD | Same as # 2 | F | 04 APR 64 | YES |
| Cynthis Ann SHEPPARD | Same as # 2 | F | 16 APR 67 | YES |
| Harold Eugene SIX JR. | Same as # 2 | M | 24 OCT 68 | YES |

| | NAME | ADDRESS | RELATIONSHIP | DEP. |
|---|---|---|---|---|
| 4. FATHER | Harold Otis SIX | (DECEASED) | | |
| 5. MOTHER | Crystal Mae(FOSTER) SIX | 552 LAURA, APT. C. LA PUENTA, CALIF. 91744 | | NO |
| 6. OTHER | NONE | | | |
| 7. NEXT OF KIN OF SPOUSE | Gladys(LASHUA)MORSE | 22432 S. GRACE AVE., WILMINGTON, CALIF. | MOTHER | NO |

## 8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Lucy Gladys(SHEPPARD)SIX | Same as # 2 | WIFE | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| Lucy Gladys(SHEPPARD)SIX | Same as # 2 | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Crystal Mae(FOSTER)SIX | Same as # 5 | MOTHER | 100 |

## 9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI | Office Of Servicemen's Group Life Ins. 212 Washington St. NEWARK, N. J. | UNKNOWN |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | CATH | 520 46 1848 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| Harold E Six | Terry J. SANNITA, PN3, USN, RECEIPTS PN | 20 MAY 70 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTR2 | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (REV 11-65) 0105-900-8860 2 1

AR 467

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED | | |
|---|---|---|---|---|
| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) | | | |
| AUTH: | | SIGNATURE AND RANK* | | |
| FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary) | | | | |
| REPORTED AT (Ultimate destination) | | DATE REPORTED | SIGNATURE AND RANK* | |
| NAME (Last, first, middle) | | | SERVICE NO | BRANCH AND CLASS |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED | | |
|---|---|---|---|---|
| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) | | | |
| AUTH: | | SIGNATURE AND RANK* | | |
| FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary) | | | | |
| REPORTED AT (Ultimate destination) | | DATE REPORTED | SIGNATURE AND RANK* | |
| NAME (Last, first, middle) | | | SERVICE NO. | BRANCH AND CLASS |

| DATE TRANSFERRED: 03 APR 70 | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED: NAVCOMMSTA PHILIPPINES | | |
|---|---|---|---|---|
| RATE: CT2 | PURPOSE OF TRANSFER (Duty, Instruction, etc.): FORDU OVERSEAS SHORE WITH NAVSECGRUDEPT IN BILLET RR6911 | | | |
| AUTH: BUPERS TC B3459 ENL ASSIG DIR DATED 12/11/69 | | SIGNATURE AND RANK*: R. F. Litzinger (signature) R. F. LITZINGER, LCDR, USN, PERS OFF BY DIRECTION OF THE COMMANDING OFFICER | | |
| FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary) | | | | |
| REPORTED AT (Ultimate destination): NAVCOMMSTA PHILIPPINES | | DATE REPORTED: 19 MAY 70 | SIGNATURE AND RANK*: (signature) W. R. SMITH, LT, USN Personnel Officer By direction of the CO | |
| NAME (Last, first, middle): STX, Harold Eugene | | | SERVICE NO.: 777 58 53 | BRANCH AND CLASS: USN |

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual*

SHIP OR STATION

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (*Last, first, middle*) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 15AUG69 | NONE | COMMANDING OFFICER NAVAL SECURITY GROUP ACTIVITY FT GEORGE G MEADE MARYLAND. |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| CT2 | FOR 24 WKS DUINS WITH NATIONAL CRYPTOLOGIC SCOL BUPERS SCOL CODE 2073. |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| BUPERS TC B1129. | LOUIS J. GIEFER, PERS OFF BY DIRECTION OF THE C. O. |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVAL SECURITY GROUP ACTIVITY, FORT GEORGE G. MEADE, MD. 20755 NSA FOR SCHOOL | 1140, 22 SEP 69 | R. V. ROPPE, LTJG, USNR Assistant Personnel Officer By direction of the Commanding Officer |

| NAME (*Last, first, middle*) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (*Last, first, middle*) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61) 0105-401-2001 12

# RECORD OF EMERGENCY DATA

1. SHIP OR STATION
Naval Security Group Activity, Fort George G. Meade, Maryland 20755

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| Lucy Gladys (Sheppard) Six | Chula Cista, California | 7-5-68 |

| ADDRESS | CITIZENSHIP |
|---|---|
| 383 Palm Ave., Apt. E, Imperial Beach, California 920 32 | US |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| Tammy Lynn Sheppard | 383 Palm Ave.,Apt. E. Imperial Beach, California 92032 | F | 4-4-64 | YES |
| Cynthia Ann Sheppard | 383 Palm Ave., Apt. E Imperial Beach, California 92032 | F | 4-16-67 | YES |
| Harold Eugene Six, Jr. | 383 Palm Ave., Apt. E Imperial Beach, California 92032 | M | 10-24-68 | YES |

| | ADDRESS | RELATIONSHIP | DEP. |
|---|---|---|---|
| 4. FATHER: Harold Otis Six (Deceased) | | | |
| 5. MOTHER: Crystal Mae (Foster) Six | 552 Laura, Apt. C,La Puenta, California 91744 | | NO |
| 6. OTHER: Name: NONE | | | |
| 7. NEXT OF KIN OF SPOUSE: Gladys (Lashua) Morse | 22432 S. Grace Ave.,Wilmington,Calif. 90744 | Mother | NO |

8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Lucy Gladys (Sheppard) Six | 383 Palm Ave., Apt. E Imperial Beach, California 92032 | Wife | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| Lucy Gladys (Sheppard) Six | 383 Palm Ave., Apt. E Imperial Beach, California 92032 | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Crystal Mae (Foster) Six | 552 Laura, Apt. C La Puenta, California 91744 | Mother | 100 |

9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| Servicemen's Group Life Insurance | Office of Serviceman's Group Life Insurance 212 Washington St. Newark, N.J. 07102 | Not known |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | Catholic | 520 46 1848 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| Harold Eugene Six | Carol LIEN, MILPERCLK, NSGA Ft. George G. Meade, Maryland 207 55 | 9-24-69 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (REV 11-65) 0105-401-0851 2 1

# RECORD OF EMERGENCY DATA

**1. SHIP OR STATION**
NAVAL COMMUNICATION STATION SAN DIEGO, CALIFORNIA

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Chula Vista, California | 5 July 1968 |

| ADDRESS | CITIZENSHIP |
|---|---|
| 383 Palm Ave., Apt E, Imperial Beach, California | U.S. |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| Tammy Lynn SHEPPARD | Same as #2 | F | 4 Apr 64 | YES |
| Cynthia Ann SHEPPARD | Same as #2 | F | 16 Apr 67 | YES |
| Harold Eugene SIX, Jr. | Same as #2 | M | 24 Oct 68 | YES |

| | Name | Address | Relationship | Dep. |
|---|---|---|---|---|
| 4. FATHER | Harold Otis SIX | DECEASED | | NO |
| 5. MOTHER | Crystal Mae (FOSTER) SIX | 552 Laura, Apt. C., La Puenta, California | | NO |
| 6. OTHER | NONE | | | |
| 7. NEXT OF KIN OF SPOUSE | Gladys (LASHUA) MORSE | 22432 S. Grace Ave., Wilimington, Calif. | Mother | NO |

## 8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Same as #2 | Wife | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Same as #2 | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Crystal Mae (FOSTER) SIX | Same as #5 | Mother | 100 |

## 9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI | Newark, New Jersey | UNKNOWN |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | ROM CATHOLIC | 520 46 1848 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| Harold E Six | Cynthia A. Judy<br>CYN3 Cynthia A. JUDY, USN | 14 MARCH 1969 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | USN |

# RECORD OF EMERGENCY DATA

1. SHIP OR STATION
NAVAL COMMUNICATION STATION SAN DIEGO, CALIFORNIA

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Chula Vista, Calif. | 5 July 1968 |

| ADDRESS | CITIZENSHIP |
|---|---|
| 106 Madison, Apt B, Chula Vista, California | U.S. |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| Tammy Lynn SHEPPARD | Same as #2 | F | 4 Apr 64 | YES |
| Cynthia Ann SHEPPARD | Same as #2 | F | 16 Apr 67 | YES |

| | ADDRESS | | DEP. |
|---|---|---|---|
| 4. FATHER: Harold Otis SIX | DECEASED | | |
| 5. MOTHER: Crystal Mae (FOSTER) SIX | 552 Laura, Apt. c., La Puenta, California | | NO |

| 6. OTHER Name: | Address: | Relationship: | Dep. |
|---|---|---|---|
| NONE | | | |

| 7. NEXT OF KIN OF SPOUSE | ADDRESS | RELATIONSHIP | DEP. |
|---|---|---|---|
| Gladys (LASHUA) MORSE | 22432 S. Grace Ave., Wilmington, Calif. | Mother | NO |

8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Same as #2 | Wife | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Same as #2 | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Crystal Mae (FOSTER) SIX | Same as #5 | Mother | 100 |

9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI | Newark, New Jersey | UNKNOWN |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | ROM CATHOLIC | 520 46 1848 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | | DATE SIGNED |
|---|---|---|---|
| Harold E Six (signature) | CYNSN Cynthia A. JUDY, USN (signature: Cynthia A. Judy) | | 01 SEPTEMBER 1968 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 747 58 53 | CT2 | USN |

# RECORD OF EMERGENCY DATA

1. SHIP OR STATION
NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA 92132

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| Lucy Gladys (SHEPPARD) SIX | Las Vegas, Nevada | 10 FEB 1968 |
| ADDRESS: 168 Dalhia Ave, Imperial Beach, California 92032 | | CITIZENSHIP: Yes U. S. |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| Tammy Llyn SHEPPARD | 168 Dalhia Ave., Imperial Beach, Calif. | F | 4 Apr 64 | Yes |
| Cynthia Ann SHEPPARD | 168 Dalhia Ave., Imperial Beach, Calif. | F | 16 Apr 67 | Yes |

| | ADDRESS | | DEP. |
|---|---|---|---|
| 4. FATHER: Harold Otis SIX | DECEASED | | N/A |
| 5. MOTHER: Crystal Mae(FOSTER) SIX | 552 Laura Apt.,La Puente, Calif. 91744 | | No |
| 6. OTHER Name: NONE | Address: | Relationship: | Dep.: |
| 7. NEXT OF KIN OF SPOUSE: Gladys (LASHUA) MORSE | 22432 S. Grace Ave. Wilmington, California 90744 | RELATIONSHIP: Mother | No |

8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Lucy Gladys(SHEPPARD)SIX | 168 Dalhia Ave., Imperial Beach, California 92032 | Wife | 100% |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| Lucy Gladys(SHEPPARD) SIX | 168 Dalhia Ave., Imperial Beach, California 92032 | 100% |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| Crystal Mae (FOSTER) SIX | 552 Laura Apt. C., La Puente, Calif. 91744 | Mother | 100% |

9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI | 212 Washington St., Newark, N. J. | Unknown |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | Catholic | 520 46 18 48 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| Harold E. Six | Helen M. Harrison CYNSN HELEN M. HARRISON, USN, 436 42 52W | 13 FEB 1968 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (REV 11-65) 0105-401-0851

ADMINISTRATIVE REMARKS *See Art. B-2305, BuPers Manual*

SHIP OR STATION

USS LIBERTY (AGTR-5)

10 FEB 67: Reenlisted this date, entitled to normal reenlistment bonus and eligible for VRB based on CT rating and 4 VRB multiple. The VRB to be paid in 6 installments commencing this date.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA 92132

14 Dec 67: Advanced to CTR2 effective 16 October 1967 for pay and precedence purposes. For the purpose of final multiple computation and determining eligibility for advancement to next higher pay grade SIX's service in pay grade (E-5) is considered to date from 16 November 1967. AUTH: NEC ADV LTR 2-67/2 of 1 October 1967.

LOUIS J. GIEFER, Personnel Officer
By direction of the Commanding Officer

| NAME *(Last, First, Middle)* | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX, | HAROLD | EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)
11 A 0105 401 2103 ☆ GPO : 1961 O—598881 13 2

## TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIF.

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 24 JUL 67 | --------- | NAVCOMMSTA SDIEGO w/NAVSECGRUDEPT |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | FOR DUTY IN BUPERS CONTROLLED CODE B BILLET (HR2046/2846) |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| BUPERS MSG 132033Z JUL 67 | K. M. MARKS, LTJG, USNR<br>PERSOFF BY DIR OF THE C.O. |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVCOMMSTA SDIEGO | 24 JUL 67 | K. M. MARKS, LTJG, USNR<br>PERSOFF BY DIR OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |