# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: US Naval Hospital, San Diego, Calif.

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (*Last, first, middle*) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (*Last, first, middle*) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 10 Jul 67 | 10 DAYS IN HOSPITAL | NAVAL COMMUNICATIONS/ STATION, SAN DIEGO, CALIFORNIA |

| RATE | PURPOSE OF TRANSFER (*Duty, Instruction, etc.*) |
|---|---|
| CT3 | FURAS BUPERS |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| TRANSMAN, Chapter 21 | H. R. Petersen (signature)<br>H. R. PETERSEN, ENS MSC USN<br>Asst Chief, Patient Affairs Officer<br>By direction of Commanding Officer |

FOR USE OF INTERMEDIATE REPORTING STATIONS (*If necessary*)

| REPORTED AT (*Ultimate destination*) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| NAVCOMMSTA SDIEGO | 10 JUL 67 | (signature)<br>W. M. MARKS, LTJG, USNR<br>PERSOFF BY DIR OF THE C.O. |

| NAME (*Last, first, middle*) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 777 58 53 | USN |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61) 0105-401-2001 12

# RECORD OF EMERGENCY DATA

**1. SHIP OR STATION**
NAVAL COMMUNICATION STATION SAN DIEGO, SAN DIEGO, CALIFORNIA

| 2. NAME OF SPOUSE | PLACE OF MARRIAGE | DATE OF MARRIAGE |
|---|---|---|
| NEVER MARRIED | | |
| **ADDRESS** | | **CITIZENSHIP** |
| | | |

| 3. NAMES OF CHILDREN | ADDRESS | SEX | DATE OF BIRTH | DEP |
|---|---|---|---|---|
| NONE | | | | |

| | ADDRESS | DEP. |
|---|---|---|
| **4. FATHER** Harold Otis SIX | DECEASED | |
| **5. MOTHER** Crystal Mae (FOSTER) SIX | 552 Laura Apt. C, La Puente, Calif. | NO |

**6. OTHER**

| *Name:* | *Address:* | *Relationship:* | *Dep.* |
|---|---|---|---|
| NONE | | | |

| 7. NEXT OF KIN OF SPOUSE | ADDRESS | RELATIONSHIP | DEP. |
|---|---|---|---|
| NONE | | | |

## 8. DESIGNATIONS

a. I designate the following beneficiary or beneficiaries for unpaid pay and allowances which includes enlisted members savings deposits.

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| SAME A | S ITEM # 5 | MOTHER | 100 |

b. I designate the following person to receive an allotment of my pay if I become missing or unable to transmit funds.

| NAME | ADDRESS | % OF PAY EACH MO. |
|---|---|---|
| SAME A | S ITEM # 5 | 100 |

c. In the event of my death I understand that a six months death gratuity will be paid to my surviving spouse and if no surviving spouse to my legal child or children. However, in the event I am not survived by a legal spouse or eligible children, I designate the following to receive the death gratuity (NOTE: Name parents, brothers or sisters only).

| NAME | ADDRESS | RELATIONSHIP | % |
|---|---|---|---|
| SAME AS | ITEM # 5 | MOTHER | 100 |

## 9. INSURANCE POLICIES IN FORCE INCLUDING USGLI, NSLI AND SGLI:

| NAME OF COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|
| SGLI $10,000 | | |

| 10. LOCATION OF WILL OR OTHER VALUABLE DOCUMENTS | 11. RELIGION | 12. SOCIAL SECURITY NO. |
|---|---|---|
| NONE | CATHOLIC / PRIEST | 520 46 18 48 |

| SIGNATURE OF DESIGNATOR | SIGNATURE AND TITLE OF WITNESS | DATE SIGNED |
|---|---|---|
| | GERHARD J. WEINERT, YN2, USN 696 90 48 | 11 JUL 67 |

| NAME OF DESIGNATOR | FILE/SERV. NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT3 | USN |

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: USS LIBERTY (AGTR-5)

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 09JUN67 | | USS AMERICA (CVA-66) |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | TAD UNDER TREATMENT |

AUTH: CHAPTER "#, TRANSFER MANUAL

SIGNATURE AND RANK*: M. P. O'MALLEY, ENS, USNR PERSONNEL OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

USS AMERICA (CVA-66) (FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary))
Reported: 1100 6/9/67 W. C. HARDIN, SEPCLK, USN
PERSONNEL OFFICER
Departed: 6/16/67 BY DIRECTION OF THE C. O.

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| STATION HOSPITAL, NAVSUPPACT NAPLES, ITALY 09521 | 17 JUN 67 | CDR D.E. TAPSCOTT MSC USN MED ADMIN OFFICER |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 23 JUN 67 | 7 DAYS | USAG HOSPITAL FRANKFURT GERMANY FFT CONUS |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CT3 | TEMDU UNDER TREATMENT |

AUTH: TRANSMAN CHAPTER 21

SIGNATURE AND RANK*: CDR D.E. TAPSCOTT MSC USN
MED ADMIN OFFICER

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| Naval Hospital, San Diego, Calif. | 6-30-67 | N. R. PETERSEN, ENS MSC USN<br>Asst Chief, Patient Affairs Office<br>By direction of Commanding Officer |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

AUTH:

SIGNATURE AND RANK*

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61) 12

# NAVY OCCUPATION AND TRAINING HISTORY

*See Art. B-2305, BuPers Manual

## 1. ADVANCEMENT, REDUCTION OR CHANGE IN RATING

| RATE TO WHICH PERSON WILL BE ADVANCED, REDUCED OR CHANGED | PRACTICAL FACTORS | | TRAINING COURSES COMPLETED | | | DATE ADVANCED, REDUCED OR CHANGED RATING | *OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|
| | DATE COMPLETED FOR ADVANCEMENT | *OFFICER'S INITIALS | DESCRIPTION OF COURSE OR NAVPERS NUMBER | DATE COMPLETED | *OFFICER'S INITIALS | | |
| | | | PASSED M/L (E-5) AMM 15 AUG 67 | | | | |
| | | | NEC LTR SER 2 M/L of 10 JUL 67 | | | | |

## 2. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 10FEB67 | 0000 | 0000 | [signature] |

## 3. RECORD OF OTHER OFF-DUTY STUDY (USAFI Courses, Etc.)

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFFICER'S INITIALS |
|---|---|---|---|---|
| | | | | |

## 4. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |

## 5. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | PASSED: (In-service equivalent) | FAILED: (Void if passed on retest) |
|---|---|---|
| HIGH SCHOOL LEVEL | HIGH SCHOOL GRADUATION ☐ Date ____ *Off. Initials ____ | ☐ Date ____ *Off. Initials ____ |
| COLLEGE LEVEL | ONE YEAR COLLEGE ☐ Date ____ *Off. Initials ____ | ☐ Date ____ *Off. Initials ____ |

## 6. RECORD OF NAVY SERVICE SCHOOLS ATTENDED

NAME AND LOCATION OF SCHOOL

| CLASS NO. | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (0-100) (62.5 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR ____

SIGNATURE*

NAME AND LOCATION OF SCHOOL

| CLASS NO. | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK (0-100) (62.5 passing) | CLASS STANDING ____ in a class of ____ |

MANNER OF COMPLETION ☐ GRADUATED ☐ DROPPED FOR ____

SIGNATURE*

| NAME (Last) | (First) | (Middle) | SERVICE NUMBER | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX HAROLD | EUGENE | | 777 58 53 | USN |

## ADMINISTRATIVE REMARKS

*See Art. B-2305, BuPers Manual*

SHIP OR STATION

USS LIBERTY (AGTR-5)

10 FEB 67: Reenlisted on board this vessel this date, in the U.S. Navy to serve for a period of SIX (06) years. Retained on board for duty. AUTH: BuPers Manual, Article C-1403.A.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Following entries transcribed from service record of previous enlistment

16 APR 66: Advanced to CT3

28 MAY 66: Current tour of sea duty commenced.

28 MAY 66: Received on board this vessel.

05 MAY 66: Completed TWO years service for pay purposes this date.

Following marks transcribed to facilitate computation of eligibility for Good Conduct award and advancement in rating:

| DATE | PRO PERF | MIL BEH | LEAD & S.A. | MIL APP | ADAPT |
|---|---|---|---|---|---|
| 05 MAR 65 | 3.4 | 3.6 | N.0 | 3.6 | 3.6 |
| 17 JUN 65 | 3.0 | 3.2 | N.0 | 3.0 | 3.2 |
| 16 NOV 65 | 3.0 | 3.6 | 3.4 | 3.4 | 3.4 |
| 16 MAR 66 | 3.2 | 3.4 | N.0 | 3.4 | 3.6 |
| 16 AUG 66 | 3.2 | 3.0 | N.0 | 3.4 | 3.4 |
| 16 JAN 67 | 3.8 | 3.6 | 3.6 | 3.4 | 3.6 |

AUTHENTICATED:

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Reenlisted for a period of SIX years to attain career designated status in accordance with BUPERSINST 1133.13B and entitled to appropriate benefits listed therein.

P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 FEB 67: Received instructions in the UCMJ, in accordance with article 137, Uniform Code of Military Justice. Completed course of instruction in the Code of Conduct for members of the United States in accordance with U.S. Navy Regulations Article 0740.1, and BuPers Manual Article D5101.

Harold Eugene Six

WITNESSED: P. M. ARMSTRONG, LCDR, USN, EXEC OFF
BY DIRECTION OF THE COMMANDING OFFICER

HAROLD EUGENE SIX

| NAME (Last, First, Middle) | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX, | HAROLD | EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)
1 I A 0105 401 2103

★ GPO : 1961 O—598881

13 [1]

ENLISTMENT CONTRACT
NAVPERS 601-1 (Rev. 2-63)

FORWARD TO BUREAU OF NAVAL PERSONNEL
DO NOT DETACH PART II FROM ORIGINAL

EXEMPT REPORT

| | | | | |
|---|---|---|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if Female.) 777 58 53 | 2. HIGHEST GRADE COMPLETED 9 | 3. RATE ABBREV. CT3 | 4. BRANCH & CLASS OF SERVICE USN | 5. NAME (last, first, middle) SIX, HAROLD EUGENE |
| 6. DATE OF ENLISTMENT mo. 02 day 10 yr. 67 | 7. TERM OF ENLISTMENT 06 YEARS [ ] MINORITY | | 8. DEPENDENCY ABBREV. 0-0 | 9. NAME OF ACTIVITY EFFECTING ENLISTMENT USS LIBERTY (AGTR-5) |
| 10. AFQT SCORE 074 / 11. | 12. ENLISTED/REENLISTED IN U. S. NAVY [ ] FIRST ENLISTMENT [x] REEN-LISTMENT [ ] INDUCTION | | | 13. ENLISTED AT (City and State or Country) NORFOLK, VIRGINIA. |
| 14. TERM OF ACDU (USNR only) 00 MONTHS | 15. ACTIVE/INACTIVE STATUS (USNR only) [ ] RETAINED ON ACDU [ ] IMMEDIATE ACDU (Within 24 Hrs.) [ ] INACTIVE DUTY | | | 16. ACCEPTED AT (City and State or Country) NORFOLK, VIRGINIA — 17. NO. OF ENL 2 |
| 18. DATE MIL. OBL. INCURRED mo. 05 day 06 yr. 64 | 19. M.O.D. A | 20. GCT (Reen. only) 55 | 21. RELIGION PRESBY | 22. PLACE OF BIRTH (City) TORRINGTON — State or Country WYO |
| 23. DATE OF BIRTH mo. 04 day 27 yr. 46 | 24. PHYSICAL PROFILE A | 25. AREA/STATION/SUBSTA CODE | 26. SOCIAL SECURITY NO. 520 46 18 48 | 27. TRANSFERRED TO (Activity and Location) RET ON BOARD FOR DUT — 28. ACTIVITY CODE |
| 29. DATE OF TRANSFER mo. 00 day 00 yr. 00 | 30. CITIZENSHIP [x] U. S. [ ] NATURALIZED U. S. [ ] OTHER* (Specify) | | | 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED USN — 32. |
| 33. DATE LAST DISCHARGED mo. 02 day 09 yr. 67 | 34. PRIOR NET SERVICE FOR PAY PURPOSES 02 YEARS 09 MONTHS 05 DAYS | | | 35. TYPE OF LAST DISCHARGE HONORABLE — 36. |
| 37. DATE OF LAST ENTRY mo. 05 day 06 yr. 64 | 38. ENTITLED TO REENLISTMENT BONUS [x] YES [ ] NO. | | 39. SELECTIVE SERVICE NUMBER NA | 40. SELECTIVE SERVICE LOCAL BOARD (Board Number, City and State) NA |
| 41. ACTIVE DUTY BASE DATE mo. 05 day 06 yr. 64 | 42. COMPLEXION FAIR | 43. COLOR OF HAIR BROWN | 44. COLOR OF EYES BROWN | 45. HOME ADDRESS AT TIME OF ENLISTMENT (City & County) COVINA, LOS ANGELES — State or Country CALIF |
| 46. PAY GRADE BASE DATE mo. NA day yr. | 47. HEIGHT 71 | 48. WEIGHT 140 | 49. RACE CAU | 50. QUOTA CONTROL CODE — 51. |
| 52. MARKS AND SCARS ANT: NONE NOTED POST: NONE NOTED | | | | Blood Type |

I certify that a physical examination has been conducted according to current regulations, and that the above named man has been found by an examining physician to be physically qualified for enlistment.

R. W. PRATT, LT MC, USN, Certifying Officer.

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the continuance of my service, I agree to and with W. L. MCGONAGLE, CDR *(Name of Enlisting Officer)* of the United States Navy, as follows:

**First:** To enter the service of the Navy of the United States and to report to such station or vessel of the Navy as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

**Second:** I oblige and subject myself to serve SIX Years from 10 FEBRUARY 1967 *(Date) (Year)* during minority until ____ *(Date) (Year)* unless sooner discharged by proper authority, and on the conditions provided by Section 5540 of Title 10 of the U. S. Code, as printed on the reverse side of this contract.

In the event of a National emergency declared by the President or in the event of war during my term of service in the Regular Navy, or in the event of a National emergency declared by the Congress or in the event of war during my term of service in the Naval Reserve, I oblige and subject myself to serve until six months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U. S. Code is not applicable in time of war.

I also oblige myself, during such service, to comply with and be subject to such laws as have been, or may hereafter be enacted by the Congress of the United States, and to regulations issued pursuant thereto, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by naval authorities.

**Third:** I am of the legal age to enlist; I have never deserted from and I am not a member of the Armed Forces of the United States, the U. S. Coast Guard or any reserve component thereof; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment.

**Fourth:** I understand that upon enlistment in a Reserve component of the United States Navy, or upon transfer or assignment thereto, in time of war or national emergency declared by the Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter.

**Fifth:** I understand that if I become a candidate for the Naval Academy and fail to pass the entrance examination, I will be returned to general service.

**Sixth: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.** EXCEPT AS PROVIDED IN BUPERSINST 1133.13C

**Enlistment Oath:** I, HAROLD EUGENE SIX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

**SIGNATURE IN OWN HANDWRITING SURNAME TO RIGHT** Harold E. Six

*Subscribed and sworn to before me this* 10TH *day of* FEBRUARY, *A. D.* 1967 *and contract perfected.*

**Citizenship, as shown above, substantiated.*

**SIGNATURE AND RANK** W. L. MCGONAGLE, CDR, USN **OFFICIAL TITLE** COMMANDING OFFICER USS LIBERTY (AGTR-5)

(See Art. 1268, U. S. Navy Regulations)

FORWARD TO BUREAU OF NAVAL PERSONNEL

FORWARD TO BUREAU OF NAVAL PERSONNEL

ENLISTMENT CONTRACT
NAVPERS 601-1 (Rev. 2-63)

DO NOT DETACH PART II FROM ORIGINAL

EXEMPT REPORT

| Field | Entry |
|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if Female.) | 777 58 53 |
| 2. HIGHEST GRADE COMPLETED | 09 |
| 3. RATE ABBREV. | SR |
| 4. BRANCH & CLASS OF SERVICE | USN |
| 5. NAME (last; first, middle) | SIX, HAROLD EUGENE |
| 6. DATE OF ENLISTMENT (mo. day yr.) | 05 06 64 |
| 7. TERM OF ENLISTMENT | 4 YEARS ☐ MINORITY |
| 8. DEPENDENCY ABBREV. | NONE NONE |
| 9. NAME OF ACTIVITY EFFECTING ENLISTMENT | CRUITSTA LOS ANGELES, CALIF. |
| 10. AFQT SCORE | 074 |
| 11. | |
| 12. ENLISTED/REENLISTED IN U.S. NAVY | [X] FIRST ENLISTMENT ☐ REEN-LISTMENT ☐ INDUCTION |
| 13. ENLISTED AT (City and State or Country) | LOS ANGELES, CALIF. |
| 14. TERM OF ACDU (USNR only) | 00 MONTHS |
| 15. ACTIVE/INACTIVE STATUS (USNR only) | ☐ RETAINED ON ACDU ☐ IMMEDIATE ACDU (Within 24 Hrs.) ☐ INACTIVE DUTY |
| 16. ACCEPTED AT (City and State or Country) | AZUSA, CALIF. |
| 17. NO. OF ENL. | 1 |
| 18. DATE MIL OBL. INCURRED (mo. day yr.) | 05 06 64 |
| 19. M.O.D. | A |
| 20. GCT (Reen. only) | NA |
| 21. RELIGION | PRESBY |
| 22. PLACE OF BIRTH (City) | TORRINGTON |
| State or Country | WYO. |
| 23. DATE OF BIRTH (mo. day yr.) | 04 27 46 |
| 24. PHYSICAL PROFILE | A |
| 25. AREA/STATION/SUBSTA CODE | 863636AB |
| 26. SOCIAL SECURITY NO. | 520 46 1848 |
| 27. TRANSFERRED TO (Activity and Location) | USNTC SDIEGO, CALIF. |
| 28. ACTIVITY CODE | 82 |
| 29. DATE OF TRANSFER (mo. day yr.) | 05 06 64 |
| 30. CITIZENSHIP | [X] U.S. ☐ NATURALIZED U.S. ☐ OTHER* (Specify) |
| 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED | NA |
| 32. | 99 |
| 33. DATE LAST DISCHARGED (mo. day yr.) | 00 00 00 |
| 34. PRIOR NET SERVICE FOR PAY PURPOSES | 00 YEARS 00 MONTHS 00 DAYS |
| 35. TYPE OF LAST DISCHARGE | NA |
| 36. | 0 |
| 37. DATE OF LAST ENTRY (mo. day yr.) | 00 00 00 |
| 38. ENTITLED TO REENLISTMENT BONUS | ☐ YES [X] NO |
| 39. SELECTIVE SERVICE NUMBER | NA |
| 40. SELECTIVE SERVICE LOCAL BOARD (Board Number, City and State) | NA |
| 41. ACTIVE DUTY BASE DATE (mo. day yr.) | 05 06 64 |
| 42. COMPLEXION | FAIR |
| 43. COLOR OF HAIR | BROWN |
| 44. COLOR OF EYES | BROWN |
| 45. HOME ADDRESS AT TIME OF ENLISTMENT (City & County) | COVINA, LOS ANGELES |
| State or Country | CALIF. |
| 46. PAY GRADE BASE DATE (mo. day yr.) | NA |
| 47. HEIGHT | 71 |
| 48. WEIGHT | 135 |
| 49. RACE | CAU |
| 50. QUOTA CONTROL CODE | 11 11 0 00 7 0 S48 04 |
| 51. | 01 0 12 |
| 52. MARKS AND SCARS | ANT: NONE NOTED POST: NONE NOTED 1 |
| Blood Type | NA |

I certify that a physical examination has been conducted according to current regulations, and that the above named man has been found by an examining physician to be physically qualified for enlistment.

C. Brad [signature] Certifying Officer.

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the continuance of my service, I agree to and with C. BRAD (Name of Enlisting Officer) of the United States Navy, as follows:

**First:** To enter the service of the Navy of the United States and to report to such station or vessel of the Navy as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

**Second:** I oblige and subject myself to serve FOUR Years from 6 MAY (Date) 1964 (Year) during minority until ______ (Date) (Year) unless sooner discharged by proper authority, and on the conditions provided by Section 5540 of Title 10 of the U. S. Code, as printed on the reverse side of this contract.

In the event of a National emergency declared by the President or in the event of war during my term of service in the Regular Navy, or in the event of a National emergency declared by the Congress or in the event of war during my term of service in the Naval Reserve, I oblige and subject myself to serve until six months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U. S. Code is not applicable in time of war.

I also oblige myself, during such service, to comply with and be subject to such laws as have been, or may hereafter be enacted by the Congress of the United States, and to regulations issued pursuant thereto, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by naval authorities.

**Third:** I am of the legal age to enlist; I have never deserted from and I am not a member of the Armed Forces of the United States, the U. S. Coast Guard or any reserve component thereof; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment.

**Fourth:** I understand that upon enlistment in a Reserve component of the United States Navy, or upon transfer or assignment thereto, in time of war or national emergency declared by the Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter.

**Fifth:** I understand that if I become a candidate for the Naval Academy and fail to pass the entrance examination, I will be returned to general service.

**Sixth: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.**

**Enlistment Oath:** I, HAROLD EUGENE SIX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

SIGNATURE IN OWN HANDWRITING SURNAME TO RIGHT Harold Eugene Six

Subscribed and sworn to before me this 6TH day of MAY, A. D. 1964 and contract perfected.

*Citizenship, as shown above substantiated.

SIGNATURE AND RANK C. BRAD, CWO, USN [signature] OFFICIAL TITLE ASS'T ENL. OFF. CRUITSTA. LOSA

(See Art. 1268, U. S. Navy Regulations)

FORWARD TO BUREAU OF NAVAL PERSONNEL

AR 482

# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRIES

SHIP OR STATION

U.S. NAVY, LOS ANGELES, CALIF.

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| NONE | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| NONE | | | | | |

| | |
|---|---|
| 3. FATHER<br>HAROLD OTIS SIX | ADDRESS<br>DECEASED |
| 4. MOTHER NEE: FOSTER<br>CRYSTAL MAE SIX | ADDRESS<br>440 ALGROVE ST., COVINA, CALIF. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM<br>NONE | ADDRESS |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| NONE | | | |
| | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| NONE | |

## DESIGNATIONS

| | | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | | | | |
| | | | | |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If non-military, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Luther W. Moorehead<br>LUTHER W. MOOREHEAD, CSC, USN | Harold Eugene Six<br>HAROLD EUGENE SIX | 4/25/63<br>SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | SR | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRIES

SHIP OR STATION
U. S. Naval Security Group Activity, Bremerhaven, Germany

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| None | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| Never Married | | | | | |

| | ADDRESS |
|---|---|
| 3. FATHER Harold Otis SIX | Deceased |
| 4. MOTHER NEE: FOSTER Crystal Mae SIX | 435 E. Colorado St., Apt 2, Glendora, Calif. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM None | |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |
| | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |

## DESIGNATIONS

| | PERCENT | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475-1480). | | Crystal Mae SIX | Same as #4 | Mother |
| | | | | |
| | | | | |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | Crystal Mae SIX | Same as #4 | Mother |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| None | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If non-military, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Phillip J. Bullard (signature) Phillip J. BULLARD, PN2, USN | Harold E Six (signature) | 24 MAR 65 SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTSA | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

# ENLISTED CLASSIFICATION RECORD

0000 00

| LAST NAME | (First) | (Middle) | SERVICE NO. | RATE | CLASS | CO. NO. | D. O. T. OCCUP. CODE |
|---|---|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | SR | 11 | 273 | 000.000 |

| YR. BIRTH | GCT | ARI | MECH | CLER | BTB FORM | SONAR | RADIO | ETST |
|---|---|---|---|---|---|---|---|---|
| 46 | 55 | 46 | 50 | 55 | 7 | 45 | 58 | 51 |

TEST SCORE PROFILE

| | | GCT | ARI | MECH | CLER |
|---|---|---|---|---|---|
| HIGH | 1 | | | | |
| | 2 | x | | | x |
| AVER | 3 | | x | x | |
| | 4 | | | | |
| LOW | 5 | | | | |

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| Shop Practice | | | 50 |
| FLAT | I | 5/20/64 | 06 |

| MOST SIGNIFICANT EDUCATION | DATES | YEARS EDUCATION | DEGREE | NAME OF COLLEGE OR UNIVERSITY |
|---|---|---|---|---|
| High School | * 9/61-3/63 | 9 | - | |

MAJOR COURSES: General

| SPECIAL STUDIES | ALG.-GEOM. | TRIG. | PHYS. | TYPING | SHORTHAND |
|---|---|---|---|---|---|
| HIGH SCH. | 1 | - | - | 30 WPM | - WPM |
| COLLEGE | | | | WPM | WPM |

SPECIALIZED TRAINING (Vocational, trade technical, business)

-*Attended 6 mos. of the 10th grade.

LEISURE TIME ACTIVITIES: -

SPORTS IN WHICH QUALIFIED: -

TALENT FOR PUBLIC ENTERTAINMENT: Plays Bass Horn (by note), Cornet (by note), HS Band

HIGHEST POSITION OF LEADERSHIP: -

MAIN CIVILIAN OCCUPATION (D. O. T. TITLE): CASUAL WORK

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

LABORER: Held a variety of jobs such as dishwasher, janitor, and pin setter; none of more than a few months duration. 1963-64

SECOND BEST OCCUPATION (D. O. T. TITLE): -

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

OTHER WORK EXPERIENCE

-

| RIGHT EYE | LEFT EYE | RIGHT HANDED | LEFT HANDED | QUALIFIED SWIMMER | QUALIFIED FOR | NOT QUALIFIED FOR |
|---|---|---|---|---|---|---|
| 20/20 20/20 | 20/20 20/20 | x | | CLASS III | | |

CODED RECOMMENDATIONS: 3-90-30

REMARKS: Industrial Arts 1 yr., General Science 1 yr., HS

RECOMMENDED TO STRIKE FOR: Communication Ratings

PREPARING ACTIVITY: USNTC, San Diego, California

I VOLUNTEER FOR: Communications Technicians Duty

INITIALS: HES

INTERVIEWEE'S SIGNATURE: Harold Eugene Six

HAROLD EUGENE SIX

VERIFIED: D. L. Huskey

D.L. HUSKEY, PNCA, USN

DATE: 6/16/64

ENLISTED CLASSIFICATION RECORD NAVPERS-601-3 (REV. 4-59)

FORWARD TO BUREAU OF NAVAL PERSONNEL

# ENLISTMENT CONTRACT

NAVPERS 601-1 (Rev. 2-63)

DO NOT DETACH PART II FROM ORIGINAL

EXEMPT REPORT

| | | | | | |
|---|---|---|---|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if Female.) 7775853 | 2. HIGHEST GRADE COMPLETED 09 | 3. RATE ABBREV. SR | 4. BRANCH & CLASS OF SERVICE USN | 5. NAME (last, first, middle) SIX, HAROLD EUGENE | |
| 6. DATE OF ENLISTMENT mo. 05 day 06 yr. 64 | 7. TERM OF ENLISTMENT 4 YEARS [ ] MINORITY | | 8. DEPENDENCY ABBREV. NONE NONE | 9. NAME OF ACTIVITY EFFECTING ENLISTMENT CRUITSTA LOS ANGELES, CALIF. | |
| 10. AFQT SCORE 074 | 11. | 12. ENLISTED/REENLISTED IN U.S. NAVY [x] FIRST ENLISTMENT [ ] REEN-LISTMENT [ ] INDUCTION | | 13. ENLISTED AT (City and State or Country) LOS ANGELES, CALIF. | |
| 14. TERM OF ACDU (USNR only) 00 MONTHS | 15. ACTIVE/INACTIVE STATUS (USNR only) [ ] RETAINED ON ACDU [ ] IMMEDIATE ACDU (Within 24 Hrs.) [ ] INACTIVE DUTY | | | 16. ACCEPTED AT (City and State or Country) AZUSA, CALIF. | 17. NO. OF ENL 1 |
| 18. DATE MIL OBL. INCURRED mo. 05 day 06 yr. 64 | 19. M.O.D. A | 20. GCT (Reen. only) NA | 21. RELIGION PRESBY | 22. PLACE OF BIRTH (City) TORRINGTON | State or Country WYO. |
| 23. DATE OF BIRTH mo. 04 day 27 yr. 46 | 24. PHYSICAL PROFILE A | 25. AREA/STATION/SUBSTA CODE 863636AB | 26. SOCIAL SECURITY NO. 520 46 1848 | 27. TRANSFERRED TO (Activity and Location) USNTC SDIEGO, CALIF. | 28. ACTIVITY CODE 82 |
| 29. DATE OF TRANSFER mo. 05 day 06 yr. 64 | 30. CITIZENSHIP [x] U.S. [ ] NATURALIZED U.S. [ ] OTHER* (Specify) | | | 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED NA | 32. 99 |
| 33. DATE LAST DISCHARGED mo. 00 day 00 yr. 00 | 34. PRIOR NET SERVICE FOR PAY PURPOSES 00 YEARS 00 MONTHS 00 DAYS | | | 35. TYPE OF LAST DISCHARGE NA | 36. 0 |
| 37. DATE OF LAST ENTRY mo. 00 day 00 yr. 00 | 38. ENTITLED TO REENLISTMENT BONUS [ ] YES [x] NO | | 39. SELECTIVE SERVICE NUMBER NA | 40. SELECTIVE SERVICE LOCAL BOARD (Board Number, City and State) NA | |
| 41. ACTIVE DUTY BASE DATE mo. 05 day 06 yr. 64 | 42. COMPLEXION FAIR | 43. COLOR OF HAIR BROWN | 44. COLOR OF EYES BROWN | 45. HOME ADDRESS AT TIME OF ENLISTMENT (City & County) COVINA, LOS ANGELES | State or Country CALIF. |
| 46. PAY GRADE BASE DATE mo. NA day yr. | 47. HEIGHT 71 | 48. WEIGHT 135 | 49. RACE CAU | 50. QUOTA CONTROL CODE 11 11 0 00 7 0 S48 04 | 51. 01 0 12 |
| 52. MARKS AND SCARS ANT: NONE NOTED POST: NONE NOTED 1 | | | | | Blood Type NA |

I certify that a physical examination has been conducted according to current regulations, and that the above named man has been found by an examining physician to be physically qualified for enlistment.

[signature] Certifying Officer.

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the continuance of my service, I agree to and with C. BRAD (Name of Enlisting Officer) of the United States Navy, as follows:

**First:** To enter the service of the Navy of the United States and to report to such station or vessel of the Navy as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

**Second:** I oblige and subject myself to serve FOUR Years from 6 MAY (Date) 1964 (Year) during minority until ______ (Date) (Year) unless sooner discharged by proper authority, and on the conditions provided by Section 5540 of Title 10 of the U. S. Code, as printed on the reverse side of this contract.

In the event of a National emergency declared by the President or in the event of war during my term of service in the Regular Navy, or in the event of a National emergency declared by the Congress or in the event of war during my term of service in the Naval Reserve, I oblige and subject myself to serve until six months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U. S. Code is not applicable in time of war.

I also oblige myself, during such service, to comply with and be subject to such laws as have been, or may hereafter be enacted by the Congress of the United States, and to regulations issued pursuant thereto, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by naval authorities.

**Third:** I am of the legal age to enlist; I have never deserted from and I am not a member of the Armed Forces of the United States, the U. S. Coast Guard or any reserve component thereof; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment.

**Fourth:** I understand that upon enlistment in a Reserve component of the United States Navy, or upon transfer or assignment thereto, in time of war or national emergency declared by the Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter.

**Fifth:** I understand that if I become a candidate for the Naval Academy and fail to pass the entrance examination, I will be returned to general service.

**Sixth: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.**

**Enlistment Oath:** I, HAROLD EUGENE SIX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

SIGNATURE IN OWN HANDWRITING SURNAME TO RIGHT Harold Eugene Six

Subscribed and sworn to before me this 6TH day of MAY, A. D. 1964 and contract perfected.

*Citizenship, as shown above substantiated.

SIGNATURE AND RANK C. BRAD, CWO, USN [signature] OFFICIAL TITLE ASS'T ENL. OFF. CRUITSTA. LOSA

(See Art. 1268, U. S. Navy Regulations)

FORWARD TO BUREAU OF NAVAL PERSONNEL

AR 486

# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRIES

SHIP OR STATION
U.S. NAVY, LOS ANGELES, CALIF.

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| NONE | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| NONE | | | | | |

| | ADDRESS |
|---|---|
| 3. FATHER: HAROLD OTIS SIX | DECEASED |
| 4. MOTHER NEE: FOSTER CRYSTAL MAE SIX | 440 ALGROVE ST., COVINA, CALIF. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM: NONE | |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| NONE | | | |
| | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| NONE | |

DESIGNATIONS

| | | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | | | | |
| | | | | |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If non-military, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Luther W Moorehead (signature) UTHER W. MOOREHEAD, CSC, USN | Harold Eugene Six (signature) HAROLD EUGENE SIX | 4/25/63 SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | SR | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRIES

SHIP OR STATION
U. S. Naval Security Group Activity, Bremerhaven, Germany

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| None | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| Never Married | | | | | |

| | NAME | ADDRESS |
|---|---|---|
| 3. FATHER | Harold Otis SIX | Deceased |
| 4. MOTHER | NEE: FOSTER<br>Crystal Mae SIX | 435 E. Colorado St., Apt 2, Glendora, Calif. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | None | |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |
| | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |
| | |

## DESIGNATIONS

| | PERCENT | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | | Crystal Mae SIX | Same as #4 | Mother |
| | | | | |
| | | | | |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | Crystal Mae SIX | Same as #4 | Mother |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| None | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If non-military, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Phillip J. Bullard<br>Phillip J. BULLARD, PN2, USN | Harold E Six | 24 MAR 65<br>SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTSA | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

EXEMPT REPORT

# ENLISTED CLASSIFICATION RECORD

0000 00

| LAST NAME | (First) | (Middle) | SERVICE NO. | RATE | CLASS | CO. NO. | D. O. T. OCCUP. CODE |
|---|---|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | SR | 11 | 273 | 000.000 |

| YR. BIRTH | GCT | ARI | MECH | CLER | BTB FORM | SONAR | RADIO | ETST |
|---|---|---|---|---|---|---|---|---|
| 46 | 55 | 46 | 60 | 55 | 7 | 45 | 58 | 51 |

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| Shop Practice | | | 50 |
| FLAT | I | 5/20/64 | 06 |

TEST SCORE PROFILE

| | GCT | ARI | MECH | CLER |
|---|---|---|---|---|
| HIGH 1 | | | | |
| 2 | x | | | x |
| AVER 3 | | x | x | |
| 4 | | | | |
| LOW 5 | | | | |

| MOST SIGNIFICANT EDUCATION | DATES | YEARS EDUCATION | DEGREE | NAME OF COLLEGE OR UNIVERSITY |
|---|---|---|---|---|
| High School * | 9/61-3/63 | 9 | - | |

MAJOR COURSES: General

| SPECIAL STUDIES | ALG.-GEOM. | TRIG. | PHYS. | TYPING | SHORTHAND |
|---|---|---|---|---|---|
| HIGH SCH. | 1 | - | - | 30 WPM | - WPM |
| COLLEGE | | | | WPM | WPM |

SPECIALIZED TRAINING (Vocational, trade technical, business)

-*Attended 6 mos. of the 10th grade.

LEISURE TIME ACTIVITIES: -

SPORTS IN WHICH QUALIFIED: -

TALENT FOR PUBLIC ENTERTAINMENT: Plays Bass Horn (by note), Cornet (by note), HS Band

HIGHEST POSITION OF LEADERSHIP: -

MAIN CIVILIAN OCCUPATION (D. O. T. TITLE): CASUAL WORK

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

LABORER: Held a variety of jobs such as dishwasher, janitor, and pin setter; none of more than a few months duration. 1963-64

SECOND BEST OCCUPATION (D. O. T. TITLE): -

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

OTHER WORK EXPERIENCE: -

| RIGHT EYE | LEFT EYE | RIGHT HANDED | LEFT HANDED | QUALIFIED SWIMMER | QUALIFIED FOR | NOT QUALIFIED FOR |
|---|---|---|---|---|---|---|
| 20/20 20/20 | 20/20 20/20 | x | | CLASS III | | |

CODED RECOMMENDATIONS: 3-90-30

REMARKS: Industrial Arts 1 yr., General Science 1 yr., HS

RECOMMENDED TO STRIKE FOR: Communication Ratings

PREPARING ACTIVITY: USNTC, San Diego, California

I VOLUNTEER FOR: Communications Technicians Duty

INITIALS: HES

INTERVIEWEE'S SIGNATURE: Harold Eugene Six

HAROLD EUGENE SIX

VERIFIED: [signature] D.L. HUSKEY, PNCA, USN

DATE: 6/16/64

ENLISTED CLASSIFICATION RECORD NAVPERS-601-3 (REV. 4-59)

ENLISTMENT CONTRACT
NAVPERS 601-1 (Rev. 2-63)

NAVAL PERSONNEL
DO NOT DETACH PART II FROM ORIGINAL
EXEMPT REPORT

| | | | | | |
|---|---|---|---|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if Female.) 777 5853 | 2. HIGHEST GRADE COMPLETED 09 | 3. RATE ABBREV. SR | 4. BRANCH & CLASS OF SERVICE USN | 5. NAME (last, first, middle) SIX, HAROLD EUGENE | |
| 6. DATE OF ENLISTMENT mo. 05 day 06 yr. 64 | 7. TERM OF ENLISTMENT 4 YEARS [ ] MINORITY | | 8. DEPENDENCY ABBREV. NONE NONE | 9. NAME OF ACTIVITY EFFECTING ENLISTMENT CRUITSTA LOS ANGELES, CALIF. | |
| 10. AFQT SCORE 074 | 11. | 12. ENLISTED/REENLISTED IN U.S. NAVY [X] FIRST ENLISTMENT [ ] REEN-LISTMENT [ ] INDUCTION | | 13. ENLISTED AT (City and State or Country) LOS ANGELES, CALIF. | |
| 14. TERM OF ACDU (USNR only) 00 MONTHS | 15. ACTIVE/INACTIVE STATUS (USNR only) [ ] RETAINED ON ACDU [ ] IMMEDIATE ACDU (Within 24 Hrs.) [ ] INACTIVE DUTY | | | 16. ACCEPTED AT (City and State or Country) AZUSA, CALIF. | 17. NO. OF ENL. 1 |
| 18. DATE MIL OBL. INCURRED mo. 05 day 06 yr. 64 | 19. M.O.D. A | 20. GCT (Reen. only) NA | 21. RELIGION PRESBY | 22. PLACE OF BIRTH (City) TORRINGTON | State or Country WYO. |
| 23. DATE OF BIRTH mo. 04 day 27 yr. 46 | 24. PHYSICAL PROFILE A | 25. AREA/STATION/SUBSTA CODE 863636AB | 26. SOCIAL SECURITY NO. 520 46 1848 | 27. TRANSFERRED TO (Activity and Location) USNTC SDIEGO, CALIF. | 28. ACTIVITY CODE 82 |
| 29. DATE OF TRANSFER mo. 05 day 06 yr. 64 | 30. CITIZENSHIP [X] U.S. [ ] NATURALIZED U.S. [ ] OTHER* (Specify) | | | 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED NA | 32. 99 |
| 33. DATE LAST DISCHARGED mo. 00 day 00 yr. 00 | 34. PRIOR NET SERVICE FOR PAY PURPOSES 00 YEARS 00 MONTHS 00 DAYS | | | 35. TYPE OF LAST DISCHARGE NA | 36. 0 |
| 37. DATE OF LAST ENTRY mo. 00 day 00 yr. 00 | 38. ENTITLED TO REENLISTMENT BONUS [ ] YES [X] NO | | 39. SELECTIVE SERVICE NUMBER NA | 40. SELECTIVE SERVICE LOCAL BOARD (Board Number, City and State) NA | |
| 41. ACTIVE DUTY BASE DATE mo. 05 day 06 yr. 64 | 42. COMPLEXION FAIR | 43. COLOR OF HAIR BROWN | 44. COLOR OF EYES BROWN | 45. HOME ADDRESS AT TIME OF ENLISTMENT (City & County) COVINA, LOS ANGELES | State or Country CALIF. |
| 46. PAY GRADE BASE DATE mo. NA day yr. | 47. HEIGHT 71 | 48. WEIGHT 135 | 49. RACE CAU | 50. QUOTA CONTROL CODE 11 11 0 00 7 0 848 04 | 51. 01 0 12 |
| 52. MARKS AND SCARS ANT: NONE NOTED POST: NONE NOTED 1 | | | | | Blood Type NA |

I certify that a physical examination has been conducted according to current regulations, and that the above named man ha been found by an examining physician to be physically qualified for enlistment.

[signature] Certifying Officer.

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the continuance of my service, I agree to and with C. BRAD (Name of Enlisting Officer) of the United States Navy, as follows:

**First:** To enter the service of the Navy of the United States and to report to such station or vessel of the Navy as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

**Second:** I oblige and subject myself to serve FOUR Years from 6 MAY (Date) 1964 (Year) during minority until ______ (Date) ______ (Year) unless sooner discharged by proper authority, and on the conditions provided by Section 5540 of Title 10 of the U. S. Code, as printed on the reverse side of this contract.

In the event of a National emergency declared by the President or in the event of war during my term of service in the Regular Navy, or in the event of a National emergency declared by the Congress or in the event of war during my term of service in the Naval Reserve, I oblige and subject myself to serve until six months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U. S. Code is not applicable in time of war.

I also oblige myself, during such service, to comply with and be subject to such laws as have been, or may hereafter be enacted by the Congress of the United States, and to regulations issued pursuant thereto, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by naval authorities.

**Third:** I am of the legal age to enlist; I have never deserted from and I am not a member of the Armed Forces of the United States, the U. S. Coast Guard or any reserve component thereof; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment.

**Fourth:** I understand that upon enlistment in a Reserve component of the United States Navy, or upon transfer or assignment thereto, in time of war or national emergency declared by the Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter.

**Fifth:** I understand that if I become a candidate for the Naval Academy and fail to pass the entrance examination, I will be returned to general service.

**Sixth: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.**

**Enlistment Oath:** I, HAROLD EUGENE SIX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

SIGNATURE IN OWN HANDWRITING SURNAME TO RIGHT Harold Eugene Six

Subscribed and sworn to before me this 6TH day of MAY, A. D. 1964 and contract perfected.

*Citizenship, as shown above substantiated.
SIGNATURE AND RANK C. BRAD, CWO, USN [signature] OFFICIAL TITLE ASS'T ENL. OFF. CRUITSTA. LOSA
(See Art. 1268, U. S. Navy Regulations)

FORWARD TO BUREAU OF NAVAL PERSONNEL

AR 490