# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRIES

SHIP OR STATION: U.S. NAVY, LOS ANGELES, CALIF.

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| NONE | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| NONE | | | | | |

| 3. FATHER | ADDRESS |
|---|---|
| HAROLD OTIS SIX | DECEASED |
| 4. MOTHER NEE: FOSTER | ADDRESS |
| CRYSTAL MAE SIX | 440 ALGROVE ST., COVINA, CALIF. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | ADDRESS |
| NONE | |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| NONE | | | |
| | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| NONE | |
| | |

## DESIGNATIONS

| | | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | | | | |
| | | | | |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | CRYSTAL MAE SIX | 440 ALGROVE ST. COVINA, CALIF. | MOTHER |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If nonmilitary, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Luther W Moorehead<br>LUTHER W. MOOREHEAD, CSC, USN | Harold Eugene Six<br>HAROLD EUGENE SIX | 4/25/63<br>SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | SR | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

# RECORD OF EMERGENCY DATA

SEE INFORMATION ON REVERSE BEFORE MAKING ENTRY

SHIP OR STATION: U. S. Naval Security Group Activity, Bremerhaven, Germany

| 1. WIFE OR HUSBAND | ADDRESS |
|---|---|
| None | |

| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| Never Married | | | | | |

| | NAME | ADDRESS |
|---|---|---|
| 3. FATHER | Harold Otis SIX | Deceased |
| 4. MOTHER NEE: FOSTER | Crystal Mae SIX | 435 E. Colorado St., Apt 2, Glendora, Calif. |
| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | None | |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |

## DESIGNATIONS

| | PERCENT | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | | Crystal Mae SIX | Same as #4 | Mother |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100 % | Crystal Mae SIX | Same as #4 | Mother |
| | % | | | |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO. | PAY TO ACCRUE | | |

11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI *(Agencies to be notified in case of death in active service)*

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| None | | |

| 12. SIGNATURE AND TITLE OF WITNESS *(If non-military, give address)* | 13. SIGNATURE OF DESIGNATOR | DATE SIGNED |
|---|---|---|
| Phillip J. Bullard<br>Phillip J. BULLARD, PN2, USN | Harold E. Six | 24 MAR 65<br>SOC. SEC. NO. *(Officers only)* |

| NAME OF DESIGNATOR *(Last, first, middle)* | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTSA | USN |

RECORD OF EMERGENCY DATA - NAVPERS 601-2 (New 4-61)

# ENLISTED CLASSIFICATION RECORD

0000 00

| LAST NAME | (First) | (Middle) | SERVICE NO. | RATE | CLASS | CO. NO. | D. O. T. OCCUP. CODE |
|---|---|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | SR | 11 | 273 | 000.000 |

| YR. BIRTH | GCT | ARI | MECH | CLER | BTB FORM | SONAR | RADIO | ETST |
|---|---|---|---|---|---|---|---|---|
| 46 | 55 | 46 | 50 | 55 | 7 | 45 | 58 | 51 |

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| Shop Practice | | | 50 |
| FLAT | I | 5/20/64 | 06 |

TEST SCORE PROFILE

| | | GCT | ARI | MECH | CLER |
|---|---|---|---|---|---|
| HIGH | 1 | | | | |
| | 2 | x | | | x |
| AVER | 3 | | x | x | |
| | 4 | | | | |
| LOW | 5 | | | | |

| MOST SIGNIFICANT EDUCATION | DATES | YEARS EDUCATION | DEGREE | NAME OF COLLEGE OR UNIVERSITY |
|---|---|---|---|---|
| High School * | 9/61-3/63 | 9 | - | |

MAJOR COURSES: General

| SPECIAL STUDIES | ALG.-GEOM. | TRIG. | PHYS. | TYPING | SHORTHAND |
|---|---|---|---|---|---|
| HIGH SCH. | 1 | - | - | 30 WPM | - WPM |
| COLLEGE | | | | WPM | WPM |

SPECIALIZED TRAINING (Vocational, trade technical, business)

-*Attended 6 mos. of the 10th grade.

LEISURE TIME ACTIVITIES: -

SPORTS IN WHICH QUALIFIED: -

TALENT FOR PUBLIC ENTERTAINMENT: Plays Bass Horn (by note), Cornet (by note), HS Band

HIGHEST POSITION OF LEADERSHIP: -

MAIN CIVILIAN OCCUPATION (D. O. T. TITLE): CASUAL WORK

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

LABORER: Held a variety of jobs such as dishwasher, janitor, and pin setter; none of more than a few months duration. 1963-64

SECOND BEST OCCUPATION (D. O. T. TITLE): -

EMPLOYER'S NAME:

| LOCATION | YRS. SERVICE | WKLY. WAGE | TRADE TEST NAME | SCORE |
|---|---|---|---|---|
| | | $ | | |

DUTIES, SKILLS, MACHINES

OTHER WORK EXPERIENCE

-

| RIGHT EYE | LEFT EYE | RIGHT HANDED | LEFT HANDED | QUALIFIED SWIMMER | QUALIFIED FOR | NOT QUALIFIED FOR |
|---|---|---|---|---|---|---|
| 20/20 20/20 | 20/20 20/20 | x | | CLASS III | | |

CODED RECOMMENDATIONS: 3-90-30

REMARKS: Industrial Arts 1 yr., General Science 1 yr., HS

RECOMMENDED TO STRIKE FOR: Communication Ratings

PREPARING ACTIVITY: USNTC, San Diego, California

I VOLUNTEER FOR: Communications Technicians Duty

INITIALS: HES

INTERVIEWEE'S SIGNATURE: Harold Eugene Six
HAROLD EUGENE SIX

VERIFIED: D.L. HUSKEY, PNCA, USN

DATE: 5/16/64

ENLISTED CLASSIFICATION RECORD NAVPERS-601-3 (REV. 4-59)

# NAVY OCCUPATION AND TRAINING HISTORY

*See Art. B-2305, BuPers Manual

## 1. ADVANCEMENT, REDUCTION OR CHANGE IN RATING

| RATE TO WHICH PERSON WILL BE ADVANCED, REDUCED OR CHANGED | PRACTICAL FACTORS: DATE COMPLETED FOR ADVANCEMENT | PRACTICAL FACTORS: *OFFICER'S INITIALS | TRAINING COURSES COMPLETED: DESCRIPTION OF COURSE OR NAVPERS NUMBER | TRAINING COURSES COMPLETED: DATE COMPLETED | TRAINING COURSES COMPLETED: *OFFICER'S INITIALS | DATE ADVANCED, REDUCED OR CHANGED RATING | *OFFICER'S INITIALS |
|---|---|---|---|---|---|---|---|
| SA | | | SN, NP, 91240-1B, 3.85 | 16DEC64 | NMB | 14 AUG 1964 | [signature] |
| | | | BMR, NP, 91202-1, 3.63 | 16DEC64 | NMB | | |
| | | | Military Requirements for | | [signature] | | |
| SN | 22JAN65 | NMB | PO 3&2 (91206-C) 3.44 | 21MAY65 | BAW | | |
| | | | NTC for CT T/R/I 3&2 | | | | |
| CTSA | | | NP91567-1 (3.91) | 28JUN66 | PMA | 5 MAR 65 | NMB |
| CTSN | 28APR65 | BCM | | | | 16MAY65 | BCM |
| CT3 | 25MAY65 | BAW | | | | 16APR66 | NJE |
| CT2 | 6JUN66 | MMW | | | | | |

## 2. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 14 AUG 1964 | CT-2400 | 0000 | [initials] |
| 05 MAR 65 | 0000 | 0000 | NMB |

## 3. RECORD OF OTHER OFF-DUTY STUDY (USAFI Courses, Etc.)

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFFICER'S INITIALS |
|---|---|---|---|---|
| | | | | |

## 4. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |

## 5. GENERAL EDUCATIONAL DEVELOPMENT TESTING RECORD

| | PASSED: (In-service equivalent) | FAILED: (Void if passed on retest) |
|---|---|---|
| HIGH SCHOOL LEVEL | HIGH SCHOOL GRADUATION [X] Date 11/65 *Off. Initials LWL | [ ] Date ____ *Off. Initials ____ |
| COLLEGE LEVEL | ONE YEAR COLLEGE [ ] Date ____ *Off. Initials ____ | [ ] Date ____ *Off. Initials ____ |

## 6. RECORD OF NAVY SERVICE SCHOOLS ATTENDED

NAME AND LOCATION OF SCHOOL: U.S. NAVCOMMTRACEN, PENSACOLA, FLORIDA

CLASS NO.: 06A-R | COURSE LENGTH: 22 WKS | DATE ENROLLED: 07 SEPT 1964

DATE COMPLETED: 05 MAR 65 | FINAL MARK (0-100) (62.5 passing): 92.70 | CLASS STANDING: 14 in a class of 19

MANNER OF COMPLETION: [X] GRADUATED [ ] DROPPED FOR Class aver for prev 4 qtrs 94.45

SIGNATURE*: [signature] N.M. BRADLEY, LT, USN, PERS. OFF.

NAME AND LOCATION OF SCHOOL: ____

CLASS NO. ____ COURSE LENGTH ____ DATE ENROLLED ____

DATE COMPLETED ____ FINAL MARK (0-100) (62.5 passing) ____ CLASS STANDING ____ in a class of ____

MANNER OF COMPLETION: [ ] GRADUATED [ ] DROPPED FOR ____

SIGNATURE* ____

| NAME (Last) (First) (Middle) | SERVICE NUMBER | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

Navy Occupation and Training History NAVPERS 601-4 (Rev. 3-58) 4 1

AR 494

LEAVE RECORD
OFFICER - ENLISTED

S-4

I. LEAVE ACCOUNT

| LEAVE TAKEN A FROM- DAY MO. YR. | B TO- DAY MO. YR. | C NO. DAYS | LEAVE CREDITED D DATE DAY MO. YR. | E NO. DAYS | BALANCE F NO. DAYS | SHIP OR STATION G | SIGNATURE H |
|---|---|---|---|---|---|---|---|
| | CREDIT ESTABLISHED OR BROUGHT FORWARD | | MAY 6 1964 | | 0 | NAVCRUITSTA LOS ANGELES, CALIF | R. E. KORMAN |
| | | | JUN 30 1964 | 65 | 05 | U. S. NAVAL TRAINING CENTER SAN DIEGO 33, CALIFORNIA | [illegible] |
| 15 AUG 64 | 26 AUG 64 | 12 | | | | U.S. NAVCOMMTRACEN PENSACOLA, FLORIDA | N.M. BRADLEY, LT USN |
| 19 DEC 64 | 3 JAN 65 | 16 | | | | NCTC, PNCLA, FLA | N.M. BRADLEY, LT, USN |
| 6MAR65 | 20MAR65 | 15 | | | | U.S. NAVSECGRUACTY BREMERHAVEN, GER | LYNNE R. CARLSON LTJG USN |
| | | | 30JUN65 | 30 | -08 | USNAVCOMMSTAWASHDC | M.J. [illegible], LT, USN |
| 4 MAY 1966 | 27 MAY 1966 | 24 | | | | U.S.S. LIBERTY (AGTR-5) | P. M. ARMSTRONG |
| A5712 | | | 30 JUN 66 | 30 | -02 | USS LIBERTY (AGTR-5) | P.M. ARMSTRONG, LCDR, |
| 31 AUG 66 | 12 SEP 66 | 13 | | | | USS LIBERTY (AGTR-5) | P.M. ARMSTRONG, LCDR |
| DISCHARGED | | | 09 FEB 67 | 18½ | 03½ | USS LIBERTY (AGTR-5) | P.M. ARMSTRONG, LCDR |

II. RECORD CLOSING DATA

| A. FINAL COMPUTATION | | B. DISPOSITION (Check appropriate item) | |
|---|---|---|---|
| 1. TOTAL DAYS LEAVE CREDITED (Total-Col. E) | 83½ | XX | 1. BALANCE CARRIED FORWARD TO NEW RECORD 03½ |
| 2. TOTAL DAYS LEAVE TAKEN (Total-Col. C) | 80 | | 2. CASH SETTLEMENT REQUESTED |
| 3. BALANCE (1 minus 2) | 03½ | | 3. OTHER (Specify) |

NAME, GRADE AND TITLE OF CERTIFYING OFFICER
P. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFF
BY DIRECTION OF THE COMMANDING OFFICER

SIGNATURE OF CERTIFYING OFFICER

III. NAME (Last, first, middle)
SIX, HAROLD EUGENE

FILE/SERVICE NO.
777 58 53 USN

NAVPERS 601-8 (Rev. 1-63)

8 [1]

**ENLISTED PERFORMANCE RECORD**

**See Art. B-2305, BuPers Manual*

| 1. DATE | 2. REASON | 3. RATE | 4. TRAITS: PROFESSIONAL PERFORMANCE | MILITARY BEHAVIOR | LEADERSHIP AND SUPERVISORY ABILITY | MILITARY APPEARANCE | ADAPT-ABILITY | 5. SHIP OR ACTIVITY | 6. INITIALS* |
|---|---|---|---|---|---|---|---|---|---|
| MAY 6 | 1964 | SR | | —DATE OF ENLISTMENT— | | | | NAVCRUITSTA LOS ANGELES, CALIF. | W.A. |
| 5 MAR 65 | T | CTSA | 3.4 | 3.6 | N.O | 3.6 | 3.6 | NCTC, PNCLA, FLA. | NMB |
| 16 MAY 65 | P | CTSN | LESS THAN NINETY DAYS | | | | | NSGA BREMERHAVEN, GERMANY | BAW |
| 17 JUN 65 | T | CTSN | 3.0 | 3.2 | N.O. | 3.0 | 3.2 | NSGA BREMERHAVEN, GERMANY | BAW |
| 16 NOV 65 | P | CTSN | 3.0 | 3.6 | 3.4 | 3.4 | 3.4 | USNAVCOMMSTAWASHDC | [illegible] |
| 16 MAR 66 | P | CTSN | 3.2 | 3.4 | N.O. | 3.4 | 3.6 | USNAVCOMMSTAWASHDC | NJF |
| 16 AUG 66 | M | CTSN | 3.0 | 3.0 | N.O. | 3.4 | 3.4 | USS LIBERTY (AGTR-5) | PMA |
| 16JAN 67 | M | CT3 | 3.8 | 3.6 | 3.6 | 3.4 | 3.6 | USS LIBERTY (AGTR-5) | [illegible] |
| 10FEB67 | M | CT3 | IS RECOMMENDED FOR REENLISTMENT | | | | | USS LIBERTY (AGTR-5) | PMA |
| 10FEB67 | P | CT3 | FINAL OVERALL TRAIT AVERAGE: 3.38 | | | | | USS LIBERTY (AGTR-5) | PMA |
| 10FEB67 | P | CT3 | 3.26 OVERALL TRAIT AVERAGE UPON DISCHARGE | 3.40 | 3.50 | 3.36 | 3.46 | USS LIBERTY (AGTR-5) | PMA |

(First) (Middle) SERVICE NO.

'ENE 777 58 53 USN

RECORD— NAVPERS 601-9 (Rev, 8-

## TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: U.S. NAVY RECRUITING STATION, LOS ANGELES, CALIF.

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| MAY 6 1964 | NA | U.S. NAVAL TRAINING CENTER, SAN DIEGO, CALIF. |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| SR | RECRUIT TRAINING |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| SECTION B-28 CRUITMAN | C. Brad<br>C. BRAD, CWO, USN<br>ASST ENLISTMENT OFFICER |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| CRUITRACOM USNTC SAN DIEGO CALIF | 06 MAY 1964 | P M Idema<br>P. M. IDEMA, LTJG, USNR<br>ASSISTANT TO PERSONNEL OFFICER<br>BY DIRECTION OF THE C.O. |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| THIS | SECTION | VOID |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

THIS SECTION VOID

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

TRANSFERS AND RECEIPTS—NAVPERS 601-12 (New 12-61) 12 7

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION: CRUITRACOM, USNTC, SAN DIEGO, CALIFORNIA
NO. MOS. S/FSD THIS COMMAND: NONE

AUTH: BUPES TG 190-004

| NAME (Last, first, middle) | SERVICE NO. | RATE | BRANCH AND CLASS |
|---|---|---|---|
| SIX HAROLD EUGENE | 777 58 53 | SA | USN |

ACTIVITY TO WHICH TRANSFERRED: OINC NAVCOMMTRACEN PENSACOLA FLA.

PURPOSE OF TRANSFER (Duty, Instruction, etc.): DU INS 26 ~~WKSXXXXX~~ WKS CTR&T/A SCOL CLCVN 8/07/64

DATE TRANSFERRED: 08/14/64
SIGNATURE AND RANK: C. BRACKEN, CWO4,USN, DIRCRUITPERS BY DIR CO RTC

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

REPORTED AT (Ultimate destination): NAVCOMMTRACEN Pensacola, Fla.
DATE REPORTED: 30 AUG 1964
SIGNATURE AND RANK*: N.M. BRADLEY, LT, USN Personnel Officer By direction of the Commanding Offi

DATE TRANSFERRED: 5 MAR 65
NO. MOS. S/FSD THIS COMMAND:
ACTIVITY TO WHICH TRANSFERRED: NAVSECGRUACTY, BREMERHAVEN, GERMANY

RATE: CTSA
PURPOSE OF TRANSFER (Duty, Instruction, etc.): DUTY IN BUPERS CONT "B" BILLET (BR1726)

AUTH: BUPERS TC B0345
SIGNATURE AND RANK: N. M. BRADLEY, LT, USN, PERS. OFF. BY DIRECTION OF THE C.O.

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

REPORTED AT (Ultimate destination): U.S. NAVSECGRUACTY, BREMERHAVEN, GER
DATE REPORTED: 24 MAR 65
SIGNATURE AND RANK*: LYNNE R. CARLSON, LTJG, USN ADMIN OFF BY DIR OF C.O.

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 777 58 53 | USN |

DATE TRANSFERRED: 17 JUN 65
NO. MOS. S/FSD THIS COMMAND: 03 MOS
ACTIVITY TO WHICH TRANSFERRED: U.S. NAVCOMMSTA WASHINGTON AT CHELTENHAM MD

RATE: CTSN
PURPOSE OF TRANSFER (Duty, Instruction, etc.): FOR DUTY WITH NAVSECGRU IN BUPERS CONTR CODE B BILLET (BR2026)

AUTH: BUPERS SPDLTR Pers-B2123-lwb-14 of 6 MAY 65/BUPERS TC B1235
SIGNATURE AND RANK: B. A. WEINWURM, LT, USNR ADMIN OFF BY DIR OF THE CO

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

REPORTED AT (Ultimate destination): USNAVCOMMSTAWASHDC 20390
DATE REPORTED: 19 JUN 65
SIGNATURE AND RANK*: N. J. ELLIFRIT, LT, USN PERS OFF BY DIR OF C.O.

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 777 58 53 | USN |

TRANSFERS AND RECEIPTS—NAVPERS 601 - 12 (New 12-61)
(Modified per Bureau approval 5-62)

12

# TRANSFERS AND RECEIPTS

*See Art. B-2305, BuPers Manual

SHIP OR STATION
U. S. NAVAL COMMUNICATION STATION WASHINGTON, D. C.

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| 3 MAY 66 | | CO USS LIBERTY (AGTR-5) |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| CTSN | FORDU IN A BUPERS CONTROLLED B B.ILLET |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| BUPERS TC-B0826 | N. J. ELLIFRIT, LT, USN |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| U.S.S. LIBERTY (AGTR-5) | 28 MAY 1966 | P. M. ARMSTRONG, LCDR, USN<br>By direction of the<br>Commanding Officer |

| NAME (Last, first, middle) | SERVICE NO | BRANCH AND CLASS |
|---|---|---|
| SIX, Harold Eugene | 777 58 53 | USN |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

| DATE TRANSFERRED | NO. MOS. S/FSD THIS COMMAND | ACTIVITY TO WHICH TRANSFERRED |
|---|---|---|
| | | |

| RATE | PURPOSE OF TRANSFER (Duty, Instruction, etc.) |
|---|---|
| | |

| AUTH: | SIGNATURE AND RANK* |
|---|---|
| | |

FOR USE OF INTERMEDIATE REPORTING STATIONS (If necessary)

| REPORTED AT (Ultimate destination) | DATE REPORTED | SIGNATURE AND RANK* |
|---|---|---|
| | | |

| NAME (Last, first, middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| | | |

## ADMINISTRATIVE REMARKS

*See Art. B-2305, BuPers Manual*

SHIP OR STATION NAVCRUITSTA, LOS ANGELES, CALIFORNIA

DATE: MAY 6 1964

Enlisted this date in the Navy for

( ) THREE (3) YEARS
(XX) FOUR (4) YEARS
( ) SIX (6) YEARS
( ) MINORITY YEARS UNTIL ____________

in the rate of SR

(X) Recruit Enlistment Program. Auth: Section C-21 CRUITMAN.
( ) AR-SQ AIRMAN RECRUIT - SPECIAL QUOTA. AUTH: C-24 CRUITMAN.

(X) DD 53 N submitted.

(X) Social Security Account Number 520 46 1848.
( ) Social Security Application submitted.

( ) Administered the color perception test and was found to have normal color perception.

( ) Enlistment approved by the Chief of Naval Personnel from a security viewpoint. Auth: BUPERS ltr Pers B-63 of ____________

( )

William A. Andre
WILLIAM A. ANDRE
HEAD, RECRUITING DEPARTMENT
BY DIRECTION

| NAME (*Last, First, Middle*) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 5 8 5 3 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

13 [1]

**ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

Recruit Training Command, U.S. Naval Training Center, San Diego, Calif.

1 MAY 1964 9571627

Issued Armed Forces Identification Card
Geneva Convention Card Prepared.

Verified Profile: "A" Qualified for full duty.
Auth: BUPERS INSTRUCTION 611.1 of 18 JUL 57

P U L H E S
1 1 1 1 1 1

14 AUG 1964 Recruit Training Completed. Course of instruction in Code of Conduct completed. Compliance with Article 137 UCMJ completed.

Advanced or Changed in Rate to SA
AUTH: Recruit Rating Directive 1-61.

Completed Familiarization course with small arms, having fired 50 rounds at 200 yards.

P. M. IDEMA, LTJG
ASSISTANT TO PERSONNEL OFFICER
BY DIRECTION OF THE C.O.

| NAME (Last, First, Middle) | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61) /11ND-NTC(OP)-1070/41 (11-63) 13

AR 501

## ADMINISTRATIVE REMARKS

*See Art. B-2305; BuPers Manual*

SHIP OR STATION

U. S. NAVAL SECURITY GROUP ACTIVITY, BREMERHAVEN, GERMANY

24 MAR 65: Sea duty commencement date established as MARCH 1965. Tour completion date: MARCH 1967.

Lynne R. Carlson

LYNNE R. CARLSON, LTJG, USN
Administrative Officer
By direction of the C.O.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16 MAY 65: Advanced to CTSN effective 16 MAY 65. AUTH: BUPERSINST P1430.7D.

B. C. Miller

B. C. MILLER, LTJG, USN
Personnel Officer
By direction of the C. O.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U. S. NAVAL COMMUNICATION STATION WASHINGTON, D.C.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

29 JUN 65: Completed performance test required preliminary to advancement to CT3 this date.

L. W. Laibly

L. W. LAIBLY, ENS, USNR, Training Officer
By direction of the Commanding Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16 APR 66: Advanced to CTR3 effective this date. For advancement eligibility, service in pay grade computed from 16 NOV 65. Auth: NEC ADV LTR 2-65 of 1 OCT 65.

N. J. ELLIFRIT, LT, USN, Personnel Officer
By direction of the Commanding Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| NAME (Last, First, Middle) | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX, | Harold | Eugene | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)

13 3



USS LIBERTY (AGTR-

TO ALL SAILORS WHEREVER YE MAY BE: *and to all Mermaids, Whales, Sea Serpents, Porpoises, Sharks, Skates, Dolphins, Eels, Suckers, Crabs, Lobsters and all other living things of the sea,* GREETINGS: *Know ye: that on this 16th day of July 1966, in Latitude* [illegible] *and Longitude 09° 03'E there appeared in our Royal Domain the USS LIBERTY (AGTR-5) bound* [illegible]

*BE IT KNOWN: By all ye Sailors,* [illegible] *land lubbers and* [illegible] *who may be honored by his presence that*

**HAROLD EUGENE SIX**

*Having been found worthy to be numbered as one of our trusty SHELLBACKS he has been duly initiated into the*

*"SOLEMN MYSTERIES OF THE ANCIENT ORDER OF THE DEEP"*

*I do hereby command all my subjects* [illegible] *to him wherever he may be.*

*Given under our hand this* [illegible]

*DAVEY JONES*
*His Majesty's Scribe*

[illegible] *Ruler of the Raging Main*
*By his direction*

P.M. ARMSTRONG, LCDR, USN
Executive Officer By direction
of the Commanding Officer

18 JUL 66: Authorized to wear National Defense Service Medal, FIRST AWARD
Auth: SecNav NOTICE 1650 of 5 MAY 1966 Medal not issued.

P.M. ARMSTRONG, LCDR, USN
Executive Officer By direction
of the Commanding Officer

SIX, HAROLD EUGENE 777 58 53 USN 13

**ADMINISTRATIVE REMARKS** *See Art. B-2305, BuPers Manual*

SHIP OR STATION

USS LIBERTY (AGTR-5), FPO NEW YORK 09501

20 DEC 1966: Completed performance test requirements for CTR2.

M. M. WATSON, ENS, USNR, PERS. OFF.
By direction of the Commanding Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

20 DEC 1966: Recommended for advancement and nominated for examination. Eligible in all respects for participation in Navy-wide competitive examination for CTR2.

M. M. WATSON, ENS, USNR, PERS. OFF.
By direction of the Commanding Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

06 FEB 67: SIX was interviewed this date in accordance with BuPers Manual Article C-10103, and the advantages of immediate reenlistment were explained to him. SIX states that he does intend to re-enlist on board.

RECOMMENDED FOR REENLISTMENT

F. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

06 FEB 67: In accordance with Article C-1403, BUPERSMAN, I understand that I do not receive mileage or lump-sum payment for unused leave. I do desire to reenlist more than three months early.

HAROLD EUGENE SIX

WITNESSED: F. M. ARMSTRONG, LCDR, USN, EXECUTIVE OFFICER
BY DIRECTION OF THE COMMANDING OFFICER

| NAME (Last, First, Middle) | | | SERVICE NO. | BRANCH AND CLASS |
|---|---|---|---|---|
| SIX | Harold | Eugene | 777 58 53 | USN |

ADMINISTRATIVE REMARKS—NAVPERS 601-13 (Rev. 12-61)
11 A 0105 401 2103

★ GPO : 1961 O—598881

13 4

Form prescribed by Comptroller, U. S.
26 April 1950

*See Art. B-2305 BuPers Manual

EXEMPT REPORT

# RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH

GPO 1959 OF-503914

**DISPOSITION DATA**

USS LIBERTY (AGTR-5) AT NORFOLK, VIRGINIA on 09 FEB 67 the below-named individual was
(Ship or Station) (Location) (Date)

[X] DISCHARGED [ ] RELEASED FROM ACTIVE DUTY [ ] TRANSFERRED TO FLEET RESERVE CLASS ____ [ ] RETIRED [ ] DECEASED [ ] TEMPORARILY PHYSICALLY RETIRED [ ] OTHER (Specify in remarks section)

This individual was: [ ] RELEASED FROM ACTIVE DUTY [X] CONTINUED ON ACTIVE DUTY NORMAL DATE OF EXPIRATION OF ENLISTMENT 05 MAY 68
(Day) (Mo.) (Year)

REASON 313 - TO IMMEDIATELY REENLIST TYPE DISCHARGE CERTIFICATE HONORABLE

AUTHORITY: ART. C-10317 BUPERS MAN BUPERS LTR PERS-B2211-jlg of 3 NOV 66

**ENLISTMENT DATA**

[X] ENLISTED [ ] INDUCTED 06 MAY 64 LOS ANGELES, CALIF.
(Date and place)

[X] ACCEPTED FOR ENLISTMENT AT [ ] ORDERED TO ACTIVE DUTY FROM 06 MAY 64 LOS ANGELES, CALIF.
(Date and place)

HOME OF RECORD AT TIME OF ENLISTMENT, INDUCTION, OR ORDER TO ACTIVE DUTY COVINA, LOS ANGELES, CALIF.

**TRAVEL DATA**

I hereby elect mileage allowance to NOT ENTITLED TO MILEAGE ALLOWANCE
(Location)

Place of ____
(See Travel Instructions)

SIGNATURE *Harold Eugene Six*

**MISCELLANEOUS DATA**

[ ] REENLISTED ON BOARD [ ] ELECTED CASH SETTLEMENT THREE ONE HALF 03½ DAYS UNUSED LEAVE [X] ELECTED TO CARRY OVER UNUSED LEAVE TO NEW ENLISTMENT
(Words) (Figures)

[ ] NOT ENTITLED SETTLEMENT UNUSED LEAVE [ ] ENTER CHECKAGE FOR ____ DAYS EXCESS LEAVE FROM ____ TO ____

Completed 02 years service for pay purposes on 05 MAY 66 PAYMENT OF DISCHARGE GRATUITY [ ] IS DIRECTED [X] IS NOT DIRECTED

REMARKS

ISSUED ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE DD214.
ISSUED HONORABLE DISCHARGE CERTIFICATE DD256N.
IS RECOMMENDED FOR REENLISTMENT
HOME ADDRESS 435 E. COLORADO ST. APT 2 GLENDORA, CALIF.
OVERALL TRAIT AVERAGE: 3.38
OVERALL MILITARY BEHAVIOR TRAIT AVERAGE: 3.40
SELECTIVE SERVICE NUMBER: NOT REGISTERED
SOCIAL SECURITY NUMBER: 520 46 1848

*The disbursing officer is authorized and directed to credit mileage allowances and other allowances as provided by law and regulations and to close account if required in accordance with current instructions.*

| SIGNATURE | RANK AND TITLE | C. O. ORDER NO. |
|---|---|---|
| F. H. ARMSTRONG | LCDR, USN, EXECUTIVE OFFICER | 058-67 |

**DISBURSING DATA**

MILEAGE ALLOWANCE CREDITED $____

D. O. SYMBOL NO. 85714

DUE AT DISCHARGE $____

PERSONAL FUNDS $____

GRATUITY CREDITED $____

SHIP OR STATION
USS LIBERTY (AGTR- 5)

| NAME (Last) | (First) | (Middle) | SERVICE NO. | RATE | BRANCH AND CLASS |
|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | CTS USN | USN |

RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH NAVPERS—601-14/NAVCOMPT 512 (REV. 4-59) 14

LEGEND: Insert N/A to the items below which are not applicable

**PERSONAL DATA**

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3a. GRADE, RATE OR RANK | b. DATE OF RANK (Day, Month, Year) |
|---|---|---|---|
| SIX, HAROLD EUGENE | 777 58 53 | CT3 (E-4) | 16 APR 66 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5. PLACE OF BIRTH (City and State or Country) | 6. DATE OF BIRTH DAY | MONTH | YEAR |
|---|---|---|---|---|
| USN NAVY | TORRINGTON, WYO. | 27 | APR | 46 |

| 7a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8. U.S. CITIZEN | 9. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| - - - - - - - | MALE | BROWN | BROWN | 71 | 145 | ☒ YES ☐ NO | SINGLE |

| 10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| HIGH SCHOOL - 1 | GENERAL |

**TRANSFER OR DISCHARGE DATA**

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| DISCHARGE | USS LIBERTY (AGTR-5) |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE DAY | MONTH | YEAR |
|---|---|---|---|
| 313 - TO IMMEDIATELY REENLIST AUTH: BUPERS LTR PERS-B2211-jlg of 3 NOV 66 | 09 | FEB | 67 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| USS LIBERTY (AGTR-5) | HONORABLE | DD256N |

**SELECTIVE SERVICE DATA**

| 14. SELECTIVE SERVICE NUMBER | 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED DAY | MONTH | YEAR |
|---|---|---|---|---|
| NA | NOT REGISTERED | - - | - - - - | - - |

17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: N/A

**SERVICE DATA**

| 18. TERMINAL DATE OF RESERVE OBLIGATION DAY | MONTH | YEAR | 19a. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION - SOURCE OF ENTRY | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| - - - | - - - - | - - | ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: | FOUR | 06 | MAY | 64 |

| 20. PRIOR REGULAR ENLISTMENTS | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | SR | LOS ANGELES, CALIF. |

23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): COVINA, LOSANGELES, CALIF.

25a. SPECIALTY NUMBER AND TITLE: CT3 - - - - - - -

b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: - - - - - - - - - - - - -

| 24. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 09 | 05 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) + line (2)) | 02 | 09 | 05 |
| b. TOTAL ACTIVE SERVICE | | 02 | 09 | 05 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 08 | 13 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NATIONAL DEFENSE MEDAL

27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): NA

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| a. SCHOOL OR COURSE | b. DATES (From - To) | c. MAJOR COURSES |
|---|---|---|
| CT "A" SCOL | 07SEP64-05MAR65 | |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:
NTC FOR SN
BMR FOR SN
MR FOR PO3&2
NTC FOR CTTR13&2

**VA DATA**

| 30a. GOVERNMENT LIFE INSURANCE IN FORCE | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|
| ☐ YES ☒ NO | NA | NA |

| 31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) | b. VA CLAIM NUMBER |
|---|---|
| NA | C- NA |

**AUTHENTICATION**

32. REMARKS
IS RECOMMENDED FOR REENLISTMENT
NUMBER OF DAYS LEAVE PAID: NONE
NUMBER OF DAYS EXCESS LEAVE: NONE
NUMBER OF DAYS LOST TIME: NONE
SOCIAL SECURITY NUMBER: 520 46 1848

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): 435 E. COLORADO ST. APRT. 2 GLENDORA CALIF.

34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: [signature]

35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: P. M. ARMSTRONG, LCDR, USN, EXEC OFF

b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature]

DD FORM 1 NOV 55 214 REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE 2

JOINT ME[illegible]AGEFORM

SECURITY CLASSIFICATION: UNCLASSI[illegible]ED

302102Z May 74

| PAGE | DRAFTER OR RELEASER TIME | PRECEDENCE ACT | PRECEDENCE INFO | LMF | CLASS | CIC | FOR MESSAGE CENTER/COMMUNICATIONS CENTER ONLY DATE - TIME | MONTH | YR |
|---|---|---|---|---|---|---|---|---|---|
| 01 OF 01 | | RR | RR | | UUUU | | | | |

ZZ ZZ

BOOK | MESSAGE HANDLING INSTRUCTIONS

FROM: CHNAVPERS WASHINGTON DC

TO: NAVCOMMSTA SAN MIGUEL PI

UNCLAS //N01306//

EX-CTR1 HAROLD EUGENE SIX, USN, 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

A. YOUR 110726Z MAR 74

1. LATEST ADDRESS FOR ABOVE NAMED 3 PARADISE VALLEY, CARSON, CA 90745.

FINISH FILE-PERS-3824

DISTR:

DRAFTER TYPED NAME, TITLE, OFFICE SYMBOL, PHONE & DATE: NS MAY 74 T.T. MARTIN, 382, 289, 41526

SPECIAL INSTRUCTIONS:

RELEASER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE: S. S. BARBER LCDR 388 41592

SIGNATURE:

SECURITY CLASSIFICATION: UNCLASSIFIED

DATE TIME GROUP:

DD FORM 1 JUL 73 173 (OCR) REPLACES DD FORM 173, 1 DEC 70, WHICH WILL BE USED. S/N-0102-001-5602 ☆U.S. GPO: 1973

AR 507

JOINT MES GEFORM

SECURITY CLASSIFICATION: UNCLASSI ED

302103Z May 74

| PAGE | DRAFTER OR RELEASER TIME | PRECEDENCE ACT | PRECEDENCE INFO | LMF | CLASS | CIC | FOR MESSAGE CENTER/COMMUNICATIONS CENTER ONLY DATE - TIME | MONTH | YR |
|---|---|---|---|---|---|---|---|---|---|
| ZZ 01 OF 01 | | RR | RR | | UUUU | | | | ZZ |

BOOK

MESSAGE HANDLING INSTRUCTIONS

FROM: CHNAVPERS WASHINGTON DC

TO: NAVCOMMSTA SAN MIGUEL PI

UNCLAS //N01306//

EX-CTR1 HAROLD EUGENE SIX, USN, 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

A. YOUR 110726Z MAR 74

1. LATEST ADDRESS FOR ABOVE NAMED 3 PARADISE VALLEY, CARSON, CA 90745.

DISTR:

DRAFTER TYPED NAME, TITLE, OFFICE SYMBOL, PHONE & DATE

NS MAY 74

T.T. MARTIN, 382, 289, 41526

SPECIAL INSTRUCTIONS

RELEASER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE

S. S. BARBER LCDR, 38B 41592

SIGNATURE

SECURITY CLASSIFICATION: UNCLASSIFIED

DATE TIME GROUP

DD FORM 1 JUL 73 173 (OCR) REPLACES DD FORM 173, 1 DEC 70, WHICH WILL BE USED. S/N-0102-001-5602 ☆U.S. GPO: 1973 — 502-930

WORKSHEET F-49 (Rev. 5/55)

☐ Business ☒ Dispatch ☐ Pending CODE ADl
☐ Naval ☐ Speedletter ☐ Air Mail DATE 5-28
☐ Form F- ☐ Memorandum EXAMINER TTM

☐ ISSUE
☐ DD
☐ NAVPERS
☐ Certified Copy
☐

☐ Duplicate Service Record
☐ To C. O.
☐ NAVJAG 5800/12
☐ NAVPERS 5813/2

☐ Verify service data
☐ Verification of Service
☐ Fill in Specified Blanks and return to sender

ADDITIONAL INSTRUCTIONS

ADDRESS TO: NAVCOMMSTA PHILIPPINES SAN MIGUEL XXXXXX RP

UNCLAS//N01306//

VIA: E7-CTR1 HAROLD E. SIX, [redacted] USN, 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

INFO: A. Your 110726Z MAR 74

SUBJ: 1. LATEST ADDRESS FOR ABOVE NAMED [redacted] #3 PARADISE/VALLEY [redacted], CARSON, CA 90745

MINIMIZE CONSIDERED.

REF:

ENCL:

TEMS:

CORRESPONDEX PARA. FILL IN #

NAVPERS 5000/38 (9-68) SEE REVERSE SIDE ☐

AR 509

AR 510

MAKE READY WORKSHEET
NAVPERS 1070/43 (Rev. 3-71)    777-58-53    MR-1

| IDENTIFIED | NAME (Last, first, middle) | SERVICE NUMBER/SSAN | STATUS | DATE |
|---|---|---|---|---|
| ☐ YES ☐ NO | Six, Harold Eugene | 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 | DISCHARGED / ASP / FLT RESERVE / RETIRED | |

| SEARCH | ENLISTED FILES | OTHER NAVY | OTHER |
|---|---|---|---|
| SEARCHING SOURCES USED | ☒ ACTIVE JACKET FILE | OFFICER | COAST GUARD |
| | ALPHA LOSS FILE/FILM OK | NAVAL ACADEMY | MERCHANT MARINE |
| | INACTIVE LOCATOR | BUMED | VETERANS ADMINISTRATION |
| | ACTIVE LOCATOR | MARINE CORPS | |
| | NUMERIC FILE/FILM | X TRIDEX-OK | |
| | NPRC JACKET CONTROL FILE | | NPRC REGISTRY INDEX |

| SEARCHER'S INITIALS | ADDITIONAL IDENTIFYING DATA | VARIANT NAMES CHECKED |
|---|---|---|
| DATE: 3-25-74 | X BIDEX-NEG Disch 2-73 Card | MED-ONLY |

ACTION

| | |
|---|---|
| ☐ NPRC | FORWARDED FOR ACTION. JACKET SHOULD ~~BE IN NPRC~~. |
| ☒ NPRC CLERK | ☐ REQUEST JACKET FROM NPRC. PERMANENT WITHDRAWAL ☐ YES ☐ NO REG.# NEG |
| | ☐ RELAY MESSAGE TO NPRC. ADD: |
| ☐ EXAM | |
| ☐ DISP | ☐ USE F-1 AND FORWARD TO: |
| HEAD/ASST. HD INITIALS: | ☐ CAN'T IDENTIFY. RETURN TO WRITER. ☐ F-2 ☐ F-2a ☐ CX PARA |
| | ☐ FEE REQUIRED. RETURN TO WRITER. ☐ F-85 ☐ F-67 $ ______ |
| DATE: H | ☐ 3-20 |