FILE COPY

11 MAR 74 11 00Z

382

AR 511

17864 MAR 12 74

```
NNNNCZCFJA840
BTTEZYUW RUMFSAA9725 0700800-EEEE--RUEBJFA.
ZNY EEEEE
R 110726Z MAR 74
FM NAVCOMMSTA PHILIPPINES SAN MIG
TO CHNAVPERS WASHINGTON DC
BT
UNCLAS E F T O //N01306//
CTR1 HAROLD E. SIX, USN, 520-46-18
A. MY 110940Z FEB 74
1. REQ ADTAKE REF A.
BT
#9725
```

ROUTING CHANGED BY

ACT/COG: 38

101

RELAY

RUGENT URGENT

NNNNCZCFJA712
RTTEZYUW RUMFSAA9211 0421107-EEEE:--RUEBJFA
ZNY EEEEE
R 110940Z REB 74
FM NAVCOMMSTA PHILIPPINES SAN MIGUEL RP
TO RUEBJFA/ CHNAVPERS WASHINGTON DC
BT
UNCLAS E F T O // N01306//
CTR1 HAROLD E. SIX, USN 520 46 1846
REQUEST LAST KNOWN ADDRESS FOR SNM WHO MAY HAVE
INQURRED SUBSTANTIAL INDEBTEDNESS TO PRIVATE CONCERN
IN RP
BT
9211

UNQOTE

SIX HAROLD EUGENE

SN 7775853
SSN 520461848

ENLISTED 5-6-64 DISCHARGED 02/73

3831

FEB 14 12 5 REC

AR 512

JOINT MESS. [illegible]FORM

SECURITY CLASSIFICATION: UNCLASSIFIED

3021033 May 74

| PAGE | DRAFTER OR RELEASER TIME | PRECEDENCE ACT | PRECEDENCE INFO | LMF | CLASS | CIC | FOR MESSAGE CENTER/COMMUNICATIONS CENTER ONLY DATE - TIME | MONTH | YR |
|---|---|---|---|---|---|---|---|---|---|
| ZZ 01 OF 01 | | RR | RR | | UUUU | | | | ZZ |

BOOK | MESSAGE HANDLING INSTRUCTIONS

FROM: CHNAVPERS WASHINGTON DC

TO: NAVCOMMSTA SAN MIGUEL PI

UNCLAS //N61306//

EX-CTR1 HAROLD EUGENE SIX, USN, 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

A. YOUR 110726Z MAR 74

1. LATEST ADDRESS FOR ABOVE NAMED 3 PARADISE VALLEY, CARSON, CA 90745.

DISTR:

DRAFTER TYPED NAME, TITLE, OFFICE SYMBOL, PHONE & DATE
NS MAY 74
T.T. MARTIN, 382, 289, 41526

SPECIAL INSTRUCTIONS

RELEASER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE
S. S. BARBER LCDR 38B 41592

SIGNATURE

SECURITY CLASSIFICATION: UNCLASSIFIED

DATE TIME GROUP

DD FORM 173 (OCR) 1 JUL 73 REPLACES DD FORM 173, 1 DEC 70, WHICH WILL BE USED. S/N-0102-001-5602 ☆U.S. GPO: 73-502-930

3068

NFC USE ONLY

# REPORTING (ARRIVAL) ENDORSEMENT TO ORDERS (OFFICER-ENLISTED)

| 1. ORDER AUTH. NO. | 2. DATE OF ORDERS (YRMONDA) | 3. END. NO | 4. UNIT I.D. CODE | 5. REPORTING A. HOUR | B. DATE (YRMONDA) |
|---|---|---|---|---|---|
| CNP MSG | 72JUL19 | 2 | 60028 | 1441 | 72AUG02 |

| 6. NAME (LAST, FIRST, MIDDLE INITIAL) | 7. SSAN | | 8. GRADE |
|---|---|---|---|
| SIX, HAROLD E | 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 | E | E6 |

9. SERVICE NO.
GROUP TRAVEL — 10. NO. MEN PER ATTACHED LIST

MEMBER REPORTING FOR: 11. [ ] PERMDY 12. [X] TDY 13. [ ] TAD 14. [ ] FFT 15. [ ] FFA

NATURE OF DUTY: 16. [ ] REG DUTY 17. [ ] INST 18. [ ] TREATMT 19. [X] SEPTN 20. [ ] CONFMT 21. [ ] TRAHAB

22. [ ] PROSPECTIVE CM
23. OTHER DUTY
24. ESTIMATED PD OF TAD OR TDY A. MOS. 6 B. DAYS 5

ORDERED TO: 25. DIVING PAY BLT. NO. 26. [ ] HSTL FIRE AREA 27. [ ] COMBAT ZONE 28. OTHER

29. SUB. INST. STARTS (YRMONDA)
30. AUTHD SEP RATS COMMENCING A. HOUR B. DATE (YRMONDA)
31. [ ] MESS NOT AVAILABLE

32. [ ] QTRS NOT AVAILABLE TO MEMBER
33. [ ] QTRS ASSIGNED MBR & DEPNS
34. [ ] MEMBER NOT IN PER DIEM STATUS

35. [ ] SHIPS MESS/QTRS CLOSED
SHIPS OVERHAUL SCHEDULED FOR: 36. [ ] OVER 90 DAYS 37. [ ] 90 DAYS OR LESS

| 38. DAYS DELAY (LV) | 39. DAYS PROCD TIME | 40. DAYS TVL TIME | 41. UNACCTD FOR DAYS |
|---|---|---|---|
| | | | |

| LEAVE | SPECIAL | TAD | EMGNCY | NO. OF DAYS | FROM (YRMONDA) | TO (YRMONDA) |
|---|---|---|---|---|---|---|
| | 42. [ ] | 43. [ ] | 44. [ ] | 45. | 46. | 47. |
| | 48. [ ] | 49. [ ] | 50. [ ] | 51. | 52. | 53. |
| | 54. [ ] | 55. [ ] | 56. [ ] | 57. | 58. | 59. |

| MODE OF TRAVEL | 60. DIRECTED CODE | 61. AUTHORIZED CODE | 62. USED CODE | 63. MILEAGE IN US | DAYS TRAVEL OUTSIDE CONUS 64. TRANSOCEANIC | 65. FOREIGN |
|---|---|---|---|---|---|---|
| | | | | | | |

66. REMARKS

67. SIGNATURE AND GRADE OF TRAVELER OR SENIOR IN CHARGE:

68. AUTHENTICATING OFFICER'S SIGNATURE
[signature]

69. TYPE AUTHENTICATING OFFICER'S NAME: L. A. KIRKER
70. GRADE: LT USN
71. TITLE: SEP OFF

IDATION OR

ƆMPT FORM - OCR 3068 (6 PT) (REV. 9-71)

-710-7069

3 — ORIGINAL TRAVEL ORDER COPY

3067

NFC USE ONLY

DETACHING (DEPARTING) ENDORSEMENT TO ORDERS (OFFICER-ENLISTED)

| 1. ORDER AUTH NO. | 2. DATE OF ORDERS (YRMODA) | 3. END. NO. | 4. UNIT I.D. CODE | 5. DETACHING A. HOUR | B. DATE (YRMODA) |
|---|---|---|---|---|---|
| 3840240 | 73FEB06 | 1 | 60028 | 1500 | 73FEB06 |

| 6. NAME (LAST, FIRST, MIDDLE INITIAL) | 7. SSAN | | 8. GRADE |
|---|---|---|---|
| SIX, HAROLD E | 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 | E | E6 |

| 9. SERVICE NO. | 10. UIC TO WHICH REPORTING | GROUP TRAVEL | 11. NO. MEN PER ATTACHED LIST |
|---|---|---|---|
| | | | |

MEMBER BEING DETACHED FOR: 12. [X] PERMDY; 13. [ ] TDY; 14. [ ] TAD; 15. [ ] FFT; 16. [ ] FFA

NATURE OF DUTY: 17. [ ] REG DUTY; 18. [ ] INST; 19. [ ] TREATMT; 20. [ ] SEPTN; 21. [ ] CONFMT; [ ] TRAHAB

23. [ ] PROSPECTIVE CM; 24. OTHER DUTY: DISCH; 25. [ ] QTRS TERM FOR DEPNS ON DATE OF DETACHMENT

WITH AUTHORIZED: 26. DAYS DELAY (LV); 27. DAYS PROCD TIME; 28. DAYS TVL TIME

MEMBER IS AUTHORIZED: 29. [ ] EMGNCY LV; 30. [ ] SPCL LV; 31. NO. DAYS; 32. [ ] LV PERMDY STA AREA; 33. [ ] LV OUTSIDE CONUS

SEPARATION PAYMENTS AND REASON CODE: 34. [ ] READJMT; 35. [ ] DSABLTY SEVRNC; 36. [ ] SEVRNC; 37. [ ] CONTRCANCLTN; 38.

39. OTHER; 40. SEPTN CODE: A

41. DUE AT DISCHARGE; 42. PERSONAL FUNDS; 43. DISCH GRAT PAID

MAILING ADDRESS

| 44. STREET ADDRESS | 45. CITY |
|---|---|
| 3 PARADISE VALLEY | CARSON |

| 46. STATE | 47. ZIP CODE | 48. COUNTRY |
|---|---|---|
| CA | 90745 | |

49. REMARKS

| 50. AUTHENTICATING OFFICER'S SIGNATURE | 51. TYPE AUTHENTICATING OFFICER'S NAME | |
|---|---|---|
| [signature] | L. A. KIRKER | |
| | 52. GRADE: LT USN | 53. TITLE: SEP OFF |

VALIDATION ERROR

NAVCOMPT FORM-OCR 3067 (4PT) (11-70)

3 — ORIGINAL TRAVEL ORDER COPY

Form prescribed by Comptroller, U. S.
26 April 1950

*See Art. B–2305 BuPers Manual

EXEMPT REPORT

# RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH

* GPO 1959 OF—503914

**DISPOSITION DATA**

USS LIBERTY (AGTR-5) AT NORFOLK, VIRGINIA on 09 FEB 67 the below-named individual was
(Ship or Station) (Location) (Date)

[X] DISCHARGED [ ] RELEASED FROM ACTIVE DUTY [ ] TRANSFERRED TO FLEET RESERVE CLASS ____ [ ] RETIRED [ ] DECEASED [ ] TEMPORARILY PHYSICALLY RETIRED [ ] OTHER (Specify in remarks section)

This individual was: [ ] RELEASED FROM ACTIVE DUTY [X] CONTINUED ON ACTIVE DUTY

NORMAL DATE OF EXPIRATION OF ENLISTMENT 05 MAY 68
(Day) (Mo.) (Year)

REASON 313 - TO IMMEDIATELY REENLIST TYPE DISCHARGE CERTIFICATE HONORABLE

AUTHORITY: ART. C-10317 BUPERS MAN BUPERS LTR PERS-B2211-jlg of 3 NOV 66

**ENLISTMENT DATA**

[X] ENLISTED [ ] INDUCTED 06 MAY 64 LOS ANGELES, CALIF.
(Date and place)

[X] ACCEPTED FOR ENLISTMENT AT [ ] ORDERED TO ACTIVE DUTY FROM 06 MAY 64 LOS ANGELES, CALIF.
(Date and place)

HOME OF RECORD AT TIME OF ENLISTMENT, INDUCTION, OR ORDER TO ACTIVE DUTY COVINA, LOS ANGELES, CALIF.

**TRAVEL DATA**

I hereby elect mileage allowance to NOT ENTITLED TO MILEAGE ALLOWANCE
Place of ____ (Location)
(See Travel Instructions)

SIGNATURE *Harold Eugene Six*

[ ] REENLISTED ON BOARD [ ] ELECTED CASH SETTLEMENT THREE ONE HALF 03½ DAYS UNUSED LEAVE [X] ELECTED TO CARRY OVER UNUSED LEAVE TO NEW ENLISTMENT
(Words) (Figures)

[ ] NOT ENTITLED SETTLEMENT UNUSED LEAVE [ ] ENTER CHECKAGE FOR ____ DAYS EXCESS LEAVE FROM ____ TO ____

Completed 02 years service for pay purposes on 05 MAY 66 PAYMENT OF DISCHARGE GRATUITY [ ] IS DIRECTED [X] IS NOT DIRECTED

REMARKS

ISSUED ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE DD214.
ISSUED HONORABLE DISCHARGE CERTIFICATE DD256N.
IS RECOMMENDED FOR REENLISTMENT
HOME ADDRESS 435 E. COLORADO ST. APT 2 GLENDORA, CALIF.
OVERALL TRAIT AVERAGE: 3.38
OVERALL MILITARY BEHAVIOR TRAIT AVERAGE: 3.40
SELECTIVE SERVICE NUMBER: NOT REGISTERED
SOCIAL SECURITY NUMBER: 520 46 1848

*The disbursing officer is authorized and directed to credit mileage allowances and other allowances as provided by law and regulations and to close account if required in accordance with current instructions.*

| SIGNATURE | RANK AND TITLE | C. O. ORDER NO. |
|---|---|---|
| P. M. ARMSTRONG | LCDR, USN, EXECUTIVE OFFICER | 058-67 |

MILEAGE ALLOWANCE CREDITED $____

D.O. SYMBOL NO. 85718

DUE AT DISCHARGE $____
PERSONAL FUNDS $____
GRATUITY CREDITED $____

SHIP OR STATION
USS LIBERTY (AGTR- 5)

| NAME (Last) | (First) | (Middle) | SERVICE NO. | RATE | BRANCH AND CLASS |
|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 777 58 53 | CT3 USN | USN |

RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH NAVPERS—601-14/NAVCOMPT 512 (REV. 4-59) 14

LEGEND: Insert N/A to the items below which are not applicable.

**PERSONAL DATA**

1. LAST NAME - FIRST NAME - MIDDLE NAME: SIX, HAROLD EUGENE
2. SERVICE NUMBER: 777 58 53
3a. GRADE, RATE OR RANK: CT3 (E-4)
b. DATE OF RANK (Day, Month, Year): 16 APR 66
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: USN NAVY
5. PLACE OF BIRTH (City and State or Country): TORRINGTON, WYO.
6. DATE OF BIRTH: DAY 27 MONTH APR YEAR 46
7a. RACE: - - - - - - - -
b. SEX: MALE
c. COLOR HAIR: BROWN
d. COLOR EYES: BROWN
e. HEIGHT: 71
f. WEIGHT: 145
8. U.S. CITIZEN: ☒ YES ☐ NO
9. MARITAL STATUS: SINGLE
10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: HIGH SCHOOL - 1
b. MAJOR COURSE OR FIELD: GENERAL

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: DISCHARGE
b. STATION OR INSTALLATION AT WHICH EFFECTED: USS LIBERTY (AGTR-5)
c. REASON AND AUTHORITY: 313 - TO IMMEDIATELY REENLIST AUTH: BUPERS LTR PERS-B2211-jlg of 3 MAY 66
d. EFFECTIVE DATE: DAY 09 MONTH FEB YEAR 67
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: USS LIBERTY (AGTR-5)
13a. CHARACTER OF SERVICE: HONORABLE
b. TYPE OF CERTIFICATE ISSUED: DD256N

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: NA
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: NOT REGISTERED
16. DATE INDUCTED: DAY - - MONTH - - - - YEAR - -
17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: N/A

**SERVICE DATA**

18. TERMINAL DATE OF RESERVE OBLIGATION: DAY - - - MONTH - - - - YEAR - -
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER:
b. TERM OF SERVICE (Years): FOUR
c. DATE OF ENTRY: DAY 06 MONTH MAY YEAR 64
20. PRIOR REGULAR ENLISTMENTS: NONE
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: SR
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): LOS ANGELES, CALIF.
23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): COVINA, LOSANGELES, CALIF.

24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 09 | 05 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) + line (2)) | 02 | 09 | 05 |
| b. TOTAL ACTIVE SERVICE | | 02 | 09 | 05 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 08 | 13 |

25a. SPECIALTY NUMBER AND TITLE: CT3 - - - - - - -
b. RELATED CIVILIAN OCCUPATION AND D. O. T. NUMBER: - - - - - - - - - - - - -
26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NATIONAL DEFENSE MEDAL
27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): NA

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| SCHOOL OR COURSE a | DATES (From - To) b | MAJOR COURSES c |
|---|---|---|
| CT "A" SCOL | 07SEP64-05MAR65 | |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:
NTC FOR SN
BNR FOR SN
MR FOR PO3&2
NTC FOR CTTR13&2

**VA DATA**

30a. GOVERNMENT LIFE INSURANCE IN FORCE: ☐ YES ☒ NO
b. AMOUNT OF ALLOTMENT: NA
c. MONTH ALLOTMENT DISCONTINUED: NA
31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): NA
b. VA CLAIM NUMBER: C- NA

**AUTHENTICATION**

32. REMARKS
IS RECOMMENDED FOR REENLISTMENT
NUMBER OF DAYS LEAVE PAID: NONE
NUMBER OF DAYS EXCESS LEAVE: NONE
NUMBER OF DAYS LOST TIME: NONE
SOCIAL SECURITY NUMBER: 520 46 1848

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): 435 E. COLORADO ST. APRT. 2 GLENDORA CALIF.
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: [signature]
35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: F. M. ARMSTRONG, LCDR, USN, EXEC OFF
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature]

DD FORM 1 NOV 55 214 REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE 4

51T:WDV:mpt
5510/SSO
7 Jul 72

MEMORANDUM

From: HEAD NAVSECGRUDEPT
To: Personnel Officer
ESO
Via: Executive Officer

Subj: Personnel removed from Naval Security Group Duties

1. CTR1 Harold E. SIX, USN, 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 has been removed from Naval Security Group duties and is not eligible for advancement in rating as a Communications Technician; therefore, request action be taken to prevent erroneous advancement and to terminate proficiency pay effective this date.

2. It is requested that Head, Naval Security Group Department be consulted prior to approval of request for change in rate, assignment off-base San Miguel, or administrative discharge processing.

3. CTR1 SIX has been transferred from NAVSECGRU Department to duty as required effective 7 Jul 1972.

W. A. DESHLER

Copy to:
Division 52
Data Cards
SECGRU ESO
PUR Clerk

Admin Ⓔ noted

TO Pers (Adv copy)

**CERTIFICATE OF CLEARANCE**
OPNAV FORM 5521-429 (REV. 12-62) 0107-790-1000

FROM *(CO, officer-in-charge, etc.; name and address of activity)*
[illegible] Officer
[illegible] Communication Station
[illegible]ncisco [illegible]

SERIAL NO.
[illegible]
550[illegible]
Ser [illegible]

DATE
21 SEP 1971

TO
☐ CHIEF OF NAVAL PERSONNEL ☐ COMMANDANT OF THE MARINE CORPS (DG) ☐ ACTIVITY SECURITY FILE *(Civilian Employees)*

SUBJECT

NAME *(Last, first, middle) NOTE: If no middle name, indicate by inserting NMN* — [illegible]
RANK, GRADE, RATE — [illegible]
FILE OR SERVICE NO. — [illegible]
DESIGNATOR/MOS. —

DATE OF BIRTH — [illegible]
PLACE OF BIRTH — Torrington, Wyoming

REF: (a) Department of the Navy Security Manual for Classified Information. (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) [illegible]
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted (INTERIM) (FINAL)

[illegible] clearance based on a satisfactory
*(Category)*

BACKGROUND INVESTIGATION completed [illegible]
*(Background Investigation; NAC; NAC plus Written Inquiries)* *(Date)*

by [illegible] results of which were reported by
*(ONI, DIO—; CSC, etc.)*

reference (b) plus [illegible] years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

This certificate will remain in effect until [illegible] no longer [illegible] for [illegible] duties, [illegible] discharged, [illegible]

(SIGNATURE) [illegible]
*(NOTE.-Sign original and all copies and affix seal)*
W. D. [illegible]
By direction

CC: Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601). MARINE CORPS.—Officer's Qialification Jacket or Service Record Book.

CERTIFICATION OF COMPLETED SECURITY INVESTIGATION
NAVPERS 2716 (New 5-59) S/N-0106-127-1600

NSG/G121/wrr

22549

Date: 4 June 1971

From: Commander, Naval Security Group Command
(CO, Officer in Charge, etc.)
3801 Nebraska Avenue, N. W.
(Name of Activity)
Washington, D. C. 20390
(Address of Activity)

Subj: National Agency Check/Background Investigation; certification of completion of

Ref: (a) BUPERSINST 5521.2C
(b) NIS BI 00-2045-1HNG
(Reference correspondence reporting investigation)

. In accordance with reference (a), this is to certify that the following satisfactory investigation has been completed on the elow named individual, as reported by reference (b):

| SIX, Harold Eugene | CTR1 | 777 58 53 |
|---|---|---|
| (Name – Last, first, middle) | (Rank/Rate) | (File/Serial No.) |
| | | SSN 520 46 1848 |

27 April 1946 Torrington, Wyoming
(Date and Place of Birth)

| Background Investigation | 24 February 1971 | NIS |
|---|---|---|
| (Type of Investigation) | (Date Completed) | (Responsible Office) |

J. E. BROWN
(Signature of Certifying Officer)
By direction

DISTRIBUTION
Officer (Original - Local Service Record (NAVPERS 3021))
(Copy - BUPERS (Pers-E2))
Enlisted (Original - Local Service Record (NAVPERS 601))
(Copy - BUPERS (Pers-E3))

CO NAVCOMMSTA PHIL

SEE REVERSE SIDE FOR INSTRUCTIONS
ON COMPLETING THIS FORM

U. S. NAVAL COMMUNICATION STATION
FPO San Francisco 96656

**ORIGINAL**

TEMPORARY ADDITIONAL DUTY (NSG)
ER-PHIL 1320/8 (5-68)

TANGO NO.(S): 63901 2T6083

DATE: 14 September 1971

FROM
Commanding Officer, U.S. Naval Communication Station, Philippines

TO
CTR1 Harold R. SIX ,USN, 520 46 1848/777 58 53

AUTHORITY
CHAP 23, TRANSMAN

1. PROCEED TO THE FOLLOWING PLACE OR PLACES FOR TEMPORARY ADDITIONAL DUTY. THIS IS IN ADDITION TO YOUR PRESENT DUTIES, AND UPON COMPLETION THEREOF, YOU WILL RETURN TO THIS COMMAND AND RESUME YOUR REGULAR DUTIES.

[X] DIRECTED TO REPORT

ON OR ABOUT: 17 SEP 71

IN CONNECTION WITH: DUTY INVOLVING FLYING

PROCEED TO
OIC, NAVCOMMST PHIL, FLEET SUPPORT DETACHMENT, DANANG, RVN

FOR A PERIOD OF ABOUT (Days/Months)
45 DAYS

[X] YOU ARE AUTHORIZED TO OMIT, REVISIT AND VARY THE ABOVE ITINERARY AND TO VISIT SUCH ADDITIONAL PLACES AS MAY BE DEEMED NECESSARY. *(Applicable only if checked).*

2. YOUR DEADLINE ARRIVAL AT

DO, USNSD SUBIC BAY, R.P.
PAID, Mileage $
R/E $
LESS TA $90.00
Per Diem $167.24
11-23-71
DOV# 317-24
L. N. GUEVARRA, CW02, USN
Symbol No. P7374

3. IT IS CERTIFIED THAT YOU HOLD FROM THIS COMMAND THE CLEARANCE STATED BELOW:

CLEARANCE HELD: FINAL NAVSECGRU TOP SECRET

BASED ON: BI

COMPLETED

BY

4. COST OF TRAVEL IS CHARGEABLE TO
1721804 6930 213 63901 0 00604 2D 2T6083 E63901232008

| ESTIMATED COST | TRANSPORTATION | PER DIEM AND MISC. EXPENSES | TOTAL |
|---|---|---|---|
| | $40.00 | $90.00 | $130.00 |

5. TRANSPORTATION (CHECK APPLICABLE BLOCKS)

| | |
|---|---|
| [X] TRAVEL VIA GOVAIR DIRECTED/AUTHORIZED | [X] TRAVEL VIA GOVERNMENT VEHICLE |
| [ ] WHERE AVAILABLE OUTUS | [ ] DIRECTED |
| [X] CLASS II PRIORITY CERTIFIED | [X] AUTHORIZED |
| [ ] AUTHORIZED LBS. EXCESS BAGGAGE | [X] SUCH TRANSPORTATION AS YOU MAY OBTAIN |

6. [X] YOU ARE DIRECTED TO OBTAIN ENDORSEMENTS AS TO THE AVAILABILITY OF GOVERNMENT QUARTERS AND MESSING FACILITIES

[ ] UTILIZATION OF GOVERNMENT QUARTERS AND MESS IS NOT DESIRED INASMUCH AS IT WOULD ADVERSELY AFFECT THE PERFORMANCE OF DUTY

7. EACH OFFICE ISSUING TRANSPORTATION REQUESTS OR MAC TRAVEL AUTHORIZATIONS (MTA) SHALL FORWARD AN ENDORSED COPY OF THE ORDERS REFERENCING EACH TR OR MTA BY NUMBER AND ESTIMATED COST TO COMMANDING OFFICER, U.S. NAVY REGIONAL FINANCE CENTER, 937 N. HARBOR DRIVE, SAN DIEGO, CALIF. THE DISBURSING OFFICER MAKING PAYMENT ON THESE ORDERS SHALL ALSO FORWARD TO THE ABOVE ADDRESS A COPY OF THE ORDERS INCLUDING ALL ENDORSEMENTS AS TO TRANSPORTATION FURNISHED, PER DIEM PAID AND COPIES OF THE TRAVEL VOUCHER/CLAIM (DD FORM 1351). A COPY OF THE PAID VOUCHER (DD 1351) AND A COPY OF SUPPORTING ORDERS SHALL ALSO BE FORWARDED TO DIRNAVSECGRUPAC. CLAIMANTS OF TRAVEL AND PER DIEM EXPENSES UNDER THESE ORDERS SHALL ENDEAVOR TO PRESENT THEM WITHIN THREE DAYS OF COMPLETION OF TRAVEL FOR LIQUIDATION.

SERVICE RECORD &PAY RECORD RETAINED THIS COMD. DENTAL & MEDICAL RECORDS DELIVERED TO INDIVIDUAL. ISSUED #A-9002717

W. D. VINSON
By direction

**ORIGINAL**

AR 521

# MILITARY PAY ORDER

5/1/R

MILITARY PAY ORDER NO. 1032-72

ORGANIZATION AND STATION: U. S. NAVAL COMMUNICATION STATION PHILIPPINES

DATE: 02 MAR 72

TO DISBURSING OFFICER:

YOU ARE HEREBY AUTHORIZED TO OPEN, ADJUST OR CLOSE, AS INDICATED, THE PAY RECORDS OF THE INDIVIDUALS LISTED BELOW.

| SERVICE NO. | LAST NAME—FIRST NAME—MIDDLE INITIAL | REASON FOR CHANGE | YEAR 1972 FROM— | TO— |
|---|---|---|---|---|
| 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 | SIX, HAROLD E. | CHECK COMRATS FROM 1635, 03JAN72 TO 1300, 24FEB72. REASON: HOSPITALIZATION | | |

------------NO FURTHER ENTRIES AUTHORIZED BELOW THIS LINE------------

| SYMBOL NO. (*Entered by D. O.*) | TYPED NAME AND GRADE OF CERTIFYING OFFICER | SIGNATURE OF CERTIFYING OFFICER |
|---|---|---|
| | V. MARSEGLIA, CWO2, USN<br>PERS OFF BY DIR OF CO | [signature] |

DD FORM 1 NOV 48 114 Replaces NME Form 114, 1 Dec 48, which may be used. FORM PRESCRIBED BY COMPTROLLER GENERAL, U. S. FEBRUARY 8, 1949

ORIGINAL

181-70 (PREPARED)

NAVAL SECURITY GROUP ACTIVITY, FORT GEORGE G. MEADE, MARYLAND 20755 09 JAN 70

BUPERS TC B3459 ENLISTED ASSIGNMENT DIRECTIVE DATED 12/11/69 CIC: 2NLD06155853

CT2 Harold Eugene SIX 777 58 53 USN

(AND NO OTHERS)

"PHYSICALLY QUALIFIED FOR TRANSFER IAW BUPERS MANUAL ARTICLES 1830180/1830200."

NONE NONE

NAVCOMMSTA PHILIPPINES FORDU OVERSEAS SHORE WITH NAVSECGRUDEPT IN BILLET RR6911.

30 PT 04 TT 09 16 MAY 70 2400

552 LAURA APT. O, LAPUENTE, CALIFORNIA

SECNAVFIND NOT REQUIRED EAOS: FEB 73 LV BAL +10 DAYS AUTH GOVAIR BAGAIR 66
AUTH TO DRAW ADV TVL PAY AUTH TO DRAW ONE MONTH ADV PAY

R. F. LITZINGER, LT, USN, PERSONNEL OFFICER, BY DIRECTION OF THE COMMANDING OFFICER

6/4/70 To

1701453,2251 F 22 NLDO 2G CIC: 18/NLD0/6/1/5/5853

DO, USND, Subic Bay—PAID PH101 80890 FT MEADE MD WILMINGTON CA

Amount

Misc $ 11 - 64

Per Diem $ 166.50

Mileage $ 158.28

Dep/Mile $ 105.-

DLA

LB 166.-

PHILIPPINES

A. FRICK, 07374

NSGA 181-70

030001/APR70/bh R. F. LITZINGER LT, USN PERS OFF 6/4/70

HAROLD EUGENE SIX

COPY TO:
NAVCOMMSTA PHILIPPINES
FILE

NRFC WASH DC SYM 5104 PAID
TA 166.- DATE 4/12 NPR 1453
IF CLAIM FOR SETTLEMENT UNDER THIS SET OF ORDERS IS NOT SUBMITTED BY ______ THE ADVANCE WILL BE DEDUCTED FROM ______ PAY
G. R. SWACK