CERTIFICATE OF CLEARANCE
OPNAV FORM 5521-429 (REV. 12-62)

NSGH/G12/mmp

FROM (CO, officer-in-charge, etc., name and address of activity)

Director, Naval Security Group
U. S. Naval Security Group Headquarters
3801 Nebraska Avenue, N. W.
Washington, D. C. 20390

SERIAL NO.
25223

6 October 1964
DATE

TO

[X] CHIEF OF NAVAL PERSONNEL [ ] COMMANDANT OF THE MARINE CORPS (DG) [ ] ACTIVITY SECURITY FILE (Civilian Employees)

SUBJECT

| NAME (Last, first, middle) NOTE: If no middle name, indicate by inserting NMN. | RANK, GRADE, RATE | FILE OR SERVICE NO. | DESIGNATOR/MOS. |
|---|---|---|---|
| SIX, Harold Eugene | SA | 777 58 53 | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| 27 April 1946 | Torrington, Wyoming |

REF: (a) Department of the Navy Security Manual for Classified Information. (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) Stamped End by HQ NCISC on Investigation Request (OPNAV FORM 5510-397)
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted (INTERIM) (FINAL)

NAVSECGRU TOP SECRET clearance based on a satisfactory
(Category)

National Agency Check completed 21September 1964
(Background Investigation, NAC, NAC plus Written Inquirie (Date)

by HQ NCISC results of which were reported by
(ONI, DIO—; CSC, etc.)

reference (b) plus ______ years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

J. E. BROWN
(SIGNATURE)
(NOTE.-Sign original and all copies and affix seal)
By direction

CERTS OF CLNC ARE PERMANENT PART OF SERVICE RECORD. DO NOT REMOVE EVEN IF CANCELED.

CC: Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601) MARINE CORPS: Officer's Qualification Jacket or Service Record Book.

SERVICE RECORD COPY

CO NAVCOMMTRACEN PENSACOLA FLA

NATIONAL AGENCY CHECK REQUEST
OPNAV FORM 5521-47 (Rev. 7-58)

**NAC**

DO NOT WRITE IN THIS SPACE

Ell, Harold Eugene

None

c/o U.S. NAVCOMMSTATION, Pensacola, Fla.

27 Apr 44, Torrington, Wyoming

977 58 33 | 520 46 1848

REPORT REQUESTED FROM

ORIGINATOR OF REQUEST

[illegible] 012 1js CO1

DATE OF REQUEST 28 Aug 64

NAVCINTSUPPCEN

To: ORIGINATOR

SEP 21 1964

National Agency Check disclosed no identifiable derogatory information developed

SINGLE XX | MARRIED | DIVORCED | X MALE | FEMALE | CAU | USN

RESIDENCE (Last 10 years in reverse order, excluding present address shown above) (Include military address)

| FROM | TO | NUMBER AND STREET, CITY AND STATE |
|---|---|---|
| 9/64 | Pres | U.S. NAVCOMMSTACEN, Pensacola, Fla. |
| 5/64 | 8/64 | RTC, USNTC, SanDiego, Calif. |
| 4/63 | 5/64 | 440 Algrove St. Apt.16, Covina, Calif. |
| 1/63 | 4/63 | 108 North Hinton, LaPuente, Calif. |
| [illegible] | [illegible] | |
| 9/62 | 1/63 | 2567 Kenmar Rd., Fortuna, Calif. |
| 6/62 | 9/62 | 1585 Samol St., Fortuna, Calif. |
| 5/62 | 6/62 | 2084 18th Ave., Sacramento, Calif. |
| 11/61 | 5/62 | Stewart Trailer Court, Torrington, Wyoming |

RESIDENCE CONT

| FROM | TO | NUMBER AND STREET, CITY AND STATE |
|---|---|---|
| 9/55 | 11/61 | 2436 East B. St., Torrington, Wyoming |
| 9/46 | 9/55 | 1834½ East C. St., Torrington, Wyoming |

EMPLOYMENT

| FROM | TO | EMPLOYER, ADDRESS |
|---|---|---|
| 5/64 | Pres | USN |
| 1/64 | 5/64 | Covey Ave. Skating Rink, West Covina, Calif. |

EDUCATION (All after high school — none if no high school — OMIT SERVICE SCHOOLS)

| FROM | TO | NAME OF SCHOOL, ADDRESS |
|---|---|---|
| 1/63 | 3/63 | Nogales H.S., LaPuente, Calif. |
| 9/62 | 1/63 | Union H.S., Fortuna, Calif. |

CERTIFICATE OF CLEARANCE
OPNAV FORM 5521-429 (REV. 12-62)

NSGH/G12/cb
SERIAL NO.

FROM (CO, officer-in-charge, etc.; name and address of activity)

Director, Naval Security Group
U. S. Naval Security Group Headquarters
3801 Nebraska Avenue, N. W.
Washington, D. C. 20390

43567

13 September 1965
DATE

TO

[X] CHIEF OF NAVAL PERSONNEL [ ] COMMANDANT OF THE MARINE CORPS (DG) [ ] ACTIVITY SECURITY FILE (Civilian Employees)

SUBJECT

| NAME (Last, first, middle). NOTE: If no middle name, indicate by inserting NMN | RANK, GRADE, RATE | FILE OR SERVICE NO. | DESIGNATOR/MOS. |
|---|---|---|---|
| Sill, Harold Eugene | CTSA | 777 58 55 | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| 27 April 1946 | Torrington, Wyoming |

REF: (a) Department of the Navy Security Manual for Classified Information. (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) Stamped End-by ONI on Investigation Request (OPNAV FORM 5520-1)
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted (INTERIM) (FINAL)

NAVSECGRU TOP SECRET clearance based on a satisfactory
(Category)

Background Investigation completed 19 August 1965
(Background Investigation; NAC; NAC plus Written Inquiries) (Date)

by ONI results of which were reported by
(ONI, DIO, CSC, etc.)

reference (b) plus ______ years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

2. This clearance is being brought up to date by a new Background Investigation. The NAC portion was completed

(SIGNATURE) ____________
(NOTE.-Sign original and all copies and affix seal)
By direction

CERTS OF CLNC ARE PERMANENT PART OF SERVICE RECORD. DO NOT REMOVE EVEN IF CANCELED.

SERVICE RECORD COPY

CC: Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601). MARINE CORPS.—Officer's Qualification Jacket or Service Record Book.

CO NAVCOMMSTA WASH
BUPERS (Pers-F31)

INVESTIGATION REQUEST FOR PE[...]NNEL SECURITY CLEARANCE

(A) Director, NAVSECGRU (G12) Room 63200
[illegible] NAVSECSTA, Wash., D.C.

NAVINTSUPPCEN BI

COMSUPACT PRIORITY REQ. IMMED.

28 Aug 64

27 Apr 46 Torrington, Wyomin[g]

SIX, Harold Eugene

SA 777 58 53

XX XX XXXXX

XX

XX XX XX

[illegible] GABRIEL

By direction ENS G122

(B) REQUIRED NOTICE BY RECEIVING COMMAND

COMPLETE MAILING ADDRESS

(Signature) (Title) (Date)

(C) NOTICE OF CANCELLATION

RELEASED TO INACTIVE DUTY DISCHARGED RESIGNED TRANSFERRED

NO LONGER NEEDS CLEARANCE

To: ORIGINATOR
From: OFFICE OF NAVAL INTELLIGENCE
Report of Background Investigation
AUG 1 9 1965
Background Investigation Completed
No identifiable derogatory information Developed

To: ORIGINATOR
From: OFFICE OF NAVAL INTELLIGENCE
Report of [illegible]
AUG 1 9 1965
Background [illegible]
No identifiable [illegible]

(D) NOTICE OF COMPLETION

STAMP

INSTRUCTIONS