ORIGINAL

U.S. Naval Communication Station
FPO San Francisco 96656

TEMPORARY ADDITIONAL DUTY (NSS)
NR PHIL FORM 1320/3 (REV. 4-68)

| TANGO NO(S): 63901 1 T12644 | DATE: 22 DEC 1970 |
|---|---|

FROM: Commanding Officer, U.S. Naval Communication Station, Philippines

TO: CTM1 Harold E. SIX, USN, 777 58 53

SUBJECT: CHAP 23 TRANSMAN

1. [illegible] TO THE FOLLOWING PLACE OR PLACES FOR TEMPORARY ADDITIONAL DUTY. THIS IS IN ADDITION TO YOUR PRESENT DUTIES. [illegible] THEREOF YOU WILL RETURN TO THIS COMMAND AND RESUME YOUR REGULAR DUTIES.

DIRECTED TO REPORT

| ON OR ABOUT: 29 DEC 1970 | IN CONNECTION WITH: DUTY INVOLVING FLYING |
|---|---|

PROCEED TO: CO, NAVFAC DANANG FOR ADMINISTRATIVE PURPOSES AND TO OIC, U.S. NAVAL FACILITY, DETACHMENT ALFA FOR TEMADD.

FOR A PERIOD OF ABOUT (Travel time) 90 DAYS

[X] YOU ARE AUTHORIZED TO VISIT, REVISIT AND VARY THE ABOVE ITINERARY AND TO VISIT SUCH ADDITIONAL PLACES AS MAY BE DEEMED NECESSARY. (Applicable only if checked).

2. YOUR DEADLINE ARRIVAL AT:

3. IT IS CERTIFIED THAT YOU HOLD FROM THIS COMMAND THE CLEARANCE STATED BELOW:

| CLEARANCE HELD: FINAL NAVSECGRU TOP SECRET | BASED ON: |
|---|---|
| BY (Date) | |

4. COST OF TRAVEL IS CHARGEABLE TO: 1711804 6950 213 63901 0 00604 2D T12644 E63901131038

| ESTIMATED COST | TRANSPORTATION $60.00 | PER DIEM AND MISC. EXPENSES $180.00 | TOTAL $240.00 |
|---|---|---|---|

5. TRANSPORTATION (CHECK APPLICABLE BLOCKS)

[X] TRAVEL VIA GOVT AIR DIRECTED/AUTHORIZED — WHERE AVAILABLE [illegible] — [X] CLASS II PRIORITY CERTIFIED — AUTHORIZED LBS. EXCESS BAGGAGE

[X] TRAVEL VIA GOVERNMENT VEHICLE — DIRECTED — [X] AUTHORIZED — [X] SUCH TRANSPORTATION AS YOU MAY OBTAIN

6. [X] YOU ARE DIRECTED TO OBTAIN ENDORSEMENTS AS TO THE AVAILABILITY OF GOVERNMENT QUARTERS AND MESSING FACILITIES

[ ] UTILIZATION OF GOVERNMENT QUARTERS AND MESS IS NOT REQUIRED [illegible] OF DUTY

7. EACH OFFICE ISSUING TRANSPORTATION REQUESTS OR MAC TRAVEL AUTHORIZATIONS (MTA) SHALL [illegible] ORDERS REFERENCING EACH TR OR MTA BY NUMBER AND ESTIMATED COST TO [illegible] [illegible], BOX 800, FPO SAN FRANCISCO 96610, ATTN: CODE 5523. THE DISBURSING OFFICER [illegible] SHALL ALSO FORWARD TO THE ABOVE ADDRESS A COPY OF THE ORDERS [illegible] PER DIEM PAID AND COPIES OF THE TRAVEL VOUCHER/CLAIM (DD FORM 1351). A COPY OF THE [illegible] SUPPORTING ORDERS SHALL ALSO BE FORWARDED TO DIRNAVDECCRUPAC. CLAIMANTS OF TRAVEL AND [illegible] ORDERS SHALL ENDEAVOR TO PRESENT THEM WITHIN THREE DAYS OF COMPLETION OF TRAVEL FOR LIQUIDATION.

ISSUED MTA # A-9002330

ORIGINAL

8. In the event you do not depart on your scheduled flight, telephone 76-3153 or 76-3160 and advise the reason why departure was not as scheduled and what flight you have been re-scheduled on or if you need assistance to be re-scheduled.

9. You must perform all operational flights and other travel via U.S. Military, fixed wing, non-combat mission, multi-engined aircraft only while in South Vietnam except that if required, helicopter travel authorized for Da Nang complex provided helos operate in pairs making maximum use if over water routes to ensure maximum protection against possible capture by hostile forces. You must remain within a secure U.S. Military controlled compound at all times when not in a travel status with the following exceptions:

a. HEADQUARTERS, NAVSUPPACT, DA NANG
b. CAMP TIEN SHA
c. STONE ELEPHANT (Closed Mess)
d. MARINE EXCHANGE
e. CHINA BEACH EXCHANGE

10. Should you be required to travel to any of the locations listed in paragraph 9 above, you must travel with a group of two or more persons, two of which must be armed U.S. Military personnel. Travel will accompany of large groups of personnel whenever possible. Travel to [illegible] will be performed during daylight hours only unless exceptional operational necessity dictates night travel.

V. MORALES
BY DIRECTION

NAVCOMMSTA PHIL
TIME REPORTED: ______ DEPARTED: 1600
DATE: 28 DEC 1970
SIGNATURE: CTC Elkinge

[...]ORANDUM ENDORSEMENT
[...]FAC DANANG
[...]ORTED: 0800, 29 DEC 1970
[...]ARTED: 0800, 1 APR 1971
[...]IBLE FOR HOSTILE FIRE PAY,
[...]ME TAX EXCLUSION AND
[...]EIGN DUTY PAY. GOVERNMENT
[...]RTERS AND MESS AVAIL.

R. Husted Jr.
L. R. HUSTED, JR., CWO2, USN
[...]DMIN OFF BY DIR OF THE CO

NAVCOMMSTA PHIL
REPORTED: 1300, 1 APRIL 1971

V. Morales
V. MORALES, LTJG, USN
NSCD ADMIN/PERS OFFICER

ORIGINAL

1306-70
(PREPAF
04 NOV

U. S. Naval Communication Station Philippines

BUPERSMAN 3020075.5

SIX, Harold Eugene 777 58 53 CTR1(2405/0000) USN 1 1 1 YE

AND *You will be entitled to no reimbursement for expenses in connection with NO this authorization. The procurement of commercial transportation inside OTHERS or outside the continental United States is not authorized at Government expense, and your per diem or incidental expenses may be paid from appropriated funds.*

NATCO CLARK AFB Philippines

NAVRADSTA EMPERIAL BEACH
~~NAVSTA TI~~ 30DAYS EMERGENCY LEAVE COMPRET

NAVCOMMSTA Philippines

RESUMPTION OF DUTY

-30 NONE 04 NOV 70 2400

U. S. Navy Hospital, San Diego, California

AUTH: 66 IRS RAGAIR

EAOS: 9 FEB 73

LV BAL: -4½Days

W. R. SMITH, LT, USN Personnel Officer
By direction of the Commanding Officer

EST TVL: $346.00 PER DIEM: NONE: TOTAL: $346.00
17 1804.633A 212 60927 106005 AKZ AS TANGO NO: 134-71

XI Philippines/Conus Conus/Philippines

[illegible]

NCSP/041300/(NOV-1306) W. R. SMITH LT, USN Personnel Officer

Harold Eugene SIX

COPY TO:
FILE
CODE 62
CODE 60
PO

**** In the event you desire to submit a request for a humanitarian Reassignment you may contactany Naval Activity in the Vicinity of Your Leave Address.****

ORIGINAL

...MMS1A PHIL

...VED: ______________ DEPARTED: 1440

: 14 NOV 1970

...GNATURE: DT Barnett OIC 200D

U. S. Naval Hospital, San Diego, Calif.
Reported 11-10-70 1130 Qtrs & Subs Not Furn.
Departed 11-13-70 1420 Report Ult DuSta
Not Later Than 5 Dec 70
Enclosed: SR ☒ HR ☒ PR ☐ PE ☐
_______ Will Be Forwarded
NO DISCIPLINARY ACTION PENDING

G.T. MONAHAN, HMCM, USN
Asst. Chief, Patient Affairs
By direction Commanding Officer

ARRIVED-TRAVIS-AFB
ARMY/NAVY POLO
1970 NOV 18 PM 3 46

ORIGINAL

CTR1 Harold Eugene SIX.

NCSP
DEP: 1300 04 NOV 70

NATCO, TRAVIS AFB, CA.
REP: 2300 06 NOV 70

NAVHOSP, SDIEGO, CA.
REP: 1130 10 NOV 70

NAVHOSP, SDIEGO, CA.
DEP: 1420 13 NOV 70

NATCO, TRAVIS AFB, CA.
REP: 1546 18 NOV 70

NCSP
REP: 1100 24 NOV 70

LV: 07 NOV 70 to 09 NOV 70 (03)
14 NOV 70 to 18 NOV 70 (05)

TOTAL LEAVE TAKEN: 97 days

W. R. SMITH, LT, USN, Personnel Officer
By direction of the Commanding Officer

ORIGINAL

REQUEST FOR OFF-BASE PRIVATELY-[illegible]ED HOUSING
PHILGEN 11101/1 (6-65) *Stock No. IL-[illegible]-001-3100*

*[illegible]epare original and six (6) copies. [illegible]erse side if necessary).*

| FROM *(Last Name, First, Mid. Initial)* | RANK/RATE | SERVICE NO. | NO. OF YEARS IN SERVICE *(If E-4)* |
|---|---|---|---|
| SIX, HAROLD E. | CT1 | 777 58 53 | |

TO: Housing Officer, U. S. Naval Base, Subic Bay

VIA: *(Individual's CO/OIC)* C.O., U.S. NAVCOMMSTA PHIL

Ref: (a) NAVBASE SUBIC INST 11101.3 series
(b) NAVBASE SUBIC INST 11101.4 series
(c) NAVBASE SUBIC INST 11101.8 series

1. In accordance with references (a) and (b), it is requested that I be granted permission to reside in off-Base housing. The following information is submitted:

| ADDRESS OF HOUSING | DATE OF AVAILABILITY | TEL. NO. *(If any)* |
|---|---|---|
| MILLAN'S COMPOUND APT I | 15 AUG 70 | NONE |

| NAME OF LANDLORD | ADDRESS OF LANDLORD |
|---|---|
| SATURNINO MILLAN | MILLAN'S COMPOUND APT M |

| PRESENT ADDRESS OF DEPENDENTS | NAME OF WIFE |
|---|---|
| WILMINGTON, CALIF. | LUCY GLADYS SIX |

| AGE | SEX | DEPENDENT CHILDREN | | SEX | AGE |
|---|---|---|---|---|---|
| 5 | F | TAMMY LLYN SHEPPARD | | | |
| 3 | F | CYNTHIA ANN SHEPPARD | | | |
| 1 | M | HAROLD E. SIX, JR. | | | |

Complete para. 2 only if applicant is eligible for Naval Base housing.

2. This request is made in view of the fact that Naval Base housing will not be available for approximately ______ months.

3. Check applicable box below:

[XX] I understand that the above housing is substandard and agree that it is acceptable to me and will be to my dependents as a temporary residence awaiting assignment to Naval Base housing. I have read reference (c) and further understand that I will not be permitted to move on Base either as a resident in Kalayaan or Grande Island Hotels or as a guest of personnel occupying government quarters until such time as government quarters are assigned to me by the Housing Officer.
I [XX] have [ ] have not applied for On-Base Housing.

[ ] I understand that the above housing is substandard and agree that they are acceptable to me and will be to my dependents. I have read reference (c) and further understand that I will not be permitted to move on Base either as a permanent resident in Kalayaan or Grande Island Hotels or as a guest of personnel occupying government quarters.

| DATE | SIGNATURE OF APPLICANT | PROBABLE ROTATION DATE |
|---|---|---|
| 06 JUL 70 | *Harold E Six* | *May 1972* |

FIRST ENDORSEMENT
Recommending [X] approval [ ] disapproval.

On call duty status, critical billet assignment, or other factors that would adversely affect or jeopardize the command's mission have been considered.

SIGNATURE OF CO/OIC OR AUTHORIZED REPRESENTATIVE
*[signature]*
W. R. SMITH, LT, USN
Personnel Officer
By direction of the C. O.
Commanding Officer, NCSP San Miguel

DATE 06 JUL 70

SECOND ENDORSEMENT
FROM: Housing Officer, U. S. Naval Base, Subic Bay
TO SIX, Harold E.

[XX] Approved
[ ] Disapproved

The criterion set forth in reference (b) [ ] is met [ ] is not met by subject housing. You are requested to notify the Housing Officer of any change of address, dependency, or change in rank or rate. The original of this request shall be made a part of your service record.

SIGNATURE OF VALIDATING OFFICIAL
*[signature]*
D. D. LANG, ENS, CEC, USNR

DATE 8 July 1970

*Copy to: NavExch Subic Off/Merchandise Control Officer, Subic*

*(PLEASE READ INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING AND SUBMITTING THIS FORM)*

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION

*IMPORTANT.- This form does not apply to and cannot be used for any other Government Life Insurance. It is to be used only for Servicemen's Group Life Insurance.*

**NOTE THIS FORM MUST BE USED FOR**

1. DESIGNATION OF BENEFICIARY
2. PAYMENT OF INSURANCE PROCEEDS
3. REDUCTION OF INSURANCE
4. CANCELLATION OF INSURANCE

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE NUMBER |
|---|---|---|
| Harold E. Six | CT2 | 777-58-53 |

| BRANCH OF SERVICE (Do not abbreviate) | CURRENT DUTY LOCATION |
|---|---|
| NAVY | U.S. NAVSECGRUACTU FT George G. Meade |

## 1. DESIGNATION OF BENEFICIARY (See instructions on reverse of this form)

I HEREBY make the following beneficiary designation for my Servicemen's Group Life Insurance, cancelling any prior designation I may have made for this insurance.

| NAME OF EACH BENEFICIARY (If married woman, give her own first and middle names and husband's last name.) | ADDRESS OF EACH BENEFICIARY (Number and Street, City and State) | RELATIONSHIP TO ME | SHARE TO BE PAID TO EACH BENEFICIARY (Use fractions) |
|---|---|---|---|
| Lucy Gladys Six | | WIFE | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

Unless otherwise indicated above, if more than one beneficiary is named, the share of any beneficiary who dies before me shall be distributed equally among the surviving beneficiaries, or entirely to the survivor. This designation of beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form the insurance is increased from $5,000 to $10,000, this beneficiary designation shall apply to the full $10,000 unless the insurance is cancelled or a new designation is made.

## 2. PAYMENT OF INSURANCE PROCEEDS

I HEREBY elect that my Servicemen's Group Life Insurance be payable to my beneficiary or beneficiaries in the following manner: *(Check one)*

☒ LUMP SUM ☐ 36 EQUAL MONTHLY INSTALLMENTS

*THIS CANCELS ANY PRIOR METHOD OF PAYMENT I MAY HAVE ELECTED FOR THIS INSURANCE*

## 3. AND 4. REDUCTION OR CANCELLATION OF SERVICEMEN'S GROUP LIFE INSURANCE

Under the law you are automatically insured for $10,000. If you want only $5,000 insurance write, "I only want $5,000 insurance," or if you want no insurance write, "I do not want to be insured," in your own handwriting.

I understand that I will not be eligible to increase or restore my insurance unless I make a written request and furnish satisfactory evidence of good health and meet any other requirements.

I also understand that any reduction or cancellation of coverage is effective as of the first day of the month following the date this form is signed and received by my Uniformed Service.

| SIGNATURE OF MEMBER | | | DATE COMPLETED |
|---|---|---|---|
| SIGN HERE IN INK ▶ Harold E. Six | | | 22 Sept 1969 |
| **WITNESSED AND RECEIVED BY** | **RANK, TITLE OR GRADE** | **ORGANIZATION** | **DATE RECEIVED** |
| SIGN HERE IN INK ▶ R. V. HOPPE | LTJG, USNR | NSGA, FT MEADE, MD. | 22 SEP 69 |

VA FORM NOV 1965 29-8286

ENLISTED PERFORMANCE EVALUATION BOARD SHEET
NAVPERS 1626/2 (REV. 6-70)

| NAME | SERVICE NO. | SOC. SECURITY NO. | RATE | CLASS |
|---|---|---|---|---|
| SIX, HAROLD E. | | 520 46 1841 | CTR1 | USN |

| ADB RECOMMENDATION | CO RECOMMENDATION | MED BD RECOMMENDATION | BUMED RECOMMENDATION |
|---|---|---|---|
| | | | |

☐ UNDESIRABLE ☐ UNSUITABILITY (3420180) ☐ PROBATE ______ Mo. ☐ REFER BUMED

☐ GENERAL ☐ UNFITNESS (3420220) ☐ RETAIN/WARN ☐ OTHER

☐ TWSR ☐ MISCONDUCT (3420240) ☐ RETAIN

☐ HONORABLE ☐ COG (3850220) ☐ NFA ☐ NRR

CODE

| NP DIAGNOSIS | MIL RECORD | DA/CIVIL/NIS PEND. |
|---|---|---|
| | | |
| DATE OF FREQ INVOLVEMENT COUNSELING | TOTAL SERVICE<br>ACT: INACT: | EAOS |
| CASE TO BOARD<br>6 FEB 1973 | F-1 ACTION AND DATE | DATE RETURNED<br>6 FEB 1973 |

SPECIAL

FINISH FILE

FEB 6 1973

PERS F321

finish file
close case
[illegible]

| RECOMMENDATION OF EPE BOARD MEMBER | ☐ APPROVED ☐ MODIFIED |
|---|---|
| (Signature)<br>RANK/GRADE ______ PERS NO. ______ | By Direction of Chief of Naval Personnel |

☐ F31 SIGNATURE ☐ F32 SIGNATURE ☐ F3a SIGNATURE ☐ F3 SIGNATURE ☐ OPEN

NAVAL STATION
TREASURE ISLAND
SAN FRANCISCO, CALIFORNIA 94130

NS 55:CLC/din
24 JANUARY 1972

From: Commanding Officer, Naval Station, Treasure Island, San Francisco, California

To: Chief of Naval Personnel (Pers-F321)

Subj: CTR1 HAROLD EUGENE SIX, USN, 520 46 1841

Ref: (a) OUR MSG 122205Z JAN 73

Encl: (1) Psychiatric reevaluation in the case of subject. Reference (a) refers.

C. L. Carrigan

C. L. CARRIGAN, CTC/PN, USN
DISCIPLINE SUPERVISOR
BY DIRECTION OF THE COMMANDING OFFICER

REC'D
FEB 05 1973
PERS F321

Match w/Case

03 AUG 72

To: Neuro-psychiatric Clinic, Naval Dispensary, Bldg 257, Treasure Island, San Francisco, California

From: Discipline Officer, Naval Station, Bldg 218, Treasure Island, San Francisco, California

Subj: Harold Eugene SIX, CTR1, USN, 520 46 1848

1. It is requested that a Neuro-psychiatric evaluation appointment be given subject because: as requested by CHNAVPERS MSG 141515Z JUL 72 (encl. in health record) regarding the need for treatment as a result of members alcoholic abuse

J. H. JONES
DISCIPLINE OFFICER

8/8/72

After speaking c̄ this man, it is my opinion (although not knowing him well) that claims of alcoholism are unfounded. He has no ~~detectable~~ psychiatric difficulties

[illegible] Lt/mc
USNR



ENCL (1)

JOINT MESSAGEFORM

SECURITY CLASSIFICATION: UNCLASSIFIED E F T O

| PAGE | DRAFTER OR RELEASER TIME | PRECEDENCE ACT | PRECEDENCE INFO | LMF | CLASS | CIC | FOR MESSAGE CENTER/COMMUNICATIONS CENTER ONLY DATE - TIME | MONTH | YR |
|---|---|---|---|---|---|---|---|---|---|
| 01 OF 01 | | RR | RR | | EEEE | | | | |

BOOK | MESSAGE HANDLING INSTRUCTIONS

FROM: CHNAVPERS WASHINGTON DC

TO: NAVSTA SAN FRANCISCO CA

231923Z

UNCLAS E F T O //N01620//

CTR1 HAROLD EUGENE SIX, USN, 520 46 1891

A. YR 122205Z JAN 73

B. CHNAVPERS LTR PERS F3211-EU OF 18 OCT 72

1. REF A REFERS. IN VIEW OF INFO CONTAINED REF A, DISCHARGE CTR1 SIX 9 FEB 73 DATE OF NORMAL EAOS.

2. MAKE AN APPROPRIATE SERVREC ENTRY TO THE EFFECT THAT CTR1 SIX IS NOT TO BE REENLISTED WITHOUT PRIOR APPROVAL OF CHNAVPERS.

3. CANCEL REF B.

FINISH FILE
JAN 23 1973
PERS F321

DISTR:

DRAFTER TYPED NAME, TITLE, OFFICE SYMBOL, PHONE & DATE: MRWAFFENBERGER F38 42207 EW JAN73

SPECIAL INSTRUCTIONS

RELEASER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE: C.L. WILGUS

SIGNATURE: Cdr USN Pers F3a

SECURITY CLASSIFICATION: UNCLASSIFIED E F T O

DATE TIME GROUP

DD FORM 1 DEC 70 173 (OCR) REPLACES DD FORM 173, 1 JUL 68, WHICH WILL BE USED. S/N-0102-001-5601 ☆U.S. GPO: 1972-476-

ENLISTED PERFORMANCE EVALUATION BOARD SHEET
NAVPERS 1626/2 (REV. 6-70)

| NAME | SERVICE NO. | SOC. SECURITY NO. | RATE | CLASS |
|---|---|---|---|---|
| SIX HAROLD EUGENE | | 520 46 1848 | CTR1 | USN |

| ADB RECOMMENDATION | CO RECOMMENDATION | MED BD RECOMMENDATION | BUMED RECOMMENDATION |
|---|---|---|---|
| | | | |

☐ UNDESIRABLE ☐ UNSUITABILITY (3420180) ☐ PROBATE ______ Mo. ☐ REFER BUMED

☐ GENERAL ☐ UNFITNESS (3420220) ☐ RETAIN/WARN ☐ OTHER

☐ TWSR ☐ MISCONDUCT (3420240) ☐ RETAIN CODE

☐ HONORABLE ☐ COG (3850220) ☐ NFA ☐ NRR

| NP DIAGNOSIS | MIL RECORD | DA/CIVIL/NIS PEND. |
|---|---|---|
| | | |
| DATE OF FREQ INVOLVEMENT COUNSELING | TOTAL SERVICE ACT: INACT: | EAOS |
| | | |
| CASE TO BOARD | F-1 ACTION AND DATE | DATE RETURNED |
| | | 18 JAN 1973 |

18 JAN 1973

Fla uttd

discharge EOS, NRR

RECOMMENDATION OF EPE BOARD MEMBER

☑ APPROVED ☐ MODIFIED

[signature] (Signature)

RANK/GRADE 03-13 PERS NO. F2b

[signature]

By Direction of Chief of Naval Personnel

☐ F31 SIGNATURE ☐ F32 SIGNATURE ☑ F3a SIGNATURE ☐ F3 SIGNATURE ☐ OPEN

NAVPERS 1626/2 (Rev. 6-70) (BACK)

| A. DRUGS | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| USED OR ADMITTED IN ORDER TO GET DISCHARGED | | | SOLD OR ATTEMPTED SALE OF DRUGS | | |
| GAVE DRUGS TO OTHERS | | | USED ABOARD SHIP OR STATION | | |
| PREVIOUS CASE | | | | | |

B. Brief of circumstances indicates that

Subject admitted to engaging in homosexual acts of

☐ Oral coition ☐ Anal Sodomy ☐ Masturbation

As an ☐ Active ☐ Passive Partner with ☐ Civilian ☐ Military Personnel

These acts occurred ☐ In-service ☐ Pre-service

C. A check in the box below indicates the material referred to is attached and is substantially the correct form.

☐ Notification for processing with sample charges and specifications

☐ Request for Undesirable Discharge/referred to GCM authority

☐ Statement of the subject in own behalf?

☐ Statement made to NISO

☐ Psychiatric report or evaluation

☐ Statement requesting/WAIVING Board Hearing

☐ Report of Field Board Hearing

☐ Naval Personnel involved

☐ Turned himself in

☐ Was turned in

| NAME | RATE | COMMAND | ACTION TAKEN |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |