SPIEGEL
CHICAGO, ILLINOIS 60609

P23 9/14

9-8-71 4

Commanding Officer
USN Com Sta Phil
FPO SF 96656

Re: CT2 Harold E Six
7775853
USN Com Sta Phil
FPO SF 96656

$ 485.84 Balance

Dear Sir:

It is our understanding that the person named above is serving under your command.

He owes us a balance for purchases made on a monthly payment agreement. He has not made a payment for some time and has not answered our many letters reminding him of this situation. Our "Statement of Past Due Account" is enclosed.

Perhaps if you called this past due indebtedness to his attention, he would make satisfactory arrangements for settlement. Your assistance will be greatly appreciated.

Yours truly,

R D MacWilliams

rdm:eco
enc:ge

R. D. MacWilliams
General Collection Manager

COPY TO CUSTOMER:

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (3)

# SPIEGEL

CHICAGO, ILLINOIS 6060

CERTIFIED TO BE A TRUE COPY

## STATEMENT OF PAST DUE ACCOUNT

Re: ______

$ 485.84 Balance

Prior to 5.70 ______ Date account opened
(If not available, show approximate date)

Terms of Sale $ 1700 Monthly 80 Due Date

$ 6800 Total Amount Past Due

$ 3400 Amount of Last Payment Received

May Date Last Payment Received

Dates of letters sent since last payment was received

None letters

______

______

At the time this statement was prepared, we had no knowledge of any dispute on this acc...

Yours truly,

Certified to be a True copy

R D MacWilliams

R. D. MacWilliams
General Collection Manager

Rdm:ge

Member INTERNATIONAL CONSUMER CREDIT ASSOCIATION

ENCLOSURE (3)

JO O S/L

COMMANDING OFFICER
U. S. NAVAL COMMUNICATION STATION
FPO SAN FRANCISCO 96656

01 JULY 1971

UNITED STATES NAVAL HOSPITAL
FPO SAN FRANCISCO 96651

Dear Sir:

This is in reply to your letter of 17 JUN 71 concerning the alleged indebtedness of CTR1 H. E. SIX, USN, 777 58 53/520 46 1848 In view of the contents of your letter, the service member has been advised to communicate with you regarding his intentions in this matter.

It is hoped that the above action will result in this matter being satisfactorily resolved.

Sincerely yours,

V. MARSEGLIA
CWO-2 USN
Personnel Officer
By direction of the
Commanding Officer

Enclosure:

(1) Completed Alleged Indebtedness Questionnaire

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (A )

23 JUNE 1971
(Date)

From: CTR1 H. E. SIX, USN, 777 58 53/520 46 1848

To: Commanding Officer, U. S. Naval Communication Station, FPO San Francisco, California 96656

Subj: Alleged Indebtedness Questionnaire

1. Do you dispute this debt? NO

2. If you dispute this debt, can you substantiate your claim? ______

How?

3. I understand that legal assistance can be obtained from the NCSP Legal Office and that any additional information concerning my account can be obtained by corresponding directly with the claimant.

Harold E. Six
(Signature)

I thought bill was for Naval Hospital Travis AFB. Money was sent to the states via air mail on 21 June. Called Subic Naval Hospital on 24 June and explained situation. If they don't receive payment by 28 June I will send money order to them no later than 30 June.

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (4)

U. S. NAVAL COMMUNICATION STATION
FPO SAN FRANCISCO 96656

23 JUNE 1971

MEMORANDUM

From: Personnel Officer, U. S. NAVCOMMSTA PHIL

To: Code 52

Via: Code 50

Subj: Alleged Indebtedness ICO CTR1 H. E. SIX, USN, 777 58 53/520 46 1848

Encl: XX(1) Letter From U. S. NAVAL HOSPITAL, SUBIC
(2) Certificate of Compliance
(3) State of Full Disclosure
XX(4) Indebtedness Questionnaire

1. Enclosures (1), (2), and (3) are forwarded as a matter under your cognizance.

2. Ensure that SNM corresponds with originator of enclosure (1), and a copy of his reply forwarded to Code 21. Enclosure (4) must be completed and returned to Code 21.

3. Enclosures (2) and (3) need not be submitted at this time.

V. MARSEGLIA
CWO-2 USN

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (4)

UNITED STATES NAVAL HOSPITAL
FPO SAN FRANCISCO 96651

NH23:
7500
17 June 1971

From: Commanding Officer, U. S. Naval Hospital, FPO San Francisco 96651
To: CT1 Harold Six, USN, U. S. Naval Communications Station Philippines, FPO San Francisco 96656

Subj: Indebtedness to the United States for dependent medical care

Ref: (a) BUPERS Manual, par 6210140

Encl: (1) Statement of charges for hospitalization

1. Your ~~wife~~/daughter/~~son~~ Cynthia was admitted to this hospital on 4 Nov 70 and discharged on 5 Nov 70. During this period charges of $1.75 were incurred. You were billed on 14 May 71 and payment has not been received.

2. It is requested that payment in full be made by sending a check or postal money order to the Collection Agent, U. S. Naval Hospital, Box 14, FPO San Francisco 96651.

3. Reference (a) outlines procedures for indebtedness to the United States Government. Unpaid accounts are subject to referral to higher authority for collection.

M. B. LA MASTERS
By direction

Copy to:
CO, USNAVCOMMSTAPHIL

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (4)

COMMANDING OFFICER
U. S. NAVAL COMMUNICATION STATION
FPO SAN FRANCISCO 96656

07 May 1970

San Diego Gas & Electric Company
311 F Street
Chula Vista, California 92010
Attn: C.B. Russell

Dear Sir:

This is in reply to your letter of 02 April 1970 concerning the alleged indebtedness of CT2 Harold E. Six, USN, 777 58 53.

In view of the contents of your letter, the service member has been advised to communicate with you regarding his intentions in this matter.

It is hoped that the above action will result in this matter being satisfactorily resolved.

Sincerely yours,

W. R. Smith
Lieutenant U. S. Navy
Personnel Officer
By direction of the
Commanding Officer

S/R

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (5)