S/R

Date: 07 May 1970

From: CT2 Harold E. Six, USN, 777 58 53

To: Commanding Officer, U. S. Naval Communication Station, FPO San Francisco, California 96656

Subj: Alleged Indebtness Questionnaire

1. Do you dispute this debt? No

2. If you dispute this debt, can you substantiate your claim? N/A
How?

3. I understand that legal assistance can be obtained from the NCSP Legal Office and that any additional information concerning my account can be obtained by corresponding directly with the originator of enclosure (1).

Very respectfully,

Harold E. Six

Harold E. Six

- - - - - - - - - - - - - - - - - - - - - - - - -

From: Code 57 21 May 1970
To: Personnel Officer, NCSP

Subj: Alleged Indebtedness ICO CT2 Harold E. Six, USN, 777 58 53

1. SNM indicates debt has been discharged by his wife; however, SNM has no confirmation data in his possession.

G. A. Vernot

G. A. VERNOT
LCDR USN

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (5)

SD G&E SAN DIEGO GAS & ELECTRIC COMPANY
311 F STREET CHULA VISTA, CALIFORNIA 92010

CHULA VISTA DISTRICT OFFICE

FILE NO.
ACD-350 FB

April 2, 1970

Commanding Officer
U. S. NAV SEC GRU Box 53
Ft. Geo. G. Meade, Md. 20755

Subject: Harold E. Six, CT-2
#777-58-53 U.S.N.
4950-04302-FB
383 Palm Ave. #E, Imperial Beach

Dear Sir:

Will you help us?

This member of your command has not paid his $14.44 closing bill for service at the above address prior to August 15, 1969.

On February 26, 1970, we received a check in the amount of $14.44 signed by Mrs. Lucy Six but on March 12, 1970, the bank returned the check to us marked "Payment Stopped".

Attempts have been made to collect from him, but they have failed. Perhaps a word from you will help.

We appreciate your assistance.

Sincerely,

C. B. Russell
C. B. Russell
Collections Department

CERTIFIED TO BE A TRUE COPY

CBR:lc
cc: Harold E. Six

ENCLOSURE (5)

07 May 1970

MEMORANDUM

From: Personnel Officer, NCSP
To: Code 51
Via: Code 51 ?

Subj: Alleged Indebtedness ICO CT2 Harold E. Six, USN, 777 58 53

Encl: (1) Letter From San Diego Gas and Electric Company
(2) Certificate of Compliance
(3) Statement of Full Disclosure
(4) Indebtedness Questionaire

1. Enclosures (1), (2), and (3) are forwarded as a matter under your cognizance.

2. Ensure that SNM corresponds with originator of enclosure (1). Enclosure (4) must be completed and returned to Code 21.

3. Enclosures (3) and (4) need not be submitted in this case.

W. R. Smith
Lieutenant U. S. Navy
Personnel Officer
By direction of the
Commanding Officer

CERTIFIED TO BE A TRUE COPY

ENCLOSURE ( 5 )

ROUTINE REPLY, ENDORSEMENT, TRANSMITTAL AND INFORMATION SHEET
NAVEXOS-3989 (Rev. 12-62)

16 APR 1970

FROM: Commanding Officer
Naval Security Group Activity
Fort George G. Meade, Maryland 20755

FILE NUMBER: 1616
Ser 536

SUBJECT: CT2 Harold E. SIX, USN, 777 58 53

CERTIFIED TO BE A TRUE COPY

REFERENCE

TO: Commanding Officer
U. S. Naval Communication Station
Naval Security Group Department, Box 10A
FPO San Francisco 96656

ENCLOSURE: (1) San Diego Gas & Electric Co. ltr ACD-350 FB of 2 April 1970

*This form may be used in a window envelope.*

VIA

____ Endorsement on

[X] FORWARDED [ ] RETURNED [ ] FOLLOW-UP [ ] REQUEST [ ] ADVISE [ ] SUBMIT

| X | MESSAGE | X | MESSAGE | X | MESSAGE |
|---|---|---|---|---|---|
| | FOR APPROPRIATE ACTION | | SUBJECT DOCUMENT(S) WAS/WERE FORWARDED TO YOUR OFFICE AS A MATTER UNDER YOUR JURISDICTION. | | CERTIFY ENCLOSURE ____ AS TO RECEIPT AND ACCEPTANCE OF MATERIAL AND FORWARD TO ____ |
| | FOR INFORMATION OR CERTIFICATION AND/OR FILE. | | SUBJECT DOCUMENTS WAS/WERE APPROVED ____ AND FORWARDED TO YOU. | | |
| | [ ] APPROVED [ ] DISAPPROVED | | COPY(IES) OF THIS CORRESPONDENCE WITH YOUR REPLY. | | ____ COPIES OF SUBJECT CHANGE ORDER AMENDMENT OR MODIFICATION |
| | APPROVAL [ ] IS [ ] IS NOT RECOMMENDED | | ENCLOSURE(S) ____ IS/ARE FORWARDED AS REQUESTED BY REFERENCE | | CHANGE NOTICE TO THE SUPPLIER |
| | CONCURRING IN RECOMMENDATIONS MADE IN THE BASIC CORRESPONDENCE. | | ENCLOSURE(S) IS/ARE RETURNED FOR CORRECTION AS INDICATED. | | ____ COPIES OF APPLICABLE PLANS AND/OR SPECIFICATIONS. |
| | COMMENTS AND/OR RECOMMENDATIONS. | | CORRECTED ENCLOSURE(S) AS REQUESTED | | FOR PLAN ACTION AS INDICATED. |
| | MAILING LIST ACTION | | SUBJECT PERSON'S ATTENTION SHOULD BE INVITED TO THIS MATTER | | CLASSIFICATIONS OF DEFECTS FOR SUBJECT ITEMS |
| | FOR ASSIGNMENT OF BUREAU FILE NUMBER(S) | | SUBJECT PERSON(S) REPORTED TO THIS COMMAND ____ | | CONFIRMATION THAT INSPECTION OR SOURCE INSPECTION IS NOT REQUIRED |
| | ON A LOAN BASIS RETURN BY ____ | | SUBJECT PERSON(S) COMPLETED HIS/THEIR DUTY AND WAS/WERE DETACHED FROM THIS COMMAND ____ | | INSPECTION UNDER THE SUBJECT SUBCONTRACT IS NOT REQUIRED |
| | SIGN ORIGINAL RECEIPT AND RETURN TO THIS OFFICE. | | NAME AND LOCATION OF SUPPLIER OF SUBJECT ITEMS. | | ____ COPIES OF SUBJECT PURCHASE DOCUMENT. IF SOURCE INSPECTION OR PROGRESSING IS REQUIRED |
| | SUBJECT FILES, WHICH ARE LOCATED IN BOX NO. ____ SHIPMENT NO. ____ | | SUBCONTRACT NUMBER FOR SUBJECT ITEM | | STATUS OF MATERIAL ON SUBJECT PURCHASE DOCUMENT |
| | REPLY TO THE ABOVE REFERENCE(S) BY ____ | | SUBJECT PURCHASE DOCUMENT HAS BEEN REQUESTED AND WILL BE FORWARDED WHEN RECEIVED. | | CLEARANCE, AS INDICATED IN BASIC CORRESPONDENCE VERIFIED. NO REPLY UNLESS NEGATIVE. |
| | ____ COPY(IES) OF REFERENCE DESCRIBED ABOVE WAS/WERE NOT RECEIVED. | | ENDORSEMENT ____ OF SUBJECT SUBCONTRACT IS BEING DELAYED PENDING RECEIPT OF BASIC PURCHASE DOCUMENT. | | VERIFICATION OF NEED-TO-KNOW FOR VISIT PERSONNEL CLEARANCES VERIFIED. |
| | SUBJECT DOCUMENT(S) WAS/WERE FORWARDED TO ____ | | APPROPRIATION SYMBOL SUBHEAD AND CHARGEABLE ACTIVITY | X | Subject man transferred your command on 3 April 1970. |
| | SUBJECT DOCUMENT(S) IS/ARE WAS/WERE RETURNED FOR ____ | | WHETHER SUBJECT ITEMS ARE TO BE COMMERCIALLY SHIPPED OR AT GOVERNMENT EXPENSE | | |
| | | | A CERTIFICATE IN LIEU OF SUBJECT BILL OF LADING WHICH HAS BEEN LOST. | | SEE REMARKS ON THE REVERSE SIDE. |

COPY TO: San Diego Gas & Electric Co.

SIGNATURE: J. R. WISDOM
By direction

ENCLOSURE (5)

# G.A.C. FINANCE Corporation

P.O. BOX 18238
850 LINCOLN STREET
DENVER, COLORADO 80218
TELEPHONE: 303-244-2495

November 19, 1971

Mrs. Harold Six
7130A San Miguel Ave
FPO S F 96656

Dear Mrs. Six

In our telephone conversation of November 11, 1971, you promised to remit a payment on November 12, 1971. Your promised payment has failed to arrive.

We shall again be in contact with your husband's military superiors if a payment is not here by November 27, 1971.

Your prompt attention to this matter is appreciated.

Sincerely,

GAC FINANCE CORPORATION

Carl Royce
USMC (RET)

CR:ejc

CERTIFIED TO BE A TRUE COPY

ENCLOSURE (6)

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
S/N 0106-007-8920

PERIOD OF REPORT: 7 NOV 71 To 1 JUN 72

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 520 46 1848 | CTR1 | U. S. NAVCOMMSTA PHIL |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior:

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | | X | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | | X | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | X | | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Performs analytical and statictical functions for communications research studies in signal propagation; drafts messages and other correspondence as required; produces working aids and other technical reports in support of SEVENTH Fleet units; stands duties as Petty Officer of the Watch.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX has served with the Fleet Support Division for approximately two years, including two TAD assignments in RVN for a total of six months. During this period, his overall performance and attitude have fluctuated from outstanding to barely acceptable. Although he is fully capable and experienced, Petty Officer SIX often withholds action until further directed by his seniors. Additionally, he often hesitates to assume military and leadership responsibilities commensurate with his rank. However, on several occassions his off-duty conduct and self control have been considerably less than expected. He also experiences difficulty in managing his personal financial affairs and has been the subject of several letters of indebtedness addressed to this command. Petty Officer SIX's military appearance is always impressive and he has an above average (cont'd Block 13)

8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| [X] SEMIANNUAL ☐ TRANSFER ☐ OTHER | 1 JUN 72 | T. Pender (signature) T. PENDER, LCDR, USN |

Harold E. Six (signature)

AR 598

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| NONE | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

(cont'd Block 7)

command of the English language. His oral expression is somewhat better than his writing abilities.

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI*, *college courses*, *correspondence courses*, *etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

NONE

JOINT MESSAGEFORM

SECURITY CLASSIFICATION: UNCLASSIFIED EFTO

050343Z MAY 72

| PAGE | DRAFTER OR RELEASER TIME | PRECEDENCE ACT | PRECEDENCE INFO | LMF | CLASS | CIC | FOR MESSAGE CENTER/COMMUNICATIONS CENTER ONLY | DATE-TIME | MONTH | YR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 OF 01 | | RR | RR | | EEEE | | | | | |

BOOK — MESSAGE HANDLING INSTRUCTIONS

FROM: CHNAVPERS

TO: NAVCOMMSTA PHILIPPINES

INFO COMNAVSECGRU

UNCLAS E F T O //N01306//

FINISHED FILE B2166

OVERSEAS ASSIGNMENT ICO CTR1 HAROLD C. SIX, USN, 520 46 1848

A. YOUR 021026Z MAY72

B. BUPERS TC-00392 ICO CTR1 SIX

1. REF A STATES PETTY OFFICER SIX AND DEPENDENT WIFE NOT SUITABLE FOR OVERSEAS ASSIGNMENT. CHNAVPERS COPY OF ENLSERVREC CONTAINS NO INFORMATION OF DEROGATORY NATURE THAT WOULD PRECLUDE OVERSEAS ASSIGNMENT.

2. REQUEST PROVIDE CERTIFIED COPIES OF ANY CORRESPONDENCE DEEMED APPROPRIATE WITH WHICH TO BASE DECISION TO COMNAVSECGRU (G-12) AND ORIGINATOR (ATTN: PERS-B2166)

3. REF B WILL BE CANCELLED BY SEPARATE CTR1 SIX WILL REMAIN ONBD YOUR COMMAND PENDING RESOLUTION.

FINISHED FILE B2166

DISTR:

5-2166-51

DRAFTER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE: R. E. OLSON, LCDR, 821661, 5 MAY 72

RELEASER TYPED NAME, TITLE, OFFICE SYMBOL AND PHONE

SIGNATURE

SPECIAL INSTRUCTIONS

SECURITY CLASSIFICATION: UNCLASSIFIED EFTO

DD FORM 1 JUL 68 173 (OCR) REPLACES DD FORM 173, 1 NOV 63 AND DD FORM 173-1, 1 NOV 63, WHICH ARE OBSOLETE.
S/N-0102-001-5600

AR 600

FINISHED FILE B2166

NNNNCZCFJA109
RTTEZYUW RUMFSAA9031 1231720-EEEE--RUEBJFA.
ZNY EEEEE
R 021026Z MAY 72
FM NAVCOMMSTA PHIL
TO RUEBJFA/CHNAVPERS
INFO RHELSAA/COMNAVSECGRU
RUHGSAA/NAVCOMMSTA GUAM
BT

ACT/COG: B2166

2 MAY 72 18 44 Z

UNCLAS E F T O //N01306//
OVERSEAS ASSIGNMENT ICO CTR1 HAROLD E. SIX, USN, 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
A. BUPERS TC-B0392
B. BUPERSINST 1300.26E

1. REF A DIR CTR1 SIX TRF MAY 72 TO NAVCOMMSTA GUAM MI APC

PO530 FORDU OVERSEAS SHORE WITH NAVSECGRUDEPT IN BILLET RR6710.
2. IAW PARA 5B OF REF B CTR1 SIX AND DEPN WIFE NOT CONSIDERED SUITABLE FOR OVERSEAS ASSIGNMENT. CURRENT SERVICE RECORD REVEALS NUMEROUS LETTERS OF INDEBTEDNESS. IN ADDITION CTR1 SIX AND WIFE WERE INVOLVED IN PUBLIC DISTRUBANCE CONSIDERED DISCREDITABLE IN NATURE AT EM CLUB THISTA.
BT
#9031

FINISHED FILE B2166

Perry

Pls see me on this one

REIN

ACTION DUE 4 MAY 72

RECEIVED
MAY 3 1972
PERS-B2166

What about G-12

2/-2166-B25

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
S/N 0106-007-8920

PERIOD OF REPORT: 19 SEP 71 To 6 NOV 71

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTR1 | NAVCOMMSTAPHIL FLTSUPPDET, RVN |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | XX | | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS Monitors manual morse communications and performs analysis of radio communications aboard an airborne platform, as a member of a flight crew, directly support CTF 77 combat operations in the Gulf of Tonkin area. In addition, acts as Leading Petty Officer for personnel in his branch, performs ground support duties, and assists in processing and reporting functions.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Ratee, a TEMADD temporary relief for a PCS PO1, quickly adapted himself to an unfamiliar job and working environment. After the departure of the PCS PO1, Petty Officer SIX, without benefit of the necessary flying experience, nevertheless handled the job in a manner expected for such a short break-in. He did an excellent job of breaking-in the new PCS PO1 to the ground support billet during the latter days of his TEMADD. Petty Officer SIX has very little difficulty in his self-expression and has a fair command of the English language, both oral and written. This report is for duty in a combat zone.

* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL ☐ TRANSFER ☒ OTHER END TEMADD | 10 NOV 71 | LCDR G.A. PURRING, USN |

AR 602

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

CERTIFICATE OF CLEARANCE
OPNAV FORM 5521-429 (REV. 12-62) 0107-790-1000

FROM (CO, officer-in-charge, etc.; name and address of activity)
Commanding Officer
U. S. Naval Communication Station
FPO San Francisco 96656

SERIAL NO.
51:WDV:ecv
5500
Ser 5146

DATE 21 SEP 1971

TO
[XX] CHIEF OF NAVAL PERSONNEL
[ ] COMMANDANT OF THE MARINE CORPS (DG)
[ ] ACTIVITY SECURITY FILE (Civilian Employees)

SUBJECT

| NAME (Last, first, middle) NOTE: If no middle name, indicate by inserting NMN | RANK, GRADE, RATE | FILE OR SERVICE NO. | DESIGNATOR/MOS. |
|---|---|---|---|
| SIX, Harold Eugene | CTR1 | 777 58 53 | SSN 520 46 1848 |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| 27 APR 46 | Torrington, Wyoming |

REF: (a) Department of the Navy Security Manual for Classified Information. (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) NIS BI 00-2045-1HNG
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted ~~(INTERIM)~~ XXXXXX (FINAL)

///TOP SECRET/// clearance based on a satisfactory
(Category)

BACKGROUND INVESTIGATION completed 24 FEB 71
(Background Investigation; NAC; NAC plus Written Inquiries) (Date)

by NIS results of which were reported by
(ONI, DIO—; CSC, etc.)

reference (b) plus ---------- years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

This certificate will remain in effect until individual is no longer eligible for cryptologic duties, RAD, discharged, retired or resigned.

(SIGNATURE) [signature]
(NOTE: Sign original and all copies and affix seal)

W. D. VINSON
By direction

Finish File Pers-C8c4

CC: Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601). MARINE CORPS.—Officer's Qialification Jacket or Service Record Book.

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
S/N 0106-007-8920

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

PERIOD OF REPORT: 2 DEC 1970 To 1 JUNE 1971

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTR1 | U.S. NAVCOMMSTA PHIL. |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | Highly effective and reliable. Needs only limited supervision. | Effective and reliable. Needs occasional supervision. | Adequate, but needs routine supervision. | Inadequate. Needs constant supervision. |
|---|---|---|---|---|---|
| ☐ | * | XX | | | * * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | Willingly follows commands and regulations. | Conforms to Navy standards. | Usually obeys commands and regulations. Occasionally lax. | Dislikes and flouts authority. Unseamanlike. |
|---|---|---|---|---|---|
| ☐ | * | XX | | | * * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | Handles men very effectively. | Gets good results from his men. | Usually gets adequate results. | Poor supervisor. |
|---|---|---|---|---|---|
| ☐ | * | XX | | | * * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | Smart. Neat and correct in appearance. | Conforms to Navy standards of appearance. | Passable. Sometimes careless in appearance. | No credit to the Naval Service. |
|---|---|---|---|---|---|
| ☐ | * | XX | | | * * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | Gets along very well with others. Contributes to good morale. | A good shipmate. Helps morale. | Gets along adequately with others. | A misfit. |
|---|---|---|---|---|---|
| ☐ | * | XX | | | * * |

6. DESCRIPTION OF ASSIGNED TASKS Performs analytical and statistical functions for communications research studies in signal propagation; drafts messages and other correspondence as required; produces working aids and other technical reports in support of SEVENTH Fleet units; stands duties as Petty Officer of the Watch.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language) Petty Officer SIX continues to demonstrate an above average degree of technical proficiency and devotion to duty in all assigned tasks. He is a diligent and conscientious worker, and makes effective use of his extensive analytical training and experience in achieving solutions to the complex problems for which he is responsible. In addition to his normal duties in the Technical Support Section of the Fleet Support Division, Petty Officer SIX served for three months of this reporting period on temporary additional duty with NAVCOMMSTA PHIL Detachment ALFA at Phu Bai, Republic of Vietnam. Petty Officer SIX readily assumes additional responsibilities and completes each assignment in an effective and efficient manner. He has been instrumental in training several of the junior analysts assigned to his division, as well as briefing personnel preparing for duty with afloat and airborne Naval Security (Continued on back)

*8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER ______ | 1 JUNE 1971 | T. PENDER, LCDR, USN |

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT.

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| NONE | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

NONE

CERTIFICATION OF COMPLETED SECURITY INVESTIGATION
NAVPERS 2716 (New 5-59) S/N-0106-127-1600

NSG/G121/wrr
22549
Date: 4 June 1971

From: Commander, Naval Security Group Command
(CO, Officer in Charge, etc.)
3801 Nebraska Avenue, N. W.
(Name of Activity)
Washington, D. C. 20390
(Address of Activity)

FINISHED FILE B2166

Subj: National Agency Check/Background Investigation; certification of completion of

Ref: (a) BUPERSINST 5521.2C
(b) NIS BI 00-2045-1HNG
(Reference correspondence reporting investigation)

1. In accordance with reference (a), this is to certify that the following satisfactory investigation has been completed on the below named individual, as reported by reference (b):

SIX, Harold Eugene — CTR1 — 777 58 53
Name – Last, first, middle) (Rank/Rate) (File/Serial No.)
SSN 520 46 1848

27 April 1946 — Torrington, Wyoming
Date and Place of Birth)

Background Investigation — 24 February 1971 — NIS
(Type of Investigation) (Date Completed) (Responsible Office)

J. E. BROWN
(Signature of Certifying Officer)
By direction

DISTRIBUTION
Officer (Original – Local Service Record (NAVPERS 3021))
(Copy – BUPERS (Pers-E2))
Enlisted (Original – Local Service Record (NAVPERS 601))
(Copy – BUPERS (Pers-E3))

CO NAVCOMMSTA PHIL

SEE REVERSE SIDE FOR INSTRUCTIONS
ON COMPLETING THIS FORM

INSTRUCTIONS FOR COMPLETION AND DISPOSITION

1. Sources of information for Completion of NAC or BI. Use only the following sources:

a. Stamped endorsement certifying satisfactory completion of NAC or BI on:

(1) Permanent change of duty orders issued by BUPERS. (Applies to officers only. See paragraph 5.a.(1), BUPERSINST 5521.2C.)

(2) Investigation Requests for Personnel Security Clearance (OPNAV FORM 5520-1).

(3) National Agency Check Request (OPNAV FORM 5521-397).

b. Reports of investigation which are evaluated as satisfactory by the cognizant command.

c. Official messages or letters from the Chief of Naval Personnel or an intelligence activity furnishing data in response to official inquiries concerning the completion of investigations.

NOTE: Under no circumstances should any sources be used that have not been enumerated above.

2. Copies and disposition.

a. Complete form in duplicate. Distribute copies as indicated on the face of the form.

b. Once completed, NAVPERS 2716 will remain a permanent part of the service record, unless removed in accordance with instructions from the Chief of Naval Personnel. (See paragraph 11, BUPERSINST 5521.2C.)

c. For enlisted personnel, when closing out a record under the provisions of Article B-2308 of the BUPERS Manual, remove NAVPERS 2716 from closed out record and insert in the new service record.

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
S/N 0106-007-8920

PERIOD OF REPORT 29 DEC 70 To 1 APR 71

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTR1 | NAVFAC DANANG DET ALFA (TAD) |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | XX | | | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | XX | | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | XX | | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Analyst/Reporter in the Processing and Reporting Division. Responsible for the technical direction of procedures to be followed in processing, analysis, filing and dissemination of resultant data.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX has exhibited the characteristics of an excellent professional petty officer. He can be relied upon to respond in a dedicated and efficient manner to any requirement, no matter how demanding. Petty Officer SIX has demonstrated effective leadership through his personal example of close attention to duty and through his excellent working relationship with both seniors and juniors. He consistantly maintains an excellent appearance, demonstrating pride in service and in the uniform. His cheerful attitude and good humor make a significant contribution to the good morale of his section. Petty Officer SIX's command of the English language, both orally and in writing, is above average. This report is for duty performed in a combat zone.

* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL [X] TRANSFER ☐ OTHER | 1 APR 71 | G. A. FLEMING, MAJOR, USMC, OIC |

AR 609