NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| None. | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

None.

(Block #7 - Continued)
Group Direct Support Elements. Petty Officer SIX carries out all orders and commands with respect and dispatch, setting an excellent example for his subordinates to follow. His military appearance is above reproach at all times. An active participant in all division social and athletic functions, Petty Officer SIX has made many friends among his shipmates. His command of both written and oral English is above average.

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

None.

INVESTIGATION REQUEST FOR PERSONNEL SECURITY CLEARANCE
OPNAV FORM 5520-1 (REV. 4-62)

See: Chapter ... MANUAL ... DEPARTMENT of the NAVY SECURITY ... CLASSIFIED INFORMATION ... OPNAV ... (Effective edition)

INSTRUCTIONS:

1. Forward original and first copy to Cognizant I.O.
2. Retain two (2) copies (less enclosures) for personnel file jacket and possible use in making notification under "B" or "D" Sections below. On receipt of this form with "C" section completed, this copy will be filed in the personnel file jacket for future record purposes and ALL other copies destroyed.
3. Be sure that ALL copies are legible.
4. This form will not be used for interim reports which will be made by the reporting office when appropriate.
5. Upon completion of the investigation requested in Section "A" below, the Intelligence Office will properly stamp and validate this form. The detailed reports of investigation may be examined in the reporting office.
6. If the originator desires results to be forwarded to another command, complete Section "D" below. Give complete mailing address.

(A) FROM: (Use complete mailing address)

COMNAVSECGRUCOM (G12) Room 4220
NAVSECSTA, WASH., D. C. 20390

REFER TO FILE: BSA 520 16 18/8
DATE: 4 Dec 1970
RANK, RATE OR GRADE: CTR1
SERIAL OR FILE NUMBER: 777 58 53
DATE OF BIRTH: 22 Apr 1943
PLACE OF BIRTH: Torrington, Wyo.

TO: DIRNAVINVSERV 31

SUBJECT (Name - last, first, middle): SIX, Harold Eugene

ENCLOSURE(S) DD Form 1584 for Subject & Spouse

☐ ONE SET OPNAV FORM 5510-... NAC ☐ 2 DUP. OPNAV FORM 5510-2 FBI FINGERPRINT CARD ☐ ONE/FOUR DD-FORM 398, STATEMENT OF PERSONNEL HISTORY

Subject of the investigation will require access to classified material and information up to and including (check classification needed) ☐ CONFIDENTIAL ☐ SECRET ☒ TOP SECRET

When investigation is required for reasons other than for access to classified information alone, cite the instruction, notice, etc., authorizing the request

REQUESTED INVESTIGATION ☒ NAC ☒ BACKGROUND

DOES SUBJECT CLAIM PREVIOUS CLEARANCE(S)? (Specify - Type, Authority and Date) ☐ NO ☒ YES NIS BI of ... 1971

AUTHORIZED BY: C. M. REID By direction (Signature)

GS-11 (Rank) Finish File Pers Fl... (Title)

RECORDED ON TAPE 19 MAR 1971

(B) NOTICE OF CANCELLATION (Forward to Cognizant Intelligence Office)

It is requested that ... BACKGROUND investigation (NAC's once initiated will not be cancelled) ... be cancelled. Subject:

☐ RELEASED FROM ACTIVE DUTY ☐ DISCHARGED
☐ NO LONGER NEEDS CLEARANCE ☐ RESIGNED
☐ TRANSFERRED

01 MAR 1971
BUPERS MEMORANDUM ENDORSEMENT
Bupers records indicate completion of a BI 2/24/71 NIS the results of which are satisfactory from a security point of view. This document MUST be permanently filed in the local service record in accordance with BUPERSINST 5521.2 series.
J. W. GILSTON
Director, Clearance Division
VALID SOURCE DOCUMENT
Carry forward to new service record. Clearance upon reenlistment on board.

(D) CERTIFICATION BY REQUESTING COMMAND
The subject of this request has been transferred to this command. It is certified that the investigation requested above is necessary.

(Signature) (Title) (Date)

Forward results of this investigation to

(C) NOTICE OF COMPLETION STAMP

NAVINVSERV HQ
☒ BACKGROUND INVESTIGATION COMPLETED
☐ PREVIOUS BACKGROUND INVESTIGATION COMPLETED BY
☐ REQUESTED INVESTIGATION COMPLETED
☐ SATISFACTORY ☒ RESULTS ATTACHED
DATE: 2-24-71
COPY TO:
☒ PERS-E1
☐ CMC A02A
☐
R. L. VOLLRATH
HEAD, PSI DIV.

Screen NAC 20 Jan 71
NAC Completed 20 Jan 71

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105-901-3050

REPORT 17 JUN 1970 To 1 DEC 1970

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CTR1 | U. S. NAVCOMMSTA PHIL |

INSTRUCTIONS

*1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.*
*2. Compare him with others of the same rate.*
*3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.*
*4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)*

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Performs analytical and statistical functions for communications research studies in signal propagation; drafts messages and other correspondence as required; produces working aids and other technical reports in support of SEVENTH Fleet units; stands duties as Petty Officer of the Watch.

7. EVALUATION OF PERFORMANCE *(E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)*

Petty Officer SIX's technical ability and professional competence is well above average. He is diligent in carrying out assigned tasks and is eager to improve his performance in every way possible. Assigned to his current duties in the Technical Support Section for only a brief period, Petty Officer SIX is still learning the complexities of his assignment, but has the ability to become an outstanding analyst. when he reaches his full potential. Petty Officer SIX's military appearance shows pride in service and self, and his military behavior is correct in every situation. He responds to all orders and commands without question and expects the same of his subordinates. He is developing into a competent supervisor and, with more experience in this area, should (Continued on back)

* THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| SEMIANNUAL ☐ TRANSFER ☐ OTHER | 1 DEC 70 | K. R. BERNET, LCDR, USN |

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| None | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

None

(Block #7 - Continued)

become an excellent leader. Petty Officer SIX is active in all division functions and works in close harmony with the other members of his section. His use of the English language, both oral and written, is above average.

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

None

NAVAL MESSAGE
NAVPERS 2110/3 (2-67)

| RELEASED BY | DRAFTED BY | PHONE EXT NR | PAGE | PAGES |
|---|---|---|---|---|
| ENS CHARLES W. WALKER, USN | YNC B.A.BRACE, USN | 41357 | 1 OF | 1 |
| DATE / TOR/TOD PERS # PERS-B2h1-GAB-1 | ROUTED BY | CHECKED BY | | |

| MESSAGE NR | DATE/TIME GROUP (GCT) | PRECEDENCE | FLASH | EMERGENCY | OPERATIONAL IMMEDIATE | PRIORITY | ROUTINE | DEFERRED |
|---|---|---|---|---|---|---|---|---|
| | 072028Z | ACTION | | | | XX | | |
| | | INFO | | | | | XX | |

(COMMUNICATIONS USE ONLY)

FINISH FILE B2h1

FROM: CHNAVPERS

TO NAVCOMMSTA PHIL

INFO NAVHOSP SUBIC
NAVHOSP SDIEGO
NAVSECGRU IMPERIAL BEACH

UNCLAS //N01306//

CTR1 HAROLD E. SIX, USN, 777 58 53

REGRET NOT FEASIBLE CONSIDER YOUR 281054Z OCT 70 FOR TD HUMS.

RCMD YOU PLACE SUBJ MBR ON LEAVE AND EVAC AS ATTENDANT ON MEDEVAC

OF DAU.

APPROVED BY: B2h1

DISTRIBUTION: (PAGE ONE ONLY)

UNCLASSIFIED

DATE/TIME GROUP (GCT)

BUREAU OF NAVAL PERSONNEL MESSAGE CENTER

NNNNCZCFJA968
PTTEZYUW RUMFSAA9016 3011154-EEEE--RUEBJFA.
ZNY EEEEE
P R 281054Z OCT 70
FM NAVCOMMSTA PHIL
TO RUEBJFA/CHNAVPERS
INFO RUMMWIA/NAVHOSP SUBIC
RUWJTLA/NAVHOSP SDIEGO
RUWJMTA/NAVSECGRU IMPERIAL BEACH
BT
UNCLAS F F T O //N01326//
HUMS TEMADD ORDS ICO CTR1 HAROLD E. SIX, USN, 777 58 53
1. REQ ISSUE HUMS TEMADD ORDS ICO SNM FOR PD TWO MONTHS TO REPT
NAVSECGRU IMPERIAL BEACH. COMPRET.
2. SNM DEPN DAU 3 YRS OLD SKED MEDEVAC TO NAVHOSP SDIEGO
5 NOV 70 FOR HEART SURGERY. EXPECTED DURATION HOSP APT 3-5 WKS.
W2DC IN GOVT HSG AND WILL REMAIN NCSP.
3. REQ ADMSG.
BT
#9016

ACT/COG: B2H1

16

28 OCT 70 11:07Z

Regret ~~req~~ not feasible consider your 281054Z Oct 70 for TD Hums.
[redacted]
Recmd you place subj mbr on to & and exec as attendant
on MEDEVAC of Dau.

NAVAL MESSAGE NAVAL MESSAGE

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105-901-3050

PERIOD OF REPORT 19 MAY 1970 To 16 JUN 1970

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold E. | 777 58 33 | CTR1 | U. S. NAVCOMMSTA PHIL |

INSTRUCTIONS

1. *For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.*
2. *Compare him with others of the same rate.*
3. *If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.*
4. *Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)*

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Performs analytical and statistical functions for communications research for studies in signal propagation.

7. EVALUATION OF PERFORMANCE (*E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language*)

Less than ninety days

57

50A

50B

* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER | 16 JUN 1970 | N. KLAR CDR USN |

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| NONE | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

NONE

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

IN REPLY REFER TO
Pers-G25-MB/cb
23 June 1970

From: Chief of Naval Personnel
To: Commanding Officer
U. S. Naval Communication Station
FPO San Francisco 96656

Subj: CT2 Harold, E. SIX, USN 777 58 93
Combat Action Ribbon; eligibility for

Ref: (a) Subject person's certification
(b) OPNAV Notice 1650 of 12 Mar 1969

Encl: (1) Subject ribbon

1. In accordance with references (a) and (b), the Chief of Naval Personnel takes pride in forwarding enclosure (1) for presentation to subject person.

2. Although eligibility may be established for other combat participation, either prior or subsequent to that authorized by this letter, only the ribbon bar may be worn. Only one award of the Combat Action Ribbon will be made for combat participation during the period 1 March 1961 to a date to be announced by the Secretary of the Navy, regardless of the area in which the action took place.

M. H. BARNS
By direction

A11866

26 May 1970

From: CT2 Harold E. SIX, USN, 777 58 93
To: Chief of Naval Personnel
Via: Commanding Officer, U. S. Naval Communication Station ~~Philippines~~ FPO SF 96656

OK

Subj: Eligibility for Combat Action Ribbon

1. I certify that during the period of 8 June 1967 I served on board the USS LIBERTY (AGTR-5) which was on station in the Mediterranean Sea, and during that time the ship was involved in combat operations which met the eligibility requirements for the Combat Action Ribbon.

2. On that date, the ship came under heavy attack by Israeli jets and torpedo boats receiving a torpedo hit on the starboard side which caused considerable damage and the loss of many lives. I have been awarded a Purple Heart for wounds received from torpedo shrapnel.

3. My Commanding Officer during the period of action described above was Commander McGONEGAL, United States Navy.

Harold E. Six
HAROLD E. SIX

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

21:WRS:rjc
1650
Ser 21/2026
02 JUN 1970

FIRST ENDORSEMENT

From: Commanding Officer, U. S. Naval Communication Station Philippines
To: Chief of Naval Personnel

1. Forwarded.

W. R. Smith
W. R. SMITH
By direction

PERSONAL AFFAIRS DIVISION
MEDALS & AWARDS BRANCH

Finish File, Pers-G28 JUN 29 1970
PM
7,8,9,10,11,12,1,2,3,4,5,6

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105 - 901 - 3050

PERIOD OF REPORT: 6 Oct. 1969 To 3 April 1970

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold E. | 777 58 53 | CT2 | NSGA, Ft. Meade, Md. |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| | * | | X | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| | * | | | X | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| | * | | X | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Duty with the National Security Agency.
Student attending NCSch Course CY-155, Cryptologic Course for Service Supervisors.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language) Initial evaluation prepared by immediate NSA supervisor; C. F. Musser, CTC, USN

Petty Officer Six's performance as a student in Course CY-155 has been average. He has demonstrated that he is eager to improve himself and makes optimum use of available time. CT2 Six has been thoroughly cooperative and courteous, and has followed all regulations during this long and arduous course. CT2 Six expresses himself with average ability in written and spoken English.

*8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL ☒ TRANSFER ☐ OTHER ____ | 3APR70 | L. F. HOWARD, LCDR, USN |

A-R063

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| 6 Oct 69 - 3 April 70 | NCSch Course CY-155, Cryptologic Course for Service Supervisors. | yes | C |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

NONE

GPO 872-507