*(PLEASE READ INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING AND SUBMITTING THIS FORM)*

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION

*IMPORTANT - This form does not apply to and cannot be used for any other Government Life Insurance. It is to be used only for Servicemen's Group Life Insurance.*

| | | |
|---|---|---|
| NOTE THIS FORM MUST BE USED FOR | 1. DESIGNATION OF BENEFICIARY | 3. REDUCTION OF INSURANCE |
| | 2. PAYMENT OF INSURANCE PROCEEDS | 4. CANCELLATION OF INSURANCE |

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE NUMBER |
|---|---|---|
| Harold E. [illegible] | [illegible] | 777-58-53 |

| BRANCH OF SERVICE (Do not abbreviate) | CURRENT DUTY LOCATION |
|---|---|
| N.A.V.Y. | [illegible] |

## 1. DESIGNATION OF BENEFICIARY *(See instructions on reverse of this form)*

I HEREBY make the following beneficiary designation for my Servicemen's Group Life Insurance, cancelling any prior designation I may have made for this insurance.

| NAME OF EACH BENEFICIARY (If married woman, give her own first and middle names and husband's last name) | ADDRESS OF EACH BENEFICIARY (Number and Street, City and State) | RELATIONSHIP TO ME | SHARE TO BE PAID TO EACH BENEFICIARY (See instructions) |
|---|---|---|---|
| [illegible] | | WIFE | 100 |
| | | | |
| | | | |
| | | | |

Unless otherwise indicated above, if more than one beneficiary is named, the share of any beneficiary who dies before me shall be distributed equally among the surviving beneficiaries, or entirely to the survivor. This designation of beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form the insurance is increased from $5,000 to $10,000, this beneficiary designation shall apply to the full $10,000 unless the insurance is cancelled or a new designation is made.

## 2. PAYMENT OF INSURANCE PROCEEDS

I HEREBY elect that my Servicemen's Group Life Insurance be payable to my beneficiary or beneficiaries in the following manner: *(Check one)*

[X] LUMP SUM [ ] 36 EQUAL MONTHLY INSTALLMENTS

*THIS CANCELS ANY PRIOR METHOD OF PAYMENT I MAY HAVE ELECTED FOR THIS INSURANCE*

## 3. AND 4. REDUCTION OR CANCELLATION OF SERVICEMEN'S GROUP LIFE INSURANCE

Under the law you are automatically insured for $10,000. If you want only $5,000 insurance write, "I only want $5,000 insurance," or if you want no insurance write, "I do not want to be insured," in your own handwriting.

I understand that I will not be eligible to increase or restore my insurance unless I make a written request and furnish satisfactory evidence of good health and meet any other requirements.

I also understand that any reduction or cancellation of coverage is effective as of the first day of the month following the date this form is signed and received by my Uniformed Service.

| SIGNATURE OF MEMBER | DATE COMPLETED |
|---|---|
| SIGN HERE IN INK ▶ [signature] | 22 Sept 1969 |

| WITNESSED AND RECEIVED BY | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| SIGN HERE IN INK ▶ [signature] [illegible] ROPES | LTJG, USNR | NSGA, FT MEADE, MD. | 22 SEP 69 |

VA FORM NOV 1965 29-8286

**IMPORTANT - READ CAREFULLY**

Do not complete this form unless you wish to change the automatic features of the Servicemen's Group Life Insurance.

The automatic features provide $10,000 life insurance with payment in a lump sum to your survivor(s) in the following order:

1. Widow or widower; if none, it is payable to
2. Child or children in equal shares with the share of any deceased child distributed among the descendants of that child; if none, it is payable to
3. Parent(s) in equal shares; if none, it is payable to
4. A duly appointed executor or administrator of the insured's estate, and if none to
5. Other next of kin.

If you do not want your insurance paid as provided above and want to change any of the automatic provisions, complete the appropriate block on the face of this form.

## INSTRUCTIONS

### GENERAL

1. Make certain you complete only the appropriate item(s).
2. All entries other than signatures should be typed or printed in ink.
3. Make certain all three copies of this form are completed and signed.

### DESIGNATION OF BENEFICIARY

1. No designation or change of beneficiary will be valid unless it is received in writing over your signature, by your Uniformed Service, before your death.
2. Cancellation of a prior Designation of Beneficiary may be effected without naming a new beneficiary by executing a new VA Form 29-8286 and inserting in the space provided for the name of the beneficiary, the words, "Cancel Prior Designation". The effect of this will be to have the payment made in accordance with the automatic features above.
3. A change of beneficiary may be made by the insured at any time without the knowledge or consent of the beneficiary, and this right cannot be waived or restricted.
4. A designation of beneficiary is automatically cancelled on the day (1) you cease to be insured, (2) you enter on active duty in another Uniformed Service, or (3) you re-enter on active duty in the same Uniformed Service within 120 days after separation or release from active duty with a break in service of one or more days.
5. If you reacquire the group insurance and want your insurance paid to a designated beneficiary, you must file a new designation with your Uniformed Service.

### PAYMENT OF INSURANCE PROCEEDS

Your beneficiary or other survivor may receive payment of your insurance in a lump sum or 36 equal monthly installments. When such person becomes entitled to payment, he or she should notify the Office of Servicemen's Group Life Insurance which mode of payment is desired. However, if you wish, you may limit such person to receiving payment in 36 equal monthly installments. Your written instruction to that effect over your signature must be filed with your Uniformed Service.

## DIRECTIONS TO THE UNIFORMED SERVICES

1. This form, properly executed, is authority to a payroll office to reduce the deductions for insurance purposes or not to make such deductions, if the amount of insurance is changed or canceled.
2. This form must be signed and dated, below the signature of the member, by an authorized representative of the Uniformed Service.
3. Disposition of copies:
   a. Original - Must be promptly filed in the official personnel file of member.
   b. 1st copy - To member.
   c. 2nd copy - For the Uniformed Service use.

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105 - 901 - 3050

PERIOD OF REPORT 16 AUG 69 To 16 Nov. 1969

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold E. | 777 58 53 | CT2 | NSGA Ft. Meade, Md. |

INSTRUCTIONS

1. *For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.*
2. *Compare him with others of the same rate.*
3. *If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.*
4. *Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)*

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | * | | | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

NSA Student, Course CY-155 (Cryptologic Course for Service Supervisors)

7. EVALUATION OF PERFORMANCE (*E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language*)

Initial evaluation prepared by immediate NSA supervisor, C.F. Musser, CTC

Aboard less than 90 days.

8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER ______ | 16NOV69 | J. R. WISDOM, CDR, USN |

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| NONE | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

NONE

NAVAL SECURITY GROUP ACTIVITY
Fort George G. Meade, Maryland 20755

N10:daw
1616
Ser 2093
29 DEC 1969

From: Commanding Officer, Naval Security Group Activity, Fort George G. Meade, Maryland 20755
To: Chief of Naval Personnel (Pers-E34)

Subj: CT2 Harold Eugene SIX, USN, 777 58 53; indebtedness of

Ref: (a) ~~BUPERS ltr Pers-E34-AM~~:bld of 25 Nov 1969

Encl: (1) Copy of American Express money order 10603813927 of 15 Aug 69 and Personal Money Order on The Citizens National Bank, Laurel, Md. 161050 of 20 Nov 69

1. Reference (a) was brought to the attention of Petty Officer SIX and he was counselled as to honoring his just obligations.

2. During the interview, Petty Officer SIX stated that his payments on this account are due on the twentieth of each month, and that his creditor invariably sends out a late notice or payment reminder each month. During August 1969, he paid his account ($10.00 monthly payment) in advance, then made a regular monthly payment in November 1969 as evidenced by enclosure (1). He states that his account is up-to-date and that he is, in fact, not delinquent. He was quite adamant that his creditor continues to send out delinquent notices and statements of indebtedness. He states that he has kept up his payments and that he has full intentions of continuing to do so.

3. Castle Plymouth and/or Centre City Collections may correspond directly with CT2 SIX at 7911-A Highland Road, Fort George G. Meade, Maryland 20755.

4. It was noted that enclosure (1) to reference (a) contained no certificate of compliance with Regulation Z of the Truth in Lending Act or any contract between the parties, both of which should be required.

Karl B. Kohler
KARL B. KOHLER

00128 JAN 2 70

Cup

PERSONAL MONEY ORDER

**THE CITIZENS NATIONAL BANK**

THE CITIZENS NATIONAL BANK LAUREL, MD. CNB

*Organized 1890*

65-77
521

LAUREL, MARYLAND Nov 20 19 69 No. 161050

PAY TO THE ORDER OF Centre City Corrections

[illegible]

IN PAYMENT OF

Harold E. Six
SIGNATURE

NOT VALID FOR MORE THAN $250.00

COPY - NON-NEGOTIABLE
ADDRESS

KEEP THIS RECEIPT

FOR YOUR CONVENIENCE KEEP THIS RECORD OF YOUR CHECK. WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS RECEIPT IS SUBMITTED.

CUSTOMER'S COPY

AMERICAN EXPRESS MONEY ORDER
SENDER'S RECEIPT

Enclosure (1)

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

F-84
(3/67)
IN REPLY REFER TO
Pers-E34-AM:bld
25 Nov 1969

From: Chief of Naval Personnel

To: Commanding Officer
Naval Security Group Activity
Fort George G. Meade, Maryland 20755

Subj: CT2 Harold Eugene SIX, USN, 777 58 53
Indebtedness of

Ref: (a) BuPers Manual, art. C-11104A
(b) BuPers Manual, art. C-11104A(5)(c)
(c) BuPers Manual, art. C-11104A(8)(b)
(d) BuPers Manual, art. C-10311

Encl: (1) Ltr from Centre City Collections, San Diego, Calif., 92101 of 13 Nov 1969

1. Enclosure (1) is forwarded for appropriate action in accordance with reference (a). It is also requested, when a paragraph below is checked, that the additional action specified be taken:

☐ a. Forward to the Chief of Naval Personnel (Attn: Pers-E3) a copy of the reply made to the creditor by subject member or the command, as appropriate. This matter has been previously referred for action in accordance with reference (a). Attention is directed to the specific provisions of reference (b).

☐ b. It appears that subject member should be counselled in accordance with paragraph (3) of reference (d). This matter has been previously referred for action in accordance with reference (a). Attention is directed to the specific provisions of reference (b).

☐ c. Advise the Chief of Naval Personnel (Attn: Pers-F3) of the action taken or contemplated in accordance with paragraph (3) of reference (d). This matter has been previously referred for action in accordance with reference (a).

2. The writer of enclosure (1) has been advised of this referral.

3. If subject member has been transferred, forward this correspondence to his new duty station, and advise the Chief of Naval Personnel of this transmittal by copy of the endorsement.

J. R. MOCK
By direction

NAVPERS 1610/2 (6-68)

**REPORT OF ENLISTED PERFORMANCE EVALUATION**
NAVPERS 792 (Rev. 6-65)
0105-901-3050

| PERIOD OF REPORT | |
|---|---|
| 16 MAY 69 | To 15 AUG 69 |

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | NAVCOMMSTA San Diego |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**1. PROFESSIONAL PERFORMANCE:** His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | XX | | | | * | * |

**2. MILITARY BEHAVIOR:** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | XX | | | | | | * | * |

**3. LEADERSHIP AND SUPERVISORY ABILITY:** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

**4. MILITARY APPEARANCE:** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

**5. ADAPTABILITY:** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | XX | | | | | * | * |

**6. DESCRIPTION OF ASSIGNED TASKS**

Operates Radio Direction Finding equipment, teletype equipment, cryptographic devices and performs related communications functions.

**7. EVALUATION OF PERFORMANCE** (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX has the ability to become a very dependable Petty Officer, however, through hasty decisions and lack of initiative his performance of duty has been detrimentally affected. Petty Officer SIX has taken steps to improve himself. His acceptance of authority is commendable, thus setting a good example for subordinates. His leadership abilities are improving at a steady rate. Petty Officer SIX's military appearance is~~, with occasional reminders,~~ above average. Petty Officer SIX's sense of humor has proven noteworthy in his ability to get along with others and to contribute to the morale of the section. Petty Officer SIX's command of the English language, both orally and written, is average.

*8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL ☒ TRANSFER ☐ OTHER ______ | 15 AUG 69 | STEWART R. GORDON, LCDR, USN<br>HD, NAVSECGRUDEPT |

AR 629

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105-901-3050

PERIOD OF REPORT: 16 NOV 68 To 16 MAY 69

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | NAVCOMMSTA San Diego |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | X | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Operates Radio Direction Finding equipment, teletype equipment, cryptographic devices, and performs related communications functions.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX possesses the ability to become an outstanding petty officer in Every respect. To date, however, he has not fully applied his potential. His professional performance ranges from excellent to adequate, contingent upon the amount of supervision he receives. Petty Officer SIX carries out commands and regulations cheerfully, and discharges assigned tasks in an effective manner. His cheerful personality contributes to good morale. His correct trim appearance creates a favorable impression. Petty Officer SIX expresses himself well, both orally and in writing.

*8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

9. REASON FOR REPORTING: [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER ______

10. DATE: 16 MAY 69

11. SIGNATURE OF REPORTING SENIOR: [signature]
R. A. MC CONNELL, LCDR, USN
HD, NAVSECGRUDEPT

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| NONE | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

NONE

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. [illegible]

Pers-E34-LBD:ar
6 May 69

From: Chief of Naval Personnel
To: [illegible]

Via: Commanding Officer
Naval Communication Station San Diego
[illegible] N. Harbor Drive
San Diego, California [illegible]

Subj: Presidential Unit Citation; forwarding of

Encl: (1) Facsimile of Citation
(2) PUC Ribbon Bar

1. The Secretary of the Navy has awarded the Presidential Unit Citation to USS LIBERTY (AGTR-5) for the period(s) indicated in the enclosed citation.

2. The Chief of Naval Personnel takes pleasure in forwarding enclosures (1) and (2) for which you are eligible by virtue of your service during the period(s) cited.

J. A. [illegible]
By direction