The President of the United States takes pleasure in presenting the PRESIDENTIAL UNIT CITATION to

USS LIBERTY (AGTR-5)

for service as set forth in the following

CITATION:

For exceptionally meritorious and heroic achievement on 8 June 1967 during an armed attack by foreign aircraft and motor torpedo boats while sailing on an assigned mission in international waters in the Eastern Mediterranean. Very shortly after noon, LIBERTY was attacked without warning by foreign jet fighter aircraft and motor torpedo boats, and suffered major topside damage from strafing aircraft, serious damage amidships from a direct torpedo hit, and heavy casualties to the crew. The ship's radar, most of the external communications capability, all of the life rafts, and most of the ship's boats were lost due to the severity of the damage inflicted, the resulting fires, and exploding gasoline stored topside. Although two-thirds of the crew were killed or wounded, those surviving displayed outstanding professionalism, undaunted spirit, and extraordinary heroism in their efforts to save their ship. Following the directions of their Commanding Officer, they contained and extinguished the various fires caused by the attacks, and fought to control the flooding caused by the torpedo hit. Medical teams cared for the seriously wounded, expeditiously performing a task both great and difficult. Taking a vital part in the wide variety of actions necessary to save their ship and their shipmates, all surviving crew members were instrumental in returning LIBERTY one thousand miles safely to port. Their exceptional courage, perseverance, and devotion to duty reflect the highest credit upon themselves and the United States Naval Service.

MEDALS AND AWARDS REQUEST
NAVPERS 1650/2 (6-66) (formerly NA...RS 2887)
S/N-0105-403-0420

1650
DATE: 16 April 1969

From: Commanding Officer, Naval Communication Station San Diego

To: CHIEF OF NAVAL PERSONNEL (Pers E)
DEPARTMENT OF THE NAVY
WASHINGTON, D.C. 20370

32807 APR 23 69

Subj: CT2 Harold Eugene SIX, USN, 777 58 53
Medals and Awards; request for

Ref: (a) SECNAVINST P-1650.1C, Subj: Navy and Marine Corps Awards Manual (Rev 1963)

1. It is requested that the medals and awards indicated by an "X" below be forwarded for delivery to subject person if entitlement is confirmed. The qualifying ship or unit and the dates of subject member's service on board during the qualifying period are specified below.

| ORIGINAL | REPLACEMENT | | QUALIFYING SHIP OR UNIT | DATES OF MEMBER'S PARTICIPATION |
|---|---|---|---|---|
| | | EUROPEAN-AFRICAN-MIDDLE EASTERN CAMPAIGN MEDAL | | |
| | | ASIATIC-PACIFIC CAMPAIGN MEDAL | | |
| | | NAVY OCCUPATION SERVICE MEDAL " " CLASP | | |
| | | CHINA SERVICE MEDAL (EXTENDED) | | |
| | | KOREAN SERVICE MEDAL | | |
| | | UNITED NATIONS SERVICE MEDAL | | |
| | | ARMED FORCES EXPEDITIONARY MEDAL " " AREA | | |
| | | VIETNAM SERVICE MEDAL | | |
| | | ANTARCTICA SERVICE MEDAL | | |
| | | WORLD WAR II VICTORY MEDAL | | |
| | | AMERICAN CAMPAIGN MEDAL | | |
| | | NATIONAL DEFENSE SERVICE MEDAL | | |
| | | GOOD CONDUCT MEDAL *(Replacement only)* | | |
| | | NAVAL RESERVE MEDAL *(Replacement only)* | | |
| | | ARMED FORCES RESERVE MEDAL *(Replacement only)* | | |
| X | | Presidential Unit Citation | USS LIBERTY (AGTR-5) | 28MAY66 to 9JUN67 |

2. The reason for requesting replacement of medals indicated above is (furnish circumstances if replacement is requested):

F116
USS LIBERTY (AGTR-5)
8 June 1967
USN

3. If the Chief of Naval Personnel determines that a fee for replacement of medals is necessary, it is understood that subject person will be informed of the amount of remittance prior to delivery of the medals.

LOUIS J. GIEFER
By direction

B 2166

U. S. NAVAL COMMUNICATION STATION SAN DIEGO
937 N. HARBOR DRIVE
SAN DIEGO, CALIFORNIA 92132

1330
Ser 1239/14
27 January 1969

SPEEDLETTER

From: Commanding Officer, Naval Communication Station San Diego
To: Chief of Naval Personnel

Ref: (a) BUPERSINST 1133.13B
(b) BUPERS ltr Pers B2211-jlg of 3 NOV 66

CT2 Harold Eugene SIX, USN, 777 58 53 REENLISTED FOR CAREER DESIGNATION ON 10 FEB 1967 UNDER THE PROVISIONS OF REFERENCE (A) AND (B). REQUEST QUOTA FOR CLASS "C" CRYPTOLOGIC COURSE FOR SERVICE SUPERVISORS 2073 SCHOOL AT NAVAL SECURITY GROUP ACTIVITY FT. GEORGE MEADE MARYLAND. INFORMATION AS TO QUALIFICATIONS:

A. GCT 55 ARI 46 MECH 50 CLER 55 SONAR 45 RADIO 58 ETST 51

B. EAOS 9 FEB 1973. TOTAL ACTIVE SERVICE AT EAOS 8 yrs 9 mos and 4 days.

C. MEETS PHYSICAL REQUIREMENTS FOR RATING. (NOT REQUIRED)

D. SECURITY CLEARANCE STATUS: NAVSECGRU TOP SECRET BASED ON A SATISFACTORY BI COMPLETED 19 AUG 1965 by ONI.

E. DATE COMMENCED PRESENT TOUR OF SHORE DUTY: 24 JUL 67

F. DATE REPORTED TO PRESENT DUTY STATION: 24 JUL 67

G. NUMBER OF DEPENDENTS RESIDING AT OVERSEAS DUTY STATION: NONE

H. NOT APPLICABLE.

I. NONE

LOUIS J. GIEFER
By direction

FINISHED FILE B2166

PERS-B2211 ENDORSEMENT
"S T A R" PROGRAM REENLISTEE.
C/L 2063 SCHOOL GUARANTEED.

ACTION DUE
13 Feb
JGF-8 13 Feb 69

RECEIVED
FEB 7 196
PERS-B2166

11ND-NCS-5216/1 (8-63)

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-65)
0105-402-3001

PERIOD OF REPORT: 16 May 68 To 16 Nov 68

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | NAVCOMMSTA San Diego |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | X | | | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | X | | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | X | | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Operates Radio Direction Finding equipment, teletype equipment, cryptographic devices, and performs related communication functions.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

Petty Officer SIX has shown considerable improvement in all traits during this marking period. He displays enthusiasm toward his assignments and readily accepts additional responsibility. He has had some difficulty in directing the efforts of his subordinates. This is due mainly to a lack of experience in a supervisory capacity. He is being counseled in the refinements of leadership and is expected to improve in this category. SIX is well liked by his shipmates and presents a staisfactory military appearance. He expressess himself with clarity both orally and in written form.

* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SENIOR |
|---|---|---|
| ☒ SEMIANNUAL ☐ TRANSFER ☐ OTHER ______ | 16 Nov 68 | R. A. MC CONNELL, LCDR, USN<br>HD, NAVSECGRUDEPT |

AR 637

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

NONE

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS *(USAFI, college courses, correspondence courses, etc.)* COMPLETED DURING PERIOD OF THIS REPORT.

19 July 1968 Completed Special Communication 51-A with a final mark of 3.52

DEPARTMENT OF THE NAVY
NAVAL SECURITY GROUP COMMAND
3801 NEBRASKA AVENUE
WASHINGTON, D. C. 20390

NSG/G133/avh
Ser 48106
20 Aug 1968

From: Commander, Naval Security Group Command
To: CT2 Harold E. SIX, USN, 777 58 53
Via: Commanding Officer, Naval Communication Station San Diego

Subj: CORRESPONDENCE COURSE; satisfactory completion of

1. In recognition of your having furthered your proficiency in the armed forces by the successful completion of this course, the Commander, Naval Security Group Command, on behalf of the Chief of Naval Operations, takes pleasure in transmitting this letter of satisfactory completion.

2. Course data is as follows:

Course: Special Communications 51-A    Grade: 3.52

Enrolled: 15 August 1967    Completed: 16 July 1968

3. A copy of this letter will be placed on file in your official record.

H. O. WHITE
By direction

Copy to:
BUPERS

NDW NAVSECGRU 1550/39 (Rev 7-68)

FINISHED FILE B2166

**REPORT OF ENLISTED PERFORMANCE EVALUATION**
NAVPERS 792 (Rev. 6-65)
0105-901-3050

PERIOD OF REPORT: 17 Oct 1967 To 16 May 1968

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT2 | NAVCOMMSTA San Diego |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | | X | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | | | X | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS Operates Radio Direction Finding equipment, teletype equipment, cryptographic devices, and performs related communication functions.

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language) Petty Officer SIX's overall performance has slipped considerably since his last evaluation. This is in a large measure attributed to his preoccupation with his personal problems and manifests itself in his dealings with his subordinates. He performs best when specifically assigned routine tasks requiring little or no challenge, which is indicative of his lack of enthusiasm or the desire to excel. Petty Officer SIX is careless about his uniform and personal appearance. He is an amiable and friendly individual, who is openly accepted by his shipmates. Petty Officer SIX is being closely counseled in an effort to help him resolve his personal problems and generate enthusiasm towards self improvements. He is able to express himself adequately, both orally and in writing.

*8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERVISOR |
|---|---|---|
| [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER | 16 May 1968 | LCDR R. A. MC CONNELL, USN<br>HD, NAVSECGRUDEPT |

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI*, *college courses*, *correspondence courses*, *etc.*) COMPLETED DURING PERIOD OF THIS REPORT.