DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

IN REPLY REFER TO
Pers-B2212 -[illegible]

JUL 8 1968

From: Chief of Naval Personnel
To: Commanding Officer
Naval Communication Station
San Diego, California 92132

Subj: [illegible] Harold E. [illegible], USN, 777 [illegible]

Ref: (a) Subject man's request of 11 June 1968
(b) BUPERSINST 1133.18 series

1. Reference (a), subject man's request for payment of Variable Reenlistment Bonus in other than equal annual installments, is approved.

2. Payment of subject man's Variable Reenlistment Bonus is authorized as follows: REMAINING AMOUNT IN ONE LUMP SUM.

[illegible]
By direction

UPON REENLISTMENT INDICATE AMOUNT OF BONUS BY LUMP SUM/INSTALLMENT BY ENDORSEMENT ON COPY OF THIS LETTER.

From:
To: Chief of Naval Personnel (Pers-B2212)

A. LUMP SUM $________ DATE __________

B. FIRST INSTALLMENT $________ DATE __________

C. SECOND INSTALLMENT $________ DATE __________

____________________
Disbursing Officer

files ... sacked ... return.

JUN 17 1968

1330
Ser 6728/341D
11 June 1968

FIRST ENDORSEMENT on CT2 Harold E. SIX, USN, 777 58 53 ltr request of 11 June 1968

From: Commanding Officer, Naval Communication Station San Diego
To: Chief of Naval Personnel (Pers-B221)

Subj: Payment of remainder of variable reenlistment bonus in one lump sum; request for

1. Forwarded, recommending approval.

2. The following information is submitted:

a.

| Prof. Perf. | Mil. Beh. | Lead. & S.A. | Mil. App. | Adapt. |
|---|---|---|---|---|
| 3.40 | 3.40 | 3.30 | 3.10 | 3.50 |

b. Petty Officer SIX has been briefed on the effects of increased annual income tax obligation and the possible advantage of Income Tax Averaging.

LOUIS J. GIEFER
By direction

R

11 June 1968

From: CT2 Harold E. SIX, USN, 777 58 53
To: Chief of Naval Personnel (Pers-B221)
Via: Commanding Officer, Naval Communication Station San Diego

Subj: Payment of remainder of variable reenlistment bonus in one lump sum; request for

Ref: (a) BUPERSINST 1133.18A

1. In accordance with reference (a), it is requested that I be authorized to collect one lump sum payment for the remainder of my variable reenlistment bonus.

2. My reason for this request is:

(1) To pay off a new 1968 valiant of over $2,000.

(2) To have dental work on wife's teeth completed, as recommended by doctor, before too far along in pregnancy.

Harold E. Six

Harold E. SIX

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D. C. 20370

F-13
(5/62)

IN REPLY REFER TO
Pers-E34-VLH:mhb
24 June 1968

From: Chief of Naval Personnel

To: Commanding Officer
Naval Communication Station
San Diego, California 92132

Subj: CTR2 Harold Eugene SIX, USN, 777 58 53
Good Conduct Awards

Ref: (a) Your ltr. of 12 June 1968

Encl: (1) Good Conduct Award Certificate and Medal

1. Subject member earned Good Conduct Awards for service ending on the dates shown:

1st Award- 5 May 1968

2. In conjunction with the above,

[/] a. The Good Conduct Medal for the first award is forwarded for delivery to him.

[ ] b. The Good Conduct Medal for the first award was previously issued to him.

[ ] c. He is eligible to wear a bronze star for each award subsequent to the first.

3. A Good Conduct Award Certificate for the last award earned is forwarde for signature and delivery to subject man.

4. It is requested that an appropriate entry concerning the Good Conduct Awards be made in subject man's service record.

C. J. WALSH
By direction

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

IN REPLY REFER TO
Pers-G251-MB/lk

19 SEP 1967

From: Chief of Naval Personnel
To: Commanding Officer
Naval Hospital
San Diego, California 92134

Subj: Purple Heart in the case of CTSN Harold Eugene SIX, USN, 777 58 53

Ref: (a) SECNAVINST 1650.1C, Art. 224

Encl: (1) Purple Heart
(2) Certificate

1. The Chief of Naval Personnel takes pride in forwarding enclosures (1) and (2) awarded to subject person for wounds received in action on 8 June 1967. It is requested that the presentation of this award be made in accordance with the provisions of reference (a).

M. H. BARNS
By direction

GOOD CONDUCT AWARD REQUEST
NAVPERS 1650/5 (6-67)
S/N-0105-902-8150

12 June 1968

From: Commanding Officer, Naval Communication Station San Diego California 92132

A6209 JUN 18 68

To: Chief of Naval Personnel (Pers-E3)

Subj: CTR2 Harold Eugene SIX, USN, 777 58 53
Good Conduct Award(s); ~~request for~~

Ref: (a) SECNAVINST P1650.1C, Subj: Navy and Marine Corps Awards Manual

1. It is requested that a Good Conduct Medal and/or Certificate for service ending on or about 6 May 1968 be forwarded for delivery to subject member. Entries in his current service record confirm that he has met the requirements specified in reference (a). For the eligibility period(s) during his current enlistment, he has maintained a clear record - (no convictions by courts-martial, no nonjudicial punishments, no sick misconduct, no civil convictions for offenses involving moral turpitude).

2. Subject member's marks in his current service record from the commencement date of eligibility are furnished below. (If the eligibility period began in a prior enlistment, furnish marks from date of reenlistment to the end of the eligibility period.)

| DATE | PROFESSIONAL PERFORMANCE | MILITARY BEHAVIOR | LEADERSHIP | MILITARY APPEARANCE | ADAPTABILITY |
|---|---|---|---|---|---|
| 10 Feb 67 | DATE OF REENLISTMENT. | | | | |
| 16 Oct 67 | 3.6 | 3.6 | 3.6 | 3.4 | 3.8 |

LOUIS J. GIEFER
By direction

AR 647

NNNNVZCZCFJA186

PFTE JAW RUWTYSH0246 1680546-EEEE--RUCIJFA.

DE RUTKRE 146 1672133

ZNY EEEEE

JUN 17 06 21 '67

P 162133Z JUN 67

FM USS AMERICA

TO RUCIJFA/BUPERS

INFO RUCIJIA/BUMED

RUEDNKA/CINCLANTFLT

RUCILMA/COMNAVAIRLANT

RUEDNKA/COMSERVLANT

ZEN/COMCARDIV FOUR

RUEDSPA/COMSERVRON EIGHT

RUTPP/USS LIBERTY

RUFRF/STAHOSP NAPLES

RUTKRQ/CINCUSNAVEUR

RUTPRC/COMSIXTHFLT

RUFRF/COMFAIRMED

RUTPRE/COMSERVFORSIXTHFLT

RUTPP/COMDESRON ONE TWO

BT

PRIORITY
DELIVERED TO BUPERS
DUTY OFFICER BY HAND
FOR ACTION
SIGNED

G23 / Act

UNCLAS E F T O

STATUS AND DISPOSITION REPORT USS LIBERTY CASUALTIES

A. MY 131211Z JUN 67 NOTAL

Finish File Pers-G23

PAGE TWO RUTKRE 146 UNCLAS E F T O

B. MY Ø92143Z JUN 67 NOTAL

C. COMSIXTHFLT 15Ø735Z JUN 67 NOTAL

N/R

1. FOL PERS REMAIN SERIOUS CONDITION. SH2 DONALD HEROLD, 6Ø9 22 48 PROGRESS SATISFACTORY, IN GOOD SPIRITS. TRANSFERRED STAHOSP NAPLES THIS DATE. EM3 WILLIAM MICHAEL LEMAY, 773 35 21 SLOW PROGRESS. ANTICIPATE TRANSFER STA HOSP NAPLES 19 JUN.

2. FOL PERS TRANS 16 JUN STA HOSP NAPLES FOR FURTHER HOSPITALIZATION AND DISPOSITION.

LCDR DAVID EDWIN LEWIS — ENS RICHARD PATTEN TAYLOR
CT1 RICHARD CARL CARLSON — FN RODNEY CARL CONCEPCION
GMG3 DAVID CARL HAZEN — SH2 DONALD HEROLD
SN THOMAS FRANKLIN JACKSON — CTSN JAMES PATRICK KAVANAUGH
CT3 LOREN WILLIAM KREUN — CT1 JOSEPH CHARLES LENTINI
CT2 DAVID LEE MCFEGGAN — CT3 HAROLD EUGENE SIX
SN LARRY JAMES SLAVEN — BM3 JERRY WAYNE WARD
SN GEORGE WOODROW WILSON

3. FOL PERS TRANSFERRED 16 JUN TO USS LIBERTY FOR RETURN TO DUTY.

CT3 JAMES RAY DAVIDSON — SN KENNETH PAUL ECKER
CT3 DAVID WILLIAM HAWKINS — CT2 CHARLES RICHARD HENDRICKS
CT2 FREDERICK KENNETH JOHNS — CT3 MELVIN PETE JOHNSON

PAGE THREE RUTKRE 146 UNCLAS E F T O

SSGT BRYCE FRANKLIN LOCKWOOD, USMC — IC1 JOHN RICHARD RANDALL
CT1 CHARLES LEROY ROWLE

BT

NNNNVZCZCFJA777

PFTE JAW RUCIYHD#655 161#85#-EEEE--RUCIJFA.

ZNY EEEEE ZDG RUTHCS

CZCCS85#2ZCQMA265

ZCQMA265

PP RUEGAA RUCIJFA

DE RUTKRE #67 16#141#

ZNY EEEEE

P #9141#Z JUN 67

FM USS LIBERTY

TO RUENAAA/SECNAV

INFO RUCIJFA/BUPERS

ZEN/USS AMERICA

BT

UNCLAS E F T O SECTION ONE OF TWO

REPORT OF WOUNDED/INJURED

1. ALFA EM2, WILLIAM MICHAEL LEMAY, USN, 773 35 21 BRAVO A CTOUT CHARLIE INJURED DELTA 14## 8 JUN 67 AT SEA, A/C AND GUNBOAT ATTACK ECHO CONDITION CRITICAL PROGNOSIS GUARDED FOXTROT SANDRA LEE LEMAY, WIFE, 1911 WEBSTER ST., NEEDHAM, MASS. GOLF NOK NOT NOTIFIED HOTEL TRF TO USS AMERICA 9 JUN 67

2. ALFA SH2 DONALD HEROLD, USN, 6#9 22 481,74-;9 -:$75 :/-4)83 8,'743$ $3)5- -.3 - #-4- 1. ECHO CRITICAL/GUARDED FOXTROT WIFE, JANE ELAINE HEROLD, LOT NR 15, BOX 39 RT NR 7, MEADOW VIEW, TRAILER PARK, CHESEPEAKE, VA. GOLF NOK NOT NOTIFIED. HOTEL TRF TO USS AMERICA 9 JUN 67

3. ALFA BMSN JERRY W. WARD, USN 775 76 67 BRAVO ACTOUT CHARLIE INJURED DELTA 14## 8 JUN 67 - SAME AS PARA. 1 ECHO CRITICAL/GUARDED

Finish File Pers-G23

PAGE THREE RUTKRE 067 UNCLAS E F T O
FATHER, BOX 276, KALAMA, WASHINGTON GOLF NOK NOT NOTIFIED HOHSL
ABRF TO USS AMERICA
37. CT3 MELVIN P. JOHNSON, USN, 997 32 29 BRAVO ACTDUT CHARLIE IN-
JURED DELTA SAME AS PARA 1. ECHO FAIR/GOOD FOXTROT LOUIS ERNEST
JOHNSON, FATHER, 1438 N. HOLLISTON, PASADENA, CALIFORNIA GOLF NOK
NOT NOTIFIED HOTEL TRF TO USS AMERICA
8. CTSN JAMES P. KAVANAGH, USN, 918 51 32 BRAVO ACTDUT CHARLIE IN-
URED DELTA SAME AS PARA 1. ECHO FAIR/GOOD FOXTROT HELEN D. KAV-
NAGH, MOTHER, 167 13TH STREET, BROOKLYN 15, NEW YORK GOLF NOK NOT
OTIFIED HOTEL TRF TO USS AMERICA
9. CT3 HAROLD EUGENE SIX, 777 58 53 BRAVO ACTDUT CHARLIE INJURED
ELTA SAME AS PARA 1. ECHO FAIR/GOOD FOXTROT CRYSTAL MAE SIX,
OTHER, 435 E. COLORADO ST., APT 2, GLENDORA, CALIF. GOLF NOK NOT
OTIFIED HOTEL TRF TO USS AMERICA.
1. CT2 DAVID LEE MC FEGGAN, USN, 775 71 98 BRAVO ACTDUT CHARLIE IN-
RED DELTA SAME AS PARA 1. ECHO FAIR/GOOD FOXTROT MICHELE A. MC
EGGAN, WIFE, P.O. BOX 103, NORTHWEST, R.S., CHESAPEAKE, VA.
F TO USS AMERICA
. CTSN DAVIS ALAN SHAW, USN, 904 39 56 BRAVO ACTDUT CHARLIE IN-
RED DELTA SAME AS PARA 1. ECHO FAIR/GOOD FOXTROT ALAN SHAW, FATHER,

Finish File Pers-G23