VZCZCFJA718
PFTE JAW RUCIYHC0817 1610618-EEEE--RUCIJFA.
DE RUTKRE 164 1602143
ZNY EEEEE
P 092143Z JUN 67
FM USS AMERICA
TO RUENAAA/SECNAV
INFO RUCIJFA/BUPERS
UCIJIA/BUMED
UENAAA/CNO
UEDNKA/CINCLANTFLT
UEDNKACOMSERVLANT

DSPA/COMSERVRON EIGHT

ILMA/COMNAVAIRLANT
N/COMCARDI FOUR
TKRQ/CINCUSNAVEUR
TPRC/COMSIXTHFLT
TPP/USS LIBERTY
TPP/COMDESRON ONE TWO

LAS E F T O
TUS REPORT USS LIBERTY CASUALTIES
COMMENCED HELO TRANSFER OF INJURED AND DEAD WHEN AMERICA CLOSED
WITHIN 70 MILES OF LIBERTY. FIRST PATIENT RCEIVD 090915Z

Finish File-Form ...

PAGE TWO RUTKRE 164 UNCLAS E F T O

LALUT PATIENT ABOARD 091210Z

2. FOLLOWING CASUALTIES NOW ABOARD AMERICA

A. DECEASED

LCDR PHILIP MCCUTCHEON ARMSTRONG, 569825/1100

SN GARY RAY BLANCHARD, 771 77 22

QM3 FRANCIS BROWN, 778 76 70

CT3 ALAN HIGGENS, 788 62 97

~~SN CARL LEWIS H~~

RJDN UUR RY RI

ICFN DAVID SKOLAK, B501783

PC2 JOHN CLARENCE SPICHER, USN, 473 41 77

GMG3 ALEXANDER NEIL THOMPSON, 770 47 21

LT STEPHEN SPENCER TOTH, 669613

B. CRITICALLY INJURIED

| | | |
|---|---|---|
| SN SALVADOR PAYAN, USNR 796 66 15 | COM 8 | 0620 |
| SH2 DONALD HEROLD, 609 22 48 | COM 5 | 0611 |
| C. SEIY INJURED: | | PNOK SNOK |
| CTSN LEE ROY BENNETT, 998 13 79 | COM 4/5 | 0630 0640 |
| GMG3 DAVID CARL HAZEN, 696 84 98 | COM 4 | 0625 |
| EM3 WILLIAM MICHAEL LEMAY, 773 35 21 | COM ONE | 0757 |
| CT1 JOSEPH CHARLES LENTINI, 594 8 TT | COM 5 | 0645 |

PAGE THREE RUTKRE 164 UNCLAS E F T O

| | | |
|---|---|---|
| LT JAMES GEORGE O'CONNOR, 671765 | | |
| BM3 JERRY WAYEN WARD, 775 76 78 | | |
| SN RICAHRD LARRY WEAVER, 999 88 63 | com 4 | 0645 |
| SN EDDIE LAMAR COOK, 997 59 71 | com 6 | 0650 |
| D. MINOR INJURIES: | | |
| CT1 REGINALD NORWOOD ADDINGTON, 349 53 80 | WASH DC | Com 6 |
| CT1 RICHARD KENNETH BAKER, 486 80 12 | com 6 0730 | com 4 |
| YN3 VIRGIL LOUIE BROWNFIELD, 794 23 49 | com 9 | |
| T1 RICHARD CARL CARLSON, 444 13 12 | com 5 | com 1 |
| T1 JEFFERY ROBERT CARPENTER, 535 14 05 | com 9 | |
| N WILLIAM EUGENE CASPER, 796 40 74 | com 4 | |
| N RODNEY CARL CONCEPCION, 674 38 09 | com 12 | |
| 42 RUSSELL ONEAL DAVID, 683 33 65 | com 6 | 0730 |
| 3 JAMES RAY DAVIDSON, 699 64 72 | Scotland | com 8 |
| I KENNETH PAUL ECKER, 851 36 48 by telephone and nay[illegible] by Father | | |
| JAMES MARQUIS ENNIS, 653848/16T | | |
| SN KENNETH BURTON EAKINS, 794 04 69 | | |
| 3 DAVID WILLIAM HAWKINS, 118 73 49 | | |
| 2 CHARLES RICHARD HENDRICKS, 685 56 42 | | |
| THOMAS FRANKLIN JACKSON, 689 15 99 | | |

PAGE FOUR RUTKRE YR UNCLAS E F T O

CT2 FREDERICK KENNETH JOHNS, 794 91 14

CT3 MELVIN PETE JOHNSON, 997 32 29

CTSN JAMES PATRICK KAVANAUGH, 918 51 32

CT3 LOREN WILLIAM KREUN, 538 49 74

SN JOHN DWAINE LAMAR, 779 56 36

CTSN TERRY WALKER LEHMAN, 914 59 44

LCDR DAVID EDWIN LEWIS, 584572/ 85 98 56

SSGT BRYCE FRANKLIN LOCKWOOD, USMC, IT 01 TY

TN SOFRONIO PARATE MARFIL, 776 98 09

SN JIMMIE LEE LATHEWS, 998 21 92

CT2 DAVID LEE MCFEGGAN, 774 71 98

GMGSN GERALD PENSON PIERSON, 794 09 20

QM3 FLOYD HAROLD POLLARD, 353 95 47

IC JOHN RICHARD RANDALL, 517 81 45

SN THOMAS JOSEPH REILLY, 913 56 66

CT CHARLES LEROY ROWLEY, 458 48 03

CTSN DAVID ALAN SHAW, 904 39 56

CT3 HAROLD EUGENE SIX, 777 58 53

SN LARRY JAMES SLAVENS, 916 90 00

SN LARRY LOUIS SOPER, 698 89 13

PAGE FIVE RUTKRE 164 UNCLAS E F T O

ENS RICHARD PATTEN TAYLOR, 689116/

SN GEORGE WOODROW WILSON, 529 34 49

SST DONALD LESLIE BLALOCK (CIVILIAN)

SN DONALD FLETCHER FOLLIN, 917 66 74

TR3 BARRY ROBERT TIMMERMAN, 770 76 78

IT

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

IN REPLY REFER TO
Pers-B2211-jlg
3 November 1966

From: Chief of Naval Personnel

To: Commanding Officer
USS LIBERTY (AGTR-5)
FPO New York 09501

Subj: CT3 Harold E. SIX, USN, 777 58 53

Ref: (a) Subject man's request of 21 OCT 66
(b) BUPERS Instruction 1133.13C

1. Reference (a), subject man's request to reenlist for career designation under the provisions of reference (b) is approved.

2. Upon reenlistment, he is guaranteed assignment to class "C" CT (2063 and 2065) school as his STAR benefit. Obligated service must be met upon entry into school. Upon completion of class "B" or a class "C" school listed in enclosure (3) of reference (b) and, if he meets the other eligibility requirements for automatic advancement set forth in reference (b), he may be advanced to Second Class Petty Officer.

3. After reenlistment, submit enclosure (2) of reference (b) to the Chief of Naval Personnel (Pers-B2211) at least four months prior to the desired date of the school.

4. Authority for STAR reenlistment expires 6 May 1967. Advise CT3 SIX that he will be sent to school upon completion of current tour of duty.

J. R. GREENWOOD
By direction

Copy to:
BUPERS (B-2123)

Finish File Pers-B221

21 October 1966

From: CT3 Harold Eugene SIX, USN, 777 58 53, (CT2405)
To: Chief of Naval Personnel (Pers-B2211)
Via: Commanding Officer, USS LIBERTY (AGTR-5) 09501

Subj: Career designation under the STAR Program; request for

Ref: (a) BUPERSINST 1133.13C

1. I desire to reenlist for six yours to obtain career designation under the provisions of reference (a).

Harold E. Six
HAROLD EUGENE SIX

---

AGTR5/00:1b
1133
Ser: 505
2 5 OCT 1966

FIRST ENDORSEMENT

From: Commanding Officer, USS LIBERTY (AGTR-5)
To: Chief of Naval Personnel (Pers-B2211)

Encl: (1) Report of enlisted performance evaluation (NAVPERS 792)

1. Forwarded, recommending approval.

2. Petty Officer SIX is a highly motivated young petty officer who strongly desires to become career designated. With additional time in service and added responsibilities, he has the potential to become a creditable asset to the Navy. He assimilates instruction rapidly, and has a very retentive mind. Petty Officer SIX continually displays noteworthy military conduct, both ashore and afloat and has demonstrated that he can adapt to shipboard life without difficulty.

3. The following information is furnished:

a. GCT 55, ARI 46, MECH 50, CLER 55, SONAR 45, RADIO 58, ETST 51.

b. Active Duty Base Date: 6 May 1964

c. STAR benefit desired: BUPERS School 2063 and 2065/automatic advancement.

d. Date advanced to pay grade: E-4 16 April 1966. Authority for advancement: CO, NEC ADV LTR 2-65 of 1 October 1965.

AGTR5/00:1b
1133

e. Physical requirements for rate not required.

f. Current EAOS: 5 May 1968

W. L. McGonagle

W. L. McGONAGLE

REPORT OF ENLISTED PERFORMANCE E[illegible]ATION
NAVPERS 792 (Rev. 6-65)
0105-402-3001

PE[illegible]F REPORT To 21 OCT 1966

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| SIX, Harold Eugene | 777 58 53 | CT3 | USS LIBERTY (AGTR-5) |

INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

1. PROFESSIONAL PERFORMANCE: His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | | Highly effective and reliable. Needs only limited supervision. | | Effective and reliable. Needs occasional supervision. | | Adequate, but needs routine supervision. | | Inadequate. Needs constant supervision. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

2. MILITARY BEHAVIOR: How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | | Willingly follows commands and regulations. | | Conforms to Navy standards. | | Usually obeys commands and regulations. Occasionally lax. | | Dislikes and flouts authority. Unseamanlike. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

3. LEADERSHIP AND SUPERVISORY ABILITY: His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | | Handles men very effectively. | | Gets good results from his men. | | Usually gets adequate results. | | Poor supervisor. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | | X | | | | * | * |

4. MILITARY APPEARANCE: His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | | Smart. Neat and correct in appearance. | | Conforms to Navy standards of appearance. | | Passable. Sometimes careless in appearance. | | No credit to the Naval Service. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | X | | | | | | * | * |

5. ADAPTABILITY: How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | | Gets along very well with others. Contributes to good morale. | | A good shipmate. Helps morale. | | Gets along adequately with others. | | A misfit. | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | * | | | X | | | | | * | * |

6. DESCRIPTION OF ASSIGNED TASKS

Operator of highly complex electronic equipment

7. EVALUATION OF PERFORMANCE (E-5 and above include comment on ability in self expression and command, orally and in writing, of the English language)

* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERIOR |
|---|---|---|
| ☐ SEMIANNUAL ☐ TRANSFER ☒ OTHER | 21 OCT 66 | D. E. LEWIS LCDR USN |

A-R0683

AR 660

NAVPERS 792 (Rev. 6-65) BACK

12. SERVICE SCHOOL(S) ATTENDED DURING PERIOD OF THIS REPORT

| INCLUSIVE DATES | SCHOOL | GRADUATED (YES-NO) | CLASS STANDING |
|---|---|---|---|
| | | | |

13. SPECIAL QUALIFICATIONS NOT INDICATED BY RATING OR PRIMARY NEC ATTAINED DURING PERIOD OF THIS REPORT

14. OFF-DUTY EDUCATIONAL ACHIEVEMENTS (*USAFI, college courses, correspondence courses, etc.*) COMPLETED DURING PERIOD OF THIS REPORT.

UNITED STATES ARMED FORCES INSTITUTE
Madison, Wisconsin 53703

**MILITARY TEST REPORT**

COMMANDING OFFICER
USN COMM STA
NAV SCTY GP DEPT
WASHINGTON D C

65348

NAME, SERVICE NO. Br. of Service SIX HAROLD E 7775853 N

has completed the following USAFI tests with achievement as indicated. For an explanation of test scores, percentile ranks, and USAFI retest policies, see the reverse side of this report and the current USAFI Catalog.

TESTS OF GENERAL EDUCATIONAL DEVELOPMENT, HIGH SCHOOL LEVEL

| DATE TEST COMPLETED MO. | YR. | TEST FORM | TEST ONE STD. SCORE | PCT'L RANK | Rating | TEST TWO STD. SCORE | PCT'L RANK | Rating | TEST THREE STD. SCORE | PCT'L RANK | Rating | TEST FOUR STD. SCORE | PCT'L RANK | Rating | TEST FIVE STD. SCORE | PCT'L RANK | Rating | BTRY. RATING | RATING CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 65 | T | 44 | 27 | | 55 | 69 | | 58 | 79 | | 61 | 86 | | 44 | 27 | | S | HIGH SCHOOL GED S – SATISFACTORY U – UNSATISFACTORY I – INCOMPLETE COLLEGE TESTS A rating of S – SATISFACTORY U – UNSATISFACTORY follows each test score |
| LAST ENTRY | | | | | | | | | | | | | | | | | | | |

END OF COURSE TESTS — USAFI SUBJECT STANDARDIZED TESTS

| DATE TEST COMPLETED MO. | YR. | NUMBER AND TITLE OF COURSE OR TEST | RATING | RETEST |
|---|---|---|---|---|
| NO ENTRY | | | | |

METHOD OF STUDY ☐ CORRESPONDENCE ☐ GROUP STUDY ☐ BY EXAMINATION

RATING CODES: D—With Distinction S—Satisfactory U—Unsatisfactory 01-99 Percentile rank RETEST: 1—1st RETEST 2—2nd RETEST, etc.

See reverse side for distribution of this report. Also, please review carefully the other information on the reverse side concerning USAFI tests.

COPIES INCLOSED:
(1) Examinee's
(2) Army—Personnel Records Section
Air Force—Consolidated Base Personnel Office (CBPO)
COPY FURNISHED (as appropriate):
Chief of Naval Personnel (Pers E)
Commandant of the Marine Corps
Commandant Coast Guard (PTP-1)

For Interpretation of test scores see BuPers Manual Article D2103

C. L. Munden
C. L. MUNDEN
DIRECTOR

USAFI Form 6A2.15 (7530-305-0141) Rev. 1/65

DISTRIBUTION

ARMY—Blue original and two copies to Army Education Center. Blue original for Army Education Center.

Black copy for Personnel Records Section.

Green copy for examinee.

NAVY—Blue original and green copy to the Commanding Officer.

Black copy for Chief of Naval Personnel (Pers E).

AIR FORCE—Blue original and two copies to Education Services Officer. Blue original for Education Services Officer's records.

Black copy for Consolidated Base Personnel Office (CBPO).

Green copy for examinee.

MARINE CORPS—Blue original and green copy forwarded to the Commanding Officer.

Black copy for Commandant of the Marine Corps.

COAST GUARD—Blue original and green copy to the Commanding Officer ATTN: Education Officer.

Black copy for Commandant Coast Guard (PTP-1).

# USAFI TEST INFORMATION

1. TYPES OF TESTS

a. Tests of General Educational Development (GED), High School Level: The high school battery consists of five standardized tests: (1) Correctness and Effectiveness of Expression, (2) Interpretation of Reading Materials in the Social Studies, (3) Interpretation of Reading Materials in the Natural Sciences, (4) Interpretation of Literary Materials, (5) General Mathematical Ability.

b. Comprehensive College Tests—General Examinations: This battery consists of five standardized tests: (1) English Composition, (2) Social Sciences—History, (3) Natural Sciences, (4) Humanities, (5) Mathematics.

c. End-of-Course (EOC) Tests: These tests are of the objective type and are based on the text used in the USAFI course.

d. USAFI Subject Standardized Tests (USST): These tests are designed to be general in their treatment of a subject matter, rather than being pertinent to a single text. However, they parallel the content covered within specific USAFI courses.

2. SCORES AND RATINGS

a. Standard Score: Standard score is a conversion of the raw score (the number of correct answers), which permits direct comparison between tests within a battery.

b. Percentile Score: Percentile score indicates the percentage of examinees in the standardization group who achieved a lower score.

c. High School Level GED Tests: One rating is assigned to the battery. A standard score of 35 or above on each test or an average standard score of 45 or above on all five tests is required for satisfactory completion of the tests for military purposes. However, many civilian accrediting agencies require higher scores.

d. Comprehensive College Tests—General Examinations: Each of the five tests is rated independently. A percentile rank of 25 or above is required for satisfactory completion of each of the tests for military purposes. However, many civilian accrediting agencies require higher scores.

e. End-of-Course (EOC) Tests: The rating for an end-of-course test is expressed as D—With Distinction, S—Satisfactory, U—Unsatisfactory.

f. USAFI Subject Standardized Tests (USST): The rating for a USAFI Subject Standardized Test is expressed as a percentile rank. A percentile rank of 20 or above is required for satisfactory completion of the tests for military purposes. However, many civilian accrediting agencies require higher scores.

3. RETESTING

a. Authority: Retesting may be authorized only by a USAFI upon receipt of DD Form 179, Application for USAFI Test, certified by a USAFI Test Control Officer.

b. Specific Policies: Retesting may be permitted according to the specific policies indicated in the current edition of the USAFI Catalog (Marine Corps personnel should refer to applicable Marine Corps directive) concerning each type of test: (1) When an unsatisfactory (U) rating has been attained on the GED, EOC, or Comprehensive College Tests—General Examinations, (2) When the examinee has failed to make a percentile of 20 on the USST's, or (3) When the examinee must meet a special military or civilian requirement. The USAFI Test Control Officer who certifies the retest application is responsible for the detailed information required and the accuracy and completeness of this information.

4. ACCREDITATION

a. Granting Credit: USAFI is not authorized to grant academic credit. Such credit can be obtained only from a civilian high school, state department of education, college, or university.

b. Reporting Service: USAFI is authorized to forward official reports of USAFI educational achievement to civilian schools at the request of the examinee, the civilian school or agency, or the military. Details on requesting such an official report and limitations on reporting will be found in the current edition of the USAFI Catalog.

CERTIFICATE OF CLEARANCE
OPNAV FORM 5521-429 (REV. 12-62)

NSGH/G12/cb

FROM (CO, officer-in-charge, etc.; name and address of activity)

Director, Naval Security Group
U. S. Naval Security Group Headquarters
3801 Nebraska Avenue, N. W.
Washington, D. C. 20390

SERIAL NO. 43567

13 September 1965
DATE

TO: XX CHIEF OF NAVAL PERSONNEL ☐ COMMANDANT OF THE MARINE CORPS (DG) ☐ ACTIVITY SECURITY FILE (Civilian Employees)

SUBJECT

| NAME (Last, first, middle) NOTE: If no middle name, indicate by inserting NMN | RANK, GRADE, RATE | FILE OR SERVICE NO. | DESIGNATOR/MOS. |
|---|---|---|---|
| SIX, Harold Eugene | CTSA | 777 58 53 | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| 27 April 1946 | Torrington, Wyoming |

REF: (a) Department of the Navy Security Manual for Classified Information. (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) Stamped End by ONI on Investigation Request (OPNAV FORM 5520-1)
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted [illegible] (FINAL)

NAVSECGRU TOP SECRET clearance based on a satisfactory
(Category)

Background Investigation completed 19 August 1965
(Background Investigation; NAC; NAC plus Written Inquiries) (Date)

by ONI results of which were reported by
(ONI, DIO, CSC, etc.)

reference (b) plus ______ years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

2. [illegible]

(SIGNATURE) J. E. BROWN
(NOTE.-Sign original and all copies and affix seal)
By direction

CC: Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601). MARINE CORPS.—Officer's Qualification Jacket or Service Record Book.

CO NAVCOMMSTA WASH
BUPERS (Pers-F31)

FINISHED WITH PERS-B2121

PERS-B2122