NATIONAL AGENCY CHECK REQUEST
OPNAV FORM 5510-397 (Rev. 7-...)

SEP 11 1964 **NAC** 18

DO NOT WRITE IN THIS SPACE

| NAME — LAST, FIRST, MIDDLE | RANK/RATE/GRADE |
|---|---|
| [illegible]IX, Harold Eugene | SA |

ALIAS, MAIDEN NAME, VARIATION OF SPELLING: None

PRESENT ADDRESS — NUMBER AND STREET, CITY, STATE: U.S. NAVCOMMTRACEN, Pensacola, Fla.

| BIRTH — DATE | PLACE |
|---|---|
| 27 Apr 46 | Torrington, Wyoming |

| SERVICE/FILE NO. | SOCIAL SECURITY NO. |
|---|---|
| 777 58 53 | 520 46 1648 |

✓ REPORT REQUESTED FROM

| | | | | | | |
|---|---|---|---|---|---|---|
| | FBI-S | | USCG | | ONI | CIA- |
| | FBI-C | | CRF-G2 | | USMC | INS |
| | CSC | | OSI | | BUPERS | STATE |
| | OTHER | | | | | |

ORIGINATOR OF REQUEST: DIR NSG G12 1ja CSA

DATE OF REQUEST: 28 Aug 64

19 Aug 65

From NAVINSUPPCEN
To: Chief of Naval Personnel (Pers F1)

Report of Background Investigation

AUG 19 1965

Background investigation completed
No indentifiable derogatory information developed.

J. A. Allender Jr

NSISG-BI

| MARRIED | SEX | RACE | DATE LAST SEPARATION FROM MIL. SERVICE | BRANCH | RESERVE STATUS |
|---|---|---|---|---|---|
| XXXXXXXX XX NO ☐ DIVORCED | X MALE ☐ FEMALE | CAU | | USN | |

| ALIEN REG. NO. | CITIZENSHIP CERTIFICATE NO. - DATED | NAME OF SPOUSE | BIRTH - DATE | PLACE |
|---|---|---|---|---|
| | | | | |

RESIDENCE (Last 10 years in inverse order excluding present address shown above) (Include military addresses)

| FROM | TO | NUMBER AND STREET | CITY AND STATE | FROM | TO | NUMBER AND STREET | CITY AND STATE |
|---|---|---|---|---|---|---|---|
| 9/64 | Pres | U.S. NAVCOMMTRACEN, | Pensacola, Fla. | | | | |
| 5/64 | 8/64 | RTC, USNTC, | SanDiego, Calif. | | | | |
| 4/63 | 5/64 | 440 Algrove St. Apt.16, | Covina, Calif. | | | | |
| 1/63 | 4/63 | 108 North Winton, | LaPuente, Calif. | | | | |
| XXXXXXXXXXX | | | | | | | |
| 9/62 | 1/63 | 2567 Kenmar Rd., | Fortuna, Calif. | | | | |
| 6/62 | 9/62 | 1585 Samal St., | Fortuna, XX Calif. | | | | |
| 5/62 | 6/62 | 2084 18th Ave., | Sacramento, Calif. | | | | |
| 11/61 | 5/62 | Stewart Trailer Court, | Torrington, Wyoming | | | | |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

RESIDENCE CON'T

| FROM | TO | NUMBER AND STREET | CITY AND STATE |
|---|---|---|---|
| 9/55 | 11/61 | 2434 East B. St., | Torrington, Wyoming |
| 4/46 | 9/55 | 1434½ East C. St., | Torrington, Wyoming |

EMPLOYMENT

| FROM | TO | | |
|---|---|---|---|
| 5/64 | Pres | USN | |
| 1/64 | 3/64 | Gorvy Ave. Skating Rink, | West Covina, Calif. |

Based upon data submitted, no identifiable information pertinent to your inquiry located FBI files. This is the result of a request for an FBI file check only and is not to be considered as a clearance.

RECORDED ON TAPE
25 AUG 1965
Finish File Pers F1

EDUCATION (All after high school — if none then high school — OMIT SERVICE SCHOOLS)

| FROM | TO | NAME OF SCHOOL | ADDRESS | CITY AND STATE |
|---|---|---|---|---|
| /63 | 3/63 | Nogales H.S., XXX LaPuente, Calif. | | |
| /62 | 1/63 | Union H.S., Fortuna, Calif. | | |

THIS IS A REQUEST FOR A NAME CHECK ONLY — NOT A REQUEST FOR INVESTIGATION OR CLEARANCE

RETURN TO: Navy Department, Office of the Chief of Naval Operations (OP-921D)

**NISG-BI** 30



5

CERTIFICATE OF CLEARANCE
OPNAV FORM 5521-429 (REV. 12-62)

FROM (CO, officer-in-charge, etc., name and address of activity)

Director, Naval Security Group
U. S. Naval Security Group Headquarters
3801 Nebraska Avenue, N. W.
Washington, D. C. 20390

NSGH/G12/mmp
SERIAL NO.
25223

6 October 1964
DATE

TO

XX CHIEF OF NAVAL PERSONNEL ☐ COMMANDANT OF THE MARINE CORPS (DQ) ☐ ACTIVITY SECURITY FILE (Civilian Employees)

SUBJECT

| NAME (Last, first, middle) | RANK, GRADE, RATE | FILE OR SERVICE NO. | DESIGNATOR/MOS |
|---|---|---|---|
| SIX, Harold Eugene | SA | 777 58 53 | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| 27 April 1946 | Torrington, Wyoming |

REF: (a) Department of the Navy Security Manual for Classified Information (OPNAV INSTRUCTION 5510.1 (EFFECTIVE EDITION))

(b) Stamped End by HQ NCISC on Investigation Request (OPNAV FORM 5510-397)
(Make reference to correspondence reporting results of Background Investigation, National Agency Check, etc.)

1. In accordance with reference (a), I certify that the subject-named person was granted (INTERIM) XXXXX

NAVSECGRU TOP SECRET clearance based on a satisfactory
(Category)

National Agency Check completed 21September 1964
(Background Investigation; NAC; NAC-plus Written Inquiries) (Date)

by HQ NCISC results of which were reported by
(ONI, DIO—; CSC, etc.)

reference (b) plus ______ years continuous honorable active service.
(Final TOP SECRET based on NAC plus 15 yrs; INTERIM SECRET based on ONI-BuPers/USMC checks plus 2 yrs.)

(SIGNATURE) J. E. BROWN
(NOTE.—Sign original and all copies and affix seal)
By direction

Local military personnel record { NAVY.—Officer's Service Record (Navpers 3021) or Enlisted Service Record (NavPers 601). MARINE CORPS.—Officer's Qualification Jacket or Service Record Book.

CO NAVCOMMTRACEN PENSACOLA FLA

FINISHED FILE PERS-B2123

NATIONAL AGENCY CHECK REQUEST
OPNAV FORM 5510-3/ (REV. 7-58)

# NAC

DO NOT WRITE IN THIS SPACE

[illegible], Harold Eugene — SA

None

U.S. NAVCOMMTRACEN, Pensacola, Fla.

27 Apr 46 Torrington, Wyoming

777 56 53 — 570 46 1848

REPORT REQUESTED FROM: FBI, HUAC, ONI, CIA, USMC, INS, STATE, OTHER

DIR NSG 012 1jr CSA
28 Aug 64

NAVCOMMSUPPCOM
To: ORIGINATOR
SEP 21 1964
National Agency Check Completed.
No identifiable derogatory information developed.
NCISC NAC

Sex: X Male — Race: CAU — Branch: USN

RESIDENCE (Last 10 years in inverse order excluding present address shown above) (Include military addresses)

| From | To | Number and Street, City and State |
| --- | --- | --- |
| 64 | Pres | U.S. NAVCOMMTRACEN, Pensacola, Fla. |
| 64 | 8/64 | RTC, USNTC, San Diego, Calif. |
| 63 | 3/64 | 640 Algrove St. Apt.16, Covina, Calif. |
| 63 | 4/63 | 108 North Winton, LaPuente, Calif. |
| 62 | 1/63 | 2387 Kenmar Rd., Fortuna, Calif. |
| 62 | 9/62 | 1385 Smail St., Fortuna, Calif. |
| 62 | 6/62 | 2084 18th Ave., Sacramento, Calif. |
| 61 | 3/62 | Stewart Trailer Court, Torrington, Wyoming |
| 61 | 11/61 | 2434 East B. St., Torrington, Wyoming |
| | 9/53 | 1434½ East C. St., Torrington, Wyoming |

EMPLOYMENT

| From | To | |
| --- | --- | --- |
| | Pres | USN |
| | 3/64 | Garvy Ave. Skating Rink, West Covina, Calif. |

EDUCATION (All after high school — if none, then high school — OMIT SERVICE SCHOOLS)

| | | Name of School |
| --- | --- | --- |
| | 3/63 | Nogales H.S., [illegible] LaPuente, Calif. |
| | 1/63 | Union H.S., Fortuna, Calif. |

RECORDED ON TAPE
12 OCT 1964
Finish File [illegible]

THIS IS A REQUEST FOR A NAME CHECK ONLY — NOT A REQUEST FOR INVESTIGATION OR CLEARANCE

TO: Navy Department, Office of the Chief of Naval Operations (OP-921D)

NISG-BI

FRAUDULENT ENLISTMENT WARNING
NAVPERS-704 (New 2-54)

I have been informed that regardless of the triviality of the offense or of the disposition made of the case, I must state on my application for enlistment each and every time I have been:

a. Arrested or taken into the custody of the police or juvenile authorities, and the nature of the offense involved.

b. Convicted of any crime or juvenile offense or offenses, or determined by a court to be a juvenile deliquent, and the nature of the offense or offenses involved.

c. Confined or placed in a reform school, jail, penitentiary or other correctional institution, or mental institution.

I have been informed that I must state on my application for enlistment any and all previous military service; and enter my true marital and/or dependency status.

I understand that I must furnish all of the above information notwithstanding any advice I have had to the contrary, whether from a civil official or authority, or any other person.

I have been informed that if I enlist my fingerprints will be compared with those on file with the Federal Bureau of Investigation and a complete report will be obtained by the Navy listing all arrests, including dates and places, and record of prior military service, if any,

I realize that if I am enlisted after concealing or misrepresenting any of the above information on my application for enlistment, I will have enlisted fraudulently, and that:

a. My pay and allowances will be stopped when it is determined that my enlistment was fraudulent;

b. I may be discharged, without trial, under other than honorable conditions; or

c. I may be tried by general court martial on the charge of fraudulent enlistment - for which the maximum punishment of dishonorable discharge and confinement at hard labor for one year could be adjudged.

I also understand that if I enlist fraudulently and I am later discharged because of that fraud, I may be deprived of virtually all rights as a veteran under both federal and state legislation, and may expect to encounter substantial prejudice in civilian life because of such discharge.

The nature and consequences of a fraudulent enlistment have been explained to me.

I have read and understand the above.

Harold Eugene Six
HAROLD EUGENE SIX
*(Signature of Applicant)*

4/25/63
*(Date)*

I have reread and understand the above.

Harold Eugene Six
*(Signature of Applicant)*

MAY 6 1964
*(Date of enlistment)*

I have fully explained all of the above to the applicant, and the applicant is cognizant that juvenile offenses or civil arrests are not necessarily a bar to enlistment but must be admitted in order to determine eligibility for enlistment. The applicant is fully aware that any denial of, or untrue information concerning, a juvenile or police record, previous military service, or true marital status or dependency constitutes a fraudulent enlistment.

4/25/63
*(Date)*

Luther W. Moorehead
LUTHER W. MOOREHEAD, CSC, USN
*(Signature of Recruiter)*

GPO 861...

STATEMENT OF UNDERSTANDING
NAVPERS 222 (Rev. 2-63) 0105-400-1001

Prior to enlisting in the Navy or Naval Reserve, I, HAROLD EUGENE SIX
(First, Middle and Last Name)
understand that:

1. I have obligated myself to serve a total period of six years in the Naval Service of the United States and that upon completion of this obligation I will be eligible for discharge;

2. Upon completion of active duty in the Navy or Naval Reserve I will be placed in or remain in the Ready Reserve if eligible therefor;

3. Service in the Ready Reserve will be for a period which when added to my active duty will total five years; upon completion of this five years satisfactory service on active duty and in the Ready Reserve I will be eligible for transfer to the Standby Reserve, and if I apply I will be transferred to the Standby Reserve for any remaining portion of my service obligation;

4. I understand that the provisions of law require satisfactory participation in the Ready Reserve unless relieved of such participation by competent authority; such participation may be satisfied annually by not less than 48 drills and not more than 17 days active duty for training or an alternative of 30 days active duty for training or other appropriate Reserve training as may be authorized; failure to carry out prescribed training may subject me to involuntary call to active duty for not more than 45 days;

5. The following methods are available in the Navy for completing my military obligations:

   a. By enlistment in the Regular Navy for six years;

   b. By enlistment for minority, three or four years in the Regular Navy, which method requires a total of five years on combined active duty and satisfactory service in the Ready Reserve with remainder of obligation in the Standby Reserve;

   c. By enlistment for six years in the Naval Reserve which method requires a period of twenty-four (24) consecutive months on active duty plus a total of four years on inactive duty in the Naval Reserve, three of which must be in the Ready Reserve. The following types of duty will not be credited toward fulfillment of the twenty-four months active duty period: Temporary Active Duty, Active Duty for Training, Special Active Duty for Training.

Harold Eugene Six
Signature of Enlistee-First, Middle and Last Name

NA
(Date)

NA
Signature of legal guardian (applicable only to applicants for enlistment in Naval Reserve who acquire 2 year continuous active duty obligation and who are under age of 18 at time of enlistment.)

MAY 6 1964
(Date)

Ronald E Korman
Signature of Enlisting Officer-Name, Rank and Branch of Service
RONALD E. KORMAN, LT. , USNR
HEAD, RECRUITING DEPARTMENT

[redacted]LICATION FOR ENLISTMENT
[redacted]PERS 708 (Rev. 6-58)

Form Approved
Budget Bureau No. 45-R221.3

INSTRUCTIONS

1. With the assistance of the recruiter, complete ALL items. You will be responsible for information in items 1-52 shown in bolder print and all items following item 52. The recruiter will complete the remainder. If any item is not applicable, insert "NA".

2. Answers to questions concerning draft status, military service, juvenile and civil record and fingerprints will be investigated.

3. A "Yes" answer to questions marked with an asterisk requires an explanation in the "Remarks" space. The explanation will be identified by item number.

| | | | | |
|---|---|---|---|---|
| 1. SERVICE NUMBER (Add suffix "W" if female) 777 58 53 | 2. HIGHEST GRADE COMPLETED 9 | 3. RATE ABBREV. SR | 4. BRANCH AND CLASS OF SERVICE USN | 5. NAME (Last, First, Middle) SIX, HAROLD EUGENE |
| 6. DATE OF ENLISTMENT 05 06 64 | 7. TERM OF ENLISTMENT 4 YEARS / MINORITY | | 8. DEPENDENCY ABBREV. NONE NONE | 9. NAME OF ACTIVITY EFFECTING ENLISTMENT NAVCRUITSTA, Los Angeles, Calif. |
| 10. AFQT SCORE 074 | 11. | 12. ENLISTED/REENLISTED IN U. S. NAVY [X] FIRST ENLISTMENT [ ] REENLISTMENT | [ ] INDUCTION | 13. ENLISTED AT (City and State or country) Los Angeles, California |
| 14. TERM OF ACDU (USNR only) 00 MONTHS | 15. ACTIVE/INACTIVE STATUS (USNR only) [ ] RETAINED ON ACDU | [ ] IMMEDIATE ACDU (Within 24 hr.) | [ ] INACTIVE DUTY | 16. ACCEPTED AT (City and State or country) NRBS, AZUSA, CALIF. — 17. NO. OF ENL 1 |
| 18. DATE MIL. OBL. INCURRED MO 05 DAY 06 YR 64 | 19. M. O. D. A | 20. GCT (Reen. only) NA | 21. RELIGION PRESBY | 22. PLACE OF BIRTH (City) TORRINGTON, — State or Country WYOMING |
| 23. DATE OF BIRTH MO 04 DAY 27 YR 46 | 24. PHYSICAL PROFILE A | 25. AREA/STATION/SUBSTA CODE 863636A B | 26. SOCIAL SECURITY NO. 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 | 27. TRANSFERRED TO (Activity and location) USNTC, SAN DIEGO, CALIF. — 28. ACTIVITY CODE 82 |
| 29. DATE OF TRANSFER MO 05 DAY 06 YR 64 | 30. CITIZENSHIP [X] U. S. | [ ] NATURALIZED U. S. | [ ] OTHER (Specify) | 31. BRANCH OF SERVICE FROM WHICH LAST DISCHARGED NA — 32. 99 |
| 33. DATE LAST DISCHARGED MO 00 DAY 00 YR 00 | 34. PRIOR NET SERVICE FOR PAY PURPOSES 00 YEARS | 00 MONTHS | 00 DAYS | 35. TYPE OF LAST DISCHARGE NA — 36. 0 |
| 37. DATE OF LAST ENTRY MO 00 DAY 00 YR 00 | 38. ENTITLED TO REENLISTMENT BONUS [ ] YES | [X] NO | 39. SELECTIVE SERVICE NUMBER NA | 40. SELECTIVE SERVICE LOCAL BOARD (Board number, city and State) NA |
| 41. ACTIVE DUTY BASE DATE MO 05 DAY 06 YR 64 | 42. COMPLEXION FAIR | 43. COLOR OF HAIR BROWN | 44. COLOR OF EYES BROWN | 45. HOME ADDRESS AT TIME OF ENLISTMENT (City and county) COVINA, LOS ANGELES — State or Country CALIF. |
| 46. PAY GRADE BASE DATE MO NA DAY YR | 47. HEIGHT 71 | 48. WEIGHT 135 | 49. RACE CAUCASION | 50. QUOTA CONTROL CODE 11 11 0 00 7 0 548 04 — 51. 01 0 1-2 |

52. MARKS AND SCARS

53. MARITAL STATUS AND DEPENDENCY

| a. Are you married? | b. Are you living with your spouse? | c. Are you a widow/widower? | d. Are you divorced? | e. Are you legally separated? | f. No. of children |
|---|---|---|---|---|---|
| [ ] YES [X] NO | [ ] YES [ ] NO [X] "NA" | [ ] YES [X] NO [ ] "NA" | [ ] YES [X] NO [ ] "NA" | [ ] YES [X] NO [ ] "NA" | NONE |

| | YES | NO |
|---|---|---|
| *54. Is any court order or judgment directing support for children or alimony in effect against you? | | X |
| *55. Have you anyone solely or partially dependent upon you? | | X |

56. CITIZENSHIP: If U. S. citizenship was acquired through naturalization process, complete the following:

| a. CERTIFICATE NO. | b. PERSON TO WHOM ISSUED | c. DATE ISSUED | d. PLACE AND COURT ISSUED |
|---|---|---|---|
| NA | | | |

57. FAMILY (If deceased, so state)

| NAME (And maiden name, if applic) | PLACE OF BIRTH (If in U.S. indicate "USA"; otherwise show city and country) | PRESENT ADDRESS (If living) | U.S. CITIZEN YES | BY NAT'L |
|---|---|---|---|---|
| a. FATHER HAROLD OTIS SIX | USA | DECEASED | X | |
| b. MOTHER CRYSTAL MA[illegible] (FOSTER) SIX | USA | 440 ALGROVE STREET COVINA, CALIF. | X | |
| c. STEPFATHER NONE | | | | |
| d. STEPMOTHER NONE | | | | |
| e. SPOUSE NONE | | | | |

*If any of the above members of your family obtained citizenship through naturalization, give date and place in item 72.*

58. Indicate below any brothers, sisters or offspring living in a foreign country.

| a. NAME | b. RELATIONSHIP | c. COUNTRY | d. REASON FOR RESIDENCY | e. U. S. CITIZEN YES | NO |
|---|---|---|---|---|---|
| NONE | | | | | |

AR 669

**APPLICATION FOR ENLISTMENT**
NAVPERS 708 (Rev. 6-58)

| | YES | NO |
|---|---|---|
| *59. Have you ever been employed by a foreign government? | | X |
| *60. Have you ever been refused a bond? | | X |

61. FOREIGN RESIDENCE OR TRAVEL (Other than as a direct result of United States Military duties)

| a. DATES FROM | TO | b. COUNTRY VISITED OR RESIDED IN | c. PURPOSE OF TRAVEL OR RESIDENCY |
|---|---|---|---|
| 7/7/58 | 7/14/58 | CANADA | BOY SCOUT OUTING |
| | | | |

DRAFT STATUS AND MILITARY SERVICE — 62. SELECTIVE SERVICE CLASSIFICATION: NOT CLASS

| | YES | NO |
|---|---|---|
| 63. Have you received orders to report for induction? | | X |
| *64. Were you ever rejected as an applicant for enlistment or induction into the Armed Forces? | | X |
| *65. Are you a conscientious objector or non-combatant? | | X |
| *66. Are you now receiving a veteran disability compensation or allowance, pension, retired pay, or any other allowance or compensation from the Federal Government? | | X |
| *67. Have you ever submitted a claim for veteran disability compensation or allowance? | | X |

68. If you have ever been or are now commissioned, enlisted, or inducted in any of the Armed Forces (or Reserve Components, including National Guard or Air National Guard) of the United States or any other country, specify below:

| a. BRANCH OF SERVICE | b. SERVICE NO. | c. INCLUSIVE DATES OF SERVICE | d. TYPE, REASON AND AUTHORITY FOR DISCHARGE | e. RATE OR RANK AT DISCHARGE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

JUVENILE AND CIVIL RECORD

69. Have you ever been in the custody of juvenile authorities or of any civil law enforcement agency? NO If "Yes," list each and every instance below including minor traffic violations, charges of drunkenness, vagrancy, peace disturbance for which you were taken into custody.

| a. DATE | b. PLACE | c. CHARGE | d. DISPOSITION | e. FINGERPRINTED YES | NO |
|---|---|---|---|---|---|
| | NA | | | | |
| | | | | | |

| | YES | NO |
|---|---|---|
| 70. Are you now serving in probationary or parole status imposed by civil authorities? | | X |
| 71. Other than above, have you ever been otherwise fingerprinted? (List each instance below) | X | |

| a. DATE | b. PLACE | c. REASON |
|---|---|---|
| 0/15/62 | FORTUNA, CALIF. | DRIVERS LICENSE |

72. REMARKS: (If additional space is needed, use separate sheet)
LA PUENTE COVERED BY LOS ANGELES COUNTY SHERRIFS DEPARTMENT.

I CERTIFY That, to the best of my knowledge and belief, the above information is correct. I hereby apply for enlistment in the naval service in the branch d rate, and for the period indicated above.

| NAME OF RECRUITER ASSISTING IN COMPLETING APPLICATION | DATE OF APPLICATION | SIGNATURE OF APPLICANT |
|---|---|---|
| [signature] THER W. MOOREHEAD, CSC, USN | 1/24/63 | Harold Eugene Six — HAROLD EUGENE SIX |

On the date of my enlistment, I have reviewed all information given above and certify that there have been no changes except as follows:

None

SIGNATURE OF APPLICANT: Harold Eugene Six

VENILE AND/OR POLICE RECORD WERE ☐ WAIVED BY RECRUITING OFFICER ☐ REFERRED TO HIGHER AUTHORITY FOR CONSIDERATION OF WAIVER

| PLICANT ATTAINED NAVY STANDARD SCORE OF | TYPE OF TEST AND TEST NO. | SIGNATURE OF RECRUITING OFFICER |
|---|---|---|
| 52 | AQT8 | [signature] |

AR 670

U. S. NAVY RECRUITING BRANCH STATION
630 NORTH SAN GABRIEL AVENUE
AZUSA, CALIFORNIA

**BACKGROUND INFORMATION SHEET**
**NAVPERS-2582 (NEW 6-58)**

Form Approved
Budget Bureau No. 45-R283

The information indicated on this form will enable the Recruiting Officer to obtain the necessary data concerning your character and background to determine your eligibility for enlistment. Please complete all items.

*HOME ADDRESSES SINCE 14TH BIRTHDAY. Indicate present address first. (Do not include military duty stations)*

| MONTH AND YEAR | | STREET AND NUMBER | CITY | STATE OR COUNTRY |
|---|---|---|---|---|
| FROM | TO | | | |
| APR 63 | PRESENT | 440 ALGROVE STREET | COVINA | CALIF. |
| JAN 63 | APR 63 | 108 NORTH WINTON AVE. | LA PUENTE | CALIF. |
| JUN 62 | JAN 63 | 2567 KENMAR RD. | FORTUNA | CALIF. |
| APR 60 | JUN 62 | 2434 EAST B STREET | TORRINGTON | WYO. |
| | | | | |
| | | | | |
| | | | | |

*EDUCATION. Indicate all civilian schools and military academies attended since 12th birthday. (Do not include service school.)*

| YEARS | | NAME AND LOCATION OF SCHOOL | GRADUATED | |
|---|---|---|---|---|
| FROM | TO | | YES | NO |
| 1963 | 1963 | NOGALES HIGH SCHOOL, LA PUENTE, CALIF. | | X |
| 1962 | 1963 | FORTUNA UNION HIGH SCHOOL, FORTUNA, CALIF. | | X |
| 1959 | 1962 | TORRINGTON JUNIOR HIGH SCHOOL, TORRINGTON, WYOMING | X | |
| 1957 | 1959 | TORRINGTON GRADE SCHOOL, TORRINGTON, WYOMING | X | |
| | | | | |

*EMPLOYMENT. Indicate all periods of employment, showing latest or present employment first.*

| MONTH AND YEAR | | NAME AND ADDRESS OF EMPLOYER | REASON FOR LEAVING |
|---|---|---|---|
| FROM | TO | | |
| JUN 57 | JUL 59 | HERNIE LISLE, TORRINGTON, WYOMING | WENT OUT OF BUSINESS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*PERSONAL CHARACTER REFERENCES. Indicate persons other than family.*

| NAME OF REFERENCE | ADDRESS (Street, City, State) |
|---|---|
| MR. CARL INMAN | 331 GARLAND AVE., FORTUNA, CALIF. |
| MR. JAMES BIFFER | 2517 EAST C ST., TORRINGTON, WYO. |
| MR. RICHARD A. BROWN | P.O. BOX 857, TORRINGTON, WYO. |

NEXT OF KIN

| NAME AND ADDRESS OF NEXT OF KIN | RELATIONSHIP |
|---|---|
| CRYSTAL MAE SIX<br>440 ALGROVE ST., COVINA, CALIF. | MOTHER |

Harold Eugene Six
HAROLD EUGENE SIX
*(Signature of Applicant)* *(Date)*

# ARMED FORCES SECURITY QUESTIONNAIRE

## I - EXPLANATION

1. The interest of National Security require that all persons being considered for membership or retention in the Armed Forces be reliable, trustworthy, of good character, and of complete and unswerving loyalty to the United States. Accordingly, it is necessary for you to furnish information concerning your security qualifications. The answers which you give will be used in determining whether you are eligible for membership in the Armed Forces, in selection of your duty assignment, and for such other action as may be appropriate.

2. You are advised that in accordance with the Fifth Amendment of the Constitution of the United States you cannot be compelled to furnish any statements which you may reasonably believe may lead to your prosecution for a crime. This is the only reason for which you may avail yourself of the privilege afforded by the Fifth Amendment in refusing to answer questions under Part IV below. Claiming the Fifth Amendment will not by itself constitute sufficient grounds to exempt you from military service for reasons of security. You are not required to answer any questions in this questionnaire, the answer to which might be incriminating. If you do claim the privilege granted by the Fifth Amendment in refusing to answer any question, you should make a statement to that effect after the question involved.

## II - ORGANIZATIONS OF SECURITY SIGNIFICANCE

1. There is set forth below a list of names of organizations, groups, and movements, reported by the Attorney General of the United States as having significance in connection with the national security. Please examine the list carefully, and note those organizations, and organizations of similar names, with which you are familiar. Then answer the questions set forth in Part IV below.

2. Your statement concerning membership or other associations, with one or more of the organizations named may not, of itself, cause you to be ineligible for acceptance or retention in the Armed Forces. Your age at the time of such association, circumstances prompting it, and the extent and frequency of involvement, are all highly pertinent, and will be fully weighed. Set forth all such factors under "Remarks" below, and continue on separate attached sheets of paper if necessary.

3. If there is any doubt in your mind as to whether your name has been linked with one of the organizations named, or as to whether a particular association is "worth mentioning", make a full explanation under "Remarks".

Organizations designated by the Attorney General, pursuant to Executive Order 10450, are listed below:

Communist Party, U. S. A., its subdivisions, subsidiaries and affiliates.
Communist Political Association, its subdivisions, subsidiaries and affiliates, including—
- Alabama People's Educational Association
- Florida Press and Educational League.
- Oklahoma League for Political Education.
- People's Educational and Press Association of Texas.
- Virginia League for People's Education.

Young Communist League.
Abraham Lincoln Brigade.
Abraham Lincoln School, Chicago, Illinois.
Action Committee to Free Spain Now.
American Association for Reconstruction in Yugoslavia, Inc.
American Branch of the Federation of Greek Maritime Unions.
American Christian Nationalist Party.
American Committee for European Workers' Relief.
American Committee for Protection of Foreign Born.
American Committee for the Settlement of Jews in Birobidjan, Inc.
American Committee for Spanish Freedom.
American Committee for Yugoslav Relief, Inc.
American Committee to Survey Labor Conditions in Europe.
American Council for a Democratic Greece, formerly known as the Greek American Council; Greek American Committee for National Unity.
American Council on Soviet Relations.
American Croatian Congress.
American Jewish Labor Council.
American League Against War and Fascism.
American League for Peace and Democracy.
American National Labor Party.
American National Socialist League.
American National Socialist Party.
American Nationalist Party.
American Patriots, Inc.
American Peace Crusade.
American Peace Mobilization.
American Poles for Peace.
American Polish Labor Council.
American Polish League.
American Rescue Ship Mission *(a project of the United American Spanish Aid Committee)*.
American-Russian Fraternal Society.
American-Russian Institute, New York *(also known as the American Russian Institute for Cultural Relations with the Soviet Union)*.
American Russian Institute, Philadelphia.
American Russian Institute of San Francisco.
American Russian Institute of Southern California, Los Angeles.
American Slav Congress.
American Women for Peace.
American Youth Congress.
American Youth for Democracy.
Armenian Progressive League of America.
Associated Klans of America.
Association of Georgia Klans.
Association of German Nationals *(Reichsdeutsche Vereinigung)*.
Ausland-Organization der NSDAP, Overseas Branch of Nazi Party.
Baltimore Forum.
Benjamin Davis Freedom Committee.
Black Dragon Society.
Boston School for Marxist Studies, Boston, Massachusetts.
Bridges-Roberton-Schmidt Defense Committee.
Bulgarian American People's League of the United States of America.
California Emergency Defense Committee.
California Labor School, Inc., 321 Divisadero Street, San Francisco, California.
Carpatho-Russian People's Society.
Central Council of American Women of Croatian Descent *(also known as Central Council of American Croatian Women, National Council of Croatian Women)*.
Central Japanese Association *(Beikoku Chuo Nipponjin Kai)*.
Central Japanese Association of Southern California.
Central Organization of the German-American National Alliance *(Deutsche-Amerikanische Einheitsfront)*.
Cervantes Fraternal Society.
China Welfare Appeal, Inc.
Chopin Cultural Center.
Citizens Committee to Free Earl Browder.
Citizens Committee for Harry Bridges.
Citizens Committee of the Upper West Side *(New York City)*.
Citizens Emergency Defense Conference.
Citizens Protective League.
Civil Liberties Sponsoring Committee of Pittsburgh.
Civil Rights Congress and its affiliated organizations, including:
- Civil Rights Congress for Texas.
- Veterans Against Discrimination of Civil Rights Congress of New York.

Columbians.
Comite Coordinador Pro Republica Espanola.
Comite Pro Derechos Civiles.
Committee to Abolish Discrimination in Maryland.
Committee to Aid the Fighting South.
Committee to Defend the Rights and Freedom of Pittsburgh's Political Prisoners.
Committee for a Democractic Far Eastern Policy.
Committee for Constitutional and Political Freedom.
Committee for the Defense of the Pittsburgh Six.
Committee for Nationalist Action.
Committee for the Negro in the Arts.
Committee for Peace and Brotherhood Festival in Philadelphia.
Committee for the Protection of the Bill of Rights.
Committee for World Youth Friendship and Cultural Exchange.
Committee to Defend Marie Richardson.
Committee to Uphold the Bill of Rights.
Commonwealth College, Mena, Arkansas.
Congress Against Discrimination.
Congress of the Unemployed.
Connecticut Committee to Aid Victims of the Smith Act.
Connecticut State Youth Conference.
Congress of American Revolutionary Writers.
Congress of American Women.
Council on African Affairs.
Council of Greek Americans.
Council for Jobs, Relief, and Housing.
Council for Pan-American Democracy.
Croatian Benevolent Fraternity.
Dai Nippon Butoku Kai *(Military Virtue Society of Japan or Military Art Society of Japan)*.
Daily Worker Press Club.
Daniels Defense Committee.
Dante Alighieri Society *(Between 1935 and 1940)*.
Dennis Defense Committee.
Detroit Youth Assembly.
East Bay Peace Committee.
Elsinore Progressive League.
Emergency Conference to Save Spanish Refugees *(founding body of the North American Spanish Aid Committee)*.
Everybody's Committee to Outlaw War.
Families of the Baltimore Smith Act Victims.
Families of the Smith Act Victims.

Federation of Italian War Veterans in the U.S.A., Inc. *(Associazione Nazionale Combattenti Italiani, Federazione degli Stati Uniti d' America)*.
Finish-American Mutual Aid Society.
Florida Press and Educational League.
Frederick Douglass Educational Center.
Freedom Stage, Inc.
Friends of the New Germany *(Freunde des Neuen Deutschlands)*.
Friends of the Soviet Union.
Garibaldi American Fraternal Society.
George Washington Carver School, New York City.
German-American Bund *(Amerika-deutscher Volksbund)*.
German-American Republican League.
German-American Vocational League *(Deutsche-Amerikanische Berufsge-meinschaft)*.
Guardian Club.
Harlem Trade Union Council.
Hawaii Civil Liberties Committee.
Heimuska Kai, also known as Nokubei Heieki Gimusha Kai, Zaibei Nihonjin, Heijaku Gimusha Kai and Zaibei Heimusha Kai *(Japanese Residing in American Military Conscripts Association)*.
Hellenic-American Brotherhood.
Hinode Kai *(Imperial Japanese Reservists)*.
Hinomaru Kai *(Rising Sun Flag Society - a group of Japanese War Veterans)*.
Hokubei Zaigo Shoke Dan *(North American Reserve Officers Association)*.
Hollywood Writers Mobilization for Defense.
Hungarian-American Council for Democracy.
Hungarian Brotherhood.
Idaho Pension Union.
Independent Party *(Seattle, Washington)*.
Independent People's Party.
Industrial Workers of the World.
International Labor Defense.
International Workers Order, its subdivisions, subsidiaries and affiliates.
Japanese Association of America.
Japanese Overseas Central Society *(Kaigai Dobo Chuo Kai)*.
Japanese Overseas Convention, Tokyo, Japan, 1940.
Japanese Protective Association *(Recruiting Organization)*.
Jefferson School of Social Science, New York City.
Jewish Culture Society.
Jewish People's Committee.
Jewish People's Fraternal Order.
Jikyoku Lin Kai *(The Committee for the Crisis)*.
Johnson-Forest Group.
Johnsonites.
Joint Anti-Fascist Refugee Committee.
Joint Council of Progressive Italian-American, Inc.
Joseph Weydemeyer School of Social Science, St. Louis, Missouri.
Kibei Seinen Kai *(Association of U.S. citizens of Japanese ancestry who have returned to America after studying in Japan)*.
Knights of the White Camelia.
Ku Klux Klan.
Kyffhaeuser, also known as Kyffhaeuser League *(Kyffhaeuser Bund)* Kyffhaeuser Fellowship *(Kyffhaeuser Kameradschaft)*.
Kyffhaeuser War Relief *(Kyffhaeuser Kriegshilfswork)*
Labor Council for Negro Rights.
Labor Research Association, Inc.
Labor Youth League.
League for Common Sense.
League of American Writers.
Lictor Society *(Italian Black Shirts)*.
Macedonian-American People's League.
Mario Morgantini Circle.
Maritime Labor Committee to Defend Al Lannon.
Maryland Congress Against Discrimination.
Massachusetts Committee for the Bill of Rights.
Massachusetts Minute Women for Peace *(not connected with the Minute Women of the U.S.A., Inc.)*.
Maurice Braverman Defense Committee.
Michigan Civil Rights Federation.
Michigan Council for Peace.
Michigan School of Social Science.
Nanka Teikoku Gunyudan *(Imperial Military Friends Group or Southern California War Veterans)*.
National Association of Mexican Americans *(also known as Asociacion Nacional Mexico Americana)*.
National Blue Star Mothers of America *(not to be confused with the Blue Star Mothers of America organized in February 1942)*.
National Committee for the Defense of Political Prisoners.
National Committee for Freedom of the Press.
National Committee to Win Amnesty for Smith Act Victims.
National Committee to Win the Peace.
National Conference on American Policy in China and the Far East *(a Conference called by the Committee for a Democratic Far Eastern Policy)*.
National Council of Americans of Croatian Descent.
National Council of American-Soviet Friendship.
National Federation for Constitutional Liberties.
National Labor Conference for Peace.
National Negro Congress.
National Negro Labor Council.
Nationalist Action League.
Nationalist Party of Puerto Rico.
Nature Friends of America *(Since 1935)*.
Negro Labor Victory Committee.
New Committee for Publications.
Nichibei Kogyo Kaisha *(The Great Fujii Theatre)*.
North American Committee to Aid Spanish Democracy.
North American Spanish Aid Committee.
North Philadelphia Forum.
Northwest Japanese Association.
Ohio School of Social Sciences.
Oklahoma Committee to Defend Political Prisoners.
Oklahoma League for Political Education.
Original Southern Klans, Incorporated.
Pacific Northwest Labor School, Seattle, Washington.
Palo Alto Peace Club.
Partido del Pueblo of Panama *(operating in the Canal Zone)*.
Peace Information Center.
Peace Movement of Ethiopia.
People's Drama, Inc.
People's Educational and Press Association of Texas.
People's Educational Association *(Incorporated under name Los Angeles Educational Association, Inc.)* also known as People's Educational Center, People's University, People's School.
People's Institute of Applied Religion.
People's Programs *(Seattle, Washington)*.
People's Radio Foundation, Inc.
People's Rights Party.
Philadelphia Labor Committee for Negro Rights.
Philadelphia School of Social Science and Art.
Photo League *(New York City)*
Pittsburgh Arts Club.
Political Prisoners' Welfare Committee.
Polonia Society of the IWO.
Progressive German-Americans, also known as Progressive German-Americans of Chicago.
Proletarian Party of America.
Protestant War Veterans of the United States, Inc.
Provisional Committee of Citizens for Peace, Southwest Area.
Provisional Committee on Latin American Affairs.
Provisional Committee to Abolish Discrimination in the State of Maryland.
Puerto Rican Comite Pro Libertades Civiles *(CLC)*
Puertorriquenos Unidos *(Puerto Ricans United)*
Quad City Committee for Peace.
Queensbridge Tenants League.
Revolutionary Workers League.
Romanian American Fraternal Society.
Russian American Society, Inc.
Sakura Kai *(Patriotic Society or Cherry Association composed of veterans of Russo-Japanese War)*.
Samuel Adams School, Boston, Mass.
Santa Barbara Peace Forum.
Schappes Defense Committee.
Schneiderman-Darcy Defense Committee.
School of Jewish Studies, New York City.
Seattle Labor School, Seattle, Washington.
Serbian-American Fraternal Society.
Serbian Vidovdan Council.
Shinto Temples *(Limited to State Shinto abolished in 1945)*.
Silver Shirt Legion of America.
Slavic Council of Southern California.
Slovak Workers Society.
Slovenian-American National Council.
Socialist Workers Party, including American Committee for European Workers' Relief.
Sokoku Kai *(Fatherland Society)*
Southern Negro Youth Congress.
Suiko Sha *(Reserve Officers Association, Los Angeles)*.
Syracuse Women for Peace.
Tom Paine School of Social Science, Philadelphia, Pennsylvania.
Tom Paine School of Westchester, New York.
Trade Union Committee for Peace.
Trade Unionists for Peace.
Tri-State Negro Trade Union Council.
Ukranian-American Fraternal Union.
Union of American Croatians.
Union of New York Veterans.
United American Spanish Aid Committee.
United Committee of Jewish Societies and Landsmanschaft Federations, also known as Coordination Committee of Jewish Landsmanschaften and Fraternal Organizations.
United Committee of South Slavic Americans.
United Defense Council of Southern California.
United Harlem Tenants and Consumers Organization.
United May Day Committee.
United Negro and Allied Veterans of America.
Veterans Against Discrimination of Civil Rights Congress of New York.
Veterans of the Abraham Lincoln Brigade.
Virginia League for People's Education.
Voice of Freedom Committee.
Walt Whitman School of Social Science, Newark, New Jersey.
Washington Bookshop Association.
Washington Committee to Defend the Bill of Rights.
Washington Committee for Democratic Action.
Washington Commonwealth Federation.
Washington Pension Union.
Wisconsin Conference on Social Legislation.
Workers Alliance *(since April 1936)*.
Yiddisher Kultur Farband.
Yugoslav-American Cooperative Home, Inc.
Yugoslav Seamen's Club, Inc.

## III. - INSTRUCTIONS

1. Set forth an explanation for each answer checked "Yes" under question 2 below under "Remarks". Attach as many extra sheets as necessary for a full explanation, signing or initialing each extra sheet.

2. Title 18, U.S. Code, Section 1001, provides, in pertinent part: "Whoever ... falsifies, conceals or covers up ... a material fact, or makes any false ... statements ... or makes or uses any false writing ... shall be fined not more than $10,000 or imprisoned not more than five years, or both". Any false, fraudulent or fictitious response to the questions under Part IV below may give rise to criminal liability under Title 18, U.S.C., Section 1001. You are advised, however, that you will not incur such liability unless you supply inaccurate statements with knowledge of their untruthfulness. You are therefore advised that before you sign this form and turn it in to Selective Service or military authorities, you should be sure that it is truthful; that detailed explanations are given for each "Yes" answer under question 2 of Part IV below, and that details given are as full and complete as you can make them.

3. In stating details, it is permissible, if your memory is hazy on particular points, to use such expressions as "I think", "in my opinion", "I believe", or "to the best of my recollection".

## IV - QUESTIONS

*(For each answer checked "Yes" under question 2 set forth a full explanation under "Remarks" below)*

| Question | YES | NO |
|---|---|---|
| 1. I have read the list of names of organizations, groups, and movements set forth under Part II of this form and the explanation which precedes it. | X | |
| 2. Concerning the list of organizations, groups and movements set forth under Part II above: | | |
| a. Are you now a member of any of the organizations, groups, or movements listed? | | X |
| b. Have you ever been a member of any of the organizations, groups, or movements listed? | | X |
| c. Are you now employed by any of the organizations, groups, or movements listed? | | X |
| d. Have you ever been employed by any of the organizations, groups, or movements listed? | | X |
| e. Have you ever attended any meeting of any of the organizations, groups, or movements listed? | | X |
| f. Have you ever attended any social gathering of any of the organizations, groups, or movements listed? | | X |
| g. Have you ever attended any gathering of any kind sponsored by any of the organizations, groups, or movements listed? | | X |
| h. Have you prepared material for publication by any of the organizations, groups, or movements listed? | | X |
| i. Have you ever corresponded with any of the organizations, groups, or movements listed or with any publication thereof? | | X |
| j. Have you ever contributed money to any of the organizations, groups, or movements listed? | | X |
| k. Have you ever contributed services to any of the organizations, groups, or movements listed? | | X |
| l. Have you ever subscribed to any publications of any of the organizations, groups, or movements listed? | | X |
| m. Have you ever been employed by a foreign government or any agency thereof? | | X |
| n. Are you now a member of the Communist Party of any foreign country? | | X |
| o. Have you ever been a member of the Communist Party of any foreign country? | | X |
| p. Have you ever been the subject of a loyalty or security hearing? | | X |
| q. Are you now or have you ever been a member of any organization, association, movement, group or combination of persons not on the Attorney General's list which advocates the overthrow of our constitutional form of government, or which has adopted the policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | X |
| r. Have you ever been known by any other last name than that used in signing this questionnaire? | | X |

ARKS

None to my knowledge

REMARKS *(Continued)*

**CERTIFICATION**

IN REGARD TO ANY PART OF THIS QUESTIONNAIRE CONCERNING WHICH I HAVE HAD ANY QUESTION AS TO THE MEANING, I HAVE REQUESTED AND HAVE OBTAINED A COMPLETE EXPLANATION. I CERTIFY THAT THE STATEMENTS MADE BY ME UNDER PART IV ABOVE AND ON ANY SUPPLEMENTAL PAGES HERETO ATTACHED, ARE FULL, TRUE, AND CORRECT.

| TYPED FULL NAME OF PERSON MAKING CERTIFICATION | SERVICE NUMBER *(If any)* | SIGNATURE OF PERSON MAKING CERTIFICATION |
|---|---|---|
| HAROLD EUGENE SIX | 777 5853 | Harold Eugene Six |
| **TYPED NAME OF WITNESS** | **DATE** | **SIGNATURE OF WITNESS** |
| LUTHER W. MOOREHEAD, CSC, USN NAVY RECRUITER | 3/25/63 | Luther W. Moorehead |



R-18318

AR 675