# MEDICAL RECOMMENDATION FOR FLYING DUTY

*(Detach Diagnosis for other than medical use of form)*

AFSN

TO: | FROM: | HOSP CODE *(1-4)*

1. LAST NAME - FIRST NAME - MIDDLE INITIAL: Sif, Harold, Eugene

7. GRADE | 7A. GRADE *(5-6)* | 8. AGE *(7-8)*

2. CERTIFICATE *(FOR INCOMING FLYING PERSONNEL ONLY)*

☐ I CERTIFY THAT I AM ON FLYING STATUS ACCORDING TO CURRENT ORDERS AND THAT I HAVE HAD NO ILLNESS OR INJURY SINCE LEAVING MY LAST STATION, EXCEPT AS RECORDED BELOW.

☒ I CERTIFY THAT I HAVE BEEN NOTIFIED OF THE RECOMMENDATIONS BELOW AND UNDERSTAND THE ACTION BEING TAKEN THIS DATE.

I HAVE BEEN OFFICIALLY NOTIFIED THIS DATE THAT:

☐ I HAVE BEEN GROUNDED (OR EXCUSED) BECAUSE OF PHYSICAL DISQUALIFICATION FOR FLYING DUTY.

☒ I AM PHYSICALLY QUALIFIED FOR FLYING DUTY.

SIGNATURE OF FLYER: Harold E. Sif

9. SSAN *(9-17)*

10. ORGN AND MAJOR COMD OF ASGN | 10A. COMD OF ASGN *(18)*

11. RATING DESG OR FLYING DUTY | 12. COMBAT AIRCREW MEMBER ☐ YES ☐ NO | 11A. RATING *(19)* | 12A. COMBAT *(20)*

13. FLYING CATEGORY | 14. ACTUAL DATE FOUND MEDICALLY INCAPACITATED TO FLY | 13A. CAT *(21)* | 14A. DATE *(22-25)*

15. MONTH IN WHICH FLT RQMTS WERE LAST MET | 16. EST DURATION OF INCAPACITY TO FLY

3. CLEARANCE FOR FLYING DUTY IS GIVEN UNDER THE FOLLOWING CIRCUMSTANCES:

☐ REPORTING TO A NEW STATION

☐ ANNUAL MEDICAL EXAMINATION

☒ OTHER REQUIREMENT FOR CLEARANCE *(Specify)*

17. SERIOUS ILLNESS, IF "Yes", ATTACH SF 88 ☐ YES ☐ NO | 18. FLYING WITH WAIVER ☐ YES ☐ NO | 19. TOTAL FLYING TIME *(26-29)*

20. GLASSES WILL BE WORN WHILE PERFORMING THOSE DUTIES REQUIRING CORRECTED VISUAL ACUITY ☐ YES ☐ NO ☐ NA

21. TOTAL DAYS. *(No. of days from actual date of incapacitation (Item 14) to date of certification by competent authority as physical qualified to fly)* → | 21. TOTAL DAYS *(30-32)*

4. DATE FLIGHT CLEARANCE EXPIRES

22. DAYS DURATION IN MEDICAL FACILITY *(Use figure from AF Form 565 "Total to Date")* → | 22. DAYS IN FCL TY *(33-35)*

5. INDIVIDUAL PRESENTLY SUSPENDED BY

AERO ORDER NO.

HEADQUARTERS

PARAGRAPH NO.

DATE

| 23. TYPE OF ACTION RECOMMENDED | YEAR AND MONTH | CIRCLE ONE *(36)* |
|---|---|---|
| EXCUSAL NOT TO EXTEND BEYOND LAST DAY OF | | 1 |
| GROUNDING NOT TO EXTEND BEYOND LAST DAY OF | | 2 |
| SUSPENSION AS OF FIRST DAY OF | | 3 |
| REMOVAL OF EXCUSAL | | 4 |
| REMOVAL OF GROUNDING | | 5 |
| REMOVAL OF SUSPENSION | | 6 |

6. COMPETENT CERTIFYING AUTHORITY *(When box 4, 5, or 6, of item 23 is circled, indicate authority to certify as physically qualified)*

| BASE | NO. AIR FORCE | MAJOR COMD | HQ USAF |
|---|---|---|---|
| | | | |

REMARKS

| 24. P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

DATE | TYPED/PRINTED NAME AND GRADE OF FLIGHT SURGEON OR FLIGHT MEDICAL OFFICER | SIGNATURE

25. DIAGNOSIS *(State most serious condition first. Specify resultant conditions from any diagnosis).*

| CODES *(PRIMARY DG ONLY)* | |
|---|---|
| DG | *(37-40)* |
| BP | *(41-43)* |
| CA | *(44-47)* |

F FORM MAY 68 1042 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A-32
S/N 7109-201-2003

**CLINICAL RECORD** | **CONSULTATION SHEET**

REQUEST

TO: Psychiatry | FROM: (Requesting ward, unit, or activity) E/C | DATE OF REQUEST 8/1/72

REASON FOR REQUEST (Complaints and findings)

26 y/o CTR-1 on orders from Philippines to Treasure Island, orders request medical opinion regarding need for hx of alcohol abuse

PROVISIONAL DIAGNOSIS

Chronic ETOH (1 incident)

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ EMERGENCY ☐ ROUTINE

CONSULTATION REPORT

4 August

Harold Six is a 26-year-old married Caucasian male, CTR-1, USN active duty, who is referred for evaluation of treatment of His medical record was reviewed. Service record does not acc ... patient was interviewed.

see dental record 3 May 72

Patient was transferred under orders from the Philippines to Treasure Island. These orders requested medical opinion regarding alcohol abuse. The patient claims to have had only one incident of difficulty centering around alcohol usage. He got beaten up while he was intoxicated in November 1971. In May 1972 he was declared unfit for overseas duty and lost top secret clearance because of letters of indebtedness. These letters resulted from his wife's not paying bills during his absence from home on duty in 1970 and in 1971. He states that he has paid off these obligations. The patient admits that he would drink to intoxication on some evenings in port on sea tours prior to his marriage 4 years ago. Since then he has rarely drunk more than 3 beers in the evening one or two times a week and is rarely drunk more than 3 to 4 occasions per year.

Background: Patient was raised in a small western community by his mother after his parents divorced when he was 4 years old. He is the youngest of 3 children who were raised in that household. He feels that the home was supportive although finances were a problem. He denies any neuropathic traits of childhood except enuresis until age 15. He started school at age 7 and had to repeat the second grade because of rheumatic fever. He moved to a new school when he was 17 years old, and (continued)

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

SIX, Harold Eugene
CTR-1/USN/AD
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

CONSULTATION SHEET
Standard Form 513
513-104-02

Discipline



in the ninth grade he quit because "they weren't really interested in what I did." He tried to enlist in the Navy but was deferred for one year by the examining induction psychiatrist "because I was immature." At age 18 he did successfully enlist and has been on active duty until the present. Marked marital difficulties are related centering around his fear of his wife's infidelity while he was overseas. He is considering divorcing her even though "I love her and have no proof of what really happened." He states that he does not regret his 8 years in the Navy but does not desire to remain on active duty.

Mental Status: Patient reveals a neatly uniformed and groom fully-oriented Caucasian male whose affect is pleasant. His centers about the "unfairness" of his present life situation symptoms and suicidal concerns are denied. Intellect is within the median range and his sensorium is clear.

Summary: The history provided by the patient is highly suggestive of immaturity but does not enable diagnosis of alcoholism. Should further information that deals with his use of alcohol be available, it would assist with getting a clearer picture.

Impression: Immature personality, moderate EPTE.

Recommendation: This patient does not give a sufficient history of alcohol abuse to indicate that he requires further medical psychiatric management.

R. M. CAIN
LCDR, MC, USNR

SIX, Harold Eugene

S/R

ADMIN/SECURITY/SECGRU
KMJ3102
LDH155
RTTEZYUW RUEBJFA0306 1962005-EEEE--RUMFSAA.
ZNY EEEEE
R 141515Z JUL 72
FM CHNAVPERS
TO RUMFSAA/NAVCOMMSTA PHIL
INFO RUMFSAA/COMNAVSECGRU PHIL
RUWJAJA/NAVSTA SAN FRANCISCO
BT
UNCLAS E F T O //N01910//
CTR1 HAROLD EUGENE SIX, USN, 520 46 1848
A. YOUR 100230Z JUL 72 (NOTAL)
B. COMNAVSECGRU LTRSER. 13895 OF 13 JUL 72
1. REF A AND B ACKNOWLEDGED. TRF CTR1 SIX TO NAVSTA SAN FRAN FOR TEMDU FOR FURTHER DISPO BY CHNAVPERS.
2. FOR NAVSTA SAN FRAN: UPON REPORTING OF MBR REQUEST REFERRAL FOR MEDICAL OPINION AND RECOM REGARDING THE NEED FOR TREATMENT AS A RESULT OF MBRS ALCOHOLIC ABUSE.
BT
#0306
TOR: 1961830Z

313
1 4 1 5 1 5 Z JUL 1 9 7 2

ABSTRACT OF SERVICE AND MEDICAL HISTORY
NAVMED 1406 (1-60)

| SHIP OR STATION | DIAGNOSIS, DIAGNOSIS NUMBER AND REMARKS | DATE FROM | DATE TO |
|---|---|---|---|
| USNTC S.D. CALIF | | 09 MAY 64 | AUG 14 1964 |
| U.S. NAVCOMTRACEN PENSACOLA FLORIDA | | AUG 31 1964 | MAR 05 1965 |
| NSGA, FPO NY 09514 | Duty | 24 Mar 65 | 8 June 65 |
| USNAVCOMMSTA, WASH, D.C. | DUTY | 21 JUN 65 | 2 MAY 66 |
| USS Liberty | Duty | 31 May 66 | |
| U.S.S. AMERICA (CVA 66) | Dx. 1. LACER. RT. HND 2. SHRAPNEL RT. LEG 3. SHRAPNEL RT. ELBOW | 9 Jun 67 | 16 JUN 67 |
| U. S. NAVAL HOSPITAL SAN DIEGO, CALIFORNIA | Dg 1 Laceration dorsum, right hand. Rev. Dg2: Metal fragment wounds, rt. hand, right elbow and right leg. | 30 June 1967 | JUL 10 1967 |
| NAVSECGRUACT, FT. MEADE, MD. | School | 22 Sept 69 | APR 3 1970 |
| NCSp 96656 | Duty | 20 MAY 70 | 4 NOV 70 |
| NCSp 96656 | " " | 25 NOV 70 | 23 Dec 70 |
| U.S. NAVAL HOSPITAL SUBIC | Dg. 1. Gross malocclusion secondary to mandibular prognathism | 03JAN72 | 24FEB72 |
| NAVCOMMSTAPHIL FPO 96656 | DUTY | 25 FEB 72 | 28 JUL 1972 |
| NAV DISP TI SF CALIF | HEALTH RECORD CLOSED THIS DATE IN ACCORDANCE WITH MMD 16-14 | | 7 FEB 1973 |

| NAME (Last, first and middle) | BIRTH DATE | BRANCH OF SERVICE | IDENTIFICATION NO. |
|---|---|---|---|
| Six Harold Eugene | 4/27/64 | Navy | 7775853 |

SS# 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

U. S. NAVAL COMMUNICATION STATION SAN DIEGO
937 N. HARBOR DRIVE
SAN DIEGO, CALIFORNIA 92132

6000
Ser 6560/341D
6 February 1968

SPEEDLETTER

From: Commanding Officer, Naval Communication Station San Diego
To: Chief, Bureau of Medicine and Surgery (Code 3321)

Subj: CT3 Harold Eugene SIX, USN, 777 58 53; forwarding of medical information in the case of

Ref: (a) BUMED spdltr BUMED:3321:VAS:ksg SIX, Harold Eugene 777 58 53 6000.1 of 29 January 1968

Encl: (1) Sick Call Treatment Record (NAVMED 10) in the case of Petty Officer SIX
(2) Clinical Record (Standard Form 513) in the case of Petty Officer SIX

1. As requested by reference (a), enclosures (1) and (2) are forwarded.

LOUIS J. GIEFER
By direction

# NAVAL SPEEDLETTER

Unclassified

BUMED:3321:VAS:ksg
SIX, Harold Eugene
777 58 53

6000:1
29 January 1968

TO

Commanding Officer
Naval Communications Station
San Diego, California 92132

Subj: SIX, Harold Eugene, 777 58 53, CT3; request for medical information in the case of

This Bureau has a request from JAG for recent medical information regarding treatment of injuries suffered by the subject named in the attack on the USS LIBERTY. It is therefore requested that a copy of the record of treatment for such injuries be forwarded by air mail to this Bureau, Attn:Code 3321.

The most recent medical information available in the subjects case is a narrative summary SF 502 dated 30 June 1967. Please forward any medical information with more recent date than 30 June 1967. Negative reply is requested.

/s/ JOHN W. FLYNN
By direction

ADDRESS

Chief, Bureau of Medicine & Surgery
Navy Department, Code 3321
Washington, D.C. 20390

Unclassified

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
BACKGROUND INVESTIGATION UNIT

**MILITARY RELEASE (PO)**
UI-4B (11/84)

**AUTHORIZATION FOR RELEASE OF MILITARY AND MEDICAL INFORMATION**

**PLEASE SEND COMPLETE STATEMENT OF SERVICE**

2420-1585

To: Military Personnel Records Center - GSA
9700 Page Blvd.
St. Louis, Missouri 63132

DATE: 11/25/85

SOCIAL SECURITY NUMBER: 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

NAME OF APPLICANT (PRINTED): Harold Eugene Six Sr.

*As an applicant for a position with the Department of Corrections, I am required to furnish information for use in determining my moral, physical, and mental qualifications. In this connection, I authorize the release of a complete statement of my military service from my military and related medical records, including any and all judicial and non-judicial punishment.*

BRANCH OF SERVICE: NAVY

SERVICE NUMBER: 777-58-53

DATE LAST SEPARATED FROM ACTIVE SERVICE: 2/6/73

PRESENT MILITARY STATUS

☐ AIR FORCE RESERVE
☐ ARMY RESERVE
☒ NONE
☐ MARINE CORPS RESERVE
☐ NAVAL RESERVE

PRESENT HOME ADDRESS: 3661 Fleming St Riverside, Ca 92509

FURNISH INFORMATION TO:
DEPARTMENT OF CORRECTIONS
BACKGROUND INVESTIGATION UNIT
SOUTHERN FIELD OFFICE
P.O. BOX 152
ONTARIO, CALIFORNIA 91761
714-983-3484

APPLICANT FOR POSITION OF: Peace Officer

I authorize the National Personnel Records Center, St. Louis, MO or other custodian of my military record to release to the Department of Corrections, Background Investigation Unit, information or photocopies from my military personnel and related material records, or only the following information/records; Article 15 information, or any other disciplinary actions taken. This could include a photocopy of my DD form 214, Report of Separation.

Harold E Six Sr
(SIGNATURE)

12/18/85
(DATE)

**TO BE COMPLETED BY THE RECORDS OFFICE**

| DATE OF ENTRY | DATE SEPARATED | REASON FOR SEPARATION | CHARACTER OF SERVICE |
|---|---|---|---|
| 5-6-69 | 2-6-73 | Discharged within 3 months of Exp of Term Enlistment. | HONORABLE |
| | | | |

DISCIPLINARY DATE, IF ANY
☒ NONE
☐ SEE REMARKS ☐ REPORTS ATTACHED

PHYSICAL CONDITION AT TIME OF SEPARATION
☒ REPORT ON SEPARATION PHYSICAL ATTACHED

PSYCHIATRIC CONDITION
☒ REPORT ATTACHED

REMARKS:

N-C 1-29-86

CODE: NCPM DATE
NATIONAL PERSONNEL RECORDS CENTER (MPR), GSA
ST. LOUIS, MO 63132
BY:

RELEASING OFFICER

RELEASED BY (SIGNATURE)

DATE RELEASED

AR 683

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-105

1. LAST NAME—FIRST NAME—MIDDLE NAME: Six Harold Eugene
2. GRADE AND COMPONENT OR POSITION: CTRI
3. IDENTIFICATION NO.: 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
4. HOME ADDRESS (Number, street or RFD, city or town, zone and State): 13 Paradise Valley Carson, Calif 90745
5. PURPOSE OF EXAMINATION: Discharge
6. DATE OF EXAMINATION: 6 Feb 73
7. SEX: MALE
8. RACE: Cauc
9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 7 yrs 10 mon; CIVILIAN
10. AGENCY:
11. ORGANIZATION UNIT: NAV STA TI SF CALIF
12. DATE OF BIRTH: 17 Apr 1946
13. PLACE OF BIRTH: Torrington, Wyoming
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: Mrs. Lucy G. Six wife — same as #4
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: DISPENSARY, U. S. NAVSTA, T.I, SF, CALIF.
16. OTHER INFORMATION: RELIGION: Prot
17. RATING OR SPECIALTY:
TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK AND SCALP | |
| X | 19. NOSE | |
| ✓ | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| | 35. UPPER EXTREMITIES (Strength, range of motion) | X |
| X | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| | 40. SKIN, LYMPHATICS | X |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| X | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

520

35. R middle digit has ↓ ROM 2° to wound.
40. Mild acne.
39. 1 1½" circular scar right shin
2 2" L. scar 2nd finger right hand
3 ¾" L. scar right thumb
4 T.T. American flag & eagle right forearm

(Continue in item 73)

DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)
)—Restorable teeth; X—Missing teeth; (6 X 8)—Fixed bridge, brackets to include abutments; └—Nonrestorable teeth; XXX—Replaced by dentures

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | X | 6 | 7 | 8 | 9 | 10 X | 11 X | X | 13 X | X | X | 16 | LEFT |
| X | 31 | X | X | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 X | X 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: Qual T-3 C-1

### LABORATORY FINDINGS

URINALYSIS: A. SPECIFIC GRAVITY
ALBUMIN: Neg
SUGAR: Neg
D. MICROSCOPIC
46. CHEST X-RAY (Place, date, film number and result): 8 FEB 1973 DISPENSARY, U.S. NAVSTA, TI SF, CALIF. FILM # 1583 — Neg
SEROLOGY (Specify test used and result): 6 FEB 1973 VDRL NON-REACTIVE
48. EKG
49. BLOOD TYPE AND RH FACTOR
50. OTHER TESTS

2ND NSTI 6150/2 (10-64)

AR 684

## MEASUREMENTS AND OTHER FINDINGS

51. HEIGHT: 73"
52. WEIGHT: 155
53. COLOR HAIR: Brown
54. COLOR EYES: Brown
55. BUILD: ☒ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE
56. TEMPERATURE: N

57. BLOOD PRESSURE (Arm at heart level)
A. SITTING: SYS. 119 DIAS. 76
B. RECUMBENT: SYS. DIAS.
C. STANDING (3 min.): SYS. DIAS.

58. PULSE (Arm at heart level)
A. SITTING: 72
B. AFTER EXERCISE
C. 2 MIN. AFTER
D. RECUMBENT
E. AFTER STANDING 3 MIN.

59. DISTANT VISION
RIGHT 20/ 200 CORR. TO 20/ 20
LEFT 20/ 200 CORR. TO 20/ 20

60. REFRACTION
BY [signature] S. CX
BY S. CX

61. NEAR VISION
CORR. TO BY
CORR. TO BY

62. HETEROPHORIA (Specify distance)
ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION: RIGHT LEFT
64. COLOR VISION (Test used and result): AOC (REV) 1940 PIP 14/14
65. DEPTH PERCEPTION (Test used and score): UNCORRECTED / CORRECTED
66. FIELD OF VISION
67. NIGHT VISION (Test used and score)
68. RED LENS TEST
69. INTRAOCULAR TENSION

70. HEARING
RIGHT WV 15 /15 SV 15 /15
LEFT WV 15 /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

"I CERTIFY THAT I HAVE BEEN INFORMED AND UNDERSTAND THE PROVISIONS OF BUMED INSTRUCTION 6120.6"

SIGNATURE Harold C. Six

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)
40
35
39

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

77. EXAMINEE (Check)
A. ☒ IS QUALIFIED FOR
B. ☐ IS NOT QUALIFIED FOR
IS/~~IS NOT~~ QUALIFIED FOR ACTIVE DUTY AT SEA AND/OR ON FOREIGN SHORE AND FOR:

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN: E. B. YELLIG, Lt MC USNR — SIGNATURE [signature]
80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE
81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which): J. J. FINE Lt DC USNR — SIGNATURE J. J. Fine
82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

2608

# REPORT OF MEDICAL EXAMINATION

88-105

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>SIX, HArold Eugene | 2. GRADE AND COMPONENT OR POSITION<br>E6 USN | 3. IDENTIFICATION NO.<br>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 |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State)<br>552 Laura Apt C.<br>LaPuente, California | 5. PURPOSE OF EXAMINATION<br>Initial<br>Flight Physical | 6. DATE OF EXAMINATION<br>21 Oct 71 |
| 7. SEX: Male; 8. RACE: Caucasian; 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 7, CIVILIAN 0 | 10. AGENCY<br>DN | 11. ORGANIZATION UNIT<br>Flt Supt Det, 96337 |
| 12. DATE OF BIRTH (25)<br>27 April 1946; 13. PLACE OF BIRTH<br>Torrington, Wyoming | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>Lucy G. Six (wife) U.S. NAVCOMMSTA Philippines PO Box 490 FPO San Francisco, Calif. 96656 | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>366TH USAF DISPENSARY, APO SF 96337 | 16. OTHER INFORMATION<br>— | |
| 17. RATING OR SPECIALTY<br>Non-crew member | TIME IN THIS CAPACITY (Total)<br>— | LAST SIX MONTHS<br>— |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| | 18. HEAD, FACE, NECK, AND SCALP | |
| | 19. NOSE | |
| | 20. SINUSES | |
| | 21. MOUTH AND THROAT | X |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| | 25. OPHTHALMOSCOPIC | |
| | 26. PUPILS (Equality and reaction) | |
| | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| | 28. LUNGS AND CHEST (Include breasts) | |
| | 29. HEART (Thrust, size, rhythm, sounds) | |
| | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| | 31. ABDOMEN AND VISCERA (Include hernia) | |
| | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| | 33. ENDOCRINE SYSTEM | |
| | 34. G-U SYSTEM | |
| | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | 36. FEET | |
| | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | X |
| | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| | 40. SKIN, LYMPHATICS | |
| | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

21. TE

23. VSNB

37. 1 3" circular scar right shin. WHNS.

39. 2" scar, 2nd finger, rt hand. WHNS
2, 3/4" scar right thumb. WHNS.

(Continue in item 73)

44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)

O—Restorable teeth; /—Nonrestorable teeth; X—Missing teeth; XXX—Replaced by dentures; (6 X 8)—Fixed bridge, brackets to include abutments

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT (upper) | X | X | X | X | | | | | | X | X | X | X | X | X | X | LEFT |
| RIGHT (lower) | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | LEFT |
| | X | | X | X | | | | | | | | | | X | X | X | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
Exam Type - 3
Class - 2
...al [redacted]
...e Dental Health Record
Initials JRC

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.016<br>B. ALBUMIN neg<br>C. SUGAR neg | D. MICROSCOPIC<br>exp neg | 46. X-RAY (Place, date, film number and result)<br>366TH USAF DISPENSARY, APO SF 96337<br>71-4611 21 Oct 71 14717 WNL |
| 47. SEROLOGY (Specify test used and result)<br>VDRL-neg | 48. EKG<br>WNL | 49. BLOOD TYPE AND RH FACTOR<br>O Pos |
| 50. OTHER TESTS<br>OCT 21 1971 [signature] Item 47 | | |

0109-200-7002

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 73 | 145 | Brown | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | — |

57. BLOOD PRESSURE (*Arm at heart level*)

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 130 DIAS. 70 | SYS. X DIAS. X | SYS. 134 DIAS. 72 |

58. PULSE (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 72 | 2 | / | / | 80 |

| 59. DISTANT VISION | | 60. Manifest REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 100 | CORR. TO 20/ 20 | BY -1.75 S. | +0.50 | OX 180 | 20/20 | CORR. TO — BY — |
| LEFT 20/ 200 | CORR. TO 20/ 20 | BY -1.75 S. | +0.50 | OX 180 | 20/ 80 | CORR. TO — BY |

62. HETEROPHORIA (*Specify distance*) VTA-ND

| ES° | EX° | R. H. | L. H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| 2 | 0 | 0 | 0 | — | Ortho | — | — |

| 63. ACCOMMODATION | 64. COLOR VISION (*Test used and result*) | 65. DEPTH PERCEPTION (*Test used and score*) | |
|---|---|---|---|
| RIGHT — LEFT — | VTB-CV Pass | — | UNCORRECTED — CORRECTED — |

| 66. FIELD OF VISION | 67. NIGHT VISION (*Test used and score*) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| N | N 1B/A | — | N - TAC |

70. HEARING

RIGHT WV /15 SV /15
LEFT WV /15 SV /15

71. Maico AUDIOMETER 150 621

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | X | 15 | 10 | 10 | 15 | 20 | 15 | X |
| LEFT | X | 15 | 10 | 10 | 40 | 30 | 30 | X |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (*Tests used and score*)
ABMA; SAT

73. NOTES (*Continued*) AND SIGNIFICANT OR INTERVAL HISTORY

See attached

(*Use additional sheets if necessary*)

74. SUMMARY OF DEFECTS AND DIAGNOSES (*List diagnoses with item numbers*)
59. Def VA - one corrected 20/20

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (*Specify*)
Glasses to be worn when performing AC duties

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (*Check*)
A. ☒ IS QUALIFIED FOR FC III
B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| X | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER
—

79. TYPED OR PRINTED NAME OF PHYSICIAN: Richard J Emerson Capt USAF MC FMO — SIGNATURE: [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN: — SIGNATURE:

81. TYPED OR PRINTED NAME OF DENTIST ~~OR PHYSICIAN (Indicate which)~~: J.C. Clower, Lt Col — SIGNATURE: J C Clower

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

Standard Form 507
(Revised August 1954)
Bureau of the Budget
Circular, A-32

★ U.S. GOVERNMENT PRINTING OFFICE : 1961 O—587879

**CLINICAL RECORD**

Report on ______
or
Continuation of S. F. 88 #73
(Strike out one line) (Specify type of examination or data)

(Sign and date)

mumps, measles, rheumatic fever, T&A, in childhood. [illegible]
Sinusitis, mild, occasional, last episode, Aug 70. requires
medication only rarely. [illegible].
Has worn glasses since 1956 for def VA. —
[illegible], Africa, 1966 & 1967, responded to medication, [illegible].
Patient received scrapnel wound to right leg & rt hand. Mediterranean Area,
Combat injury. Flesh wound only. 1967. hospitalized USS
America 8 days. ~~got~~ transferred to Naples, Italy & was
hospitalized 14 days. Transferred again to Balboa Naval Hosp. San Diego
Calif for approx 10 days. good recovery.
DAO.

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

SH

| REGISTER NO. | WARD NO. |
| --- | --- |
| | |

REPORT ON ______ or CONTINUATION OF ______

Standard Form 507
507-104

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-105

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME: SIX, Harold Eugene | 2. GRADE AND COMPONENT OR POSITION: CT3 | 3. IDENTIFICATION NO.: 7775853 |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State): 522 Luara, Apt."C", La Puente, California | 5. PURPOSE OF EXAMINATION: Reenlistment USN | 6. DATE OF EXAMINATION: 6 FEB 67 |
| 7. SEX: Male; 8. RACE: Caucasian; 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 3 yrs; CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT: USS LIBERTY (AGTR-5) |
| 12. DATE OF BIRTH: 27 APR 46; 13. PLACE OF BIRTH: Torrington, Wyoming | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: Crystal Mae SIX (M) Same as #4 | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: USS LIBERTY (AGTR-5), FPO, N.Y. 09501 | 16. OTHER INFORMATION: Religion: Catholic | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK, AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| X | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| X | 36. FEET | |
| X | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| X | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#39. ANT: LS, 3/4", right thumb
LS, ½", right thumb
LS, 1/8", lower lip

POST: PS, left thigh, superior to knee
NEVUS, left buttock

(Continue in item 73)

44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)

O—Restorable teeth; /—Nonrestorable teeth; X—Missing teeth; XXX—Replaced by dentures; (6 X 8)—Fixed bridge, brackets to include abutments

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: DENTALLY QUALIFIED EXAMINATION NOT DONE BY DENTAL OFFICER

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.010 | | 46. CHEST X-RAY (Place, date, film number and result): Not done |
| B. ALBUMIN Neg. | D. MICROSCOPIC: Ess. Neg. | |
| C. SUGAR Neg. | | |
| 47. SEROLOGY (Specify test used and result): Not done | 48. EKG: NA; 49. BLOOD TYPE AND RH FACTOR: O Pos | 50. OTHER TESTS: None |

AR 689

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 72" | 150# | Brown | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 98.6 |

57. BLOOD PRESSURE (*Arm at heart level*)

| A. SITTING | | B. RECUMBENT | | C. STANDING (5 min.) | |
|---|---|---|---|---|---|
| SYS. | 136 | SYS. | | SYS. | |
| DIAS. | 88 | DIAS. | | DIAS. | |

58. PULSE (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 80 | | | | |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 100 | CORR. TO 20/ 20 | BY | S. | OX | CORR. TO | BY |
| LEFT 20/ 100 | CORR. TO 20/ 20 | BY | S. | OX | CORR. TO | BY |

62. HETEROPHORIA (*Specify distance*)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

| 63. ACCOMMODATION | | 64. COLOR VISION (*Test used and result*) | 65. DEPTH PERCEPTION (*Test used and score*) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | AOC 1940 Normal | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (*Test used and score*) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (*Tests used and score*)

73. NOTES (*Continued*) AND SIGNIFICANT OR INTERVAL HISTORY

#29. Rheumatic Fever, age 7. No sequelae.

Indicated clinical tests not performed because of lack of facilities, however, these will be done upon return to CONUS.

(*Use additional sheets if necessary*)

74. SUMMARY OF DEFECTS AND DIAGNOSES (*List diagnoses with item numbers*)

None

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (*Specify*)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

77. EXAMINEE (*Check*)

A. ☒ IS QUALIFIED FOR Reenlistment in USN and to perform the duties of
B. ☐ IS NOT QUALIFIED FOR his rate at sea and on foreign shores.

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN: R. W. PRATT LT MC USN — SIGNATURE: R. W. Pratt

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (*Indicate which*) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS