Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-105

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME: SIX, Harold Eugene | 2. GRADE AND COMPONENT OR POSITION: CT1 | 3. IDENTIFICATION NO.: 7775853 |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State): ~~552 Luara, Apt."C", La Puente, California~~ | 5. PURPOSE OF EXAMINATION: Reenlistment USN | 6. DATE OF EXAMINATION: 6 FEB 67 |
| 7. SEX: Male — 8. RACE: Caucasian — 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 3 yrs; CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT: USS LIBERTY (AGTR-5) |
| 12. DATE OF BIRTH: 27 APR 46 — 13. PLACE OF BIRTH: Torrington, Wyoming | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: ~~Crystal Mae SIX (M)~~ ~~Same as #4~~ | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: USS LIBERTY (AGTR-5), FPO, New York, N.Y. | 16. OTHER INFORMATION: Religion: Catholic; Soc 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 | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

(Check each item in appropriate column; enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK, AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| X | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| X | 36. FEET | |
| X | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| X | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#39. ANT: LS, 3/4", right thumb
LS, ½", right thumb
LS, 1/8", lower lip

POST: PS, left thigh, superior to knee
NEVUS, left buttock

LS 2" 2nd FINGER Ⓡ HAND
S OVAL 1½" x ¾" LOWER Ⓡ LEG

#4 - 383 Palm Apt E
Imperial Beach, Calif
#14 - Lucy G. Six (W)
~~Same as #4~~
~~M. [illegible] CPD~~
~~S-A. R.P.~~ 7130A
NCSP[illegible]

(Continue in item 73)

44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)

O—Restorable teeth; /—Nonrestorable teeth; X—Missing teeth; XXX—Replaced by dentures; (6 X 8)—Fixed bridge, brackets to include abutments

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: DENTALLY QUALIFIED EXAMINATION NOT DONE BY DENTAL OFFICER

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.010 | | 46. CHEST X-RAY (Place, date, film number and result) |
| B. ALBUMIN Neg. | D. MICROSCOPIC | |
| C. SUGAR Neg. | Ess. Neg. | Not done |
| 47. SEROLOGY (Specify test used and result): Not done | 48. EKG: NA — 49. BLOOD TYPE AND RH FACTOR: O Pos | 50. OTHER TESTS: None |

SS#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

AR 691

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 72" | 150# | Brown | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 98.6 |

57. BLOOD PRESSURE (*Arm at heart level*)

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 136 DIAS. 88 | SYS. DIAS. | SYS. DIAS. |

58. PULSE (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 80 | | | | |

59. DISTANT VISION
RIGHT 20/ CORR. TO 20/
LEFT 20/ CORR. TO 20/

60. REFRACTION
BY S. OX
BY S. OX

61. NEAR VISION
CORR. TO BY
CORR. TO BY

62. HETEROPHORIA (*Specify distance*)
ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION
RIGHT LEFT

64. COLOR VISION (*Test used and result*)
AOC 1940 Normal

65. DEPTH PERCEPTION (*Test used and score*)
UNCORRECTED
CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (*Test used and score*)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING
RIGHT WV /15 SV /15
LEFT WV /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (*Tests used and score*)

73. NOTES (*Continued*) AND SIGNIFICANT OR INTERVAL HISTORY

#29. Rheumatic Fever, age 7. No sequelae.

Indicated clinical tests not performed because of lack of facilities, however, these will be done upon return to CONUS.

(*Use additional sheets if necessary*)

74. SUMMARY OF DEFECTS AND DIAGNOSES (*List diagnoses with item numbers*)

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (*Specify*)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

77. EXAMINEE (*Check*)
A. ☒ IS QUALIFIED FOR Reenlistment in USN and to perform the duties of
B. ☐ IS NOT QUALIFIED FOR his rate at sea and on foreign shores.

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN
R. W. PRATT LT MC USN
SIGNATURE R. W. Pratt

80. TYPED OR PRINTED NAME OF PHYSICIAN
SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (*Indicate which*)
SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY
SIGNATURE
NUMBER OF ATTACHED SHEETS

Standard Form 89
(Rev. Aug. 1950)
Bureau of the Budget
Circular A-32

U. S. NAVY RECRUITING BRANCH STA~~[illegible]~~ 4-29-64 ONLY
630 N. SAN GABRIEL BLVD. NSS-52 RETEST

# REPORT OF MEDICAL HISTORY

89-103

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>SIX, HAROLD EUGENE | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*)<br>440 ALGROVE ST., COVINA, CALIF. | 5. PURPOSE OF EXAMINATION<br>ORIGINAL ENLISTMENT USN | 6. DATE OF EXAMINATION<br>4-29-64 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| MALE | CAUCASION | | | | |

| | | |
|---|---|---|
| 12. DATE OF BIRTH<br>27 APR 46 | 13. PLACE OF BIRTH<br>TORRINGTON, WYOMING | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>~~CRYSTAL MAE SIX (MOTHER)~~<br>~~SAME AS ITEM # 4~~ |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>AFES, LOS ANGELES, CALIF. | | 16. OTHER INFORMATION<br>RELIGION-PRESBY |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. (*Follow by description of past history, if complaint exists*)

#14 Lucy wife
Mil-ans CPD
S.A. R.P.

I'm in good health

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | | | Enlarged Heart | |
| MOTHER | 46 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 23 | Good | | |
| | | | | |
| | | | | |
| | 20 | Good | | |
| | | | | |
| CHILDREN | | | | |
| | | | | |
| | | | | |
| | | | | |

19. HAS ANY BLOOD RELATION (*Parent, brother, sister, other*) OR HUSBAND OR WIFE:

| YES | NO | (*Check each item*) | RELATION(S) |
|---|---|---|---|
| | ✓ | HAD TUBERCULOSIS | |
| | ✓ | HAD SYPHILIS | |
| | ✓ | HAD DIABETES | |
| | ✓ | HAD CANCER | |
| | ✓ | HAD KIDNEY TROUBLE | |
| ✓ | | HAD HEART TROUBLE | Father |
| | ✓ | HAD STOMACH TROUBLE | |
| ✓ | | HAD RHEUMATISM (*Arthritis*) | mother |
| | ✓ | HAD ASTHMA, HAY FEVER, HIVES | |
| | ✓ | HAD EPILEPSY (*Fits*) | |
| | ✓ | COMMITTED SUICIDE | |
| | ✓ | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (*Place check at left of each item*)

| YES | NO | (*Check each item*) | YES | NO | (*Check each item*) | YES | NO | (*Check each item*) | YES | NO | (*Check each item*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | SCARLET FEVER, ERYSIPELAS | | ✓ | GOITER | | ✓ | TUMOR, GROWTH, CYST, CANCER | | ✓ | "TRICK" OR LOCKED KNEE |
| | ✓ | DIPHTHERIA | | ✓ | TUBERCULOSIS | | ✓ | RUPTURE | | ✓ | FOOT TROUBLE |
| ✓ | | RHEUMATIC FEVER | | ✓ | SOAKING SWEATS (*Night sweats*) | | ✓ | APPENDICITIS | | ✓ | NEURITIS |
| | ✓ | SWOLLEN OR PAINFUL JOINTS | | ✓ | ASTHMA | | ✓ | PILES OR RECTAL DISEASE | | ✓ | PARALYSIS (*Inc. infantile*) |
| ✓ | | MUMPS | | ✓ | SHORTNESS OF BREATH | | ✓ | FREQUENT OR PAINFUL URINATION | | ✓ | EPILEPSY OR FITS |
| | ✓ | WHOOPING COUGH | | ✓ | PAIN OR PRESSURE IN CHEST | | ✓ | KIDNEY STONE OR BLOOD IN URINE | | ✓ | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | ✓ | FREQUENT OR SEVERE HEADACHE | | ✓ | CHRONIC COUGH | | ✓ | SUGAR OR ALBUMIN IN URINE | | ✓ | FREQUENT TROUBLE SLEEPING |
| | ✓ | DIZZINESS OR FAINTING SPELLS | | ✓ | PALPITATION OR POUNDING HEART | | ✓ | BOILS | | ✓ | FREQUENT OR TERRIFYING NIGHTMARES |
| ✓ | | EYE TROUBLE | | ✓ | HIGH OR LOW BLOOD PRESSURE | | ✓ | VENEREAL DISEASE | | ✓ | DEPRESSION OR EXCESSIVE WORRY |
| | ✓ | EAR, NOSE OR THROAT TROUBLE | | ✓ | CRAMPS IN YOUR LEGS | | ✓ | RECENT GAIN OR LOSS OF WEIGHT | | ✓ | LOSS OF MEMORY OR AMNESIA |
| | ✓ | RUNNING EARS | | ✓ | FREQUENT INDIGESTION | | ✓ | ARTHRITIS OR RHEUMATISM | ✓ | | BED WETTING |
| | ✓ | CHRONIC OR FREQUENT COLDS | | ✓ | STOMACH, LIVER OR INTESTINAL TROUBLE | | ✓ | BONE, JOINT, OR OTHER DEFORMITY | | ✓ | NERVOUS TROUBLE OF ANY SORT |
| ✓ | | SEVERE TOOTH OR GUM TROUBLE | | ✓ | GALL BLADDER TROUBLE OR GALL STONES | | ✓ | LAMENESS | | ✓ | ANY DRUG OR NARCOTIC HABIT |
| | ✓ | SINUSITIS | | ✓ | JAUNDICE | | ✓ | LOSS OF ARM, LEG, FINGER, OR TOE | | ✓ | EXCESSIVE DRINKING HABIT |
| ✓ | | HAY FEVER | | ✓ | ANY REACTION TO SERUM, DRUG OR MEDICINE | | ✓ | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | ✓ | HOMOSEXUAL TENDENCIES |

21. HAVE YOU EVER (*Check each item*) — 22. FEMALES ONLY: A. HAVE YOU EVER— B. COMPLETE THE FOLLOWING:

| YES | NO | | YES | NO | | YES | NO | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | | WORN GLASSES | | ✓ | ATTEMPTED SUICIDE | | | BEEN PREGNANT | AGE AT ONSET OF MENSTRUATION |
| | ✓ | WORN AN ARTIFICIAL EYE | | ✓ | BEEN A SLEEP WALKER | | | HAD A VAGINAL DISCHARGE | INTERVAL BETWEEN PERIODS |
| | ✓ | WORN HEARING AIDS | | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS | | | BEEN TREATED FOR A FEMALE DISORDER | DURATION OF PERIODS |
| | ✓ | STUTTERED OR STAMMERED | | ✓ | COUGHED UP BLOOD | | | HAD PAINFUL MENSTRUATION | DATE OF LAST PERIOD |
| | ✓ | WORN A BRACE OR BACK SUPPORT | | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION | | | HAD IRREGULAR MENSTRUATION | QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY |

| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS? | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS? | 25. WHAT IS YOUR USUAL OCCUPATION? | 26. ARE YOU (*Check one*) |
|---|---|---|---|
| 3 | MONTHS 3 months | anything | ☒ RIGHT HANDED ☐ LEFT HANDED |

SS# 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

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: | |
| | X | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. | |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS | |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS | |
| | X | D. OTHER MEDICAL REASONS *(If yes, give reasons)* | |
| | X | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? | |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? *(If yes, give details)* | |
| | X | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? *(If yes, state reason and give details)* | |
| | X | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? *(If yes, state reason and give details)* | |
| X | | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? *(If yes, describe and give age at which occurred)* | tonsilectomy |
| | X | 33. HAVE YOU EVER BEEN A PATIENT *(committed or voluntary)* IN A MENTAL HOSPITAL OR SANATORIUM? *(If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic)* | |
| | X | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? *(If yes, specify when, where, and give details)* | |
| | X | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? *(If yes, give complete address of doctor, hospital, clinic, and details)* | |
| | X | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? *(If yes, which illnesses)* | |
| X | | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? *(If yes, give date and reason for rejection)* | May, 2 1963 - 2 mo - 1 year immaturity |
| | X | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? *(If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability)* | |
| | X | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? *(If yes, specify what kind, granted by whom, and what amount, when, why)* | |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| HAROLD EUGENE SIX | Harold Eugene Six |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA *(Physician shall comment on all positive answers in items 20 thru 39)*

T+A - age 8 Mumps - no
wears glasses Earache - no
Rheumatic fever - age 7 - no murmurs.
Hay fever - in past.
Bed wetting ~~as child~~ up to 2 years ago

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| L. H. LEIMAN, CAPT, USAF (MC) | 4-29-64 | [signature] | |

Standard Form 89
(Rev. Aug. 1950)
Bureau of the Budget
Circular A-32

U. S. NAVY RECRUITING BRANCH STATION
630 N. SAN GABRIEL BLVD.

XXXXXXXX "ONLY"
NSS-52 RETEST

# REPORT OF MEDICAL HISTORY

89-103

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>SIX, HAROLD EUGENE | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State)<br>440 ALGROVE ST., COVINA, CALIF. | 5. PURPOSE OF EXAMINATION<br>ORIGINAL ENLISTMENT USN | 6. DATE OF EXAMINATION<br>4-29-64 |

| | | | | | |
|---|---|---|---|---|---|
| 7. SEX<br>MALE | 8. RACE<br>CAUCASION | 9. TOTAL YEARS GOVERNMENT SERVICE<br>MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |

| | | |
|---|---|---|
| 12. DATE OF BIRTH<br>27 APR 46 | 13. PLACE OF BIRTH<br>TORRINGTON, WYOMING | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>CRYSTAL MAE SIX (MOTHER)<br>SAME AS ITEM # 4 |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>AFES, LOS ANGELES, CALIF. | | 16. OTHER INFORMATION<br>RELIGION-PRESBY |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. (Follow by description of past history, if complaint exists)

I'm in good health

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | | | Enlarged Heart | |
| MOTHER | 46 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 23 | Good | | |
| | 20 | Good | | |
| CHILDREN | | | | |

19. HAS ANY BLOOD RELATION (Parent, brother, sister, other) OR HUSBAND OR WIFE:

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | ✓ | HAD TUBERCULOSIS | |
| | ✓ | HAD SYPHILIS | |
| | ✓ | HAD DIABETES | |
| | ✓ | HAD CANCER | |
| | ✓ | HAD KIDNEY TROUBLE | |
| ✓ | | HAD HEART TROUBLE | Father |
| | ✓ | HAD STOMACH TROUBLE | |
| ✓ | | HAD RHEUMATISM (Arthritis) | mother |
| | ✓ | HAD ASTHMA, HAY FEVER, HIVES | |
| | ✓ | HAD EPILEPSY (Fits) | |
| | ✓ | COMMITTED SUICIDE | |
| | ✓ | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (Place check at left of each item)

| YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | SCARLET FEVER, ERYSIPELAS | | ✓ | GOITER | | ✓ | TUMOR, GROWTH, CYST, CANCER | | ✓ | "TRICK" OR LOCKED KNEE |
| | ✓ | DIPHTHERIA | | ✓ | TUBERCULOSIS | | ✓ | RUPTURE | | ✓ | FOOT TROUBLE |
| ✓ | | RHEUMATIC FEVER | | ✓ | SOAKING SWEATS (Night sweats) | | ✓ | APPENDICITIS | | ✓ | NEURITIS |
| | ✓ | SWOLLEN OR PAINFUL JOINTS | | ✓ | ASTHMA | | ✓ | PILES OR RECTAL DISEASE | | ✓ | PARALYSIS (Inc. infantile) |
| ✓ | | MUMPS | | ✓ | SHORTNESS OF BREATH | | ✓ | FREQUENT OR PAINFUL URINATION | | ✓ | EPILEPSY OR FITS |
| | ✓ | WHOOPING COUGH | | ✓ | PAIN OR PRESSURE IN CHEST | | ✓ | KIDNEY STONE OR BLOOD IN URINE | | ✓ | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | ✓ | FREQUENT OR SEVERE HEADACHE | | ✓ | CHRONIC COUGH | | ✓ | SUGAR OR ALBUMIN IN URINE | | ✓ | FREQUENT TROUBLE SLEEPING |
| | ✓ | DIZZINESS OR FAINTING SPELLS | | ✓ | PALPITATION OR POUNDING HEART | | ✓ | BOILS | | ✓ | FREQUENT OR TERRIFYING NIGHTMARES |
| ✓ | | EYE TROUBLE | | ✓ | HIGH OR LOW BLOOD PRESSURE | | ✓ | VENEREAL DISEASE | | ✓ | DEPRESSION OR EXCESSIVE WORRY |
| | ✓ | EAR, NOSE OR THROAT TROUBLE | | ✓ | CRAMPS IN YOUR LEGS | | ✓ | RECENT GAIN OR LOSS OF WEIGHT | | ✓ | LOSS OF MEMORY OR AMNESIA |
| | ✓ | RUNNING EARS | | ✓ | FREQUENT INDIGESTION | | ✓ | ARTHRITIS OR RHEUMATISM | ✓ | | BED WETTING |
| | ✓ | CHRONIC OR FREQUENT COLDS | | ✓ | STOMACH, LIVER OR INTESTINAL TROUBLE | | ✓ | BONE, JOINT, OR OTHER DEFORMITY | | ✓ | NERVOUS TROUBLE OF ANY SORT |
| ✓ | | SEVERE TOOTH OR GUM TROUBLE | | ✓ | GALL BLADDER TROUBLE OR GALL STONES | | ✓ | LAMENESS | | ✓ | ANY DRUG OR NARCOTIC HABIT |
| | ✓ | SINUSITIS | | ✓ | JAUNDICE | | ✓ | LOSS OF ARM, LEG, FINGER, OR TOE | | ✓ | EXCESSIVE DRINKING HABIT |
| ✓ | | HAY FEVER | | ✓ | ANY REACTION TO SERUM, DRUG OR MEDICINE | | ✓ | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | ✓ | HOMOSEXUAL TENDENCIES |

21. HAVE YOU EVER (Check each item) / 22. FEMALES ONLY: A. HAVE YOU EVER— / B. COMPLETE THE FOLLOWING:

| YES | NO | 21. (Check each item) | YES | NO | 21. (Check each item) | YES | NO | 22. A. | 22. B. |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | | WORN GLASSES | | ✓ | ATTEMPTED SUICIDE | | | BEEN PREGNANT | AGE AT ONSET OF MENSTRUATION |
| | ✓ | WORN AN ARTIFICIAL EYE | | ✓ | BEEN A SLEEP WALKER | | | HAD A VAGINAL DISCHARGE | INTERVAL BETWEEN PERIODS |
| | ✓ | WORN HEARING AIDS | | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS | | | BEEN TREATED FOR A FEMALE DISORDER | DURATION OF PERIODS |
| | ✓ | STUTTERED OR STAMMERED | | ✓ | COUGHED UP BLOOD | | | HAD PAINFUL MENSTRUATION | DATE OF LAST PERIOD |
| | ✓ | WORN A BRACE OR BACK SUPPORT | | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION | | | HAD IRREGULAR MENSTRUATION | QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY |

| | | | |
|---|---|---|---|
| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS?<br>3 | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS?<br>MONTHS 3 months | 25. WHAT IS YOUR USUAL OCCUPATION?<br>anything | 26. ARE YOU (Check one)<br>☒ RIGHT HANDED ☐ LEFT HANDED |

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLA[NK ON] RIGHT | |
|---|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: | |
| | X | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. | |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS | |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS | |
| | X | D. OTHER MEDICAL REASONS (*If yes, give reasons*) | |
| | X | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? | |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) | |
| | X | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) | |
| | X | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) | |
| X | | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) | tonsilectomy |
| | X | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) | |
| | X | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) | |
| | X | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) | |
| | X | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) | |
| X | | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) | may 2 1963 - TMY - 1 year Immaturity |
| | X | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) | |
| | X | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) | |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| HAROLD EUGENE SIX | Harold Eugene Six |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

T + A - 7 y/o — Mumps - NS
wears glasses — Furuncles
Rheumatic fever - age 7 - no murmurs.
Hay fever - in past.
Bed wetting ~~as child~~ up to 2 years ago

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| I. H. LEIMAN, CAPT, USAF, (MC) | 4-29-64 | | |

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-107-01

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| SIX, HARLOD EUGENE | | 7775853 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| 440 Algrove St., Covina, Calif. | ORIG ENL USN | 29 APR 1964 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| MALE | Cauc | | | | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 4-27-46 | Torrington, Wyoming | Crystal MAE SIX (M) Sameas #4 |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| AFES, LOS ANGELES, CALIFORNIA 90015 | "P" |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|
| | | |

## CLINICAL EVALUATION

(Check each item in appropriate column; enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK, AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

#39 ANT: LS 3/4" - rt. thumb
LS 1/2" - rt. thumb
LS 1/8" - lower lip
POST: PS - back upper leg, left;
M - lt. cheek

(29) Heart neg.

(Continue in item 73)

44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)

O—Restorable teeth  X—Missing teeth  (6 X 8)—Fixed bridge, brackets to include abutments
/—Nonrestorable teeth  XXX—Replaced by dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
[signature] 29 Apr 64

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | 1025 | D. MICROSCOPIC | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|---|
| B. ALBUMIN | NEGATIVE | | AFES, LOS ANGELES, CALIFORNIA |
| C. SUGAR | NEGATIVE | | X-RAY NO RESULTS: neg |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| VDRL - NON REACTIVE | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: (Check one) | SLENDER | MEDIUM | HEAVY | OBESE | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 138 | brn | brn | | | X | | | 98.6 |

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (5 min.) |
|---|---|---|
| SYS. 124 DIAS. 82 | SYS. DIAS. | SYS. DIAS. |

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 76 | | | | |

| 59. DISTANT VISION | | 60. REFRACTION | 61. NEAR VISION |
|---|---|---|---|
| RIGHT 20/ 200 | CORR. TO 20/ 20 | BY -1.75 S. +0.25 OX 05 | CORR. TO BY |
| LEFT 20/ 200 | CORR. TO 20/ 20 | BY -1.75 S. +0.50 OX 05 | CORR. TO BY |

62. HETEROPHORIA (Specify distance)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. PC PD

Cover Test 20": 1° RH mgl.

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | "P. I. PLATES" 14/14 | | CORRECTED |
| 66. FIELD OF VISION | | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | 5 | 0 | 0 | 0 | 0 | 20 | |
| LEFT | | 5 | 0 | 0 | 5 | 10 | 0 | |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

8B-74-II 5/2/63

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

59/ 3800 Refraction error, cl - 1

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR ENLISTMENT

B. ☐ IS NOT QUALIFIED FOR Military Service

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| ✓ | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

L. R. LEIMAN, CAPT, USAF, (MC)

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—632119

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A—32
S/N 0109-201-2602

**CLINICAL RECORD** | **CONSULTATION SHEET**

REQUEST

TO: Psychiatry | FROM: (Requesting ward, unit, or activity) E/C | DATE OF REQUEST 8/1/72

REASON FOR REQUEST (Complaints and findings)

26 yo CTRI on orders from Philippines to Treasure Island, orders request medical opinion regarding need for Rx of alcohol abuse

PROVISIONAL DIAGNOSIS

Chronic EtOH

DOCTOR'S SIGNATURE [signature] | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☑ EMERGENCY ☐ ROUTINE

CONSULTATION REPORT

4 August 1972

Harold Six is a 26-year-old married Caucasian male, CTR-1, USN, with 8 years 2 months active duty, who is referred for evaluation of treatment of alleged alcohol abuse. His medical record was reviewed. Service record does not accompany patient. Patient was interviewed.

Patient was transferred under orders from the Philippines to Treasure Island. These orders requested medical opinion regarding alcohol abuse. The patient claims to have had only one incident of difficulty centering around alcohol usage. He got beaten up while he was intoxicated in November 1971. In May 1972 he was declared unfit for overseas duty and lost top secret clearance because of letters of indebtedness. These letters resulted from his wife's not paying bills during his absence from home on duty in 1970 and in 1971. He states that he has paid off these obligations. The patient admits that he would drink to intoxication on some evenings in port on sea tours prior to his marriage 4 years ago. Since then he has rarely drunk more than 3 beers in the evening one or two times a week and is rarely drunk more than 3 to 4 occasions per year.

Background: Patient was raised in a small western community by his mother after his parents divorced when he was 4 years old. He is the youngest of 3 children who were raised in that household. He feels that the home was supportive although finances were a problem. He denies any neuropathic traits of childhood except enuresis until age 15. He started school at age 7 and had to repeat the second grade because of rheumatic fever. He moved to a new school when he was 17 years old, and (continued)

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

SIX, Harold Eugene
CTR-1/USN/AD
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

CONSULTATION SHEET
Standard Form 513
513—104—02

Discipline



in the ninth grade he quit because "they weren't really interested in what I did." He tried to enlist in the Navy but was deferred for one year by the examining induction psychiatrist "because I was immature." At age 18 he did successfully enlist and has been on active duty until the present. Marked marital difficulties are related centering around his fear of his wife's infidelity while he was overseas. He is considering divorcing her even though "I love her and have no proof of what really happened." He states that he does not regret his 8 years in the Navy but does not desire to remain on active duty.

Mental Status: Patient reveals a neatly uniformed and groomed, alert and fully-oriented Caucasian male whose affect is pleasant. His thought content centers about the "unfairness" of his present life situation. Psychotic symptoms and suicidal concerns are denied. Intellect is within the median range and his sensorium is clear.

Summary: The history provided by the patient is highly suggestive of immaturity but does not enable diagnosis of alcoholism. Should further information that deals with his use of alcohol be available, it would assist with getting a clearer picture.

Impression: Immature personality, moderate EPTE.

Recommendation: This patient does not give a sufficient history of alcohol abuse to indicate that he requires further medical psychiatric management.

R. M. CAIN
LCDR, MC, USNR

SIX, Harold Eugene

Standard Form 89
(Rev. March 1965)
Bureau of the Budget
Circular A-32

# REPORT OF MEDICAL HISTORY

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

89-106
BOB Approval No. 80-R158

1. LAST NAME—FIRST NAME—MIDDLE NAME: Six Harold Eugene
2. GRADE AND COMPONENT OR POSITION: E-6 USN
3. IDENTIFICATION NO.: 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
4. HOME ADDRESS (Number, street or RFD, city or town, zone and State): 552 Laura Apartment C La Puente, California
5. PURPOSE OF EXAMINATION: Flight Physical
6. DATE OF EXAMINATION: 21 October 1971
7. SEX: Male
8. RACE: Caucasian
9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 7 CIVILIAN 0
10. AGENCY: NAVY
11. ORGANIZATION UNIT: Fleet Support Detachment 96337
12. DATE OF BIRTH: (25) 27 April 1946
13. PLACE OF BIRTH: Torrington Wyoming
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: Mrs. Lucy G. Six (wife) U.S. Naval Communications Station Philippines PO Box 490 FPO San Francisco, California 96656
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS:
16. OTHER INFORMATION:

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS (Follow by description of past history, if complaint exists)

Good

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER | | | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | | | | |
| CHILDREN | | | | |

19. HAS ANY BLOOD RELATION (Parent, brother, sister, other) OR HUSBAND OR WIFE

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | ✓ | HAD TUBERCULOSIS | |
| | | HAD SYPHILIS | |
| | | HAD DIABETES | |
| | | HAD CANCER | |
| | | HAD KIDNEY TROUBLE | |
| | | HAD HEART TROUBLE | |
| | | HAD STOMACH TROUBLE | |
| | | HAD RHEUMATISM (Arthritis) | |
| | | HAD ASTHMA, HAY FEVER, HIVES | |
| | | HAD EPILEPSY (Fits) | |
| | | COMMITTED SUICIDE | |
| | | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (Place check at left of each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | SCARLET FEVER, ERYSIPELAS |
| | ✓ | DIPTHERIA |
| ✓ | | RHEUMATIC FEVER |
| | ✓ | SWOLLEN OR PAINFUL JOINTS |
| ✓ | | MUMPS |
| | ✓ | COLOR BLINDNESS |
| | ✓ | FREQUENT OR SEVERE HEADACHE |
| | | DIZZINESS OR FAINTING SPELLS |
| | ✓ | EYE TROUBLE |
| | ✓ | EAR, NOSE OR THROAT TROUBLE |
| | ✓ | RUNNING EARS |
| | ✓ | HEARING LOSS |
| | ✓ | CHRONIC OR FREQUENT COLDS |
| | ✓ | SEVERE TOOTH OR GUM TROUBLE |
| ✓ | | SINUSITIS |
| | ✓ | HAY FEVER |
| | ✓ | HISTORY OF HEAD INJURY |
| | ✓ | SKIN DISEASES |

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | GOITER |
| | ✓ | TUBERCULOSIS |
| | ✓ | SOAKING SWEATS (Night sweats) |
| | ✓ | ASTHMA |
| | ✓ | SHORTNESS OF BREATH |
| | ✓ | PAIN OR PRESSURE IN CHEST |
| | ✓ | CHRONIC COUGH |
| | ✓ | PALPITATION OR POUNDING HEART |
| | ✓ | HIGH OR LOW BLOOD PRESSURE |
| | ✓ | CRAMPS IN YOUR LEGS |
| | ✓ | FREQUENT INDIGESTION |
| | ✓ | STOMACH, LIVER OR INTESTINAL TROUBLE |
| | ✓ | GALL BLADDER TROUBLE OR GALL STONES |
| | ✓ | JAUNDICE |
| | ✓ | ANY REACTION TO SERUM, DRUG OR MEDICINE |
| | ✓ | HISTORY OF BROKEN BONES |

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | TUMOR, GROWTH, CYST, CANCER |
| | ✓ | RUPTURE/HERNIA |
| | ✓ | APPENDICITIS |
| | ✓ | PILES OR RECTAL DISEASE |
| | ✓ | FREQUENT OR PAINFUL URINATION |
| | ✓ | KIDNEY STONE OR BLOOD IN URINE |
| | ✓ | SUGAR OR ALBUMIN IN URINE |
| | ✓ | BOILS |
| ✓ | | VD—SYPHILIS, GONORRHEA, ETC. |
| | ✓ | RECENT GAIN OR LOSS OF WEIGHT |
| | ✓ | ARTHRITIS OR RHEUMATISM |
| | ✓ | BONE, JOINT, OR OTHER DEFORMITY |
| | ✓ | LAMENESS |
| | ✓ | LOSS OF ARM, LEG, FINGER, OR TOE |
| | ✓ | PAINFUL OR "TRICK" SHOULDER OR ELBOW |
| | ✓ | BACK TROUBLE OF ANY KIND |

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | "TRICK" OR LOCKED KNEE |
| | ✓ | FOOT TROUBLE |
| | ✓ | NEURITIS |
| | ✓ | PARALYSIS (Inc. infantile) |
| | ✓ | EPILEPSY OR FITS |
| | ✓ | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | ✓ | FREQUENT TROUBLE SLEEPING |
| | ✓ | FREQUENT OR TERRIFYING NIGHTMARES |
| | ✓ | DEPRESSION OR EXCESSIVE WORRY |
| | ✓ | LOSS OF MEMORY OR AMNESIA |
| | ✓ | BED WETTING |
| | ✓ | NERVOUS TROUBLE OF ANY SORT |
| | | ~~ANY DRUG OR NARCOTIC HABIT~~ |
| | | ~~EXCESSIVE DRINKING HABIT~~ |
| | | ~~HOMOSEXUAL TENDENCIES~~ |
| | | PERIODS OF UNCONSCIOUSNESS |

21. HAVE YOU EVER (Check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | ✓ | WORN GLASSES—CONTACT LENS |
| | ✓ | WORN AN ARTIFICIAL EYE |
| | ✓ | WORN HEARING AIDS |
| | ✓ | STUTTERED OR STAMMERED |
| | ✓ | WORN A BRACE OR BACK SUPPORT |

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | ATTEMPTED SUICIDE |
| | ✓ | BEEN A SLEEP WALKER |
| | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | ✓ | COUGHED UP BLOOD |
| | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |

22. FEMALES ONLY: A. HAVE YOU EVER—
BEEN PREGNANT
HAD A VAGINAL DISCHARGE
BEEN TREATED FOR A FEMALE DISORDER
HAD PAINFUL MENSTRUATION
HAD IRREGULAR MENSTRUATION

B. COMPLETE THE FOLLOWING:
AGE AT ONSET OF MENSTRUATION
INTERVAL BETWEEN PERIODS
DURATION OF PERIODS
DATE OF LAST PERIOD
QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY

23. ~~HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS?~~

24. ~~WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS?~~ MONTHS

25. WHAT IS YOUR USUAL OCCUPATION? U.S. Navy

26. ARE YOU (Check one) ☒ RIGHT HANDED ☐ LEFT HANDED

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | X | 27. HAVE YOU BEEN REFUSED EMPLOYMENT OR BEEN UNABLE TO HOLD A JOB BECAUSE OF: A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. | |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS | |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS | |
| | X | D. OTHER MEDICAL REASONS *(If yes, give reasons)* | |
| | | ~~28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE?~~ | |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? *(If yes, give details)* | |
| | X | 30. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? *(If yes, state reason and give details)* | |
| X | | 31. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? *(If yes, describe and give age at which occurred)* | Tonsilectomy 8 ~~[illegible]~~ wound to lower (R) leg and finger of right hand 21 |
| | X | 32. HAVE YOU EVER BEEN A PATIENT *(committed or voluntary)* IN A MENTAL HOSPITAL OR SANITORIUM? *(If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic)* | |
| | X | 33. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? *(If yes, specify when, where, and give details)* | |
| ~~X~~ | X | 34. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? *(If yes, give complete address of doctor, hospital, clinic, and details)* | ~~May 2 1963 TmR 1~~ |
| | | ~~35. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (If yes, which illnesses)~~ | |
| X | | 36. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? *(If yes, give date and reason for rejection)* | May 2 1963 TmR 1year Inmaturity |
| | X | 37. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? *(If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability)* | |
| | X | 38. HAVE YOU EVER RECEIVED, IS THERE PENDING, OR HAVE YOU APPLIED FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? *(If yes, specify what kind, granted by whom, and what amount, when, why)* | |

~~WARNING—A FALSE OR DISHONEST ANSWER TO ANY OF THE QUESTIONS ON THIS FORM MAY BE PUNISHED BY FINE OR IMPRISONMENT (18 U.S.C. 1001)~~

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Harold Eugene Six | Harold E. Six |

39. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA *(Physician shall comment on all positive answers in items 20 thru 38)*

AR 702

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED |
|---|---|---|---|
| | | | |

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

P1

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 4-29-64 | U.S.NAVY RECRUITING STATION, LOS ANGELES, CALIFORNIA |
| | EXAMINED THIS DATE AT ARMED FORCES EXAMINING STATION, LOS ANGELES, |
| | CALIFORNIA AND FOUND TO BE PHYSICALLY QUALIFIED FOR ORIGINAL ENLISTMENT |
| | IN THE U.S.NAVY |
| | CHEST X-RAY AND VDRL PERFORMED THIS DATE AND REPORTED AS NEGATIVE |
| | DEFECTS NOTED: |
| | P.P.PRIETTO III<br>LT (MC) USN |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| | | | | | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, HAROLD EUGENE | 4/27/46 Wyo | 222 58 93 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

SS# 520-46-18486

AR 703

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

P3

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8 MAY 1964 | U. S. NAVAL TRAINING CENTER, SAN DIEGO, CALIFORNIA |
| | Physical examination conducted this date upon reporting for recruit training: |
| | PRESUMPTIVE KAHN: Negative 17437 |
| | 70 MM CHEST X-RAY: Film No. ~~17436~~ Negative. |
| | DEFECTS NOTED: |

| UNAIDED VA | | | SPH | CYL | AXIS | PRISM | BASE | CORR. TO |
|---|---|---|---|---|---|---|---|---|
| VOD 20/200 | DISTANT | OD | 1.25 | +0.25 | 10 | | | 20 |
| VOS 20/200 | DISTANT | OS | 1.75 | +0.50 | 05 | | | 20 |
| | ADD | OD | | | SEG. HEIGHT | | | |
| | ADD | OS | | | | | | |
| | READING | OD | | | | | | |
| | READING | OS | | | | | | |

PD 63/60 EYE SIZE 44 BRIDGE 22 TL 4½

REMARKS
RX WORN AT TIME OF ENTRY INTO MILITARY SERVICE

2. Rheumatic fever at age 7, no residua. NCD

S. N. HERSCHBERG
LT MC USNR

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| Male | Cau | SR | 273-11 | USN | Defense |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, Harold Eugene | 27 APR 46 Wyo | 777 58 53 |

11ND-NTC-(OP)-6150/1 (Rev. 7-62)

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

SS# 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 -2-

AR 705

P9

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| AUG 14 1964 | Examined this date and found physically qualified for transfer. |
| | T. P. JUDGE |
| | LT MC USNR |
| | Medical Officer |

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

17

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | U.S. NAVCOMTRACEN, PENSACOLA, FLA. |
| | 70 mm PHOTOFLUROSCOPIC EXAM. OF CHEST |
| | DATE: JAN 13 1965 |
| | NUMBER: 0379 |
| | RESULTS: NEGATIVE |
| | G A Marlowe Jr |
| MAR 05 1965 | NCTC, PENSACOLA, FLORIDA DATE Examined this date and found physically qualified for transfer. |
| | G A Marlowe Jr |
| | NSGA, FPO NY 09514 |
| 6 June 65 | Examined this date and found physically qualified for transfer |
| | S. J. LAZORCHAK HMC USN |
| | CTSN |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | CAU. | SA. | US NCTC | U. S. N | U. S. N D.O.D. |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| Six Harold Eugene | 27 April 1946 W/O | 777-88-53 |

Height 6' Weight 145 lbs State of birth Wyoming
SS# 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

AR 707

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

1.

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | N MOBILE PHOTOFLUOROGRAPHIC UNIT 17<br>NMS, NNMC, BETHESDA, MARYLAND |
| | O<br>DATE: SEP 22 1965 |
| | T<br>PHOTOFLUOGRAM # 052870 |
| | E<br>PHOTOFLUOROGRAPHIC EXAMINATION OF<br>THE CHEST ESSENTIALLY NEGATIVE |
| | U. S. NAVAL COMMUNICATION STATION,<br>WASHINGTON, D. C. 20390 |
| 2 May 66 | Examined this date and found to be<br>physically qualified for [illegible]<br>Defects noted: NONE<br>DEFECTIVE VISUAL ACUITY — NCD.<br>[signature] HM2 USN<br>Medical Department Representative |

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

8th WIN
ROOM 1815

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 19 APR 1965 | U. S. NAVAL DISPENSARY, NAVY DEPARTMENT, WASHINGTON 25, D.C. |

| | | | |
|---|---|---|---|
| Visual Acuity Unaided | O.D. 20/100 | Rx O.D. PH | =20/20 |
| | O.S. 20/100 | O.S. | =20/20 |
| Phorias LAT | | Type Seg. | Add O.D. |
| VERT | | | O.S. |

REMARKS: /s/

OPTHALMOSCOPIC: Fundi normal; media clear
OE neg.

| | | |
|---|---|---|
| RETINOSCOPY: | O.D. | =20/ |
| | O.S. | =20/ |
| MANIFEST: | O.D. −1.25 −0.50 × 90 | =20/20 |
| REFRACTION: | O.S. −1.25 −0.50 × 90 | =20/20 |

| | | |
|---|---|---|
| PHORIAS: | @ 20 Ft. Lat. | Vert: |
| | @ 13 In. Lat. | Vert: |
| NEAR PT FDGS: | NRA | NRC — CROSS CYL FOR NEAR |
| | PRA | PRC |

| | | | |
|---|---|---|---|
| FINAL RX: | O.D. 1.25 SPH −0.50 CYL AX 90 | | ADD |
| | O.S. 1.25 SPH −0.50 CYL AX 90 | | ADD |

RANGE THROUGH ADD: IN IN

SPECTACLES ORDERED: No. Pr.: 1 5-7
Type of Seg.:

FACIAL MEASURE: PD 65/62 EYE 44 BR 22 T.L.

GALLAGHER, M. P.
ENS MSC USNR

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | C | CTSN USN | | | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, Harold E | 4-27-46 | 777 58 53 |

SS# 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

AR 709

CHRONOLOGICAL RECORD OF MEDICAL CA
Standard Form 600

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

P9

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| A 4 Aug 66 | USS LIBERTY (AGTR-5) |
| | Diagnosis: Urethritis, Acute, Due to Gonococcus (0303) |
| | In line of duty, Not misconduct. DNEPTE |
| | CC: Urethral Discharge |
| | Date and place of exposure: LUANDA, ANGOLA |
| | PE: Essentially negative except for mucopurulent urethral discharge. Smear reveals many pus cells and many extra cellular gram negative diplococci morphologically resembling Nisseria Gonorrhea. |
| | RX: Procaine Penicillin Inj. 600,000 Units X 6 |
| D 4 Aug 66 | To duty under treatment and observation. |
| | VDRL DONE INITIALLY : |
| | VDRL AT 2 MONTHS : |
| | VDRL AT 4 Months : |
| | VDRL AT 6 MONTHS : |
| | J.C. Owens<br>J.C. OWENS<br>LT MC USNR |
| 6 FEB 67 | USS LIBERTY (AGTR-5) |
| | Physical examination done this date. Found physically qualified for reenlistment in USN. |
| | Urinalysis: Ess. negative |
| | VDRL: Not done |
| | Chest X-ray: Not done |
| | Defects noted: None noted |
| | R. W. Pratt<br>R. W. PRATT<br>LT MC USN |
| | 2 Feb 5 1983 |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | CAUC | CT3 | USS LIBERTY | | USN |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY—MONTH—YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, Harold E. | 27 Apr. 1966 | 777 58 53 |

16—67783-1

SS# 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

AR 710

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

1L 7

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | U.S. NAVAL AMPHIBIOUS BASE<br>CORONADO, CALIFORNIA 92155 |
| | DATE: SEP 21 1967 FILM# 1979-67 |
| | PHOTOFLUOROGRAPHIC X-RAY<br>EXAMINATION OF THE CHEST<br>ON 7mm FILM COMPLETED<br>THIS DATE. |
| | FINDINGS: WITHIN NORMAL LIMITS |