
AUDIOGRAM
NO.
NAME
OPERATOR
DATE
TIME
LEFT EAR
RIGHT EAR
500
1000
2000
3000
4000
6000
0
10
20
30
40
50
60
70
80
LEE SHEPARD
LITHOGRAPHERS
NEW YORK, N.Y. 10028

Case or Service No.

Name

Date Rank

Station

438918 TABCO

SIX, HAROLD EUGENE
LAST NAME FIRST INITIAL

18 W. USN
PLACE OF EXAMINATION

4-29-64 ONLY
DATE OF EXAMINATION

SELECTIVE SERVICE NO

AFES, LOS ANGELES, CALIFORNIA

TITLING CARD, PHOTOFLUOROGRAPHIC FILM

DD FORM 812, 1 NOV 54

**CLINICAL RECORD** | **ELECTROCARDIOGRAPHIC RECORD**

PREVIOUS ECG ☐ YES ☒ NO

CLINICAL IMPRESSION: Initial Flying Class III

MEDICATION:

☐ EMERGENCY ☒ ROUTINE ☐ BEDSIDE ☒ AMBULANT

| AGE | SEX | RACE | HEIGHT | WEIGHT | B.P. | SIGNATURE OF WARD PHYSICIAN | DATE |
|---|---|---|---|---|---|---|---|
| 25 | M | Cau | 73 | 145 | 130/70 | [illegible] Emerson | 2/Oct 71 |

RHYTHM:

AXIS DEVIATION (QRS):

RATES: AURIC. 60 VENT. 60

INTERVALS: PR .16 QRS .08 QT .34

P WAVES:

QRS COMPLEXES:

RS–T SEGMENT:

T WAVES:

UNIPOLAR EXTREMITY LEADS *(Specify)*

WNL

PRECORDIAL LEADS *(Specify)*

WNL

SUMMARY, SERIAL CHANGES, AND IMPLICATIONS:

ECG WNL – [illegible]

[illegible]

(Continue on reverse)

| NO. ECG | SIGNATURE OF PHYSICIAN | PATIENT'S IDENTIFICATION NO. | DATE |
|---|---|---|---|
| | Richard [illegible] Emerson | | |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

SIX, HAROLD E
E6, 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

| REGISTER NO. | WARD NO. |
|---|---|
| | |

ELECTROCARDIOGRAPHIC RECORD
(Attach Tracings to SF–507)

Standard Form 520
Revised April 1968
General Services Administration & Interagency Comm. on Medical Records
FPMR 101–11–809–3
520–105

GPO : 1969 O - 330-801

AR 714

1120



AR 715

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

# HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | USS AMERICA (CVA -66) FPO, N.Y. 09501 |
| 9 Jun 67 | DIAGNOSES: 1. Laceration of the dorsum of the third digit of the right hand with slight exposure of the extensor tendon. |
| | 2. Superficial shrapnel wound over the anterior surface of the right leg. |
| | 3. Small shrapnel wound over the right elbow. |
| | This 21 year old CT3 was admitted with the chief complaint of a painful right elbow and arm. |
| | Physical examination revealed a laceration of the dorsum of the third ~~fi~~ finger of right hand with slight exposure of the extensor tendon. There was a wound on the anterior aspect of the right leg. |
| | LABORATORY: X-rays do not reveal any fracture or shrapnel in the right hand. A fragment of shrapnel was noted in the right elbow superficial to the olecranion process. No fracture was noted. Urinalysis was WNL. |
| | WBC 8,300; N 71; bands 1; lymph 25; Hct 45. |
| | HOSPITAL COURSE: The patient was placed on streptomycin 0.5gm IM q 12 h for 5 days and then on procaine penicillin 600,000 units IM q 12 h. |
| | His wounds were debrided and then he was placed on wet-to-dry dressings. |
| | In view of the fact that he has an exposed extensor tendon of the 3rd |
| 16 June 1967 | digit, he is ~~being~~ transferred to StaHosp, Naples for further treatment. |
| | George A. Lussier<br>GEORGE A. LUSSIER<br>LT MC USN |
| | Approved:<br>J. J. GORDON<br>CDR MC USN |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| Male | Cauc | CT3 | Agtr*5 | USN | DOD |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, Harold | 27 Apr 46 | 777 58 53 |

16—67728-1
SS# 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

AR 716

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

IA 0109-201-6900

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| | U. S. NAVAL STATION HOSPITAL NAVSUPPACT FPO N.Y. 09521 |
| | In Line of Duty. |
| FT:17 Jun 67 | Addendum to the Narrative summary of 9 Jun 67: |
| | This patient arrived on Air Evacuation from the USS AMERICA on 17 Jun 67. He was in good condition and his wounds of the leg and and right hand were cleaned up nicely. He was taken to surgery on 18 Jun 67 and the wounds of the right tibia was closed. The skin defect was closed on the tarsum of the 3rd digit of the right hand. The wounds were dressed postoperatively and the patient is now able |
| T:21 Jun 67 | to continue his Air Evacuation to CONUS. |
| | J. E. CARR<br>LCDR, MC, USN |
| | APPROVED: R. LAWRENCE JR., CAPT, MC, USN |
| APR 71 | NAVCOMMSTA FPO S.F. 96656 |
| | Film dtd. 24 NOV 70 L knee #1353-70 |
| | Results; Technically unable to read. What is present looks normal. |
| | J.R. FRESHMAN /er<br>LT MC USNR |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | | GT3 | | USN | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY—MONTH—YEAR) | IDENTIFICATION NO. |
|---|---|---|
| SIX, Harold E. | | 777 58 53 |

SS# 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 HR#670128 **AR 717** CHRONOLOGICAL RECORD OF MEDICAL CARE Standard Form 600 11/10

RSC 4-4-68 9th 88 Liberty
9-16-68

SICK CALL TREATMENT RECORD
NAVMED 10 (REV. 3-58) FRONT

(TYPE OR PRINT BELOW IDENTIFICATION DATA)

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | FILE/SERVICE NUMBER | DATE OF BIRTH | |
|---|---|---|---|---|---|
| SIX, | HAROLD | E. | 777-58-53 | 4/27/46 | [X] USN [ ] USMC |

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND RANK/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| | Impr- Gonococcal urethritis |
| | Disp: 600,000 procaine PNC IM |
| | [signature] |
| 30 Jan '67 | USS Liberty (AGTR-5) |
| | To sickbay c urethral discharge & |
| | burning on urination. |
| | Gram's stain of smear reveals gram |
| | positive diplococci morphologically |
| | resembling Neisseria gonorrhea. |
| | Rx: (1) Pro Penicillin 1.2 mil u. Imstat, |
| | then 1.2 mil u. in AM. |
| | [signature] HM3 |
| 6 MAY 1967 | USS Liberty |
| | Complaint - Non productive cough, |
| | malaise |
| | Disp - (1) Actifed tab, q6h. |
| | (2) ASA gr X q4h (3) novahistine |
| | Exp tsp T q4h |
| | [signature] HM3 |

(Over)

AR 718

SICK CALL TREATMENT RECORD
NAVMED 10 (REV. 3-58) FRONT

(TYPE OR PRINT BELOW IDENTIFICATION DATA) CT3/NEMSTA

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | FILE/SERVICE NUMBER | DATE OF BIRTH | |
|---|---|---|---|---|---|
| SIX | Harold | Eugene | 777-58-53 | 27 April 46 | ☒ USN ☐ USMC |

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND RANK/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 18 SEP 1967 | Medical Department U. S. N. A. B. Coronado, California. Ck Rt hand - (M) finger - Minimal scar adhesion of dorsal tendon of 3rd mid phalanx. Mild ↓ ROM of flexion. gripping Exercises. [illegible] |
| 24 OCT 1967 | Medical Department U. S. N. A. B. Coronado, California. Rech Rt (M) finger ok. To Balboa. [illegible] |
| 29 JUN 1970 | US NAVCOMMSTA 96656 C/C of headache, stuffy feeling, denies chills & fever. T-98.6. Imp: Sinusitis Rx ① Actifed ② Tactrin. J. Moreland HM2/USN |

(Over)

SS# 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

NAVMED 10 (REV. 3-58) BACK

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND RANK/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 10 JUL 1970 | US NAVCOMMSTA 9665 C/o of Sinusitis |
| | Rx ① ASA for pain |
| | ② Fuss Ornade |
| | J Moreland |
| 15 JUL 1970 | US NAVCOMMSTA 9665 Same as above - Pain on Ⓡ side of Face |
| | ① Darvon Cmpd 6.5 |
| | J Moreland HM2 |
| 16 JUL 1970 | US NAVCOMMSTA 9665 CMO per above entries |
| | Prob mild sinusitis — |
| | ① Ornade |
| | ② Tetracycline |
| | Stone |



11645

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION 30 June 1967 | DATE OF DISCHARGE JUL 10 1967 (Sign and date at end of narrative) | NUMBER OF DAYS HOSPITALIZED |

Dg. 1: Laceration dorsum, right hand.
In line of duty. Not due to own misconduct.

1. Within command at work. HOSTILE ACTION.
2. On June 8, 1967 at approx. 1400 patient sustained his injury from shrapnel.

This 21 year old CT3, USN recevied metal fragment wounds to the right hand, right elbow and right leg on 8 June 1967 while aboard the USS LIBERTY. These wounds were closed secondarily. The right finger showed exposure of extensor tendon with apparently no separation. Skin repair 18 June 1967. Right leg showed a small ulcerating wound also repaired 18 June 1967 but with separation of the wound.

Elbow showed only small scar but on x-ray showed a small metal fragment in the soft tissue. Patient was otherwise within normal limits to examination, and on dressings the small leg wound measured approximately 1x2 cm and was closing. He was gaining increased flexion of the right middle finger of active exercise.

The patient is to be discharged to duty status which allows avoiding long standing.

Rev. Dg.2: Metal fragment wounds, right hand, right elbow and right leg.
In line of duty. Not due to own misconduct. Injury as above. HOSTILE ACTION.

Operation: None.

Middleton LCdr

(Use additional sheets of this form (Standard Form 502) if more space is required)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| A. G. MIDDLETON, LCDR MC USNR | DOB: 4-28-46 | 777 58 53 | CT3, USN |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)
SIX, HAROLD E.
NAVHOSP, SAN DIEGO, CALIF.
fk

APPROVED:
W. T. LINEBERRY, JR.
CAPT MC USN
CHIEF OF SURGERY

REGISTER NO. 672601
WARD NO.

NARRATIVE SUMMARY
Standard Form 502
502-108

SS#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

AR 721

H 46

SICK CALL TREATMENT RECORD

| DATE | NAME OF TREATING FACILITY — COMPLAINT — TREATMENT ADMINISTERED — SIGNATURE AND RANK/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 18 SEP 1967 | Medical Department U. S. N. A. B. Coronado, California |
| 24 OCT 1967 | Medical Department U. S. N. A. B. Coronado, California |

00572

AR 722

Enclosure (1) 1447

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A—32

☆ U. S. GOVERNMENT PRINTING OFFICE: 1966—230-846

**CLINICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

TO: Ortho Cl. Bolling
FROM: (Requesting ward, unit, or activity) Compliance
DATE OF REQUEST: 10/24/67

REASON FOR REQUEST (Complaints and findings)
21 y old wm CT3 c ↓ ROM (R) 3rd digit (R) hand 2° to scar formation from injury sustained in June 1967 1½ months of gripping exercises and massage has not ↑ ROM. Could you

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE: [signature]
APPROVED
PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL
☐ EMERGENCY ☐ ROUTINE

**CONSULTATION REPORT**

please evaluate (would ultrasound to the scar help this patient). Thank you

11.2.67
Hx reviewed —
Exam of hand reveals 5° limitation of flexion of P.I.P. joint long finger Rt hand. Limited by scar. No disability
Disp: No Rx indicated

(Continued on reverse side)

SIGNATURE AND TITLE: [signature]
DATE: 11-2-67
IDENTIFICATION NO.
ORGANIZATION

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)
REGISTER NO.
WARD NO.

Six, Harold, Eugene
777 58 53
CT3. SS#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

CONSULTATION SHEET
Standard Form 513
513—104—02

AR 723

1148