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

SICK CALL TREATMENT RECORD
NAVMED 6150/3 (REV. 12-67) FRONT
(Formerly NAVMED 10) S/N-0105-209-5030

(TYPE OR PRINT BELOW IDENTIFICATION DATA)

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | SERVICE/SOCIAL SECURITY NO. | DATE OF BIRTH | |
|---|---|---|---|---|---|
| SIX | HAROLD | EUGENE | 7775853 | 27 APR 46 | [X] USN [ ] USMC |

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND GRADE/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| | NKA |
| 21 AUG 1970 | US NAVCOMMSTA Recurring sinusitis treated c Ornade & Tetracycline X2 weeks starting 14 July c good results. Now lives off base s airconditioning states area around nose is painful P.en V/O Dr. Stone Rx (1) Ornade (2) Tetracycline JR Moreland |
| 23 SEP 1970 | US NAVCOMMSTA Start CTM T tab BID for sinus problem J Moreland HM1 |
| 11/3/70 | NCSP 96666 c/c Sore on R radial wrist. c-S Bacitracin oint [signature] |
| 29 NOV 70 | 0500 NCSP 91656 C/C pain tenderness (L) knee. Pt cannot recall any trauma. Wife states he went for a walk & returned with problem. Exam limited ROM & weight bearing. Can walk on leg c slight apparent pain because of wincing of face noted by this writer however pt kept over & over denying any |

SS# 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

(Over)

AR 724

00034

NAVMED 6150/3 (REV. 12-67) BACK

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND GRADE/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 29 Nov 70 | NCSP 966.51 type of pain. Pt had been drinking, drinking @ home when amb arrived but it is not considered by this writer that pt. was inebriated. X-Ray WNL on ~~[illegible]~~ initial reading. Rx with ace wrap, ice + elevation + Darvon cmpd 65 On returning pt home was informed by wife that she watched husband walking up street for appx 1 block + was walking normally. Once inside home pt started limping. J Moreland HM1 |
| 30 AUG 71 | NCSP 96656 C/O SORE THROAT c̄ NASAL CONGESTION + INTERMITTENT PRODUCTIVE COUGH - X 1 DAY. THROAT CLEAR. SWOLLEN (L) SUP ANT CERVICAL NODE. SMOKES 1 PPD PALLMALL (R) TM SLIGHTLY BULGING T-98° CHEST CLEAR. IMP: URI TC-panel flu Rx: AKA c̄ LIDOCAINE ASA ROBITUSSIN ACTIFED M W Day HM3 |
| 6 Dec 71 | NCSD - C/o sinus pain + congestion Rx ~~actifed~~ Zactrin Kechbusch HM3 |

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A-32

# CLINICAL RECORD — CONSULTATION SHEET

**REQUEST**

| TO: | FROM: (Requesting ward, unit, or activity) | DATE OF REQUEST |
|---|---|---|
| Prosthetic Consult<br>Dental Dept., Subic Bay | Dental Dept., NAVCOMMSTAPHIL | 18 June 1971 |

REASON FOR REQUEST (Complaints and findings)

Please evaluate for maxillary and mandibular dentures and possible re-restoration of tooth #5.

Thank you.

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| Wm F. LeMire, LT, DC, USNR | | ☐ BEDSIDE ☐ ON CALL | ☐ EMERGENCY<br>☐ ROUTINE |

**CONSULTATION REPORT**

Appointment- 30 JUNE 1045 Notified - 6/18/71

PPT — AUG - 1300

Will refer to Oral Surgery Department at Hospital for their evaluation. Perhaps a mandibular resection would be advisable.

19 Aug. 71 - Cephalometric studies initiated today - Anticipate that clinical impression of prognathic mandible and slight maxillary hypoplasia will be verified by these studies - Pt. is interested in corrective surgery which will improve his occlusion & possibly his appearance - Further studies planned - Since pt. will be in area for at least 1 yr. - the scheduling of surgery is anticipated —

J. E. Yeager
CDR, DC, USN

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| C. [illegible] Hansen | 30 June 71 | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

SIX, Harold E.
ETl, USN
18 June 1971
NAVCOMMSTAPHIL

CONSULTATION SHEET
Standard Form 513
513—104—02

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A—32

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—588437

**CLINICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

| TO: | FROM: (*Requesting ward, unit, or activity*) | DATE OF REQUEST |
|---|---|---|
| | | |

REASON FOR REQUEST (*Complaints and findings*)

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ EMERGENCY ☐ ROUTINE |
|---|---|---|---|
| | | | |

**CONSULTATION REPORT**

BP 41-82

Age 18
Bday Apr 27, '46.

Enuresis once a month age 16 more frequent previous to that, none since age 16.
3 months jobs, fired twice, for lateness.
9th grade educ. never expelled
no arrests. Desires submarine duty.
S-1

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| [illegible signature] | 4-29-64 | | |

| PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO. |
|---|---|---|
| Lix, Harold | | |

**CONSULTATION SHEET**
Standard Form 513
513-104

SICK CALL TREATMENT RECORD
NAVMED 6150/3 (REV. 12-67) FRONT
(Formerly NAVMED 10) S/N-0105-209-5030

(TYPE OR PRINT BELOW IDENTIFICATION DATA)

| (LAST NAME) | (FIRST NAME) | (MIDDLE NAME) | SERVICE/SOCIAL SECURITY NO. | DATE OF BIRTH | | |
|---|---|---|---|---|---|---|
| SIX, | Harold | Eugene | 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 | 27Apr40 | [X] USN | [ ] USMC |

| DATE | NAME OF TREATING FACILITY, COMPLAINT, TREATMENT ADMINISTERED, SIGNATURE AND GRADE/RATE OF PERSON ADMINISTERING TREATMENT |
|---|---|
| 6 DEC 1971 | NCSP, 96656 |
| 2030 | cc: Chills started 5 o'clock T=100.6 F |
| Emergency | RX 1) Bed rest |
| Visit | 2) liquid intake |
| | 3) ASA tabs ii q4h |
| | [signature] HM2 |
| 7 DEC 1971 | NCSP 96656 - chills persist states |
| | no fever since this AM - Ant Cerv |
| | lymph nodes swollen painful |
| | Throat: inflamed c̄ exudate |
| | Temp: 101.2 |
| | TC= |
| | Advise Gargle salt H2O |
| | Tylenol |
| | Actifed |
| | 48 Hours no duty [signature] HM3 |
| 26MAY72 | NCSP 96656 c/o 1" LACERATION (L) THUMB. WAS CUT |
| | WHILE CUTTING AN ONION. R: POLYSPORIN + TUBEX |
| | DRESSING, TT 0.5cc IM STAT |
| | [signature] HM2 |

(Over)

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION<br>3 JAN 1972 | DATE OF DISCHARGE<br>24 FEB 1972 | NUMBER OF DAYS HOSPITALIZED<br>56 |

(Sign and date at end of narrative)

This was the first USNH, Subic, RPI, admission for this 25-year-old Caucasian male, CTR-1/USN/ACT, who was admitted with a chief complaint of "my teeth don't come together".

HPI: At approximately age 9 years patient noticed that he could not "bite properly". In July, 1970, patient was examined by a dentist at NAVCOMSTA, San Miguel, R.P.I. , where it was recommended that a surgical procedure be performed for the correction of his mandibular prognathism. In August, 1971, patient was referred to U. S. Naval Hospital, Subic, on consultation from Naval Communications, San Miguel, RPI, regarding possible surgical correction of his malocclusion secondary to mandibular prognathism. The patient was admitted on 3 January 1972, for said surgical correction.

Past history and review of systems were significant in that patient had rheumatic fever at age 7 years and a heart murmur developed at that time. There was no murmur found on physical examination in 1964 at the time of U. S. Navy enlistment. Otherwise, past history and review of systems were essentially noncontributory regarding this admission.

Physical examination revealed a well-developed, slightly underweight, 25-year-old Caucasian male who was alert, cooperative, and in no acute distress. Examination of head and neck revealed patient to have a clinically prognathic mandible and slightly hypoplastic maxillae. Patient had gross malocclusion due to prognathic mandible and multiple missing teeth. Patient used glasses for correction of myopia. Physical examination was otherwise unremarkable.

Radiographic examination was reported as "negative chest study". Facial bone films revealed prognathic mandible. Hematologic examinations and urinalysis were within limits. VDRL was reported as nonreactive.

HOSPITAL COURSE AND TREATMENT: On 3 January 1972, the patient was admitted for surgical correction of his malocclusion. Preoperative work up was completed on 5 January 1972. Surgery for 6 January 1972 was deferred due to family emergency which required patient's presence at his home. Surgery was rescheduled. On 12 January 1972, in the Oral Surgery Clinic using sedation and local anesthesia a mandibular dental arch bar and a maxillary acrylic appliance were inserted using circumdental and transosseous wiring. On 13 January 1972 in the main operating room using nasotracheal general anesthesia, bilateral vertical osteotomies ~~and~~ mandibular rami and bilateral coronoidotomies were performed via Risdon type submandibular incisions. Patient's mandible was placed in a predetermined position with mandibular teeth keyed into maxillary acrylic appliance. Intermaxillary fixation was then established. ~~On~~

(Use additional sheets of this form (Standard Form 502) if more space is required) (cont'd)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| SIX, Harold E.<br>CTR1/USN USNAVCOMSTAPHIL<br>SS# 520 46 1848<br>USNH FPO SF 96651 | 120034 | B |

NARRATIVE SUMMARY
Standard Form 502
502-108

THIS COPY TO HEALTH RECORD

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |

(Sign and date at end of narrative)

On 10 February 1972, intermaxillary fixation was released on a trial basis for the purpose of determining the stability at osteotomy sites. Since a tendency toward slight anterior apertognathia without clinical mobility ~~and~~ of mandibular rami was noted, light anterior elastic traction was instituted. Mandible has remained clinically firm and patient is capable of masticating a dental soft diet. However, since the tendency toward slight anterior apertognathia is still evident, light elastic traction will be continued. Patient is being discharged to full duty, to be followed on an outpatient basis in the Oral Surgery Clinic. It is anticipated that fixation appliances will be removed in approximately 3 weeks and that patient will be able to obtain ~~prostatic~~ prosthetic replacements for missing teeth soon thereafter.

Final Diagnosis:

Dg. 1. GROSS MALOCCLUSION SECONDARY TO MANDIBULAR PROGNATHISM

Surg: 1. Bilateral vertical osteotomies in mandibular rami and bilateral coronoidotomies for surgical correction of gross malocclusion secondary to mandibular prognathism.

J. E. Yeager

J. E. YEAGER
CDR/DC/USN
Chief of Dental Services

APPROVED:

C. C. WIKE
LCDR MC USNR
Chief of Surgery

2

/acq 2-23-72 T.
2-23-72 D.

(Use additional sheets of this form (Standard Form 502) if more space is required)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 120034 | B |

SIX, Harold E.
CTR1/USN USNAVCOMSTAPHIL
SS# 520 46 1848
USNH FPO SF 96651

NARRATIVE SUMMARY
Standard Form 502
502-108

THIS COPY TO HEALTH RECORD

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| 26 MAY 72 | DISPENSARY, U. S. NAVCOMMSTA PHIL, FPO, SFRANCAL 96656 |
| | DIAGNOSIS: 1" laceration (L) thumb. ICDA NO.883.0) |
| | 1. Within Command - Liberty. |
| | 2. Patient was at home butting onions when the knife slipped off his |
| | hand cutting his hand. |
| | TREATMENT: Examined, polysporin and tubex dressing, TT 0.5cc I.M. STAT. |
| | To duty. |
| | H. P. F. NORBERG, LT MC USNR |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| SIX, Harold Eugen | | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT OR STATUS | DEPARTMENT OR SERVICE |
| | | NAVY | DOD |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | | CTR1 |
| SVC OR IDENTIFICATION NO. | | ORGANIZATION | |
| SSN: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 | | USNAVCOMMSTAPHIL | |

S/N 0109-201-6901

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 600
February 1969
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-103

Standard Form 603-A
Promulgated December 1958
By Bureau of the Budget
Circular A-32 (Rev.).

# HEALTH RECORD — DENTAL—Continuation

## SECTION III. ATTENDANCE RECORD

### 15. RESTORATIONS AND TREATMENTS (*Completed during service*)




REMARKS

### 16. SUBSEQUENT DISEASES AND ABNORMALITIES




REMARKS

### 17. SERVICES RENDERED

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| 14 Dec 71 | [illegible] [illegible] replaced perio dressing | 4 | [illegible] 96656 | |
| 18 DEC 71 | Replaced periopack | 4 | [illegible] 96656 | |
| 4 AUG 1972 | TYPE 3 EXAM | | R. B. GILLUM III LT., DC USNR | T.I.S.F. |
| 8 AUG 72 | imp RPD/BC | 4 | DM Grove, CDR DC USN NSTX | |
| 10 Sept 72 | RPD/RDD Del | | DM GROVE CDR DC USN NSTX | |
| | | | | |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

IDENTIFICATION NO.

AR 732



11-7

## SECTION III. ATTENDANCE RECORD

### 15. RESTORATIONS AND TREATMENTS (*Completed during service*)




REMARKS

### 16. SUBSEQUENT DISEASES AND ABNORMALITIES




REMARKS

### 17. SERVICES RENDERED

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| | | | | |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

IDENTIFICATION NO.

☆ U. S. GOVERNMENT PRINTING OFFICE : 1959—O—492318

DENTAL HEALTH QUESTIONNAIRE
NAVMED 6600/3 (12-70) S/N 0105-216-6630

| PATIENT'S LAST NAME - FIRST - MIDDLE | GRADE/RATE | | PHONE |
|---|---|---|---|
| Six, Harold E. | CT-1 | | 3255 |
| DUTY STATION/WARD/ADDRESS | AGE | SEX | SSN |
| NCSP | 25 | m | 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 |

| CHIEF COMPLAINT | DATE | CHIEF COMPLAINT | DATE |
|---|---|---|---|
| | | | |
| | | | |

CHECK AND SIGN

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| PRESENTLY UNDER CARE OF PHYSICIAN | | X | LIVER OR KIDNEY TROUBLE | | X |
| MEDICAL DIAGNOSIS: | | | MAJOR WEIGHT CHANGE | | X |
| ANY ALLERGIES OR SENSITIVITIES | | X | GROWTH OR TUMOR | | X |
| CONVULSIONS OR DIZZY SPELLS | | X | HIGH BLOOD PRESSURE | | X |
| RECENT ILLNESS | | X | TUBERCULOSIS | | X |
| ILL EFFECTS FROM INJECTIONS OF NOVOCAIN OR XYLOCAINE | | X | SINUS TROUBLE under treatment | X | |
| TOOTH EXTRACTION-DIFFICULTY | | X | HEART DISEASE/RHEUMATIC FEVER/MURMUR | | X |
| PROLONGED BLEEDING FROM CUTS, ETC. | | X | RECEIVING MEDICATION | | X |
| DIABETES OR JAUNDICE | | X | X-RAY TREATMENT | | X |

OTHER

| SIGNATURE (Patient's) | DATE | SIGNATURE (Dental Officer's) | DATE |
|---|---|---|---|
| X Harold E. Six | 18 Jun 71 | Wm. [illegible] Lt DC | 18 Jun 71 |

| RADIOGRAPHS | WET | DRY | DATE | RADIOGRAPHS | WET | DRY | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ROUTING/TREATMENT PLAN

AR 734

Standard Form 603
Rev. November 1953
Bureau of the Budget
Circular A—32 (Rev.)

11 ND-NTC(OP)6150/12 (9-62)

**HEALTH RECORD** | **DENTAL**

SECTION I. DENTAL EXAMINATION

| 1. PURPOSE OF EXAMINATION | 2. TYPE OF EXAM. | 3. DENTAL CLASSIFICATION |
|---|---|---|
| X INITIAL / SEPARATION / OTHER *(Specify)* | 1 X / 2 / 3 / 4 | 1 / 2 X / 3 / 4 / 5 |

4. MISSING TEETH AND EXISTING RESTORATIONS




REMARKS

PLACE OF EXAMINATION: PLACE DATE & SIGNATURE
DATE
SIGNATURE OF DENTIST COMPLETING THIS SECTION: SAME AS SECTION FIVE

5. DISEASES, ABNORMALITIES, AND X-RAYS




A. CALCULUS: SLIGHT / MODERATE / HEAVY

B. PERIODONTOCLASIA: LOCAL / GENERAL; INCIPIENT / MODERATE / SEVERE

C. STOMATITIS *(Specify)*: GINGIVITIS / VINCENT'S

D. DENTURES NEEDED *(Include dentures needed after indicated extractions)*

| FULL | | PARTIAL | |
|---|---|---|---|
| U | L | U | L |

ABNORMALITIES OF OCCLUSION–REMARKS

#6-11 Submerged

E. INDICATE X-RAYS USED IN THIS EXAMINATION

| FULL MOUTH PERIAPICAL | X POSTERIOR BITE-WINGS | OTHER *(Specify)* |
|---|---|---|

DATE: 12MAY64
PLACE OF EXAMINATION: USNTC SAN DIEGO, CALIF.
SIGNATURE OF DENTIST COMPLETING THIS SECTION: J T ADAMS LT DC USNR

SECTION II. PATIENT DATA

| 6. SEX | 7. RACE | 8. GRADE, RATING, OR POSITION | 9. ORGANIZATION UNIT | 10. COMPONENT OR BRANCH | 11. SERVICE, DEPT., OR AGENCY |
|---|---|---|---|---|---|
| M | CAU | SR | 273 11 | | USN |

| 12. PATIENT'S LAST NAME - FIRST NAME - MIDDLE NAME | 13. DATE OF BIRTH (DAY-MONTH-YEAR) | 14. IDENTIFICATION NO. |
|---|---|---|
| SIX HAROLD EUGENE | 27APR46 WYO | 777 58 53 |

☆ U. S. GOVERNMENT PRINTING OFFICE: 1961-606691

DENTAL
Standard Form 603
603-102-01

## SECTION III. ATTENDANCE RECORD

**15. RESTORATIONS AND TREATMENTS** *(Completed during service)*




REMARKS

**16. SUBSEQUENT DISEASES AND ABNORMALITIES**




REMARKS

**17. SERVICES RENDERED**

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| 14-MAY-64 | #14,15,16,17,18,11 - EXT - ANES | 3-4 | Dr. Parker - NTC, S. Diego, Calif. | |
| 14 MAY 64 | 1, 2, 3, 4, 29, 30 - EXT. - ANES. | 3-4 | E.J. [illegible] NTC S. DIEGO CALIF. | |
| 24 JUN 64 | PROPHY | | [illegible] NTC S. Diego, CALIF | |
| 24 JUN 64 | 7-D; 8-M, D - VAR - SIL CEM. - ANES. | 3-4 | [illegible] NTC S. Diego, CALIF | |
| | 7-M - $Ca(OH)_2$ - ACR. - ANES | | | |
| 25 JUN 64 | 20-F; 21-F - VAR - AM - ANES. | 3-4 | R.E. Cowan NTC S. Diego CALIF | |
| 1 JUL 64 | #28-F - VAR - Am. 31 - MO - Comb. Am | | R.E. Cowan NTC S DIEGO CALIF | |
| 1 ~~Jul 64~~ | Anes | 2-4 | | |
| 27 July 64 | Partial Max denture Rep. 3, 4, 10, 11, 14 | 2 | R.J. Newell NTC S Diego | |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

Standard Form 601
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

**HEALTH RECORD** | **IMMUNIZATION RECORD** | *All entries in ink to be made in block letters*

VACCINATION AGAINST SMALLPOX (*Number of previous vaccination scars*)

| | DATE | ORIGIN | BATCH NUMBER | RESULT* 2-3 DAYS | RESULT* 7-10 DAYS | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | 3/2/65 | NDC | | | | USNGTC Pensa, Fla | C.A. Marlowe Jr |
| 2 | 10 JUN 1966 | Wyeth | 496204 | Acc. | | USS LIBERTY (AGTR-5) | [illegible] |
| 3 | 16 MAY 1967 | Wyeth | 706003 | Acc | | " | [illegible] |
| 4 | 28 APR 1970 | Wyeth DF | 271701 | | | USNH, LONG BEACH | B. Lytle |
| 5 | 9/17/71 | NDC | 2477M0 | | | NCSP 46666 | [illegible] HM3 |
| 6 | | | | | | | |

*ENTER RESULTS AS: IMMEDIATE REACTION (*of immunity*); ACCELERATED REACTION (*Vaccinoid*); TYPICAL PRIMARY VACCINA

TRIPLE TYPHOID VACCINE

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/2/65 | 0.5cc | | C.A. Marlowe Jr | 7 | | | | |
| 2 | 10 JUN 1966 | 0.5cc | | [illegible] | 8 | | | | |
| 3 | 16 MAY 1967 | 0.5cc | none | [illegible] | 9 | | | | |
| 4 | 28 APR 1970 | 0.5cc | | B. Lytle | 10 | | | | |
| 5 | | | | | 11 | | | | |
| 6 | | | | | 12 | | | | |

TETANUS TOXOID

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MAY 11 '64 | | | | 4 | | | | |
| 2 | 3/2/65 | 0.5cc | | C.A. Marlowe Jr | 5 | | | | |
| 3 | AUG 19 1969 | | | | 6 | | | | |

SCHICK TESTING AND DIPHTHERIA IMMUNIZATION

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| TEST | | | | | TEST | | | | |
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

TYPHUS VACCINE

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/2/65 | 0.5cc | | C.A. Marlowe Jr | 4 | | | | |
| 2 | 10 JUN 1966 | 0.5cc | | [illegible] | 5 | | | | |
| 3 | 16 MAY 1967 | 0.5cc | None | [illegible] | 6 | | | | |

CHOLERA VACCINE

| | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME | | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 16 MAY 1967 | Lederle | 604-534 | [illegible] | 7 | | | | |
| 2 | 28 APR 1970 | .5cc | | B. Lytle | 8 | | | | |
| 3 | 4NOV70 | | | C.B. [illegible] HM | 9 | | | | |
| 4 | 9/17/71 | LEDERLE | 377-438 | [illegible] HM3 | 10 | | | | |
| 5 | | | | | 11 | | | | |
| 6 | | | | | 12 | | | | |

YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NO. | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | 10 JUN 1966 | [illegible] | [illegible]472 d | USS LIBERTY (AGTR-5) | [illegible] |
| 2 | | | | | |
| 3 | | | | | |

| SEX | RACE | GRADE, RATING OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | C | SA | USN | | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| Six Harold Eugene | 4-27-46 Wyo. | 7775853 |

IMMUNIZATION RECORD
Standard Form 601

SS# 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

AR 737

OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | REACTION | REMARKS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | MAY 1 1 '64 | Adeno-Virus | | | | L. J. FLEWELLING |
| 2 | NOV 0 8 '64 | Influenza | | | | L. J. FLEWELLING |
| 3 | MAY 1 1 '64 | Oral Polio Type I | | | | L. J. FLEWELLING |
| 4 | | Oral Polio Type II & III | | | | L. J. FLEWELLING |
| 5 | | Oral Polio Type I, II & III | | | | |
| 6 | NOV 6 1964 | Influenza Vaccine 1cc | | | | [illegible signature] |
| 7 | 10/66 | Influenza | 1cc | | | [illegible signature] HM1 |
| 8 | OCT 24 1967 | Flu | 1cc | | | [illegible signature] |
| 9 | Jun 69 | HK flu | 1cc | | | [illegible signature] |
| 10 | | | | | | |
| 11 | 2 Apr 70 | Plague #1 | 1cc | | | [illegible signature] |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |

SENSITIVITY TESTS (*Tuberculin, etc.*)

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | NOV 0 8 '64 | PPD-S 0.0001MG | | .01 ML INTRADERMAL | 0 MM INDURATION | L. J. FLEWELLING |
| 2 | | HISTOPLASMIN H-42 1:100 | | " " | 8 MM INDURATION | L. J. FLEWELLING |
| 3 | | PPD ATYPICAL B 0.0001 MG | | " " | 0 MM INDURATION | L. J. FLEWELLING |
| 4 | | PPD ATYPICAL 0.0001 MG | | " " | 0 MM INDURATION | L. J. FLEWELLING |
| 5 | OCT 24 1967 | PPD | .1cc | I.D | | [illegible signature] |
| 6 | 13 JUN 1969 | P.P.D. | .1cc | I.D | 0 MM | [illegible signature] |
| 7 | 9/9/71 | PPD | 0.1cc | ID | | |
| 8 | 6/17/71 | PPD | 0.000146 | ID | | |
| 9 | | | | | | |
| 10 | | | | | | |

REACTIONS (*To transfusions, drugs, sera, foods, allergens, etc.*)

| | DATE | AGENT | TYPE OF REACTION | SEVERITY | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

BLOOD TYPING

| | DATE | TYPE (*International*) | Rh FACTOR | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 1 | MAY 1 1 '64 | BLOOD TYPE O | POS. | |
| 2 | | | | |
| 3 | | | | |

REMARKS AND RECOMMENDATIONS (*Including history of diseases for which any of the above immunizing agents were given with year and place of attack*)

AR 738

THIS RECORD IS ISSUED IN ACC[ORD]ANCE WITH ARTICLE 95, WHO SANITARY [REGUL]ATION NO. 2.

Standard Form 603
Rev. November 1953
Bureau of the Budget
Circular A—32 (Rev.)

11 ND-NTC-(OP)-6150/12 (9-62)

**HEALTH RECORD** — **DENTAL**

## SECTION I. DENTAL EXAMINATION

1. PURPOSE OF EXAMINATION: X INITIAL | SEPARATION | OTHER *(Specify)*

2. TYPE OF EXAM.: 1 X | 2 | 3 | 4

3. DENTAL CLASSIFICATION: 1 | 2 X | 3 | 4 | 5

4. MISSING TEETH AND EXISTING RESTORATIONS




REMARKS

Bleeding
Plaque
Debris

PLACE OF EXAMINATION: PLACE DATE & SIGNATURE

DATE

SIGNATURE OF DENTIST COMPLETING THIS SECTION: SAME AS SECTION FIVE

5. DISEASES, ABNORMALITIES, AND X-RAYS




A. CALCULUS: SLIGHT | MODERATE | HEAVY

B. PERIODONTOCLASIA: LOCAL | GENERAL; INCIPIENT | MODERATE | SEVERE

C. STOMATITIS *(Specify)*: GINGIVITIS | VINCENT'S

D. DENTURES NEEDED *(Include dentures needed after indicated extractions)*: FULL U | L; PARTIAL U | L

ABNORMALITIES OF OCCLUSION–REMARKS

#6-11 Submerged

E. INDICATE X-RAYS USED IN THIS EXAMINATION: FULL MOUTH PERIAPICAL | X POSTERIOR BITE-WINGS | OTHER *(Specify)*

DATE: 12MAY64

PLACE OF EXAMINATION: USNTC SAN DIEGO, CALIF.

SIGNATURE OF DENTIST COMPLETING THIS SECTION: J T ADAMS LT DC USNR

## SECTION II. PATIENT DATA

| 6. SEX | 7. RACE | 8. GRADE, RATING, OR POSITION | 9. ORGANIZATION UNIT | 10. COMPONENT OR BRANCH | 11. SERVICE, DEPT., OR AGENCY |
|---|---|---|---|---|---|
| M | CAU | SR | 273 11 | | USN |

| 12. PATIENT'S LAST NAME - FIRST NAME - MIDDLE NAME | 13. DATE OF BIRTH (DAY-MONTH-YEAR) | 14. IDENTIFICATION NO. |
|---|---|---|
| SIX HAROLD EUGENE | 27APR46 WYO | 777 58 53 |

U. S. GOVERNMENT PRINTING OFFICE: 1961—606591

DENTAL
Standard Form 603

## ON III. ATTENDANCE REC

| STORATIONS AND TREATMENTS (Completed during service) | 16. SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|
|  |  |
| REMARKS Complete operative then to Pros. — | REMARKS pro. [illegible] 2 apr 69 MILD PERIO |

**17. SERVICES RENDERED**

| DATE | DIAGNOSIS–TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| 14-MAY-64 | # 1,14,15,16,17,18 – EXT – ANES | 3-4 | Dr. Costa, NTC S. Diego, California | |
| 14 MAY 64 | 1,2,3,4, 29, 30 – EXT. – ANES. | 3-4 | F.J. [illegible], NTC S. DIEGO, CALIF. | |
| 24 JUN 64 | PROP | | NTC, S. Diego | CALIF |
| 24 JUN 64 | 7-D; 8-M, D + VAR – Sil Cem – ANES.; 7-M – Ca(OH)$_2$ – ACR – ANES. | 3-4 | R.E. [illegible] NTC, S. Diego | CALIF |
| 25 JUN 64 | 20-F; 21-F – VAR – AM – ANES. | 3-4 | R.E.Cowan NTC S. DIEGO | CALIF |
| 1 JUL 64 | 28-F. Varn. AmB. 31-MO – Cem B. Am Anes | 2-4 | R.E.Cowan NTC S DIEGO | CALIF |
| | | 2 | R.J.Newell NTC S. DIEGO | CALIF |
| 27 JUL 64 | PART. MAX. denture REP. 3,4,13,14 | 2 | RJNewell NTC SDCalif | |
| [illegible] | TYPE III EXAM (RECORD VERIFIED). | II | U. S. S. Vulcan AR 5 | |
| 25 Mar 69 | 12-13 – EXT – Anes. Dursin – Pen. | 4 | Lt [illegible] D. McClanon [illegible] | |
| 11 April 69 | # 9-M-D- Dur – Sar – Am | III | S[illegible] Powers Lt NAB Cor[illegible] | |
| 10 Jul 70 | TYPE II EXAM | III | R.C. Brandt LT NCSP | 96656 |
| 15 Oct 70 | 8-9, M-D; Cavity Var Sil Cem Anes | III | R.C. Brandt 96656 | |
| 21 Oct 70 | 2C1 – PRO – SNF$_2$ tr. | III | R.Holmes NCSP | 96656 |
| 18 MAY 71 | # 28 + DO-F – cavitec, copalite, am. #27 – F – copalite, silicate, anes | 3 | R.C. Brandt LT. 96656 | |
| 24 MAY 71 | # 20 + # 21 – F – cavitec, copalite, am. anes | 3 | R.C. Brandt LT. 96656 | |
| 18 Jun 71 | #5-[illegible] Var-Am, #6-M #7-D Sil [illegible] | 4 | [illegible] 96656 | |
| 29 June 71 | 2C1 – PRO | 4 | R.Holmes 96656 | |
| 14 Aug. 71 | 2C1 – PRO | 4 | R.Holmes 96656 | |
| 19 Aug 71 | Oral Surg. Consult re. gross malocclusion associated c̄ facial bone deformity | | J. E. Yeager, NAVHOSP, Subic, R.P. | |
| 7 SEPT 71 | FAILED APPT. | 4 | LCDR D.R. Callen 96656 | |
| 17 SEPT 71 | #24 – DO – VAR. – SIL; #23 – MO – VAR – SIL – ANES. | 4 | LCDR D.R. Callen 96656 DaNang AFLD RVN | |
| 21 OCT 71 | Initial Fly Phys, SF-88. Exam T-3 | 2 | JC CLOWER LTCDL | JCC |
| 2 Dec 71 | 5 + 32 – Ext – 3BSS – Anes – Prophy Pen. x 5d | 2 | J. E. Yeager NAVHOSP SUBIC | |
| 6 Dec. 71 | 3 Sut. Removed | 2 | R.Balmes 96656 | |
| 9 Dec 71 | filed off sharp ledge of bone in area #5 social placed 2GE [illegible] pack to cover denuded area palatal #5 area | 4 | Wm F. LeMire 96656 | |

PATIENT'S LAST NAME–FIRST NAME–MIDDLE NAME

☆ U. S. GOVE

AR 740

Standard Form 501
(Revised August 1954)
Bureau of the Budget
Circular A—32 (Rev.)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1966—299-788

**CLINICAL RECORD** | **DIAGNOSTIC SUMMARY**

| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |
|---|---|---|
| 3 Jan. 1972 | 24 Feb. 1972 | 52 |

CLINICAL DIAGNOSES

Gross malocclusion secondary to mandibular prognathism. 524.1

OPERATIONS

Bilateral vertical osteotomies in mandibular rami and bilateral coronoidotomies for surgical correction of gross malocclusion secondary to mandibular prognathism. 97.1

THERAPEUTIC PROCEDURES AND OTHER FACTORS OF CLINICAL INTEREST

0

PATHOLOGICAL DIAGNOSES

0

| CAUSE OF DEATH | | | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| | THIS DOES NOT MEAN THE MODE OF DYING, SUCH AS HEART FAILURE, ASTHENIA, ETC., IT MEANS THE DISEASE, INJURY, OR COMPLICATIONS WHICH CAUSED DEATH. | IA. DISEASE OR CONDITION DIRECTLY LEADING TO DEATH | |
| *(Do not enter more than one cause per line for items a, b, and c)* | ANTECEDENT CAUSES MORBID CONDITIONS, IF ANY, GIVING RISE TO THE ABOVE CAUSE (ITEM A) STATING THE UNDERLYING CAUSE LAST. | B. DUE TO (OR AS A CONSEQUENCE OF) | |
| | | C. DUE TO (OR AS A CONSEQUENCE OF) | |
| | THIS MEANS CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RELATED TO THE DISEASE OR CONDITION CAUSING DEATH. | II. OTHER SIGNIFICANT CONDITIONS | |

IF FOUND RETURN TO SNH FPO SAN FRANCISCO

FEB 23 REC'D

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| J. L. Yeager CDR (DC) USN | 2/23/72 | | |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| 120034 P 520 46 1848 SIX, HAROLD E CTR1/N | 120034 | |

DIAGNOSTIC SUMMARY
Standard Form 501
501-106