Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |
| 3 JAN 1972 | 24 FEB 1972 | 56 |

(Sign and date at end of narrative)

This was the first USNH, Subic, RPI, admission for this 25-year-old Caucasian male, CTR-1/USN/ACT, who was admitted with a chief complaint of "my teeth don't come together".

HPI: At approximately age 9 years patient noticed that he could not "bite properly". In July, 1970, patient was examined by a dentist at NAVCOMSTA, San Miguel, R.P.I. , where it was recommended that a surgical procedure be performed for the correction of his mandibular prognathism. In August, 1971, patient was referred to U. S. Naval Hospital, Subic, on consultation from Naval Communications, San Miguel, RPI, regarding possible surgical correction of his malocclusion secondary to mandibular prognathism. The patient was admitted on 3 January 1972, for said surgical correction.

Past history and review of systems were significant in that patient had rheumatic fever at age 7 years and a heart murmur developed at that time. There was no murmur found on physical examination in 1964 at the time of U. S. Navy enlistment. Otherwise, past history and review of systems were essentially noncontributory regarding this admission.

Physical examination revealed a well-developed, slightly underweight, 25-year-old Caucasian male who was alert, cooperative, and in no acute distress. Examination of head and neck revealed patient to have a clinically prognathic mandible and slightly hypoplastic maxillae. Patient had gross malocclusion due to prognathic mandible and multiple missing teeth. Patient used glasses for correction of myopia. Physical examination was otherwise unremarkable.

Radiographic examination was reported as "negative chest study". Facial bone films revealed prognathic mandible. Hematologic examinations and urinalysis were within limits. VDRL was reported as nonreactive.

HOSPITAL COURSE AND TREATMENT: On 3 January 1972, the patient was admitted for surgical correction of his malocclusion. Preoperative work up was completed on 5 January 1972. Surgery for 6 January 1972 was deferred due to family emergency which required patient's presence at his home. Surgery was rescheduled. On 12 January 1972, in the Oral Surgery Clinic using sedation and local anesthesia a mandibular dental arch bar and a maxillary acrylic appliance were inserted using circumdental and transasseous wiring. On 13 January 1972 in the main operating room using nasotracheal general anesthesia, bilateral vertical osteotomies ~~and~~ mandibular rami and bilateral coronoidotomies were performed via Risdon type submandibular incisions. Patient's mandible was placed in a predetermined position with mandibular teeth keyed into maxillary acrylic appliance. Intermaxillary fixation was then established. ~~On~~

(Use additional sheets of this form (Standard Form 502) if more space is required) (cont'd)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| | 120034 | B |

SIX, Harold E.
CTR1/USN USNAVCOMSTAPHIL
SS# 520 46 1848
USNH FPO SF 96651

NARRATIVE SUMMARY
Standard Form 502
502-108

Standard Form 502
Rev. August 1954
Bureau of the Budget
Circular A 32

| CLINICAL RECORD | NARRATIVE SUMMARY | |
|---|---|---|
| DATE OF ADMISSION | DATE OF DISCHARGE | NUMBER OF DAYS HOSPITALIZED |
| | | |

(Sign and date at end of narrative)

On 10 February 1972, intermaxillary fixation was released on a trial basis for the purpose of determining the stability at osteotomy sites. Since a tendency toward slight anterior apertognathia without clinical mobility ~~and~~ in mandibular rami was noted, light anterior elastic traction was instituted. Mandible has remained clinically firm and patient is capable of masticating a dental ~~sent~~ diet. However, since a tendency toward slight anterior apertognathia is still evident, light elastic traction will be continued. Patient is being discharged to full duty, to be followed on an outpatient basis in the Oral Surgery Clinic. It is anticipated that fixation appliances will be removed in approximately 3 weeks and that patient will be able to obtain ~~prostatic~~ prosthetic replacements for missing teeth soon thereafter.

Final Diagnosis:
Dg. 1. GROSS MALOCCLUSION SECONDARY TO MANDIBULAR PROGNATHISM

Surg: 1. Bilateral vertical osteotomies in mandibular rami and bilateral coronoidotomies for surgical correction of gross malocclusion secondary to mandibular prognathism.

J. E. Yeager
J. E. YEAGER
CDR/DC/USN
Chief of Dental Services

APPROVED:

C. C. WIKE
LCDR MC USNR
Chief of Surgery

2

/acq 2-23-72 T.
2-23-72 D.

(Use additional sheets of this form (Standard Form 502) if more space is required)

| SIGNATURE OF PHYSICIAN | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| 120034 | B |

SIX, Harold E.
CTR1/USN USNAVCOMSTAPHIL
SS# 520 46 1848
USNH FPO SF 96651

NARRATIVE SUMMARY
Standard Form 502
502-108

AR 743

Standard Form 504
Rev. August 1954
Promulgated
by Bureau of the Budget
Circular A-32 S/N 0109-201-1703

**CLINICAL RECORD** | **HISTORY—Part I**

NATURE AND DURATION OF COMPLAINTS *(Include circumstance of admission)*

1/3/71 This is the 1st USNH, SUBIC, RPI, admission for this 25 y.o. Cau-♂, CTR-1/USN/ACT, who is being admitted c̄ a c.c. of "my teeth don't come together".

J. E. Yeager

**HISTORY OF PRESENT ILLNESSES**

1/3/71 At approx. age 9 yrs pt. noticed that he could not "bite properly". Pt. did not seek treatment at that time. In July, 1970, pt. was examined by a dentist at NAVCOMSTA, San Miguel, R.P.I, where it was recommended that a surgical procedure be performed for the correction of his mandibular prognathism. Restorative dentistry was accomplished for remaining teeth and in Aug., 1971, pt. was referred to USNH, Subic, on consultation re possible surgical correction of his mandibular prognathism. Evaluation revealed a clinically slightly hypoplastic maxilla & a

*(Continue on reverse side)* (OVER)

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

120034 P 520 46 1841
SIX, HAROLD E CTR1/

REGISTER NO. | WARD NO.

HISTORY—Part 1
Standard Form 504

prognathic mandible - Surgical correction was proposed & explained to pt - Pt. is being admitted on this date for surgical correction of malocclusion via vertical osteotomy procedures in mandibular rami -

J. E. Yeager

## HISTORY—Part 3

SYSTEM REVIEW

INSTRUCTIONS.—*Include (1) GENERAL, (2) HEAD [Including (3) EYE, (4) EAR, (5) NOSE and (6) THROAT], (7) NECK, (8) RESPIRATORY, (9) CARDIOVASCULAR, (10) GASTROINTESTINAL, (11) GENITO-URINARY [and (12) GYNECOLOGICAL], (13) HEMOPOIETIC, (14) LYMPHATIC, (15) MUSCULO-SKELETAL and (16) NEURO-PSYCHIATRIC SYSTEMS.*

① Has enjoyed good health in general

② Head — Sinusitis — occasional severe headaches — oneq. 2m

③ Eyes — Wears glasses (myopia).

④ Ears — ∅

⑤ Nose — ∅

⑥ Throat — Tonsillectomy (age 6yrs) — no hx of recurrent infections or inflam. of throat —

⑦ Neck — ∅

⑧ Respiratory — ∅

⑨ C-V — Rheumatic fever followed by Ⓜ x ? yrs. — was not present according to physician when he enlisted in 1964.

⑩ G.I. — ∅

⑪ G.U. — V.D. - 1967 + 1971 — Neg. hx for kidney disease

⑫ GYN — N/A

⑬ Hemopoietic — No blood dyscrasias

⑭ Lymphatic — ∅

⑮ M/S — Ⓡ middle finger cannot be flexed fully due to injury in 1967.

⑯ N/P — Has never been treated by Psychiatrist. Paresthesia involving Ⓡ middle finger since 1967.

SIGNATURE OF PHYSICIAN: J. E. Hager CDR/DC/USN

DATE: 1/3/72

1.

Standard Form 505
Rev. August 1957
Bureau of the Budget
Circular A—32 (Rev.)

**CLINICAL RECORD** | **HISTORY—Part 2**

**PAST HISTORY**

INSTRUCTIONS.—*Include (1) OCCUPATION (Civilian and military), (2) MILITARY HISTORY (Include geographic locations and dates), (3) HABITS (Alcohol, tobacco, and drugs), (4) FAMILY HISTORY, (5) CHILDHOOD ILLNESSES, (6) ADULT ILLNESSES, (7) OPERATIONS, (8) INJURIES, and (9) DRUG SENSITIVITIES AND ALLERGIC REACTIONS.*

1/3/72

① Occupation — Civ. Dishwasher
Mil. - 1964 - Communications Technician

② Mil. Hx 1964 - Calif. → Fla. (64-65) → Ger. (65) → Wash. D.C. (65-66)
→ USS Liberty (66-67) (Mediterranean) → San Diego (67-69) → R.P.I. (69-72)

③ Habits
ⓐ Alcohol — 1 beer/da.
ⓑ Cig. — ii pks./da.
ⓒ Drugs — ∅

④ Family Hx
Parents - M - A + W except for arthritis
F - died '52 - "heart problem"

Sibblings - 1 ♂ - A — has beriberi
1 ♀ - A + W

⑤ Childhood Illnesses - UCHD — Had Rheumatic Fever (age 7) c̄ ⓜ — no ⓜ at time of USN enlistment

⑥ Adult Illnesses - Sinusitis + flu

⑦ Operations - Repair of lacerations (1967) following shrapnel injury

⑧ Injuries - Shrapnel injury (1967) - Ⓡ middle finger, Ⓡ elbow and Ⓡ lower leg.

⑨ Allergic to cats — no other known allergies
Has never had a blood transfusion - J. E. Yeager

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

S/N 0109-201-1902

HISTORY (Parts 2 and 3)
Standard Form 505
505-104

Standard Form 506
Revised August 1954
Bureau of the Budget
Circular A-32 (Rev.)

0109-201-1901

**CLINICAL RECORD** | **PHYSICAL EXAMINATION**

| DATE OF EXAM. | HEIGHT | WEIGHT AVERAGE | WEIGHT MAXIMUM | WEIGHT PRESENT | TEMPERATURE | PULSE | BLOOD PRESSURE |
|---|---|---|---|---|---|---|---|
| 8 Jan 72 | 73" | | | 150 | 98 | 80 | 126/80 |

*INSTRUCTIONS.—Describe (1) General Appearance and Mental Status; (2) Head and Neck (General); (3) Eyes; (4) Ears; (5) Nose; (6) Mouth; (7) Throat; (8) Teeth; (9) Chest (General); (10) Lungs; (11) Cardiovascular; (12) Abdomen; (13) Hernia; (14) Genitalia; (15) Rectum; (16) Prostate; (17) Back; (18) Extremities; (19) Neurological; (20) Skin; (21) Lymphatics.*

(1) General Appearance – Well developed, slight (underweight), 25 y.o. Cau. ♂ who is alert, cooperative & in NAD.

(2) Head & Neck (General) – Clinically, prognathic mandible and slightly hypoplastic maxillae. Otherwise normocephalic. Prominent submandibular node on (R) – Trachea midline –

(3) Eyes – PERRLA – FROM of both globes – Periph. vision WNL. Fundoscopic deferred – [Pt. uses glasses (myopia)]

(4) Ears – EAC's & TM's WNL – no inflam. or signs of infection. Moderate am't of cerumen – Auditory function grossly intact.

(5) Nose – Septum essentially ś deviation – both nostrils patent – Mucosa slightly inflammed –

(6) Mouth – Healing dental socket #32 – No masses noted –

(7) Throat – Not inflammed – Residual palatine tonsilla tags. No masses noted in oropharynx –

(8) Teeth – Gross malocclusion. Missing all but 4 max. teeth. Missing all molars and premolars (mandible) except (R) 2nd molar & 1st PM and (L) 1st & 2nd PM's – Remaining teeth are in sat. state of repair –

Impression: Gross malocclusion 2° to mandibular prognathism and multiple missing teeth –

J. E. [signature]
CDR/DC/USN

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

PHYSICAL EXAMINATION
Standard Form 506
506 10"

Standard Form 516
Rev. August 1954
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **OPERATION REPORT**

PREOPERATIVE DIAGNOSIS

Gross malocclusion secondary to mandibular prognathism and multiple missing teeth

| SURGEON | FIRST ASSISTANT | SECOND ASSISTANT | |
|---|---|---|---|
| J. E. YEAGER, CDR DC USN | S. OLSON, DT2/USN | - - - | |
| ANESTHETIST | ANESTHETIC | | TIME BEGAN 1530 / TIME ENDED ON |
| J. E. YEAGER, CDR DC USN | 2% Lidocaine with 1:100,000 epinephrine | | |
| SURGICAL NURSE | INSTRUMENT NURSE | TIME OPERATION BEGAN | TIME OPERATION COMPLETED |
| - - - | DT2 OLSON | 1600 | 1715 |

| OPERATIVE DIAGNOSES | DRAINS (*Kind and number*) | SPONGE COUNT VERIFIED |
|---|---|---|
| SAA | - - - - | - - - - |

MATERIAL FORWARDED TO LABORATORY FOR EXAMINATION

NONE

OPERATION PERFORMED

1) Application of mandibular arch bars
2) Application and Fixation of maxillary surgical splint

| DESCRIPTION OF OPERATION (*Type(s) of suture used, gross findings, etc.*) | MAJOR | MINOR | DATE OF OPERATION |
|---|---|---|---|
| | | X | 12 Jan 72 |

In the Oral Surgery Clinic, the patient was prepared and draped in the usual manner for an oral surgical procedure. An IV solution of 5% dextrose in water was started using a vein in dorsum of left hand. Intravenous Demeral sedation was then administered and was given later in additional doses as necessary. A total of 100 mg of Demerol was given. Local anesthesia was obtained in area of maxilla and mandible using infiltration and block injections of 2% Lidocaine containing 1: 100,000 parts of Epinephrine. An Erich type arch bar was contoured and fixed to mandibular dental arch using circumdental wiring. An acrylic maxillary appliance, design to key mandible and to proper position upon completion of planned vertical osteotomies in mandibular rami, was ligated to the 4 remaining maxillary teeth using .016 stain-

(next page)

1

| SIGNATURE OF SURGEON | DATE |
|---|---|
| J. E. YEAGER, CDR DC USN, Chief of Dental Service | 12 Jan 72 |

| PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO. |
|---|---|---|
| SIX, H. E.<br>CTR1/USN<br>USNH FPO SF 96651 | 120034 | B |

OPERATION REPORT
Standard Form 516
516-103
0109-201-4302

**PHYSICAL EXAMINATION**

9. Symmetrical & equal in caution & expansion
10. Clear
11. RSR, no MRG
12. Non-tender; no tenderness on organomegaly
13. None
14. Grossly normal
15. No lumbar; rectal mass no tenderness
16. Not Tender
17. no CVA tenderness
18. No deformities
19. 21. Essentially normal

**INITIAL IMPRESSION**

See over

**SIGNATURE OF PHYSICIAN**

[illegible signature]

Standard Form 507
(Revised August 1954)
Promulgated by
Bureau of the Budget
Circular A-32

| CLINICAL RECORD | Report on SIX, H. E., CTR1/USN<br>or<br>Continuation of S. F. 516 - Operation Report<br>(Strike out one line) (Specify type of examination or data) |
|---|---|

(Sign and date)

less steel circumdental wires. Posterior fixation of maxillary appliance to alveolus was obtained by using 5 Krischner wires which passed thru buccal flange of appliance, then thru alveolus and finally thru palatal portion of appliance. Three Kirschner wires were used on left side and 2 were used on right side.

The patient tolerated the procedure well and was returned to Ward B in a satisfactory condition.

J. E. Yeager
J. E. YEAGER
CDR DC USN
Chief of Dental Service

/jmr 1/24/72

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| SIX, Harold E.<br>CTR1/USN<br>USNH FPO SF 96651 | 120034 | B |

REPORT ON ______ or CONTINUATION OF ______

Standard Form 507
507-104

Standard Form 517
Rev. July 1959
Bureau of the Budget
Circular A—32 (Rev.)

## CLINICAL RECORD — ANESTHESIA

ANESTHETIC: Halothane, $N_2O$, OXYGEN, $CO_2$ ABSORP.

HOUR: 1030 | 30 | 1150 | 30 | 1200 | 30 | 1300 | 30

LEVEL OF ANAL-ANES.

CODE: ● PULSE, ○ RESP., V Λ B. P., X ANES., ⓞ OPER., T TOURN.

FLUIDS: B BLOOD, N SALINE, G 5% G/W, DX EXPAND.

120/70

86/—

NUMBERS FOR REMARKS

Ringers #16 IV — to RR — to ward

POSITION: supine

**INDUCTION**
SATIS. ✓
UNSATIS. AND WHY

**REMARKS**
X – 1012
ⓖ – 1043
ⓞ – 1500
⊗ – 1510

Extubated w/out any difficulty

AGENTS AND TECHNICS: Halothane, $N_2O$ + $O_2$ / Sod Pent. 2.7 300 mg / Anectine 70 mg / OTC = 3 mg / Precordial scope, ECKG

ENDOTRACHEAL: SIZE #36 BLADE Shadler #3 ORO NASO ✓ CUFF ✓ PACK G.C. on

REMARKS: atraumatic X 1

**RECOVERY**
REFLEX IN O.R.
EMESIS
ASPIR.
EXCITEMENT
HYPOTENSION
OTHERS

| OPERATION PERFORMED | TOTAL FLUIDS | NAME(S) OF SURGEON(S) |
|---|---|---|
| Bilateral mandibular osteotomies & coronoidotomies | Ringers 1300cc | Yeager, Sarty, Cosimotti; Signature of Anesthetist: Esparolone |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO. | WARD NO. B | DATE Jan 13/72

S/N 0109-201-4404

**ANESTHESIA**
Standard Form 517
517-107

Six, Harold

11 0109-201-2102
Standard Form 508
Rev. August 1954
Bureau of the Budget
Circular A-32

**CLINICAL RECORD** | **DOCTOR'S ORDERS** (Sign all orders)

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| 3 Jan 72 | | (1) Admit to Ward B c̄ a dx of "Gross malocclusion secondary to mandibular prognathism" | | |
| | | (2) Regular diet | | |
| | | (3) Class 3 pt | | |
| | | (4) WBC count, H and H, VDRL | | |
| | | (5) Urinalysis (R+M) | | |
| | | (6) Chest X-rays (PA + LAT.) | | |
| | | (7) Complete physical examination | J. E. Yeager | Bowman |
| 3 Jan. 71 | | (1) Pt. has my permission to be away from hospital this evening until 2200 | J. E. Yeager | Bowman |
| Jan 4/72 | | Pre op orders: NPO after 2400 hr. Demerol 100 mg IM at Atropine 0.6 mg 0630 | [signature] | |
| 5 Jan. 72 | | (1) T + C 2 units whole blood | | TG |
| | | (2) PT, PTT, Bleeding time, Platelet Count | | TG |
| | | (3) Op permit signed + witnessed | | TG |
| | | (4) NPO after 2400 today (OVER) | | TG |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

DOCTOR'S ORDERS
Standard Form 508
508-105

AR 753

## PREANESTHETIC SUMMARY

| OPERATION PROPOSED | AGE | WEIGHT (LBS.) | SPECIAL INFORMATION |
|---|---|---|---|
| Bilateral [illegible] [illegible] | 25 | 130 73 | NPO. |
| | PHYSICAL STATUS: (1) 2 3 4 5 6 7 | | |

| URINALYSIS | HEMATOLOGY | BLOOD CHEMISTRY |
|---|---|---|
| NORMAL WNL<br>ABNORMAL AND WHY? | HGB 15.8 RBC ... HCT 49<br>OTHER | |

| RESPIRATORY SYSTEM (X-RAY, ASTHMA, OTHER PATHOLOGY) | CIRCULATORY SYSTEM BP 120/80 PULSE 80 ECG (IF PERTINENT) | CENTRAL NERVOUS SYSTEM (CEREBROVASCULAR, POLIO, NEUROLOGICAL) | OTHER SYSTEMS (ALLERGIES) |
|---|---|---|---|
| [illegible] | Ø | Ø | unknown |

| PREVIOUS ANESTHETICS AND COMPLICATIONS | PRESENT DRUG THERAPY, E.G., STEROIDS, TRANQUILIZERS |
|---|---|
| none | Ø |

| PREOPERATIVE DIAGNOSIS | PREMEDICATION |
|---|---|
| | D - 100<br>A - 0.6 |
| | SIGNATURE OF EVALUATING PHYSICIAN: [signature] Jr. / DATE: 1/4/72 |

## POSTANESTHETIC VISITS

RECORD ALL PERTINENT COMPLICATIONS

1/13/72 — No immediate post anesthetic complications
[signature]

## DOCTOR'S ORDERS
*(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSES SIGNATURE |
|---|---|---|---|---|
| Post op | | | | |
| 1/13/72 | | ① Elevate head 15-20° | | T6 |
| | | ② Wire cutters + suction | | |
| | | at bedside - Cut intermaxillary | | T6 |
| | | wires in case of EMERGENCY | | |
| | | requiring open mouth to maintain | | |
| | | sufficient airway (Call O.S. Watch if wires are cut - 2 - 2407) | | |
| | | ③ Tigan 200 mg. I.M. q. 8h - | | T6 |
| | | prn nausea | | T6 |
| | | ④ Demerol 75 mg - I.M. q. 4h - | | T6 |
| | | prn pain | | |
| | | ⑤ I.V. Solutions: | | |
| | | ⓐ Bottle #1 (running) - Ringer's Lactate | | T6 |
| | | to run ~~from~~ [?] to 1800 | | |
| | | ⓑ Bottle #2 - D-5-W - 1000 cc - | | |
| | | add 5 million units aqueous Penicillin | | |
| | | to run from 1800 to 0200 on 1/14/72 - | | T6 |
| | | ⓒ Bottle #3 - D-5-W - 1000 cc | | |
| | | add 5 million units aqueous Penicillin | | |
| | | to run from 0200 on 1/14/72 | | |
| | | to 1000 on 1/14/72 + D.C. | | T6 |
| | | ⑥ Clear liquid diet | | T6 |
| | | ⑦ Bed pt. until 0800 on 1/14/72 | | T6 |
| | | ⑧ TPR + BP q.i.d. | [signature] | T6 |
| | | | | [signature] RN |
| | | | [signature] LT | |

☆ U.S. GOVERNMENT PRINTING OFFICE: 1969-393-707/S-91

DOCTOR'S ORDERS
Standard Form 508
(Revised)

**DOCTOR'S ORDERS**
*(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| | | (5) Phisohex shampoo & shower | | |
| | | in P.M. and A.M. | | TG |
| | | (6) All lab. & X-ray reports | | TG |
| | | in chart at time pt. departs | | |
| | | for MOR on 6 Jan. 72. | | |
| | | (7) Pen Vee K 500mg p.o. q. 6h. | | |
| | | until 2400 today — then D.C. | | TG |
| | | Give first dose stat. & second | | |
| | | dose at 1200 today. | | TG |
| | | (8) Preop. meds. as per Anesthesiologist | | |
| | | after 1600 today. | | TG |
| | | (9) Demerol 100mg / Atropine 0.6mg > I.M. on call today | | TG |
| | | | [signature] | |
| | | Surgery Cancelled for 1/6/72 | | [signature] RN |
| 5 Jan. 72 | | (1) D.C. T+C of II units whole blood | | [signature] |
| | | (2) Regular diet | | KB |
| | | (3) Class I pt. | | KB |
| | | (4) D.C. pre op. shower & shampoo order | | KB |
| | | (5) Continue Pen Vee K 500mg q. 6h. ×10 days | | KB |
| | | (6) D.C. order for Demerol & Atropine | | K Bowman |
| | | | [signature] | |

☆ U.S. GOVERNMENT PRINTING OFFICE: 1969—393-707/S-91

DOCTOR'S ORDERS
Standard Form 508
(Reverse)

0109-201-2102
Standard Form 508
Rev. August 1954
Bureau of the Budget
Circular A-32

DOCTOR'S ORDERS

CLINICAL RECORD

**DOCTOR'S ORDERS**
*(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| 1/14/72 | | (1) I.V. fluids — Continue x1 bottle | | |
| | | (a) Bottle #4 — D5W — 1000 cc | | |
| | | add 5 million units aqueous Penicillin | | |
| | | to run from 1000 to 1800 | | |
| | | and D.C. | | |
| | | (2) Encourage clear liquid intake | | |
| | | (3) A+D ointment for lips | | |
| | | (4) Pen Vee K Elixir 500 mg. p.o. | | |
| | | q. 6h — x 10 days after 1800 | | |
| | | (5) Continue Bed Pt. Status | | |
| | | until I.V. is DC'ed | | |
| | | | J. E. Yeager | Belkostmis |
| 1/15/72 | | (1) Dental liquid diet | | [illegible] |
| | | (2) Ward Privs. only | | [illegible] |
| | | (3) D.C. Demerol | | [illegible] |
| | | (4) Tylenol Elixir 480 mg. p.o. | | [illegible] |
| | | q. 4h prn discomfort | J. E. Yeager | [illegible] HN |
| | | | | [illegible] |

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

123034 P 520 46 1848
[illegible], HAROLD E CTR1/N

DOCTOR'S ORDERS
Standard Form 508
508-105

11 0109-201-2102
Standard Form 508
Rev. August 1954
Bureau of the Budget
Circular A-32

(Reverse)
Standard Form 508
DOCTOR'S ORDERS

**CLINICAL RECORD** | **DOCTOR'S ORDERS** *(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| 12 Jan 72 | | (1) Op. permit signed & witnessed | | [illegible] |
| | | (2) Phisohex shower & shampoo in P.M. & A.M. | TB | [illegible] |
| | | (3) T & C 2 units whole blood | | [illegible] |
| | | (4) Continue Pen Vee K until 2400 today & D.C. | TB | [illegible] |
| | | (5) NPO after 2400 | TB | [illegible] |
| | | (6) Repeat CBC, PT & PTT | TB | [illegible] |
| | | (7) Preop meds as p. Anesthesiologist | TB [illegible] | [illegible] |
| Jan 12/72 | | Pre op orders<br>Demerol 100 mg IM<br>Atropine 0.6 mg IM all to OR | [illegible] | [illegible] |
| 1800 12 Jan 72 | | (1) Demerol 50 mg IM q. 4h prn pain — DO NOT administer after 0300 on 13 Jan. 72 | | TB |
| | | (2) Dental liquid diet until 2400 & then NPO | | TB |
| | | (3) Procaine Penicillin 600,000 units I.M. at 0600 on 13 Jan. 72 | | TB |
| | | (4) Head prn after 2000 when accompanied | | TB |
| | | (5) Tigan 200 mg. I.M. q. 8h prn nausea | [illegible] | [illegible] |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

DOCTOR'S ORDERS
Standard Form 508
508-105

Standard Form 508
Rev. August 1954
Bureau of the Budget
Circular A—32

0109-201-2102

**CLINICAL RECORD** | **DOCTOR'S ORDERS** *(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| 2/22/72 | | (1) Class I pt- | | |
| | | (2) Pull chart for dictation of Narrative Summary — send to Dental Clinic | [signature] | [signature] |
| 2/23/72 | | (1) D.C. all meds. | | |
| | | (2) Discharge to full duty on 2/24/72 — | [signature] | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1855
SIX, HAROLD E [illegible]

DOCTOR'S ORDERS
Standard Form 508
508-105

**DOCTOR'S ORDERS**
*(Sign all orders)*

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSES SIGNATURE |
|---|---|---|---|---|
| 1/19/72 | | (1) D.C. – PR & BP (2) Change Temp – to bid. | J. E. Yeager | [signature] |
| 1/20/72 | | (1) Codeine 32mg p.o. q 4h prn pain – May be taken c̄ Tylenol as prescribed on 1/15/72 | J. E. Yeager | |
| 1/25/72 | | (1) Continue Pen Vee K as ordered on 1/14/72 x10days (2) D.C. Codeine | J. E. Yeager | [signature] |
| 2/11/72 | | (1) Class I pt. until 0800 on 2-14-72 at which time pt. reverts to a Class III status. Pt. is instructed not to take alcoholic beverages & to have wire cutters and one adult c̄ him at all times while in a Class I status. | J. E. Yeager | [signatures] |
| 2/18/72 | | (1) Class I pt. modified 2/18/72 to 2/22/72 c̄ conditions same as in order of 2/11/72 – Special request chit has been approved. Class III status modified ~~after~~ as before on 2/22/72 | J. E. Yeager | [signatures] |

U.S. GOVERNMENT PRINTING OFFICE: 1969—393-707/S-91

DOCTOR'S ORDERS
Standard Form 508
(Reverse)

11 0109-201-2102
Standard Form 508
Rev. August 1954
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **DOCTOR'S ORDERS** (*Sign all orders*)

| DATE AND TIME START | STOP | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| 2/24/72 | | (i) Discharge to full duty | [illegible] | [illegible] |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*)

REGISTER NO. 120034

WARD NO.

120034 P 520 46 1[illegible]
SIX, HAROLD E CTR[illegible]

DOCTOR'S ORDERS
Standard Form 508
508-105

# DOCTOR'S ORDERS
*(Sign all orders)*

| DATE AND TIME | | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| START | STOP | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DOCTOR'S ORDERS
Standard Form 508
(Reverse)