Standard Form 509
(Rev. August 1954)
Bureau of the Budget
Circular A-32

0109-201-2204

**CLINICAL RECORD** | **DOCTOR'S PROGRESS NOTES**
*(Sign all notes)*

DATE

1/3/72 This 25 y.o. Cau. ♂, CTR-1/USN/ACT, is being admitted to Ward B c̄ a dx of "gross malocclusion secondary to mandibular prognathism" – Plan to place dental arch bars and max- stent on 1/5/71 in Oral Surg-Clinic using local anesthesia and sedation c̄ bilateral vertical osteotomy procedure in mandibular rami to follow on 1/6/71 in MOR using nasotrach- gen- anes – Pt's mandible will be positioned posteriorly for an improvement in jaw relationship + occlusion – The procedure and possible complications have been fully explained to pt – His questions have been answered – J. E. [illegible]

1/5/72 Pt's surgery scheduled for 1/6/72 has been cancelled because of pt's family emergency. Plan to reschedule for next wk –
J. E. [illegible]

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| | |

T20034 F 520 46 1848
SIX, HAROLD E CTR1/N

DOCTOR'S PROGRESS NOTES
Standard Form 509
509-106

# DOCTOR'S ORDERS
(*Sign all orders*)

| DATE AND TIME | | ORDERS | DOCTOR'S SIGNATURE | NURSE'S SIGNATURE |
|---|---|---|---|---|
| START | STOP | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

★ U.S. GOVERNMENT PRINTING OFFICE: 1969—393-707/S-91

DOCTOR'S ORDERS
Standard Form 508
(Reverse)

Standard Form 509
(Rev. August 1954)
Bureau of the Budget
Circular A-32

0109-201-2204

**CLINICAL RECORD** | **DOCTOR'S PROGRESS NOTES** *(Sign all notes)*

DATE

Pt. was placed in intermaxillary fixation using 018 SS wires — A subcondylar fx on (R) side occurred in the process of completing vertical osteotomy cut — Plan postop radiographs on 1/14 or 1/15/72 to confirm positions of all mandib. frags — Pt. tolerated procedure well and was returned to Ward B in a sat. condition after approx. 20 min. in R.R. — Surgeons: Yeager, Commette, Sorty
EBL — 225 cc.
Total fluids: Ringers L. 1750 cc —
J. E. Yeager

1/14/72 Head pressure dressing remains — Pt. feels "good". Slightly ↑ temp — Weakness in (R) side facial nerve (marginal mandib. branch) noted — Plan to continue I.V. fluids until 1800 today — J. E. Yeager

1/15/72 Removed pressure dressing. Moderate bilateral facial swelling — Minimal discomfort — Afebrile (Continue on reverse side) Doing well — J. E. Yeager

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTRI/X

DOCTOR'S PROGRESS NOTES
Standard Form 509
509-106

1-5-72

**DOCTOR'S PROGRESS NOTES**
*(Sign all notes)*

| DATE | |
|---|---|
| 1/10/72 | Surgery planned for 1/13/72. |
| 1/11/72 | Impressions of max. + mand. dental arches taken – Plan to insert appliances tomorrow in O.S. Clinic using local anes – + sedation – J. E. Yeager |
| 1/12/72 | In the Oral Surg. Clinic using I.V Demerol sedation + local anes –, mandibular arch bar and max acrylic stent were applied to dental arches using circumdental SS wires and transosseous K wires – Pt. tolerated procedure well + was returned to Ward B in a satisfactory condition – Total fluids – 600cc. D-5-W. I.V. Demerol 100mg – Surgeon: Yeager J. E. Yeager |
| 1/13/72 | In the MOR, using nasotrach. gen. anes – bilateral vertical osteotomy and coronoidotomy procedures were performed for the correction of his gross malocclusion 2° mandib. prognathism – |

DOCTOR'S PROGRESS NOTES
Standard Form 509
509-106

Standard Form 509
(Rev. August 1954)
Bureau of the Budget
Circular A-32

0109-201-2204

**CLINICAL RECORD** | **DOCTOR'S PROGRESS NOTES** (*Sign all notes*)

| DATE | |
|---|---|
| 2/4/72 | Fixation firm - Doing well - J. E. Yeager |
| 2/10/72 | Trial opening - Slight clinical movement on (R) side - Fixation re applied - J. E. Yeager |
| 2/14/72 | Trial opening - Occlusion stable at this time - May reapply fixation or training elastics later today - During past two wks - several sutures chronic sutures have presented in suture line on (L) side of neck & have been removed - Sat. progress at this time - J. E. Yeager |
| 2/14/72 | 6 training elastics applied anteriorly to counteract tendency toward anterior apertognathia |
| 2/15/72 | Reduced elastics to 2 on ea. side - J. E. Yeager |
| 2/17/72 | One training elastic on ea. side maintaining ~~c~~ desired occlusion |
| 2/18/72 | Plan to use one training elastic on ea side until 2/21/72 - Doing well - J. E. Yeager |

(*Continue on reverse side*)

PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO.

120034 P 520 46 18
SIX, HAROLD E CTRI

DOCTOR'S PROGRESS NOTES
Standard Form 509
509-106

## DOCTOR'S PROGRESS NOTES
*(Sign all notes)*

| DATE | |
|---|---|
| 1/15/72 | Pt. felt that "splint slipped" & alerted Ward Nurse. No apparent displacement of splint. Two 020 SS wires added to ↑ intermax. fixation — J. E. Yeager |
| 1/17/72 | Fixation firm, Pt. complaints of slight discomfort on rt side. [signature] |
| 1/18/72 | Moderate facial swelling continues. Apparent weakness in Ⓡ marginal mandibular branch of Ⓡ facial n. noted postop — has not changed. However, pt. is able to "purse" lips s̄ difficulty. Alternate skin sutures were removed today. Fixation continues firm — J. E. Yeager |
| 1/20/72 | Remaining cutaneous sutures removed from neck. Collodion applied. Edema ↓ Doing well — J. E. Yeager |
| 1/25/72 | Fixation adjusted presently firm. Doing well — J. E. Yeager |
| 1/28/72 | Fixation firm — Doing well. |
| 1/31/72 | Adjusted fixation — Established position of mandible is being maintained — J. E. Yeager |

DOCTOR'S PROGRESS NOTES
Standard Form 509
509-106

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32
0109-201-2304

CLINICAL RECORD

NURSING NOTES
(Sign all notes)

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/3 | | 1845 | ADMISSION INF. |
| | | | 25 Y/O Cauc MALE |
| | | | ADMITTED WARD B Dental |
| | | | DX. Gross Malocclusion Secondary to [illegible] Prognathism |
| | | | HT. 73" WT. 130 TPR 98-80-16 |
| | | | BP. 126/80 REL. Prot Hosp. INSTR. Yes |
| | | | Allergies NKA Comp. |
| | | | Admitted to ward ambulatory no c/o |
| | | | pain c/o inability to masticate properly |
| | | | RS Kaemarsky HN |
| | | 2330 | On liberty since adm, returned on |
| | | | time RS Kaemarsky HN |
| 1/4 | 0430 | | Quiet night s c/o Kruger |
| | | 2030 | Quiet PM s c/o. DM Pierce HN |
| 1/5 | 0415 | | Quiet night s c/o Kruger |
| | | | Pen Veek 500 mgs. P.O. 96° - 80 - 16 - 6 (12) |
| | 0830 | | Pt typed & crossmatched for II units |
| | | | whole Blood [illegible] |
| | | [illegible] | [illegible] shave + shampoo @ 8-9 |
| | | 1500 | Pt on special liberty to San Miguel |
| | | | until 2200 1/5/72 [illegible] |
| | | 2200 | Quiet PM c no c/o [illegible] HN |

Continue on reverse side

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

NURSING NOTES
Standard Form 510
510-107

## DOCTOR'S PROGRESS NOTES
*(Sign all notes)*

| DATE | |
|---|---|
| 2/22/72 | Elastics D.C.'ed yesterday on trial basis. Imm anter. open bite today. Anter. elastics are to be used until no tendency toward apertognathia is observed. |
| | J. E. Yeager |
| | Discharge Note |
| 2/23/72 | Pt. is progressing well c̄ exception of slight tendency toward anter. apertognathia which will be treated c̄ light anter. elastic traction. Consequently fixation appliances will ~~be~~ remain in mouth until stable occlusion is obtained. Osteotomy sites in mandibular rami are clinically stable. Pt. is able to masticate a dental soft diet. He is being discharged to full duty on 2/24/72, to be followed on an out-pt. basis in the Oral Surgery Clinic, USNH, Subic, RPI. |
| | J. E. Yeager |

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **NURSING NOTES** (*Sign all notes*)

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| | | 2200 | Quiet PM s̄ c/o. — [illegible] HN |
| 1/11 | 0500 | | Quiet night, appears to have slept well — R. J. Kacmarsley HM3 |
| | | | Pen V-K 500 mgm P.O. 06-12-18-24 |
| | | 1400 | Quiet AM s̄ c/o — Bella HM3 |
| | | 2100 | Quiet PM up & about s̄ problems — [illegible] |
| 1/12 | 0500 | | Quiet night no c/o — [illegible] HM3 |
| | | | Pen V-K 500 mgm PO 06-12-18-24 |
| | | 1400 | Pt up and about ad lib pt doing well no c/o — [illegible] |
| | | 1910 | Demerol 50 mg IM / pain [illegible] O'Connell [illegible] |
| | | 2100 | Pt remains in bed since return from Dental Clinic — IV removed by Dr. Yeager — prepared for OR in AM s̄ problems — [illegible] |
| Rx | | 2330 | Demerol 50mg Im given to relieve pain. M Blair HM |
| 1/13 | 0600 | | Pro-Pen 600,000 u. IM. given. [illegible] HM3 |
| | 0650 | | Restless during night, up several times, had pain caused by arch wires, also appeared somewhat apprehensive of surgery, pre op Phisohex shower taken — R Kacmarsley HM3 |

Continue on reverse side

PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO.

120034 P 520 46 1841
AIX, HAROLD E CT[illegible]

NURSING NOTES
Standard Form 510
510-107

# NURSING NOTES
*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/6 | 0300 | | Return from Emergency Liberty - Kruger |
| | 0400 | | Quiet night since he returned |
| | | | s̄ c/o ——— Dr Kruger |
| | Rx | | Pen V-K 500 mg po q6-12-6-12 |
| | | 1300 | Quiet Am s̄ c/o ——— Belka HM3 |
| | | 2130 | Quiet PM c̄ no c/o ——— Gualbond HN |
| 1/7 | 0500 | | Quiet night no c/o ——— HM3 |
| | Rx | | Pen V-K 500 mg po 6-(12)-6-12 |
| | | 1345 | Quiet Am s̄ c/o. [illegible] |
| | | 2130 | Quiet PM, returned from lib. Gualbond HN |
| 1/8 | 0500 | | Quiet night no c/o ——— HM3 |
| | | | Pen V-K 500 mg P.O. 6-12-6-12 |
| | | | Given 1800 med to take on lib [illegible] |
| | | 1400 | On Liberty ——— Belka HM3 |
| | | 2130 | Returned from liberty. No c/o. ——— HN |
| 1/9 | | | Pen VK 500 mgm P.O. 6-12-6-12 |
| | 0710 | | Quiet night, appears to have slept |
| | | | well ——— [illegible] HM |
| | | 1330 | Quiet Am s̄ c/o ——— Belka HM3 |
| | | 2100 | Quiet PM c̄ no c/o ——— Gualbond HN |
| 1/10 | 0500 | | Quiet night, slept well ——— HM3 |
| | | | Pen VK 500 mgm P.O. 6-12-6-12 |
| | | 1415 | Pt doing well no c/o sent to |
| | | | see Dr this PM ——— Bozman HM3 |

NURSING NOTES
Standard Form 510
(Reverse)

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | | | NURSING NOTES (Sign all notes) |
|---|---|---|---|
| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
| 1/14 | 0500 | | Patient had trouble sleeping and was restless all night. He got a large amount of ~~saliva~~ (ERROR) salava in his mouth and has to be suctioned frequently. I.V. infusing well. Has no c/o of pain. — Dicks HM3 |
| | | 1015 | IV infused. 1000cc D5W c 5 mil u Aq Pen hung for 8° — D Nelson HM3 |
| | | 1330 | Quiet AM. Ambulated to head X2. Rectal temp at 0800 was 101. Has offered no c/o of pain or discomfort. Self AM care. Liquid diet tolerated well. I.V. infusing well. — JM Pierce HN |
| | | 1800 | IV of 1000cc D5W c 5mil u Aq Pen infused & DC — Beaudin HM3 |
| | | 2100 | Pt remained in bed most of shift — tolerating liquids well c problem — some ambulation noted — [illegible] |
| | | 2400 | Pen V-K elixir 500 mgm PO was given — D [illegible] |
| 1/15 | | R | Pen VK elixir 500 mgm PO 9-12n-12-[illegible] |

Continue on reverse side

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| 120634 P 520 46 1844 / BIA. HAROLD E CTRI/'L | | |

NURSING NOTES
Standard Form 510
510-107

AR 773

1 6 72

## NURSING NOTES

*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/13/72 | 0830 | | Demerol 100mg IM c̄ Atropin 0.6 mg IM on call to OR — To OR via gurney J Norman [illegible] |
| | 1545 | | Returned from OR. Checks & neck wrapped in bandage — wires in jaws wire-cutters around neck. Very groggy but conscious & responsive. P76 BP 134/76 |
| | 1640 | | Demerol 75mg IM for pain [illegible] |
| | 1800 | | IV of 1000cc Ringer Lactated infused & IV of D5W c̄ 5 mil u of Aq Pen in and running well — [illegible] |
| | 2030 | | Voided 1000cc s̄ difficulty [illegible] |
| | 2100 | | Pt has remained in bed since returning from OR - has voided - pt. forcing some fluids - axillary temp 99.6 dressing remains dry & intact - IV's infusing well s̄ problems - pt has had no signs of nausea or vomiting suction machine @ bedside c̄ scissors around pts neck — [illegible] |
| 1/14 | 0700 | | I.V. of D5W c̄ 5 mil units of Aqueous Pen infused. Started new I.V. of same solution for 8°. Infusing well. [illegible] |

NURSING NOTES
Standard Form 510
(Reverse)

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **NURSING NOTES** *(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/17/72 | | Rx | Pen V-K elixir 500mgm PO [illegible initials] |
| | 0445 | | Up for awhile @ start of shift, |
| | | | facial edema appears to be resolving, |
| | | | intermaxillary fixation appears intact, |
| | | | taking P.O. fluids well, no c/o pain |
| | | | @ this time but states he does have |
| | | | a sharp pain which shoots up his |
| | | | ® cheek occasionally, also states |
| | | | he has inability to smile c̄ ® side |
| | | | of his mouth, appears well pleased |
| | | | c̄ surgery, slept well most of |
| | | | shift — R.S. Kacmarsky [illegible] |
| 1/17/72 | | 1400 | Quiet AM. no c/o — R.E. [illegible] |
| | | 2100 | Quiet P.M. - up & about - no c/o — [illegible signature] |
| 1/18 | | Rx | Pen V-K elixir 500mgm PO [illegible initials] |
| | 0430 | | Quiet night appears to have slept well |
| | | | — D. Balagna [illegible] |
| | | 1330 | Worked in dental clinic most of |
| | | | day - no complaints, Eating in Chow |
| | | | Hall - dental liquids — [illegible] O'Donnell [illegible] |
| | | 2100 | Quiet P.M., no c/o at this time. |

Continue on reverse side

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO. | WARD NO.

120034 P 520 46 I
SIX, HAROLD E CTI

**NURSING NOTES**
Standard Form 510
510-107

# NURSING NOTES

*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/15 | 0200 | | Had a restless night, sleeping on & off, c/o edema in mouth which was causing discomfort, declined pain medication, no respiratory distress from edema, face still appears moderately swollen, intermaxillary fixation appears intact, head dressing intact, taking P.O. fluids well, sleeping @ present time, afebrile @ 0200 — R.S. [illegible] HM3 |
| | | 1330 | Quiet Am, seen by Dr. Yeager, bandages removed, now on Dental Liquid Diet, ambulated some during shift, no c/o — [illegible] HN |
| | | 2100 | Pt had some c/o of wires being loose - Dr. Yeager notified and saw pt - no further c/o - Dr reapplied more wires — [illegible] |
| | 2350 | | Uncomfortable - Tylenol elixir 480 mg [illegible] |
| 1/16 | | Rx | Pen V-K elixir 500 mg PO [illegible] |
| | 0450 | | Quiet night Appears to have slept well - [illegible] |
| | | 1330 | Quiet AM c̄ no C/o — [illegible] HN |
| | | 1445 | Tylenol Elixir 480 mg po pain M. Coates? |
| | | 2100 | Quiet PM up about [illegible] - [illegible] |
| | | 2145 | Tylenol Elixir 480 mg PO PAIN — [illegible] |

NURSING NOTES
Standard Form 510
(Reverse)

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **NURSING NOTES** (*Sign all notes*)

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1972 | | | |
| 1520 | 20J | 1530 | Tylenol 240mg } po for pain E.Roland [illegible] |
| | | | Codeine 32mg |
| | | 2100 | Patient complained of pain earlier |
| | | | and was medicated by nurse. Appears |
| | | | to be resting well with no c/o |
| | | | at this time —— [illegible] HA3 |
| | | 2230 | Tylenol Elix 480mg } po for intermittent Pain. |
| | | | Codeine 32 mg E.Roland [illegible] |
| 1/21/72 | | 0100 | Tylenol Elixir 480mg + Codeine 32mg PO given for pain |
| | | | —— K.M. Rourke [illegible] |
| | | Rx | Pen V-K elixir 500mgm PO 8/16-1/12-8/72 [illegible] |
| | 0440 | | Up for a short time @ beginning of |
| | | | shift, c/o pain along right cheek |
| | | | & received pain medication, went |
| | | | to bed afterward & apparently slept |
| | | | well —— R.J. Kaczmarsky HM3 |
| | 0840 | | Codeine 32mg } |
| | | | Tylenol Elixir 480mg } pain M. Coates [illegible] |
| | 1145 | | [illegible] [illegible] ate |
| | | | [illegible] and has had c/o pain Kruger |
| | | 1210 | Codeine 32mg po } pain E.Roland [illegible] |
| | | | Tylenol 480mg |

Continue on reverse side

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

NURSING NOTES
Standard Form 510
510-107

Six, Harold

# NURSING NOTES
*(Sign all notes)*

| DATE 1972 | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/18 | | (Con't) 2100 | Appears to be resting well. Hicks HM3 |
| | | 2230 | Tylenol Elixir 400 mg po E H Palmer [illegible] |
| 1/19/72 | | ℞ | Pen V-K elixir 500 mgm PO [illegible] |
| | 0600 | | Quiet night, up once early in shift c/o pain up ® side of face & also numbness in other areas, intermaxillary fixation appears intact, taking P.O. fluids well, speaking clearer, facial edema appears to be resolving well —— R Kaczmarek [illegible] |
| | | 1330 | Quiet am spent off ward working for Dental Clinic No complaints. R. Cruikshank |
| | | 2100 | Patient had a quiet P.M. with no c/o. Appears to be resting well. Hicks HM3 |
| | | 2100 | Tylenol Elixir 400 mg po for discomfort EH Palmer Patient states that pain is intermittent and that she has informed his physician. EH Palmer |
| | | ℞ | Pen V-K elixir 500 mgm PO [illegible] |
| 1/20/72 | 0430 | | Quiet night, up once early in shift with c/o pain up ® side of face. Is resting quietly at this time —— D Bazgue [illegible] |
| | | 1330 | Quiet AM c̄ sig am care ate well s̄ c/o —— Krueger |

NURSING NOTES
Standard Form 510
(Reverse)

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

**CLINICAL RECORD** | **NURSING NOTES** (Sign all notes)

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/24 | | 2100 | Patient had a quiet PM without any c/o ——— [illegible] |
| 1/25 | | Rx | Pen V-K elixir 500 mgm PO [illegible] |
| | 0430 | | Quiet night s problems c/o [illegible] |
| | | 2115 | Quiet PM, up + about frequently during shift, no c/o pain or problems offered, intermaxillary fixation appears intact ——— D. Kaczmarsky HM3 |
| | | 2220 | Tylenol Elixir 480 mg po pain [illegible] |
| 1/26 | | Rx | Pen V-K elixir 500 mgm PO [illegible] |
| | 0430 | | Quiet night - [illegible] s problems or c/o ——— [illegible] |
| | | 1330 | Quiet Am s c/o [illegible] HM3 |
| | | 2015 | Quiet PM, up + about frequently s problems, fixation appears intact, afebrile ——— R. J. Kaczmarsky HM3 |
| 1/27 | | Rx | Pen V-K elixir 500 mg PO [illegible] |
| | 0430 | | Quiet night with no c/o — D. [illegible] |
| | | 1245 | Worked in dental this AM. [illegible] HM3 |
| | | 2045 | Quiet PM, up + about most of shift, attended movie, no c/o pain or problems, tie wires appear intact, afebrile ——— D. Kaczmarsky HM3 |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO. | WARD NO.

120934 P [illegible] 46 [illegible]
SIX, HAROLD [illegible]

NURSING NOTES
Standard Form 510
510-107

# NURSING NOTES

*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 1/21 | | 2100 | Patient c/o of pain and was medicated by nurse. Appears to be resting well. [illegible] |
| 1/22 | | Rx | Pen V-K elixir 500 mgm PO [illegible] |
| | 0430 | | Quiet night s c/o — [illegible] |
| | 0630 | | c/o pain Codeine [illegible] mg p.o. c Tylenol Elixir 480mg given [illegible] |
| | 1200 | | Quiet AM s c/o — [illegible] |
| | | 2100 | Patient had a quiet P.M. without any c/o. Appears to be resting well. Wires still intact. [illegible] |
| 1/23 | | Rx | Pen V-K elixir 500mgm PO [illegible] |
| | 0430 | | Quiet night Up twice to head with no c/o. — [illegible] |
| | 1330 | | Quiet AM c [illegible] AM care seen @ sick call s c/o — Kruger |
| | | 2100 | Patient had a quiet P.M. without any c/o. Wires still intact. Appears to be resting well. — [illegible] |
| 1/24 | | Rx | Pen V-K elixir 500 mgm PO [illegible] -12 |
| | 0130 | | Quiet night s c/o — [illegible] |
| | 1420 | | Working in Dental Clinic entire day [illegible] |