Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | | NURSING NOTES (Sign all notes) |
|---|---|---|
| DATE | HOUR (A.M. / P.M.) | OBSERVATIONS Include medication and treatment when indicated |
| 1/31 | 1300 | Worked in dental today. [illegible signature] |
| | 2030 | Quiet PM, up & about most of shift, no complaints voiced, afebrile, wires intact — R Kacmarsky[?] RN |
| 2/1/72 | 0430 | Quiet night s̄ c/o. — [signature] HN |
| | 7A | Pen V-K elixir 50 mg PO @ 6-12-18-24 |
| | 1430 | Working @ Dental throughout shift. [signature] |
| 2/1 | 2030 | Quiet PM with no c/o — [signature] RN |
| 2-2 | 0630 | Quiet night s̄ c/o — [signature] |
| | 7A | Pen VK 500 mg PO @ 6-12-18-24 |
| 2/2 | 1000 | TOW to ward A [signature] |
| | 215 | Quiet evening c̄ no c/o. [signature] |
| 2/3/72 | 600 | Quiet nite no c/o |
| | | Pen V.K. elixir 500 mgm PO 6-12-18-24 |
| | 1330 | At Dental Clinic working most of AM [signature] |
| | 2200 | Quiet PM s̄ c/o offered — [signature] |
| 2/4/72 | 0630 | Quiet nite no c/o [signature] |
| | | Pen V.K. elixir 500 mgm PO — 6-12-18-24 |
| | 1300 | Quiet AM s̄ c/o — [signature] |
| | 2230 | Quiet PM s̄ c/o offered — [signature] |

Continued on reverse side

PATIENT'S IDENTIFICATION    REGISTER NO.    WARD NO. 2

NURSING NOTES
Standard Form 510
510-107

AR 781

## NURSING NOTES
*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS — Include medication and treatment when indicated |
|---|---|---|---|
| 1/27/72 | | 2330 | Tylenol Elixir 480mg PO for pain — [signed] |
| 1/28 | | Rx | Pen V-K elixir 500 mgm PO 8-12-6-12 |
| | 0430 | | Quiet night — up a few times, no problems — [signed] |
| | | 1300 | Quiet AM s̄ c/o — Belka HN3 |
| | | 2045 | Quiet PM, up & about most of shift, no c/o pain or problems; attended movie, pin fixation intact, afebrile — R. Kaczmarsky RN |
| 1-29 | | 7/ | Pen V-K elixir 500mg PO @ 8-12-6-12 |
| | 0430 | | Quiet night s̄ problems o c/o — [signed] Pen V-K elixir 500mgm P.O. — 6 A ERROR JB |
| | | 1300 | Quiet AM off ward almost all shift — Belka HN3 |
| | | 2025 | Quiet PM, up & about most of shift, no complaints offered, fixation of pin appears intact, afebrile — R. Kaczmarsky RN |
| 1-30 | | 7/ | Pen V-K elixir 500mg PO @ 8-12-6-12 |
| | 0430 | | Quiet night s̄ c/o — [signed] |
| | | 2025 | Quiet PM, up & about most of time, no problems encountered, afebrile — R. Kaczmarsky RN |
| 1-31 | | Rx | Pen V-K Elixir 500mg PO @ 8-12-6-12 |
| | 0430 | | Quiet night s̄ c/o — D. Pierce HN |

NURSING NOTES
Standard Form 510
(Reverse)

Standard Form 510
Rev. Feb. 1958
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | | NURSING NOTES (Sign all notes) |
|---|---|---|

| DATE 1976 | HOUR A.M. | HOUR P.M. | OBSERVATIONS Include medication and treatment when indicated |
|---|---|---|---|
| 2/11 | | 1300 | Quiet AM s c/o — RCB |
| | | 2100 | On liberty — S Hobb |
| | | 2200 | Returned from lib — S Hobb |
| 2-12 | 0400 | | Slept all night s complaints — |
| | | 1330 | On liberty at present time — RCB |
| | | 2030 | On liberty — S Hobb |
| 2-13 | | 2315 | Ret from lib — |
| | 0330 | | ASA gr x po given as directed by Nurse — |
| | 0400 | | Asleep now — |
| | | 1300 | Still on lib. |
| | | 2000 | On liberty — S Hobb |
| | | 2200 | Returned from liberty — S Hobb |
| 2-14 | 0400 | | Slept all night — |
| | | 1300 | Quiet AM s c/o offered — RCB |
| | | 2100 | Ate all of PM meal. Ambulated during shift. Quiet PM s c/o. — James Walton HM2 |
| 15 Feb 72 | 0400 | | Slept well s Complaints — E Mahoney HM3 |
| | | 1230 | Quiet AM c no c/o. |
| 2/15/72 | | 300 | Quiet PM no c/o — P. Todd |
| 16 Feb 72 | 0430 | | Slept well s Complaints — E Mahoney HM3 |

Continue on reverse side

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

NURSING NOTES
Standard Form 510
510-107

120034 P 520 46 1849
SIX, HAROLD E CTN1/4

AR 783

## NURSING NOTES
*(Sign all notes)*

| DATE | HOUR A.M. | HOUR P.M. | OBSERVATIONS (Include medication and treatment when indicated) |
|---|---|---|---|
| 2/5/72 | | 930 | Quiet nite no c/o — R. Rolett |
| | | 1100 | Quiet AM no c/o — Blansett |
| | | 1805 | To ward B — [signature] |
| | | 1810 | AOW Back from ward A — Kruger |
| | | 2030 | Quiet with no c/o — [signature] |
| 2/6/72 | 0430 | | Quiet night s̄ c/o. — Pierce |
| | | 1910 | TOW to WdA — M. Carter |
| | | 2130 | Quiet PM s̄ c/o offered — RGS |
| 2/7/72 | 0600 | | Quiet nite no c/o — [signature] |
| | | 1500 | Off ward all day — Blansett |
| | | 2100 | Up & about in good spirits this PM — [signature] |
| 2/8/72 | 0600 | | Quiet nite no c/o — R. Rolett |
| | | 1300 | Up & working at detail on center of unit making |
| | | 2100 | Ate all of PM meal. Ambulated most of shift. Quiet PM s̄ c/o. — James Walton |
| 2/9/72 | 0530 | | Quiet night — L. Crundwell |
| | | 1500 | Quiet AM s̄ c/o offered — RGS |
| | | 2100 | Ate all of PM meal. Ambulated during shift. Quiet PM s̄ c/o. — James Walton |
| 2/10 | 0530 | | Quiet night — L. Crundwell |
| | | 1400 | Quiet PM, off ward most of shift, no c/o — Blansett |
| | | 2030 | Quiet PM s̄ c/o — Holt |
| 2/11 | 0530 | | Quiet night. — L. Crundwell |

NURSING NOTES
Standard Form 510
(Reverse)



AR 785

## NURSING NOTES
*(Sign all notes.)*

| DATE 1972 | HOUR A.M. | HOUR P.M. | OBSERVATIONS<br>Include medication and treatment when indicated |
|---|---|---|---|
| 16 Feb | 1500 | | Quiet AM — s c/o offered — R.C. Padett |
| 2/16/72 | | 2300 | Quiet P.M. no c/o — R.C. Padett |
| 2/17 | 0400 | | Slept all night — Mc????? |
| | | 1230 | Been in Dental all day — ????? |
| 2/17/72 | | 2300 | Quiet P.M. no c/o — R.C. Padett |
| 2·18·72 | 0400 | | Slept s̄ Complaints — E Mahoney Am3 |
| 2/18/72 | | 2300 | Quiet P.M. no c/o — R.C. Padett |
| 2/19/72 | 0400 | | s̄ weekend liberty not on ward — E Mahoney Am3 |
| 2/19/72 | | 1300 / 2300 | weekend liberty — R.C. Padett |
| 2/20/72 | 0400 | | Still on weekend liberty — E Mahoney Am3 |
| 2/20/72 | | 1300 / 2300 | On liberty — R.C. Padett |
| 2/21/72 | 0400 | | On liberty — E Mahoney Am3 |
| 2/21/72 | | 1330 / 2300 | On liberty — R.C. Padett |
| 2/27/72 | 0000 | | On liberty — E Mahoney Am3 |
| | | 1455 | Still U.A. — R. Hall |
| | | 1700 | RETURNED TO WARD FROM DENTAL CLINIC. |
| | | 1900 | CHART PULLED FOR DICTATION. — S. Thomas LT |
| 2/28 | 1200 | | DC to duty — ????? |

NURSING NOTES
Standard Form 510
(Reverse)

AR 786







AR 789



Standard Form 511
Rev. August 1956
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | | TEMPERATURE—PULSE—RESPIRATION FAHRENHEIT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HOSPITAL DAY | | | | | | | | |
| POST-  DAY | | | | | | | | |
| MONTH-YEAR | DAY | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| Feb. 19 72 | HOUR | 0600 | | | | 0600 | | |

| PULSE (O) | TEMP. F (●) | | | | | | | | TEMP. C |
|---|---|---|---|---|---|---|---|---|---|
| | 105° | | | | | | | | |
| 180 | 104° | | | | | | | | 40° |
| 170 | 103° | | | | | | | | |
| 160 | 102° | | | | | | | | 38.9° |
| 150 | 101° | | | | | | | | |
| 140 | 100° | | | | | | | | 37.8° |
| 130 | 99° | | | | | | | | |
| | 98.6° | | | | | | | | 37° |
| 120 | 98° | | | | | | | | |
| 110 | 97° | (T) | (●) | (●) | (●) | (●) | 97 | | 36.1° |
| 100 | 96° | | | | | | | | |
| 90 | 95° | | | | | | | | 35° |
| 80 | | | | | | | | | |
| 70 | | (R) | | | | | | | |
| 60 | | | | | | | | | |
| 50 | | | | | | | | | |
| 40 | | | | | | | | | |

RESPIRATION RECORD: 10 ... 16

BLOOD PRESSURE
HEIGHT:   WEIGHT→

PATIENT'S IDENTIFICATION    REGISTER NO.    WARD NO.

TEMPERATURE—PULSE—RESPIRATION
FAHRENHEIT
Standard Form 511
511-108
0109-201-2404

120034 P 520 46 1949
SIX, HAROLD E CPT 1/N

AR 791

# CLINICAL RECORD — TEMPERATURE—PULSE—RESPIRATION (FAHRENHEIT)

D-40762

| HOSPITAL DAY | 36 | 37 | 38 | 39 | 40 | 41 | 42 |
|---|---|---|---|---|---|---|---|
| POST- DAY | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| MONTH-YEAR DAY | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| FEB 19 72 HOUR | | | | | 0200 | 0600 | |

Temperatures charted (circled A): ~98°, ~98°, ~98°, ~98°, ~98°, ~98°, ~98°
Initial reading: 97°

RESPIRATION RECORD

BLOOD PRESSURE

HEIGHT:   WEIGHT→

Record special data only when so ordered

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.   WARD NO.

TEMPERATURE—PULSE—RESPIRATION
FAHRENHEIT
Standard Form 511
511-108

Standard Form 512
Revised August 1954
Promulgated
By Bureau of the Budget
Circular A—32 (Rev.)

| CLINICAL RECORD | PLOTTING CHART |

TITLE OR PURPOSE OF GRAPH



PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)   REGISTER NO.   WARD NO.

Six, Harold

PLOTTING CHART
Standard Form 512

AR 793

| CLINICAL RECORD | | TEMPERATURE—PULSE—RESPIRATION FAHRENHEIT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Blank Standard Form 511 (Temperature-Pulse-Respiration, Fahrenheit) clinical record chart with columns for Hospital Day, Post-Day, Month-Year, Day, Hour; pulse scale 40–180 and temperature scale 95°–105°F (35°–40.6°C); Respiration Record, Blood Pressure, Height, Weight rows; Patient's Identification, Register No., and Ward No. fields at the bottom.

511-108

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

| TO: Admissions | FROM: (Requesting ward, unit, or activity) ORAL SURG — | DATE OF REQUEST 1/3/72 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

Please admit Harold Eugene SIX, CTR-1/USN/ACT to Ward B ē dx of "gross malocclusion secondary to mandibular prognathism"

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE  J.E. Henry | APPROVED  CDR/DC/USN | PLACE OF CONSULTATION  ☐ BEDSIDE  ☑ ON CALL | ☐ EMERGENCY  ☐ ROUTINE |
|---|---|---|---|

**CONSULTATION REPORT**

(Continued on reverse side)

| SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION |
|---|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

CONSULTATION SHEET
Standard Form 513
513—104—02

120054 P 520 46 1848
SIX, HAROLD E CTR1/N

I've went a couple of times in the dact

Could you walk me to the head

Standard Form 514
Rev. August 1954
Promulgated
by Bureau of the Budget    0109-201-2701
Circular A-32 (Rev.)

| CLINICAL RECORD | LABORATORY REPORTS |

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

1/12  pre op 1/13

| REGISTER OR UNIT NO. | WARD NO. B | ☐ BED PATIENT  ☑ AMBULATORY |
| REQUESTED BY AND DATE  DR YEAGER | DATE AND HOUR COLLECTED |
| CLINICAL DATA  Gross Malocclusion | |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

| UREA N | | TRANSAMINASE | |
| GLUCOSE | | PT | ct 12 sec |
| CHOLESTEROL | | PROTIME | pt 14.1 sec |
| ESTERS | | | 63% activity |
| BILIRUBIN (TOTAL) | | | |
| BILIRUBIN (DIRECT) | | | |
| B.S.P. | | REMARKS: PTT ct - 27 sec | |
| THYMOL TURBIDITY | | pt - 27.8 sec | |
| CEPHALIN FLOCCULATION | 24 HR.  48 HR. | N.R. - not more than 40 s | |
| PROTEIN TOTAL | | DATE OF REPORT  1-12-71 | SIGNATURE |
| ALBUMIN | | | |
| ALKALINE PHOSPHATASE | | NAME OF MEDICAL FACILITY  USNH | |
| ACID PHOSPHATASE | | | |

Standard Form 514-D—Rev. June 1959
Bureau of the Budget Circular A-32
BLOOD CHEMISTRY

Standard Form 514-E—Rev. Dec. 1964
Bureau of the Budget Circular A-32
HEMATOLOGY

Standard Form 514-A—Rev. June 1959.
Bureau of the Budget Circular A-32
URINALYSIS  455 11 34

Standard Form 514-E—Rev. Dec. 1964
Bureau of the Budget Circular A-32
HEMATOLOGY

Standard Form 514-D—Rev. June 1959
Bureau of the Budget Circular A-32
BLOOD CHEMISTRY

514-C—Rev. June 1959.
Bureau of the Budget Circular A-32
S.T.S.

Standard Form 514-A—Rev. June 1959.
Bureau of the Budget Circular A-32
S. T. HINGCO, HM1 USN
455 11 34
URINALYSIS

Standard Form 514-B—Rev. Dec. 1964
Bureau of the Budget Circular A-32
HEMATOLOGY

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

| REGISTER NO. | WARD NO. |

LABORATORY REPORTS
Standard F

AR 797

Standard Form 516
Rev. August 1954
Bureau of the Budget
Circular A—32

| CLINICAL RECORD | OPERATION REPORT |
|---|---|

**PREOPERATIVE DIAGNOSIS**

Gross manocclusion secondary to mandibular prognathism

| SURGEON | FIRST ASSISTANT | SECOND ASSISTANT | |
|---|---|---|---|
| J. E. YEAGER, CDR DC USN | DR J. COMMETT | DR: L. SARTY | |
| ANESTHETIST | ANESTHETIC | TIME BEGAN 1012 | |
| DR E. REDOLME, M.D. | General – Halothane and N2O & O2 | TIME ENDED RR | |
| SURGICAL NURSE | INSTRUMENT NURSE | TIME OPERATION BEGAN | TIME OPERATION COMPLETED |
| MOULTON/ALTAMIRANO | OLSON | 1043 | 1515 |
| OPERATIVE DIAGNOSES | DRAINS (Kind and number) | SPONGE COUNT VERIFIED | |
| SAA | --- | --- | |

**MATERIAL FORWARDED TO LABORATORY FOR EXAMINATION**

NONE

**OPERATION PERFORMED**

1) Bilateral Mandibular Osteotomies

| DESCRIPTION OF OPERATION (Type(s) of suture used, gross findings, etc.) | MAJOR | MINOR | DATE OF OPERATION |
|---|---|---|---|
| | X | | 13 Jan 72 |

In the main operating room, using general naso-tracheal anesthesia, the patient was prepared and draped in the usual manner for a submandibular surgical approach to mandible. A towel was additionally sutured to lower lip to allow full exposure of chin into surgical field while at the same time preventing mouth from being a part of field. A 3 cm incision was made thru skin approximately 1.5 cm inferior to angle of mandible on right side of neck in the customary manner of a Risdon type approach to mandible. Blunt and sharp dissection thru platysma muscle and fascia exposed angle of right mandible. The pterygomasseteric sling was divided along the inferior border of mandible in area of right angle and the masseter muscle with periosteum was reflected laterally from angle to mandibular notch. An electrically
(next page)

| SIGNATURE OF SURGEON | DATE |
|---|---|
| J. E. YEAGER, CDR DC USN, Chief of Dental Service | 13 Jan 72 |
| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. 120034 | WARD NO. B |

SIX, Harold
DTR 1/USN
USNH FPO SF 96651

OPERATION REPORT
Standard Form 516
516-103
0109-201-4302

AR 798