Standard Form 507
(Revised August 1954)
Promulgated by
Bureau of the Budget
Circular A-32

**CLINICAL RECORD**

Report on SIX, Harold E., CTR1/USN
or
Continuation of S. F. 516 - Operation Report
(Strike out one line) (Specify type of examination or data)

(Sign and date)

powered drill was used to score cortical plate of ~~left~~ right ramus from mandibular notch to angle. A nasal saw was then used to complete vertical osteotomy thru right mandibular ramus. The internal pterygoid muscle attachments were freed from distal portion of proximal fragment, with that fragment then being positioned so as to lap the distal fragment of mandible laterally. The same procedure was carried out on the left side, thereby creating 3 mandibular fragments. A surgeon ~~node~~ not in surgical field attempted to move the body of mandible posteriorly and inferiorly into a pre-determined position established by an occlusal acrylic splint via an oral approach. Although he was able to move the mandibular body posteriorly approximately 1 cm, he was unable to close bite anteriorly into pre-determined position. Bilateral coronoidotomies were then performed leaving coronoid fragments attached to temporalis muscles. Mandibular teeth were then ~~sitted~~ seated into surgical splint which was fixed to maxilla. Intermaxillary fixation was established with intermaxillary ~~0-1/8~~ .018 stainless steel wires. A ~~0-1/8~~ 018 stainless steel transosseous wire was placed on right side to maintain position of proximal and distal mandibular fragments. No transosseous wire was necessary on left side. Closure was accomplished in layers using 2-0 chromic deep sutures, 4-0/chromic subcutaneous sutures and 5-0 nylon skin sutures. Bacitracin ointment, telfa dresssing, and pressure bandages were placed over closed skin incision. The patient tolerated the procedure well and was extubated in mamn operating room after regaining protective reflexes. He was then taken to recovery room for immediate post-operative care.

(Continue on reverse side)

J. E. Yeager
J. E. YEAGER, CDR DC USN

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| SIX, Harold E.<br>CTR1/USN<br>USNH FPO SF 96651 | 120034 | A |

REPORT ON ______ or CONTINUATION OF ______

Standard Form 507
507-104

Standard Form 517
Rev. July 1959
Bureau of the Budget
Circular A—32 (Rev.)

# CLINICAL RECORD — ANESTHESIA

ANESTHETIC(S) 1430 1445 30 1500 HOUR 30 1600

OXYGEN
$CO_2$ ABSORP.

LEVEL OF ANAL-ANES.

CODE
● PULSE
○ RESP.
V Λ B. P.
X ANES.
⊚ OPER.
T TOURN.

220 200 180 160 140 120 100 80 60 40 20

FLUIDS
B BLOOD
N SALINE
G 5% G/W
DX EXPAND.

NUMBERS FOR REMARKS

IV FLUIDS

POSITION supine

AGENTS AND TECHNICS

Page II (2 pages)

INDUCTION
SATIS
UNSATIS AND WHY

REMARKS

RR 1515

To ward in satis cond

ENDOTRACHEAL: SIZE ........ BLADE ........ ORO ........ NASO ........ CUFF ........ PACK ........
REMARKS:

OPERATION PERFORMED

TOTAL FLUIDS

NAME(S) OF SURGEON(S) Yeager et al

Signature of Anesthetist.

RECOVERY
REFLEX IN O.R. ........
EMESIS ........
ASPIR. ........
EXCITEMENT ........
HYPOTENSION ........
OTHERS ........

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Six, Harold

REGISTER NO. | WARD NO. | DATE Jan 13/72

S/N 0109-201-4404

ANESTHESIA
Standard Form 517
517-107

Rev. August 1954
Bureau of the
Budget Circular A-32

**CLINICAL RECORD** | **RADIOGRAPHIC REPORTS**

PATIENT'S LAST NAME-FIRST NAME-MIDDLE NAME: Six, Harold E.
CTR-1/USN/ACT

REGISTER NO.:

WARD NO.: B

AGE: 25 SEX: M

(Check one) ☑ BEDSIDE, WHEELCHAIR, OR STRETCHER ☐ BED PATIENT ☐ AMBULATORY

EXAMINATION REQUESTED:
① Lat. Oblique, mandible, Ⓛ + Ⓡ
② PA skull
③ Townes View ④ Lat Skull (film pl on Ⓡ s

(Above space for mechanical imprinting, if used)

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS:
Pt. underwent vertical osteotomy procedures in vert. mandib. rami ē coronoidotomies & Ⓡ subcondylar fx on 1/13/72 - Body of mandible repositioned posteriorly & intermax. fixation appli-

FILM NO.: 8

DATE OF REQUEST: 1/15/72

REQUESTED BY: [signature] CDR/DC/USN

RADIOGRAPHIC REPORT

[redacted]

1/15/72 - Views of the mandible after surgery show surgical fracture of the posterior rami of the mandible, bilaterally. A metallic wire loop is noted in the angle on the right side. There are metallic dental braces in both sides noted. There is good correction of prognathism as reported on the previous study in November 1971.

[signature]
CLARO L. MONTECER, M.D.
U.S. NAVHOSP, FPO SF 96651

DATE OF REPORT:

SIGNATURE: (Specify location of laboratory if not part of requesting facility)

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A-32 (Rev.)
RADIOGRAPHIC REPORT
519-207

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

RADIOGRAPHIC REPORT
519-207

RADIOGRAPHIC REPORT
519-207

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

RADIOGRAPHIC REPORTS
Standard Form 519
519-105

0109-201-4602

Standard Form 522
Rev. June 1961
Bureau of the Budget
Circular A-32 (Rev.)

**CLINICAL RECORD** | **AUTHORIZATION FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES**

NAME OF MEDICAL FACILITY NHSB DATE 1/12/72

1. I hereby consent to the performance upon myself or (name of patient) Six, Harold
of (1) Application of mandibular and maxillary fixation appliances (2) Bilateral Mandibular Osteotomy and coronoidotomies
(State nature of operation or procedure as: "an operation to remove appendix")
and of such additional operations or procedures as are considered necessary or desirable in the judgment of the medical staff of the above-named medical facility.

2. The nature and purpose of the operation, the risks involved, and the possibility of complications have been explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

3. I further consent to the administration of such anesthesia as may be considered necessary or desirable in the judgment of the medical staff of the above-named medical facility, with the exception of None
(State "None," or name anesthetic)

4. I also consent to the disposal by authorities of the above-named medical facility of any tissues or parts which it may be necessary to remove.

5. For the purpose of advancing medical knowledge, I consent to the admittance of medical students and other observers, in accordance with ordinary practices of this medical facility, to the use of closed-circuit television, the taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material, and I also consent to the use of such photographs and other materials for scientific purposes.

(Cross out paragraphs above which are not appropriate.)

Signature of patient X Harold E. Six

*When patient is incompetent to affix signature:*

Signature of person authorized to consent for patient ____________

Address ____________

Authority to consent ____________

WITNESS: Signature Deborah M. Nelson Ltjg
Address Staff NHSB - Wd B
City and State [illegible] FPO S.F. 96651

PATIENT'S IDENTIFICATION (*For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility*) | REGISTER NO. | WARD NO.

120034 P 520 46 1848
SIX, HAROLD E CTRI/N

AUTHORIZATION FOR ANESTHESIA, OPERATIONS, ETC.
Standard Form 522
522-104

AR 802

NH-1000 (3/69)

UNITED STATES NAVAL HOSPITAL
Subic Bay, Philippines

3 Jan 71
Date

I certify that I have read and understand the NAVAL HOSPITAL SUBIC INSTRUCTIONS 1000.13 (Subj: Regulations for patients) and 6330.1 (Subj: Liberty for Military Patients and Classification of Military Patients for Rehabilitation).

x Harold E. Six
(Signature of Patient)

D S Kacmarsky HM
(Witness)

NOTE: This receipt to be a permanent part of the hospital chart.

120034 P 520 46 1848
SIX, HAROLD E CTR1/N

NH-7220(2-72)

UNITED STATES NAVAL HOSPITAL
SUBIC BAY, PHILIPPINES

NH21/mjl
7220/120034
29 February 1972

From: Commanding Officer, U. S. Naval Hospital, Subic Bay, R.P.
To: Commanding Officer [illegible] (Personnel Officer)
U. S. NavCommStaPhil, San Miguel

Subj: Member hospitalized while on commuted ration; report of

1. The below named member was admitted for treatment on 3 January 1972 (1635H) and discharged on 24 February 1972 (1300H)
He was subsisted from 4 January 1972 to 24 February 1972

| Name | Rate | Social Security Number | Activity |
|---|---|---|---|
| SIX, HAROLD E. | CTR1/USN | 520 46 1848 | U. S. NAVCOMMSTAPHIL<br>FPO SAN FRANCISCO 96656 |

2. This information is for the purpose of checking commuted rations during period of hospitalization.

W. A. FREGEAU
By direction

Copy to:

DISBURSING OFFICER, USNAS, CUBI POINT

file

1. NAME (Last, first, middle): SHENDARGER IX, HAROLD E.

2. REGISTER NO.: 120034

3. ADMISSION DATE (Day, Mo., Yr.): 3 JAN 72

4. TIME: 1635

5. DEPENDENT'S ID CARD NO.: 520 46 1848

6. EXPIRATION DATE OF DEPENDENT'S ID CARD:

7. DATE OF BIRTH (Day, Mo., Yr.): 7 APR 46

8. SEX: MALE

9. RACE: CAUC

10. RELIGION: PROT

11. SPECIAL QUALIFICATIONS: NONE

12. SPECIAL QUALIFICATIONS NOW ASSIGNED (Yes or No):

13. LENGTH OF SERVICE: YEARS 7, MONTHS 8

14. RECORDS RECEIVED:

| HR | DR | SR | PR | ORD | DISLT | BAGS |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 0 |

15. DATE OF ORIGINAL ADMISSION (Day, Mo., Yr.): JAN 72

16. DUTY STATION AND LOCATION: US NAVCOMMSTA PHIL 927

17. TYPE OF ADMISSION: DIRECT 1

18. PROFESSIONAL SERVICE ADMITTED TO: DENTAL 030

19. NEXT OF KIN (Name and address): UCY G. SIX, NAVCOMMSTA PHIL 7130A (HOUSING)

20. RELATIONSHIP: WIFE

21. TELEPHONE NO.: 886 3145

22. NOTIFY IN CASE OF EMERGENCY (Name and address if not the same as Next of Kin above): SAMOK

23. RELATIONSHIP:

24. TELEPHONE NO.:

25. DIAGNOSIS (Include anatomic part if applicable): GROSS MALOCCLUSION SECONDARY TO MANDIBULAR PROGNATHISM ~~5244~~ 5241 (Mandibular)

26. DIAGNOSIS UNDETERMINED: 2

27. EPTE: 2

28. CIRCUMSTANCE OF ACCIDENT, VIOLENCE, OR POISONING:

29. GEOGRAPHICAL AREA OF INCIDENCE (Complete with Item 28, and for infective and parasitic diseases): 20

30. DISPOSITION DATE (Day, Mo., Yr.): 24 Feb 72

31. DISPOSITION TO (Where): Duty

32. NAME (Last, first, middle): IX, HAROLD E.

33. SERVICE NUMBER: 777 58 53

34. RANK/RATE: CTR1

35. PATIENT CATEGORY: USN 06

CODE: 0040

36. DESIGNATOR OR OCCUPATIONAL GR.:

37. WARD NO.: D