IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO NOTICE OF DIRECTLY RELATED CASE

Pursuant to the Court's order dated May 8, 2007, defendant, the United States, respectfully submits our response to plaintiff's Notice of Directly Related Case.

Plaintiff, Harold E. Six, in his Notice of Directly Related Case, suggests that this Court establish "special procedures" to control the litigation of this case and the case of Lockwood v. United States, 06-543C, based upon his allegation that both cases arise out of the same operative facts. Mr. Six, however, does not indicate what "special procedures" he is requesting the Court to initiate and, more importantly, he provides no authority for the relief he requests. The Government is unaware of any authority that would warrant this Court to establish "special procedures" to govern the litigation of cases that were filed at different times, involve unrelated litigants, are at different points in the litigation process, and involve the resolution of different factual and legal issues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

May 20, 2007

Attorneys for Defendant