IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL DOCUMENTS AS PART OF THE ADMINISTRATIVE RECORD

Defendant respectfully moves for leave of Court to file additional documents as part of the administrative record.

Pursuant to the Court's order dated May 11, 2007, on May 9, 2007, defendant, the United States, filed the paper copy of the administrative record, and on May 17, 2007, electronically filed the administrative record.

Subsequent to the filing of the administrative record, counsel for plaintiff brought to the attention of the Government that some documents were apparently inadvertently omitted from the administrative record. The contents of this motion have been discussed with counsel for plaintiff and he has indicated that plaintiff does not object to the granting of this motion. The Government, therefore, requests the Court for leave to supplement the administrative record with those documents, which are identified in the index to the supplement to the administrative record, attached herewith.

For the foregoing reasons, defendant respectfully requests leave of Court to add the documents identified in the index to the supplement of the administrative record to the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax) 15, 2007

June 11, 20007

Attorneys for Defendant