IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SUPPLEMENT TO ADMINISTRATIVE RECORD

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DEBORAH A. BYNUM
Assistant Director

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

June 11, 2007

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1727C (Judge Emily Hewitt) |

INDEX TO SUPPLEMENT TO ADMINISTRATIVE RECORD

| Document | Page(s) |
|---|---|
| Declarations of Margaret Six | AR 806 - 809 |
| Declaration of Harold Six | AR 810 - 813 |
| Declaration of Chuck Jones | AR 814 - 816 |
| Declaration of Joe Brinkert | AR 817 - 819 |
| Declaration of Richard Keipfer | AR 820 - 838 |
| Article from the New England Journal of Medicine, dated March 31, 2005, titled "Veterans' Mental Health in the Wake of War" | AR 839 - 843 |
| Article in the New England Journal of Medicine, dated March 31, 2005, titled "Mental Health Care Needs among Recent War Veterans" | AR 844 - 846 |
| Article in the New England Journal of Medicine, dated March 31, 2005, titled "Blast Injuries" | AR 847 - 858 |
| Abstract of an article in The Journal of Nervous And Mental Diseases, titled "Comorbidity As A Predictor Of Symptom Change After Treatment In Combat-related Posttraumatic Stress Disorder" | AR 859 |
| 1996 article in The American Journal of Psychiatry, titled "Chronic PTSD in Vietnam combat veterans: course of illnesses and substance abuse" | AR 860 - 863 |
| Article in the New England Journal of Medicine, dated July 1, 2004, titled "Acknowledging the Psychiatric Cost of War" | AR 864 - 868 |
| Article in the New England Journal of Medicine, dated July 1, 2004, titled "Combat Duty in Iraq and Afghanistan, Mental Health Problems, and Barriers to Care" | AR 869 - 880 |

| | |
|---|---|
| Article in the New England Journal of Medicine, dated October 21, 2004, titled "Combat Duty in Iraq and Afghanistan, Mental Health Problems" | AR 881 - 884 |
| Article in the New England Journal of Medicine, dated January 10, 2002, titled "Post-Traumatic Stress Disorder" | AR 885 - 888 |
| Report of Medical Examination of Harold Six on October 21, 1971 | AR 889 - 893 |
| Report of Medical Examination of Harold Six on February 6, 1973 | AR 894-895 |
| Declaration of Merlin Staring | AR 896 - 897 |
| Declaration of Ward Boston | AR 898 - 900 |
| Stetson Memorandum | AR 901 - 904 |

IN THE
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Harold E. Six, Sr.** | ) | |
| **Plaintiff;** | ) | |
| **v.** | ) | **Docket No.04-1727 C** |
| **United States** | ) | |
| **Defendant.** | ) | |
| | ) | |

DECLARATION OF MARGARET SIX, WIFE OF HAROLD EUGENE SIX, SR

I am Margaret Six, wife of Harold Eugene Six, Sr, former CT1, USN, the plaintiff in this proceeding. We married in 1978. It is the second marriage for both of us. I make this declaration to set forth various facts concerning Mr. Six that may be relevant to this proceeding.

1. I am Mrs. Margaret Six, wife of Harold Eugene Six, Sr. We reside at 480 Pedley Road, Space 185, Riverside, CA. 92509 I was introduced to Harold by mutual friends. I was told that Harold was a veteran, and had a difficult, lonely life; that he had two children and two step children from his previous marriage. I also had children from my previous marriage.

2. At the outset, I think it important to describe aspects of Harold's personality that I have come to know. First, he is a very "private " man. By that I mean he does not discuss things that are on his mind. Rather, he holds them deep within himself, and, at times, they just fester and grow worse there. To conceal this, Harold adopts a "Everything is fine" demeanor. Only when confronted over the fact that things are not fine will he then acknowledge that he is having problems. I have seen this over the years in his dealings with both his and my children. Rather than state something they are doing is disturbing him in a big way, he will try to make a joke out of it, only to burst out in anger in a short period of time. Second, it has been obvious to me for now a long period of time that he is deeply disturbed by "flashbacks" of his being trapped in that compartment aboard the Liberty. For weeks on end he will have trouble sleeping; only gradually will he admit what I clearly observe, that he is waking up in cold sweats and either cannot, or, is afraid to go back to sleep. And, only very recently has he been willing to share with me that when these flashbacks or nightmares occur, he is reliving the terror of that torpedo exploding into his compartment, killing so many of his shipmates, including two of his

junior rated men, one on both sides of him, and, trapping him under debris as the sea water flooded the compartment. I have also overheard Harold, when he is deep in the dark mood he enters following a flashback, that he wishes he had died in that compartment, that he had failed in his duty to those junior rated men; he should have died rather than them. He has told me that is why he volunteered for two tours in Vietnam, he was hoping he would be killed in combat in Vietnam.

3. A few years ago, he went to a reunion of the Liberty survivors in Washington. When he came home from the reunion, he said that, while he enjoyed seeing old shipmates, the experience bothered him greatly because the nightmares of the Liberty were becoming more vivid. He occasionally gets telephone calls or email messages from members of the group. Invariably following such calls, he goes off into one of his dark moods.

4. Finally, when those moods come upon Harold, he is a truly changed man. He gets very inward and angry and his anger can explode like a raging bull. He is truly frightening to be near when those moods come upon him. What bothers me is that he seems unable to relate those episodes to his doctors. Rather, after such an episode, if asked how he is feeling, he will respond"fine." I don't understand why his doctors either can't see through such a simplistic answer, or, why they do not reach out to family members for an accurate recital of how this illness is really affecting him, and those of us who love and try to support him.

5. As we began to know each other, I learned that his children and step children were living with their mother, but she was unable to care for them and that he was trying to get custody of both his own children and his step children. When we agreed to get married, I agreed to assist Harold to gain custody of both his children and his step children. We succeeded and when we were married, the children came and lived with us.

6. After our marriage, I learned that Harold had a drinking problem, but he seemed to have his drinking in control at that time. Over time, his children revealed to me that Harold had been put out of the Navy because of his drinking. Harold never discussed this with me until, perhaps, two years ago. The children described a very poor, bleak life; that for several years he was unemployed because of his drinking. They related how their mother also drank heavily, that ultimately she left Harold and was living with another man, and, had recently been badly injured in an auto accident.

7. When we were first married, Harold worked as an over the road tractor trailer operator and was away for most of the week, every week. Thus, I was responsible for the care of his children as well mine. That became tiring and, when I learned of an opening for a truck driver in the Riverside County's Streets and Engineering Department, I strongly

encouraged him to apply.

8. Thankfully, in about 1984, Harold got the job with the County. To my surprise, this did not mean Harold was home too much more often than before. When the County had projects out in the desert, Harold and the crew would stay out in the desert during the week. I began hearing that Harold was drinking heavily when he was out working in the desert.

9. From the very beginning of our marriage, I became aware that he was "a loner." He would become moody, and the children could provoke angry outbursts out of all proportion to whatever had triggered the problem. Then, he would withdraw into himself. Afterwards, Harold becomes very apologetic and tries to make amends. Still, with most of his children, the poor kids have endured so much of that anger and abuse that a deep division exists and they avoid Harold. It is very sad to watch.

10. When he began drinking again, these outbursts became violent and uncontrollable. He became physically abusive to the children and to me. In the past he would have walked out of our home, and stayed away until he regained control, but now, he was becoming abusive to us, insisting we were "closing in on him."

11. I tried talking with Harold, but got little response other than to say he had been experiencing this uncontrollable angry rage ever since he was injured aboard the Liberty. That was his sole explanation. When pressed, he became angry again and said he could not discuss what happened on the Liberty. All he would say was that the guys he was supposed to supervise were killed, and he survived, and, it would have been better if he had been killed with all the others.

12. When this change of personality and conduct continued, I discussed my situation with members of my church. They, in effect, told me that I had to confront Harold. That I should insist that either he gets things in control, stop his drinking and stop his violence and abuse, or, he would have to leave our home. A group from the church helped me confront Harold. This actually worked.

13. Harold stopped his drinking, and the violence and physical abuse stopped. He would still get very moody and withdrawn, but, things were better than before.

14. I never understood what Harold was experiencing until he started going to the VA for help and presented a claim to the Navy for benefits he felt he was entitled to. His doctors explain that he suffers from Post Traumatic Stress Disorder. I have now read some information on the attack on the Liberty and now know what happened to Harold in that

attack. Harold, however, still has not discussed that with me.

15. Recently, in the past several months, these attacks have changed dramatically, becoming more frequent and more troubling. Harold has acknowledged to me that he is having very increased difficulty controlling his anger, and I can see the anger in his face and his "body language." Frankly I am very concerned. I discussed this with Harold's attorney. He, in turn talked to Harold and urged him to go to the VA Mental Health clinic and tell them what is going on. Harold did, and they kept him overnite. But, when Harold came home, he was angry at me for having made him go to the doctor. He complained that I betrayed his trust.

16. Candidly, I don't think Harold is really telling the doctor how severe these attacks have become. Indeed, I wonder if he has ever really opened up with his VA doctors, and, if they have ever really made an effort to find out how deep these problems are with Harold. If they rely on his response that things are fine, that is dangerous to me and the rest of our household. wish they would contact me so that I could give them a true picture of how much and how often Harold is struggling, really struggling, to control his anger during these attacks, and, how frequently these are coming on. They frighten me and make me fearful for Harold's safety and my safety, as well as the safety of the grandchildren staying with us.

17. Harold has never, as long as I have known him, been able to have a normal social life with others. He has little to do with the people he worked with. Apparently, in the past, there were a couple of guys he could go drinking with. But even then, they would abandon him. He does help out at our church, but always as a loner. It makes me so sad that he is always on guard with others and will never let them close to him.

Margaret Six

Margaret Six

IN THE
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Harold E. Six, Sr.** | ) | |
| **Plaintiff;** | ) | |
| **v.** | ) | **Docket No.04-1727 C** |
| **United States** | ) | |
| **Defendant.** | ) | |
| | ) | |

DECLARATION OF HAROLD EUGENE SIX, SR.

I am Harold Eugene Six, Sr., the plaintiff in this proceeding. I make this declaration to supplement the information I provided in my affidavit before the Board For Correction of Naval Records. Candidly, many of the declarations, statements and affidavits my attorney has assembled establish facts that I had forgotten, or been unable to acknowledge.

1. I am Harold Eugene Six, Sr., the plaintiff in this proceeding. I reside with my wife, Margaret, at 480 Pedley Road, Space 185, Riverside, CA 92509.

2. Having reviewed the affidavits, statements and declarations here presented, and discussed them with my attorney, my memory has been jogged as to some of this information. And, I know feel able to talk about some things I had been unable to discuss before. I still have a very definite problem with my memory. For example, I have very limited memory of my second tour of duty in Vietnam, and cannot recall the names of any of the Marines I served with there, nor can I recall the names of people I served with at either NAVCOMMSANDIEGO, OR, NAVCOMMPHILLIPINES. I do recall, vividly and hauntingly, the guys I served with aboard the Liberty; especially the NAVSECGRU members who were killed in that compartment. I guess I may be afraid to get too close to people in fear I might cause their death.

3. I have reviewed the declaration of the unsigned, unidentified sailor, describing his recollection of both of us reporting aboard NAVCOMMSTASANDIEGO at the same

time. He also relates having encountered me on several later occasions in various bars on base, or in the area around the base. I have no personal memory of this man. I do have a burning memory of the special treatment I was given when reporting aboard the Communication Station at San Diego, and of my reception when I arrived at Naval Hospital, San Diego, and, to some extent, when reporting aboard Naval Communications Station, Phillippines. Those events have caused me deep pain, shame and embarrassment and have haunted me throughout the remainder of my life.

4. I am not by nature a braggart, or a person who claims responsibility for work or actions of another person. I am more comfortable being in the background. But, the "hero's" reputation that greeted me in San Diego threw me for a loop. I was in bad shape, physically and mentally, when I arrived at Naval Hospital San Diego. We had not been properly cared for in Germany while awaiting our flight to the states. Many of us needed to have our dressings changed and our wounds, which were still bleeding, properly dressed. In truth, looking backward, I was still in deep shock; I'd guess we all were. And, we were "bitching" pretty heavily about the lack of care we received from the Air Force guys at the terminal in Germany. As bad as the wounds to my hand and leg were (I also had minor wounds to my face), I was terrorized by the memories of that torpedo exploding right into the compartment, practically right where my consol was placed, and, the fact that my two junior rated men had been killed, one on each side of me. Added to this was the memory of the rest of the guys screaming and bleeding, and of the flesh and body parts blown throughout that compartment; it was, and still is terrorizing. And, I was terrorized by the memory of being trapped under the debris of the demolished communication equipment, with the sea water rapidly flooding the compartment. Thus, being strapped into a bunk aboard the planes taking me from the U.S.S. America to Germany, and then from Germany to San Diego didn't do much for the claustrophobia I had developed.

5. I was treated with great respect by the staff at San Diego. In their eyes, I was a hero. Then, while still confined to the ward, I was visited by a Navy Lieutenant Commander. He stood at the side of my bed and told me that I could not discuss the events aboard the Liberty with anyone, "Not Even Your Mother or Your Wife." He threatened Courts Martial if the order was disobeyed.

6. That order had a very special impact on me. My assignment aboard the Liberty had made me a member of a very elite group in the Navy, the Naval Security Group. I hoped to make a career in the Navy with NAVSECGRU units. One of the key requirements for assignment was the special security clearances members of the group needed. I well understood that even if they might not courts martial you for talking about the attack on the Liberty, they surely could and likely would revoke your security clearances for

failing to keep a secret. I took that order very much to heart.

7. As my condition improved, I began coming in more contact with the staff and my fellow patients; especially when they began allowing me off the ward on liberty. That was when I first became aware of the reality that the story of the attack on the Liberty was in fact widely and wildly reported and discussed. I was being treated like a hero, not just because I was a Liberty survivor, but because a story was circulating that I had been especially heroic during the attack. One story had me rescuing men from the flooded compartment in unusually brave circumstances. Another story had me in line for a big award, maybe the Congressional Medal, for having jumped into the sea and rescuing a crewmate who had been blown overboard by explosion and was being strafed by the Israeli Torpedo Boat! In truth my memory of the attack was blurred, but I surely had no memory of my acting anything like these stories were saying.

8. I tried denying the stories, and explaining that I was under orders that prohibited me from talking about events on the Liberty. As to any medals and awards, I knew nothing about that, and that would involve Navy Authorities far beyond me. This was mistaken for humility, and, my reputation at the hospital grew. And, when I was released from the hospital and assigned duty at the San Diego Communications Station, that reputation followed me. All of this simply made my guilt for surviving the attack become more acute, and, caused an increase in the frequency and severity of the flashbacks and nightmares.

9. At the time, all this attention had what I thought was a good side. Everywhere I went, guys were giving me free beer. And, of course, I drank more and more. I was self medicating. I was ashamed and embarrassed by the false impression that I had rescued men aboard the Liberty. I was afraid some of my fellow Liberty survivors would hear these stories. But, I was prohibited from talking about the events aboard the Liberty.

10. As time passed, I recognized that this rumor was making things easy for me. One of the things that surprised me was that it wasn't just my fellow enlisted that were spreading the rumors. The officers accepted the rumors as well. I was well aware of my reputation as a drunk. But, that was the image of the tough old Sailor that Wallace Berry and Hollywood painted of the Navy in the WWII movies. A good sailor was entitled to be a drunk if he came through in combat. My superiors, officers and enlisted, simply ignored my drinking because I was "that guy from the Liberty."

11. Still, it haunted me. I truly wanted to die in battle. I volunteered for Vietnam. But, in my first tour, I was assigned in an Air Force Communications plane. I was free to drink as heavily as I wished, so long as I was aboard the plane when it took off. For me, I took to

drunk hero from the Liberty. I guess, in reality I was. I was surely a drunk. I could not sleep at night because of the flash backs and the guilt. And, I deeply wanted to get killed.

12. I've read my children's statements. They are painful, but true. In the Phillippines, when I was home, I could not let either my wife or my kids get close to me. The fact is that I was afraid to get attached to anyone. I had loved the NAVSECGRU guys I was stationed with aboard the Liberty, and, they had either been killed, or assigned far from my duty stations. I had felt pride in supervising and protecting the two junior rated men assigned my watch station, and they were both dead. It seemed to me, the greater distance I kept between me and my family, the better off they would be.

13. When I was being processed out at San Francisco, I was severely depressed and angry. I blamed my then wife for having failed to use the allotments I provided her to pay our bills. It was enough for her to manage the home and keep current on out time charges. I heard rumors she was running around on me, and, she probably was. But, I well knew I was responsible; it was easier to blame her.

14. Knowing what I know now, I have a new sense of anger at the Navy. I had no idea that the guilt and flashbacks were a predictable consequence of the trauma I experienced aboard the Liberty. And, I had no idea that those symptoms were treatable. I felt they were a sign of personal weakness and lack of character and should be hidden and denied. I feared these were just further signs that I was weak and failed my shipmates. When I think of how these flashbacks, and my anger, and guilt have burdened me all these years and the government knew these would likely occur, and said nothing to me! It is like experiencing a second false report of the attack; the government is discarding me again. This time, simply to save money. It is deeply angering.

15. I have reviewed my current wife Margaret's declaration. She is, of course, being truthful when she relates how I continue to fail to open up to the doctors. I wish I understood why. At some level, I blame that damned Silencing Order. I still feel I am violating orders when I discuss the Liberty, and, there is no way I can discuss the flash backs, the guilt, the anger and rage, without talking about the events of the Liberty.

[signature] **Dated** 10 JAN 06

Harold Eugene Six Sr.

WITNESSED:

______________________ **(Dated:** ____________

# IN THE
# U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Harold E. Six, Sr.** | ) | |
| **Plaintiff;** | ) | |
| v. | ) | Docket No.04-1727 C |
| United States | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF CHUCK JONES, FORMER CT USN

Chuck Jones, former CT1 ,U.S. Navy makes this declaration to attest to facts and information of my personal knowledge concerning a former shipmate, Harold Eugene Six, Sr., and events aboard the U.S.S. Liberty, AGTR 5, U.S. Navy on June 8, 1967 and the periods following that date.

1. I am Chuck Jones, currently residing at 5755 Raley Road, New Waterford, Ohio 44445. In the late 60's, I served as a Communications Technician in the U.S. Navy, assigned to various NAVSECGRU activities.

2. On and prior to June 8, 1967, I was assigned with a NAVSECGRU unit stationed aboard the U.S.S. Liberty, AGTR 5. The Liberty was assigned duties off the Gaza Strip in the Eastern Mediterranean, to monitor transmissions and communications between units of the Israeli Commands, and, units of the United Arab Republic commands, then engaged in active combat during the so-called "Six Day War." It was our understanding that we were stationed there to monitor those transmissions so as to ensure that units of Soviet Russia's military were not actively engaged in combat in support of the Arab forces, thereby protecting the Israeli forces. We understood the Israelis to be our allies.

3. Our ship had been monitored by units of the Israeli Air Force throughout the previous day as we steamed to our assigned position. We the steamed some 12 miles off the coast, observing the "dog fights" between the Israeli and United Arab Air Forces, cheering as the Israeli's shot down the Arab planes.

4. The Liberty has a very distinctive profile because of the multiple antennae that we displayed. We proudly displayed a large ensign and had the distinctive hull paint and identifications of a ship of the U.S. Navy.

5. Suddenly, without warning, our ship became the target of a prolonged series of attacks by units of the Israeli Air Force, as they bombarded us with machine gun, rocket and cannon fire and napalm bombs. Then, we came under attack by three Israeli Torpedo Boats. They shot at least five torpedoes at us, one struck us directly into our communications space,

below decks.

6. The result was disastrous. 25 of my NAVSECGRU unit shipmates were killed in that compartment. I am fortunate that my assigned battle station was in the compartment on the deck above the damaged compartment. Even there, I was hit by several small pieces of shrapnel from the rocket and machine gun attacks topside. My physical wounds were trivial to those of many of my shipmates. I personally attest to the force and violence of the resultant explosion. As it shook the ship, I could feel the force and heat of the explosion through the deck under my feet. We began immediately assisting the survivors of that compartment as they exited up the escape ladder through the hatch into our space.

7. Because of my background as an Eagle Scout, and its First Aid training, I was pressed into assisting our medics in caring for the wounded. By wounded, I mean those with severe physical wounds and profuse bleeding. We had men with large pieces of shrapnel and other metal parts blown into their bodies. The needs of the critically wounded were so demanding that we simply ignored those, like myself, with minor wounds and scrapes. In total 205 of the Liberty's 280 crew, including our Commanding Officer, were among the severely wounded.

8. I had developed a close friendship with Harold Eugene ("Gene") Six, Sr. when we first reported to the Liberty. Six, then a CT3, was assigned to a battle stationed in the damaged compartment. I was relieved to see he had escaped from the now flooded compartment. I was told that he had been the last one pulled alive from the compartment. His rescuer was SGT. Bryce Lockwood ,USMC, another member of our NAVSECGRU. Lockwood's actions that day were truly heroic. Like all of the crew, I believed then, and believe now, Lockwood should have been awarded the Congressional Medal of Honor for his conduct.

9. I administered to Gene's wounds as best we could. Compared to many, he was not as severely physically wounded as some of the others, but he was in great pain. Like all of us, he was in deep shock. In truth, he was in far deeper shock. He was "out of it" to a much greater degree than others with much more severe physical wounds. In an effort to determine if we might have missed some wound or internal injuries, I asked Bryce Lockwood, if there was anything I had missed.

10. SGT. Lockwood explained to me that he had found poor Gene basically unconscious, trapped beneath the fallen debris in the compartment, with guys on both sides of him killed. Then, when he was hauling him up the escape ladder, some clown had dogged the hatch shut on them. In the resulting efforts to get someone to open the hatch, poor Harold had been dropped back into the flooded compartment, and, Bryce had to go back down the ladder and get Gene and haul him out, once the hatch was opened. I guess that is enough trauma to put you out of it. That must have scared the hell out of Gene.

11. I have not had contact with Gene since we served together on the Liberty. Late in the day of the attack, Harold was transferred to the America with the other seriously wounded. I understand he was transferred to Naval Hospital San Diego, then to Naval

Communications Station, San Diego, and, then to Naval Communications Station, Phillippines, and, had two tours in Vietnam. I guess he did not serve with any other Liberty survivors following his transfer from the Liberty. That must have been tough, since it meant he had no one he could share the frustration and anger we survivors felt about the facts of that attack. We had been victims of a sneak attack, by our "allies" and, our government not only did nothing about and lied to protect those who attacked us,; our government silenced us so we could not tell the truth, At least when you were serving with other survivors, you had someone to share your misery with.

12. I was among the crew members assigned the horrible duty of going into that flooded compartment when it was pumped out to identify and retrieve the bodies of our dead shipmates. That was the most horrifying, gruesome, frightening duty I have ever performed. I can only imagine how that Gene must be affected by his having been trapped in that compartment, with those guys dying all around him, while he was ensnared under the debris, and the sea was flooding into the compartment. That sight has haunted me all the rest of my life. It surely must haunt Gene as well.

13. I understand Gene has had profound troubles with drinking, anger control, difficulty to maintain employment, great disorder in his family life, and great difficulty managing his personal affairs following his experiences aboard the Liberty. That is not surprising. It sounds like the litany of all of us who survived the attack on the Liberty. The heroism of our crew was seemingly disparaged by our Navy, our government, and, by the Israeli government and its supporters. As bad and difficult as that has been, what has truly been angering to the depth of my soul, and the souls of my shipmates has been the combined effect of the false report issued by the Navy's Court of Inquiry and the silencing order issued by the Navy that prohibited the crew from telling the truth as to what happened on June 8, 1967.

14. It is strange, even today when we survivors speak of the attack, and the government's response, both its failure to send forces to defend us and its failure to retaliate, and, tell of the government's false report and the silencing order, people simply do not believe what is being said. And, of course, that reaction simply deepens our anger and sends us back into the depths of our flashbacks. Even our closest family, such as our wives, simply do not understand. To them, "It was so long ago, why don't you just let it go." To us, the flashbacks make it constantly present, and, we owe our dead shipmates to be certain the public knows what truly occurred.

Chuck Jones **(Date:** 01-04-06**)**

Chuck Jones, Former CT 1, USN

Witnessed; Martha Jones

**IN THE**
**U.S. COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **Harold E. Six, Sr.** | ) | |
| **Plaintiff;** | ) | |
| v. | ) | Docket No.04-1727 C |
| United States | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF JOE BINKERT, FORMER CT USN

Joe Binkert, CTC, U.S. Navy, Retired makes this declaration to attest to facts and information of his personal knowledge concerning a former shipmate, Harold Eugene Six, Sr., and events aboard the U.S.S. Liberty, AGTR 5, U.S. Navy on June 8, 1967 and the periods following that date.

1. I am Joe Binkert, CTC, USN Retired, currently residing at P.O. Box 982 , Franklin, West Virginia 26807. From 1962 to 1987, I served as a Communications Technician in the U.S. Navy, assigned to various NAVSECGRU activities.

2. On and prior to June 8, 1967, I was assigned with a NAVSECGRU unit stationed aboard the U.S.S. Liberty, AGTR 5. The Liberty was assigned duties off the Gaza Strip in the Eastern Mediterranean, to monitor transmissions and communications between units of the Israeli Commands, and, units of the United Arab Republic commands, then engaged in active combat during the so-called "Six Day War." It was our understanding that we were stationed there to monitor those transmissions so as to ensure that units of Soviet Russia's military were not actively engaged in combat in support of the Arab forces, thereby protecting the Israeli forces. We understood the Israelis to be our allies.

3. Our ship had been monitored by units of the Israeli Air Force throughout the previous day as we steamed to our assigned position. We the steamed some 12 miles off the coast, observing the "dog fights" between the Israeli and United Arab Air Forces, cheering as the Israeli's shot down the Arab planes.

4. The Liberty has a very distinctive profile because of the multiple antennae that we displayed. We proudly displayed a large ensign and had the distinctive hull paint and

identifications of a ship of the U.S. Navy.

5. Suddenly, without warning, our ship became the target of a prolonged series of attacks by units of the Israeli Air Force, as they bombarded us with machine gun, rocket and cannon fire and napalm bombs. Then, we came under attack by three Israeli Torpedo Boats. They shot at least five torpedoes at us, one struck us directly into our communications space, below decks.

6. The result was disastrous. 25 of my NAVSECGRU unit shipmates were killed in that compartment. I am fortunate that my assigned battle station was in the compartment on the deck above the damaged compartment. I personally attest to the force and violence of the resultant explosion. As it shook the ship, I could feel the force and heat of the explosion through the deck under my feet. I was assigned in the space where the escape hatch from that compartment exited into our compartment on the deck above. We began immediately assisting the survivors of that compartment as they exited up the escape ladder through the hatch into our space.

7. I was relieved to help my buddy Harold Eugene ("Gene") Six, Jr. come through that escape hatch. He was being helped up the ladder by SGT Lockwood, one of the two Marine members of our NAVSECGRU unit on the Liberty. Gene was the last guy pulled out of the compartment alive. Gene was in deep shock and bleeding heavily from a wound in his leg. Lockwood explained he had found him almost unconscious, trapped by debris in the compartment. That he was a lucky guy because the sailors on both side of him were dead. We moved Harold to our Medical Aid station. We had to stay inside our compartment because the Israeli were still strafing the top side of the ship, shooting at anybody who moved on deck.

8. In total 205 of the Liberty's 280 crew, including our Commanding Officer, were among the severely wounded.

9. Like all of the crew, I believed then, and believe now, Lockwood should have been awarded the Congressional Medal of Honor for his conduct.

10. I later check up on Gene to see how he was doing. Compared to many other of the crew, he was not as severely physically wounded. But he was in great pain. Like all of us, he was in deep shock. In truth, he was in far deeper shock. He was "out of it" to a much greater degree than others with much more severe physical wounds.

11. SGT. Lockwood later told me that he had found poor Gene basically unconscious, trapped beneath the fallen debris in the compartment, with guys on both sides of him

killed. Then, when he was hauling him up the escape ladder, some clown had dogged the hatch shut on them. In the resulting efforts to get someone to open the hatch, poor Harold had been dropped back into the flooded compartment, and, Bryce had to go back down the ladder and get Gene and haul him out, once the hatch was opened. I guess that is enough trauma to put you out of it. That must have scared the hell out of Gene.

12. I have not had contact with Gene since we served together on the Liberty. Late in the day of the attack, Harold was transferred to the U.S.S. America with the other seriously wounded. I understand he was transferred to Naval Hospital San Diego, then to Naval Communications Station, San Diego, and, then to Naval Communications Station, Phillippines, and, had two tours in Vietnam. I guess he did not serve with any other Liberty survivors following his transfer from the Liberty. That must have been tough, since it meant he had no one he could share the frustration and anger we survivors felt about the facts of that attack. We had been victims of a sneak attack, by our "allies" and, our government not only did nothing about and lied to protect those who attacked us,; our government silenced us so we could not tell the truth, At least when you were serving with other survivors, you had someone to share your misery with.

13. I understand Gene has had profound troubles with drinking, anger control, difficulty to maintain employment, great disorder in his family life, and great difficulty managing his personal affairs following his experiences aboard the Liberty. That is not surprising. It sounds like the litany of all of us who survived the attack on the Liberty. The heroism of our crew was seemingly disparaged by our Navy, our government, and, by the Israeli government and its supporters. As bad and difficult as that has been, what has truly been angering to the depth of my soul, and the souls of my shipmates has been the combined effect of the false report issued by the Navy's Court of Inquiry and the silencing order issued by the Navy that prohibited the crew from telling the truth as to what happened on June 8, 1967.

14. It is strange, even today when we survivors speak of the attack, and the government's response, both its failure to send forces to defend us and its failure to retaliate, and, tell of the government's false report and the silencing order, people simply do not believe what is being said. And, of course, that reaction simply deepens our anger and sends us back into the depths of our flashbacks. Even our closest family, such as our wives, simply do not understand. To them, "It was so long ago, why don't you just let it go." To us, the flashbacks make it constantly present, and, we owe our dead shipmates to be certain the public knows what truly occurred.

______________________________ **(Date: ____________)**

Joe Binkert CTC, U.S.N., Retired

IN THE
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Harold E. Six, Sr.** | ) | |
| **Plaintiff;** | ) | |
| **v.** | ) | **Docket No.04-1727 C** |
| **United States** | ) | |
| **Defendant.** | ) | |
| | ) | |

DECLARATION OF CAPTAIN RICHARD KEIPFER, MC, USN, RETIRED

CAPT. Richard F. Keipfer, MC, USN, Retired, on his oath, makes the following Declaration in support of the claim for disability retirement and attendant entitlements and benefits presented by former CT 1 Harold Eugene Six, Sr., U.S. Navy..

1. I am Captain Richard F. Keipfer, Medical Corps, U.S. Navy, Retired, I retired from active duty in 1980, following 13 years, 3 months of active service. I reside at 208 Wollschlager Drive, Boerne, TX 78006. I make this affidavit in support of the Claim for Navy Physical Disability Retirement Benefits presented by a shipmate from the U.S.S. Liberty, former CT–1 (then CT-3), Harold Eugene Six, Sr., U.S. Navy.

2. I make this affidavit both to attest to matters I personally observed aboard the U.S.S. Liberty on June 8, 1968, and the following days, and to express my professional opinion to the fact and degree of disability experienced by Mr. Six, based on personal observations, review of the documents in this proceeding, and my professional training and experience

as a trained physician and surgeon, and a Medical Officer.

3. I am a graduate of Seton Hall School of Medicine, and received my residency and intern training at Jersey City Medical Center, and, Methodist Hospital, Brooklyn, NY. I received surgical training at Naval Hospital, Boston, New England Medical Center, Boston City Hospital, and, Massachusetts General Hospital, Boston, MA. Thereafter, I served as the Medical Officer on the U.S.S. Liberty, AGTR-5, the U.S.S. Aeolus, and, as a surgeon at NAVSECGRU, Winter Harbor, Maine, Naval Hospital, Albany, Georgia, Naval Hospital, Portsmouth, NH, and, at Naval Medical Center, Bethesda,. At the time of my retirement, I was Chief of Nuclear Medicine, U.S. Naval Medical Center, Bethesda, Maryland.

4. It is my intention to present facts I personally witnessed as the Medical Officer aboard the U.S.S. Liberty on June 8, 1967, and the days following. It is also my intention to express my professional opinion as to the nature and extent of Six's disablement caused by that attack, and his subsequent tours of Vietnam service, based on my review of Six's medical records, the record of this proceeding, my contacts with Six in the intervening years, and, my professional training and experience. I have not personally examined or treated CT-1 Six since our service together aboard the Liberty.

5. I have reviewed the following documents that I understand are included in the record of this proceeding, in preparing myself for this statement. I have also relied on my recollection of various telephone discussions I have had with Six over the intervening years.

A. Six's Application For Correction of Naval Records, and its exhibits, including, in particular, Six's affidavit, and, the affidavits, statements of his children.

B. BCNR's Denial.

C. Six's Motion To Reopen, including, in particular, Dr. Yuval Estrov, MD 's Psychiatric Report, the various VA and Civilian Medical Reports, AND Six'S Supplemental Affidavits.

D. The 2005/06 Declarations of Chuck Jones, former CT , USN, Joe Binkert, Chief CT, USN, Ret., and, Mrs. Margaret Six, and, Harold's 2006 Declaration.

5 I was stationed aboard the U.S.S. Liberty as the ship's Medical Officer on June 8, 1967. The ship was suddenly the victim of an intensive sneak attack by forces of the Israeli Air Force and Navy. The true facts of that attack have been presented by CDR Ennes, another of the Ship's officers, in his outstanding book, "Assault on the Liberty." I understand that excerpts of the book have been entered into this record. I won't detail my observations of that attack, except to state that the Report of The Court of Inquiry on the Liberty attack was deliberately inaccurate. This has since been acknowledge by the Counsel to that Court of Inquiry. In my opinion, the Report was facially inaccurate.

6 Putting aside the facts of the Israeli attack, I was witness that day to an incredible level of

personal heroism and team work by the U.S.S. Liberty crew. I am immensely proud to have been a member of that crew on that day, and to have been able to treat and assist those brave men. They rose to the very heights of the tradition of the U.S. Navy on that day. Strangely, in apparent politically motivated efforts to downgrade the ferociousness of that attack, higher echelons initially declined to grant our wounded, such as Six, awards such as the Purple Heart, and initially downgraded our recommendations of distinctive awards, on the apparent grounds that our crew had not experienced an hostile engagement. [This went so far that individual commendations were originally worded "in the Eastern Mediterranean." Reportedly, this was too much even for RADM Kidd, the president of the Court of Inquiry. He is reported as exploding, stating, "That makes it look like they were in a Beirut whorehouse."]

7 I remain profoundly angered and embarrassed at the subsequent actions of the Court of Naval Inquiry, the then leaders of the U.S. Navy, and of our country's leaders, as they have turned their backs on these men and adopted the transparent lies of the Israeli's, while suppressing our crew from being able to tell the public the truth concerning that cowardly attack. It isn't merely the false history they have created that angers me, it is the horrendous adverse affect that the governments' Silencing Order has had on the physical and mental health of our crew. This angers me as a Medical Officer. In my testimony to the Court of Inquiry, I mentioned the lack of support from the Navy and its adverse affect on the crew's morale. This statement was stricken from the record of that Court.

8 Then CT 3 Six was at his battle station in the Communications Compartment below decks when an Israeli torpedo hit the ship, exploding directly into the Communication compartment. The crew had been warned to brace themselves when it was evident the torpedo would hit the ship. Six, and the two non rated men he supervised braced themselves against a bulkhead between file cabinets and various communication equipment. A total of 23 of his fellow NAVSECGRU members also stationed in the compartment were killed by the blast, including the two non rated men under his supervision, one on each side of Six. Six was knocked unconscious by the explosion and flying debris, and seriously wounded in his hand and leg, with minor shrapnel wounds to his face. He was trapped under the dislodged cabinets and equipment as the compartment was rapidly flooding. A fellow NAVSECGRU member, SGT Bryce Lockwood, USMC was searching the compartment for survivors, but initially passed Six by, believing him to be dead. Finally, Lockwood recognized that Six was alive, but unconscious, and dislodged the items trapping Six, and carried him up the ladder.

9 Poor Six's ordeal was not over. As they reached the hatch at the top of the ladder, Lockwood discovered that the hatch had been dogged shut. In his efforts to open the hatch, Lockwood dropped Six back down the ladder into the flooded compartment. When the hatch was ultimately reopened, Lockwood went back down into the compartment, located Six, and assisted him up the ladder to safety.

10. All of the men who survived in that compartment showed signs of stress and shock. The

trauma of the reality that our ship was being subject to the brutal, murderous attack by Israeli forces, our purported ally, was stressful enough; the torpedo attack greatly increased the shock and stress all were experiencing. But, for an individual like Six, trapped as he was, in a rapidly flooding compartment, that experience had to be totally terrorizing. And, that terror was grossly exacerbated by both the fact that he was seriously wounded by the shrapnel from the exploding torpedo, with a serious wound to his leg, plus wounds to his hand and face, compounded by the fact he was trapped beneath the fallen equipment as the sea began flooding the compartment. Then, after seemingly having been rescued, the escape hatch was dogged, and he was dropped back into that flooded compartment. It is difficult to understand how he could endure such stress.

11. The short and long term effects of all these physical, emotional and psychologic terrorizing traumatic experiences are greatly compounded by the toxic of the conditions in the compartment itself. As the Ships Medical Officer, I had to go down into that space when the water level was brought down sufficiently to enter the space. My sad duty was to identify the dead and verify that they were dead. It is horrifying to recall that space. The water was the foulest smelling material you could imagine; a combination of blood, decaying flesh, the remnants of the explosion, and, a maze of twisted metal, broken pipes and equipment. But, most horrifying of all were the mangled, mutilated bodies of our poor dead shipmates, the brave sailors and marines whose duty station was in that compartment. I shudder even thinking of it today.

12 I can only imagine the incredible trauma that experience must have been for CT3 Six. I well know the trauma it has caused me, which was not offset by my medical training and experience. What is worse, he was down there while the dying were streaming blood and crying for assistance, while the compartment was rapidly flooding and he was entrapped under the broken cabinets, equipment and pipes, unable either to rescue himself or top come to the aid of his wounded, dying shipmates. He truly was trapped in hell on earth.

13. It is obvious that the psychologic/psychiatric affect of that stress has had a grossly adverse effect on Six throughout the remainder of his life, continuing to this day. Six and Dr. Estrov discuss Six's death wish, prompting him to seek two assignments to Vietnam. In his Supplemental Affidavit, Six discusses his subsequent life long fear of being in confined spaces, and fear of others "invading" his space, or, disrupting his routine, and the resultant uncontrollable anger, sleeplessness, and, his resort to alcohol as a form of self medication. His wife Margaret relates how this continues even today, some 37 year later.

14 After viewing that scene, I realized that I should keep a careful watch on all of the crew that had been in that compartment. I hear the Navy and other services defending themselves for their failure to diagnose and treat these service members exposed to such psychologic and physical trauma. Given our Nation's experience with the shell shock victims of WWI, I have little sympathy with that excuse. I recall a statement made to me by the then Senior Member of the Physical Evaluation Board at Com One, Boston, Massachusetts to the effect that the services could not afford to rate all the psychiatric/

psychologic disabilities caused by combat; it would bankrupt them. We have known; we just ignored it.

15 I made a point to seek out as many of that crew as I could as we steamed back to Malta. Unfortunately, I did not have the opportunity of checking up on Six, he had been transferred to the USS America for treatment. His records show he was the air evacuated, through Germany, to NAVHOSPSANDIEGO for treatment. Strangely, the records do not show at any point thereafter that Six received any meaningful care or counseling concerning the likely long term affects of this experience.

16 I have been told that some question the fact these men were in fact injured because of the lack of detailed entries in their medical records at and following the attack. I guess these geniuses have no experience in trying to provide care to hundreds of severely injured personnel, all at the same time. In addition to myself, the Liberty "medical staff" consisted of two corpsmen, and, all of us were also wounded.. In fact, I pressed into service every man aboard the ship able to assist, to aid the wounded, as Chuck Jones relates. Through them, we administered an enormous amount of pain killers to help the wounded. It was the only way our small medical staff could provide the care the crew needed; until the medical teams from the USS Davis and USS Massey arrived on scene.

17 I have no doubt but that Six still suffers from the aftereffects of the mental trauma of that experience, and that it has haunted him for the rest of his life. I can attest that it has haunted me throughout the rest of my life.

18 Thankfully, my profession is giving increased focus to the mental health problems that arise from combat duty. [See, for example: "*Acknowledging the Psychiatric Costs of War,*" an editorial in the July 1, 2004 issue of The New England Journal of Medicine, Vol. 351, No. 1,. See also:"*Combat Duty In Iraq And Afghanistan, Mental Health Problems , And, Barriers To Care,*" C.W. Hoge and others, NEJM, Vol 351, No1., and, related correspondence in the October 21, 2004 issue, Vol 351 at pp. 1798-1800.; and, "*Veterans Mental Health In Wake Of War,*" .M J. Friedman, NEJM, Vol 352, No. 13, and, in the same volume, "*Mental Health Care Needs Among Recent War Veterans,*" H.K. Kong and K.C. Hyams. ( Copies attached.)

19 These articles bring focus on the problems Six faced, without assistance, for dealing with his emerging PTSD following the attack on the Liberty. First, a fear of disclosure, due to both peer pressure and the special commitment to secrecy characteristic of the NAVSECGRU, an elite corps with special responsibilities for protecting the security interests of our country. Second, a lack of personnel trained in recognition of the problem and skilled in recognizing the need for intervention. But, even worse, Six and the Liberty survivors had two other horrendously compounding difficulties to deal with: first, **THE SILENCING ORDER** , and, second, the intentionally false Report of The Court of Naval Inquiry.

20 To conceal the calumny of the intentionally false findings and conclusions of the Court of Naval Inquiry into the attack on the Liberty, the Navy issued orders prohibiting the

surviving Liberty crew members from discussing the facts of the events aboard the Liberty with anyone, other than designated Navy officers. Six relates his unfortunate, almost humorous, but tragically problemsome rumors of his alleged personal heroism. One should not misunderstand every member of the Liberty crew were heros that day. Some more than others. We see in Six's declaration an additional complication caused by that ill advised order. It was impossible for Six for Six to correct the false rumors, just as the Order made impossible for Six to discuss his emerging PTSD with anyone without disclosing the facts of the attack on the Liberty. Thus, not only was Six denied competent assistance, he was prohibited under penalty of courts martial from discussing his problem.

21 Six's problems in dealing with his emerging PTSD were clearly exacerbated by the fact that the day of the attack, he was transferred to the America for emergency treatment of his wounds to his leg and hand. Then, he was transferred to Naval Hospital, San Diego for treatment, and, on release from the hospital, transferred to Naval Communications Station, San Diego for duty. He never again served with any of his shipmates from the Liberty. He reports that on reporting to NAVCOMSTASANDIEGO, there were wild rumors circulating among the sailors as to his actions during the attack. These rumors were wildly inaccurate, but, he was powerless to correct the reports because of the Silencing Order, and, this caused him significant shame and embarrassment. Even without the rumors, Six was in dire need of someone to talk out how the Liberty experience was affecting him. Unlike other Liberty NAVSECGRU survivors who were stationed together in Germany,

and could, at least vent their emotions with each other, Six had no such release. His anger, anxieties, and, frustration simply continued to grow. And, Six rapidly became identified among the NAVCOMSTASANDIEGO crew as a loner and an angry drunk. He was a walking disaster, waiting to implode.

22 Today, the services are finally coming to recognize the problem. Today, they encourage the service member to discuss the likelihood of such problems with their peers, their supervisors, and, their families. In the case of the Liberty, seemingly to protect the Israel from adverse public reaction, the Navy's response was to publish the knowingly false Report of the Court of Inquiry, and, threaten the crew with courts martial if the crew discussed their experiences with anyone. Of course, were the crew to talk, ths scandal of the Report would be disclosed to the public. It is very angering, even today. And, Six's affidavits, and the affidavits of his children and, Dr.Estrov's report attest to the cruel results: a brave young man committed to serving his country has his life tragically and unnecessarily severely impaired..

23 I have reviewed Six's medical records both from the Navy and from the VA and his private health care providers. I am particularly disturbed by the pro-forma processing reflected in his separation processing. I am professionally disappointed; both as a doctor, and, as a Naval Officer at the manner in which Six was processed for discharge. Surely his Commander at NAVCOMMSTAPHILLIPINES was familiar with Six's experience aboard the Liberty, and was aware of the unusual stress the NAVSECGRU members were

experiencing incident to their service in Vietnam. It is simply not credible to believe that the Command was not informed of Six's severe alcohol abuse problem; Six's family life was so dysfunctional that the Shore Patrol were frequently called to Six's quarters to break up drunken brawls between Six and his wife, which fights were even extending to the Base Exchange. The record shows he frequently accessed the medics for treatment of wounds suffered in fights with his wife; and, on several occasions, Six received treatment for injuries suffered in fights with other service members.

24 The record is clear that the Command in fact knew that Six was becoming dysfunctional and in severe stress. In addition, the Command was informed Six had lost control of his personal and family finances, and, issued a cautionary instruction to him. These were clear symptoms of a young man seriously disabled and in grave crisis by his PTSD, Depression, and, anxiety and, that he was no longer capable of performing his duties. Yet, the caution on debt management, the proposal he accept change of designator to Radioman, and his transfer for separation are the only interventions we see in his record.

25 This is outrageous! As a Naval Officer, it is outrageous that a command would have a senior rated member of the command, responsible for handling highly classified, extra sensitive security documents and information, evidencing such a degradation of personal conduct, and not intervene. As a Medical Officer, it shocks me to see that Six's disability was not recognized, when the extremely stressful nature of his prior duty assignments were known to the command.

26 Instead of providing Six competent psychiatric counseling as to both the significance of these signs of his disabling stress disorder, his command obviously determined to "ship him out." It terminated his security clearances, then offered him a meaningless opportunity to change his designator to that of a radioman. As disabled as he was, Six was still astute enough to recognize that such a transfer would quickly result in his discharge since he would be competing for advancement to chief in a designator in which he had limited experience. Six was then kicked out of the Philippines and transferred to Naval Station, San Francisco for separation processing, all without any medical or psychiatric intervention or counseling.

27 I note the concerns of one doctor involved in his separation processing; the doctor stated he needed to review Six's personnel records before he could resolve professional questions he had arising from Six's conduct during his evaluation. I well know the professional concerns that are required before a Medic makes such an observation. It seems that instead of pursuing these professional concerns, they were dealt with by the Command, by assigning another doctor to complete the evaluation, without access to the personnel file. Seemingly none of the Medical team evaluating Six questioned whether his experiences aboard the Liberty, and later, in Vietnam, might provide some explanation for his difficulties. Surely someone in that process observed his Purple Heart and understood the award might provide some explanation for Six's conduct. It is disappointing that no one sought to inquire as to whether events in his prior service might give some clue to his

problems. Given my knowledge of the history of his experiences, it seems that would have been the starting place of a prudent and professional inquiry.

28 I have reviewed Doctor Estrov's Psychiatric Report on CT1 Six. He concludes Six is suffering from PTSD now, and was suffering from and disabled by PTSD from 1968 through the time of his discharge in 1973. DR. Estrov reports having personally observed Lockwood evidencing psychomotor retardation, anxiety, evasiveness with respect to events of June 8, 1967, "because he had chosen not to cry during the evaluation and was avoiding answers that would make him cry", and conveyed a "markedly blunted affect" when describing events on the Liberty.

29 I, of course, defer to Dr. Estrov's diagnosis; he has appropriate expertise in his field. As a trained physician and surgeon, I can and do confirm his diagnosis. In medical certainty, I am confident that, Six was seriously disabled by his PTSD, Depression and, Anxiety Disorders at the time of his discharge in 1972..

30 I have carefully consider Six's affidavits, his current wife's affidavit, and the affidavits of Six's children. Six describes, vividly, the numbing effect of his flashbacks and nightmares, dating back to late 1967 and continuing, through his discharge to this day. He relates how he feared sleeping because of the nightmares, and, how the fatigue from his lack of sleep, and his flashback drove him to heavy drinking. He describes his uncontrollable anger and paranoia, and, his constant concern that he had survived the attack on the Liberty, but the two non rated men under his supervision did not, and how

this caused him a great, continuing sense of guilt, and, led him to volunteer, twice, for tours in Vietnam in the hope he would be killed in battle.

31 His children confirm his uncontrollable anger, his outbursts of rage, directed against them and their mother during his post Liberty active duty assignments. They relate how these bouts of rage would be preceded by progressive withdrawal from the family, conveying a sense that it was prudent to leave him alone. And, they describe how these bouts of sullen depression would inevitably lead to heavy drinking, brutal fights with his then wife, and, physical abuse of his children. They describe how this pattern began well prior to his discharge and continued for years after his discharge. His current wife relates how Six struggles with these same problems, even today!

32 What is painful to me, is the fact that, in varying degrees, this describes a characteristic pattern, common to most of the Liberty survivors. Almost to a man, the post attack lives of the Liberty survivors is one of severe alcoholism and broken families. This can be blamed directly on the cold indifference that the Navy, and, later, the VA has extended to these heros.

33 I focus on these facts because each is of medical significance in identifying the nature and extent of disability an individual experiences following a significantly traumatic event. And, in Six's case, I think he was subject to at least four exceptionally traumatic events: The torpedo explosion aboard the Liberty, the subsequent falsification of the Court of Inquiry Report, the Silencing Order, and, events in his Vietnam service.

34 It is clear from the record that Six's nightmares, flashbacks and fixation on the Liberty events adversely affected Six's performance of his duties. Any of us who have served as superior officers in the Navy recognize that processing Six for discharge, without prior meaningful intervention and counseling is a clear sign that his duty performance was below sub par. This establishes clearly that his symptoms were so affecting his performance of duty as to cause his superiors to determine that he had to go.

35 I recognize the effort of one of the doctors to pierce Six's shield and find out what was really going on. This doctor obviously recognized that there is an aversion to submitting to psychiatric evaluation among service members that is deeply ingrained, with, what seems to the member, justification. I know from personal observation that service members undergoing psychiatric evaluation and treatment, suffer real, career damaging consequences from such a diagnosis and treatment.. This is especially true in the case of members of the NAVSECGRU, and other ratings requiring high security clearances. During my tour at NAVSECGRU, Winter Harbor , we had a member diagnosed with a psychiatric disorder. His security clearance was revoked and he was transferred out of the group. That had a very chilling effect on the remainder of the crew. It is disturbing that the Six's doctor's instincts were not follow up.

37 Six, as do many, if not most, of the Liberty survivors, attest to his alcohol dependency. This is fully documented in his VA records, and in the statements of his children and his current wife. He states he became increasingly dependent from late 1967, through his

discharge in 1973, and, continuing to date This is not surprising. Alcohol or substance dependency is co-diagnosed in as many as 75% of combat related PTSD patients; a significantly higher percentage than those of non combat PTSD patients. [see: *Jacobsen, L. K., ET AL, "Substance Abuse In Patients With Post Traumatic Stress Disorder: A Review Of The Literature*, American Journal of Psychiatry, August 2001, Vol. 158 (8) pp1184-90; See also: *Comorbidity As A Predictor Of Symptom Change After Treatment In Combat Related PostTraumatic Stress Disorder,* The Journal of Nervous And Mental Disease, Vol. 151(2) 53-99, Feb. 2003.] Today, many professionals view the Comorbidity of substance dependence as symptomatic of PTSD.

38 Relying on the standards for evaluating disabilities set forth in the VA Ratings Manual in effect in the 1972-73 era (I have used the 1985 Edition), I am of the opinion that in 1972-73, at the time of his discharge, Six was in fact at least 70% disabled from his illnesses and diseases. Of course, he was experiencing debilitating symptoms from his PTSD. He describes the nightmares and flashbacks deprived him of sleep. Six describes how the flashbacks he experienced would interfere with his ability to focus and concentrate on his duties. Again, a clear sign of what the Rating Manual labels as "Industrial Adaptability." Six's PTSD was severely, adversely affecting his ability to perform the duties of his grade and job assignment. Reviewing Six's activities immediately following his discharge, it is clear the PTSD continues to significantly disrupt his ability to obtain and retain meaningful employment, and most certainly, interfered with his ability to obtain

employment consistent with his intellectual ability and training.

39 The Rating Manual also directs review of the individual's "Social Adaptability". Again this record makes clear that Six was and is experiencing sever problems of Social Adaptability. His children describe the difficulties his outbursts of uncontrollable rage and his drinking have created in their family. Six's checkered post service employment record attests to the fact that these symptoms defeated his ability to establish and retain effective personal relationships with others. His current wife describes that, even today Six is having great difficulty controlling his anger and engaging in normal social relationships both within is family and his community. Indeed, the VA recently involuntarily hospitalized Six when he acknowledged the extent of his then uncontrolled, unreasonable rage. Clearly Six evidences symptoms of significant Social un-adaptability that meaningful interfered with his military duties and in his family and social life, from the date of the Liberty attack, to the current date..

40 It is evident that at the time of his discharge, Six was so depressed that he was dysfunctional. I recognize this could be assumed to be a situational reaction to the fact and circumstances of his discharge. I would accept that conclusion if it were not for the reality of Six's experiences aboard the Liberty, and, the fact that this has been a common experience of my former shipmates on leaving the disciplined military life. I feel that this was an effort on his part to drown the Liberty incident, and, suppress, in a drunken

stupor, his anger at the government and its dishonesty in the Report of the Court of Inquiry, and, what he perceives as the unfairness of his then current status.

41 Six needed to be able to openly confront the past, And, the Silencing Order made that impossible. Six , instead, tried to self medicate, and this invariably led to his firing, and further slide down the ladder. Six went into a downward spiral as he tried to adjust, but could not succeed; not as a jail guard, not as store clerk, not as a security guard, not as a truck driver. From that point on, Six progressively chose work opportunities that minimized his contact with others. He settled on work first as a truck driver, then as an operator of a road grader in the county highway department, jobs with minimum contact with others. Even there, his PTSD has been a continuing disruption, as episodes of flashbacks and sleeplessness from nightmares caused him continuing conflict with his supervisors, his fellow workers, and, his family.

42 Having reviewed the record herein, it is my professional opinion that, applying the standards and criteria of the VA Rating Manual, CT 1 Six was at least 70% disabled from Anxiety Reaction, Depression, and. PTSD at the time of his discharge in 1973, and continues so disabled to this date.

CAPT Richard F. Keipfer, MC, USN, Ret.

Dated; January 21, 2006

Harold Six, Sr. v. United States
Fed Cl. Docket 04-1727C
Declaration of CAPT Kiepfer, MC, USN, Ret.
Page 19 OF 19 Page Statement