The NEW ENGLAND JOURNAL of MEDICINE



EDITORIAL

◄ Previous Volume 351:75-77 July 1, 2004 Number 1 Next ►

# Acknowledging the Psychiatric Cost of War

*Matthew J. Friedman, M.D., Ph.D.*



The data presented by Hoge and associates in this issue of the *Journal*[1] about members of the Army and the Marine Corps returning from Operation Iraqi Freedom or Operation Enduring Freedom in Afghanistan force us to acknowledge the psychiatric cost of sending young men and women to war. It is possible that these early findings underestimate the eventual magnitude of this clinical problem. The report is unprecedented in several respects. First, this is the first time there has been such an early assessment of the prevalence of war-related psychiatric disorders, reported while the fighting continues. Second, there are predeployment data, albeit cross-sectional, against which to evaluate the psychiatric problems that develop after deployment. Third, the authors report important data showing that the perception of stigmatization has the power to deter active-duty personnel from seeking mental health care even when they recognize the severity of their psychiatric problems. These findings raise a number of questions for policy and practice. I focus here on post-traumatic stress disorder (PTSD), because there is better information about this disorder than about others and because PTSD was the biggest problem noted in the responses to an anonymous survey among those returning from active duty in Iraq or Afghanistan.

The rigorous evaluation of war-related psychiatric disorders is relatively new, having begun with the National Vietnam Veterans Readjustment Study.[2] This national epidemiologic survey of male and female veterans of Vietnam was conducted in the mid-1980s. The veterans were therefore assessed 10 to 20 years after their service in Vietnam. The prevalence of current PTSD was 15 percent among men and 9 percent among women. The lifetime prevalence of PTSD was higher — 30 percent among male veterans and 25 percent among female veterans.

A retrospective cohort study of veterans of the Gulf War that was conducted between 1995 and 1997[3] showed a prevalence rate of 10.1 percent for PTSD among those who had experienced combat duty, in

contrast to a prevalence rate of 4.2 percent in a matched cohort of Gulf War–era veterans who had not seen combat. The adjusted odds ratio for PTSD for those who had been in combat was 3.1; this is similar to the odds ratios in the present study of 2.84 for soldiers and 2.66 for Marines after deployment to active duty, as compared with soldiers before deployment.

In a longitudinal study of New England veterans of the Gulf War, the prevalence of PTSD more than doubled between the initial assessment performed immediately after their return to Fort Devens, Massachusetts, and the follow-up assessment performed two years later. The rates increased from 3 percent to 8 percent among male veterans and from 7 percent to 16 percent among female veterans. Higher levels of symptoms have been reported among members of the National Guard and the Reserves than among active-duty personnel.[4]

Finally, a retrospective survey of American male and female soldiers deployed to Somalia between 1992 and 1994 showed an estimated prevalence of PTSD of approximately 8 percent, with no difference according to sex.[5] When the focus of this mission shifted from a United Nations' humanitarian peacekeeping operation to a more traditional military deployment to subdue the Somali warlords, there was greater exposure to traumatic situations and a higher prevalence of PTSD among the American troops.[6]

It is unclear at this time whether the prevalence of PTSD among those returning from Operation Iraqi Freedom or Operation Enduring Freedom will increase or decrease. On the one hand, it is encouraging that the Department of Defense has been active in providing mental health care in the war zone and psychiatric resources in the United States and has demonstrated a commitment to monitor psychiatric disorders, as reflected by the present report. Furthermore, the findings of the National Vietnam Veterans Readjustment Study suggest that considerable recovery from PTSD among veterans is possible, as shown by the difference between the lifetime and the current prevalence of this disorder.

On the other hand, the National Vietnam Veterans Readjustment Study cannot tell us whether the onset of PTSD occurred while Vietnam veterans were still in uniform or at some time later, during the 10 to 20 years between their exposure to war and the survey for the study. Indeed, there is reason for concern that the reported prevalence of PTSD of 15.6 to 17.1 percent among those returning from Operation Iraqi Freedom or Operation Enduring Freedom will increase in coming years, for two reasons. First, on the basis of the findings of the Fort Devens study,[4] the prevalence of PTSD may increase considerably during the two years after veterans return from combat duty. Second, on the basis of studies of military personnel who served in Somalia, it is possible that psychiatric disorders will increase now that the conduct of war has shifted from a campaign for liberation to an ongoing armed conflict with dissident combatants. In short, the estimates of PTSD reported by Hoge and associates may be conservative not only because of the methods used in their study but also because it may simply be too early to assess the eventual magnitude of the mental health problems related to deployment to Operation Iraqi Freedom or Operation Enduring Freedom.

A recent reanalysis of the data from the National Vietnam Veterans Readjustment Study[2] and the Hawaii Vietnam Veterans Project[7] suggests that after the development of PTSD, the risk factors for

persistent PTSD are "primarily associated with variables relating to the current time frame: current emotional sustenance, current structural social support, and recent life events."[8] This information is clearly useful for mental health policy and planning, because it raises the hopeful possibility that PTSD may be reversible if patients can be helped to cope with stresses in their current life.

There are obviously important distinctions between the period after the Vietnam War and the present. Americans no longer confuse war with the warrior; those returning from Iraq or Afghanistan enjoy national support, despite sharp political disagreement about the war itself. In addition, the field of study of PTSD has matured to the point where effective evidence-based treatment and practice guidelines are available for use by the Departments of Defense and Veterans Affairs and by civilian mental health practitioners. Cognitive–behavioral therapies have been successful in the treatment of PTSD, and two selective serotonin-reuptake inhibitors have been approved by the Food and Drug Administration.[9,10,11] Practitioners in the Departments of Defense and Veterans Affairs are sophisticated and strongly motivated to continue to improve their skills in treating PTSD. Collaboration between mental health professionals in the Department of Defense and those in the Department of Veterans Affairs is at an all-time high. For example, the Veterans Affairs National Center for PTSD and the Defense Department's Walter Reed Army Medical Center collaborated to develop the Iraq War Clinician Guide (available at www.ncptsd.org/topics/war.html) and to conduct a multisite, randomized trial of cognitive–behavioral therapy for PTSD among female veterans and female active-duty personnel.

In a best-case scenario, active-duty, Reserve, and National Guard personnel as well as veterans of Operation Iraqi Freedom or Operation Enduring Freedom with symptoms of PTSD will take advantage of the many mental health services available through the Departments of Defense and Veterans Affairs. Educational initiatives will be implemented to help veterans and active-duty personnel recognize that the loss of social support or the effect of recent adverse life events may precipitate a return of the symptoms of PTSD. Veterans and active-duty personnel will also be encouraged to monitor their psychological health and to seek treatment if and when it becomes necessary.

Alas, there is also a worst-case scenario that demands immediate attention. Hoge and associates report that concern about possible stigmatization was disproportionately greatest among the soldiers and Marines most in need of mental health care. Owing to such concern, those returning from Operation Iraqi Freedom or Operation Enduring Freedom who reported the greatest number or the most severe symptoms were the least likely to seek treatment for fear that it could harm their careers, cause difficulties with their peers and with unit leadership, and become an embarrassment in that they would be seen as weak.

These findings are consistent with those in an earlier report that showed low use of mental health services among Navy and Marine Corps personnel.[12] In contrast to a rate of 28.5 percent among male civilians with a psychiatric disorder who sought treatment,[13] only 19 percent of servicemen with a psychiatric disorder sought treatment. Furthermore, among military personnel with PTSD, the rate of seeking treatment was only 4.1 percent, which is substantially lower than that for other psychiatric disorders. This finding may indicate that within the military culture, "succumbing" to PTSD is seen as

failure, a weakness, and as evidence of an innate deficiency of the right stuff.

Hoge and associates suggest that the perception of stigmatization can be reduced only by means of concerted outreach — that is, by providing more mental health services in primary care clinics and confidential counseling through employee-assistance programs. The sticking point is skepticism among military personnel that the use of mental health services can remain confidential. Although the soldiers and Marines in the study by Hoge and colleagues were able to acknowledge PTSD-related problems in an anonymous survey, they apparently were afraid to seek assistance for fear that a scarlet P could doom their careers.

Our acknowledgment of the psychiatric costs of war has promoted the establishment of better methods of detecting and treating war-related psychiatric disorders. It is now time to take the next step and provide effective treatment to distressed men and women, along with credible safeguards of confidentiality.

Dr. Friedman reports having served as a paid speaker for GlaxoSmithKline, Ortho-McNeil, and AstraZeneca.

The opinions expressed in this article are those of the author and do not necessarily reflect the views of the Department of Veterans Affairs.

## Source Information

From the National Center for PTSD, Department of Veterans Affairs, White River Junction, Vt.; and the Departments of Psychiatry and Pharmacology and Toxicology, Dartmouth Medical School, Hanover, N.H.

## References

1. Hoge CW, Castro CA, Messer SC, et al. Combat duty in Iraq and Afghanistan, mental health problems, and barriers to care. N Engl J Med 2004;351:13-22. [Abstract/Full Text]
2. Schlenger WE, Kulka RA, Fairbank JA, et al. The prevalence of post-traumatic stress disorder in the Vietnam generation: a multimethod, multisource assessment of psychiatric disorder. J Trauma Stress 1992;5:333-363. [CrossRef][ISI]
3. Kang HK, Natelson BH, Mahan CM, Lee KY, Murphy FM. Post-traumatic stress disorder and chronic fatigue syndrome-like illness among Gulf War veterans: a population-based survey of 30,000 veterans. Am J Epidemiol 2003;157:141-148. [Abstract/Full Text]
4. Wolfe J, Erickson DJ, Sharkansky EJ, King DW, King LA. Course and predictors of posttraumatic stress disorder among Gulf War veterans: a prospective analysis. J Consult Clin Psychol 1999;67:520-528. [CrossRef][ISI][Medline]
5. Litz BT, Orsillo SM, Friedman M, Ehlich P, Batres A. Posttraumatic stress disorder associated with peacekeeping duty in Somalia for U.S. military personnel. Am J Psychiatry 1997;154:178-184. [Erratum, Am J Psychiatry 1997;154:722.] [Abstract]
6. Litz BT, Orsillo SM, King LA, King DW. Unique stressors and psychological sequelae associated with peacekeeping in Somalia. In: Litz BT, Orsillo SM. Psychological sequelae of peacemaking and peacekeeping missions for military personnel. Presented at the International Society for Traumatic Stress Studies Annual Meeting, Boston, November 3–6, 1995.
7. Friedman MJ, Schnurr PP, Sengupta A, Holmes T, Ashcraft M. The Hawaii Vietnam Veterans Project: is minority status a risk factor for posttraumatic stress disorder? J Nerv Ment Dis

2004;192:42-50. [ISI][Medline]

8. Schnurr PP, Lunney CA, Sengupta A. Risk factors for the development versus maintenance of posttraumatic stress disorder. J Trauma Stress 2004;17:85-95. [CrossRef][ISI][Medline]
9. American Psychiatric Association. Practice guideline for the treatment of patients with acute stress disorder and posttraumatic stress disorder. Am J Psychiatry (in press).
10. Rothbaum BO, Meadows EA, Resick P, Foy DF. Cognitive-behavioral therapy. In: Foa EB, Keane TM, Friedman MJ, eds. Effective treatments for PTSD: practice guidelines from the International Society for Traumatic Stress Studies. New York: Guilford, 2000:60-83.
11. Friedman MJ, Davidson JRT, Mellman TA, Southwick SM. Pharmacotherapy. In: Foa EB, Keane TM, Friedman MJ, eds. Effective treatments for PTSD: practice guidelines from the International Society for Traumatic Stress Studies. New York: Guilford, 2000:84-105.
12. Hourani LL, Yuan H. The mental health status of women in the Navy and Marine Corps: preliminary findings from the Perceptions of Wellness and Readiness Assessment. Mil Med 1999;164:174-181. [ISI][Medline]
13. Regier DA, Kaelber CT. The Epidemiologic Catchment Area (ECA) program: studying the prevalence and incidence of psychopathology. In: Tsuang MT, Tohen M, Zahner GEP, eds. Textbook in psychiatric epidemiology. New York: Wiley-Liss, 1995:135-55.

THIS ARTICLE

- PDF
- PDA Full Text

TOOLS & SERVICES

- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited
- E-mail When Letters Appear

MORE INFORMATION

- Related Article by Hoge, C. W.
- Find Similar Articles
- PubMed Citation

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Comments and questions? Please contact us.

The New England Journal of Medicine is owned, published, and copyrighted © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Please sign in for full text and personal services

ORIGINAL ARTICLE

◄ Previous Volume 351:13-22 July 1, 2004 Number 1 Next ►

# Combat Duty in Iraq and Afghanistan, Mental Health Problems, and Barriers to Care

*Charles W. Hoge, M.D., Carl A. Castro, Ph.D., Stephen C. Messer, Ph.D., Dennis McGurk, Ph.D., Dave I. Cotting, Ph.D., and Robert L. Koffman, M.D., M.P.H.*

## ABSTRACT

*Background* The current combat operations in Iraq and Afghanistan have involved U.S. military personnel in major ground combat and hazardous security duty. Studies are needed to systematically assess the mental health of members of the armed services who have participated in these operations and to inform policy with regard to the optimal delivery of mental health care to returning veterans.

*Methods* We studied members of four U.S. combat infantry units (three Army units and one Marine Corps unit) using an anonymous survey that was administered to the subjects either before their deployment to Iraq (n=2530) or three to four months after their return from combat duty in Iraq or Afghanistan (n=3671). The outcomes included major depression, generalized anxiety, and post-traumatic stress disorder (PTSD), which were evaluated on the basis of standardized, self-administered screening instruments.

THIS ARTICLE

- Abstract
- PDF
- PDA Full Text
- PowerPoint Slide Set

COMMENTARY

- Editorial by Friedman, M. J.
- Letters

TOOLS & SERVICES

- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited
- E-mail When Letters Appear

MORE INFORMATION

- Find Similar Articles
- PubMed Citation

*Results* Exposure to combat was significantly greater among those who were deployed to Iraq than among those deployed to Afghanistan. The percentage of study subjects whose responses met the screening criteria for major depression, generalized anxiety, or PTSD was significantly higher after duty in Iraq (15.6 to 17.1 percent) than after duty in Afghanistan (11.2 percent) or before deployment to Iraq (9.3 percent); the largest difference was in the rate of PTSD. Of those whose responses were positive for a mental disorder, only 23 to 40 percent

sought mental health care. Those whose responses were positive for a mental disorder were twice as likely as those whose responses were negative to report concern about possible stigmatization and other barriers to seeking mental health care.

*Conclusions* This study provides an initial look at the mental health of members of the Army and the Marine Corps who were involved in combat operations in Iraq and Afghanistan. Our findings indicate that among the study groups there was a significant risk of mental health problems and that the subjects reported important barriers to receiving mental health services, particularly the perception of stigma among those most in need of such care.

---

The recent military operations in Iraq and Afghanistan, which have involved the first sustained ground combat undertaken by the United States since the war in Vietnam, raise important questions about the effect of the experience on the mental health of members of the military services who have been deployed there. Research conducted after other military conflicts has shown that deployment stressors and exposure to combat result in considerable risks of mental health problems, including post-traumatic stress disorder (PTSD), major depression, substance abuse, impairment in social functioning and in the ability to work, and the increased use of health care services.[1,2,3,4,5,6,7,8] One study that was conducted just before the military operations in Iraq and Afghanistan began found that at least 6 percent of all U.S. military service members on active duty receive treatment for a mental disorder each year.[9] Given the ongoing military operations in Iraq and Afghanistan, mental disorders are likely to remain an important health care concern among those serving there.

Many gaps exist in the understanding of the full psychosocial effect of combat. The all-volunteer force deployed to Iraq and Afghanistan and the type of warfare conducted in these regions are very different from those involved in past wars, differences that highlight the need for studies of members of the armed services who are involved in the current operations. Most studies that have examined the effects of combat on mental health were conducted among veterans years after their military service had ended.[1,2,3,4,5,6,7,8] A problem in the methods of such studies is the long recall period after exposure to combat.[10] Very few studies have examined a broad range of mental health outcomes near to the time of subjects' deployment.

Little of the existing research is useful in guiding policy with regard to how best to promote access to and the delivery of mental health care to members of the armed services. Although screening for mental health problems is now routine both before and after deployment[11] and is encouraged in primary care settings,[12] we are not aware of any studies that have assessed the use of mental health care, the perceived need for such care, and the perceived barriers to treatment among members of the military services before or after combat deployment.

We studied the prevalence of mental health problems among members of the U.S. armed services who were recruited from comparable combat units before or after their deployment to Iraq or Afghanistan. We identified the proportion of service members with mental health concerns who were not receiving care and the barriers they perceived to accessing and receiving such care.

## Methods

### Study Groups

We summarized data from the first, cross-sectional phase of a longitudinal study of the effect of combat on the mental health of the soldiers and Marines deployed in Operation Iraqi Freedom and in Operation Enduring Freedom in Afghanistan. Three comparable U.S. Army units were studied with the use of an anonymous survey administered either before deployment to Iraq or after their return from Iraq or Afghanistan. Although no data from before deployment were available for the Marines in the study, data were collected from a Marine Corps unit after its return from Iraq that provided a basis for comparison with data obtained from Army soldiers after their return from Iraq.

The study groups included 2530 soldiers from an Army infantry brigade of the 82nd Airborne Division, whose responses to the survey were obtained in January 2003, one week before a year-long deployment to Iraq; 1962 soldiers from an Army infantry brigade of the 82nd Airborne Division, whose responses were obtained in March 2003, after the soldiers' return from a six-month deployment to Afghanistan; 894 soldiers from an Army infantry brigade of the 3rd Infantry Division, whose responses were obtained in December 2003, after their return from an eight-month deployment to Iraq; and 815 Marines from two battalions under the command of the 1st Marine Expeditionary Force, whose responses were obtained in October or November 2003, after a six-month deployment to Iraq. The 3rd Infantry Division and the Marine battalions had spearheaded early ground-combat operations in Iraq, in March through May 2003. All the units whose members responded to the survey were also involved in hazardous security duties. The questionnaires administered to soldiers and Marines after deployment to Iraq or Afghanistan were administered three to four months after their return to the United States. This interval allowed time in which the soldiers completed leave, made the transition back to garrison work duties, and had the opportunity to seek medical or mental health treatment, if needed.

### Recruitment and Representativeness of the Sample

Unit leaders assembled the soldiers and Marines near their workplaces at convenient times, and the study investigators then gave a short recruitment briefing and obtained written informed consent on forms that included statements about the purpose of the survey, the voluntary nature of participation, and the methods used to ensure participants' anonymity. Overall, 58 percent of the soldiers and Marines from the selected units were available to attend the recruitment briefings (79 percent of the soldiers before deployment, 58 percent of the soldiers after deployment in Operation Enduring Freedom in Afghanistan, 34 percent of the soldiers after deployment in Operation Iraqi Freedom, and 65 percent of the Marines after deployment in Operation Iraqi Freedom). Most of those who did not attend the briefings were not available because of their rigorous work and training schedules (e.g., night training and post security).

A response was defined as completion of any part of the survey. The response rate among the soldiers and Marines who were briefed was 98 percent for the four samples combined. The rates of missing values for individual items in the survey were generally less than 15 percent; 2 percent of participants did not complete the PTSD measures, 5 percent did not complete the depression and anxiety measures,

and 7 to 8 percent did not complete the items related to the use of alcohol. The high response rate was probably owing to the anonymous nature of the survey and to the fact that participants were given time by their units to complete the 45-minute survey. The study was conducted under a protocol approved by the institutional review board of the Walter Reed Army Institute of Research.

To assess whether or not our sample was representative, we compared the demographic characteristics of respondents with those of all active-duty Army and Marine personnel deployed to Operation Iraqi Freedom and Operation Enduring Freedom, using the Defense Medical Surveillance System.[13]

**Survey and Mental Health Outcomes**

The study outcomes were focused on current symptoms (i.e., those occurring in the past month) of a major depressive disorder, a generalized anxiety disorder, and PTSD. We used two case definitions for each disorder, a broad screening definition that followed current psychiatric diagnostic criteria[14] but did not include criteria for functional impairment or for severity, and a strict (conservative) screening definition that required a self-report of substantial functional impairment or a large number of symptoms. Major depression and generalized anxiety were measured with the use of the patient health questionnaire developed by Spitzer et al.[15,16,17] For the strict definition to be met, there also had to be evidence of impairment in work, at home, or in interpersonal functioning that was categorized as at the "very difficult" level as measured by the patient health questionnaire. The generalized anxiety measure was modified slightly to avoid redundancy; items that pertained to concentration, fatigue, and sleep disturbance were drawn from the depression measure.

The presence or absence of PTSD was evaluated with the use of the 17-item National Center for PTSD Checklist of the Department of Veterans Affairs.[4,8,18,19] Symptoms were related to any stressful experience (in the wording of the "specific stressor" version of the checklist), so that the outcome would be independent of predictors (i.e., before or after deployment). Results were scored as positive if subjects reported at least one intrusion symptom, three avoidance symptoms, and two hyperarousal symptoms[14] that were categorized as at the moderate level, according to the PTSD checklist. For the strict definition to be met, the total score also had to be at least 50 on a scale of 17 to 85 (with a higher number indicating a greater number of symptoms or greater severity), which is a well-established cutoff.[4,8,18,19] Misuse of alcohol was measured with the use of a two-question screening instrument.[20]

In addition to these measures, on the survey participants were asked whether they were currently experiencing stress, emotional problems, problems related to the use of alcohol, or family problems and, if so, whether the level of these problems was mild, moderate, or severe; the participants were then asked whether they were interested in receiving help for these problems. Subjects were also asked about their use of professional mental health services in the past month or the past year and about perceived barriers to mental health treatment, particularly stigmatization as a result of receiving such treatment.[21] Combat experiences were modified from previous scales.[22]

**Quality-Control Procedures and Analysis**

Responses to the survey were scanned with the use of ScanTools software (Pearson NCS). Quality-control procedures identified scanning errors in no more than 0.38 percent of the fields (range, 0.01 to 0.38 percent). SPSS software (version 12.0) was used to conduct the analyses, including multiple logistic regression that was used to control for differences in demographic characteristics of members of study groups before and after deployment.[23,24]

## Results

The demographic characteristics of participants from the three Army units were similar. The Marines in the study were somewhat younger than the soldiers in the study and less likely to be married. The demographic characteristics of all the participants in the survey samples were very similar to those of the general, deployed, active-duty infantry population, except that officers were undersampled, which resulted in slightly lower age and rank distributions (Table 1). Data for the reference populations were obtained from the Defense Medical Surveillance System with the use of available rosters of Army and Marine personnel deployed to Iraq or Afghanistan in 2003 (Table 1).

**View this table:** [in this window] [in a new window] **Table 1.** Demographic Characteristics of Study Groups of Soldiers and Marines as Compared with Reference Groups.

Among the 1709 soldiers and Marines who had returned from Iraq the reported rates of combat experiences and frequency of contact with the enemy were much higher than those reported by soldiers who had returned from Afghanistan (Table 2). Only 31 percent of soldiers deployed to Afghanistan reported having engaged in a firefight, as compared with 71 to 86 percent of soldiers and Marines who had been deployed to Iraq. Among those who had been in a firefight, the median number of firefights during deployment was 2 (interquartile range, 1 to 3) among those in Afghanistan, as compared with 5 (interquartile range, 2 to 13; $P<0.001$ by analysis of variance) among soldiers deployed to Iraq and 5 (interquartile range, 3 to 10; $P<0.001$ by analysis of variance) among Marines deployed to Iraq.

**View this table:** [in this window] [in a new window] **Table 2.** Combat Experiences Reported by Members of the U.S. Army and Marine Corps after Deployment to Iraq or Afghanistan.

Soldiers and Marines who had returned from Iraq were significantly more likely to report that they were currently experiencing a mental health problem, to express interest in receiving help, and to use mental health services than were soldiers returning from Afghanistan or those surveyed before deployment (Table 3). Rates of PTSD were significantly higher after combat duty in Iraq than before deployment, with similar odds ratios for the Army and Marine samples (Table 3). Significant associations were observed for major depression and the misuse of alcohol. Most of these associations remained significant after control for demographic factors with the use of multiple logistic regression (Table 3). When the prevalence rates for any mental disorder were adjusted to match the distribution of officers

and enlisted personnel in the reference populations, the result was less than a 10 percent decrease (range, 3.5 to 9.4 percent) in the rates shown in Table 3 according to both the broad and the strict definitions (data not shown).

**View this table:** [in this window] [in a new window] **Table 3.** Perceived Mental Health Problems and Percentage of Subjects Who Met the Screening Criteria for Major Depression, Generalized Anxiety, Post-Traumatic Stress Disorder, and Alcohol Misuse.

For all groups responding after deployment, there was a strong reported relation between combat experiences, such as being shot at, handling dead bodies, knowing someone who was killed, or killing enemy combatants, and the prevalence of PTSD. For example, among soldiers and Marines who had been deployed to Iraq, the prevalence of PTSD (according to the strict definition) increased in a linear manner with the number of firefights during deployment: 4.5 percent for no firefights, 9.3 percent for one to two firefights, 12.7 percent for three to five firefights, and 19.3 percent for more than five firefights (chi-square for linear trend, 49.44; $P<0.001$). Rates for those who had been deployed to Afghanistan were 4.5 percent, 8.2 percent, 8.3 percent, and 18.9 percent, respectively (chi-square for linear trend, 31.35; $P<0.001$). The percentage of participants who had been deployed to Iraq who reported being wounded or injured was 11.6 percent as compared with only 4.6 percent for those who had been deployed to Afghanistan. The rates of PTSD were significantly associated with having been wounded or injured (odds ratio for those deployed to Iraq, 3.27; 95 percent confidence interval, 2.28 to 4.67; odds ratio for those deployed to Afghanistan, 2.49; 95 percent confidence interval, 1.35 to 4.40).

Of those whose responses met the screening criteria for a mental disorder according to the strict case definition, only 38 to 45 percent indicated an interest in receiving help, and only 23 to 40 percent reported having received professional help in the past year (Table 4). Those whose responses met these screening criteria were generally about two times as likely as those whose responses did not to report concern about being stigmatized and about other barriers to accessing and receiving mental health services (Table 5).

**View this table:** [in this window] [in a new window] **Table 4.** Perceived Need for and Use of Mental Health Services among Soldiers and Marines Whose Survey Responses Met the Screening Criteria for Major Depression, Generalized Anxiety, or Post-Traumatic Stress Disorder.

**View this table:** [in this window] [in a new window] **Table 5.** Perceived Barriers to Seeking Mental Health Services among All Study Participants (Soldiers and Marines).

## Discussion

We investigated mental health outcomes among soldiers and Marines who had taken part in the ground-combat operations in Iraq and Afghanistan. Respondents to our survey who had been deployed to Iraq

reported a very high level of combat experiences, with more than 90 percent of them reporting being shot at and a high percentage reporting handling dead bodies, knowing someone who was injured or killed, or killing an enemy combatant (Table 2). Close calls, such as having been saved from being wounded by wearing body armor, were not infrequent. Soldiers who served in Afghanistan reported lower but still substantial rates of such experiences in combat.

The percentage of study subjects whose responses met the screening criteria for major depression, PTSD, or alcohol misuse was significantly higher among soldiers after deployment than before deployment, particularly with regard to PTSD. The linear relationship between the prevalence of PTSD and the number of firefights in which a soldier had been engaged was remarkably similar among soldiers returning from Iraq and Afghanistan, suggesting that differences in the prevalence according to location were largely a function of the greater frequency and intensity of combat in Iraq. The association between injury and the prevalence of PTSD supports the results of previous studies.[25]

These findings can be generalized to ground-combat units, which are estimated to represent about a quarter of all Army and Marine personnel participating in Operation Iraqi Freedom and Operation Enduring Freedom in Afghanistan (when members of the Reserve and the National Guard are included) and nearly 40 percent of all active-duty personnel (when Reservists and members of the National Guard are not included). The demographic characteristics of the subjects in our samples closely mirrored the demographic characteristics of this population. The somewhat lower proportion of officers had a minimal effect on the prevalence rates, and potential differences in demographic factors among the four study groups were controlled for in our analysis with the use of logistic regression.

One demonstration of the internal validity of our findings was the observation of similar prevalence rates for combat experiences and mental health outcomes among the subjects in the Army and the Marine Corps who had returned from deployment to Iraq, despite the different demographic characteristics of members of these units and their different levels of availability for recruitment into the study.

The cross-sectional design involving different units that was used in our study is not as strong as a longitudinal design. However, the comparability of the Army samples and the similarity in outcomes among subjects in the Army and Marine units surveyed after deployment to Iraq should generate confidence in the cross-sectional approach. Another limitation of our study is the potential selection bias resulting from the enrollment procedures, which were influenced by the practical realities that resulted from working with operational units. Although work schedules affected the availability of soldiers to take part in the survey, the effect is not likely to have biased our results. However, the selection procedures did not permit the enrollment of persons who had been severely wounded or those who may have been removed from the units for other reasons, such as misconduct. Thus, our estimates of the prevalence of mental disorders are conservative, reflecting the prevalence among working, nondisabled combat personnel. The period immediately before a long combat deployment may not be the best time at which to measure baseline levels of distress. The magnitude of the differences between the responses before and after deployment is particularly striking, given the likelihood that the group responding before deployment was already experiencing levels of stress that were higher than normal.

The survey instruments used to screen for mental disorders in this study have been validated primarily in the settings of primary care and in clinical populations. The results therefore do not represent definitive diagnoses of persons in nonclinical populations such as our military samples. However, requiring evidence of functional impairment or a high number of symptoms, as we did, according to the strict case definitions, increases the specificity and positive predictive value of the survey measures.[26,27] This conservative approach suggested that as many as 9 percent of soldiers may be at risk for mental disorders before combat deployment, and as many as 11 to 17 percent may be at risk for such disorders three to four months after their return from combat deployment.

Although there are few published studies of the rates of PTSD among military personnel soon after their return from combat duty, studies of veterans conducted years after their service ended have shown a prevalence of current PTSD of 15 percent among Vietnam veterans[28] and 2 to 10 percent among veterans of the first Gulf War.[4,8] Rates of PTSD among the general adult population in the United States are 3 to 4 percent,[26] which are not dissimilar to the baseline rate of 5 percent observed in the sample of soldiers responding to the survey before deployment. Research has shown that the majority of persons in whom PTSD develops meet the criteria for the diagnosis of this disorder within the first three months after the traumatic event.[29] In our study, administering the surveys three to four months after the subjects had returned from deployment and at least six months after the heaviest combat operations was probably optimal for investigating the long-term risk of mental health problems associated with combat. We are continuing to examine this risk in repeated cross-sectional and longitudinal assessments involving the same units.

Our findings indicate that a small percentage of soldiers and Marines whose responses met the screening criteria for a mental disorder reported that they had received help from any mental health professional, a finding that parallels the results of civilian studies.[30,31,32] In the military, there are unique factors that contribute to resistance to seeking such help, particularly concern about how a soldier will be perceived by peers and by the leadership. Concern about stigma was disproportionately greatest among those most in need of help from mental health services. Soldiers and Marines whose responses were scored as positive for a mental disorder were twice as likely as those whose responses were scored as negative to show concern about being stigmatized and about other barriers to mental health care.

This finding has immediate public health implications. Efforts to address the problem of stigma and other barriers to seeking mental health care in the military should take into consideration outreach, education, and changes in the models of health care delivery, such as increases in the allocation of mental health services in primary care clinics and in the provision of confidential counseling by means of employee-assistance programs. Screening for major depression is becoming routine in military primary care settings,[12] but our study suggests that it should be expanded to include screening for PTSD. Many of these considerations are being addressed in new military programs.[33] Reducing the perception of stigma and the barriers to care among military personnel is a priority for research and a priority for the policymakers, clinicians, and leaders who are involved in providing care to those who have served in the armed forces.

Supported by the Military Operational Medicine Research Program, U.S. Army Medical Research and Materiel Command,

Ft. Detrick, Md.

The views expressed in this article are those of the authors and do not reflect the official policy or position of the Department of the Army, the Department of Defense, the U.S. government, or any of the institutions with which the authors are affiliated.

We are indebted to the Walter Reed Army Institute of Research Land Combat Study Team: Lolita Burrell, Ph.D., Scott Killgore, Ph.D., Melba Stetz, Ph.D., Paul Bliese, Ph.D., Oscar Cabrera, Ph.D., Anthony Cox, M.S.W., Timothy Allison-Aipa, Ph.D., Karen Eaton, M.S., Graeme Bicknell, M.S.W., Alexander Vo, Ph.D., and Charles Milliken, M.D., for survey-instrument design and data collection; to Spencer Campbell, Ph.D., for coordination of data collection and scientific advice; to David Couch for supervising the data-collection teams, database management, scanning, and quality control; to Wanda Cook for design and production of surveys; to Allison Whitt for survey-production and data-collection support; to Lloyd Shanklin, Joshua Fejeran, Vilna Williams, and Crystal Ross for data-collection, quality-assurance, scanning, and field support; to Jennifer Auchterlonie for assistance with Defense Medical Surveillance System analyses; to Akeiya Briscoe-Cureton for travel and administrative support; to the leadership of the units that were studied and to our medical and mental health professional colleagues at Ft. Bragg, Ft. Stewart, Camp Lejeune, and Camp Pendleton; to the Walter Reed Army Institute of Research Office of Research Management; to David Orman, M.D., psychiatry consultant to the Army Surgeon General, Gregory Belenky, M.D., and Charles C. Engel, M.D., for advice and review of the study; and, most important, to the soldiers and Marines who participated in the study for their service.

## Source Information

From the Department of Psychiatry and Behavioral Sciences, Walter Reed Army Institute of Research, U.S. Army Medical Research and Materiel Command, Silver Spring, Md. (C.W.H., C.A.C., S.C.M., D.M., D.I.C.); and First Naval Construction Division, Norfolk, Va. (R.L.K.).

Address reprint requests to Dr. Hoge at the Department of Psychiatry and Behavioral Sciences, Walter Reed Army Institute of Research, 503 Robert Grant Ave., Silver Spring, MD 20910, or at charles.hoge@na.amedd.army.mil .

## References

1. The Centers for Disease Control Vietnam Experience Study Group. Health status of Vietnam veterans. I. Psychosocial characteristics. JAMA 1988;259:2701-2707. [Abstract]
2. Helzer JE, Robins LN, McEvoy L. Post-traumatic stress disorder in the general population: findings of the Epidemiologic Catchment Area survey. N Engl J Med 1987;317:1630-1634. [Abstract]
3. Jordan BK, Schlenger WE, Hough R, et al. Lifetime and current prevalence of specific psychiatric disorders among Vietnam veterans and controls. Arch Gen Psychiatry 1991;48:207-215. [Abstract]
4. The Iowa Persian Gulf Study Group. Self-reported illness and health status among Gulf War veterans: a population-based study. JAMA 1997;277:238-245. [Abstract]
5. Kessler RC, Sonnega A, Bromet E, Hughes M, Nelson CB. Posttraumatic stress disorder in the National Comorbidity Survey. Arch Gen Psychiatry 1995;52:1048-1060. [Abstract]
6. Prigerson HG, Maciejewski PK, Rosenheck RA. Population attributable fractions of psychiatric disorders and behavioral outcomes associated with combat exposures among US men. Am J Public Health 2002;92:59-63. [Abstract/Full Text]
7. Prigerson HG, Maciejewski PK, Rosenheck RA. Combat trauma: trauma with highest risk of delayed onset and unresolved posttraumatic stress disorder symptoms, unemployment, and abuse among men. J Nerv Ment Dis 2001;189:99-108. [CrossRef][ISI][Medline]
8. Kang HK, Natelson BH, Mahan CM, Lee KY, Murphy FM. Post-traumatic stress disorder and chronic fatigue syndrome-like illness among Gulf War veterans: a population-based survey of 30,000 veterans. Am J Epidemiol 2003;157:141-148. [Abstract/Full Text]

9. Hoge CW, Lesikar SE, Guevara R, et al. Mental disorders among U.S. military personnel in the 1990s: association with high levels of health care utilization and early military attrition. Am J Psychiatry 2002;159:1576-1583. [Abstract/Full Text]
10. Wessely S, Unwin C, Hotopf M, et al. Stability of recall of military hazards over time: evidence from the Persian Gulf War of 1991. Br J Psychiatry 2003;183:314-322. [Abstract/Full Text]
11. Wright KM, Huffman AH, Adler AB, Castro CA. Psychological screening program overview. Mil Med 2002;167:853-861. [ISI][Medline]
12. VA/DoD clinical practice guideline for the management of major depressive disorder in adults. In: Major depressive disorder (MDD): clinical practice guidelines. Washington, D.C.: Veterans Health Administration, May 2000. (Publication no. 10Q-CPG/MDD-00.) (Accessed June 4, 2004, at http://www.oqp.med.va.gov/cpg/MDD/MDD_Base.htm.)
13. Rubertone MV, Brundage JF. The Defense Medical Surveillance System and the Department of Defense serum repository: glimpses of the future of public health surveillance. Am J Public Health 2002;92:1900-1904. [Abstract/Full Text]
14. Diagnostic and statistical manual of mental disorders. 4th ed. DSM-IV. Washington, D.C.: American Psychiatric Association, 1994.
15. Spitzer RL, Kroenke K, Williams JB. Validation and utility of a self-report version of PRIME-MD: the PHQ primary care study. JAMA 1999;282:1737-1744. [Abstract/Full Text]
16. Lowe B, Spitzer RL, Grafe K, et al. Comparative validity of three screening questionnaires for DSM-IV depressive disorders and physicians' diagnoses. J Affect Disord 2004;8:131-140. [CrossRef]
17. Henkel V, Mergl R, Kohnen R, Maier W, Moller HJ, Hegerl U. Identifying depression in primary care: a comparison of different methods in a prospective cohort study. BMJ 2003;326:200-201. [Full Text]
18. Blanchard EB, Jones-Alexander J, Buckley TC, Forneris CA. Psychometric properties of the PTSD Checklist (PCL). Behav Res Ther 1996;34:669-673. [CrossRef][ISI][Medline]
19. Weathers FW, Litz BT, Herman DS, Huska JA, Keane TM. The PTSD checklist (PCL): reliability, validity, and diagnostic utility. San Antonio, Tex.: International Society of Traumatic Stress Studies, October 1993. abstract. (Accessed June 4, 2004, at http://www.pdhealth.mil/library/downloads/PCL_sychometrics.doc.)
20. Brown RL, Leonard T, Saunders LA, Papasouliotis O. A two-item conjoint screen for alcohol and other drug problems. J Am Board Fam Pract 2001;14:95-106. [Abstract/Full Text]
21. Britt TW. The stigma of psychological problems in a work environment: evidence from the screening of service members returning from Bosnia. J Appl Soc Psychol 2000;30:1599-1618. [ISI]
22. Castro CA, Bienvenu RV, Hufmann AH, Adler AB. Soldier dimensions and operational readiness in U.S. Army forces deployed to Kosovo. Int Rev Armed Forces Med Serv 2000;73:191-200.
23. Kleinbaum DG, Kupper LL, Morgenstern H. Epidemiologic research: principles and quantitative methods. Belmont, Calif.: Lifetime Learning, 1982.
24. Menard S. Applied logistic regression analysis. 2nd ed. Thousand Oaks, Calif.: Sage, 2002.
25. Friedman MJ, Schnurr PP, McDonagh-Coyle A. Post-traumatic stress disorder in the military veteran. Psychiatr Clin North Am 1994;17:265-277. [ISI][Medline]
26. Narrow WE, Rae DS, Robins LN, Regier DA. Revised prevalence estimates of mental disorders in the United States: using a clinical significance criterion to reconcile 2 surveys' estimates. Arch Gen Psychiatry 2002;59:115-123. [Abstract/Full Text]
27. Hoge CW, Messer SC, Castro CA. Pentagon employees after September 11, 2001. Psychiatr Serv 2004;55:319-320. [Full Text]
28. Schlenger WE, Kulka RA, Fairbank JA, et al. The prevalence of post-traumatic stress disorder in the Vietnam generation: a multimethod, multisource assessment of psychiatric disorder. J Trauma Stress 1992;5:333-363. [CrossRef][ISI]
29. Carlier IVE, Lamberts RD, Gersons BPR. Risk factors for posttraumatic stress symptomatology in

police officers: a prospective analysis. J Nerv Ment Dis 1997;185:498-506. [CrossRef][ISI][Medline]
30. Kessler RC, Berglund P, Demler O, et al. The epidemiology of major depressive disorder: results from the National Comorbidity Survey Replication (NCS-R). JAMA 2003;289:3095-3105. [Abstract/Full Text]
31. Regier DA, Narrow WE, Rae DS, Manderscheid RW, Locke BZ, Goodwin FK. The de facto US mental and addictive disorders service system: Epidemiologic Catchment Area prospective 1-year prevalence rates of disorders and services. Arch Gen Psychiatry 1993;50:85-94. [Abstract]
32. Kessler RC, McGonagle KA, Zhao S, et al. Lifetime and 12-month prevalence of DSM-III-R psychiatric disorders in the United States: results from the National Comorbidity Survey. Arch Gen Psychiatry 1994;51:8-19. [Abstract]
33. Deployment Health Clinical Center. Deployment cycle support and clinicians — practice guidelines. (Accessed June 4, 2004, at http://www.pdhealth.mil.)

# Related Letters:

**Combat Duty in Iraq and Afghanistan and Mental Health Problems**
Gross R., Neria Y., Engel A. G., Aquilino C. A., Hoge C. W., Messer S. C., Castro C. A.
Extract | Full Text | PDF
N Engl J Med 2004; 351:1798-1800, Oct 21, 2004.
**Correspondence**

# This article has been cited by other articles:

- Kang, H. K., Hyams, K. C. (2005). Mental Health Care Needs among Recent War Veterans. *N Engl J Med* 352: 1289-1289 [Full Text]
- Friedman, M. J. (2005). Veterans' Mental Health in the Wake of War. *N Engl J Med* 352: 1287-1290 [Full Text]
- Rona, R. J., Hyams, K. C., Wessely, S. (2005). Screening for Psychological Illness in Military Personnel. *JAMA* 293: 1257-1260 [Full Text]
- Campion, E. W. (2004). Medical Research and the News Media. *N Engl J Med* 351: 2436-2437 [Full Text]
- Gross, R., Neria, Y., Engel, A. G., Aquilino, C. A., Hoge, C. W., Messer, S. C., Castro, C. A. (2004). Combat Duty in Iraq and Afghanistan and Mental Health Problems. *N Engl J Med* 351: 1798-1800 [Full Text]
- Spurgeon, D. (2004). Fear of stigma deters US soldiers from seeking help for mental health. *BMJ* 329: 12- [Full Text]
- Friedman, M. J. (2004). Acknowledging the Psychiatric Cost of War. *N Engl J Med* 351: 75-77 [Full Text]

THIS ARTICLE
- Abstract
- PDF
- PDA Full Text
- PowerPoint Slide Set

COMMENTARY
- Editorial by Friedman, M. J.
- Letters

TOOLS & SERVICES
- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited
- E-mail When Letters Appear

MORE INFORMATION
- Find Similar Articles
- PubMed Citation

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Comments and questions? Please contact us.

The New England Journal of Medicine is owned, published, and copyrighted © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Access via PAY FOR ADMISSION | Subscribe

CORRESPONDENCE

◄ Previous Volume 351:1798-1800 October 21, 2004 Number 17 Next ►

# Combat Duty in Iraq and Afghanistan and Mental Health Problems

*To the Editor:* Hoge et al. (July 1 issue)[1] assessed mental health problems in members of the U.S. Army and Marine Corps who were involved in combat operations in Iraq and Afghanistan. Additional analyses might further elucidate their interesting findings.

First, a large proportion of the participants were positive for more than one disorder on screening. It is important to learn about the frequency of multiple disorders[2] and whether deployment and combat experiences were independently associated with depression and anxiety.[3] Also, roughly one quarter of the deployed personnel reported alcohol misuse, which has been shown to be associated with combat-related post-traumatic stress disorder in previous research.[4] Untreated affected combatants might use alcohol as self-medication for psychological symptoms.[5] It would be instructive to know whether such a relationship between lack of treatment and alcohol abuse exists in the present study.

THIS ARTICLE

- PDF
- PDA Full Text

TOOLS & SERVICES

- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited
- E-mail When Letters Appear

MORE INFORMATION

- Related Article by Hoge, C. W.
- Find Similar Articles
- PubMed Citation

Second, the authors compared perceived barriers to mental health care between respondents who met screening criteria for a mental disorder and those who did not. A more informative approach, in terms of public health implications, might be to compare perceived barriers to care between service members with mental health problems who received care and those who did not.

Raz Gross, M.D., M.P.H.
Yuval Neria, Ph.D.
*Columbia University*
*New York, NY 10032*
rg547@columbia.edu

## References

AR 881

1. Hoge CW, Castro CA, Messer SC, McGurk D, Cotting DI, Koffman RL. Combat duty in Iraq and Afghanistan, mental health problems, and barriers to care. N Engl J Med 2004;351:13-22. [Abstract/Full Text]
2. Forbes D, Creamer M, Hawthorne G, Allen N, McHugh T. Comorbidity as a predictor of symptom change after treatment in combat-related posttraumatic stress disorder. J Nerv Ment Dis 2003;191:93-99.[CrossRef][ISI][Medline]
3. Neria Y, Bromet EJ. Comorbidity of PTSD and depression: linked or separate incidence. Biol Psychiatry 2000;48:878-880.[CrossRef][ISI][Medline]
4. Neria Y, Koenen KC. Do combat stress reaction and posttraumatic stress disorder relate to physical health and adverse health practices? An 18-year follow-up of Israeli war veterans. Anxiety Stress Coping 2003;16:227-39.
5. Bremner JD, Southwick SM, Darnell A, Charney DS. Chronic PTSD in Vietnam combat veterans: course of illness and substance abuse. Am J Psychiatry 1996;153:369-375.[Abstract]


---

*To the Editor:* Hoge et al. identified substantial barriers to treatment of psychological distress in combat personnel returning from Iraq and Afghanistan. The authors recommended providing mental health services within the primary care setting to overcome the perceived barriers of mistrust, poor access, and stigma. In 1996, to encourage use of such services by our veterans, mental health providers were situated in one primary care clinic. By doing so, mental health providers assessed four times as many patients as did a similar primary care clinic following the usual referral procedures. In our current study, we are examining the two-year outcome of treating psychological symptoms with this model in a sample of 48 referred patients (unpublished data). Of these, 40 (83 percent) have indicated that the availability of a mental health professional in primary care is helpful; 15 patients (31 percent) have specifically cited the lack of stigma or the easier access as benefits. Among the participants who were interviewed, there were 19 (40 percent) who refused treatment or dropped out.

Veterans are more likely to use mental health services in primary care settings. Such programs for returning combat veterans have the potential to meet an important need.


Anna G. Engel, M.D.
Cheryl A. Aquilino, Ph.D.
*Stratton Veterans Affairs Medical Center*
*Albany, NY 12208*
*anna.engel@med.va.gov*


---

*The authors reply:* Drs. Gross and Neria point out areas for further analysis as we continue to evaluate the mental health impact of current combat operations, including risk factors, multiple psychiatric disorders, and barriers to care. We are grateful to Drs. Engel and Aquilino for providing data that support an important strategy to reduce barriers to care. Mental health services are typically delivered in hospital- or office-based specialty clinics. On the basis of our experience with members of the Army and Marine Corps, we believe that the delivery of mental health services in primary care clinics would establish these services as routine, facilitate screening for mental health problems, and improve

awareness and treatment of these problems by primary care professionals.

Primary care has been referred to as the de facto mental health service system.[1] In the military, mental disorders are the sixth leading illness category (as defined by the *International Classification of Diseases, Ninth Revision*) for ambulatory treatment, are nearly as common as respiratory conditions, and frequently occur along with other medical conditions.[2,3] However, specialty treatment for mental health problems is associated with unique barriers to care, particularly stigma. It is plausible that mental health specialty clinics contribute to stigmatization through separate clinics, entrances, and medical records, particularly in a military environment where soldiers often live and work together and may not have privacy when they use a clinic on post.

The military offers unique opportunities to study new models of service delivery. These include having one location to go to for "sick call" (the term that soldiers use for an urgent or walk-in primary care visit) that offers care for both medical and mental health problems; providing mental health services on a walk-in basis (no appointment necessary); establishing procedures to document care for mental health problems in the regular medical record; and ensuring confidentiality, starting with not having to state the reason for a primary care visit until the patient is face to face with the health professional. We hope that our study will energize further research and testing of new models for mental health services.

Charles W. Hoge, M.D.
Stephen C. Messer, Ph.D.
Carl A. Castro, Ph.D.
*Walter Reed Army Institute of Research*
*Silver Spring, MD 20410*
*charles.hoge@na.amedd.army.mil*

## References

1. Regier DA, Narrow WE, Rae DS, Manderscheid RW, Locke BZ, Goodwin FK. The de facto U.S. mental and addictive disorders service system: Epidemiologic Catchment Area prospective 1-year prevalence rates of disorders and services. Arch Gen Psychiatry 1993;50:85-94.[Abstract]
2. Army Medical Surveillance Activity, Department of Defense. Ambulatory visits among active component members, U.S. Army Forces, 2003. Med Surveill Monthly Rep 2004;10:9-14. (Also available at http://amsa.army.mil.)
3. Hoge CW, Lesikar SE, Guevara R, et al. Mental disorders among U.S. military personnel in the 1990s: association with high levels of health care utilization and early military attrition. Am J Psychiatry 2002;159:1576-1583.[Abstract/Full Text]

THIS ARTICLE
▸ PDF
▸ PDA Full Text
TOOLS & SERVICES
▸ Add to Personal Archive

- Add to Citation Manager
- Notify a Friend
- E-mail When Cited
- E-mail When Letters Appear

MORE INFORMATION

- Related Article by Hoge, C. W.
- Find Similar Articles
- PubMed Citation

---



The New England Journal of Medicine is owned, published, and copyrighted © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE



EDITORIAL

◄ Previous Volume 346:130-132 January 10, 2002 Number 2 Next ►

# Post-Traumatic Stress Disorder



Terrorist attacks require our health care system to prepare for the unspeakable. The primary goal of terrorism is to erode the security of a nation, to disrupt the continuity of society, and to destroy the nation's social capital — its morale, cohesion, and values. Both the health care system and individual physicians are critical to the safety and future of our nation.

In this issue of the *Journal*, Yehuda[1] updates our knowledge of post-traumatic stress disorder (PTSD), including its epidemiology, psychological and biologic origins, and treatment. PTSD is not uncommon after many types of traumatic events, from motor vehicle accidents to industrial explosions, and it can develop even in people with no history of psychiatric disorders. Nearly all people have the acute form of the disorder at some time in their lives, but they recover rapidly. If it persists, PTSD can be debilitating and require psychotherapeutic and pharmacologic intervention. Study of natural disasters and terrorist acts such as the Oklahoma City bombing confirms that PTSD is a probable outcome for many people who were directly exposed to the events of September 11. Thus, there may be hundreds of thousands of new cases of PTSD in New York alone. In addition, much of our nation was indirectly exposed to the tragedy through the media, resulting in a lost sense of safety and hypervigilance.

In a survey of 560 adults in the United States conducted the week after September 11, 44 percent of the adults reported one or more substantial symptoms of stress.[2] Persons at greatest risk for PTSD are those directly exposed to a traumatic event and persons, such as rescue and health care workers, who are the first ones on the scene after the event. Early symptoms usually respond to a number of approaches, such as helping patients and their families identify the cause of the stress and limiting further exposure (e.g., by avoiding news coverage of the traumatic event) and advising patients to get enough rest and maintain their biologic rhythms (e.g., by going to sleep at the same time each night and by eating at the same times each day). Educating patients and their families can also help them to identify worsening or persistent symptoms.

PTSD, however, is not the only trauma-related disorder, or perhaps even the one most commonly seen by primary care physicians. After a traumatic event, pathologic forms of grief (so-called traumatic grief),[3] unexplained somatic symptoms, depression,[4] sleep disturbance, and increased use of alcohol and cigarettes, as well as family conflict and family violence, are not uncommon, but in each case, the role of the traumatic event may be easily overlooked. Patients who present with these symptoms should be questioned about the possible occurrence of a traumatic event. Traumatic grief on the part of the parents of adult children who have died unexpectedly or as a result of trauma is often overlooked by physicians and others, unlike grief on the part of the spouse or partner and children of the deceased. Anxiety and family conflict can be triggered by the fear of new threats to safety or by the economic impact of the loss of a job after a traumatic event. Clinicians can reassure patients that such events are not uncommon after a traumatic event. Such interactions may pave the way for a discussion about referral and prevent further conflicts.

Somatic symptoms are frequently increased after disasters and can be an expression of anxiety or depression. In patients with these symptoms, conservative management, which includes education and reassurance, forms the core of medical treatment of somatic and psychological symptoms after traumatic events. Discussion of a patient's specific worries and fears can initiate the normal process of stress resolution or clarify the need for further treatment or referral. The normal process of recovery involves talking with others about the event, learning coping strategies, and seeking help. Traumatized persons who become withdrawn or reclusive are particularly difficult to treat. Depression may be a primary factor in such patients and requires evaluation and treatment.

The biologic and psychosocial effects of traumatic events are complex and interrelated.[1,5] Overidentification with the victims (e.g., "It could have been me") and their pain and grief can perpetuate the fear response.[6]

The cases of bioterrorism-related anthrax that have occurred since September 11 have highlighted the need for changes in the health care system. Substantial funds and effort are needed to render the system capable of handling a serious attack of bioterrorism, whether it involves biologic, chemical, or radiologic weapons. How health care providers address the psychological response to an attack is critical to the success of public health efforts.[7] For example, after the Aum Shinrikyo cult released sarin gas on Tokyo subway trains, killing 12 persons, more than 5000 people sought care for presumed exposure. In Israel, after a SCUD-missile attack during the Gulf War, fear of exposure to chemical weapons was the reason for nearly 700 of 1000 war-related visits to emergency rooms.[8] At least one person died from misuse of a gas mask.

We assess risk and threat on the basis of our feelings of control and our level of knowledge. Therefore, the consumption of foods laden with saturated fat may not be recognized as a risk to health, whereas air travel may be seen as overly risky. During or after an attack of bioterrorism, fear can disrupt communities as people try to feel safe by distancing themselves emotionally from those who have been exposed or who are ill.

Physicians can counter their patients' fears by educating them about the degree of actual risk, providing

information on ways of decreasing risk, and teaching coping strategies. Most people will eventually resume their normal lives after a traumatic event. Resiliency is the rule in the long run, but physicians can help their patients cope with the devastating psychiatric effects of terrorism.

Robert J. Ursano, M.D.
*Uniformed Services University School of Medicine*
*Bethesda, MD 20814-4799*

## References

1. Yehuda R. Post-traumatic stress disorder. N Engl J Med 2002;346:108-114.[Full Text]
2. Schuster MA, Stein BD, Jaycox LH, et al. A national survey of stress reactions after the September 11, 2001, terrorist attacks. N Engl J Med 2001;345:1507-1512.[Abstract/Full Text]
3. Prigerson HG, Shear MK, Jacobs SC, et al. Consensus criteria for traumatic grief: a preliminary empirical test. Br J Psychiatry 1999;174:67-73.[Abstract]
4. Kessler RC, Barber C, Birnbaum HG, et al. Depression in the workplace: effects on short-term disability. Health Aff (Millwood) 1999;18:163-171.[Abstract/Full Text]
5. McEwen BS. From molecules to mind: stress, individual differences, and the social environment. Ann N Y Acad Sci 2001;935:42-49.[Abstract/Full Text]
6. Ursano RJ, Fullerton CS, Vance K, Kao TC. Posttraumatic stress disorder and identification in disaster workers. Am J Psychiatry 1999;156:353-359.[Abstract/Full Text]
7. Holloway HC, Norwood AE, Fullerton CS, Engel CC Jr, Ursano RJ. The threat of biological weapons: prophylaxis and mitigation of psychological and social consequences. JAMA 1997;278:425-427.[Abstract]
8. Bleich A, Dycian A, Koslowsky M, Solomon Z, Wiener M. Psychiatric implications of missile attacks on a civilian population: Israeli lessons from the Persian Gulf War. JAMA 1992;268:613-615.[Abstract]

# This article has been cited by other articles:

- Zatzick, D., Roy-Byrne, P., Russo, J., Rivara, F., Droesch, R., Wagner, A., Dunn, C., Jurkovich, G., Uehara, E., Katon, W. (2004). A Randomized Effectiveness Trial of Stepped Collaborative Care for Acutely Injured Trauma Survivors. *Arch Gen Psychiatry* 61: 498-506 [Abstract] [Full Text]
- Grieger, T. A., Fullerton, C. S., Ursano, R. J., Reeves, J. J. (2003). Acute Stress Disorder, Alcohol Use, and Perception of Safety Among Hospital Staff After the Sniper Attacks. *PS* 54: 1383-1387 [Abstract] [Full Text]
- Grieger, T. A., Fullerton, C. S., Ursano, R. J. (2003). Posttraumatic Stress Disorder, Alcohol Use, and Perceived Safety After the Terrorist Attack on the Pentagon. *PS* 54: 1380-1382 [Abstract] [Full Text]
- Apolone, G., Mosconi, P., La Vecchia, C., Beckett, W. S., Breslau, N., Lindauer, R.J.L., Meyer, T. M., Yehuda, R., Ursano, R. J. (2002). Post-Traumatic Stress Disorder. *N Engl J Med* 346: 1495-1498 [Full Text]

THIS ARTICLE

- PDF
- PDA Full Text

TOOLS & SERVICES

- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited

MORE INFORMATION

- Related Article by Yehuda, R.
- Find Similar Articles
- PubMed Citation

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Comments and questions? Please contact us.

**The New England Journal of Medicine is owned, published, and copyrighted © 2005 Massachusetts Medical Society. All rights reserved.**

AR 888