# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: June 12, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Leave to File Additional Documents as Part of the Administrative Record (Motion), filed on June 12, 2007. For the reasons stated therein and because it is unopposed, the Motion is GRANTED. Defendant may supplement the administrative record with the documents identified in the index attached to the Motion. Defendant is reminded of General Order No. 42A, which states that the filing party shall submit to chambers a courtesy paper copy of a filing that exceeds 50 pages when printed, and is directed to submit a courtesy copy of its Motion if it has not already done so.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge