# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: June 26, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court will conduct a Telephonic Status Conference with the parties today, June 26, 2007, at 4:00 p.m. Eastern Daylight Time to discuss the status of the case. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge