IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1727C<br>(Judge Emily Hewitt) |

DEFENDANT'S UNOPPOSED OUT-OF-TIME MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court extend the time by 15 days, or to and including July 6, 2007, for the parties to file motions for judgement upon the administrative record. Pursuant to this Court's April 26, 2007 order, the parties motions were due on June 21, 2007. This is defendant's first motion for this purpose. Plaintiff's counsel has indicated that he does not oppose the granting of this motion.

Prior to June 21, 2007, Government counsel indicated to counsel for plaintiff that additional time was needed to prepare the motion for judgement upon the administrative record. Plaintiff's counsel did not object to an extension of time. On June 21, 2007, Government counsel was unable to file the motion for an extension of time due to illness. Government counsel returned tot he office on June 26, 2007. Additional time is needed to prepare the motion because Government counsel has been involved in extensive settlement negotiations in an effort to resolve the case of Environmental Tectonics Corporation v. United States, 05-746C, scheduled for a two-week trial before Judge Braden on July 9, 2007. Plaintiff in that case has agreed to dismiss its $8 million complaint with prejudice, and Government counsel has agreed to recommend the acceptance of plaintiff's proposal to settle the Government's counterclaims in

fraud.

Based upon the above, it is respectfully requested that defendant's unopposed out-of-time motion for a 15-day extension of time for the parties to file motions for judgement upon the administrative record be granted, thereby extending that deadline until July 6, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

June 26, 2007

Attorneys for Defendant