# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: June 26, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Unopposed Out-Of-Time Motion for Extension of Time (Motion), filed on June 26, 2007. For the reasons stated therein, the Motion is GRANTED. The parties have up to and including July 6, 2007 to file motions for judgment upon the administrative record as supplemented. The parties' responses to these motions will be due on August 3, 2007, and their replies will be due on August 31, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge