IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727 C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's Unopposed Motion For Out of Time Extension Of Time

Plaintiff respectfully moves for an out of time extension of time for filing Plaintiff's Motion For Judgment On The Administrative Record. Defendant's counsel has authorized me to inform the court that defendant does not oppose this motion.

Pursuant to the Court's order entered and filed 06/26/2007, the parties were directed to file their respective motions for judgment on the administrative record, or such other dispositive motions as each deemed appropriate by 7/6/2007, with Responses due by 8/3/2007, and, Replies due 8/31/2007. Defendant filed its motion for summary judgment on 7/6/2007. Plaintiff's counsel has been unable to comply with the Court's scheduling order and here requests an extension of said filing date, through 7/23/2007.

Counsel informs the Court that certain matters have arisen in Counsel's duties as the sole caretaker of his disabled son that demands his immediate attention and makes compliance with the Court's order impossible. Counsel's 43 year old son suffers from Chronic Paranoid

Schizophrenia, alcohol and tobacco dependency, and, Chronic Pulmonary Obstructive Disease. Over the past several months, his mental health has progressively deteriorated. In turn, this requires Counsel's constant attention to ensure his son is compliant with his medications, and remains alcohol free. As Counsel's focus has been directed to this case, to the Lockwood case, and, to multiple problems attendant on the crash of his hard drive, and installation of a new computer, his son's symptoms have significantly worsened. Counsel has scheduled an appointment with his son's psychiatrist to evaluate these changing symptoms, and, seek to establish some resolution of these issues. Further, Counsel is scheduled for oral argument before Judge Horn in the Lockwood case on Thursday, July 12th. Candidly, Counsel has at present great difficulty in providing the focus to this matter that it requires and deserves.

Accordingly, Counsel respectfully requests an out of time extension of time to file his motion for judgment on the administrative record, through and including July 23, 2007.

Respectfully submitted,

William J. Kenney
DC BAR No. 99267
Attorney for the plaintiff,
Harold E. Six, Sr.

%HART/HTC
600 Pennsylvania Avenue, SE, Suite 105
Washington, DC 20003
Tel: 202-547-5129
Fax: 202-547-8311

I certify that on this 9th day of July, 2007, I filed the foregoing Plaintiff's Unopposed Motion For Out of Time Extension of Time via the Court's electronic filing system, it being understood that copies thereof are automatically served on defendant's counsel via that system.

William J. Kenney