# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: July 16, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff's Unopposed Motion For Out of Time Extension of Time (Motion), filed on July 9, 2007. For the reasons stated therein and because it is unopposed, the Motion is GRANTED. Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims (RCFC), the court finds that plaintiff's "failure to act" in a timely manner "was the result of excusable neglect," and thus Plaintiff has up to and including July 23, 2007, to file his motion for judgment on the administrative record.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge