IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727 C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's Unopposed Motion For Further Extension Of Time

Plaintiff respectfully moves for a further extension of time for filing Plaintiff's Motion For Judgment on the Administrative Record. Defendant's counsel has authorized me to inform the court that defendant does not oppose this motion.

Pursuant to the Court's order, as modified, plaintiff's motion for judgment on the administrative record, or such other dispositive motions as each deemed appropriate by 7/23/2007. Plaintiff's counsel has been unable to complete preparation of his motion papers, and requests a further 7 day extension through July 30, 2007.

Counsel informs the Court that the personal concerns discussed in his last motion for extension have moderated , my son's needs continue to require Counsel's constant attention to ensure his son is compliant with his medications, and remains alcohol free. We have established that certain reductions in his historic dosages of his medicines apparently were not appropriate, and have restored him to his historic levels of medication. Hopefully this will, overtime, control the current problems. Counsel I confident that he will be able to complete and file his motion papers on the extended date.

Accordingly, Counsel respectfully requests a further extension of time to file his motion for judgment on the administrative record, through and including July 30, 2007.

Respectfully submitted,

William J. Kenney
DC BAR No. 99267
Attorney for the plaintiff,
Harold E. Six, Sr.

%HART/HTC
600 Pennsylvania Avenue, SE, Suite 105
Washington, DC 20003
Tel: 202-547-5129
Fax: 202-547-8311

I certify that on this 23rd day of July, 2007, I filed the foregoing Plaintiff's Unopposed Motion For Further Extension of Time via the Court's electronic filing system, it being understood that copies thereof are automatically served on defendant's counsel via that system.

William J. Kenney