# In the United States Court of Federal Claims

No. 04-1727 C

(E-Filed: July 24, 2007)

HAROLD E. SIX, SR.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff's Unopposed Motion For Further Extension of Time (Motion), filed July 23, 2007. For the reasons stated therein, the Motion is GRANTED. Plaintiff will have up to and including July 30, 2007, to file a motion for judgment on the administrative record.

The court also notes that pursuant to Rule 11 of the Rules of the Court of Federal Claims (RCFC), each pleading, motion, and other paper filed with the court "shall be signed by or for the attorney of record." RCFC 11; see also RCFC 83.1(c)(2). The court reminds counsel for plaintiff of General Order No. 42A (Interim Procedures for Electronic Case Filing), which states that "the name of the Filing User under whose log-in and password the document is submitted shall be preceded by a 's/' and shall be typed in the space where the signature would otherwise appear." Gen. Order No. 42A ¶ IV. Therefore, plaintiff's counsel of record's signature should appear as shown below:

s/ William J. Kenney
WILLIAM J. KENNEY

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge