IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, Sr. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1727C |
| v. | ) | (Judge Emily Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's Unopposed Out of Time Motion For
Adjustment of Scheduling Order

Plaintiff here moves for an adjustment to the Court's June 26, 2007 scheduling order. Defendant's counsel has authorized plaintiff to inform the Court that defendant does not oppose this request.

Plaintiff has previously requested extensions of time for filing his Motion For Judgment on the Administrative Record, based largely on the unusual health conditions currently extent in plaintiff's counsel's family. In so moving counsel intended to request an adjustment to the scheduling order so as to change the dates plaintiff's response to the defendant's summary judgment was due, and, the dates there established for filing replies. Plaintiff then intended to propose dates for his reply and response be changed from August 3 to August 25 (reply) and, from August 31 September7 for the response.

Plaintiff has not been able to prepare his reply to defendant's motion. The reasons prompting the requested extension for filing plaintiff's motion for judgment greatly disrupted numerous other professional and personal responsibilities, in addition to the disruption caused in this proceeding. Counsel is finally getting his schedule in control. But, candidly, he has a long standing commitment to a family vacation at the beach involving 2 other families, from Saturday, August 11 through Friday, August 17, 2007. We are hopeful that my son's participation in that vacation may alleviate some of the mental stress he struggles with.

Adding to the time demands on counsel, Counsel serves a General Counsel to four jointly owned companies providing temporary staffing to the hospitality and food service industries in the DC and Los Angeles, CA markets. On Saturday, August 4, we experienced a tragic injury to one of our temp staff employees: she fell off a service cart while being transported to her housekeeping duties assignment. She suffered sever brain trauma, with swelling of the brain, requiring surgery to alleviate pressure on the brain. She is currently in the intensive care unit and showing modest signs of improvement. While she is fully covered under our workers comp coverage, arranging her care, dealing with both the hospital and out insurance company, attempting to get a full investigative report of the incident, all while handling the legitimate inquiries of her family, have been very time consuming.

Wherefore, Plaintiff Six moves through counsel to modify the June 26, 2007 scheduling order so as allow plaintiff to file his reply to the defendant's motion for summary judgment on the administrative record on August 25, 2007, and his response to defendant's reply to plaintiff's cross motion on September 7, 2007. Government counsel has stated she does not object to this motion or the dates proposed.

Respectfully submitted

/S/ William J. Kenney
William J. Kenney, Esq.
DC Bar No. 99267

Counsel for Plaintiff Harold E. Six, Sr.
%HART/HTC
600 Pennsylvania Avenue, SE, Suite 105
Washington, DC 20003
Tel: 202-547-5129
Fax: 202-547-8311