IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD E. SIX, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1727C (Judge Emily Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court extend the time by four days, or to and including September 21, 2007, for defendant to file a reply to plaintiff's opposition to our motion for judgement upon the administrative record. Our reply is currently due on September 17, 2007. This is defendant's first motion for this purpose. Plaintiff's counsel has indicated that he does not oppose the granting of this motion.

Because undersigned counsel had six filings due on September 7, 2007, she was unable to complete the reply brief in this case. The brief in Sacapulo v. Secretary of Veterans Affairs, 2007-7253 (Fed. Cir.), is due today, in addition to four pre-trial filings in Lumbermens Mutual Casualty Company v. United States, 04-1255C (Fed. Cl.), and a reply in Nelson Construction Company v. United States, 05-1205C (Fed. Cl.). In addition, undersigned counsel will be in Connecticut from September 8, 2007, through September 16, 2007, on personal business.

Based upon the above, it is respectfully requested that defendant's unopposed motion for a four-day extension of time to file a reply to plaintiff's opposition to our motion for judgement upon the administrative record be granted, thereby extending that deadline until September 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

September 7, 2007

Attorneys for Defendant