# In the United States Court of Federal Claims

No. 04-1727C

(E-Filed: September 11, 2007)

| | |
|---|---|
| HAROLD E. SIX, SR., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for Extension of Time (Motion), filed September 7, 2007, requesting a four-day extension for the filing of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Judgment Upon the Administrative Record. Although the court believes that defendant's reply was in fact due September 10, 2007, given that the Motion was timely filed and based on the representations contained therein, the Motion is GRANTED. The defendant shall have up to and including Friday, September 21, 2007 to file a reply to Plaintiff's Opposition to Defendant's Motion for Judgment Upon the Administrative Record.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge