IN THE
**United States Court of Federal Claims**

| | | |
|---|---|---|
| ************************* | ) | |
| **Harold E. Six, Sr.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Docket No. 04-1727C** |
| | ) | |
| **v** | ) | **(Judge Hewitt)** |
| | ) | |
| **The United States,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ************************* | | |

PLAINTIFF'S MOTION FOR REHEARING AND RECONSIDERATION

5. Plaintiff, through counsel here moves for rehearing and reconsideration of the Court's December 18, 2007 Opinion, and, its December 19, 2007 Order granting defendant's motion for summary judgement on the administrative record and denying plaintiff's motion for summary judgment on the administrative record.

5. Plaintiff respectfully submits that the Court extended undue deference to the Board and undue deference to the presumption of regularity of actions of government officers in performance of their assigned duties. In doing so, the Court perpetuates a gross injustice on the brave survivors of the willful effort of Israeli forces to sink the USS Liberty and kill all of its crew, and the perhaps diplomatically understandable efforts by the US Government to conceal from the World in general and the US public, in particular, that

the US Navy and the US Government had stood silent while a nation we supported ith unprecedented generosity and both financial and military support, willfully, and skillfully slaughtered members of the US Navy, the U.S. Marine Corps, and, civilian employees of the National Security Agency assigned to the U.S.S. Liberty, AGR5.

6. It is a horrible blight on the history of the U.S. Navy and the United States, itself. The time is long past to begin correcting this egregious wrong. The Court's opinion, if not revised on rehearing perpetuates that error and injustice. There well may have been compelling international political considerations extent at that time that made the government to adopt its policy of deceit at the time of the attack. There is no justification for perpetuating those errors today, particularly when the effect is to impose new and additional injustices upon the unfortunate crew members assigned to the Liberty that fateful day.

7. The Court's opinion arrived while counsel has been in Washington on b usines, and, with existing multi-family post Christmas holiday plans Counsel's reccords in this amtter are at his home in Charlotte, North Carolina. Accordingly, counsel is filing herewith a motion to extend, by 30days, through January 20,2008, the time for filing a memorandum of law in support of this motion.

## Conclusion

4. Based on all of the foregoing, plaintiff respectfully submits that on rehearing defendant's motion for judgment on the administrative record must be denied. Rather

than apply the ritualistic precedent adopted by the Board and endorsed by the Opinion, the Court should properly set the matter for trial where the Court can exercise its judicial experience in evaluating the credibility of witnesses. The Board defiantly ignored this Court's instructions on remand. In its opinion, this Court has accepted that defiance; if not corrected on rehearing it will have produced a horrific injustice that will adversely affect the rights of all future petitioners before military, or, indeed, all personnel administrative boards. All the Board need do to avoid judicial review is to deny the "credibility" of the witnesses supporting correction of the decision under review.

Respectfully submitted,

William J. Kenney, Esq.
D.C. Bar No. 99267

% HART
600 Pennsylvania Avenue, S.E., Suite 105
Washington, D.C. 20003
Tel: 202-547-5129
Fax: 202-547-8311

9915 Empire Woods Court
Charlotte, NC 28277
TEL/FAX: 704-341-4781

Attorney for the Plaintiff

Harold E. Six, Sr.
Former CTR-1, USN

Dated: December 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 28th day of December, 2007, I caused a copy of the foregoing Plaintiff's Motion For Rehearing via the court's e filing system, to

Leslie Ohta
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th floor
Washington, DC 20530

William J. Kenney, Esq.