**IN THE**
**United States Court of Federal Claims**

| | | |
|---|---|---|
| ************************* ) | | |
| **Harold E. Six, Sr.** ) | | |
| ) | | |
| **Plaintiff,** ) | | **Docket No. 04-1727C** |
| ) | | |
| **v** ) | | **(Judge Hewitt)** |
| ) | | |
| **The United States,** ) | | |
| ) | | |
| **Defendant.** ) | | |
| ************************* | | |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME

1. Plaintiff, through counsel, has moved for rehearing and reconsideration of the Court's December 18, 2007 Opinion, and, its December 19, 2007 Order granting defendant's motion for summary judgment on the administrative record and denying plaintiff's motion for summary judgment on the administrative record.

Plaintiff's counsel here moves for a thirty day extension for filing a memorandum of law in support of this motion. The Court's opinion arrived while counsel has been in Washington on business, and, with existing multi-family post Christmas holiday plans through December 29, 2007. Counsel's records in this matter are at his home in Charlotte, North Carolina. Accordingly, counsel is filing herewith a motion to extend, by 30days, through January 20,2008, the time for filing a memorandum of law in support of this motion.

2. The complexity of the case and the opinion require the additional time to provide counsel adequate time to demonstrate the need for rehearing and reconsideration.
3. Defendant's Counsel states defendant does not object to this motion for extension of time.

Respectfully submitted,

William J. Kenney, Esq.
D.C. Bar No. 99267

% HART
600 Pennsylvania Avenue, S.E., Suite 105
Washington, D.C. 20003
Tel: 202-547-5129
Fax: 202-547-8311

9915 Empire Woods Court
Charlotte, NC 28277
TEL/FAX: 704-341-4781

Attorney for the Plaintiff

Harold E. Six, Sr.
Former CTR-1, USN

Dated: December 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of December, 2007, I caused a copy of the foregoing Plaintiff's Motion For Extension Of Time via the court's e filing system, to be served on defendant's attorney of record, to wit:

Leslie Ohta
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th floor
Washington, DC 20530

William J. Kenney, Esq.