# In the United States Court of Federal Claims

No. 04-1727C

(E-Filed: January 2, 2008)

| | |
|---|---|
| HAROLD E. SIX, SR., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are Plaintiff's Motion for Rehearing and Reconsideration, filed December 29, 2007, and Plaintiff's Motion for Extension of Time, filed December 31, 2007 (collectively, motions). Plaintiff requests that the time for filing his memorandum of law in support of his Motion for Rehearing and Reconsideration be extended by 30 days, through January 20, 2008.

The court notes that the motions were not signed by plaintiff's attorney of record and requests that all future filings be signed by plaintiff's attorney. The signature requirements for electronic case filings are set forth in Rule 19 of Appendix E of the Rules of the United States Court of Federal Claims (RCFC). "Filings must include a signature block, in compliance with RCFC 11(a), with the name of the Filing User under whose log-in and password the document is submitted along with an 's/' typed in the space where the signature would otherwise appear." RCFC App. E, 19(a). A scanned document containing the Filing User's written signature will also satisfy the signature requirement. RCFC App. E, 19(b).

Pursuant to Rule 59 of the RCFC, "[a] new trial or rehearing or reconsideration maybe granted to all or any of the parties and on all or part of the issues for any of the reasons established by the rules of common law or equity applicable as between private parties in the courts of the United States." RCFC 59(a)(1). A motion for reconsideration

"shall be filed no later than 10 days after the entry of judgment." RCFC 59(b). "When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays and legal holidays shall be excluded in the computation." RCFC 6(a). Judgment was entered in this case on December 19, 2007. Therefore, plaintiff has up to and including Friday, January 4, 2008 to file his motion for reconsideration. Because plaintiff filed his motions on December 29, 2007 and December 31, 2007, his motions are timely. Plaintiff's Motion for Rehearing and Reconsideration is GRANTED. Plaintiff's Motion for Extension of Time is also GRANTED. Plaintiff shall have up to and including Tuesday, January 22, 2008 to file his memorandum of law in support of his Motion for Rehearing and Reconsideration. Defendant shall have up to and including Tuesday, February 12, 2008 to file a response.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge